**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-60078-RAR**

**UNITED STATES OF AMERICA**,

vs.

**MIGUEL ANGEL CABRERA-GRANADOS**,

    Defendant.
_____/

**ORDER GRANTING MOTION REQUESTING APPOINTMENT**
**OF LEARNED COUNSEL PURSUANT TO 18 U.S.C. § 3005**

**THIS CAUSE** comes before the Court on the Motion Requesting Appointment of Learned Counsel Pursuant to 18 U.S.C. § 3005 [ECF No. 29] ("Motion"). The Court having considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. CJA Attorney Hector L. Flores, Esq. is hereby appointed as second attorney to serve as Learned Counsel to represent Defendant Miguel Angel Cabrera-Granados in this matter for criminal representation during the death penalty authorization process within the Department of Justice.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this 14th day of July, 2022.

                                                    **RODOLFO A. RUIZ II**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    All Parties of Record