UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA      Case No.: 22-cr-60078-RAR-2
    Petitioner,

v.

WILSON TIRADO-SILVA
    Defendant.
_____/

### [proposed] ORDER ON DEFENDANT WILSON TIRADO-SILVA'S MOTION TO REQUEST APPOINTMENT OF LEARNED COUNSEL PURSUANT TO 18 U.S.C. § 3005

THIS CAUSE comes before the Court on the Motion Requesting Appointment of Learned Counsel Pursuant to 18 U.S.C. § 3005 [ECF No. 54] ("Motion"). The Court having considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. CJA Attorney Peter Patanzo, Esq. is hereby appointed as second attorney to serve as Learned Counsel to represent Defendant Wilson Tirado-Silva in this matter for criminal representation during the death penalty authorization process within the Department of Justice.

DONE AND ORDERED in Ft. Lauderdale, Florida this _____ day of August, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: All Parties of Record