UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60078-RAR-2

**UNITED STATES OF AMERICA**

vs.

**WILSON TIRADO-SILVA**,

    Defendant.

_____/

**ORDER GRANTING MOTION REQUESTING APPOINTMENT
OF LEARNED COUNSEL PURSUANT TO 18 U.S.C. § 3005**

**THIS CAUSE** comes before the Court on the Motion Requesting Appointment of Learned Counsel Pursuant to 18 U.S.C. § 3005 [ECF No. 54] ("Motion"). The Court having considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. CJA Attorney Peter Patanzo, Esq. is hereby appointed as second attorney to serve as Learned Counsel to represent Defendant Wilson Tirado-Silva in this matter for criminal representation during the death penalty authorization process within the Department of Justice.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this 18th day of August, 2022.

                                                                             **RODOLFO A. RUIZ II**
                                                                             **UNITED STATES DISTRICT JUDGE**

cc:    All Parties of Record