UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.   CASE NO. 22-60078-CR-RUIZ

ANDY TOVAR,

        Defendant(s).
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Edward J. Ungvarsky, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Edward J. Ungvarsky may appear and participate in this action on behalf of Andy Tovar. The Clerk shall provide electronic notification of all electronic filings to Edward J. Ungvarsky at ed@ungvarskylaw.com.

DONE AND ORDERED in Chambers this ____ day of _____, 2023.

_____
RODOLFO A. RUIZ II
United States Judge