UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60078-RAR

UNITED STATES OF AMERICA

vs.

ANDY TOVAR,

    Defendant.
_____/

### ORDER GRANTING MOTION REQUESTING APPOINTMENT OF LEARNED COUNSEL PURSUANT TO 18 U.S.C. § 3005

**THIS CAUSE** comes before the Court on the Motion Requesting Appointment of Learned Counsel Pursuant to 18 U.S.C. § 3005 [ECF No. 78] ("Motion"). The Court having considered the pertinent portions of the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. CJA Attorney Edward J. Ungvarsky, Esq. is hereby appointed as second attorney to serve as Learned Counsel to represent Defendant Andy Tovar in this matter for criminal representation during the death penalty authorization process within the Department of Justice.

**DONE AND ORDERED** in Miami, Florida this 27th day of January, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    All Parties of Record