UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60078CR-RUIZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MELVIN DAVID CRUZ-ORTIZ,

        Defendant.

_____/

## NOTICE OF APPEARANCE

J. RAFAEL RODRÍGUEZ, ESQ., 6367 Bird Road, Miami, Florida 33155, hereby files this Notice of Appearance in the above-styled cause on behalf of MELVIN DAVID CRUZ-ORTIZ.

IT IS HEREBY requested that the Clerk of this Court promptly notify the undersigned of the time, date and place of hearings, reports, soundings and trial to insure prompt appearance of the Defendant and the undersigned counsel before this Court.

    Respectfully submitted,

    LAW OFFICES OF J. RAFAEL RODRIGUEZ
    Attorneys for Melvin David Cruz-Ortiz
    6367 Bird Road
    Miami, FL    33155
    (305) 667-4445
    (305) 667-4118 (FAX)
    jrafrod@bellsouth.net

    By: *s/ J. Rafael Rodríguez*
        J. RAFAEL RODRÍGUEZ
        FLA. BAR NO. 0302007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on this 10th day of February, 2023.

*s/ J. Rafael Rodríguez*
J. RAFAEL RODRÍGUEZ
