UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )
                           )
                           )
V.                         )   Case No. 22-60078-CR-RUIZ/STRAUSS
                           )
ANDY TOVAR,                )
                           )
                           )
        DEFENDANT,         )
                           )

### NOTICE OF WAIVING APPEARANCE OF DEFENDANT

The Defendant, ANDY TOVAR, by and through undersigned counsel, hereby gives Notice of waiving his appearance for the Arraignment on the Second Superseding Indictment and in support thereof states as follows:

1. That Undersigned Counsel has discussed the matter with Defendant Andy Tovar.

2. That Defendant, Andy Tovar, chooses to not attend said Arraignment and herein below waives his appearance at said hearing.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document, with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants in this case on this 26 day of March 2024.

_____
ANDY TOVAR, DEFENDANT

LAW OFFICES OF EMMANUEL PEREZ
901 Ponce de Leon Blvd, Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443
Fax: (305) 441-9218
Email: courtmail@lawperez.com

By: _____
Emmanuel Perez, Esq. FBN: 586552

1