UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-60078-Cr-RUIZ/Strauss (s)

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MELVIIN DAVID CRUZ-ORTIZ,

    Defendant.
_____/

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW undersigned counsel, Stuart Adelstein, and files this, his Motion to Withdraw as Co-Counsel to serve as Learned Counsel Attorney, and as grounds therefore states the following:

1. That the Defendant was charged by a Superseding Indictment with three (3) Counts of Murder in Aid of Racketeering, in violation of Title 18 U.S.C., Section 1959(a)(1);
2. That the maximum term of imprisonment is death or life imprisonment;
3. That undersigned counsel was appointed as Co-Counsel pursuant to U.S.C. Section 3005 to serve as Learned Counsel on February 22nd, 2023. (See D.E. #99);
4. That Assistant United States Attorney Brian Dobbins filed Notice that the United States Does Not Intend to Seek the Death Penalty in this case on May 28th, 2024. (See D.E. #194);

WHEREFORE, undersigned counsel, Stuart Adelstein, respectfully prays this Honorable Court enter an Order granting this Motion to Withdraw as Co- Counsel Attorney to serve as Learned Counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record in this matter this 10th day of June, 2024.

.

          Respectfully submitted,

          LAW OFFICES OF STUART ADELSTEIN, P.A.
          2929 S.W. Third Avenue, Suite 412
          Miami, Florida   33129
          Tel: 305-358-9222
          Fax: 305-285-9110
          E-mail:  adelsteinslaw@aol.com


BY: ***/S/ Stuart Adelstein***
      **Stuart Adelstein, Esq.**
      **Fla Bar No. 234540**