UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-Cr-60078-RUIZ/Strauss (s)

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MELVIN DAVID CRUZ-ORTIZ,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** having come on to be heard on counsel's Motion to Withdraw as Co-Counsel Attorney to serve as Learned Counsel, and this Court being fully advised of the premises herein, it is hereby

**ORDERED and ADJUDGED** that this motion is GRANTED, and it is further

**ORDERD AND ADJUDGED** that Stuart Adelstein, Esquire, is discharged as Co-Counsel Attorney to serve as Learned Counsel, in this case.

**DONE** and **ORDERED** in Miami-Dade County, Florida, this ____ day of _____, 2024.

                                          _____
                                          HON. RODOLFO A. RUIZ, II
                                          U.S. DISTRICT COURT JUDGE