**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-60078-RAR(s)(s)**

**UNITED STATES OF AMERICA**,

vs.

**MELVIN DAVID CRUZ-ORTIZ,**

　　Defendant.
_____/

**ORDER ON MOTION TO WITHDRAW**

**THIS CAUSE** comes before the Court on the Motion to Withdraw as Counsel for Defendant, Melvin David Cruz-Ortiz ("Motion"), [ECF No. 198]. The Court has considered the pertinent portions of the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Stuart Adelstein, Esq. is hereby relieved of further responsibility in this matter as Learned Co-Counsel in this case.

**DONE AND ORDERED** in Miami, Florida, this 12th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**RODOLFO A. RUIZ II**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

cc:　　counsel of record