**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-60078-RAR(s)(s)**

**UNITED STATES OF AMERICA**,

vs.

**ANDY TOVAR,**

    Defendant.

_____/

**ORDER ON MOTION TO ALLOW A CONTACT VISIT**

**THIS CAUSE** comes before the Court on Defendant Andy Tovar's Unopposed Motion to Allow Attorney Emmanuel Perez to have a Contact Visit on August 16, 2024 at FCI Lewisburg ("Motion"), [ECF No. 211]. The Court having carefully reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED** as follows:

1. FCI Lewisburg shall permit Defendant, Andy Tovar (Reg. No. 94213-083) to have a telephone or video call with his lawyer, Emmanuel Perez, prior to August 16, 2024.

2. FCI Lewisburg shall permit Mr. Tovar's lawyer, Emmanuel Perez, to have a physical contact visit with his client, which would allow Mr. Perez and Mr. Tovar to review documents associated with his pending case, which is set for trial in the Southern District of Florida.

3. Mr. Tovar may view the discovery but not retain any paper or document.

**DONE AND ORDERED** in Miami, Florida, this 12th day of July, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**