UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 22-60078-CR-RUIZ
        Plaintiff,

V.

ANDY TOVAR,
        Defendant,
_____/

## NOTICE OF WAIVING APPEARANCE OF DEFENDANT AT RESTITUTION

COMES NOW, Defendant, ANDY TOVAR, by and through undersigned counsel, hereby gives Notice of waiving his appearance at all restitution proceedings and in support thereof states as follows:

1. That Undersigned Counsel has discussed the matter of restitution with Defendant, Andy Tovar, and of his right to be present and participate in the hearing he has elected not to participate, waives his appearance, and has further authorized undersigned counsel to stipulate to a restitution to avoid any further proceedings.

2. That Defendant, Andy Tovar, chooses to not attend any restitution proceedings and herein waives his appearance at said proceedings and authorizes undersigned counsel to appear on his behalf.

        Respectfully submitted,

        **EMMANUEL PEREZ & ASSOCIATES, P.A.**
        901 Ponce De Leon Blvd, Suite 101
        Coral Gables, FL  33134
        Tel. (305)442-7443
        Fax (305)441-9218
        eService: courtmail@lawperez.com

        By:  /s/Emmanuel Perez_____

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document, with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants in this case on this 3rd day of October 2024.

By: /s/Emmanuel Perez
EMMANUEL PEREZ
F.B.N. 586552