UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-60078-CR-RUIZ

UNITED STATES OF AMERICA

    Plaintiff,
vs.

WILBER VIGIL-BENITEZ
    Defendant.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

COMES NOW, Kimberly Acevedo, Esq.,[1] and hereby notifies the Court of her appearance as co-counsel for Defendant WILBER VIGIL-BENITEZ. This appearance is made for trial and does not include an appeal. Undersigned requests to be provided with notice of all future proceedings set in this cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January 2025, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and

                                                              */s/ Kimberly Acevedo*
                                                               Kimberly Acevedo, Esq.
                                                               Florida Bar No. 286861

                                                               **ROSENBAUM & ACEVEDO, L.L.P.**
                                                               100 SE 2nd Street, Suite 3400
                                                               Miami, Florida 33131
                                                               Tel: (305) 446-6099
                                                               Fax: (305) 675-6156
                                                               Email: ka@rosenbaumacevedolaw.com

---

[1] Undersigned counsel will be assisting CJA counsel, Joseph S. Rosenbaum with the representation of WILBER VIGIL-BENITEZ at trial.