## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 22-CR-60078-RUIZ(s)(s)

**UNITED STATES OF AMERICA**

**v.**

**WILBER VIGIL-BENITEZ,**

       **Defendant.**

_____/

### UNITED STATES' NOTICE OF FILING WITNESS AND EXHIBIT LIST

    The United States of America hereby files the attached witness and exhibit list in preparation for trial set for January 21, 2025. The United States reserves the right to amend or modify this list as needed.

                      Respectfully submitted,

                      MARKENZY LAPOINTE
                      UNITED STATES ATTORNEY

By:    *BRIAN DOBBINS*
            Brian Dobbins
            Assistant United States Attorney
            Court ID No. A5501182
            99 Northeast 4th Street, 5th Floor
            Miami, Florida 33132
            T. (305) 961-9304
            Brian.Dobbins@usdoj.gov

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**      <u>**Witness and Exhibit List**</u>
**vs.**
**WILBER VIGIL-BENITEZ,**      Case Number 22-CR-60078-RUIZ(s)(s)
           **Defendant.**

| Presiding Judge:<br>Honorable Rodolfo A. Ruiz II | | | | | AUSA:<br>Brian Dobbins<br>Elena Smukler | Defendant's Attorney:<br>Joseph S. Rosenbaum, Esq.<br>Kimberly Acevedo, Esq. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Ilona Lupowitz | Courtroom Deputy:<br>Graciela Gomez |
| 1. | | | | | Sgt. Michael Morris, Palm Beach Sheriff's Office | |
| 2. | | | | | CSI Julie Chehab, Palm Beach Sheriff's Office | |
| 3. | | | | | Deputy Christopher Grant, Palm Beach Sheriff's Office | |
| 4. | | | | | Dr. Marcela Chisté, Palm Beach County Medical Examiner's Office | |
| 5. | | | | | Aaron Brown | |
| 6. | | | | | Det. Casey Nelsen, Prince William County Police Department, Virginia | |
| 7. | | | | | Robert Drake | |
| 8. | | | | | Border Patrol Agent Juan Miranda, CBP | |
| 9. | | | | | Border Patrol Agent Davis Hernandez, CBP | |
| 10. | | | | | Det. Andrew Gianino, Broward Sheriff's Office | |
| 11. | | | | | Maria Portillo | |
| 12. | | | | | Jennifer Parker, Broward Sheriff's Office | |
| 13. | | | | | Special Agent Nathan Ferguson, FBI | |
| 14. | | | | | W.T.S. | |
| 15. | | | | | W.V.G. | |
| 16. | | | | | K.G.M. | |
| 17. | | | | | M.D.C.O. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Presiding Judge:<br>Honorable Rodolfo A. Ruiz II | | | | | AUSA:<br>Brian Dobbins<br>Elena Smukler | Defendant's Attorney:<br>Joseph S. Rosenbaum, Esq.<br>Kimberly Acevedo, Esq. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Ilona Lupowitz | Courtroom Deputy:<br>Graciela Gomez |
| 1. | | | | | Photographs of 19677 120th Avenue South, Boca Raton, Florida | |
| 2. | | | | | Videos of 19677 120th Avenue South, Boca Raton, Florida | |
| 3. | | | | | Photographs of G.V.P. at 19677 120th Avenue South, Boca Raton, Florida | |
| 4. | | | | | Photographs of Miscellaneous Items near G.V.P. | |
| 5. | | | | | Photographs of Shell Casing | |
| 6. | | | | | Photographs of G.V.P.'s back | |
| 7. | | | | | Photographs of tooth near G.V.P. | |
| 8. | | | | | Photographs of slug recovered from G.V.P. | |
| 9. | | | | | Photographs of shell casing recovered | |
| 10. | | | | | Photographs of slug recovered | |
| 11. | | | | | Photographs of tooth recovered | |
| 12. | | | | | Photographs of G.V.P.'s property | |
| 13. | | | | | Photographs of G.V.P.'s shirt | |
| 14. | | | | | Photographs of G.V.P.'s pants | |
| 15. | | | | | Photographs of G.V.P.'s boxers | |
| 16. | | | | | Photographs of Miscellaneous Items recovered | |
| 17. | | | | | Shell Casing recovered | |
| 18. | | | | | Slug recovered | |
| 19. | | | | | G.V.P. Shirt | |
| 20. | | | | | G.V.P. Pants | |
| 21. | | | | | Diagram of G.V.P. | |
| 22. | | | | | Select Autopsy Photographs of G.V.P. | |
| 23. | | | | | Demonstrative Model | |
| 24. | | | | | Plea Agreement of W.T.S. | |
| 25. | | | | | Phones recovered from W.T.S. | |
| 26. | | | | | Select Photographs from W.T.S.'s phone | |
| 27. | | | | | Photographic Lineups shown to W.T.S. | |
| 28. | | | | | Map Shown to W.T.S. | |
| 29. | | | | | GPS Maps of W.T.S. movements on May 2-3, 2015 | |
| 30. | | | | | Google Earth Map of North Lauderdale, Florida | |

| Presiding Judge: Honorable Rodolfo A. Ruiz II | | | | | AUSA: Brian Dobbins Elena Smukler | Defendant's Attorney: Joseph S. Rosenbaum, Esq. Kimberly Acevedo, Esq. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Ilona Lupowitz | Courtroom Deputy: Graciela Gomez |
| 31. | | | | | Google Earth Map of 19677 120th Avenue South | |
| 32. | | | | | Plea Agreement M.D.C.O. | |
| 33. | | | | | Photographic Lineups shown to M.D.C.O. | |
| 34. | | | | | Photographs from M.D.C.O. Facebook | |
| 35. | | | | | Plea Agreement K.G.V. | |
| 36. | | | | | Photographic Lineups shown to K.G.V. | |
| 37. | | | | | Photographs from K.G.V. Facebook | |
| 38. | | | | | Audio Recording of Wilber Vigil-Benitez on 1/18/23 | |
| 35A. | | | | | Transcript of Audio Recording from 1/18/23 | |
| 39. | | | | | Audio Recording of Wilber Vigil-Benitez on 6/28/23 | |
| 36A. | | | | | Transcript of Audio Recording from 6/28/23 | |
| 40. | | | | | Photographic Lineups shown to Wilber Vigil-Benitez | |
| 41. | | | | | Photographs from Wilber Vigil-Benitez Facebook | |
| 42. | | | | | Demonstrative Chart | |
| 43. | | | | | Timeline of Events | |