UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 22-CR-60078-6

UNITED STATES OF AMERICA, Miami, Florida

January 21, 2025

vs.

2:31 p.m. - 5:00 p.m.

WILBER VIGIL-BENITEZ, Volume 1

Defendant. Pages 1 to 100

---

JURY TRIAL
BEFORE THE HONORABLE RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT: BRIAN DOBBINS
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEYS
UNITED STATES ATTORNEY'S OFFICE
99 NE 4th Street
Miami, Florida 33132

FOR THE DEFENDANT: JOSEPH S. ROSENBAUM
KIMBERLY ACEVEDO
ROSENBAUM & ACEVEDO, LLP
100 S.E. 2nd Street
Suite 3400
Miami, Florida 33131

STENOGRAPHICALLY REPORTED BY:

ILONA LUPOWITZ, RMR, CRR
Official Court Reporter to:
The Honorable Rodolfo A. Ruiz, II
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

# I N D E X


| WITNESS | Page |
| --- | --- |
| Detective Casey Nelsen | |
| VOIR DIRE EXAMINATION BY MR. DOBBINS: | 21 |
| DIRECT EXAMINATION BY MR. DOBBINS: | 32 |


## GOVERNMENT'S EXHIBITS


| Exhibit | Received |
| --- | --- |
| 82-B | 41 |
| 82-A | 56 |
| 80-D through 80-K | 70 |


## DEFENDANT'S EXHIBITS

(No exhibits marked.)

(Call to the Order of the Court.)

MR. DOBBINS: Thank you, Your Honor. May it please the Court, opposing counsel, ladies and gentlemen of the jury, good afternoon.

On the morning of May 3, 2015, the Palm Beach County Sheriff's Office and EMT were called out to 19677 128th Avenue South, in Boca Raton, Florida, to assist with a person who was found by a fisherman who appeared to be dead. As they drove past that rural part of Palm Beach County on that calm Sunday morning, they drove past a series of horse ranches and a rural area until they got to an area where there was a canal and a small boat ramp, and it was there that they made a gruesome discovery. They found the body of a young man, bloody, lying on the ground. The body appeared to have been stabbed and cut numerous times. The face slashed open. The wrists and hands with cuts and gashes on them. The body was bloody, laying on the ground, and it was the body of 22-year old Gerson Vasquez-Portillo.

Upon observing the body, EMT and the sheriff's deputies understood that no medical assistance would help. They immediately set up a perimeter, established a perimeter, put up police tape around the scene, called Palm Beach County homicide and the crime scene investigation unit, and then they began to interview any of the residents in the area to see if anybody had seen anything.

Homicide Detective Robert Drake and Crime Scene Investigator Julie Chehab responded to the scene. At a later time the medical examiner's office also sent an investigator. What they saw is that they observed that Gerson had been stabbed numerous times on the chest, on the back, the neck, the slashes to the face and to the legs.

They also observed that Gerson had suffered a gunshot wound to his left eye at what appeared to be very close range, and they recovered a shell casing near the body. And when they turned the body over to investigate, they found the bullet deformed and exited the back of the head and was caught in his hair. And you're going to see those scenes and those items that they recovered.

At that point, you'll hear from Detective Drake that he tried to at that point retrace Gerson's last steps to figure out what happened and who could have possibly killed him. What he learned was that Gerson lived at 7700 Southwest 10th Court in North Lauderdale, Florida, which is in Broward County. He didn't have any business being up in Boca Raton. He learned that he went with some of his roommates and friends, on May 2, 2015, to watch the Mayweather/Pacquiao fight at a nightclub and that upon returning in the early morning hours, Gerson left once again on his bicycle, and his roommates never saw him nor that bicycle again.

You'll hear that they investigated the club to see if

there had been any interactions that resulted in any disputes with Gerson and any other people there. They found none. You'll also hear that in interviewing, they couldn't find anybody that had any problems with Gerson, that might have wanted to kill him.

They also attempted to recover fingerprints and DNA. But ultimately, they hit a brick wall, a dead end. They had no leads. And that's how the investigation remained until there was a break in 2020 and 2021. There was a break because somebody talked. There was a break because Wilson Tirado, an MS-13 member, who was locked up in state prison, talked.

So what you're going to hear, you're going to hear from Wilson Tirado-Silva. That's this gentleman over here. He goes by the nickname Sombra. So I'll introduce you, for purposes of brevity, to their names, but then I'll just refer to them by their nicknames, because it'll probably be easier to remember.

Wilson Tirado-Silva was locked up in State custody for attempted murder and aggravated battery with a dangerous weapon. But he knew that the Broward County Sheriff's Office was looking at him for two murders that had been committed in early 2015. And in 2020, around September 11, 2020, he notified the Broward County Sheriff's Office that he wanted to talk and admit to what he had done.

Knowing that he was an MS-13 member, the Broward Sheriff's County Office enlisted the Federal Bureau of

Investigation, Special Agent Nathan Ferguson, and they went up and interviewed him at his facility.

And Wilson Tirado-Silva admitted to those two murders that had been committed in Broward County. But in addition to that, he informed Broward Sheriff's Office about two murders that they had no idea about. One was an individual whom they had killed and buried, and nobody had ever found a body, and Wilson Tirado-Silva led law enforcement to find that body and recovering that body.

The second was the murder in Boca Raton of Gerson Vasquez-Portillo.

Now, you're going to hear from Wilson Tirado-Silva, and he's going to explain to you that he lived here in Broward County until around 2012, 2014, when he ran away because he had violated probation on another case, and he hung out in New York. And he thought when he was living in Broward County he knew MS-13 members because there was a gang called the Oakland Park MS-13, but when he went to New York, that's when he met the real MS-13.

And he joined a clique or subdivision of MS-13 known as the Guanacos Lil Cycos Salvatruchas, and we call that GLCS for short. And that was a clique that was operating in New York City, in Long Island. And he learned how -- what is required to become a member, and he was jumped in as an official member. And he'll explain to you that when that happens, you become

known as a homeboy. A homeboy is an official member of MS-13.

Prior to that, you can have different levels of associations, sort of like being on a tryout for a team. They're trying to evaluate you, see if you're worthy, see if you're trustworthy, and also see if you're willing to commit violent crimes to move to the next level.

Sombra was then sent down to northern Virginia, the D.C. area, where he worked with the GLCS clique down there, and then he was arrested on that probation violation and extradited back to Florida. He was released on community control. He was given an ankle bracelet with a GPS monitor. And you're going to hear about that, and we're going to show you some of his movements.

But while he was down here, he was contacted from the leadership in El Salvador. And you're going to hear about the structure of MS-13 and the fact that the leadership, at least at the time, was in El Salvador, and they would provide directions to the cliques up here as to what to do and how to get -- how to get more members.

But the most important thing for MS-13 was to grow, to recruit members, to become bigger and more powerful. And then, once they did that, what they were supposed to do is that they were supposed to sell drugs, sell narcotics, extort people, charge them what they called rent. If there were drug dealers on their territory, charge them rent to be able to do that or

they could get killed. If somebody was running a business, charge rent, or they'd damage the business or hurt the people running it.

And all that money would then go into a fund for the clique. The clique would have meetings. They're like a regular club. What they would do is, they would take that money, and some of that money would go to pay a regional organization, what they call the program. The program consists of numerous cliques, and they direct them on what to do. And then that money is sent down to the leadership in El Salvador.

What you're going to hear is that that to-do list the clique wanted -- the leadership in El Salvador insists that these gentlemen grow the clique and recruit.

So what do they do? What do they direct Wilson Tirado-Silva to do? They direct him to grow the clique here in south Florida, GLCS. So he did. He recruited these three individuals, Miguel Cabrera-Granados, also known as Mariachi, Kevin Ricardo Gamez-Melendez, also known as Ardilla or Squirrel, Melvin David Cruz-Ortiz, also known as Bigfoot. These three guys were people he knew from his time here in Oakland Park.

So he recruits them to join the gang, and they start out as an associate and learning about what their gang's rules are. And the number one rule is be loyal to the gang. The number two rule is, if you see an opposing member, you kill

them on sight if possible.

And you're going to learn about who the rival gangs are to MS-13. Their gang's called 18th Street, primarily, but also the Latin Kings are considered a rival gang.

So Tirado-Silva recruits these three guys, and the first murder where they also recovered the body, Mariachi and Bigfoot and Sombra participated in that murder, and you're going to hear about that.

And then there was a second murder where Sombra killed somebody, and then he relayed that these three should receive credit to the leadership in El Salvador, because for GLCS they needed three kills, three kills to become a homeboy.

After that there's the murder of Gerson, where Sombra and these three individuals, along with these other three individuals on the board who I'll talk about in a second all participated.

And then there was a fourth murder that you're going to hear that Sombra participated in with Bigfoot, and that was the murder of a guy by the name of Chrislet Ondina in June of 2015 in Fort Lauderdale.

He told us that basically for the Gerson murder what happened was, Fearless, Andy Tovar, who was the First Word or what you would consider the president of the clique, had come down from Virginia, and at the same time they started associating with associates of other cliques but were not full

homeboys, such as José Ezekiel Gamez Maravilla, also known as Chango, Hugo Bermudez-Martinez, also known as Blue, Wilber Navarro Escobar, also known as Power, Erick Alberto Villatoro-Cruz, also known as Discreto. Those were associates of other cliques, but they were not full members, so they needed crimes of violence or a kill to start to earn towards their homeboy status.

And you're going to hear that in addition, Fearless had come down in around March of 2015 to Fort Lauderdale and was living with Sombra and Bigfoot -- I'm sorry -- Sombra and Gamez, Ardilla. And a short time after fearless comes down, another homeboy from a different clique, Wilber Vigil-Benitez, the defendant, a homeboy of the Delicias clique, which is based in Maryland, an associate of GLCS, obviously, because they worked together in the program, had also come down, and he was living with fearless, Sombra, and Ardilla.

And you're going to hear that as part of what they're trying to do, obviously, is to try to find rival gang members to kill or associates of rival gang members. And you're going to hear them talk -- you're going to hear Sombra talk about investigations. They would go out and see if somebody was wearing colors of another gang or somebody was flashing gang signs. And then sometimes they even try to befriend these people to pretend like they were their friends, to ask them questions to see if they were friends with a rival gang member.

And once they found out and felt confident that they were a rival gang member or associate, they had a green light at that point to kill that person. And that's what Sombra is going to tell you happened on the night of May 2. They were out looking, as he frames it hunting, for rival gang members. And they drove around in Ardilla's car, and they were looking, Fearless, Sombra, the defendant, and Ardilla, and Bigfoot.

Ultimately, they met up with the other four on the bottom at Chango's house. It so happens that Chango lived around the corner to where Gerson lived. And you're going to hear that Chango was showing pictures of Gerson and saying, I think this guy is a rival gang associate. I think he's somebody we can kill.

And that night, the Pacquiao/Mayweather fight ends. It's the early morning hours. Lo and behold, who happens to ride back on his bicycle, Gerson.

So they invite him in to smoke some weed and drink some beer. They say he was inebriated. They talked to him for a little while. They do an investigation. And then they say, Let's go get some more weed. And he says, Sure, I'll go with you. And they get in Ardilla's car. And in that car, it's Fearless, Ardilla's driving. You've got Gerson, and you've got the defendant.

And in the other car driven by Hugo, or Blue, they follow because Chango knew a fishing spot where he used to go

with his uncle, a fishing spot at 120th Avenue South in Boca Raton. And they drove up there in the early morning hours, and they fell asleep. And then, when they got him there, they took him out of the car and they all viciously stabbed him.

Now, this is what Tirado said happened. The problem was Tirado didn't go, Sombra didn't go because he had the ankle bracelet. He wasn't allowed to leave Broward County. But he says after the murder, they came back to the trailer where they were all living, and he helps dispose of their clothing. And he said -- they told him what happened. They had killed this guy. And in addition, the defendant had gotten cut accidentally on his chest.

So law enforcement says, Sombra -- it's an interesting story -- what can we do to see if you're right? And he said, Well, I'll make calls. You guys sit in here with me while I have a phone. I'll call up some of these guys, and I'll talk to them and see if they remember the murders. And that's what he did. And he spoke to Mariachi, he spoke to Ardilla, and he spoke to Bigfoot. They admitted to their roles in the murders they played a part in. Bigfoot and Ardilla admitted to their part in killing Garrison. And in fact, you're going to hear from Ardilla and Bigfoot, as well.

Now, I wanted to talk a little bit about this because the judge brought it up in voir dire. They are what we call cooperating defendants. Sombra, Ardilla, and Bigfoot have all

pleaded guilty to the murders that they say they committed. They all are trying to work in the hopes of receiving a lesser sentence.

Now, you don't have to like these witnesses. I wouldn't like these witnesses. They're killers. And they later -- Ardilla and Bigfoot, are going to tell you they later got jumped in to become homeboys themselves. But I would ask that you keep an open mind. We're going to show you their plea agreements. You're going to see any promises that were made to them.

I want you to keep an open mind and listen to the testimony that they provide and see if it matches with what other witnesses say and what other evidence shows and see if it is corroborated, and see if you could put some trust and faith in it. And I submit that if you listen to that evidence, you will find that you can trust that.

Because not only were those phone calls made and now they have made with these admissions, but law enforcement went and talked to the defendant on two occasions. They went in January of 2023 and again in June of 2023. And they talked to him. They read him what are commonly referred to as Miranda rights. And, you know, at first he tried to pretend like he'd never been to Florida. And then they show him a picture.

And you're going to hear the whole statement or parts of the statement, and you're going to hear that he says, Okay,

I was in Florida. Okay. I came down because of Fearless. I came down and I was living with Sombra, Fearless, and Ardilla. I was living in that trailer park with them in Broward County.

And then it was, like, Well, let's talk about, you know, there's a murder that happened. And you're going to hear it from the defendant's own words. It takes a little while to get there, but finally what you're going to hear is he's going to admit it. He's going to admit that he was with those other members and associates that night. He's going to admit to being at Chango's house. He's going to admit to seeing the defendant -- I'm sorry -- seeing the victim, Gerson. He's going to admit to riding in Ardilla's car and having Gerson sit next to him as they drove up to Boca. He's going to admit that they pulled him out of the car. He's going to admit that he also got out of the car. He's going to admit that he saw everybody but Fearless -- and obviously Sombra, who was not there -- saw those guys all stab Gerson numerous times. And then he heard Fearless pull a gun and fire a shot. You're going to hear him admit that somebody handed him a knife, and you're also going to hear him admit that ultimately he also stabbed Gerson.

You're also going to hear him talk about the structure of MS-13 just like you're going to hear from all these other witnesses, and you're going to hear him talk about the rules. And the rules are, as a homeboy or as an associate, you see a

rival gang member, you attack, you attack, and you kill on sight.

I wanted to talk just briefly with you about the charges because he's charged with one count. That's murder in aid of racketeering. That might sound a little confusing. I know the judge went through a lot of the general allegations. A lot of you may have heard of RICO or watched mob movies. They're very popular. So you know about RICO. But all racketeering means is you're an organization, a criminal organization, that commits certain types of crimes, such as drug trafficking, extortion, money laundering. And you pool those resources to further your enterprise or further your gang or Mafia gangs' activities, right? And that's essentially what we're saying that MS-13 does. They're similar. They pool their resources, they commit these crimes to further their illegal activities but also to further their power, to further their reach, further the fear that is felt about MS-13. And that's what makes it a racketeering enterprise.

So what we're saying in the charges is that these men, along with the defendant, committed the murder and viciously killed Gerson Vasquez-Portillo on the early morning hours of May 3, 2015, so some of them could be raised up to homeboy status. And others such as the defendant, could maintain their status as homeboys within MS-13 and also to further the interests of the gang and MS-13 as a whole. And I submit to

you that when you've listened to all the witnesses, you've listened to the recordings, and you've seen all the evidence in this case, you'll come back with the only verdict that the evidence supports beyond a reasonable doubt, and that justice demands, and that is that you find Wilber Vigil-Benitez, guilty of murder in aid of racketeering.

Thank you.

THE COURT: Thank you, Mr. Dobbins. If we could clear the board, unless you want to keep it up.

MR. ROSENBAUM: I'll keep it up.

THE COURT: Very good, Mr. Rosenbaum. I'll turn it over to you.

MR. ROSENBAUM: Good afternoon. We represent Wilber Vigil-Benitez. He is charged, as you heard, with a very, very serious crime. And it doesn't matter which crime you're charged with, the government still has to prove the case beyond and to the exclusion of every reasonable doubt. It's the same standard for stealing a bicycle, shoplifting, battery, or first-degree murder. It's the same.

Now, I want to go over what Wilber's charged with. On or about May 3, 2015, in Broward and Palm Beach Counties in the Southern District of Florida, Fearless -- you see their photos there -- Sombra, Bigfoot, Ardilla, and Wilber Vigil-Benitez, also known as Solitario, along with others known and unknown to the grand jury, for the purpose of gaining entrance to and

maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity while aiding and abetting each other, did knowingly and intentionally murder Gerson. The key phrase there is for the purpose of gaining entrance to and maintaining and increasing position in MS-13.

Now, Sombra was GLCS. Tovar, GLCS. Mariachi, GLCS. This is the same clique. They're in the same clique. They're all MS-13, but they're different groups.

Ardilla, GLCS. Bigfoot, GLCS. These are the ones that were all down here. Wilber lived in Maryland. He was told by Tovar to get out of Dodge. They put him in Florida for about 30 to 60 days because a detective came around in Maryland and started asking Wilber about Tovar. So they put him down here, just for a little bit.

He moved in with these guys because that's where he was told to go. And then you have these guys at the bottom that are not GLCS. These were associates. These guys here were all homeboys. Wilber did not look to join GLCS. He was part of another group. He had nothing to gain from these guys. He was just there. He didn't -- he basically knew those guys when he got there.

Now, on the night of the murder, they were at Chango's house. And you'll hear that they were smoking a lot of marijuana. You will learn that Wilber got very, very stoned. He usually doesn't smoke that much marijuana, but it was a

crazy scene. They were shotgunning each other, and he got really stoned. The GLCS crew was looking to gain and get rid of rivals, to gain acceptance, so they were the ones that were hunting for Gerson. Wilber had no idea who Gerson was, never heard of him, wasn't part of it. He just happened to be at the house.

Now, when these guys go someplace, they all go together. And they protect each other from the 18th Street Gang, from Latin Kings or whatever. So when someone goes to the 7-11, they all get in the car and they all go. So in this case, other members of the GLCS, the witnesses you're going to hear -- Bigfoot, Sombra, Ardilla -- they're the ones that approached Gerson. They lured him into the house. They got friendly with him and said, Let's go with us to get some marijuana.

And that's how it happened. Wilber just jumped in the car. He didn't know where they were going, had no idea what they were gonna do or what they had planned. He wasn't involved in it. He was just merely present. They drove to this canal out in West Boca Raton, and everybody got out of the car. And the witnesses that you're going to hear from -- Sombra, four homicides and an attempted murder; Bigfoot, three homicides; and Ardilla, at least one homicide and other criminal activity -- started stabbing Gerson. Wilber was too stoned to do anything. He was there, watching. He didn't have

the knife.

What happened was, while they were stabbing, some of them peeled off and grabbed Wilber because he wasn't doing anything. He wasn't participating. And that's when he got stabbed. They wanted him to help, but he didn't. He was in no condition to help. He then heard a shot. He had no idea who shot, who had the gun, and he felt blood. First he thought he was shot. Then he realized he had been stabbed. He got worried, and he told the guys, I need to go to the hospital. And they said, no, no hospital. If you die, you die. And they all got back in the car and went back to Chango's house.

As far as Wilber goes, he doesn't know the details of it. And listen to what he told the detective. You'll be able to hear what they're going to play, that he really didn't know what happened, and he did not participate in the stabbing. And if he didn't assist in the murder, if he didn't stab him, provide a weapon, know ahead of time what was going to go on, then the fact that he is merely present, the judge will instruct you, he's not guilty. He's not guilty of the crime charged.

Now, these are the people that are going to come in and talk to you. Sombra, the First Word. He's the boss. Four murders at least he's pled guilty to. Ardilla, at least one murder that we know of. Bigfoot, three murders. These are the people here that the government is putting forward to try to

get another conviction in this particular case. But again, if the evidence doesn't show that Wilber actively participated, that he really -- that he stabbed Gerson or provided a knife and that he didn't know what was going on, then the fact that he was there, he's not guilty.

And that's the verdict that you have to come to. And the way we do this is, is you look at the evidence that you'll hear and see, the lack of evidence, also the conflict in the evidence that the witnesses will testify to. Use your common sense that you were born with, and follow the law as Your Honor will instruct you, and you will find that the government has not proven that Wilber was -- is guilty beyond an exclusion of every reasonable doubt. You'll find that he's not guilty. That's the only verdict you can reach.

Now, you have to wait and hear all the evidence in this case before you make that determination because there's a lot of different ways that it's going to be coming in. So please wait, and when you get back in the jury room, you'll be able to put it all together and clearly see that Wilber is not responsible for the death of Gerson.

Thank you.

THE COURT: Thank you, Mr. Rosenbaum.

At this time, if you want, we can take down the demonstrative, Mr. Dobbins. Thank you.

All right. Government's first witness.

MR. DOBBINS: Your Honor, at this time the government would call to the stand Detective Casey Nelsen, from the Prince William County Police Department.

THE COURT: Come on up, sir. We're going to bring you around here and we'll swear you in.

(Government witness, Detective Casey Nelsen, duly sworn.)

THE COURT: Please go ahead and have a seat. You can try to pull up as much as you can. The microphone doesn't move much. Just speak into the microphone for me.

THE WITNESS: Yes, sir.

THE COURT: You may proceed whenever you're ready, Mr. Dobbins.

MR. DOBBINS: Thank you, Your Honor.

VOIR DIRE EXAMINATION

BY MR. DOBBINS:

Q. Good afternoon.

A. Good afternoon.

Q. Could you please state your name and spell your last name for the record.

A. My name is Detective Casey Nelsen, N-e-l-s-e-n.

Q. All right. Could you please tell the members of the jury where you're currently employed.

A. I'm employed as a detective at the Prince William County Police Department located in Northern Virginia.

Q. All right. And how long have you been with the Prince William County Police Department?
A. Since 2017.
Q. All right. And where are you currently assigned within that police department?
A. I'm a detective assigned to the special investigations bureau, gang unit.
Q. And how long have you been with the special investigations bureau for the gang unit?
A. Since 2021.
Q. All right. Prior to that, what positions did you hold within the police department from 2017 until 2021?
A. I worked as a patrol officer.
Q. All right. And before becoming a police officer, did you have to go to any kind of police academy to receive any kind of training?
A. Yes, sir. I went to the Prince William County Police Department Academy.
Q. And once you made detective in 2021, did you have to receive any additional training or field experience to become a detective?
A. Yes. I mean, first off, as a detective you get placed on what's called field training, just like you would as a patrol officer, where you're trained by a senior detective on, you know, the inner workings of that job and evaluated for your

performance during that time period. But additionally, I've sought out training my entire career as a police officer.
Q. Okay. And since you're assigned to the gang unit, what kind of crimes or criminal activity do you investigate?
A. Any crimes involving local gangs or transnational gangs that are perpetrated in Prince William County. Those crimes consist of anything from, you know, simple assaults, violent assaults, violent criminal acts, narcotics trafficking, drug distribution, extortion, to name a few.
Q. Okay. And I'm sorry. I know you said it was in Northern Virginia, but can you give us maybe a city or two or town or two that's in -- within Prince William County?
A. Yes, sir. So within Prince William County, the city of Manassas, the town of Woodbridge, town of Dumfries, in close proximity to Washington, D.C., you know, National Capital Region.
Q. All right. And have you -- in your capacity as a detective with the gang unit in the Special Investigations Bureau, have you also been what we call cross-designated with any federal law enforcement agencies?
A. Yes, sir. I am a task force officer with the FBI.
Q. And what does that mean, when you are a task force officer?
A. I'm assigned to -- obviously, I'm employed by Prince William County Police Department. However, my primary function is a full-time task force officer assigned to the Northern

Virginia safe streets task force, which investigates violent criminal gangs and narcotics distribution.
Q. Okay. And how long have you been a task force officer with the FBI?
A. Since late 2021 or early 2022.
Q. And what is the goal of the FBI Safe Streets task force passport in Northern Virginia?
A. To disrupt and dismantle the operations of criminal and transnational street gangs operating in our area of responsibility, which would be the National Capital Region.
(Court reporter clarification.)
BY MR. DOBBINS:
Q. Okay. So the D.C. area, Washington, D.C. area?
A. Yes, the D.C. area. So excuse me, that's how we refer to it, but a lot of people don't understand that. It's D.C., Maryland, and Virginia, predominantly.
Q. Okay. Now, as a detective in the gang unit and a federal task force officer, have you received any specialized training in gang-related criminal activity?
A. Yes, I have.
Q. All right. And can you explain to the members of the jury what some of those types of training you've received are?
A. Yes. I've attended numerous gang-specific trainings, gangs in the region, just to name one. Gang Busters is a week-long training put on by the Virginia Commonwealth Attorney Service

Council which pairs prosecutors with detectives and/or agents to facilitate learning and, you know, communication about how these cases are prosecuted. A lot of my training, you know, on gangs I got from my field training detective as well, who is a senior detective and provided a lot of insight and exposure to me in my early time as a detective. And experience-based training, learning from people on the street and interviews, et cetera.

Q. Okay. Now, in the course of your law enforcement career, have you primarily focused on investigating any specific criminal street gang?

A. Yes.

Q. Which gang is that?

A. La Mara Salvatrucha, otherwise known as MS-13.

Q. And have you investigated other gangs?

A. Yes, sir, I have.

Q. Okay. Now, in the course of your time as a detective and task force officer, have you also had the ability to receive any training from foreign law enforcement or law enforcement officials from other countries about MS-13?

A. Yes, sir. I've attended two conferences put on by a Joint Task Force Vulcan, which was established to combat MS-13 and 18th Street violence. And during those conferences, there's not -- it's a very training-heavy conference. It's seminars put on by experts in their respective fields. But during those

conferences, it brings up vetted officers from other countries, to include Guatemala, Honduras, El Salvador, Mexico, who present cases and give updates on what they're currently seeing in their countries involving these criminal organizations.
Q. Okay. And are you also familiar with something called the FBI TAG office?
A. Yes.
Q. T-A-G?
A. Yes.
Q. And what does that stand for?
A. Those are the vetted officers that I was speaking of, Transnational Anti-Gang unit.
Q. Okay. Can you tell the members of the jury what's your -- like, give them an overview of what your experience in investigating gangs in general and specifically MS-13 would be.
A. Yes. So as we stated, I'm a detective in Prince William County and a task force officer. My experience investigating gangs, in general, is I've investigated everything from, you know, Bloods, Cripps, outlaw motorcycle gangs, Sureños gangs, MS-13, and 18th Street. But my prominent focus is MS-13. And in my time as a detective and task force officer, I've been lead case agent and/or detective and around 30 investigations involving MS-13. And these investigations range from, you know, felonious assaults, drug trafficking, violent crimes, all the way up to murder.

Q. Okay. Now, prior to coming to testify today, was there a certification submitted on your behalf about your experience in investigating MS-13?

A. Yes, sir.

Q. All right. And did you sign or -- did you authorize that to be signed on your behalf before it was submitted?

A. Yes.

Q. All right. And upon -- prior to coming here today, did you review that again and notice if there were any errors in that certification?

A. Yes, sir, I did.

Q. What was the errors?

A. Towards the end, there were errors that appear to be -- they're not my -- it's not my information. It's a slight difference in experience levels. The errors of being involved in wiretap investigations, which I have not been involved in wiretap investigations. And differences in numbers of time and interviews conducted.

Q. Okay. Well, how many -- over the course of your career, approximately how many MS-13 interviews would you say you have conducted or MS-13-related interviews?

A. Documented and/or self-admitted members, over 100. And members and associates, around 500.

Q. Okay. And have you participated in any -- you said you had not participated in any wiretap investigations in MS-13?

A. No, sir, I have not.
Q. But approximately how many MS-13 investigations would you say you've participated in?
A. Like I said, around 30 that were my investigations. Other investigations, I mean, numerous. I don't have an exact number but --
Q. Okay. And what about -- have you executed or participated in any search warrants, overall, in your time as a detective?
A. Yes.
Q. And can you give us a number? Is it numerous for that, as well?
A. Yeah. I mean, residential, over 50. As far as electronic, media, I don't have a number for that. It's quite a few.
Q. Okay.
A. In the hundreds.
Q. Okay. What about surveillance? Have you conducted any surveillance of MS-13 members or other gangs in your time as a detective and task force officer?
A. Yes, sir. MS-13 and other gangs is correct. With MS-13, over 100 hours of surveillance have been conducted by myself and my co-workers where I was present.
Q. Okay. Have you investigated gangs that are rivals with MS-13?
A. I have.
Q. And what would those rivals be?

A. 18th Street. And I've had investigations involving MS-13 and their rival, Latin Kings.
Q. Okay. Have any of your investigations of MS-13 led into -- or led you beyond the confines of your jurisdiction in Northern Virginia?
A. Yes, sir, they have.
Q. Where have they led you to?
A. My investigations have led me to Maryland, Washington, D.C., New Jersey, New York, North Carolina, California, and Florida.
Q. All right. Now, you testified just a moment ago about how you've interviewed self-admitted members and known members of the MS-13. And during those conversations, have they provided you with information about MS-13's history and structure?
A. Yes.
Q. And what about -- have they talked to you about any kind of information involving the gang's culture, any codes or symbols that they use?
A. Yes, sir, they have.
Q. All right. And have you had the opportunities to train other law enforcement officers regarding how to investigate MS-13?
A. Yes, sir, I have.
Q. And where do you -- describe the -- where do you provide those trainings?

A. I'm a DCJS, which is Virginia Department of Criminal Justice Services certified instructor. I provide trainings in our police academy. Teach our gang class every recruit session that comes through. That's about quarterly at this point. I provide trainings for in-service law enforcement, that would be officers and/or detectives that are currently employed and acting as an officer or detective on updates of gang culture, what we're currently seeing in Prince William County and surrounding jurisdictions, investigative updates, signs, symbols, colors that they should be aware of when they're interacting with individuals on the street. I provide training for the Virginia Crime Analysis symposium, which brings together all crime analysts from across the state of Virginia to update them, as they're the ones that make a lot of Intel products.
Q. Okay. You talked a moment ago also about Joint Task Force Vulcan. Can you explain again what that is?
A. It's a group of federal agencies led by the FBI and prosecutors that came together to investigate and prosecute criminal acts committed by transnational criminal organizations.
Q. Okay. And would that include MS-13?
A. Yes.
Q. All right. When you say a "transnational criminal organization," what do you mean by that?

A. I mean a criminal organization that operates not only in one country and operates in multiple countries and crosses back and forth.

Q. And you talked about the hours -- I think you said hundreds of hours of surveillance you've conducted, surveillance. When you've conducted surveillance of MS-13, what has that information taught you about how MS-13 operates or how they dress or what they do?

A. Yes, sir. Every surveillance is slightly different, right, depending on the target of the surveillance. I've conducted surveillance at bars, nightclubs, restaurants, residences, mobile and/or static, meaning, stationary in one position.

And during the surveillance, I've observed MS-13 members and other gang members in their day-to-day activities, how they move, how they operate, how they greet each other, what style of clothing they will wear, if they're gonna just go out to a bar that night versus what style of clothing they will wear if they're gonna go to a meeting.

I observed, you know, different styles of clothing, dress, the displaying of hand signs to and from each other, distribution of narcotics, how they move, how they operate, how individuals will -- all the way down to even how individuals will sit in a vehicle, depending on their rank within the gang.

Q. Okay. And have you ever testified in any court as an expert in the area of MS-13, their organization, history, and

how they operate?
A. Yes, sir, I have.
Q. Can you tell the jury where that's been and when?
A. I've testified in Prince William County District Court as an expert in MS-13 twice. In October of this past year, I testified in federal court in the Eastern District of Virginia.
Q. All right. So the general court for Prince William County, would that be the state court equivalent?
A. Yes, sir.
Q. Okay. And were you qualified as an expert in all three of those cases?
A. Yes, sir, I was.
Q. Have you ever been submitted or tendered as an expert witness and not been qualified as an expert?
A. No, sir, I have not.
MR. DOBBINS: Your Honor, at this time the government would move to qualify Detective Nelsen as an expert in the area of MS-13, their history, their culture, and how they operate.
THE COURT: You may proceed.
MR. DOBBINS: Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. DOBBINS:
Q. All right. Detective Nelsen, can you tell the members of the jury how MS-13 was formed?
A. Yes, sir. From 19 -- I'm going to set the stage for

everybody, so there's going to be a little bit of a background, history.

So from 1972, approximately, to 1992, there was a civil war in El Salvador. During this civil war, many individuals from the country of El Salvador fled the violence and came to the United States. They ultimately settled -- or a large majority of them settled in the southern portion of California, but specifically, the Pico-Union District of California.

So these members -- these individuals, like any other individual or group of people that come to a new area, throughout history often were met with some aggression or dislike from already established members of that community.

So that community at the time was predominantly of Mexican descent. When the Salvadorans arrived, they banded together just like any other group of people does, and they banded together and ultimately formed the group that took on the name Mara Salvatrucha Stoners.

Q. Okay. What does the term Mara and Salvatrucha stand for?

A. Mara is a slang term meaning gang. Salvatrucha is another slang term. Street-smart Salvadorian, is what it would be recognized as.

Q. And why were they called the Mara Salvatrucha Stoners?

A. So during that time, like I said, 1978, we're in the late '70s, early '80s at this point. Rock and roll is really big. You know, metal days, Ozzy Osborne, et cetera. And these guys

liked to hang out and go to rock concerts and smoke marijuana.
Q. Okay. So what happened? How does it come to be that the Mara Salvatrucha Stoners drop the stoner part and become just Mara Salvatrucha and then add the number 13 to it?
A. So as these individuals, you know, began to band together and now they have the name Mara Salvatrucha Stoners, and there's some strife between already established street gangs that are in the area, and these individuals start to commit, you know, criminal acts.
They start off as petty criminal acts, but they -- ultimately, some of them end up in the Southern California penal system. And while in the Southern California penal system, they continue to have some strife with other gangs, and they attract the attention of the Mexican Mafia or La eMe.
Q. Okay. And what happened then, when they attracted the attention of the Mexican Mafia?
A. So these individuals ultimately decided to pay homage with the Mexican Mafia and join the other Sureño gangs that are other -- and I guess I'll explain what Sureño is. So Sureño means southerner, right. So southern part of California is the origination of the Sureño gangs. There's numerous different Sureño gangs, but the individuals from Mara Salvatrucha Stoners decided to add the number 13.
Q. And why is that? What was the significance of the 13?
A. The significance of 13 is -- I want you to think -- when

we're speaking about gang stuff, I want you to always think alpha-numeric, meaning letters to numbers and numbers to letters.

So the 13th letter in the alphabet is M, or la M, and many -- most Sureño gangs display the number 13, paying homage to the Mexican Mafia, the controlling interest of Sureño gangs.

Q. Okay. And another nickname for the Mexican Mafia is La eMe?

A. La eMe, yeah.

Q. Okay. Now, based on your training and experience, would 18th Street also be a Sureño gang?

A. Yes.

Q. So why would it be that in prison these gangs band together and pay homage to the Mexican Mafia, whereas, you said that MS-13 and 13th Street were rivals or enemies?

A. Yes, sir. It's very common in the -- in any penal system, whether it's jail on the state end or -- state prison or federal prison, for individuals of like ethnicity to band together for protection and, you know, numbers.

Q. Okay. And does that stop if -- once they're back out on the street, in your experience?

A. You mean them getting along with each other?

Q. Yes.

A. Yes, sir, it does.

Q. So MS-13 then is an -- actually, an American gang, in

essence, right?
A. Yes, MS-13 started in California.
Q. So how is it that MS-13 then expands to other countries or across the United States?
A. So Mara Salvatrucha Stoners has now transitioned to La Mara Salvatrucha 13, or La Mara Salvatrucha 13. And these individuals are incarcerated, depending on, you know, what crime they had committed, but a lot of them were ultimately deported back to their home country.
So the civil war ends in 1992. People are being deported back to El Salvador, Guatemala and/or Honduras, most specifically El Salvador, where the gang begins to flourish.
Q. And over the course of the last few decades, where has MS-13 maintained its largest presence?
A. In El Salvador.
Q. So how does it start -- the individuals would get deported. They start growing MS-13 in El Salvador. How are they doing that? What are they doing to grow the gang?
A. The individuals that have arrived back in El Salvador are recruited. As they do here in the United States, they do the same thing in El Salvador. They recruit members into the gang.
Q. Okay. And then how does it happen when they start coming back to the United States or spreading outside of southern California?
A. Through the natural cycle of immigration from Central

America into the United States, individuals, you know, that were previously deported and/or individuals that had never been to the United States, but had been recruited into the gang started to emigrate into the United States.

Q. Okay. And so where in the United States would you say that MS-13 has maintained its largest presence?

A. It's hard to say its largest presence, but I can give you some key areas of where MS-13 operations, especially in those early years. Obviously, Los Angeles, California, you know, the founding location where they have maintained a large presence since the beginning. But as individuals started to travel and emigrate into the U.S., they settled in places like Texas, North Carolina, Northern Virginia, New York specifically, and, you know, Long Island, Suffolk and Nassau Counties.

Q. Now, based on your training and experience, is it common for MS-13 members to travel from one state to another in connection with the gangs' activities?

A. Very much so.

Q. Okay. And does MS-13 maintain a presence in other countries besides El Salvador that you've already discussed?

A. Yes, sir. Obviously, El Salvador, Guatemala, Honduras, Nicaragua, Spain, Canada, the United States, to name a few.

Q. And what is -- based on your training and experience and what you've learned, what is MS-13's primary goal? What are they trying to achieve?

A. Their primary goal is to expand the gang and effect control over people in the area in which they claim territory.
Q. Okay. How do they try to do that?
A. They do this through fear, intimidation, and extreme violence.
Q. Based on your training and experience and what you know, what sort of weapons would you say that MS-13 members typically use to commit their crimes?
A. The traditional weapon of MS-13 is a machete. Other weapons that are typically used are knives, baseball bats, guns.
Q. Who does MS-13 -- who do the MS-13 members typically recruit to try to get them into membership?
A. MS-13 will recruit youth. Oftentimes these youth I've seen as young as in middle school when recruitment begins. These youth that are recruited are oftentimes from unstable home lives. Maybe this child has come over without -- you know, come into the United States without his parents, is living with an, you know, ancillary relative, feels like a stranger and goes for something, you know, that promises the world, but then ultimately it is MS-13.
Q. And are they -- the individuals who are typically targeted, are they of a certain ethnicity, descent, or nationality?
A. Yes, they're Central American, specifically El Salvador, Guatemala or Honduras.

Q. Is there also some sort of tactical advantage to recruiting juveniles, such as middle schoolers or young high schoolers?
A. Yes, there is. I mean, the judicial system towards juveniles is often less restrictive or punitive than it is towards someone who is an adult. And these individuals are much more susceptible to influence at a young age.
Q. Okay. And based on your training and experience and your expertise, is MS-13 looking to stay or maintain what they have in these certain areas, these regions you talked about in the United States or are they always looking to expand?
A. They're always looking to expand, but they're looking to maintain control of what they have, for sure.
Q. Now, are you familiar with the structure of MS-13?
A. Yes, sir, I am.
Q. All right. Would you please describe how MS-13 is structured to the jury.
A. Yes, sir. So I'm going to explain it as a -- kind of using a model of a corporation. I'll try to -- I'll kind of bounce back and forth a little bit.

So I want you to think of MS-13 as a whole, as Corporation X. Right? So Corporation X has a group, a controlling group, of CEOs or COOs, which, in MS-13 being Corporation X, the controlling group would be La Ranfla. Right? So La Ranfla is the upper level leadership of MS-13.

And as we work our way down in the corporation, so

Corporation X operates -- and we'll use, for example, purposes in the entirety of the United States.

Sorry. I'm trying to make sure I'm getting on the mic here.

They operate the entirety of the United States. So Corporation X has separated itself out into regions, the eastern region, the central region, and the western region. So within each of these regions, there is a -- there are five different sales territories. And then within those sales territories, there's regional offices.

So we have Corporation X with a group of CEOs, and the CEOs are La Ranfla and/or the ranfleros that sit on that -- in that group. Within the sales region, there are regional managers. So I want you to think of the regions as the programs, or the programas, of MS-13.

So each step down we go, there's a level of leadership within those different subsets of Corporation X. And so Corporation X is going to push out, these are our rules, MS-13 is Ranfla and the ranfleros will push out, these are our rules.

There's always a little bit of difference between what the main rules are and what is pushed out by then the regional manager, then the district manager, and then the salesmen or the foot soldiers within the group.

Q. All right. And we created a chart to try to kind of explain the structure here today?

A. Yes, sir.
Q. All right.
MR. DOBBINS: Your Honor, I think without objection, the government would move to admit Government's Exhibit 82, B, as in boy.
THE COURT: Any objection?
MR. ROSENBAUM: No.
THE COURT: All right. That will be admitted at this time.
MR. DOBBINS: If we could publish for the jury?
THE COURT: Granted.
(Government Exhibit 82-B was received in evidence.)
BY MR. DOBBINS:
Q. So I think we were talking about La Ranfla in El Salvador here.
A. Yes, sir.
Q. All right. And what would you describe them in your corporation example?
A. They are the CEOs. They are the controlling interest of the gang. They're the ones that push the rules, the directives, and the orders to other members of the gang.
Q. I believe you were talking about, here on the right, we have the program?
A. Yes, sir.
Q. All right. And what is -- what is the program in your

corporation example?
A. Well, the program would be the region. So the region is comprised of numerous different sales offices. Those would be the cliques. So the cliques fall under a program. The program reports to the rancheros on La Ranfla.
Q. Okay. Can you give us some examples of programs that you're familiar with based on your expertise.
A. Yes, sir. The East Coast program, the Mexico program, the LA program.
Q. Okay. And -- now I know you used a corporation as an example. But what is the goal of the programs? What are they put in -- why are they created and what do they do?
A. The programs are a -- it's a controlling interest of a group of cliques. So there will be a program leader that receives information from La Ranfla and then pushes that out to the clique leaders. So the program covers a geographical area and brings most, not all, but whatever cliques will fall in line with the program in that area underneath the control of that program.
Q. Okay. And then what is a clique in your corporation example?
A. The clique is the regional office. So that regional office is responsible for a certain territory. It has certain, you know, individuals, and the clique specifically has individuals that are tasked with certain jobs for the benefit of the

program and then ultimately Corporation X.

Q. All right. Now, based on your training, experience, and your expertise, do the cliques have meetings, or regular meetings?

A. Yes, they do.

Q. Okay. What are those meetings called?

A. Those meetings are referred to as misas, or masses, like a Catholic church, mass, is what they're referred to as. Sometimes they'll also refer to them as churches.

Q. And what generally happens at these meetings, or masses?

A. During the meetings, all the members of the clique will get together and they will discuss gang business, clique business. And if there's any problems in the area with law enforcement, with rivals, if anyone is being accused of cooperating with law enforcement or doing something against the gang or committing a transgression against the gang, they will hold court and determine what the punishment is for that individual.

Q. Okay. We'll get to that in a moment.

Do the members of the clique or even the associates of the clique, are they required to pay dues to the clique every month?

A. Yes, sir, they are.

Q. Okay. And what other types of ways do the cliques try to run their territory or make money in their territory?

A. So every clique is different. But some of the common

criminal acts or ways of obtaining funds by the clique is distribution of narcotics, the extortion of legitimate and/or mostly illegitimate businesses, oftentimes it's like brothels also or beer houses that are not sanctioned, obviously, as businesses. And the reason they target these groups is because they're much less likely to report the extortion to law enforcement.

Q. Okay. Have you heard the term "rent" used in relation to MS-13?

A. I have, yes. That's a term for extortion. So-and-so is going to collect rent from the brothel, from the pupuseria, from the other business. Typically, they're Latino businesses that they're extorting.

Q. Okay. And what would -- when you say they're extorting them, what are they either offering or threatening to do, in your experience?

A. It will be framed, in my experience, as we're going to provide you the business protection. In exchange for that protection, you're going to provide MS-13 with "X" amount of dollars on whatever day of the month or however -- whatever interval they decide it to be.

But that's kind of a -- it's a lie because it's not protection. If you don't pay, they're going to proceed against you with verbal threats, physical violence, and physical violence and/or threats towards the business's family or

associates, et cetera.
Q. Okay. Now, once the clique collects the dues from the members and associates, what do they do with that money, generally speaking?
A. So that money is pooled within a clique, and then the money that the clique has gathered through the due payments and/or the other ways of paying money, there is money that paid is then to the program.
Q. Okay. So when you say the other ways they obtain money, that would be the illegal activities --
A. Narcotics -- illegal activities, yes, narcotic sales, extortions, robberies.
Q. All right. And so then each clique that's within a program is required to pay some dues to that program, as well?
A. Yes.
Q. Okay. And then what does the program do with the -- the dues it collects from all the cliques within the program?
A. The program will use that money to send some of it down to El Salvador, to incarcerated members of La Ranfla. They will pay for commissary for incarcerated members in the United States. And some of this is also done for the clique before it's provided to the program.
But it'll pay for commissary or goods for the incarcerated members; it'll pay for legal fees for members that are fighting court cases. They will use that money to purchase additional

narcotics to then sell and make more money. They will use that money to also purchase weapons.

Q. Okay. Now, you were talking about La Ranfla. You said that you equate them with the -- I think it was the board of directors of the company?

A. Yes, sir.

Q. All right. And you said that they push out the rules. What are the rules? What are some of the general rules of MS-13?

A. There's a lot of rules, but the predominant rules are obviously MS-13, the letters M and S are the most important and should be respected. Members and/or associates are not allowed to cooperate with law enforcement in any way, shape, or form. Members should respect the orders and directives of the homeboy, and all homeboys should be respected.

Q. Do they have any rules about maintaining their territory or trying to grow their territory?

A. Yeah. I mean, that's the main goal, is to expand.

Q. What about any rules pertaining to rival gang members or associates of rival gangs?

A. If a member sees a rival gang member, specifically 18th Street, that member is to commit an act of violence on that rival gang member. Typically it's a homicide, or to murder that rival gang member.

Q. Now, you said that La Ranfla -- I believe you said a lot of

them are -- some of that money goes to help them fight -- fight their court cases down in El Salvador?
A. That money goes to them to do whatever they want, but a lot of them are, yes, incarcerated in El Salvador.
And I should say this: Are currently incarcerated and have historically been incarcerated, because there have been some structural changes in MS-13 over the years.
Q. Was there a significant change in how the government of El Salvador addressed MS-13 that occurred in or around 2022?
A. Yes. The president of El Salvador, Nayib Bukele, enacted what's called an order of exception, which was a presidential order basically saying that the government and police of El Salvador are to incarcerate MS-13 and 18th Street gang members.
Q. All right. Going back to prior to 2022, for instance, from 2010 to 2020, was there -- did the MS-13 and Ranfla leaders of MS-13 in El Salvador have more latitude to operate even if they were incarcerated?
A. Yes.
Q. And how is that? Can you explain that for the jury?
A. Prior to recent times and the building of different penal institutions in the country of El Salvador, the jails and prisons were kind of spread out, and these members were in, you know, jails with lesser control than there is now. And they were able to maintain communications either through

cooperating, you know, third parties, that are known third parties with them and/or secreted or hidden cellular telephones that they maintain in prisons.
Q. And is that how La Ranfla was able to communicate with the program or the leaders of the different cliques?
A. Yes. In my experience, it's obviously via phone call or digital messaging.
Q. Okay. And when you say "phone call," would that be some sort of internet app that is used that has potentially end-to-end encryption?
A. Typically it's on an end-to-end encrypted app, yes, sir.
Q. Can you give us some examples of those?
A. WhatsApp is one, one of the main ones.
Q. Okay. Now, are the cliques often represented by a specific leader in El Salvador or leadership group in El Salvador that are part of the Ranfla?
A. Each individual clique?
Q. Yes, or some of the cliques, not all of them.
A. So the members -- the ranfleros, the members that are on La Ranfla -- are not -- they come from numerous different cliques. There's hundreds of cliques of MS-13. So not every clique is represented by a member that's a ranflero. But members that are ranfleros ultimately come from a clique and have allegiance to a certain clique.
Q. Okay. So, for example, if a member ranflero was also a

member of clique X, and clique X operated in northern Virginia where you investigate cases, would clique X also be in contact with that ranflero directly to help get advice on -- and orders on how to grow the clique or work their business?
A. Yes. Typically we've seen that the cliques that have members in leadership roles, specifically higher leadership roles, tend to expand quicker and be the larger, more predominant cliques.
Q. Okay. Now, I know we talked about it as being a sales -- I guess you called it a sales group was what a clique is. Can you just describe again what exactly the clique is within MS-13?
A. So the clique is the local grouping of members. So cliques are tied to a geographical location, but it doesn't have to be one geographical location. There can be a -- members of whatever clique it is in northern Virginia, but those members could also be operating in Maryland. They could also be operating in Pennsylvania. They could also be in numerous different locations across the country.
And also there could be members from the clique in the United States, and there could be a grouping of that clique also in El Salvador, Nicaragua, Guatemala.
Q. And where is the area where that clique operates -- what is that known as?
A. It's known as a "cancha," so like a soccer field is what it

would translate to, a field. But "cancha" would be territory.
Q. Okay. Now, what happens if one clique's territory starts coming close or encroaching onto another clique's territory? How does that get resolved?
A. I mean, there would have to be a conversation amongst the leadership of the clique, amongst the First Word, Second Word, homeboys of the clique, to figure that out. It depends on what the encroachment is.
If another clique is selling drugs in another clique's territory, there would be issues with that. That would have to go up the chain, for lack of a better term, or brought up to the upper level leadership to make a decision on who -- on what to do and if somebody should be punished or what's to be done.
Q. When you say run it up the chain, what are you talking about? What would the next chain or --
A. To go up to the next level of leadership within the gang. So from the clique and the First Word, it would go to the program corredor, or the runner, for the clique. And then that person is absolutely capable of making bad decisions, according to the hierarchal levels. But oftentimes that corredor is in communication directly with the ranfleros because that's how the flow of information works.
Q. Okay. So we talked about the fact that the leadership in El Salvador is called the Ranfla. Right? And I think you just talked about -- but let's just be clear -- what is the

leadership of the program called?
A. So there's what's called a program corredor, so that individual ultimately comes from a clique. So say this individual came from the Fulton clique for, you know, example purposes. He is a member of the Fulton local Salvatrucha clique, however, he is a corredor for the program which oversees multiple different cliques and then is reporting to the Ranfla and the ranfleros or the members of the Mesa in the United States currently.
Q. Okay. And how does one become the corredor of a program? Is there an election? How does that happen.
A. It's a promotion process. Everybody started at the bottom and worked their way up, you know, through the rank structure of MS-13. And ultimately was, you know, deemed worthy of that position because of what they've done.
Q. Okay. But what I'm saying is, when somebody -- well, let me ask you this, what would be a reason that somebody no longer was corredor or in a leadership position in the clique? How would that happen? Would they be -- either they left the clique or something else happened?
A. Yeah. I mean, if they were no longer in good standing with the gang, they would no longer be in that position. If they committed a transgression against the gang. But oftentimes at that level, I have not experienced anybody wanting, you know, to leave the gang at that point.

Q. Based on your experience and your expertise, what happens if somebody gets arrested then is incarcerated, though? Are they -- still remain in charge of a clique or as a corredor of the program?
A. No. They'll transition to being more involved in the inter-jail politics of MS-13 than they would be on the outside.
Q. And so if that happens in, let's say, a corredor of a program, who would decide who would be the next corredor of that program, if, say the current corredor was arrested?
A. La Ranfla.
Q. In El Salvador?
A. Yes, historically.
Q. Okay. Now, on our chart here, we put the arrows to the program to represent the dues. You would pay dues to the program from the clique?
A. Yes.
Q. All right. And then the program would send some of that money to the Ranfla in El Salvador.
A. Yes.
Q. Okay. But also the clique can be in communication or send money to their specific Ranfla members that are also members of their clique if that's the policy of the clique, right?
A. If that's how the clique operates, yes. I've heard of that. I have never followed the money all the way down for every single one that I've done, but I've definitely seen

numerous transactions on, you know, Ria, Western Union, et cetera.
Q. What was the first one you mentioned?
A. Ria.
Q. And what are those services?
A. They're MoneyGram, you know, sending money via wire transfer down to --
Q. And based on your training and experience, does that happen directly to the actual Ranfla member or to some other designee that they've given?
A. It has never gone directly to the member. It always goes to a third party. In my experience, it's typically, you know, a female in the United States sends it to a female in whatever country it's going to. And the purpose of that is -- and this is from -- directly from interviews -- is to mask the transfer of the money, to prevent the detection of money.
Q. All right. To mask it from who?
A. From law enforcement.
Q. Now, you talked about the Ranfla's leadership in El Salvador, the corredores is the leadership of the program, what is the leader of a clique called?
A. There's a First Word or the Primera Palabra, and the Second Word, Segunda Palabra.
Q. Have you also heard the term "Palabrero"?
A. Yes.

Q. What does that mean?
A. It's the same thing, Palabrero, Palabra. It identifies the same individual.
Q. Which would be whom, the First Word or the Second?
A. The First Word.
MR. DOBBINS: Judge, I didn't know if you wanted to take an afternoon break or if --
THE COURT: If this is a good moment for you, I can.
MR. DOBBINS: This would be fine.
THE COURT: This would be okay?
All right. Ladies and gentlemen, let's go ahead and take a little break. We may try to send in some coffee during the break, as well, if you need it. Go ahead and do me a favor. Leave your notepads in your chairs for now while we take this break. You have a restroom in there that you can use and you can stretch out. We'll bring you back in just a moment. You are excused.
THE COURT SECURITY OFFICER: All rise for the jury.
(Jury exits at 3:56 p.m.)
THE COURT: Please be seated, everyone.
Detective, if you need to use the restroom, you're free to step down.
All right. Just for scheduling, Mr. Dobbins, how much longer in the direct do you think you have?
MR. DOBBINS: Maybe 20 minutes or so, maybe 30.

Roughly.

THE COURT: Okay. All right. That's good. We can at least get started, I think, for Mr. Rosenbaum because we should be done, I think, by like 4:15, something like that so we can turn it over to him. Okay. Very good.

Go ahead, everyone, and take a break. We'll take five here to use the restroom.

(Court recessed at 3:57 p.m.)

(Back on the record at 4:14 p.m.)

THE COURT: All right. Let's go and round them up, please. Thank you.

(Jury enters at 4:15 p.m.)

THE COURT: Please be seated, folks, as you're coming in.

MR. DOBBINS: May I proceed, Your Honor?

THE COURT: Give me one second. We're missing one juror.

MR. DOBBINS: I'm sorry.

THE COURT: Yeah. Might have been using the restroom.

All right. We'll resume where we left off, ladies and gentlemen.

Mr. Dobbins, go ahead.

MR. DOBBINS: Yes, Your Honor. Without objection, the government would move Government's Exhibit 82-A into evidence.

THE COURT: No objection, Mr. Rosenbaum?

MR. ROSENBAUM: No objection.

THE COURT: Very good. We'll admit 82-A at this time.

(Government Exhibit 82-A was received in evidence.)

BY MR. DOBBINS:

Q. All right. Showing you this chart that we made, what is this that we're looking at here?

A. This is the rank structure of a clique within MS-13, historically. Like I said, there have been some changes as of, you know, post-2022 but --

Q. Okay. But from 2010 to 2020 this would have been generally the structure of a clique?

A. Yes, sir.

Q. Okay. And we talked about First Word or Palabrero. Would you prefer to start at the bottom or the top of the chart?

A. We can start at the bottom, that's fine.

Q. Okay. So what is the -- that lowest rank there, the paro, what is that?

A. The paro, like you just said, is the lowest rank of the clique. That's an individual -- you want me to go into their responsibilities or --

Q. Yes, please.

A. So that individual is the lowest ranking member. There is a rank below that that some cliques use called esquina, but that's just much lower, much less involved. So the paro is responsible for, you know, being a lookout, for -- during the

commission of crimes, the transportation of things from here and there, and whether they be narcotics, weapons, et cetera. So this individual is just starting to prove themselves within the group.

Q. Okay. And is this somebody that would be considered a member of a clique?

A. By MS-13? No.

Q. Okay. So what's the next level up from the para?

A. The next level is observaciones, or observation.

Q. And what are their duties and responsibilities to the gang?

A. So as we increase, you know, from paro up to First Word, the responsibilities and the gravity of those responsibilities increase. So the observation is now, you know, being watched closely by the clique to see if they have what it takes, to see if they're willing to do what they're instructed to do by the homeboys and by the upper leadership of the gang. So the job still remains the same, transportation of narcotics, transportation of drugs, weapons, and observation will -- paro will report to the observacion.

Q. Okay. So this chain that we're looking at here with these arrows is also, in addition to the steps towards membership, it's also a reporting structure that we're looking at here?

A. Yes, sir.

Q. Okay. And are the -- well, withdrawn.

So let me go to the next level, which is, I believe,

chequeo. Can you explain to the members of the jury what a chequeo is?
A. Yes, sir. So the chequeo is above observacion and above paro. They have a direct connection to the homeboys. Now, I say this all as, you know, typically. Obviously, every -- you can go off script. You know, there might be a paro that is close in relationship with a homeboy, that they talk back and forth. But the chequeo is going to oversee the observacion and the paro, and his responsibilities have now increased. Now this person is going to start handling money, going to start collecting rent and handling clique money, more clique-specific business, and have much more knowledge as to the inner workings of the clique and what the goals of that clique are.
Q. And what does that mean, that they'll have "more knowledge"? How do they acquire that knowledge?
A. They're taught through the process from paro all the way up by the members that have already attained the rank that they're, you know, striving to achieve.
Q. Okay. So who would that be? For instance, would that be the -- you're saying the observaciones would teach the paros or would it be the homeboys teaching or the First Word teaching somebody?
A. I think everybody teaches the paro. I mean it's not -- there's no -- it's not this hard and fast rule. And everything with -- you know, that I've explained to up to this time is

there's always room for, you know, deviance in the basic rules structure and the rank structure.
Q. Okay. After chequeo, what's the next rank?
A. Homeboy.
Q. All right. And what is homeboy considered to be?
A. So a homeboy is considered to be a full member of La Mara Salvatrucha, or MS-13.
Q. Okay. And then above the homeboy, we have Second Word and First Word, which you talked about?
A. Yes, sir.
Q. All right. So would it be fair to say, like, most people probably stay at the homeboy level? Only one person can be the Second Word and one person can be the First Word at a time?
A. Typically, yes. I mean, I've had -- but sometimes, you know, members will just stall out at a rank. Like, I've had individuals that I've spoken with that have been chequeos for five years. It just depends on that clique's internal politics.
Q. All right. And generally speaking, though, in your experience and expertise, what does it take for one to advance from one level to another?
A. Typically, it's a -- an act for the benefit of MS-13, and this act is usually a violent act, especially when you go from chequeo to homeboy.
Q. Okay. And when you say "a violent act," a violent act

committed against whom?
A. A murder, typically of a rival.
Q. Okay. Now, have you heard the expression, "putting in work"?
A. Yes, I have.
Q. What does that mean?
A. That means that someone is gaining clout, trust, favor, with the gang based on what they've done. It could mean anything from putting in the work, as far as this individual -- for instance, this individual has put in work, they have done a good job. But it can also mean putting in work referring to this individual has killed somebody. It depends on the context of the conversation.
Q. Okay. And do the chequeos, observaciones, and paros potentially have to pay dues at these meetings, the masses that the clique would have?
A. Yes.
Q. Are they -- are they required to pay less in dues to the clique than, say, a homeboy?
A. It differs between clique to clique, but like I said, the chequeo that I had spoke about earlier is required to pay dues, so...
Q. Now, when one's trying to get promoted from, let's say, chequeo to homeboy and they have to put in work or commit a violent crime, is there anybody that has to be present to

witness that violent crime happen?
A. Sometimes the homeboys will be present just because of, you know, they're present. If we go to, like, the basic rule structure that someone higher than the individual committing the violent crime or the murder has to be present to observe it, or it has to be video recorded. And this is historically speaking. It has to be video recorded and sent -- because there has to be proof. There has to be someone that can say, hey, you know, individual X did what they were told to do and they deserve to be promoted or they, you know, followed the directions.
Q. And why does it have to be proven? Who does it have to be proven to?
A. It has to be proven to the leadership of the gang, because if that individual was going to use said act to further their position within the gang or further their respect within the gang, there has to be some sort of evidence of that.
Q. And so does the First Word of the clique, can they automatically approve somebody to move up in rank or -- from chequeo to homeboy?
A. Without any evidence or --
Q. Yes.
A. No.
Q. Okay. And even if they do have evidence, does the First Word have to report that or show that evidence to somebody else

to get the approval to make them a homeboy?
A. Yes. Any promotions are reported to historically La Ranfla in the United States, currently to La Mesa.
Q. So historically, pre-2022 it would have been reported back to La Ranfla in El Salvador?
A. Yes, sir. And I don't want to have a misunderstanding that that communication has stopped since '22. It's just different.
Q. Got you.
Now, are you familiar with tattoos that are used by MS-13 members?
A. Yes, I am.
Q. Okay. What kind of tattoos have you seen and are you familiar with?
A. I've seen the straightforward tattoos of, you know, MS-13, MS and the use of Roman numerals to make 13, Mara Salvatrucha written out in a tattoo. But also sometimes members will conceal the letters MS or the number 13 in tattoos to make it less detectable by law enforcement.
Q. Now, who is allowed to get MS-13 or MS or Mara Salvatrucha tattooed on their bodies?
A. Typically homeboys are allowed to get that. And any tattoos that would be gotten outside of the approval of the homeboys or The Word of the program, that individually would typically face some sort of corrective measure.
Q. Okay. And I think you talked about that a little earlier,

before the break.

So at these -- you said at the masses or meetings, sometimes there are courts or punishments meted out.

Can you explain a little bit more about that?

A. Yeah. So a punishment typically would be known as a correctivo, or a corrective, or a calentón. These punishments are for transgressions against the gangs.

So, for instance, if a member commits a transgression, there will be -- information is found out by whoever in the clique, that information is then presented to the homeboys and the First Words, Second Word of the clique, and sometimes the corredor, and that is discussed in what's called a corte, they'll hold a court, and the punishment is then determined based on the gravity of the transgression.

So sometimes it will be a beating that consists of 13 seconds, using hands and feet. Typically the person that committed the transgression is struck in the torso, and someone counts out loud for the time period. If the transgression is grave enough, it can go up to 26 seconds for that same beating, and then ultimately can result in a green light, if it's bad enough.

Also, without the use of hands and feet, if the transgression is deemed worthy of this punishment, they will get what is called a báte, or the use of a baseball bat to strike the individuals in the rear of their legs from the

buttocks to the knee, 13 times or 26 times.
Q. Okay. You mentioned green light. What is a green light?
A. A green light is an order that is issued to against somebody that the gang feels needs to be murdered or has committed a transgression.
Q. And who would issue a green light?
A. The -- typically, it would come from, at minimum the corredor, but it would also go to La Ranfla for approval.
Q. Okay. Now, is a green light required to kill a rival or associate of a rival gang such as 18th Street?
A. Is it required? No. Because as I said before, one of the rules is that you shall kill your rivals. So if a member contacts a rival, they don't necessarily have to seek approval beforehand.
Q. Okay. And then -- now, you said that sometimes rules differ from cliques to cliques, but you said that's a general rule. Is that pretty much your experience that that's the rule across the cliques, that you should kill your rivals?
A. Yeah, that rule doesn't change. I was referring more towards the rule such as like you shall not get drunk in public. You shall not use hard narcotics such as cocaine or pressed fentanyl pills.
Those rules tend to differ based upon the clique and how strict the leadership is.
Q. Okay. But the rule about killing rival gang members and

associates of rival gangs is pretty much across the board.
A. It's pretty solid across the board, yeah. The three that I mentioned are typically not changing amongst cliques.
Q. Okay. Now, would a green light be required, though, to kill somebody -- to get approval to kill somebody who is not a member of a gang but, like, say, a civilian or law enforcement or something like that?
A. Yes.
Q. Okay. And what would be an example of why a homeboy or a member or a chequeo or something like that, why would they be potentially green lit?
A. The number one reason that that happens is because that individual either has or is perceived to be cooperating with law enforcement.
Q. Okay. So if an MS-13 member or associate, so a homeboy or lower, cooperates with law enforcement, they can be green lit just for that, which is an order for their death.
A. Absolutely.
Q. Now, when those people get the tattoos, in other words, the homeboys get the tattoos, are they required to get any kind of permission before they get the tattoos?
A. They should get approval for the tattoos, yes.
Q. And based on your training, experience and expertise, those tattoos, their location, does that have any meaning?
A. Typically, I mean, I've seen them on the chest and the

back. I've heard, you know, different interviews where if the letters are empty, they have to do something to get the letters filled in. They have to commit an act to get the letters filled in.
Q. Are you familiar with any hand signs or signals that MS-13 uses?
A. Yes.
Q. Can you give us an example, please?
A. The predominant hand sign that MS-13 members use to represent their gang is known as La Garra. I'll display it for the Court (indicating).
Q. Go ahead and describe it.
A. In describing it, the pointer finger is outstretched, and it's a spread as wide apart as I can between the pointer and the pinky finger. The thumb is holding down the middle finger and the ring finger.
Q. And what does that symbolize?
A. So La Garra, I mean, it's the claw. Right? But it symbolizes MS-13. It also symbolizes the horns of the devil and/or bestia, the beast.
Q. Okay. So are there additional tattoos that you've seen that indicate or symbology that MS-13 uses that uses, for instance, devil or what would be considered, say, satanic symbols?
A. Yes. I mean, if we're speaking on tattoos, I've seen

everything from, you know, the grim reaper tattoos to the devil emoji that you would see on your cell phone. I've seen MS concealed within a snake on a tattoo, where the mouth is the M and the S is made out of the snake body, as it's curled.

The imagery is the same type of imagery, such as depictions of, you know, death, demonic imagery, the devil, in many different forms.

Q. Okay. I wanted to talk to you about words or language.

You talked about some of the language, obviously, for the ranks. Does MS-13 have any kind of term that they use to refer to rival gang members --

A. Yes, they do.

Q. -- 18th Street or other gangs?

What would that be?

A. 18th Street and/or rivals, other rivals, are referred to as "chavalas," C-H-A-V-A-L-A, and/or "gallina" for chicken.

Q. Okay. What about the colors for MS-13? Are there any colors that they are associated with?

A. Yes, there are.

Q. What would that be?

A. They're blue and white.

Q. What's the significance of that?

A. The significance of blue and white is just paying homage to the colors on the Salvadoran flag, which is blue and white.

Q. And do they wear any clothing that also just demonstrates

that they are MS-13 members?
A. Yes. There's the historical and traditional clothing, such as Nike Cortez sneakers, web belts. Typically, depending on the clique, you know, what side of the body the web belt hangs on and how low the web belt hangs. Sports jerseys depicting number 13 or numbers that add up to the number 13, like 76. The colors blue and white. Any imagery that would be seen by members that know what they're looking for. Right?
So now we're getting into trying to conceal membership from law enforcement, because not every MS-13 member walks around wearing a, you know, Giants jersey with blue and white on it and Nike Cortez sneakers and a web belt because it attracts the attention of law enforcement.
So you'll see shirts even, for instance, like an outstretched Eagle. But if you look at that Eagle and you look at the sign or symbol, it looks like the champion logo sideways. The C looks like La Garra. And different things like that.
Q. Okay. Do they also have an affinity for LA Dodgers gear?
A. Yes.
Q. Why is that?
A. There's a couple of different reasons.
So as I talked about in the beginning, MS-13 was founded in the United States, in Los Angeles, so that's one. And the colors of the LA Dodgers are blue and white. And currently,

LA -- the LA program is a predominant program in the United States.
Q. Okay. Are you familiar with the term "taca"?
A. I am.
Q. What is a taca?
A. A taca is a nickname or a moniker that an MS-13 member and/or associate goes by.
Q. Are there any rules about how many people can have the same taca within a clique?
A. Yes. So I'll just use a -- an example of a taca.
So an individual's name goes by the moniker of Sleepy. So there could be ten Sleepys, you know, across the country, or even more than that. But Sleepy -- his full taca is Sleepy de -- whatever clique. De Parkview, de Fulton. So that identifies that Sleepy from his clique because there's not going to be two Sleepys in the same clique.
Q. Now, over the course of your career, have you become familiar with MS-13 members maintaining any kind of social media presence?
A. Yes, they do.
Q. All right. And what kind of social media have you seen from MS-13 members and associates?
A. Facebook, Instagram, Snapchat.
MR. DOBBINS: Your Honor, pursuant to a 902.11 certification, at this time we'd move to introduce Government's

Exhibits 80-D through 80-K.

THE COURT: Any objection?

MR. ROSENBAUM: No, Your Honor.

THE COURT: All right. We'll admit those, 80-D through 80-K.

(Government Exhibits 80-D through 80-K were received in evidence.)

BY MR. DOBBINS:

Q. All right. Detective, I wanted to show you just some Facebook records here to see if you can recognize anything that would be of significance.

So I'm showing Government's 80-D, which is a Facebook business record. And then it has this image that was sent.

Do you recognize that?

A. I do.

Q. All right. What's the significance of this?

A. Mara Salvatrucha. So the M for Mara, the S for Salvatrucha.

Q. And during -- based on what you observed over social media, what is it that MS-13 members do when they communicate and/or send things to each other?

A. I don't understand the question.

Q. Well, like, would this be something that would be posted on the Facebook page or is this something that they send back and forth to one another? How does this work?

A. I've seen it both ways. It could be posted on the Facebook. It could be sent back and forth.
Q. All right. Showing you Government's Exhibit 80-E. This is another image. What is this we're looking at here?
A. So that image has a lot going on in it. But the first and foremost thing is the blue devil representing the color blue. The M and the S on the individual's forehead representing Mara Salvatrucha. And then again in the graffiti-style letters on the bottom as well as the devil horns.
Q. All right. Showing you Government's Exhibit 80-F.
Based on what this person's wearing in this meme, what is the significance of that to you?
A. The color blue, Mara Salvatrucha. The way the hat is positioned, is very consistent with how members that I've observed during surveillance will wear their hats to avoid detection from security cameras and close circuit television cameras.
Q. And I see the word "chavalas" on here. What did that mean again?
A. That means rivals.
Q. Showing Government's Exhibit 80-G, the second page.
What is the significance of this image?
A. The M and the S, Mara Salvatrucha. And then it's written below, Mara Salvatrucha.
Q. Let's go with 80-H, a meme, second page. What's the

significance of this meme?
A. So I'll work from right to left. So an individual with the purple devil emoji over the face, like I said, that image has been seen in tattoos. I've also seen that image on the tagline of the social media profile. So the portion that you can see, even if the profile is blocked. And then the letters M and S for Mara Salvatrucha.
And as we work from right to left, that individual is holding a gun. The individual on their back, on top of that person, is the Number 18, but that number is crossed out, disrespecting their rival, the 18th Street Gang. And then furthermore, you have the three -- I don't know what you want to call them. The three yellow star images that, based on this, is depicting a gunshot. So it's representing that MS-13 will kill the rival 18th Street.
Q. Go to 80-I. This is multiple pages.
What's the significance of this? We've got the MS and the symbol in the center. What's the significance of that?
A. So MS, Mara Salvatrucha. And the symbol in the center is from the center of the Salvadorian flag.
Q. And then third page, it just has information.
The fourth page, as well.
Then we go to the fifth page, which is page 1477. What's the significance of this that we're looking at here in this picture mean?

A. That is La Garra.
Q. That's the hand signal?
A. The sign or symbol used by MS-13 to represent their gang and instill fear in rivals.
Q. It appears to be that part of the hand is also -- was that a skull?
A. It depends -- like I said before, death imagery is very, very common to be mixed in with MS-13 imagery, signs, and symbols.
Q. And next page of that Government's Exhibit 80-I. Again, we see the symbol in the center. What does that symbol represent?
A. Again, that is a symbol from the middle of the Salvadorian flag, the letters MS representing Mara Salvatrucha, and then MS for M and S in Spanish.
Q. I wanted to show you Government's Exhibit 80-J. We have messages being sent. Specifically, when you look at the body here, what does that symbol indicate in these two messages?
A. So the symbol that's listed under -- in the word -- next to the word "body," underneath "flaca luna," that symbol is the typed version of La Garra. And this symbol that is underneath -- next to "body," underneath of "Guanaka Orellana," is the same symbol. I've never seen it with three dots in the middle. Typical representation is two.
Q. Okay. And what about "La Mara Salvatrucha es su Control," what does that mean to you, if anything?

A. Mara Salvatrucha.
Q. Okay. And finally, 80-K. Again, here, about halfway down of page 1451, under "Guanaka Orellana," we've got another symbol there.
A. Yeah, that's the same symbol from the previous one. Based on the context, I believe it's representing La Garra.
Q. Okay. So once you become a homeboy in MS-13, does that mean you can kick up your feet, relax, and let the lower level associates run around and do all the work?
A. No.
Q. What happens, generally? What's required of a homeboy?
A. I mean, the responsibilities of a homeboy are what keeps the clique running. The homeboy has to follow directives that are given to him by leadership of the gang.
Q. Okay. You talked about putting in work. Is a homeboy still required to put in work?
A. Yes.
Q. Are you familiar with the term "eat" in communications --
A. Yes.
Q. -- between MS-13 members and associates?
A. Yes.
Q. What does that mean, to eat?
A. In communications, whether it be on social media and/or, you know, text messages or even conversations, when the reference is So-and-So is going to eat tonight, or So-and-So

just ate or had a big meal, that is referencing that So-and-So committed a murder.
Q. And based upon your training and experience and expertise, if someone's a homeboy, does that rule that, one of those big three rules you talked about, about attacking and killing rivals, does that no longer apply?
A. No, that applies to everybody.
Q. And do they know that, the homeboys, or that's how they became homeboys?
A. I --
Q. I'm sorry. Let me rephrase.
Do the homeboys know that that rule still applies?
A. Oh, yeah.
Q. How is that?
A. The homeboy is the one that's going to enforce that rule.
Q. Let me ask you something: If -- sometimes these cliques get together and work together; is that correct?
A. Yes, different cliques will work together. There's different circumstances as to why. But in my experience, you know, if one clique is short on members -- maybe because members got arrested, or they're a new clique in the area and they need to complete a task, whether it's hold a court when you give out a correctivo, kill a rival or somebody that has been green lit. They will approach a clique in a neighboring area or clique that operates in the same area and request

permission for those members to be active and assist the first clique.

Q. And generally speaking, if a homeboy from one clique has a problem with a homeboy from another clique, how would that be resolved?

A. That would go -- it would go up the rank structure. The homeboys would talk to their respective palabreros, and the palabreros would ultimately -- this is generalizing it, but I would expect them to take that up to the controlling interest, whether it be La Ranfla historically or the Mesa currently.

Q. Okay. So the punishments you talked about, the calentóns and holding the courts, or cortes, can one clique do that, to hold a homeboy from another clique and punish them without getting permission from somebody else?

A. I've definitely seen cliques work together to give the courts, but the permission has to be there for them to work together. And typically, the clique in which the individual -- the homeboy comes from has to be okay with another clique effecting that punishment or in cooperation with another clique effecting that punishment on their homeboy.

Q. And what would happen to a homeboy if they didn't follow through on that rule to kill or attack a rival or chavala?

A. They would receive a punishment for whatever they did without justification or permission.

Q. And could that punishment include being green lit?

A. Absolutely.

MR. DOBBINS: One moment, Your Honor.

THE COURT: Sure.

MR. DOBBINS: Sorry, one final area.

BY MR. DOBBINS:

Q. In the northern Virginia area, what is the -- what program or programs are you familiar with that operation there?

A. Historically, the East Coast program operate there, but currently it's the LA program and/or the U.S. program.

Q. Okay. So historically from 2010 to 2020 it would have been the East Coast program?

A. Yes, predominantly. Like I said, not every clique fell underneath the East Coast program.

Q. Okay. And are you familiar with the region that the East Coast program controlled from the period of 2010 to 2020 roughly?

A. Yeah, the East Coast of the United States.

Q. Okay. How far south; do you know?

A. I don't know specifically, but it's my understanding that it was the entire East Coast.

Q. Okay. And are you familiar in the northern Virginia area with -- I'm going to give you some clique names.

Are you familiar with the clique known as the Guanacos Lil Cycos Salvatrucha clique, or GLCS?

A. Yes, I am.

Q. All right. And do they operate -- do they have an operation in Northern Virginia?
A. Yes, they do.
Q. Okay. What about the Virginia Locos Salvatrucha, or VLS?
A. Yes, they operate in Northern Virginia and the National Capital Region.
Q. Okay. And are you also familiar with a clique known as the Delicias clique?
A. Yes, I am.
Q. All right. And based on your training, experience, and expertise, does the Delicias clique also operate in the D.C. metro area?
A. Yes.
Q. Okay. And based on your training, experience, and expertise, does the Delicias clique; the Virginia local Salvatrucha; and the GLCS, Guanacos Lil Cycos Salvatrucha, were they all members of the East Coast program?
A. Yes.
MR. DOBBINS: No further questions, Your Honor. Thank you.
THE COURT: Thank you very much, Mr. Dobbins.
Ladies and gentlemen of the jury, given that it's almost 5:00 o'clock, I do not believe it's wise for us to begin the cross-examination of the detective at this time. We're going to go ahead and finish for the day, especially for my

folks who have been here since early this morning through jury selection. We'll pick up tomorrow where we left off to complete this witness first thing tomorrow morning.

So before we let you guys go, a few reminders that we've discussed already, but it's important that I go over them with you again. And I will keep doing so every single day just because it's so important that you all remember when you get home that you cannot be discussing this case with family or friends. They're certainly going to ask. It's curiosity. People want to know what you're hearing, what the case is about. Remember, please, to tell them you cannot discuss anything about the case.

You've heard a lot of background information today about gang activity and you've heard from this detective quite a bit. Remember that that is the kind of testimony that's supposed to be guiding you and you're supposed to be paying attention to it in the courtroom. Going beyond what is admitted by way of additional research is strictly forbidden.

So, please, you've heard a lot today already. Please do not go on and do any additional research or look up any people, places, or things or read any entries or anything like that regarding the testimony that you've heard thus far.

Remember of course to continue to stay off social media. It's very important you do that throughout the entire trial. No posting about your service, nothing of that nature

and, of course, to one another. Tomorrow morning you-all are going to report straight to the jury room. We'll be buzzing you as you saw earlier today. You guys can be in there hanging out while we're waiting for everyone to get here before we start.

No conversation about what you've heard, your impressions about the trial, the testimony, anything. That has to start at the end when you've heard everything. And when you come in tomorrow morning, you may see these lawyers on the way in as well. Remember they must steer clear of you. Take no offense from that.

Now, as I just stated, I need everybody to get in by 9:00 o'clock tomorrow. If you're running a little bit late, you know, things happen, traffic happens, please, you have the number to my courtroom deputy and my chambers. Please call. I cannot start the trial until all of you are here. So be cognizant of each other's time and commitment, okay, because we'll be sitting there if one of you is running late until everyone is here.

So as long as you let me know you're running a little bit behind, we can make do. But just please out of courtesy for your fellow jurors in the court, let me know if you're running a little bit behind. Once everyone is present and accounted for, we'll bring you right back in, we'll have the detective retake the stand, we'll pick up where we left off by

allowing Mr. Rosenbaum to begin his cross-examination.

Now remember you have those notepads. When you go to leave today, leave the notepads in the jury room. So you know we lock the jury room every night. It will be exactly as you found it. No one's ever going to go in there, no one's ever going to look at anything you've written down, any notes you may have had. In fact, once we're done with the trial, we shred all of your notebooks.

So to the extent you're worried about writing anything in there, you don't have to worry about anybody reading it or looking at it. It gets destroyed. Okay? So when you go to leave, make sure you leave it somewhere where you can pick it up tomorrow and you know whose is whose. Okay? We'll round you up tomorrow, we'll bring everybody back in, and we'll pick up where we left off. Everybody understand?

You guys have been great. Thank you so much for your attention. With that, get home safe. We'll see everybody 9:00 a.m. in the jury room. You are excused.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 4:55 p.m.)

THE COURT: Everyone, please be seated.

All right. Before we break let's just do a little housekeeping. We'll finish with the detective's testimony tomorrow.

But I wanted to get a sense of who we're calling

tomorrow, Mr. Dobbins.

MR. DOBBINS: Yes, Judge. We have the Palm Beach County responding sergeant. Sergeant Michael Morris will be testifying, followed by, we anticipate the crime scene investigator Julie Chehab, also from Palm Beach County. We also have Robert Drake, who is the retired detective, but he was the lead detective on the Palm Beach County investigation.

We anticipate Sergeant Morris will be very quick. Chehab will be a little longer because she's introducing photos and items that were recovered from the scene. Additionally, we have Drake, probably be, we're anticipating maybe 30 minutes to an hour. Because there's not a lot that he has to offer other than the investigative steps that he took.

And then we were planning on doing Tirado-Silva tomorrow --

THE COURT: Okay.

MR. DOBBINS: -- afternoon. We figured that would be -- we would be him. But we also have Viera-Gonzalez available.

THE COURT: Okay.

MR. DOBBINS: And we have to have him on and off by the end of the day Thursday. So we may switch that up and make it Viera-Gonzalez. I haven't decided yet, but just depending on how we're doing. My understanding is on Viera-Gonzalez, if I give the marshals 15-to-30 minutes' notice they can have him

here. So we would know. So that may just be, like, a game-time decision, depending on how we're going. Because I worry that Tirado-Silva may go long, and I don't want to lose the ability to have Viera-Gonzalez because he's here under special circumstances.

THE COURT: Yeah. I think that it makes the most sense. We'll go through the Morris, Chehab, Drake lineup, and then let's evaluate. We may end up taking a recess for that 15-minute on-call. We'll have a better sense, probably by lunch, where we're at. The plan, I think, makes sense that you may want to switch up Gonzalez. Even if we don't finish him, at least we'll have the majority of his testimony completed. He'll be shorter, and then we can get him off by Thursday. Sounds like that may be the move.

MR. DOBBINS: Right, yeah. That would definitely at least ensure that he gets off Thursday morning at the latest.

THE COURT: Right.

MR. DOBBINS: And then we don't have any issue with him.

THE COURT: Okay. That works.

MR. DOBBINS: Because the rest are local here so it's not an issue for the other cooperators.

THE COURT: Yeah. I agree with that, and that works for me. And I know we've been contacted also in terms of the timeline for Gonzalez so I'm aware. So that's fine. Okay.

That lineup is productive.

Mr. Rosenbaum, just so I can plan, I can't imagine it's too lengthy a cross for the detective, but I just wanted to double-check.

MR. ROSENBAUM: I'm going back and forth with my cross for him. I'm not sure -- I don't think it's going to be that lengthy. It just may be -- I don't know. I don't anticipate it to be too long.

THE COURT: That's what I would figure. Okay. I'm just trying to plan ahead.

Okay. So let's -- we'll definitely, I think, be able to move through the Morris, Chehab, Drake lineup, and then let's game-time it in the afternoon and see if we lead off with Gonzalez. That will be productive. It'll get us up to speed, I think, if we can get through that lineup.

Okay. Very good. So, Detective, obviously you continue to be under oath. We'll have you retake the stand tomorrow as soon as our jury's in, hopefully by 9:00, 9:15, and we'll turn it over to the defense. Okay? You're excused. Thank you very much. Have a good night.

Everybody else, then, I think we have the game plan. With that, we're going to be done for the day. I'll see everybody at 9:00. Let's hope that we can get all our jurors here on time so we can get close as to 9:00 as possible.

Anything else housekeeping-wise before I conclude,

starting with the government?

MR. DOBBINS: No, Your Honor. Nothing from the government.

THE COURT: All right. Anything else from the defense team, Mr. Rosenbaum?

MR. ROSENBAUM: No, Your Honor.

THE COURT: Okay. All right, everyone. We're in recess. We'll see each other at 9:00 a.m. tomorrow. Thank you, everybody.

THE COURT SECURITY OFFICER: All rise.

(Court recessed at 5:00 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

DATE: January 21, 2024

/s/Ilona Lupowitz
ILONA LUPOWITZ, RMR, CRR
Official Court Reporter
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

### '

'22 [1] - 62:7
'70s [1] - 33:24
'80s [1] - 33:24

### /

/s/Ilona [1] - 85:19

### 1

1 [2] - 1:7, 1:8
100 [3] - 1:18, 27:22, 28:20
10th [1] - 4:17
11 [1] - 5:21
11-2 [2] - 1:24, 85:22
120th [1] - 12:1
128th [1] - 3:6
13 [13] - 34:4, 34:23, 34:24, 34:25, 35:5, 36:6, 62:15, 62:17, 63:16, 64:1, 68:6
13th [2] - 35:4, 35:15
1451 [1] - 74:3
1477 [1] - 72:23
15-minute [1] - 83:9
15-to-30 [1] - 82:25
18 [1] - 72:10
18th [13] - 9:3, 18:8, 25:23, 26:20, 29:1, 35:11, 46:21, 47:13, 64:10, 67:13, 67:15, 72:11, 72:15
19 [1] - 32:25
19677 [1] - 3:6
1972 [1] - 33:3
1978 [1] - 33:23
1992 [2] - 33:3, 36:10

### 2

2 [2] - 4:20, 11:4
20 [1] - 54:25
2010 [4] - 47:16, 56:10, 77:10, 77:15
2012 [1] - 6:14
2014 [1] - 6:14
2015 [7] - 3:5, 4:21, 5:21, 9:19, 10:9, 15:22, 16:21
2017 [2] - 22:3, 22:12
2020 [7] - 5:9, 5:21, 47:16, 56:10, 77:10, 77:15
2021 [5] - 5:9, 22:10, 22:12, 22:19, 24:5
2022 [3] - 24:5, 47:9, 47:15
2023 [2] - 13:20
2024 [1] - 85:19
2025 [1] - 1:5
21 [3] - 1:5, 2:5, 85:19
22-CR-60078-6 [1] - 1:2
22-year [1] - 3:17
26 [2] - 63:19, 64:1
2:31 [1] - 1:6
2nd [1] - 1:18

### 3

3 [3] - 3:5, 15:22, 16:21
30 [5] - 17:12, 26:22, 28:4, 54:25, 82:11
305 [2] - 1:25, 85:23
32 [1] - 2:6
33128 [2] - 1:24, 85:23
33131 [1] - 1:19
33132 [1] - 1:15
3400 [1] - 1:18
3:56 [1] - 54:19
3:57 [1] - 55:8

### 4

400 [2] - 1:23, 85:22
41 [1] - 2:12
4:14 [1] - 55:9
4:15 [2] - 55:4, 55:12
4:55 [1] - 81:20
4th [1] - 1:15

### 5

50 [1] - 28:12
500 [1] - 27:23
523-5737 [2] - 1:25, 85:23
56 [1] - 2:12
5:00 [3] - 1:6, 78:23, 85:11

### 6

60 [1] - 17:12

### 7

7-11 [1] - 18:10
70 [1] - 2:13
76 [1] - 68:6
7700 [1] - 4:17

### 8

80-D [5] - 2:13, 70:1, 70:4, 70:6, 70:12
80-E [1] - 71:3
80-F [1] - 71:10
80-G [1] - 71:21
80-H [1] - 71:25
80-I [2] - 72:16, 73:10
80-J [1] - 73:15
80-K [5] - 2:13, 70:1, 70:5, 70:6, 74:2
82 [1] - 41:4
82-A [4] - 2:12, 55:24, 56:2, 56:3
82-B [2] - 2:12, 41:12

### 9

902.11 [1] - 69:24
99 [1] - 1:15
9:00 [6] - 80:13, 81:18, 84:18, 84:23, 84:24, 85:8
9:15 [1] - 84:18

### A

a.m [2] - 81:18, 85:8
abetting [1] - 17:2
ability [2] - 25:18, 83:4
able [6] - 7:25, 19:13, 20:18, 47:25, 48:4, 84:11
above-entitled [1] - 85:17
absolutely [3] - 50:19, 65:18, 77:1
academy [2] - 22:15, 30:3
Academy [1] - 22:18
acceptance [1] - 18:3
accidentally [1] - 12:12
according [1] - 50:19
accounted [1] - 80:24
accurate [1] - 85:16
accused [1] - 43:14
ACEVEDO [2] - 1:17, 1:17
achieve [2] - 37:25, 58:18
acquire [1] - 58:15
act [8] - 46:22, 59:22, 59:23, 59:25, 61:15, 66:3
acting [1] - 30:7
active [1] - 76:1
actively [1] - 20:2
activities [6] - 15:13, 15:16, 31:14, 37:17, 45:10, 45:11
activity [5] - 17:2, 18:24, 23:4, 24:19, 79:14
acts [5] - 23:8, 30:20, 34:9, 34:10, 44:1
actual [1] - 53:9
add [3] - 34:4, 34:23, 68:6
addition [4] - 6:4, 10:8, 12:11, 57:21
additional [5] - 22:20, 45:25, 66:21, 79:18, 79:20
additionally [2] - 23:1, 82:10
addressed [1] - 47:9
admissions [1] - 13:18
admit [14] - 5:23, 14:8, 14:9, 14:10, 14:12, 14:13, 14:14, 14:15, 14:19, 14:20, 41:4, 56:2, 70:4
admitted [7] - 6:3, 12:19, 12:20, 27:22, 29:12, 41:8, 79:18
adult [1] - 39:5
advance [1] - 59:20
advantage [1] - 39:1
advice [1] - 49:3
affinity [1] - 68:19
afternoon [7] - 3:4, 16:13, 21:17, 21:18, 54:7, 82:17, 84:13
age [1] - 39:6
agencies [2] - 23:20, 30:18
Agent [1] - 6:1
agent [1] - 26:22
agents [1] - 25:1
aggravated [1] - 5:18
aggression [1] - 33:11
ago [2] - 29:11, 30:16
agree [1] - 83:23
agreements [1] - 13:9
ahead [9] - 19:17, 21:8, 54:11, 54:13, 55:6, 55:22, 66:12, 78:25, 84:10
aid [2] - 15:5, 16:6
aiding [1] - 17:2
Alberto [1] - 10:3
allegations [1] - 15:6
allegiance [1] - 48:24
allowed [4] - 12:7, 46:12, 62:19, 62:21
allowing [1] - 81:1
almost [1] - 78:23
alpha [1] - 35:2
alpha-numeric [1] - 35:2
alphabet [1] - 35:4
America [1] - 37:1
AMERICA [1] - 1:4
American [2] - 35:25, 38:24
amount [1] - 44:19
Analysis [1] - 30:12
analysts [1] - 30:13
ancillary [1] - 38:19
Andy [1] - 9:22
Angeles [2] - 37:9, 68:24
ankle [2] - 7:11, 12:6
Anti [1] - 26:12
Anti-Gang [1] - 26:12
anticipate [3] - 82:4, 82:8, 84:7
anticipating [1] - 82:11
apart [1] - 66:14
app [2] - 48:9, 48:11
appear [1] - 27:13
APPEARANCES [1] - 1:11
appeared [3] - 3:8, 3:14, 4:8
applies [2] - 75:7, 75:12
apply [1] - 75:6
approach [1] - 75:24
approached [1] - 18:13
approval [6] - 62:1, 62:22,

64:8, 64:13, 65:5, 65:22
**approve** [1] - 61:19
**Ardilla** [15] - 8:18, 10:11, 10:16, 11:7, 12:18, 12:20, 12:22, 12:25, 13:6, 14:2, 16:23, 17:9, 18:12, 18:23, 19:23
**Ardilla's** [4] - 11:6, 11:21, 11:22, 14:12
**area** [24] - 3:11, 3:24, 7:8, 24:9, 24:13, 24:14, 31:25, 32:17, 33:10, 34:8, 38:2, 42:16, 42:18, 43:13, 49:23, 75:21, 75:25, 77:4, 77:6, 77:21, 78:12
**areas** [2] - 37:8, 39:9
**arrested** [4] - 7:9, 52:2, 52:9, 75:21
**arrived** [2] - 33:14, 36:19
**arrows** [2] - 52:13, 57:21
**asleep** [1] - 12:3
**assaults** [3] - 23:7, 23:8, 26:24
**assigned** [5] - 22:4, 22:6, 23:3, 23:23, 23:25
**assist** [3] - 3:7, 19:16, 76:1
**assistance** [1] - 3:20
**ASSISTANT** [1] - 1:14
**associate** [8] - 8:23, 10:14, 11:2, 11:12, 14:25, 64:10, 65:15, 69:7
**associated** [1] - 67:18
**associates** [15] - 9:25, 10:4, 10:19, 14:9, 17:17, 27:23, 43:19, 45:1, 45:3, 46:12, 46:20, 65:1, 69:22, 74:9, 74:20
**associating** [1] - 9:25
**associations** [1] - 7:3
**ate** [1] - 75:1
**attack** [3] - 15:1, 76:22
**attacking** [1] - 75:5
**attained** [1] - 58:17
**attempted** [3] - 5:6, 5:18, 18:22
**attended** [2] - 24:23, 25:21
**attention** [5] - 34:14, 34:16, 68:13, 79:17, 81:17
**Attorney** [1] - 24:25
**ATTORNEY'S** [1] - 1:14
**ATTORNEYS** [1] - 1:14
**attract** [1] - 34:14
**attracted** [1] - 34:15
**attracts** [1] - 68:12
**authorize** [1] - 27:5
**automatically** [1] - 61:19
**available** [1] - 82:19
**Avenue** [4] - 1:23, 3:6, 12:1, 85:22
**avoid** [1] - 71:15
**aware** [2] - 30:10, 83:25

## B

**background** [2] - 33:1, 79:13
**bad** [2] - 50:19, 63:20
**band** [3] - 34:5, 35:13, 35:18
**banded** [2] - 33:14, 33:15
**bar** [1] - 31:17
**bars** [1] - 31:11
**baseball** [2] - 38:10, 63:24
**based** [22] - 10:13, 25:6, 35:10, 37:15, 37:23, 38:6, 39:7, 42:7, 43:2, 52:1, 53:8, 60:8, 63:14, 64:23, 65:23, 70:19, 71:11, 72:13, 74:5, 75:3, 78:10, 78:14
**basic** [2] - 59:1, 61:3
**bat** [1] - 63:24
**bats** [1] - 38:10
**battery** [2] - 5:18, 16:18
**Beach** [7] - 3:5, 3:9, 3:22, 16:21, 82:2, 82:5, 82:7
**beast** [1] - 66:20
**beating** [2] - 63:15, 63:19
**became** [1] - 75:9
**become** [10] - 6:24, 6:25, 7:21, 9:12, 13:7, 22:20, 34:3, 51:10, 69:17, 74:7
**becoming** [1] - 22:14
**beer** [2] - 11:18, 44:4
**BEFORE** [1] - 1:10
**beforehand** [1] - 64:14
**befriend** [1] - 10:23
**began** [2] - 3:23, 34:5
**begin** [2] - 78:23, 81:1
**beginning** [2] - 37:11, 68:23
**begins** [2] - 36:12, 38:15
**behalf** [2] - 27:2, 27:6
**behind** [2] - 80:21, 80:23
**behold** [1] - 11:15
**below** [2] - 56:23, 71:24
**belt** [3] - 68:4, 68:5, 68:12
**belts** [1] - 68:3
**benefit** [2] - 42:25, 59:22
**BENITEZ** [1] - 1:7
**Benitez** [4] - 10:12, 16:5, 16:14, 16:23
**Bermudez** [1] - 10:2
**Bermudez-Martinez** [1] - 10:2
**bestia** [1] - 66:20
**better** [2] - 50:11, 83:9
**between** [5] - 34:7, 40:20, 60:20, 66:14, 74:20
**beyond** [5] - 16:4, 16:16, 20:12, 29:4, 79:17
**bicycle** [4] - 4:23, 4:24, 11:16, 16:18
**big** [3] - 33:24, 75:1, 75:4
**Bigfoot** [15] - 8:19, 9:7, 9:18, 10:10, 11:7, 12:19, 12:20, 12:22, 12:25, 13:6, 16:23, 17:9, 18:12, 18:22, 19:24
**bigger** [1] - 7:21
**bit** [10] - 12:23, 17:14, 33:1, 39:19, 40:20, 63:4, 79:15, 80:13, 80:21, 80:23
**blocked** [1] - 72:6
**blood** [1] - 19:7
**Bloods** [1] - 26:19
**bloody** [2] - 3:13, 3:16
**Blue** [2] - 10:2, 11:24
**blue** [9] - 67:21, 67:23, 67:24, 68:7, 68:11, 68:25, 71:6, 71:13
**board** [5] - 9:15, 16:9, 46:4, 65:1, 65:2
**boat** [1] - 3:12
**Boca** [6] - 3:7, 4:19, 6:10, 12:1, 14:13, 18:20
**bodies** [1] - 62:20
**body** [16] - 3:13, 3:14, 3:16, 3:17, 3:19, 4:9, 4:10, 6:7, 6:8, 6:9, 9:6, 67:4, 68:4, 73:16, 73:19, 73:21
**born** [1] - 20:10
**boss** [1] - 19:22
**bottom** [6] - 11:9, 17:16, 51:12, 56:14, 56:15, 71:9
**bounce** [1] - 39:18
**boy** [1] - 41:5
**bracelet** [2] - 7:11, 12:7
**break** [10] - 5:9, 5:10, 54:7, 54:12, 54:13, 54:15, 55:6, 63:1, 81:22
**brevity** [1] - 5:15
**BRIAN** [1] - 1:13
**brick** [1] - 5:7
**briefly** [1] - 15:3
**bring** [4] - 21:4, 54:16, 80:24, 81:14
**brings** [3] - 26:1, 30:12, 42:17
**brothel** [1] - 44:11
**brothels** [1] - 44:3
**brought** [2] - 12:24, 50:11
**Broward** [11] - 4:18, 5:19, 5:22, 5:24, 6:4, 6:5, 6:13, 6:16, 12:7, 14:3, 16:21
**building** [1] - 47:21
**Bukele** [1] - 47:10
**bullet** [1] - 4:10
**bureau** [2] - 22:7, 22:9
**Bureau** [2] - 5:25, 23:18
**buried** [1] - 6:7
**business** [10] - 4:19, 8:1, 8:2, 43:12, 44:12, 44:18, 49:4, 58:12, 70:13
**business's** [1] - 44:25
**businesses** [3] - 44:3, 44:5, 44:12
**Busters** [1] - 24:24
**buttocks** [1] - 64:1
**buzzing** [1] - 80:2
**BY** [10] - 1:20, 2:5, 2:6, 21:16, 24:12, 32:22, 41:13, 56:4, 70:8, 77:5
**báte** [1] - 63:24

## C

**Cabrera** [1] - 8:17
**Cabrera-Granados** [1] - 8:17
**calentón** [1] - 63:6
**calentóns** [1] - 76:11
**California** [9] - 29:9, 33:7, 33:8, 34:11, 34:12, 34:20, 36:2, 36:24, 37:9
**calm** [1] - 3:9
**cameras** [2] - 71:16, 71:17
**Canada** [1] - 37:22
**canal** [2] - 3:11, 18:20
**cancha** [2] - 49:25, 50:1
**cannot** [3] - 79:8, 79:11, 80:16
**capable** [1] - 50:19
**capacity** [1] - 23:17
**Capital** [3] - 23:15, 24:10, 78:6
**car** [12] - 11:6, 11:21, 11:24, 12:4, 14:12, 14:14, 14:15, 18:10, 18:17, 18:21, 19:11
**career** [4] - 23:2, 25:9, 27:19, 69:17
**Carolina** [2] - 29:9, 37:13
**case** [10] - 6:15, 16:3, 16:16, 18:11, 20:1, 20:16, 26:22, 79:8, 79:10, 79:12
**CASE** [1] - 1:2
**cases** [6] - 25:3, 26:3, 32:11, 45:25, 47:2, 49:2
**Casey** [4] - 2:4, 21:2, 21:6, 21:21
**casing** [1] - 4:9
**Catholic** [1] - 43:8
**caught** [1] - 4:11
**cell** [1] - 67:2
**cellular** [1] - 48:2
**center** [4] - 72:18, 72:19, 72:20, 73:11
**Central** [2] - 36:25, 38:24
**central** [1] - 40:7
**CEOs** [4] - 39:22, 40:11, 41:19

**certain** [7] - 15:10, 38:23, 39:9, 42:23, 42:25, 48:24
**certainly** [1] - 79:9
**certification** [3] - 27:2, 27:10, 69:25
**certified** [1] - 30:2
**certify** [1] - 85:15
**cetera** [5] - 25:8, 33:25, 45:1, 53:2, 57:2
**chain** [4] - 50:11, 50:14, 50:15, 57:20
**chairs** [1] - 54:14
**chambers** [1] - 80:15
**champion** [1] - 68:16
**change** [2] - 47:8, 64:19
**changes** [2] - 47:7, 56:8
**changing** [1] - 65:3
**Chango** [4] - 10:2, 11:9, 11:11, 11:25
**Chango's** [4] - 11:9, 14:10, 17:22, 19:11
**charge** [4] - 7:24, 7:25, 8:2, 52:3
**charged** [5] - 15:4, 16:14, 16:16, 16:20, 19:20
**charges** [2] - 15:4, 15:19
**chart** [4] - 40:24, 52:13, 56:5, 56:14
**CHAVALA** [1] - 67:16
**chavala** [1] - 76:22
**chavalas** [2] - 67:16, 71:18
**check** [1] - 84:4
**Chehab** [5] - 4:2, 82:5, 82:9, 83:7, 84:12
**chequeo** [10] - 58:1, 58:2, 58:3, 58:8, 59:3, 59:24, 60:21, 60:24, 61:20, 65:10
**chequeos** [2] - 59:16, 60:14
**chest** [3] - 4:5, 12:12, 65:25
**chicken** [1] - 67:16
**child** [1] - 38:17
**Chrislet** [1] - 9:19
**church** [1] - 43:8
**churches** [1] - 43:9
**circuit** [1] - 71:16
**circumstances** [2] - 75:19, 83:5
**City** [1] - 6:23
**city** [2] - 23:11, 23:13
**civil** [3] - 33:3, 33:4, 36:10
**civilian** [1] - 65:6
**claim** [1] - 38:2
**clarification** [1] - 24:11
**class** [1] - 30:3
**claw** [1] - 66:18
**clear** [3] - 16:8, 50:25, 80:10
**clearly** [1] - 20:19
**clique** [104] - 6:20, 6:22, 7:8, 8:5, 8:12, 8:13, 8:15, 9:23, 10:12, 10:13, 17:7, 42:16, 42:20, 42:22, 42:24, 43:11, 43:12, 43:19, 43:20, 43:25, 44:1, 45:2, 45:5, 45:6, 45:13, 45:21, 48:17, 48:22, 48:23, 48:24, 49:1, 49:2, 49:4, 49:10, 49:11, 49:13, 49:16, 49:20, 49:21, 49:23, 50:6, 50:7, 50:9, 50:17, 50:18, 51:3, 51:4, 51:6, 51:18, 51:20, 52:3, 52:15, 52:20, 52:22, 52:23, 53:21, 56:7, 56:11, 56:19, 57:6, 57:14, 58:11, 58:13, 60:16, 60:19, 60:20, 61:18, 63:10, 63:11, 64:23, 68:4, 69:9, 69:14, 69:15, 69:16, 74:13, 75:20, 75:21, 75:24, 75:25, 76:2, 76:3, 76:4, 76:12, 76:13, 76:17, 76:18, 76:19, 77:12, 77:22, 77:23, 77:24, 78:7, 78:8, 78:11, 78:15
**clique's** [4] - 50:2, 50:3, 50:9, 59:17
**clique-specific** [1] - 58:11
**cliques** [28] - 7:18, 8:9, 9:25, 10:5, 42:4, 42:14, 42:17, 43:3, 43:23, 45:17, 48:5, 48:14, 48:18, 48:21, 49:5, 49:8, 49:13, 51:7, 56:23, 64:16, 64:18, 65:3, 75:16, 75:18, 76:15
**close** [6] - 4:8, 23:14, 50:3, 58:7, 71:16, 84:24
**closely** [1] - 57:14
**clothing** [6] - 12:9, 31:16, 31:17, 31:19, 67:25, 68:2
**clout** [1] - 60:7
**club** [2] - 4:25, 8:6
**co** [1] - 28:21
**co-workers** [1] - 28:21
**Coast** [8] - 42:8, 77:8, 77:11, 77:13, 77:15, 77:17, 77:20, 78:17
**cocaine** [1] - 64:21
**codes** [1] - 29:17
**coffee** [1] - 54:12
**cognizant** [1] - 80:17
**collect** [1] - 44:11
**collecting** [1] - 58:11
**collects** [2] - 45:2, 45:17
**color** [2] - 71:6, 71:13
**colors** [7] - 10:22, 30:10, 67:17, 67:18, 67:24, 68:7, 68:25
**combat** [1] - 25:22
**coming** [6] - 20:17, 27:1, 27:8, 36:22, 50:3, 55:13
**commissary** [2] - 45:20, 45:23
**commission** [1] - 57:1
**commit** [7] - 7:5, 15:15, 34:8, 38:8, 46:22, 60:24, 66:3
**commitment** [1] - 80:17
**commits** [2] - 15:10, 63:8
**committed** [11] - 5:20, 6:4, 13:1, 15:20, 30:20, 36:8, 51:23, 60:1, 63:17, 64:5, 75:2
**committing** [2] - 43:15, 61:4
**common** [5] - 20:9, 35:16, 37:15, 43:25, 73:8
**commonly** [1] - 13:21
**Commonwealth** [1] - 24:25
**communicate** [2] - 48:4, 70:20
**communication** [4] - 25:2, 50:21, 52:20, 62:7
**communications** [3] - 47:25, 74:18, 74:23
**community** [3] - 7:10, 33:12, 33:13
**company** [1] - 46:5
**complete** [2] - 75:22, 79:3
**completed** [1] - 83:12
**comprised** [1] - 42:3
**conceal** [2] - 62:17, 68:9
**concealed** [1] - 67:3
**concerts** [1] - 34:1
**conclude** [1] - 84:25
**condition** [1] - 19:6
**conducted** [7] - 27:18, 27:21, 28:16, 28:20, 31:5, 31:6, 31:10
**conference** [1] - 25:24
**conferences** [3] - 25:21, 25:23, 26:1
**confident** [1] - 11:1
**confines** [1] - 29:4
**conflict** [1] - 20:8
**confusing** [1] - 15:5
**connection** [2] - 37:17, 58:4
**consider** [1] - 9:23
**considered** [5] - 9:4, 57:5, 59:5, 59:6, 66:23
**consist** [1] - 23:7
**consistent** [1] - 71:14
**consists** [2] - 8:8, 63:15
**contact** [1] - 49:2
**contacted** [2] - 7:14, 83:24
**contacts** [1] - 64:13
**context** [2] - 60:12, 74:6
**continue** [3] - 34:13, 79:23, 84:17
**Control** [1] - 73:24
**control** [5] - 7:10, 38:1, 39:12, 42:18, 47:24
**controlled** [1] - 77:15
**controlling** [6] - 35:6, 39:21, 39:23, 41:19, 42:13, 76:9
**conversation** [3] - 50:5, 60:13, 80:6
**conversations** [2] - 29:13, 74:24
**conviction** [1] - 20:1
**cooperate** [1] - 46:13
**cooperates** [1] - 65:16
**cooperating** [4] - 12:25, 43:14, 48:1, 65:13
**cooperation** [1] - 76:19
**cooperators** [1] - 83:22
**COOs** [1] - 39:22
**corner** [1] - 11:10
**corporation** [6] - 39:18, 39:25, 41:18, 42:1, 42:10, 42:20
**Corporation** [9] - 39:20, 39:21, 39:22, 40:1, 40:6, 40:11, 40:17, 40:18, 43:1
**correct** [2] - 28:19, 75:17
**corrective** [2] - 62:24, 63:6
**correctivo** [2] - 63:6, 75:23
**corredor** [12] - 50:18, 50:20, 51:2, 51:6, 51:10, 51:18, 52:3, 52:7, 52:8, 52:9, 63:12, 64:8
**corredores** [1] - 53:20
**corroborated** [1] - 13:14
**corte** [1] - 63:12
**cortes** [1] - 76:12
**Cortez** [2] - 68:3, 68:12
**Council** [1] - 25:1
**counsel** [1] - 3:3
**count** [1] - 15:4
**Counties** [2] - 16:21, 37:14
**countries** [6] - 25:20, 26:1, 26:4, 31:2, 36:3, 37:20
**country** [7] - 31:2, 33:5, 36:9, 47:22, 49:19, 53:14, 69:12
**counts** [1] - 63:18
**County** [27] - 3:5, 3:9, 3:22, 4:18, 5:19, 5:22, 5:25, 6:4, 6:14, 6:16, 12:7, 14:3, 21:3, 21:24, 22:2, 22:17, 23:6, 23:12, 23:13, 23:24, 26:17, 30:8, 32:4, 32:7, 82:3, 82:5, 82:7
**couple** [1] - 68:22
**course** [7] - 25:9, 25:17, 27:19, 36:13, 69:17, 79:23, 80:1
**COURT** [38] - 1:1, 16:8, 16:11, 20:22, 21:4, 21:8,

21:12, 32:19, 41:6, 41:8, 41:11, 54:8, 54:10, 54:18, 54:20, 55:2, 55:10, 55:13, 55:16, 55:19, 55:25, 56:2, 70:2, 70:4, 77:3, 78:21, 81:19, 81:21, 82:16, 82:20, 83:6, 83:17, 83:20, 83:23, 84:9, 85:4, 85:7, 85:10
**court** [11] - 24:11, 31:24, 32:6, 32:7, 32:8, 43:16, 45:25, 47:2, 63:13, 75:22, 80:22
**Court** [11] - 1:21, 1:22, 3:1, 3:3, 4:17, 32:4, 55:8, 66:11, 85:11, 85:20, 85:21
**courtesy** [1] - 80:21
**courtroom** [2] - 79:17, 80:15
**courts** [3] - 63:3, 76:12, 76:16
**covers** [1] - 42:16
**crazy** [1] - 18:1
**created** [2] - 40:24, 42:12
**credit** [1] - 9:11
**crew** [1] - 18:2
**crime** [10] - 3:23, 16:15, 19:19, 30:13, 36:8, 60:25, 61:1, 61:5, 82:4
**Crime** [2] - 4:1, 30:12
**crimes** [10] - 7:6, 10:6, 15:10, 15:15, 23:4, 23:5, 23:6, 26:24, 38:8, 57:1
**criminal** [16] - 15:9, 18:24, 23:4, 23:8, 24:2, 24:8, 24:19, 25:11, 26:4, 30:20, 30:24, 31:1, 34:9, 34:10, 44:1
**Criminal** [1] - 30:1
**Cripps** [1] - 26:19
**cross** [5] - 23:19, 78:24, 81:1, 84:3, 84:5
**cross-designated** [1] - 23:19
**cross-examination** [2] - 78:24, 81:1
**crossed** [1] - 72:10
**crosses** [1] - 31:2
**CRR** [2] - 1:21, 85:20
**Cruz** [2] - 8:19, 10:4
**Cruz-Ortiz** [1] - 8:19
**culture** [3] - 29:17, 30:7, 32:18
**curiosity** [1] - 79:9
**curled** [1] - 67:4
**current** [1] - 52:9
**custody** [1] - 5:17
**cut** [2] - 3:14, 12:11
**cuts** [1] - 3:16
**cycle** [1] - 36:25
**Cycos** [3] - 6:21, 77:24, 78:16

## D

**D.C** [8] - 7:8, 23:15, 24:13, 24:14, 24:15, 29:9, 78:11
**damage** [1] - 8:2
**dangerous** [1] - 5:18
**DATE** [1] - 85:19
**David** [1] - 8:19
**day-to-day** [1] - 31:14
**days** [2] - 17:12, 33:25
**DCJS** [1] - 30:1
**de** [3] - 69:13, 69:14
**dead** [2] - 3:8, 5:7
**dealers** [1] - 7:24
**death** [4] - 20:20, 65:17, 67:6, 73:7
**decades** [1] - 36:13
**decide** [2] - 44:21, 52:8
**decided** [3] - 34:17, 34:23, 82:23
**decision** [2] - 50:12, 83:2
**decisions** [1] - 50:19
**deemed** [2] - 51:14, 63:23
**defendant** [8] - 10:13, 11:7, 11:23, 12:11, 13:19, 14:11, 15:20, 15:23
**Defendant** [1] - 1:8
**DEFENDANT** [1] - 1:16
**defendant's** [1] - 14:6
**DEFENDANTS** [1] - 2:16
**defendants** [1] - 12:25
**defense** [2] - 84:19, 85:4
**definitely** [4] - 52:25, 76:15, 83:15, 84:11
**deformed** [1] - 4:11
**degree** [1] - 16:19
**Delicias** [4] - 10:13, 78:8, 78:11, 78:15
**demands** [1] - 16:5
**demonic** [1] - 67:6
**demonstrates** [1] - 67:25
**demonstrative** [1] - 20:24
**Department** [6] - 21:3, 21:25, 22:2, 22:18, 23:24, 30:1
**department** [2] - 22:5, 22:12
**depicting** [2] - 68:5, 72:14
**depictions** [1] - 67:5
**deported** [4] - 36:9, 36:10, 36:16, 37:2
**deputies** [1] - 3:19
**deputy** [1] - 80:15
**descent** [2] - 33:14, 38:23
**describe** [5] - 29:24, 39:15, 41:17, 49:11, 66:12
**describing** [1] - 66:13
**deserve** [1] - 61:10
**designated** [1] - 23:19
**designee** [1] - 53:9
**destroyed** [1] - 81:11
**details** [1] - 19:12
**detectable** [1] - 62:18
**detection** [2] - 53:16, 71:16
**detective** [28] - 17:12, 19:13, 21:24, 22:6, 22:19, 22:21, 22:22, 22:24, 23:17, 24:17, 25:4, 25:5, 25:6, 25:17, 26:16, 26:21, 26:22, 28:8, 28:18, 30:7, 32:23, 70:9, 78:24, 79:14, 80:25, 82:6, 82:7, 84:3
**Detective** [9] - 2:4, 4:1, 4:14, 21:2, 21:6, 21:21, 32:17, 54:21, 84:16
**detective's** [1] - 81:23
**detectives** [2] - 25:1, 30:6
**determination** [1] - 20:16
**determine** [1] - 43:17
**determined** [1] - 63:13
**deviance** [1] - 59:1
**devil** [7] - 66:19, 66:23, 67:1, 67:6, 71:6, 71:9, 72:3
**die** [2] - 19:10
**differ** [2] - 64:16, 64:23
**difference** [2] - 27:15, 40:20
**differences** [1] - 27:17
**different** [23] - 7:2, 10:12, 17:8, 20:17, 31:9, 31:19, 34:21, 40:9, 40:17, 42:3, 43:25, 47:21, 48:5, 48:20, 49:19, 51:7, 62:7, 66:1, 67:7, 68:17, 68:22, 75:18, 75:19
**differs** [1] - 60:20
**digital** [1] - 48:7
**DIRE** [2] - 2:5, 21:15
**dire** [1] - 12:24
**direct** [5] - 8:9, 8:14, 8:15, 54:24, 58:4
**DIRECT** [2] - 2:6, 32:21
**directions** [2] - 7:18, 61:11
**directives** [3] - 41:21, 46:14, 74:13
**directly** [5] - 49:3, 50:21, 53:9, 53:11, 53:15
**directors** [1] - 46:5
**discovery** [1] - 3:13
**Discreto** [1] - 10:4
**discuss** [2] - 43:12, 79:11
**discussed** [3] - 37:20, 63:12, 79:5
**discussing** [1] - 79:8
**dislike** [1] - 33:12
**dismantle** [1] - 24:8
**display** [2] - 35:5, 66:10
**displaying** [1] - 31:20
**dispose** [1] - 12:9
**disputes** [1] - 5:1
**disrespecting** [1] - 72:11
**disrupt** [1] - 24:8
**distribution** [4] - 23:9, 24:2, 31:21, 44:2
**District** [8] - 1:22, 1:23, 16:22, 32:4, 32:6, 33:8, 85:21, 85:21
**DISTRICT** [3] - 1:1, 1:1, 1:10
**district** [1] - 40:22
**DIVISION** [1] - 1:2
**DNA** [1] - 5:6
**DOBBINS** [34] - 1:13, 2:5, 2:6, 3:2, 21:1, 21:14, 21:16, 24:12, 32:16, 32:20, 32:22, 41:3, 41:10, 41:13, 54:6, 54:9, 54:25, 55:15, 55:18, 55:23, 56:4, 69:24, 70:8, 77:2, 77:4, 77:5, 78:19, 82:2, 82:17, 82:21, 83:15, 83:18, 83:21, 85:2
**Dobbins** [7] - 16:8, 20:24, 21:13, 54:23, 55:22, 78:21, 82:1
**documented** [1] - 27:22
**Dodge** [1] - 17:11
**Dodgers** [2] - 68:19, 68:25
**dollars** [1] - 44:20
**done** [10] - 5:23, 45:21, 50:13, 51:15, 52:25, 55:4, 60:8, 60:10, 81:7, 84:22
**dots** [1] - 73:22
**double** [1] - 84:4
**double-check** [1] - 84:4
**doubt** [3] - 16:4, 16:17, 20:13
**down** [24] - 7:7, 7:8, 7:14, 8:10, 9:24, 10:9, 10:11, 10:15, 14:1, 14:2, 17:10, 17:13, 20:23, 31:22, 39:25, 40:16, 45:18, 47:2, 52:24, 53:7, 54:22, 66:15, 74:2, 81:6
**Drake** [6] - 4:1, 4:14, 82:6, 82:11, 83:7, 84:12
**dress** [2] - 31:8, 31:19
**drink** [1] - 11:17
**driven** [1] - 11:24
**driving** [1] - 11:22
**drop** [1] - 34:3
**drove** [6] - 3:8, 3:10, 11:6, 12:2, 14:13, 18:19
**drug** [4] - 7:24, 15:11, 23:8, 26:24
**drugs** [3] - 7:23, 50:9, 57:18
**drunk** [1] - 64:20
**due** [1] - 45:6
**dues** [9] - 43:20, 45:2, 45:14, 45:17, 52:14, 60:15,

60:18, 60:21
**duly** [1] - 21:6
**Dumfries** [1] - 23:14
**during** [12] - 23:1, 25:23, 25:25, 29:13, 31:13, 33:4, 33:23, 43:11, 54:12, 56:25, 70:19, 71:15
**duties** [1] - 57:10

## E

**Eagle** [2] - 68:15
**early** [10] - 4:22, 5:21, 11:15, 12:2, 15:21, 24:5, 25:6, 33:24, 37:9, 79:1
**earn** [1] - 10:6
**easier** [1] - 5:16
**East** [8] - 42:8, 77:8, 77:11, 77:13, 77:14, 77:17, 77:20, 78:17
**Eastern** [1] - 32:6
**eastern** [1] - 40:7
**eat** [3] - 74:18, 74:22, 74:25
**effect** [1] - 38:1
**effecting** [2] - 76:19, 76:20
**either** [4] - 44:15, 47:25, 51:19, 65:13
**El** [34] - 7:15, 7:17, 8:10, 8:12, 9:11, 26:2, 33:4, 33:5, 36:11, 36:12, 36:15, 36:17, 36:19, 36:21, 37:20, 37:21, 38:24, 41:14, 45:19, 47:2, 47:4, 47:8, 47:10, 47:13, 47:17, 47:22, 48:15, 49:22, 50:24, 52:11, 52:18, 53:20, 62:5
**election** [1] - 51:11
**electronic** [1] - 28:12
**ELENA** [1] - 1:13
**eMe** [3] - 34:14, 35:8, 35:9
**emigrate** [2] - 37:4, 37:12
**emoji** [2] - 67:2, 72:3
**employed** [4] - 21:23, 21:24, 23:23, 30:6
**empty** [1] - 66:2
**EMT** [2] - 3:6, 3:19
**enacted** [1] - 47:10
**encroaching** [1] - 50:3
**encroachment** [1] - 50:8
**encrypted** [1] - 48:11
**encryption** [1] - 48:10
**end** [11] - 5:7, 27:13, 34:11, 35:17, 48:10, 48:11, 80:8, 82:22, 83:8
**end-to-end** [2] - 48:10, 48:11
**ends** [2] - 11:14, 36:10
**enemies** [1] - 35:15
**enforce** [1] - 75:15
**enforcement** [20] - 6:8, 12:13, 13:18, 23:20, 25:9, 25:19, 29:21, 30:5, 43:13, 43:15, 44:7, 46:13, 53:18, 62:18, 65:6, 65:14, 65:16, 68:10, 68:13
**engaged** [1] - 17:2
**enlisted** [1] - 5:25
**ensure** [1] - 83:16
**enterprise** [3] - 15:12, 15:18, 17:1
**enters** [1] - 55:12
**entire** [3] - 23:2, 77:20, 79:24
**entirety** [2] - 40:2, 40:5
**entitled** [1] - 85:17
**entrance** [2] - 16:25, 17:4
**entries** [1] - 79:21
**equate** [1] - 46:4
**equivalent** [1] - 32:8
**Erick** [1] - 10:3
**errors** [4] - 27:9, 27:12, 27:13, 27:15
**es** [1] - 73:24
**Escobar** [1] - 10:3
**especially** [3] - 37:8, 59:23, 78:25
**esquina** [1] - 56:23
**essence** [1] - 36:1
**essentially** [1] - 15:13
**established** [4] - 3:21, 25:22, 33:12, 34:7
**et** [5] - 25:7, 33:25, 45:1, 53:1, 57:2
**ethnicity** [2] - 35:18, 38:23
**evaluate** [2] - 7:4, 83:8
**evaluated** [1] - 22:25
**evidence** [17] - 13:13, 13:15, 16:2, 16:4, 20:2, 20:7, 20:8, 20:9, 20:15, 41:12, 55:24, 56:3, 61:17, 61:21, 61:24, 61:25, 70:7
**exact** [1] - 28:5
**exactly** [2] - 49:11, 81:4
**examination** [2] - 78:24, 81:1
**EXAMINATION** [4] - 2:5, 2:6, 21:15, 32:21
**examiner's** [1] - 4:3
**example** [10] - 40:1, 41:18, 42:1, 42:11, 42:21, 48:25, 51:4, 65:9, 66:8, 69:10
**examples** [2] - 42:6, 48:12
**exception** [1] - 47:11
**exchange** [1] - 44:18
**exclusion** [2] - 16:17, 20:12
**excuse** [1] - 24:14
**excused** [3] - 54:17, 81:18, 84:19
**executed** [1] - 28:7
**Exhibit** [10] - 2:11, 41:4, 41:12, 55:24, 56:3, 71:3, 71:10, 71:21, 73:10, 73:15
**Exhibits** [2] - 70:1, 70:6
**EXHIBITS** [2] - 2:9, 2:16
**exhibits** [1] - 2:17
**exited** [1] - 4:11
**exits** [2] - 54:19, 81:20
**expand** [5] - 38:1, 39:10, 39:11, 46:18, 49:7
**expands** [1] - 36:3
**expect** [1] - 76:9
**experience** [26] - 22:20, 25:6, 26:14, 26:17, 27:2, 27:15, 35:10, 35:21, 37:15, 37:23, 38:6, 39:7, 43:2, 44:16, 44:17, 48:6, 52:1, 53:8, 53:12, 59:20, 64:17, 65:23, 75:3, 75:19, 78:10, 78:14
**experience-based** [1] - 25:6
**experienced** [1] - 51:24
**expert** [6] - 31:25, 32:5, 32:10, 32:13, 32:14, 32:17
**expertise** [9] - 39:8, 42:7, 43:3, 52:1, 59:20, 65:23, 75:3, 78:11, 78:15
**experts** [1] - 25:25
**explain** [10] - 6:13, 6:25, 24:21, 30:17, 34:19, 39:17, 40:25, 47:20, 58:1, 63:4
**explained** [1] - 58:25
**exposure** [1] - 25:5
**expression** [1] - 60:3
**extent** [1] - 81:9
**extort** [1] - 7:23
**extorting** [2] - 44:13, 44:14
**extortion** [5] - 15:11, 23:9, 44:2, 44:6, 44:10
**extortions** [1] - 45:12
**extradited** [1] - 7:9
**extreme** [1] - 38:4
**eye** [1] - 4:8
**Ezekiel** [1] - 10:1

## F

**face** [4] - 3:15, 4:6, 62:24, 72:3
**Facebook** [5] - 69:23, 70:10, 70:12, 70:24, 71:2
**facilitate** [1] - 25:2
**facility** [1] - 6:2
**fact** [6] - 7:16, 12:21, 19:18, 20:4, 50:23, 81:7
**fair** [1] - 59:11
**faith** [1] - 13:14
**fall** [2] - 42:4, 42:17
**familiar** [14] - 26:5, 39:13, 42:7, 62:9, 62:13, 66:5, 69:3, 69:18, 74:18, 77:7, 77:14, 77:21, 77:23, 78:7
**family** [2] - 44:25, 79:8
**far** [5] - 19:12, 28:12, 60:9, 77:18, 79:22
**fast** [1] - 58:24
**favor** [2] - 54:14, 60:7
**FBI** [5] - 23:21, 24:4, 24:6, 26:6, 30:18
**fear** [3] - 15:17, 38:4, 73:4
**Fearless** [9] - 9:22, 10:8, 11:7, 11:22, 14:1, 14:2, 14:16, 14:18, 16:22
**fearless** [2] - 10:11, 10:16
**Federal** [1] - 5:25
**federal** [5] - 23:19, 24:17, 30:18, 32:6, 35:18
**fees** [1] - 45:24
**feet** [3] - 63:16, 63:22, 74:8
**fell** [2] - 12:3, 77:12
**fellow** [1] - 80:22
**felonious** [1] - 26:24
**felt** [3] - 11:1, 15:17, 19:7
**female** [2] - 53:13
**fentanyl** [1] - 64:22
**Ferguson** [1] - 6:1
**few** [5] - 23:9, 28:13, 36:13, 37:22, 79:4
**field** [5] - 22:20, 22:23, 25:4, 49:25, 50:1
**fields** [1] - 25:25
**fifth** [1] - 72:23
**fight** [4] - 4:21, 11:14, 47:1
**fighting** [1] - 45:24
**figure** [3] - 4:15, 50:7, 84:9
**figured** [1] - 82:17
**filled** [2] - 66:3, 66:4
**final** [1] - 77:4
**finally** [2] - 14:7, 74:2
**fine** [3] - 54:9, 56:15, 83:25
**finger** [4] - 66:13, 66:15, 66:16
**fingerprints** [1] - 5:6
**finish** [3] - 78:25, 81:23, 83:11
**fire** [1] - 14:18
**first** [10] - 9:6, 13:22, 16:19, 19:7, 20:25, 22:22, 53:3, 71:5, 76:1, 79:3
**First** [15] - 9:22, 19:22, 50:6, 50:17, 53:22, 54:4, 54:5, 56:13, 57:11, 58:21, 59:9, 59:13, 61:18, 61:24, 63:11
**first-degree** [1] - 16:19
**fisherman** [1] - 3:8
**fishing** [2] - 11:25, 12:1
**five** [3] - 40:8, 55:6, 59:17
**flaca** [1] - 73:19

**flag** [3] - 67:24, 72:20, 73:13
**flashing** [1] - 10:22
**fled** [1] - 33:5
**FLORIDA** [1] - 1:1
**Florida** [16] - 1:4, 1:15, 1:19, 1:23, 1:24, 3:7, 4:18, 7:10, 8:16, 13:23, 14:1, 16:22, 17:11, 29:10, 85:21, 85:23
**flourish** [1] - 36:12
**flow** [1] - 50:22
**focus** [1] - 26:20
**focused** [1] - 25:10
**folks** [2] - 55:13, 79:1
**follow** [4] - 11:25, 20:10, 74:13, 76:21
**followed** [3] - 52:24, 61:10, 82:4
**foot** [1] - 40:23
**FOR** [2] - 1:13, 1:16
**forbidden** [1] - 79:18
**Force** [2] - 25:22, 30:16
**force** [11] - 23:21, 23:22, 23:25, 24:1, 24:3, 24:6, 24:18, 25:18, 26:17, 26:21, 28:18
**foregoing** [1] - 85:15
**forehead** [1] - 71:7
**foreign** [1] - 25:19
**foremost** [1] - 71:6
**form** [1] - 46:13
**formed** [2] - 32:24, 33:16
**forms** [1] - 67:7
**Fort** [2] - 9:20, 10:9
**FORT** [1] - 1:2
**forth** [6] - 31:3, 39:19, 58:8, 70:25, 71:2, 84:5
**forward** [1] - 19:25
**founded** [1] - 68:23
**founding** [1] - 37:10
**four** [3] - 11:8, 18:22, 19:22
**fourth** [2] - 9:17, 72:22
**framed** [1] - 44:17
**frames** [1] - 11:5
**free** [1] - 54:21
**friendly** [1] - 18:14
**friends** [4] - 4:20, 10:24, 10:25, 79:9
**full** [5] - 9:25, 10:5, 23:25, 59:6, 69:13
**full-time** [1] - 23:25
**Fulton** [3] - 51:4, 51:5, 69:14
**function** [1] - 23:24
**fund** [1] - 8:4
**funds** [1] - 44:1
**furthermore** [1] - 72:12

## G

**gain** [3] - 17:19, 18:2, 18:3
**gaining** [3] - 16:25, 17:4, 60:7
**gallina** [1] - 67:16
**game** [3] - 83:2, 84:13, 84:21
**game-time** [2] - 83:2, 84:13
**Gamez** [3] - 8:18, 10:1, 10:11
**Gamez-Melendez** [1] - 8:18
**Gang** [3] - 18:9, 26:12, 72:11
**gang** [67] - 6:17, 8:22, 8:24, 9:4, 10:18, 10:19, 10:22, 10:25, 11:2, 11:5, 11:12, 15:1, 15:12, 15:25, 22:7, 22:9, 23:3, 23:18, 24:17, 24:19, 24:23, 24:24, 25:11, 25:13, 30:3, 30:7, 31:14, 31:23, 33:19, 35:1, 35:11, 35:25, 36:12, 36:18, 36:21, 37:3, 38:1, 41:20, 41:21, 43:12, 43:15, 43:16, 46:19, 46:21, 46:23, 46:24, 47:13, 50:16, 51:22, 51:23, 51:25, 57:10, 57:16, 60:8, 61:14, 61:16, 61:17, 64:4, 64:10, 64:25, 65:6, 66:10, 67:11, 73:3, 74:14, 79:14
**gang's** [3] - 8:23, 9:3, 29:17
**gang-related** [1] - 24:19
**gang-specific** [1] - 24:23
**gangs** [27] - 9:2, 23:5, 24:2, 24:9, 24:23, 25:4, 25:15, 26:15, 26:18, 26:19, 28:17, 28:19, 28:22, 34:7, 34:13, 34:18, 34:21, 34:22, 35:5, 35:6, 35:13, 46:20, 63:7, 65:1, 67:13
**gangs'** [2] - 15:13, 37:17
**Garra** [6] - 66:10, 66:18, 68:17, 73:1, 73:20, 74:6
**Garrison** [1] - 12:21
**gashes** [1] - 3:16
**gathered** [1] - 45:6
**gear** [1] - 68:19
**general** [6] - 15:6, 26:15, 26:18, 32:7, 46:8, 64:16
**generalizing** [1] - 76:8
**generally** [6] - 43:10, 45:4, 56:10, 59:19, 74:11, 76:3
**gentleman** [1] - 5:13
**gentlemen** [5] - 3:3, 8:13, 54:11, 55:21, 78:22
**geographical** [3] - 42:16, 49:14, 49:15
**Gerson** [26] - 3:17, 4:4, 4:7, 4:17, 4:22, 5:2, 5:4, 6:10, 9:13, 9:21, 11:10, 11:11, 11:16, 11:22, 14:11, 14:12, 14:17, 14:21, 15:21, 17:3, 18:4, 18:13, 18:24, 20:3, 20:20
**Gerson's** [1] - 4:15
**Giants** [1] - 68:11
**given** [4] - 7:11, 53:10, 74:14, 78:22
**GLCS** [16] - 6:21, 7:8, 8:16, 9:11, 10:14, 17:6, 17:9, 17:17, 17:18, 18:2, 18:11, 77:24, 78:16
**goal** [5] - 24:6, 37:24, 38:1, 42:11, 46:18
**goals** [1] - 58:13
**gonna** [3] - 18:18, 31:16, 31:18
**Gonzalez** [7] - 82:18, 82:23, 82:24, 83:4, 83:11, 83:25, 84:14
**goods** [1] - 45:23
**GOVERNMENT** [1] - 1:13
**government** [14] - 16:16, 19:25, 20:11, 21:1, 32:16, 41:4, 41:12, 47:8, 47:12, 55:24, 56:3, 70:6, 85:1, 85:3
**Government** [1] - 21:6
**GOVERNMENT'S** [1] - 2:9
**government's** [1] - 20:25
**Government's** [9] - 41:4, 55:24, 69:25, 70:12, 71:3, 71:10, 71:21, 73:10, 73:15
**GPS** [1] - 7:11
**grabbed** [1] - 19:3
**graffiti** [1] - 71:8
**graffiti-style** [1] - 71:8
**Granados** [1] - 8:17
**grand** [1] - 16:25
**granted** [1] - 41:11
**grave** [1] - 63:19
**gravity** [2] - 57:12, 63:14
**great** [1] - 81:16
**green** [12] - 11:2, 63:20, 64:2, 64:3, 64:6, 64:9, 65:4, 65:11, 65:16, 75:24, 76:25
**greet** [1] - 31:15
**grim** [1] - 67:1
**ground** [2] - 3:14, 3:17
**group** [15] - 17:19, 30:18, 33:10, 33:15, 33:16, 39:21, 39:23, 40:11, 40:13, 40:23, 42:14, 48:15, 49:10, 57:4
**grouping** [2] - 49:13, 49:21
**groups** [2] - 17:8, 44:5
**grow** [6] - 7:20, 8:13, 8:15, 36:18, 46:17, 49:4
**growing** [1] - 36:17
**gruesome** [1] - 3:12
**Guanacos** [3] - 6:21, 77:23, 78:16
**Guanaka** [2] - 73:21, 74:3
**Guatemala** [5] - 26:2, 36:11, 37:21, 38:25, 49:22
**guess** [2] - 34:19, 49:10
**guiding** [1] - 79:16
**guilty** [8] - 13:1, 16:5, 19:19, 19:23, 20:5, 20:12, 20:13
**gun** [3] - 14:18, 19:7, 72:9
**guns** [1] - 38:11
**gunshot** [2] - 4:7, 72:14
**guy** [3] - 9:19, 11:12, 12:11
**guys** [16] - 8:20, 9:5, 12:15, 12:16, 14:17, 17:15, 17:16, 17:17, 17:19, 17:20, 18:7, 19:9, 33:25, 79:4, 80:3, 81:16

## H

**hair** [1] - 4:12
**halfway** [1] - 74:2
**hand** [5] - 31:20, 66:5, 66:9, 73:2, 73:5
**handed** [1] - 14:19
**handling** [2] - 58:10, 58:11
**hands** [3] - 3:15, 63:16, 63:22
**hang** [1] - 34:1
**hanging** [1] - 80:3
**hangs** [2] - 68:4, 68:5
**hard** [3] - 37:7, 58:24, 64:21
**hat** [1] - 71:13
**hats** [1] - 71:15
**head** [1] - 4:11
**hear** [32] - 4:14, 4:25, 5:3, 5:12, 6:12, 7:12, 7:15, 8:11, 9:8, 9:18, 10:8, 10:17, 10:20, 11:11, 12:21, 13:24, 13:25, 14:5, 14:7, 14:19, 14:20, 14:22, 14:23, 14:24, 17:23, 18:12, 18:21, 19:14, 20:8, 20:15
**heard** [16] - 14:18, 15:7, 16:14, 18:5, 19:6, 44:8, 52:23, 53:24, 60:3, 66:1, 79:13, 79:14, 79:19, 79:22, 80:6, 80:8
**hearing** [1] - 79:10
**heavy** [1] - 25:24
**help** [5] - 3:20, 19:5, 19:6, 47:1, 49:3
**helps** [1] - 12:9
**hereby** [1] - 85:15
**hidden** [1] - 48:2
**hierarchal** [1] - 50:20
**high** [1] - 39:2
**higher** [2] - 49:6, 61:4
**historical** [1] - 68:2

**historically** [9] - 47:6, 52:12, 56:8, 61:6, 62:2, 62:4, 76:10, 77:8, 77:10
**history** [5] - 29:14, 31:25, 32:18, 33:2, 33:11
**hit** [1] - 5:7
**hold** [5] - 22:11, 43:16, 63:13, 75:22, 76:13
**holding** [3] - 66:15, 72:9, 76:12
**homage** [4] - 34:17, 35:5, 35:14, 67:23
**home** [4] - 36:9, 38:16, 79:8, 81:17
**Homeboy** [1] - 59:4
**homeboy** [34] - 7:1, 9:12, 10:7, 10:12, 10:13, 14:25, 15:22, 46:15, 58:7, 59:5, 59:6, 59:8, 59:12, 59:24, 60:19, 60:24, 61:20, 62:1, 65:9, 65:15, 74:7, 74:11, 74:12, 74:13, 74:15, 75:4, 75:15, 76:3, 76:4, 76:13, 76:18, 76:20, 76:21
**homeboys** [18] - 10:1, 13:7, 15:24, 17:18, 46:15, 50:7, 57:16, 58:4, 58:21, 61:2, 62:21, 62:23, 63:10, 65:20, 75:8, 75:9, 75:12, 76:7
**homicide** [4] - 3:22, 4:1, 18:23, 46:23
**homicides** [2] - 18:22, 18:23
**Honduras** [4] - 26:2, 36:11, 37:21, 38:25
**Honor** [15] - 3:2, 20:10, 21:1, 21:14, 32:16, 32:20, 41:3, 55:15, 55:23, 69:24, 70:3, 77:2, 78:19, 85:2, 85:6
**HONORABLE** [1] - 1:10
**Honorable** [1] - 1:22
**hope** [1] - 84:23
**hopefully** [1] - 84:18
**hopes** [1] - 13:2
**horns** [2] - 66:19, 71:9
**horse** [1] - 3:10
**hospital** [2] - 19:9, 19:10
**hour** [1] - 82:12
**hours** [7] - 4:22, 11:15, 12:2, 15:21, 28:20, 31:4, 31:5
**house** [6] - 11:9, 14:10, 17:23, 18:6, 18:13, 19:11
**housekeeping** [2] - 81:23, 84:25
**housekeeping-wise** [1] - 84:25
**houses** [1] - 44:4
**Hugo** [2] - 10:2, 11:24
**hundreds** [3] - 28:15, 31:4, 48:21
**hung** [1] - 6:15
**hunting** [2] - 11:5, 18:4
**hurt** [1] - 8:2

**I**

**idea** [4] - 6:6, 18:4, 18:17, 19:6
**identifies** [2] - 54:2, 69:15
**II** [2] - 1:10, 1:22
**illegal** [3] - 15:16, 45:10, 45:11
**illegitimate** [1] - 44:3
**ILONA** [2] - 1:21, 85:20
**image** [6] - 70:13, 71:4, 71:5, 71:22, 72:3, 72:4
**imagery** [6] - 67:5, 67:6, 68:7, 73:7, 73:8
**images** [1] - 72:13
**imagine** [1] - 84:2
**immediately** [1] - 3:21
**immigration** [1] - 36:25
**important** [5] - 7:20, 46:11, 79:5, 79:7, 79:24
**impressions** [1] - 80:7
**in-service** [1] - 30:5
**incarcerate** [1] - 47:13
**incarcerated** [9] - 36:7, 45:19, 45:20, 45:23, 47:4, 47:5, 47:6, 47:18, 52:2
**include** [3] - 26:2, 30:22, 76:25
**increase** [2] - 57:11, 57:13
**increased** [1] - 58:9
**increasing** [2] - 17:1, 17:5
**indicate** [2] - 66:22, 73:17
**indicating)** [1] - 66:11
**individual** [21] - 6:6, 33:10, 43:17, 48:17, 51:3, 51:4, 54:3, 56:19, 56:22, 57:3, 60:9, 60:10, 60:12, 61:4, 61:9, 61:15, 65:13, 72:2, 72:8, 72:9, 76:17
**individual's** [2] - 69:11, 71:7
**individually** [1] - 62:23
**individuals** [25] - 8:17, 9:14, 9:15, 30:11, 31:22, 33:4, 33:9, 34:5, 34:8, 34:17, 34:22, 35:18, 36:7, 36:16, 36:19, 37:1, 37:2, 37:11, 38:22, 39:5, 42:24, 59:16, 63:25
**inebriated** [1] - 11:18
**influence** [1] - 39:6
**information** [10] - 27:14, 29:14, 29:17, 31:7, 42:15, 50:22, 63:9, 63:10, 72:21, 79:13
**informed** [1] - 6:5
**inner** [2] - 22:25, 58:12
**insight** [1] - 25:5
**insists** [1] - 8:12
**Instagram** [1] - 69:23
**instance** [6] - 47:15, 58:19, 60:10, 63:8, 66:23, 68:14
**instill** [1] - 73:4
**institutions** [1] - 47:22
**instruct** [2] - 19:19, 20:11
**instructed** [1] - 57:15
**instructor** [1] - 30:2
**Intel** [1] - 30:14
**intentionally** [1] - 17:3
**inter** [1] - 52:6
**inter-jail** [1] - 52:6
**interacting** [1] - 30:11
**interactions** [1] - 5:1
**interest** [4] - 35:6, 41:19, 42:13, 76:9
**interesting** [1] - 12:13
**interests** [1] - 15:25
**internal** [1] - 59:17
**internet** [1] - 48:9
**interval** [1] - 44:21
**interview** [1] - 3:24
**interviewed** [2] - 6:2, 29:12
**interviewing** [1] - 5:3
**interviews** [6] - 25:7, 27:18, 27:20, 27:21, 53:15, 66:1
**intimidation** [1] - 38:4
**introduce** [2] - 5:14, 69:25
**introducing** [1] - 82:9
**investigate** [5] - 4:10, 23:4, 29:21, 30:19, 49:2
**investigated** [4] - 4:25, 25:15, 26:18, 28:22
**investigates** [1] - 24:1
**investigating** [4] - 25:10, 26:15, 26:17, 27:3
**Investigation** [1] - 6:1
**investigation** [4] - 3:23, 5:8, 11:19, 82:7
**investigations** [14] - 10:21, 22:6, 22:8, 26:22, 26:23, 27:16, 27:17, 27:25, 28:2, 28:4, 28:5, 29:1, 29:3, 29:8
**Investigations** [1] - 23:18
**investigative** [2] - 30:9, 82:13
**Investigator** [1] - 4:2
**investigator** [2] - 4:3, 82:5
**invite** [1] - 11:17
**involved** [5] - 18:19, 27:15, 27:16, 52:5, 56:24
**involving** [5] - 23:5, 26:4, 26:23, 29:1, 29:17
**Island** [2] - 6:23, 37:14
**issue** [3] - 64:6, 83:18, 83:22
**issued** [1] - 64:3
**issues** [1] - 50:10
**it'll** [4] - 5:16, 45:23, 45:24, 84:14
**items** [2] - 4:12, 82:10
**itself** [1] - 40:6

**J**

**jail** [2] - 35:17, 52:6
**jails** [2] - 47:22, 47:24
**January** [3] - 1:5, 13:20, 85:19
**Jersey** [1] - 29:9
**jersey** [1] - 68:11
**jerseys** [1] - 68:5
**job** [3] - 22:25, 57:16, 60:11
**jobs** [1] - 42:25
**join** [3] - 8:22, 17:18, 34:18
**joined** [1] - 6:20
**Joint** [2] - 25:21, 30:16
**JOSEPH** [1] - 1:16
**José** [1] - 10:1
**Judge** [1] - 82:2
**JUDGE** [1] - 1:10
**judge** [4] - 12:24, 15:6, 19:18, 54:6
**judicial** [1] - 39:3
**Julie** [2] - 4:2, 82:5
**jumped** [3] - 6:24, 13:7, 18:16
**June** [2] - 9:19, 13:20
**jurisdiction** [1] - 29:4
**jurisdictions** [1] - 30:9
**juror** [1] - 55:17
**jurors** [2] - 80:22, 84:23
**Jury** [3] - 54:19, 55:12, 81:20
**JURY** [1] - 1:9
**jury** [20] - 3:3, 16:25, 20:18, 21:22, 24:21, 26:13, 32:3, 32:24, 39:16, 41:10, 47:20, 54:18, 58:1, 78:22, 79:1, 80:2, 81:3, 81:4, 81:18, 81:19
**jury's** [1] - 84:18
**Justice** [1] - 30:2
**justice** [1] - 16:4
**justification** [1] - 76:24
**juveniles** [2] - 39:2, 39:4

**K**

**keep** [5] - 13:8, 13:11, 16:9, 16:10, 79:6
**keeps** [1] - 74:12
**Kevin** [1] - 8:18
**key** [2] - 17:3, 37:8
**kick** [1] - 74:8

**kill** [15] - 5:5, 8:25, 10:6, 10:19, 11:3, 11:13, 15:1, 64:9, 64:12, 64:18, 65:5, 72:15, 75:23, 76:22
**killed** [7] - 4:16, 6:7, 8:1, 9:9, 12:10, 15:21, 60:12
**killers** [1] - 13:5
**killing** [3] - 12:21, 64:25, 75:5
**kills** [2] - 9:12
**KIMBERLY** [1] - 1:17
**kind** [15] - 22:15, 23:4, 29:16, 39:17, 39:18, 40:24, 44:22, 47:23, 62:12, 65:20, 67:10, 69:18, 69:21, 79:15
**Kings** [3] - 9:4, 18:9, 29:2
**knee** [1] - 64:1
**knife** [3] - 14:19, 19:1, 20:3
**knives** [1] - 38:10
**knowing** [1] - 5:24
**knowingly** [1] - 17:3
**knowledge** [3] - 58:12, 58:15
**known** [20] - 6:20, 7:1, 8:17, 8:18, 8:19, 10:1, 10:2, 10:3, 10:4, 16:24, 25:14, 29:12, 48:1, 49:24, 49:25, 63:5, 66:10, 77:23, 78:7

## L

**LA** [6] - 42:9, 68:19, 68:25, 69:1, 77:9
**lack** [2] - 20:8, 50:11
**ladies** [4] - 3:3, 54:11, 55:20, 78:22
**language** [2] - 67:8, 67:9
**large** [2] - 33:6, 37:10
**larger** [1] - 49:7
**largest** [3] - 36:14, 37:6, 37:7
**last** [3] - 4:15, 21:19, 36:13
**late** [4] - 24:5, 33:23, 80:13, 80:18
**latest** [1] - 83:16
**Latin** [3] - 9:4, 18:9, 29:2
**Latino** [1] - 44:12
**latitude** [1] - 47:17
**LAUDERDALE** [1] - 1:2
**Lauderdale** [3] - 4:18, 9:20, 10:9
**laundering** [1] - 15:11
**law** [21] - 6:8, 12:13, 13:18, 20:10, 23:20, 25:9, 25:19, 29:21, 30:5, 43:13, 43:14, 44:6, 46:13, 53:18, 62:18, 65:6, 65:14, 65:16, 68:10, 68:13
**lawyers** [1] - 80:9
**laying** [1] - 3:16
**lead** [3] - 26:22, 82:7, 84:13
**leader** [3] - 42:14, 48:15, 53:21
**leaders** [3] - 42:16, 47:16, 48:5
**leadership** [22] - 7:15, 7:16, 8:10, 8:12, 9:11, 39:24, 40:16, 48:15, 49:6, 50:6, 50:12, 50:16, 50:23, 51:1, 51:18, 53:19, 53:20, 57:16, 61:14, 64:24, 74:14
**leads** [1] - 5:8
**learn** [2] - 9:2, 17:24
**learned** [4] - 4:17, 4:19, 6:23, 37:24
**learning** [3] - 8:23, 25:2, 25:7
**least** [7] - 7:16, 18:23, 19:23, 55:3, 83:12, 83:16
**leave** [7] - 12:7, 51:25, 54:14, 81:3, 81:12
**led** [6] - 6:8, 29:3, 29:4, 29:7, 29:8, 30:18
**left** [9] - 4:8, 4:22, 51:19, 55:20, 72:2, 72:8, 79:2, 80:25, 81:15
**legal** [1] - 45:24
**legitimate** [1] - 44:2
**legs** [2] - 4:6, 63:25
**lengthy** [2] - 84:3, 84:7
**less** [5] - 39:4, 44:6, 56:24, 60:18, 62:18
**lesser** [2] - 13:2, 47:24
**letter** [1] - 35:4
**letters** [10] - 35:2, 35:3, 46:11, 62:17, 66:2, 66:3, 71:8, 72:6, 73:13
**level** [12] - 7:6, 39:24, 40:16, 50:12, 50:16, 51:24, 57:8, 57:9, 57:25, 59:12, 59:21, 74:8
**levels** [3] - 7:2, 27:15, 50:20
**lie** [1] - 44:22
**light** [8] - 11:2, 63:20, 64:2, 64:3, 64:6, 64:9, 65:4
**likely** [1] - 44:6
**Lil** [3] - 6:21, 77:23, 78:16
**line** [1] - 42:18
**lineup** [4] - 83:7, 84:1, 84:12, 84:15
**list** [1] - 8:11
**listed** [1] - 73:18
**listen** [3] - 13:11, 13:15, 19:13
**listened** [2] - 16:1, 16:2
**lit** [4] - 65:11, 65:16, 75:24, 76:25
**lived** [5] - 4:17, 6:13, 11:9, 11:10, 17:10
**lives** [1] - 38:17
**living** [7] - 6:16, 10:10, 10:16, 12:9, 14:2, 14:3, 38:18
**LLP** [1] - 1:17
**lo** [1] - 11:15
**local** [5] - 23:5, 49:13, 51:5, 78:15, 83:21
**located** [1] - 21:25
**location** [4] - 37:10, 49:14, 49:15, 65:24
**locations** [1] - 49:19
**lock** [1] - 81:4
**locked** [2] - 5:11, 5:17
**Locos** [1] - 78:4
**logo** [1] - 68:16
**look** [7] - 17:18, 20:7, 68:15, 73:16, 79:20, 81:6
**looking** [15] - 5:20, 11:5, 11:6, 18:2, 39:8, 39:10, 39:11, 56:6, 57:20, 57:22, 68:8, 71:4, 72:24, 81:11
**lookout** [1] - 56:25
**looks** [2] - 68:16, 68:17
**Los** [2] - 37:9, 68:24
**lose** [1] - 83:3
**loud** [1] - 63:18
**low** [1] - 68:5
**lower** [3] - 56:24, 65:16, 74:8
**lowest** [3] - 56:16, 56:18, 56:22
**loyal** [1] - 8:24
**luna** [1] - 73:19
**lunch** [1] - 83:10
**LUPOWITZ** [2] - 1:21, 85:20
**Lupowitz** [1] - 85:19
**lured** [1] - 18:13
**lying** [1] - 3:13

## M

**machete** [1] - 38:9
**Mafia** [7] - 15:13, 34:14, 34:16, 34:18, 35:6, 35:7, 35:14
**main** [3] - 40:21, 46:18, 48:13
**maintain** [6] - 15:23, 37:19, 39:8, 39:12, 47:25, 48:3
**maintained** [3] - 36:14, 37:6, 37:10
**maintaining** [4] - 17:1, 17:5, 46:16, 69:18
**majority** [2] - 33:6, 83:12
**man** [1] - 3:13
**manager** [2] - 40:22
**managers** [1] - 40:13
**Manassas** [1] - 23:14
**Mara** [26] - 25:14, 33:17, 33:18, 33:19, 33:22, 34:3, 34:4, 34:6, 34:22, 36:5, 36:6, 59:6, 62:15, 62:19, 70:17, 71:7, 71:13, 71:23, 71:24, 72:7, 72:19, 73:13, 73:24, 74:1
**Maravilla** [1] - 10:1
**March** [1] - 10:9
**Mariachi** [4] - 8:17, 9:6, 12:18, 17:6
**marijuana** [4] - 17:24, 17:25, 18:15, 34:1
**marked** [1] - 2:17
**marshals** [1] - 82:25
**Martinez** [1] - 10:2
**Maryland** [6] - 10:14, 17:10, 17:12, 24:16, 29:8, 49:17
**mask** [2] - 53:15, 53:17
**mass** [1] - 43:8
**masses** [4] - 43:7, 43:10, 60:15, 63:2
**matches** [1] - 13:12
**matter** [2] - 16:15, 85:17
**Mayweather/Pacquiao** [1] - 4:21
**meal** [1] - 75:1
**mean** [27] - 22:22, 23:22, 28:5, 28:12, 30:25, 31:1, 35:22, 39:3, 46:18, 50:5, 51:21, 54:1, 58:14, 58:23, 59:14, 60:6, 60:8, 60:11, 65:25, 66:18, 66:25, 71:18, 72:25, 73:25, 74:8, 74:12, 74:22
**meaning** [4] - 31:12, 33:19, 35:2, 65:24
**means** [4] - 15:9, 34:20, 60:7, 71:20
**measure** [1] - 62:24
**media** [7] - 28:13, 69:19, 69:21, 70:19, 72:5, 74:23, 79:24
**medical** [2] - 3:20, 4:3
**meeting** [1] - 31:18
**meetings** [9] - 8:5, 43:3, 43:4, 43:6, 43:7, 43:10, 43:11, 60:15, 63:2
**Melendez** [1] - 8:18
**Melvin** [1] - 8:19
**member** [30] - 5:11, 5:24, 6:24, 7:1, 8:25, 10:25, 11:2, 15:1, 46:21, 46:22, 46:23, 46:24, 48:22, 48:25, 49:1, 51:5, 53:9, 53:11, 56:22, 57:6, 59:6, 63:8, 64:12, 65:6, 65:10, 65:15, 68:10, 69:6
**members** [69] - 6:17, 7:19, 7:21, 10:5, 10:18, 10:19, 11:5, 14:9, 18:11, 21:22, 24:21, 26:13, 27:22, 27:23,

28:17, 29:12, 31:13, 31:14, 32:23, 33:9, 33:12, 36:21, 37:16, 38:7, 38:12, 41:21, 43:11, 43:19, 45:3, 45:19, 45:20, 45:24, 46:12, 46:14, 46:19, 47:14, 47:23, 48:19, 48:23, 49:6, 49:13, 49:15, 49:16, 49:20, 51:8, 52:21, 58:1, 58:17, 59:15, 62:10, 62:16, 64:25, 66:9, 67:11, 68:1, 68:8, 69:18, 69:22, 70:20, 71:14, 74:20, 75:20, 75:21, 76:1, 78:17
**membership** [3] - 38:13, 57:21, 68:9
**meme** [3] - 71:11, 71:25, 72:1
**men** [1] - 15:19
**mentioned** [3] - 53:3, 64:2, 65:3
**merely** [2] - 18:19, 19:18
**Mesa** [3] - 51:8, 62:3, 76:10
**messages** [3] - 73:16, 73:17, 74:24
**messaging** [1] - 48:7
**met** [3] - 6:18, 11:8, 33:11
**metal** [1] - 33:25
**meted** [1] - 63:3
**metro** [1] - 78:12
**Mexican** [7] - 33:13, 34:14, 34:16, 34:18, 35:6, 35:7, 35:14
**Mexico** [2] - 26:2, 42:8
**Miami** [7] - 1:4, 1:15, 1:19, 1:23, 1:24, 85:22, 85:23
**mic** [1] - 40:3
**Michael** [1] - 82:3
**microphone** [2] - 21:9, 21:10
**middle** [5] - 38:15, 39:2, 66:15, 73:12, 73:22
**Might** [1] - 55:19
**might** [3] - 5:4, 15:5, 58:6
**Miguel** [1] - 8:17
**mind** [2] - 13:8, 13:11
**minimum** [1] - 64:7
**minutes** [2] - 54:25, 82:11
**minutes'** [1] - 82:25
**Miranda** [1] - 13:21
**misas** [1] - 43:7
**missing** [1] - 55:16
**misunderstanding** [1] - 62:6
**mixed** [1] - 73:8
**mob** [1] - 15:7
**mobile** [1] - 31:12
**model** [1] - 39:18
**moment** [6] - 29:11, 30:16, 43:18, 54:8, 54:17, 77:2
**money** [26] - 8:4, 8:7, 8:10, 15:11, 43:24, 45:3, 45:5, 45:7, 45:9, 45:18, 45:25, 46:1, 46:2, 47:1, 47:3, 52:18, 52:21, 52:24, 53:6, 53:16, 58:10, 58:11
**MoneyGram** [1] - 53:6
**moniker** [2] - 69:6, 69:11
**monitor** [1] - 7:11
**month** [2] - 43:21, 44:20
**morning** [11] - 3:5, 3:10, 4:22, 11:15, 12:2, 15:21, 79:1, 79:3, 80:1, 80:9, 83:16
**Morris** [4] - 82:3, 82:8, 83:7, 84:12
**most** [7] - 7:20, 35:5, 36:11, 42:17, 46:11, 59:11, 83:6
**mostly** [1] - 44:3
**motorcycle** [1] - 26:19
**mouth** [1] - 67:3
**move** [11] - 7:6, 21:9, 31:15, 31:21, 32:17, 41:4, 55:24, 61:19, 69:25, 83:14, 84:12
**moved** [1] - 17:15
**movements** [1] - 7:13
**movies** [1] - 15:7
**MR** [40] - 2:5, 2:6, 3:2, 16:10, 16:13, 21:1, 21:14, 21:16, 24:12, 32:16, 32:20, 32:22, 41:3, 41:7, 41:10, 41:13, 54:6, 54:9, 54:25, 55:15, 55:18, 55:23, 56:1, 56:4, 69:24, 70:3, 70:8, 77:2, 77:4, 77:5, 78:19, 82:2, 82:17, 82:21, 83:15, 83:18, 83:21, 84:5, 85:2, 85:6
**MS** [8] - 62:15, 62:17, 62:19, 67:2, 72:17, 72:19, 73:13
**MS-13** [108] - 5:11, 5:24, 6:17, 6:18, 6:19, 6:20, 7:1, 7:16, 7:20, 9:3, 14:23, 15:14, 15:17, 15:24, 15:25, 17:1, 17:5, 17:8, 25:14, 25:20, 25:22, 26:15, 26:20, 26:23, 27:3, 27:20, 27:25, 28:2, 28:17, 28:19, 28:23, 29:1, 29:3, 29:13, 29:22, 30:22, 31:6, 31:7, 31:13, 31:25, 32:5, 32:18, 32:24, 35:15, 35:25, 36:2, 36:3, 36:14, 36:17, 37:6, 37:8, 37:16, 37:19, 38:7, 38:9, 38:12, 38:14, 38:21, 39:8, 39:13, 39:15, 39:20, 39:22, 39:24, 40:15, 40:18, 44:9, 44:19, 46:9, 46:11, 47:7, 47:9, 47:13, 47:16, 47:17, 48:21, 49:12, 51:14, 52:6, 56:7, 57:7, 59:7, 59:22, 62:9, 62:14, 62:19, 65:15, 66:5, 66:9, 66:19, 66:22, 67:10, 67:17, 68:1, 68:10, 68:23, 69:6, 69:18, 69:22, 70:20, 72:14, 73:3, 73:8, 74:7, 74:20
**MS-13's** [2] - 29:14, 37:24
**MS-13-related** [1] - 27:21
**multiple** [3] - 31:2, 51:7, 72:16
**murder** [25] - 5:18, 6:10, 9:6, 9:7, 9:9, 9:13, 9:17, 9:19, 9:21, 12:8, 14:5, 15:4, 15:20, 16:6, 16:19, 17:3, 17:22, 18:22, 19:16, 19:24, 26:25, 46:23, 60:2, 61:5, 75:2
**murdered** [1] - 64:4
**murders** [8] - 5:20, 6:3, 6:5, 12:17, 12:19, 13:1, 19:23, 19:24
**must** [1] - 80:10

## N

**N-e-l-s-e-n** [1] - 21:21
**name** [10] - 9:19, 21:19, 21:21, 23:9, 24:24, 33:16, 34:6, 37:22, 69:11
**names** [2] - 5:15, 77:22
**narcotic** [1] - 45:11
**narcotics** [10] - 7:23, 23:8, 24:2, 31:21, 44:2, 45:11, 46:1, 57:2, 57:17, 64:21
**Nassau** [1] - 37:14
**Nathan** [1] - 6:1
**National** [3] - 23:15, 24:10, 78:5
**nationality** [1] - 38:23
**natural** [1] - 36:25
**nature** [1] - 79:25
**Navarro** [1] - 10:3
**Nayib** [1] - 47:10
**NE** [1] - 1:15
**near** [1] - 4:9
**necessarily** [1] - 64:13
**neck** [1] - 4:5
**need** [5] - 19:9, 54:13, 54:21, 75:22, 80:12
**needed** [2] - 9:12, 10:6
**needs** [1] - 64:4
**neighboring** [1] - 75:24
**Nelsen** [6] - 2:4, 21:2, 21:6, 21:21, 32:17, 32:23
**never** [7] - 4:23, 13:23, 18:4, 37:2, 52:24, 53:11, 73:22
**new** [2] - 33:10, 75:21
**New** [6] - 6:15, 6:18, 6:22, 29:9, 37:13
**next** [12] - 7:6, 14:13, 50:15, 50:16, 52:8, 57:8, 57:9, 57:25, 59:3, 73:10, 73:18, 73:21
**Nicaragua** [2] - 37:22, 49:22
**nickname** [3] - 5:14, 35:7, 69:6
**nicknames** [1] - 5:16
**night** [7] - 11:4, 11:14, 14:9, 17:22, 31:17, 81:4, 84:20
**nightclub** [1] - 4:21
**nightclubs** [1] - 31:11
**Nike** [2] - 68:3, 68:12
**NO** [1] - 1:2
**nobody** [1] - 6:7
**none** [1] - 5:2
**North** [5] - 1:23, 4:18, 29:9, 37:13, 85:22
**Northern** [8] - 21:25, 23:10, 23:25, 24:7, 29:4, 37:13, 78:2, 78:5
**northern** [5] - 7:7, 49:1, 49:16, 77:6, 77:21
**notebooks** [1] - 81:8
**notepads** [3] - 54:14, 81:2, 81:3
**notes** [1] - 81:6
**nothing** [3] - 17:19, 79:25, 85:2
**notice** [2] - 27:9, 82:25
**notified** [1] - 5:22
**number** [14] - 8:24, 8:25, 28:5, 28:10, 28:13, 34:4, 34:23, 35:5, 62:17, 65:12, 68:6, 72:10, 80:15
**Number** [1] - 72:10
**numbers** [5] - 27:17, 35:2, 35:19, 68:6
**numerals** [1] - 62:15
**numeric** [1] - 35:2
**numerous** [12] - 3:15, 4:5, 8:9, 14:17, 24:23, 28:5, 28:10, 34:21, 42:3, 48:20, 49:18, 53:1

## O

**o'clock** [2] - 78:23, 80:13
**Oakland** [2] - 6:17, 8:21
**oath** [1] - 84:17
**objection** [6] - 41:3, 41:6, 55:23, 55:25, 56:1, 70:2
**observacion** [3] - 57:19, 58:3, 58:8
**observaciones** [3] - 57:9, 58:20, 60:14
**observation** [3] - 57:9, 57:13, 57:18
**observe** [1] - 61:5

**observed** [6] - 4:4, 4:7, 31:13, 31:19, 70:19, 71:15
**observing** [1] - 3:19
**obtain** [1] - 45:9
**obtaining** [1] - 44:1
**obviously** [12] - 10:14, 10:18, 14:16, 23:23, 37:9, 37:21, 44:4, 46:11, 48:6, 58:5, 67:9, 84:16
**occasions** [1] - 13:19
**occurred** [1] - 47:9
**October** [1] - 32:5
**OF** [2] - 1:1, 1:4
**offense** [1] - 80:11
**offer** [1] - 82:12
**offering** [1] - 44:15
**Office** [5] - 3:6, 5:19, 5:22, 5:25, 6:5
**office** [4] - 4:3, 26:6, 42:22
**OFFICE** [1] - 1:14
**OFFICER** [3] - 54:18, 81:19, 85:10
**officer** [14] - 22:13, 22:14, 22:24, 23:2, 23:21, 23:22, 23:25, 24:3, 24:18, 25:18, 26:17, 26:21, 28:18, 30:7
**officers** [4] - 26:1, 26:11, 29:21, 30:6
**offices** [2] - 40:10, 42:3
**official** [2] - 6:24, 7:1
**Official** [2] - 1:21, 85:20
**officials** [1] - 25:20
**often** [3] - 33:11, 39:4, 48:14
**oftentimes** [5] - 38:14, 38:16, 44:3, 50:20, 51:23
**old** [1] - 3:17
**on-call** [1] - 83:9
**once** [9] - 4:23, 7:22, 11:1, 22:19, 35:20, 45:2, 74:7, 80:23, 81:7
**Ondina** [1] - 9:19
**one** [36] - 6:6, 8:24, 15:4, 18:23, 19:23, 24:24, 31:2, 31:12, 37:16, 48:13, 49:15, 50:2, 51:10, 52:25, 53:3, 55:16, 59:12, 59:13, 59:20, 59:21, 64:11, 65:12, 68:24, 70:25, 74:5, 75:4, 75:15, 75:20, 76:3, 76:12, 77:2, 77:4, 80:1, 80:18
**one's** [3] - 60:23, 81:5
**ones** [6] - 17:9, 18:3, 18:12, 30:14, 41:20, 48:13
**open** [3] - 3:15, 13:8, 13:11
**operate** [10] - 31:15, 31:21, 32:1, 32:18, 40:5, 47:17, 77:8, 78:1, 78:5, 78:11
**operated** [1] - 49:1
**operates** [7] - 31:1, 31:2, 31:7, 40:1, 49:23, 52:23, 75:25
**operating** [4] - 6:22, 24:9, 49:17, 49:18
**operation** [2] - 77:7, 78:2
**operations** [2] - 24:8, 37:8
**opportunities** [1] - 29:20
**opposing** [2] - 3:3, 8:25
**order** [4] - 47:11, 47:12, 64:3, 65:17
**Order** [1] - 3:1
**orders** [3] - 41:21, 46:14, 49:3
**Orellana** [2] - 73:21, 74:3
**organization** [6] - 8:8, 15:9, 15:10, 30:25, 31:1, 31:25
**organizations** [2] - 26:4, 30:21
**origination** [1] - 34:21
**Ortiz** [1] - 8:19
**Osborne** [1] - 33:25
**otherwise** [1] - 25:14
**outlaw** [1] - 26:19
**outside** [3] - 36:23, 52:6, 62:22
**outstretched** [2] - 66:13, 68:15
**overall** [1] - 28:8
**oversee** [1] - 58:8
**oversees** [1] - 51:7
**overview** [1] - 26:14
**own** [1] - 14:6
**Ozzy** [1] - 33:25

## P

**p.m** [8] - 1:6, 54:19, 55:8, 55:9, 55:12, 81:20, 85:11
**Pacquiao/Mayweather** [1] - 11:14
**page** [9] - 70:24, 71:21, 71:25, 72:21, 72:22, 72:23, 73:10, 74:3
**Page** [1] - 2:2
**pages** [1] - 72:16
**Pages** [1] - 1:8
**paid** [1] - 45:7
**pairs** [1] - 25:1
**Palabra** [3] - 53:22, 53:23, 54:2
**Palabrero** [3] - 53:24, 54:2, 56:13
**palabreros** [2] - 76:7, 76:8
**Palm** [7] - 3:5, 3:9, 3:22, 16:21, 82:2, 82:5, 82:7
**para** [1] - 57:8
**parents** [1] - 38:18
**Park** [2] - 6:18, 8:21
**park** [1] - 14:3
**Parkview** [1] - 69:14
**paro** [10] - 56:16, 56:18, 56:24, 57:11, 57:18, 58:4, 58:6, 58:9, 58:16, 58:23
**paros** [2] - 58:20, 60:14
**part** [10] - 3:9, 10:17, 12:20, 12:21, 17:18, 18:5, 34:3, 34:20, 48:16, 73:5
**participate** [1] - 19:15
**participated** [8] - 9:7, 9:16, 9:18, 20:2, 27:24, 27:25, 28:3, 28:7
**participating** [1] - 19:4
**particular** [1] - 20:1
**parties** [2] - 48:1, 48:2
**parts** [1] - 13:24
**party** [1] - 53:12
**passport** [1] - 24:7
**past** [3] - 3:9, 3:10, 32:5
**patrol** [2] - 22:13, 22:23
**pay** [13] - 8:7, 34:17, 35:14, 43:20, 44:23, 45:14, 45:20, 45:23, 45:24, 52:14, 60:15, 60:18, 60:21
**paying** [4] - 35:5, 45:7, 67:23, 79:16
**payments** [1] - 45:6
**peeled** [1] - 19:3
**penal** [4] - 34:12, 35:16, 47:21
**Pennsylvania** [1] - 49:18
**people** [18] - 5:2, 7:23, 8:2, 8:20, 10:24, 19:21, 19:25, 24:15, 25:7, 33:10, 33:15, 36:10, 38:2, 59:11, 65:19, 69:8, 79:10, 79:21
**perceived** [1] - 65:13
**performance** [1] - 23:1
**perimeter** [2] - 3:21
**period** [3] - 23:1, 63:18, 77:15
**permission** [5] - 65:21, 76:1, 76:14, 76:16, 76:24
**perpetrated** [1] - 23:6
**person** [8] - 3:7, 11:3, 50:19, 58:10, 59:12, 59:13, 63:16, 72:10
**person's** [1] - 71:11
**pertaining** [1] - 46:19
**petty** [1] - 34:10
**phone** [5] - 12:16, 13:17, 48:6, 48:8, 67:2
**photos** [2] - 16:22, 82:9
**phrase** [1] - 17:4
**physical** [2] - 44:24
**pick** [4] - 79:2, 80:25, 81:12, 81:14
**Pico** [1] - 33:8
**Pico-Union** [1] - 33:8
**picture** [2] - 13:23, 72:25
**pictures** [1] - 11:11
**pills** [1] - 64:22
**pinky** [1] - 66:15
**placed** [1] - 22:22
**places** [2] - 37:12, 79:21
**plan** [4] - 83:10, 84:2, 84:10, 84:21
**planned** [1] - 18:18
**planning** [1] - 82:14
**play** [1] - 19:14
**played** [1] - 12:20
**plea** [1] - 13:8
**pleaded** [1] - 13:1
**pled** [1] - 19:23
**point** [6] - 4:14, 4:15, 11:3, 30:4, 33:24, 51:25
**pointer** [2] - 66:13, 66:14
**Police** [5] - 21:3, 21:25, 22:2, 22:17, 23:24
**police** [8] - 3:22, 22:5, 22:12, 22:14, 22:15, 23:2, 30:3, 47:12
**policy** [1] - 52:22
**politics** [2] - 52:6, 59:18
**pool** [2] - 15:11, 15:14
**pooled** [1] - 45:5
**popular** [1] - 15:8
**Portillo** [3] - 3:18, 6:11, 15:21
**portion** [2] - 33:7, 72:5
**position** [7] - 17:1, 17:5, 31:12, 51:15, 51:18, 51:22, 61:16
**positioned** [1] - 71:14
**positions** [1] - 22:11
**possible** [2] - 9:1, 84:24
**possibly** [1] - 4:16
**post-2022** [1] - 56:9
**posted** [2] - 70:23, 71:1
**posting** [1] - 79:25
**potentially** [3] - 48:9, 60:15, 65:11
**Power** [1] - 10:3
**power** [1] - 15:16
**powerful** [1] - 7:21
**pre-2022** [1] - 62:4
**predominant** [4] - 46:10, 49:8, 66:9, 69:1
**predominantly** [3] - 24:16, 33:13, 77:12
**prefer** [1] - 56:14
**presence** [6] - 36:14, 37:6, 37:7, 37:10, 37:19, 69:19
**present** [9] - 18:19, 19:18, 26:3, 28:21, 60:25, 61:2, 61:3, 61:5, 80:23
**presented** [1] - 63:10
**president** [2] - 9:23, 47:10
**presidential** [1] - 47:11
**pressed** [1] - 64:22

**pretend** [2] - 10:24, 13:22
**pretty** [3] - 64:17, 65:1, 65:2
**prevent** [1] - 53:16
**previous** [1] - 74:5
**previously** [1] - 37:2
**primarily** [2] - 9:3, 25:10
**primary** [3] - 23:24, 37:24, 38:1
**Primera** [1] - 53:22
**Prince** [12] - 21:2, 21:24, 22:1, 22:17, 23:6, 23:12, 23:13, 23:23, 26:16, 30:8, 32:4, 32:7
**prison** [4] - 5:11, 35:13, 35:17, 35:18
**prisons** [2] - 47:23, 48:3
**probation** [2] - 6:15, 7:9
**problem** [2] - 12:5, 76:4
**problems** [2] - 5:4, 43:13
**proceed** [4] - 21:12, 32:19, 44:23, 55:15
**proceedings** [1] - 85:16
**process** [2] - 51:12, 58:16
**productive** [2] - 84:1, 84:14
**products** [1] - 30:15
**profile** [2] - 72:5, 72:6
**program** [47] - 8:8, 10:15, 41:23, 41:25, 42:2, 42:4, 42:8, 42:9, 42:14, 42:16, 42:18, 42:19, 43:1, 45:8, 45:13, 45:14, 45:16, 45:17, 45:18, 45:22, 48:5, 50:18, 51:1, 51:2, 51:6, 51:10, 52:4, 52:8, 52:9, 52:14, 52:15, 52:17, 53:20, 62:23, 69:1, 77:6, 77:8, 77:9, 77:11, 77:13, 77:15, 78:17
**programas** [1] - 40:15
**programs** [5] - 40:14, 42:6, 42:11, 42:13, 77:7
**prominent** [1] - 26:20
**promises** [2] - 13:9, 38:20
**promoted** [2] - 60:23, 61:10
**promotion** [1] - 51:12
**promotions** [1] - 62:2
**proof** [1] - 61:8
**prosecute** [1] - 30:19
**prosecuted** [1] - 25:3
**prosecutors** [2] - 25:1, 30:19
**protect** [1] - 18:8
**protection** [4] - 35:19, 44:18, 44:19, 44:23
**prove** [2] - 16:16, 57:3
**proven** [4] - 20:12, 61:12, 61:13, 61:14
**provide** [9] - 7:17, 13:12, 19:17, 29:24, 30:2, 30:5, 30:11, 44:18, 44:19
**provided** [4] - 20:3, 25:5, 29:13, 45:22
**proximity** [1] - 23:15
**public** [1] - 64:21
**publish** [1] - 41:10
**pull** [2] - 14:18, 21:9
**pulled** [1] - 14:14
**punish** [1] - 76:13
**punished** [1] - 50:13
**punishment** [8] - 43:17, 63:5, 63:13, 63:23, 76:19, 76:20, 76:23, 76:25
**punishments** [3] - 63:3, 63:6, 76:11
**punitive** [1] - 39:4
**pupuseria** [1] - 44:11
**purchase** [2] - 45:25, 46:2
**purple** [1] - 72:3
**purpose** [3] - 16:25, 17:4, 53:14
**purposes** [3] - 5:14, 40:1, 51:5
**pursuant** [1] - 69:24
**push** [4] - 40:18, 40:19, 41:20, 46:7
**pushed** [1] - 40:21
**pushes** [1] - 42:15
**put** [13] - 3:21, 13:14, 17:11, 17:13, 20:19, 24:25, 25:21, 25:25, 42:12, 52:13, 60:10, 60:24, 74:16
**putting** [5] - 19:25, 60:3, 60:9, 60:11, 74:15

## Q

**qualified** [2] - 32:10, 32:14
**qualify** [1] - 32:17
**quarterly** [1] - 30:4
**questions** [2] - 10:25, 78:19
**quick** [1] - 82:8
**quicker** [1] - 49:7
**quite** [2] - 28:13, 79:14

## R

**racketeering** [5] - 15:5, 15:9, 15:18, 16:6, 17:2
**raised** [1] - 15:22
**ramp** [1] - 3:12
**ran** [1] - 6:14
**ranches** [1] - 3:10
**Ranfla** [24] - 39:23, 40:12, 40:19, 41:14, 42:5, 42:15, 45:19, 46:3, 46:25, 47:16, 48:4, 48:16, 48:20, 50:24, 51:8, 52:10, 52:18, 52:21, 53:9, 62:2, 62:5, 64:8, 76:10
**Ranfla's** [1] - 53:19
**ranflero** [3] - 48:22, 48:25, 49:3
**ranfleros** [7] - 40:12, 40:19, 42:5, 48:19, 48:23, 50:21, 51:8
**range** [2] - 4:8, 26:23
**rank** [12] - 31:23, 51:13, 56:7, 56:16, 56:18, 56:23, 58:17, 59:2, 59:3, 59:15, 61:19, 76:6
**ranking** [1] - 56:22
**ranks** [1] - 67:10
**Raton** [5] - 3:7, 4:19, 6:10, 12:2, 18:20
**reach** [2] - 15:17, 20:14
**read** [2] - 13:21, 79:21
**reading** [1] - 81:10
**ready** [1] - 21:12
**real** [1] - 6:19
**realized** [1] - 19:8
**really** [4] - 18:2, 19:14, 20:3, 33:24
**reaper** [1] - 67:1
**rear** [1] - 63:25
**reason** [3] - 44:5, 51:17, 65:12
**reasonable** [3] - 16:4, 16:17, 20:13
**reasons** [1] - 68:22
**receive** [5] - 9:10, 22:15, 22:20, 25:18, 76:23
**Received** [1] - 2:11
**received** [5] - 24:18, 24:22, 41:12, 56:3, 70:6
**receives** [1] - 42:15
**receiving** [1] - 13:2
**recent** [1] - 47:21
**recess** [2] - 83:8, 85:8
**recessed** [2] - 55:8, 85:11
**recognize** [2] - 70:10, 70:14
**recognized** [1] - 33:21
**record** [3] - 21:20, 55:9, 70:13
**recorded** [2] - 61:6, 61:7
**recordings** [1] - 16:2
**records** [1] - 70:10
**recover** [1] - 5:6
**recovered** [4] - 4:9, 4:13, 9:6, 82:10
**recovering** [1] - 6:9
**recruit** [6] - 7:21, 8:13, 30:3, 36:21, 38:13, 38:14
**recruited** [4] - 8:16, 36:20, 37:3, 38:16
**recruiting** [1] - 39:1
**recruitment** [1] - 38:15
**recruits** [2] - 8:22, 9:5
**refer** [4] - 5:15, 24:14, 43:9, 67:10
**reference** [1] - 74:25
**referencing** [1] - 75:1
**referred** [4] - 13:21, 43:7, 43:8, 67:15
**referring** [2] - 60:11, 64:19
**regarding** [2] - 29:21, 79:22
**region** [8] - 24:24, 40:7, 40:13, 42:2, 77:14
**Region** [3] - 23:16, 24:10, 78:6
**regional** [6] - 8:7, 40:10, 40:13, 40:21, 42:22
**regions** [4] - 39:9, 40:6, 40:8, 40:14
**regular** [2] - 8:6, 43:3
**related** [1] - 24:19
**relation** [1] - 44:8
**relationship** [1] - 58:7
**relative** [1] - 38:19
**relax** [1] - 74:8
**relayed** [1] - 9:10
**released** [1] - 7:10
**remain** [1] - 52:3
**remained** [1] - 5:8
**remains** [1] - 57:17
**remember** [8] - 5:16, 12:17, 79:7, 79:11, 79:15, 79:23, 80:10, 81:2
**reminders** [1] - 79:4
**rent** [6] - 7:24, 7:25, 8:2, 44:8, 44:11, 58:11
**rephrase** [1] - 75:11
**report** [4] - 44:6, 57:19, 61:25, 80:2
**reported** [2] - 62:2, 62:4
**REPORTED** [1] - 1:20
**reporter** [1] - 24:11
**Reporter** [2] - 1:21, 85:20
**reporting** [2] - 51:7, 57:22
**reports** [1] - 42:5
**represent** [5] - 16:13, 52:14, 66:10, 73:3, 73:11
**representation** [1] - 73:23
**represented** [2] - 48:14, 48:22
**representing** [5] - 71:6, 71:7, 72:14, 73:13, 74:6
**request** [1] - 75:25
**required** [11] - 6:23, 43:20, 45:14, 60:18, 60:21, 64:9, 64:11, 65:4, 65:20, 74:11, 74:16
**research** [2] - 79:18, 79:20
**residences** [1] - 31:11
**residential** [1] - 28:12
**residents** [1] - 3:24
**resolved** [2] - 50:4, 76:5
**resources** [2] - 15:12, 15:15

**respect** [2] - 46:14, 61:16
**respected** [2] - 46:12, 46:15
**respective** [2] - 25:25, 76:7
**responded** [1] - 4:2
**responding** [1] - 82:3
**responsibilities** [6] - 56:20, 57:10, 57:12, 58:9, 74:12
**responsibility** [1] - 24:10
**responsible** [3] - 20:20, 42:23, 56:25
**rest** [1] - 83:21
**restaurants** [1] - 31:11
**restrictive** [1] - 39:4
**restroom** [4] - 54:15, 54:21, 55:7, 55:19
**result** [1] - 63:20
**resulted** [1] - 5:1
**resume** [1] - 55:20
**retake** [2] - 80:25, 84:17
**retired** [1] - 82:6
**retrace** [1] - 4:15
**returning** [1] - 4:22
**review** [1] - 27:9
**Ria** [2] - 53:1, 53:4
**Ricardo** [1] - 8:18
**RICO** [2] - 15:7, 15:8
**rid** [1] - 18:2
**ride** [1] - 11:16
**riding** [1] - 14:12
**rights** [1] - 13:22
**ring** [1] - 66:16
**rise** [3] - 54:18, 81:19, 85:10
**rival** [26] - 9:2, 9:4, 10:18, 10:19, 10:25, 11:2, 11:5, 11:12, 15:1, 29:2, 46:19, 46:20, 46:21, 46:23, 46:24, 60:2, 64:9, 64:10, 64:13, 64:25, 65:1, 67:11, 72:11, 72:15, 75:23, 76:22
**rivals** [12] - 18:3, 28:22, 28:25, 35:15, 43:14, 64:12, 64:18, 67:15, 71:20, 73:4, 75:6
**RMR** [2] - 1:21, 85:20
**robberies** [1] - 45:12
**Robert** [2] - 4:1, 82:6
**rock** [2] - 33:24, 34:1
**RODOLFO** [1] - 1:10
**Rodolfo** [1] - 1:22
**roles** [3] - 12:19, 49:6, 49:7
**roll** [1] - 33:24
**Roman** [1] - 62:15
**room** [6] - 20:18, 59:1, 80:2, 81:3, 81:4, 81:18
**Room** [2] - 1:24, 85:22
**roommates** [2] - 4:20, 4:23
**Rosenbaum** [7] - 16:11, 20:22, 55:3, 55:25, 81:1, 84:2, 85:5
**ROSENBAUM** [9] - 1:16, 1:17, 16:10, 16:13, 41:7, 56:1, 70:3, 84:5, 85:6
**Roughly** [1] - 55:1
**roughly** [1] - 77:16
**round** [2] - 55:10, 81:13
**Ruiz** [1] - 1:22
**RUIZ** [1] - 1:10
**rule** [13] - 8:24, 8:25, 58:24, 61:3, 64:17, 64:19, 64:20, 64:25, 75:4, 75:12, 75:15, 76:22
**rules** [20] - 8:23, 14:24, 14:25, 40:18, 40:19, 40:21, 41:20, 46:7, 46:8, 46:10, 46:16, 46:19, 59:1, 64:12, 64:15, 64:23, 69:8, 75:5
**run** [3] - 43:24, 50:14, 74:9
**runner** [1] - 50:18
**running** [7] - 8:1, 8:3, 74:13, 80:13, 80:18, 80:20, 80:23
**rural** [2] - 3:9, 3:10

## S

**S.E** [1] - 1:18
**Safe** [1] - 24:6
**safe** [2] - 24:1, 81:17
**sales** [7] - 40:9, 40:13, 42:3, 45:11, 49:9, 49:10
**salesmen** [1] - 40:22
**Salvador** [34] - 7:15, 7:17, 8:10, 8:12, 9:11, 26:2, 33:4, 33:5, 36:11, 36:12, 36:15, 36:17, 36:19, 36:21, 37:20, 37:21, 38:24, 41:14, 45:19, 47:2, 47:4, 47:9, 47:10, 47:13, 47:17, 47:22, 48:15, 49:22, 50:24, 52:11, 52:18, 53:20, 62:5
**Salvadoran** [1] - 67:24
**Salvadorans** [1] - 33:14
**Salvadorian** [3] - 33:20, 72:20, 73:12
**Salvatrucha** [31] - 25:14, 33:17, 33:18, 33:19, 33:22, 34:3, 34:4, 34:6, 34:22, 36:5, 36:6, 51:5, 59:7, 62:15, 62:19, 70:17, 70:18, 71:8, 71:13, 71:23, 71:24, 72:7, 72:19, 73:13, 73:24, 74:1, 77:24, 78:4, 78:16
**Salvatruchas** [1] - 6:21
**sanctioned** [1] - 44:4
**satanic** [1] - 66:23
**saw** [5] - 4:4, 4:23, 14:15, 14:17, 80:3
**scene** [6] - 3:22, 3:23, 4:2, 18:1, 82:4, 82:10
**Scene** [1] - 4:1
**scenes** [1] - 4:12
**scheduling** [1] - 54:23
**school** [1] - 38:15
**schoolers** [2] - 39:2
**script** [1] - 58:6
**search** [1] - 28:8
**seat** [1] - 21:8
**seated** [3] - 54:20, 55:13, 81:21
**Second** [6] - 50:6, 53:22, 54:4, 59:8, 59:13, 63:11
**second** [6] - 6:10, 9:9, 9:15, 55:16, 71:21, 71:25
**seconds** [2] - 63:16, 63:19
**secreted** [1] - 48:2
**SECURITY** [3] - 54:18, 81:19, 85:10
**security** [1] - 71:16
**see** [32] - 3:24, 4:12, 4:25, 7:4, 7:5, 8:25, 10:21, 10:25, 12:14, 12:17, 13:9, 13:12, 13:13, 13:14, 14:25, 16:22, 20:8, 20:19, 57:14, 67:2, 68:14, 70:10, 71:18, 72:5, 73:11, 80:9, 81:17, 84:13, 84:22, 85:8
**seeing** [4] - 14:10, 14:11, 26:3, 30:8
**seek** [1] - 64:13
**sees** [1] - 46:21
**Segunda** [1] - 53:23
**selection** [1] - 79:2
**self** [2] - 27:22, 29:12
**self-admitted** [2] - 27:22, 29:12
**sell** [3] - 7:23, 46:1
**selling** [1] - 50:9
**seminars** [1] - 25:24
**send** [6] - 45:18, 52:17, 52:20, 54:12, 70:21, 70:24
**sending** [1] - 53:6
**sends** [1] - 53:13
**senior** [2] - 22:24, 25:5
**sense** [5] - 20:10, 81:25, 83:7, 83:9, 83:10
**sent** [7] - 4:3, 7:7, 8:10, 61:7, 70:13, 71:2, 73:16
**sentence** [1] - 13:3
**separated** [1] - 40:6
**September** [1] - 5:21
**sergeant** [1] - 82:3
**Sergeant** [2] - 82:3, 82:8
**series** [1] - 3:10
**serious** [1] - 16:15
**service** [2] - 30:5, 79:25
**Service** [1] - 24:25
**services** [1] - 53:5
**Services** [1] - 30:2
**session** [1] - 30:3
**set** [2] - 3:21, 32:25
**settled** [3] - 33:6, 33:7, 37:12
**shall** [3] - 64:12, 64:20, 64:21
**shape** [1] - 46:13
**shell** [1] - 4:9
**Sheriff's** [5] - 3:6, 5:19, 5:22, 5:25, 6:5
**sheriff's** [1] - 3:19
**shirts** [1] - 68:14
**shoplifting** [1] - 16:18
**short** [3] - 6:22, 10:11, 75:20
**shorter** [1] - 83:13
**shot** [4] - 14:18, 19:6, 19:7, 19:8
**shotgunning** [1] - 18:1
**show** [7] - 7:12, 13:8, 13:23, 20:2, 61:25, 70:9, 73:15
**showing** [6] - 11:11, 56:5, 70:12, 71:3, 71:10, 71:21
**shows** [1] - 13:13
**shred** [1] - 81:8
**side** [1] - 68:4
**sideways** [1] - 68:17
**sight** [2] - 9:1, 15:2
**sign** [4] - 27:5, 66:9, 68:16, 73:3
**signal** [1] - 73:2
**signals** [1] - 66:5
**signed** [1] - 27:6
**significance** [12] - 34:24, 34:25, 67:22, 67:23, 70:11, 70:16, 71:12, 71:22, 72:1, 72:17, 72:18, 72:24
**significant** [1] - 47:8
**signs** [5] - 10:23, 30:9, 31:20, 66:5, 73:8
**Silva** [9] - 5:13, 5:17, 6:3, 6:8, 6:12, 8:15, 9:5, 82:14, 83:3
**similar** [1] - 15:14
**simple** [1] - 23:7
**single** [2] - 52:25, 79:6
**sit** [4] - 12:15, 14:12, 31:23, 40:12
**sitting** [1] - 80:18
**skull** [1] - 73:6
**slang** [2] - 33:19, 33:20
**slashed** [1] - 3:15
**slashes** [1] - 4:6
**Sleepy** [4] - 69:11, 69:13, 69:15
**Sleepys** [2] - 69:12, 69:16

**slight** [1] - 27:14
**slightly** [1] - 31:9
**small** [1] - 3:12
**smart** [1] - 33:20
**smoke** [3] - 11:17, 17:25, 34:1
**smoking** [1] - 17:23
**SMUKLER** [1] - 1:13
**snake** [2] - 67:3, 67:4
**Snapchat** [1] - 69:23
**sneakers** [2] - 68:3, 68:12
**so-and-so** [1] - 44:10
**So-and-So** [3] - 74:25, 75:1
**so..** [1] - 60:22
**soccer** [1] - 49:25
**social** [6] - 69:18, 69:21, 70:19, 72:5, 74:23, 79:23
**soldiers** [1] - 40:23
**solid** [1] - 65:2
**Solitario** [1] - 16:24
**Sombra** [22] - 5:14, 7:7, 9:7, 9:9, 9:13, 9:18, 10:10, 10:16, 10:20, 11:3, 11:7, 12:6, 12:13, 12:25, 14:2, 14:16, 16:23, 17:6, 18:12, 18:22, 19:22
**someone** [6] - 18:9, 39:5, 60:7, 61:4, 61:8, 63:17
**someplace** [1] - 18:7
**sometimes** [10] - 10:23, 43:9, 59:14, 61:2, 62:16, 63:3, 63:11, 63:15, 64:15, 75:16
**somewhere** [1] - 81:12
**soon** [1] - 84:18
**sorry** [7] - 10:10, 14:11, 23:10, 40:3, 55:18, 75:11, 77:4
**sort** [6] - 7:3, 38:7, 39:1, 48:9, 61:17, 62:24
**sought** [1] - 23:2
**sound** [1] - 15:5
**sounds** [1] - 83:14
**south** [2] - 8:16, 77:18
**South** [2] - 3:7, 12:1
**SOUTHERN** [1] - 1:1
**Southern** [5] - 1:23, 16:22, 34:11, 34:12, 85:21
**southern** [3] - 33:7, 34:20, 36:23
**southerner** [1] - 34:20
**Southwest** [1] - 4:17
**Spain** [1] - 37:22
**Spanish** [1] - 73:14
**speaking** [7] - 26:11, 35:1, 45:4, 59:19, 61:7, 66:25, 76:3
**special** [3] - 22:6, 22:8, 83:5
**Special** [2] - 6:1, 23:18
**specialized** [1] - 24:18
**specific** [5] - 24:23, 25:10, 48:14, 52:21, 58:11
**specifically** [10] - 26:15, 33:8, 36:12, 37:13, 38:24, 42:24, 46:21, 49:6, 73:16, 77:19
**speed** [1] - 84:14
**spell** [1] - 21:19
**spoken** [1] - 59:16
**sports** [1] - 68:5
**spot** [2] - 11:25, 12:1
**spread** [2] - 47:23, 66:14
**spreading** [1] - 36:23
**Squirrel** [1] - 8:19
**stab** [2] - 14:17, 19:16
**stabbed** [7] - 3:14, 4:5, 12:4, 14:21, 19:5, 19:8, 20:3
**stabbing** [3] - 18:24, 19:2, 19:15
**stage** [1] - 32:25
**stall** [1] - 59:15
**stand** [5] - 21:2, 26:10, 33:18, 80:25, 84:17
**standard** [1] - 16:18
**standing** [1] - 51:21
**star** [1] - 72:13
**start** [14] - 8:22, 10:6, 34:8, 34:10, 36:16, 36:17, 36:22, 56:14, 56:15, 58:10, 80:5, 80:8, 80:16
**started** [8] - 9:24, 17:13, 18:24, 36:2, 37:4, 37:11, 51:12, 55:3
**starting** [2] - 57:3, 85:1
**starts** [1] - 50:2
**State** [1] - 5:17
**state** [7] - 5:11, 21:19, 30:13, 32:8, 35:17, 37:16
**statement** [2] - 13:24, 13:25
**STATES** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**States** [23] - 1:22, 33:6, 36:4, 36:20, 36:23, 37:1, 37:3, 37:4, 37:5, 37:22, 38:18, 39:10, 40:2, 40:5, 45:21, 49:21, 51:9, 53:13, 62:3, 68:24, 69:2, 77:17, 85:21
**static** [1] - 31:12
**stationary** [1] - 31:12
**status** [3] - 10:7, 15:23, 15:24
**stay** [3] - 39:8, 59:12, 79:23
**stealing** [1] - 16:18
**steer** [1] - 80:10
**STENOGRAPHICALLY** [1] - 1:20
**step** [2] - 40:16, 54:22
**steps** [3] - 4:15, 57:21, 82:13
**still** [5] - 16:16, 52:3, 57:17, 74:16, 75:12
**stoned** [3] - 17:24, 18:2, 18:25
**stoner** [1] - 34:3
**Stoners** [6] - 33:17, 33:22, 34:3, 34:6, 34:22, 36:5
**stop** [1] - 35:20
**stopped** [1] - 62:7
**story** [1] - 12:14
**straight** [1] - 80:2
**straightforward** [1] - 62:14
**stranger** [1] - 38:19
**street** [7] - 24:9, 25:7, 25:11, 30:11, 33:20, 34:7, 35:21
**Street** [16] - 1:15, 1:18, 9:3, 18:8, 25:23, 26:20, 29:1, 35:11, 35:15, 46:22, 47:13, 64:10, 67:13, 67:15, 72:11, 72:15
**street-smart** [1] - 33:20
**streets** [1] - 24:1
**Streets** [1] - 24:6
**stretch** [1] - 54:16
**strict** [1] - 64:24
**strictly** [1] - 79:18
**strife** [2] - 34:7, 34:13
**strike** [1] - 63:25
**striving** [1] - 58:18
**struck** [1] - 63:17
**structural** [1] - 47:7
**structure** [13] - 7:16, 14:22, 29:14, 39:13, 40:25, 51:13, 56:7, 56:11, 57:22, 59:2, 61:4, 76:6
**structured** [1] - 39:16
**stuff** [1] - 35:1
**style** [3] - 31:15, 31:17, 71:8
**styles** [1] - 31:19
**su** [1] - 73:24
**subdivision** [1] - 6:20
**submit** [2] - 13:15, 15:25
**submitted** [3] - 27:2, 27:6, 32:13
**subsets** [1] - 40:17
**suffered** [1] - 4:7
**Suffolk** [1] - 37:14
**Suite** [1] - 1:18
**Sunday** [1] - 3:9
**supports** [1] - 16:4
**supposed** [4] - 7:22, 7:23, 79:16
**Sureño** [8] - 34:18, 34:19, 34:21, 34:22, 35:5, 35:6, 35:11
**Sureños** [1] - 26:19
**surrounding** [1] - 30:9
**surveillance** [11] - 28:16, 28:17, 28:20, 31:5, 31:6, 31:9, 31:10, 31:11, 31:13, 71:15
**susceptible** [1] - 39:6
**swear** [1] - 21:5
**switch** [2] - 82:22, 83:11
**sworn** [1] - 21:7
**symbol** [14] - 68:16, 72:18, 72:19, 73:3, 73:11, 73:12, 73:17, 73:18, 73:19, 73:20, 73:22, 74:4, 74:5
**symbolize** [1] - 66:17
**symbolizes** [2] - 66:19
**symbology** [1] - 66:22
**symbols** [4] - 29:17, 30:10, 66:24, 73:9
**symposium** [1] - 30:12
**system** [4] - 34:12, 34:13, 35:16, 39:3

## T

**taca** [6] - 69:3, 69:5, 69:6, 69:9, 69:10, 69:13
**tactical** [1] - 39:1
**TAG** [2] - 26:6, 26:8
**tagline** [1] - 72:4
**tape** [1] - 3:22
**target** [2] - 31:10, 44:5
**targeted** [1] - 38:22
**task** [12] - 23:21, 23:22, 23:25, 24:1, 24:3, 24:6, 24:18, 25:18, 26:17, 26:21, 28:18, 75:22
**Task** [2] - 25:22, 30:16
**tasked** [1] - 42:25
**tattoo** [2] - 62:16, 67:3
**tattooed** [1] - 62:20
**tattoos** [14] - 62:9, 62:12, 62:14, 62:17, 62:22, 65:19, 65:20, 65:21, 65:22, 65:24, 66:21, 66:25, 67:1, 72:4
**taught** [2] - 31:7, 58:16
**teach** [2] - 30:3, 58:20
**teaches** [1] - 58:23
**teaching** [2] - 58:21
**team** [2] - 7:3, 85:5
**telephones** [1] - 48:2
**television** [1] - 71:16
**ten** [1] - 69:12
**tend** [2] - 49:7, 64:23
**tendered** [1] - 32:13
**term** [10] - 33:18, 33:19, 33:20, 44:8, 44:10, 50:11, 53:24, 67:10, 69:3, 74:18
**terms** [1] - 83:24

**territories** [2] - 40:9, 40:10
**territory** [11] - 7:25, 38:2, 42:23, 43:24, 46:16, 46:17, 50:1, 50:2, 50:3, 50:10
**testified** [4] - 29:11, 31:24, 32:4, 32:6
**testify** [2] - 20:9, 27:1
**testifying** [1] - 82:4
**testimony** [6] - 13:12, 79:15, 79:22, 80:7, 81:23, 83:12
**Texas** [1] - 37:12
**text** [1] - 74:24
**THE** [41] - 1:10, 1:13, 1:16, 16:8, 16:11, 20:22, 21:4, 21:8, 21:11, 21:12, 32:19, 41:6, 41:8, 41:11, 54:8, 54:10, 54:18, 54:20, 55:2, 55:10, 55:13, 55:16, 55:19, 55:25, 56:2, 70:2, 70:4, 77:3, 78:21, 81:19, 81:21, 82:16, 82:20, 83:6, 83:17, 83:20, 83:23, 84:9, 85:4, 85:7, 85:10
**themselves** [2] - 13:7, 57:3
**they've** [3] - 51:15, 53:10, 60:8
**third** [4] - 48:1, 53:12, 72:21
**threatening** [1] - 44:15
**threats** [2] - 44:24, 44:25
**three** [16] - 8:16, 8:20, 9:5, 9:10, 9:12, 9:14, 18:22, 19:24, 32:10, 65:2, 72:12, 72:13, 73:22, 75:5
**throughout** [2] - 33:11, 79:24
**thumb** [1] - 66:15
**Thursday** [3] - 82:22, 83:13, 83:16
**tied** [1] - 49:14
**timeline** [1] - 83:25
**Tirado** [12] - 5:10, 5:13, 5:17, 6:3, 6:8, 6:12, 8:15, 9:5, 12:5, 12:6, 82:14, 83:3
**Tirado-Silva** [9] - 5:13, 5:17, 6:3, 6:8, 6:12, 8:15, 9:5, 82:14, 83:3
**to-do** [1] - 8:11
**today** [7] - 27:1, 27:8, 40:25, 79:13, 79:19, 80:3, 81:3
**together** [16] - 10:15, 18:8, 20:19, 30:13, 30:19, 33:14, 33:16, 34:5, 35:13, 35:19, 43:12, 75:17, 75:18, 76:15, 76:17
**tomorrow** [12] - 79:2, 79:3, 80:1, 80:9, 80:13, 81:13, 81:14, 81:24, 82:1, 82:15, 84:18, 85:8
**tonight** [1] - 74:25
**took** [3] - 12:3, 33:16, 82:13
**top** [2] - 56:14, 72:9
**torso** [1] - 63:17
**Tovar** [4] - 9:22, 17:6, 17:11, 17:13
**towards** [7] - 10:6, 27:13, 39:3, 39:5, 44:25, 57:21, 64:20
**town** [3] - 23:11, 23:14
**traditional** [2] - 38:9, 68:2
**traffic** [1] - 80:14
**trafficking** [3] - 15:11, 23:8, 26:24
**trailer** [2] - 12:8, 14:3
**train** [1] - 29:20
**trained** [1] - 22:24
**training** [24] - 22:16, 22:20, 22:23, 23:2, 24:18, 24:22, 24:25, 25:3, 25:4, 25:7, 25:19, 25:24, 30:11, 35:10, 37:15, 37:23, 38:6, 39:7, 43:2, 53:8, 65:23, 75:3, 78:10, 78:14
**training-heavy** [1] - 25:24
**trainings** [4] - 24:23, 29:25, 30:2, 30:5
**transactions** [1] - 53:1
**transcription** [1] - 85:16
**transfer** [2] - 53:7, 53:15
**transgression** [8] - 43:16, 51:23, 63:8, 63:14, 63:17, 63:18, 63:23, 64:5
**transgressions** [1] - 63:7
**transition** [1] - 52:5
**transitioned** [1] - 36:5
**translate** [1] - 50:1
**transnational** [4] - 23:5, 24:9, 30:20, 30:24
**Transnational** [1] - 26:12
**transportation** [3] - 57:1, 57:17, 57:18
**travel** [2] - 37:11, 37:16
**trial** [4] - 79:25, 80:7, 80:16, 81:7
**TRIAL** [1] - 1:9
**tried** [2] - 4:15, 13:22
**trust** [3] - 13:14, 13:16, 60:7
**trustworthy** [1] - 7:5
**try** [10] - 10:18, 10:23, 19:25, 21:9, 38:3, 38:13, 39:18, 40:24, 43:23, 54:12
**trying** [9] - 7:4, 10:18, 13:2, 37:25, 40:3, 46:17, 60:23, 68:9, 84:10
**tryout** [1] - 7:3
**turn** [3] - 16:11, 55:5, 84:19
**turned** [1] - 4:10
**twice** [1] - 32:5
**two** [11] - 5:20, 6:3, 6:5, 8:25, 13:19, 23:11, 23:12, 25:21, 69:16, 73:17, 73:23
**type** [1] - 67:5
**typed** [1] - 73:20
**types** [3] - 15:10, 24:22, 43:23
**typical** [1] - 73:23
**typically** [22] - 38:7, 38:10, 38:12, 38:22, 44:12, 46:23, 48:11, 49:5, 53:12, 58:5, 59:14, 59:22, 60:2, 62:21, 62:24, 63:5, 63:16, 64:7, 65:3, 65:25, 68:3, 76:17

## U

**U.S** [2] - 37:12, 77:9
**ultimately** [15] - 5:7, 11:8, 14:20, 33:6, 33:16, 34:11, 34:17, 36:8, 38:21, 43:1, 48:23, 51:3, 51:14, 63:20, 76:8
**uncle** [1] - 12:1
**under** [5] - 42:4, 73:18, 74:3, 83:4, 84:17
**underneath** [5] - 42:18, 73:19, 73:20, 73:21, 77:13
**understood** [1] - 3:20
**Union** [2] - 33:8, 53:1
**unit** [7] - 3:23, 22:7, 22:9, 23:3, 23:18, 24:17, 26:12
**UNITED** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**United** [23] - 1:22, 33:6, 36:4, 36:20, 36:23, 37:1, 37:3, 37:4, 37:5, 37:22, 38:18, 39:10, 40:2, 40:5, 45:20, 49:21, 51:9, 53:13, 62:3, 68:24, 69:1, 77:17, 85:21
**unknown** [1] - 16:24
**unless** [1] - 16:9
**unstable** [1] - 38:16
**up** [46] - 3:21, 4:19, 5:11, 5:17, 6:1, 7:18, 11:8, 12:2, 12:16, 12:24, 14:13, 15:22, 16:9, 16:10, 21:4, 21:9, 26:1, 26:25, 34:11, 50:11, 50:14, 50:16, 51:13, 55:10, 57:8, 57:11, 58:16, 58:25, 61:19, 63:19, 68:6, 74:8, 76:6, 76:9, 79:2, 79:20, 80:25, 81:13, 81:14, 81:15, 82:22, 83:8, 83:11, 84:14
**update** [1] - 30:14
**updates** [3] - 26:3, 30:7, 30:9
**upper** [3] - 39:24, 50:12, 57:16
**uses** [3] - 66:6, 66:22

## V

**Vasquez** [3] - 3:18, 6:11, 15:21
**Vasquez-Portillo** [3] - 3:18, 6:11, 15:21
**vehicle** [1] - 31:23
**verbal** [1] - 44:24
**verdict** [3] - 16:3, 20:6, 20:14
**version** [1] - 73:20
**versus** [1] - 31:17
**vetted** [2] - 26:1, 26:11
**via** [2] - 48:6, 53:6
**viciously** [2] - 12:4, 15:20
**victim** [1] - 14:11
**video** [2] - 61:6, 61:7
**Viera** [4] - 82:18, 82:23, 82:24, 83:4
**Viera-Gonzalez** [4] - 82:18, 82:23, 82:24, 83:4
**VIGIL** [1] - 1:7
**Vigil** [4] - 10:12, 16:5, 16:14, 16:23
**VIGIL-BENITEZ** [1] - 1:7
**Vigil-Benitez** [4] - 10:12, 16:5, 16:14, 16:23
**Villatoro** [1] - 10:4
**Villatoro-Cruz** [1] - 10:4
**violated** [1] - 6:15
**violation** [1] - 7:9
**violence** [7] - 10:6, 25:23, 33:5, 38:5, 44:24, 44:25, 46:22
**violent** [11] - 7:6, 23:7, 23:8, 24:1, 26:24, 59:23, 59:25, 60:25, 61:1, 61:5
**Virginia** [22] - 7:7, 9:24, 21:25, 23:11, 24:1, 24:7, 24:16, 24:25, 29:5, 30:1, 30:12, 30:13, 32:6, 37:13, 49:1, 49:16, 77:6, 77:21, 78:2, 78:4, 78:5, 78:15
**VLS** [1] - 78:4
**VOIR** [2] - 2:5, 21:15
**voir** [1] - 12:24
**Volume** [1] - 1:7
**vs** [1] - 1:5
**Vulcan** [2] - 25:22, 30:17

## W

**wait** [2] - 20:15, 20:18
**waiting** [1] - 80:4
**walks** [1] - 68:10
**wall** [1] - 5:7
**war** [3] - 33:3, 33:4, 36:10

**warrants** [1] - 28:8
**Washington** [3] - 23:15, 24:13, 29:8
**watch** [1] - 4:21
**watched** [2] - 15:7, 57:13
**watching** [1] - 18:25
**ways** [6] - 20:17, 43:23, 44:1, 45:7, 45:9, 71:1
**weapon** [3] - 5:19, 19:17, 38:9
**weapons** [5] - 38:7, 38:10, 46:2, 57:2, 57:18
**wear** [4] - 31:16, 31:17, 67:25, 71:15
**wearing** [3] - 10:22, 68:11, 71:11
**web** [4] - 68:3, 68:4, 68:5, 68:12
**weed** [2] - 11:17, 11:20
**week** [1] - 24:24
**week-long** [1] - 24:24
**West** [1] - 18:20
**Western** [1] - 53:1
**western** [1] - 40:7
**WhatsApp** [1] - 48:13
**whereas** [1] - 35:14
**white** [6] - 67:21, 67:23, 67:24, 68:7, 68:11, 68:25
**whole** [3] - 13:24, 15:25, 39:20
**wide** [1] - 66:14
**Wilber** [17] - 10:2, 10:12, 16:5, 16:13, 16:23, 17:10, 17:13, 17:18, 17:24, 18:4, 18:16, 18:24, 19:3, 19:12, 20:2, 20:12, 20:19
**WILBER** [1] - 1:7
**Wilber's** [1] - 16:20
**William** [12] - 21:3, 21:24, 22:2, 22:17, 23:6, 23:12, 23:13, 23:24, 26:16, 30:8, 32:4, 32:7
**willing** [2] - 7:5, 57:15
**Wilson** [7] - 5:10, 5:13, 5:17, 6:3, 6:8, 6:12, 8:14
**wire** [1] - 53:6
**wiretap** [3] - 27:16, 27:17, 27:25
**wise** [2] - 78:23, 84:25
**withdrawn** [1] - 57:24
**WITNESS** [2] - 2:3, 21:11
**witness** [5] - 20:25, 21:6, 32:14, 61:1, 79:3
**witnesses** [8] - 13:4, 13:5, 13:13, 14:24, 16:1, 18:11, 18:21, 20:9
**Woodbridge** [1] - 23:14
**word** [3] - 71:18, 73:18, 73:19
**Word** [20] - 9:22, 19:22, 50:6, 50:17, 53:22, 53:23, 54:4, 54:5, 56:13, 57:11, 58:21, 59:8, 59:9, 59:13, 61:18, 61:25, 62:23, 63:11
**Words** [1] - 63:11
**words** [3] - 14:6, 65:19, 67:8
**workers** [1] - 28:21
**workings** [2] - 22:25, 58:12
**works** [3] - 50:22, 83:20, 83:23
**world** [1] - 38:20
**worried** [2] - 19:9, 81:9
**worry** [2] - 81:10, 83:3
**worthy** [3] - 7:4, 51:14, 63:23
**wound** [1] - 4:8
**wrists** [1] - 3:15
**writing** [1] - 81:9
**written** [3] - 62:16, 71:23, 81:6

## Y

**year** [1] - 32:5
**years** [3] - 37:9, 47:7, 59:17
**yellow** [1] - 72:13
**York** [5] - 6:16, 6:18, 6:22, 29:9, 37:13
**you-all** [1] - 80:1
**young** [4] - 3:13, 38:15, 39:2, 39:6
**youth** [3] - 38:14, 38:16