UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 22-CR-60078-6

UNITED STATES OF AMERICA, Miami, Florida

January 22, 2025

vs.

9:20 a.m. - 5:14 p.m.

WILBER VIGIL-BENITEZ, Volume 2

Defendant. Pages 1 to 277

---

JURY TRIAL
BEFORE THE HONORABLE RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:
BRIAN DOBBINS
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEYS
UNITED STATES ATTORNEY'S OFFICE
99 NE 4th Street
Miami, Florida 33132

FOR THE DEFENDANT:
JOSEPH S. ROSENBAUM
KIMBERLY ACEVEDO
ROSENBAUM & ACEVEDO, LLP
100 S.E. 2nd Street
Suite 3400
Miami, Florida 33131

STENOGRAPHICALLY REPORTED BY:

ILONA LUPOWITZ, RMR, CRR
Official Court Reporter to:
The Honorable Rodolfo A. Ruiz, II
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

# I N D E X


| | Page |
|---|---|
| WITNESS | |
| Casey Nelsen | |
| CROSS-EXAMINATION BY MR. ROSENBAUM: | 6 |
| REDIRECT EXAMINATION BY MR. DOBBINS: | 9 |
| DIRECT EXAMINATION BY MR. DOBBINS: | 12 |
| DIRECT EXAMINATION BY MS. SMUKLER: | 70 |
| Julie Chehab | |
| DIRECT EXAMINATION BY MS. SMUKLER: | 24 |
| CROSS-EXAMINATION BY MR. ROSENBAUM: | 68 |
| Wilson Tirado-Silva | |
| DIRECT EXAMINATION BY MR. DOBBINS: | 92 |
| CROSS-EXAMINATION BY MR. ROSENBAUM: | 187 |
| REDIRECT EXAMINATION BY MR. DOBBINS: | 213 |
| Joanna Jackson | |
| DIRECT EXAMINATION BY MR. DOBBINS: | 230 |


## GOVERNMENT'S EXHIBITS


| Exhibit | Received |
|---|---|
| Exhibit 1-A through 1-D | 15 |
| Government Exhibits 1-E through 1-G | 19 |
| 1-H and 1-I | 22 |
| 3-A through 3-L | 29 |
| 2-A through 2-J | 29 |
| 4-A through E | 39 |
| 5 | 41 |
| 7 | 42 |
| 6 and 8 | 45 |
| 9A and B | 48 |

I N D E X (Continued)

GOVERNMENT'S EXHIBITS


| Exhibit | Received |
| --- | --- |
| 10 | 49 |
| 11-A through 11-D | 54 |
| 12-A through 12-R | 57 |
| 13, 14, 15 and 16 | 62 |
| 17 | 114 |
| 22 and 24 | 134 |
| 21 | 141 |
| 28 | 146 |
| 25, 26 and 27 | 154 |
| 29 | 167 |
| 18 | 170 |
| 19-A through 19-E | 172 |
| 19-A(T) through 19-E(T) | 172 |
| 20-A through 20-I | 180 |
| 83 | 198 |
| 30 | 234 |


DEFENDANT'S EXHIBITS


| Exhibit | Received |
| --- | --- |
| D-1 | 202 |

(Call to the Order of the Court.)

THE COURT: All right. We are back on in Case No. 22-60078, United States of America versus Wilber Vigil-Benitez. Let's get appearances on behalf of the government.

MR. DOBBINS: Good morning, Your Honor. Brian Dobbins on behalf of the United States. Also present at counsel table is AUSA Elena Smukler, and special agent Nathan Ferguson is just outside.

THE COURT: Very good. And on behalf of Mr. Vigil-Benitez?

MR. ROSENBAUM: Good morning, Your Honor. Joe Rosenbaum and Kimberly Acevedo on behalf of Wilber Vigil-Benitez, who is present before the Court.

THE COURT: Good morning to you-all.

And as I always remind you, Mr. Vigil-Benitez, I know you're using the services of the Spanish interpreter. If at any point any of the equipment isn't working properly or the translation is not coming through clearly, will you please let me know?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Very good.

Okay. All our jurors are now present and accounted for. We got our last one that just arrived a few minutes ago. Before I bring them in, any housekeeping on behalf of the

government?

MR. DOBBINS: Nothing from the United States, Your Honor.

THE COURT: All right. And I take it our Detective Nelsen is ready to go?

MR. DOBBINS: I'm going to get him. He's out in the witness room.

THE COURT: All right. Very good. We can go grab him.

Mr. Rosenbaum, anything?

MR. ROSENBAUM: Not at this point.

THE COURT: Very good. All right. Let's go ahead and round him up. We can bring him in. Thank you.

THE COURT SECURITY OFFICER: All rise for the jury.

THE COURT: Detective, you're free to go ahead and take the stand.

THE WITNESS: Thank you, Your Honor.

(Jury enters at 9:22 a.m.)

THE COURT: Please be seated, ladies and gentlemen. We're just waiting for one more. Maybe they're in the restroom.

All right. Ladies and gentlemen of the jury, good morning. I hope everyone is doing well. I want to thank you all for arriving on time. You may recall before we broke yesterday that we have completed the direct examination of Detective Nelsen. And as you may recall, when we walked you

through the way in which witnesses will be presented, now it is defense counsel's opportunity -- Mr. Rosenbaum is permitted to ask some questions as part of his cross-examination. And then after that, the government will be able to have a redirect examination before we complete this witness's testimony.

Do you all have your notepads? Very good.

All right. So we have a busy day today. We're going to make some moves, cover a lot of ground, so please continue to give your undivided attention to the witness and to the lawyers. And we'll turn it over to defense counsel. Thank you, guys.

Mr. Rosenbaum, the floor is yours.

MR. ROSENBAUM: Thank you, Your Honor.

(Government witness, Casey Nelsen, previously duly sworn.)

CROSS-EXAMINATION

BY MR. ROSENBAUM:

Q. Good morning, Detective.

A. Good morning, sir.

Q. Now, you said yesterday, I believe, that every clique is different, correct?

A. I said that every clique has slight differences in rules, yes, sir.

Q. Okay. And in the United States, prior to 2020, how many cliques were there in the United States?

A. I do not have a number, sir.
Q. How about in the East Coast program?
A. There was -- I don't have an exact number, sir.
Q. And the rules in each clique can vary, correct?
A. The adherence to the rules vary, yes, sir.
Q. Okay. And I believe you said yesterday that advancement to homeboy, typically they have to do an act to benefit MS-13, right?
A. I'm sorry, sir. I didn't hear the beginning of your question.
Q. You said yesterday that the advancement of homeboy --
A. Yes, sir.
Q. -- typically they have to do an act to benefit MS-13.
A. Yes, sir.
Q. Okay. And you said that typically it's a violent act.
A. Yes, sir.
Q. Okay. And a violent act -- an act of violence doesn't always include murder, correct?
A. An act of violence does not always include murder, but typically it is a murder, yes, sir.
Q. Okay. But again, it varies from clique to clique.
A. Are you saying the murders vary from clique to clique?
Q. No, the act of violence, whether it's a murder or not a murder.
A. To homeboy, typically it requires a murder.

Q. Now, are there occasions -- in a situation where the homeboys are -- all get locked up or most of them get locked up in a clique and they're in jail, they're not available, isn't it -- isn't it a situation where people will be jumped to homeboy without acts of violence in order to keep the clique operating?
A. Yes, sir. There are instances which that happens. It's called a pase, a homeboy, an individual has to pass to become a homeboy. That term is often also used to refer to somebody that has done enough to become a homeboy but hasn't received their blessing or their jump-in at that time.
Q. Okay. GLCS, that clique, that's not part of the East Coast program, is it?
A. Currently, the East Coast program does not exist.
Q. Okay. Back, prior to 2020.
A. Prior to 2020?
Q. Right.
A. In northern Virginia, I believe that GLCS was part of the East Coast program, yes, sir. There was an instance where GLCS had separated from the East Coast program. I do not know the exact date of when that occurred.
Q. So a lot of the information you gave the jury yesterday was a generalization of the workings of MS-13, correct?
A. Yes, sir. It was the totality of my experience investigating the gang.

Q. Thank you, sir.

MR. ROSENBAUM: I have no further questions.

THE COURT: Thank you.

Any redirect?

MR. DOBBINS: Yes, Your Honor. Thank you.

REDIRECT EXAMINATION

BY MR. DOBBINS:

Q. Good morning, Detective Nelsen.

A. Good morning, sir.

Q. You were asked on cross about every clique has different rules, and you clarified that it's adherence to the rules.

Do you recall that line of questioning?

A. Yes, sir.

Q. All right. I believe we talked about this a little bit in your direct, but let's just go back through it.

What rules are there some variances and adherence to by these other cliques?

A. There's variances in, as we discussed yesterday, the, you know, allowance of tattoos and how the tattoos are allowed. There's variances if the member is allowed to drink or become intoxicated in public, if the member is allowed to use narcotics or not. Typically, it's just distribution. And -- but there are some rules that are very steadfast across MS-13, across the cliques.

Q. And what are the steadfast rules that are across the

cliques?
A. The letters, MS -- MS, Mara Salvatrucha, the gang, is above all else. The individuals must respect the homeboys and the leadership of the gang. Any directives that are given to that individual must be followed out -- must be carried out and followed through with. Members are to kill their rivals.
Q. Okay. So I just want to be clear.
So when you say MS is above all else, what does that mean?
A. It comes before your family. It comes before personal needs and wants. The gang is -- is the life once the person becomes a member.
Q. All right. And you also said that you must respect the homeboy.
What do you mean by that?
A. That any orders or directives that are given to an individual, whether that individual is a paro, an observacion, a chequeo, another homeboy, because just like most other jobs, right, you can have the same status as far as your rank or structure in that job, but if Person A has been there for four years longer than you in that position, that person has tenure.
So homeboys respect each other.
Q. Okay. And then you said that all directives must be followed.
Who would be giving those directives?
A. They could come from a homeboy. Typically it would come

from the corredor, and especially directives that come down from the leadership entity, La Ranfla, or in the United States currently the Mesa or the table.

Q. And could a First Word from one clique -- if a homeboy from another clique was operating or working with them or hanging out with that clique, could the First Word of that clique give that homeboy an order that must be followed?

MR. ROSENBAUM: Objection. Outside the scope.

THE COURT: Overruled.

You may answer.

THE WITNESS: Yes. If it had been previously discussed between the First Words, the homeboys, the corredores, whoever had that conversation about allowing members to intermingle from different cliques to effect a goal or a tasking, then the homeboy that's currently present or the First Word that's currently present could direct the homeboys from another clique. However, there were not to be a back-and-forth conversation.

BY MR. DOBBINS:

Q. Okay. And then the last rule that was steadfast was the attack and try to kill your rivals?

A. Yes. And that goes hand in hand with maintaining control of an area.

MR. DOBBINS: One moment.

THE COURT: Sure.

(Discussion was held off the record.)

MR. DOBBINS: Nothing further for this witness, Your Honor. We would ask that he be excused.

THE COURT: Thank you very much.

Thank you, Detective. You're excused at this time. I appreciate it.

THE WITNESS: Thank you, Your Honor.

THE COURT: Government's next witness?

MR. DOBBINS: Yes, Your Honor. The government would call to the stand Sergeant Michael Morris of the Palm Beach County Sheriff's Office.

THE COURT: All right.

Come on up, Sergeant Morris. We'll have you come around the corner here, and we'll swear you in.

THE COURTROOM DEPUTY: Please raise your right hand.

(Government witness, Michael Morris, duly sworn.)

THE COURTROOM DEPUTY: Please be seated. Speak into the microphone. Spell your name for the record.

THE WITNESS: Sergeant Michael Morris, with the Palm Beach County Sheriff's Office.

DIRECT EXAMINATION

BY MR. DOBBINS:

Q. Good morning, sir.

A. Good morning.

Q. Can you tell the members of the jury how long you've been

with the Palm Beach County Sheriff's Office?
A. I've been with the Palm Beach County Sheriff's Office a little over 20 years, a total of 33 years in law enforcement.
Q. Okay. So prior to joining the Palm Beach County Sheriff's Office, what law enforcement agency were you employed at?
A. I was the Chief of Police for South Bay Public Safety.
Q. Okay. And what is your current rank?
A. Sergeant.
Q. And what is your -- what are your current duties and assignments as sergeant?
A. Currently, supervise road patrol duties, to include uniform traffic control throughout Palm Beach County.
During the time of this event, supervised the guys in the area called Boca Raton. Currently I serve the area of the City of Belle Glade as a contract city.
Q. If you will lean in a little bit to speak.
A. Okay.
Q. It's all right. Thank you.
A. During the time of this event, I supervised the deputies during daytime road patrol in the area called Boca Raton. I currently serve as the supervisor in the contract city of Belle Glade.
Q. Okay. And what are some of the things that road patrol would address -- road patrol deputies would address during the regular course of their day?

A. Focus on your high crime rate areas, traffic, truants, if we have the time, and, you know, just your basic calls for service.

Q. I'd like to direct your attention to May 3rd of 2015.

Were you working for the Palm Beach County Sheriff's Office on that day?

A. Yes.

Q. And were you -- what was your rank on that day?

A. Sergeant and supervisor of road patrol for district seven, which is Boca Raton.

Q. Okay. And in the early morning hours, around -- approximately around 8:00 a.m., did the Palm Beach County Sheriff's Office get a call to respond to 19677, 120th Avenue South, in Boca Raton, Florida?

A. Yes.

Q. And what was -- what was your role on that day?

A. I responded as the supervisor to, one, determine if it was -- it was reports of a body, supposedly, on the ground. So I sent deputies there to, one, see if we can provide first aid. Second, if first aid wasn't available, at that point determine if it was a natural death or a homicide.

Q. Okay. And did you also respond to the scene on that day?

A. Yes, I did.

Q. Okay. Can you describe that general area for the jury, please?

A. That particular area is adjacent to one of our larger parks of South County. It is affluent, anywhere from 5,000- to 50,000-square-foot homes. Very affluent community, secluded, and that particular area, on that particular dirt road, 90 percent of the homes are equestrian, meaning, they have horse farms, and they practice for polo and other equestrian Olympics and stuff like that.

Q. Okay. Is there any kind of body of water that's nearby that area as well?

A. Along that dirt road, there is a canal that separates the other gated communities from that particular section.

Q. Okay.

MR. DOBBINS: Your Honor, without objection, the government would at this time move Government's Exhibit 1-A through 1-D, as in David, into evidence.

THE COURT: No objection, Mr. Rosenbaum?

MR. ROSENBAUM: No objection.

THE COURT: All right. Those will be admitted at this time.

(Government Exhibits Exhibit 1-A through 1-D were received in evidence.)

MR. DOBBINS: And if I may publish them for the ELMO?

THE COURT: You may.

BY MR. DOBBINS:

Q. All right. Sergeant Morris, I'm showing you Government's

Exhibit 1-A. And I'll have to zoom out. Give me one second.
Do you recognize this photograph?
A. Yes, I do.
Q. So what are we looking at here?
A. That is the dirt road. If you -- facing the picture, you're facing the east. Behind us, facing west, is a natural preserve, no residential homes, all wooded area and protected properties. To your right are some of the equestrian properties. And to the left, behind those trees, is a gated community.
Q. Okay. I'm going to show you -- I'll go with 1-C, as in Charlie, which is -- what's the angle we're looking at here?
A. You're now facing the west. The canal is just in front of the trees, to your right, which is past -- I want to say the water is about two- or three-feet deep. The wooded area is the protected landscape, and the equestrian homes are to your left.
Q. Okay. You can actually touch the screen, and it'll make marks if you wanted to circle, maybe, where you see an equestrian farm there.
A. Okay. The equestrian area will start to your left. And if you go around this road, it dead-ends to other horse properties and -- I want to say, maybe, 2- or 300 yards in that direction, you come to a gate. And at that point, you can't go any further.
Q. Okay. And can you indicate kind of where the canal is on

this picture?
A. And the canal would be just in front of that wood line.
Q. All right. So now I'm going to show you Government's Exhibit 1-D, as in David.
Can you describe what we're looking at again here?
A. Now you're facing the southern exposure. Now you're into the curve. And if you go 2- or 300 yards, you dead-end to private property. Equestrian property is all along here. This is your canal, which eventually wraps back around and travels alongside the dirt road.
Q. Okay. Now, in some of these pictures, so far we've seen -- do you see the person that you were called about that morning?
A. Yes, sir.
Q. Okay. Can you just describe where that person is?
A. Right there (indicating).
Q. All right. So for the record, on the left-hand side of Government's Exhibit 1-A, to the left of the dirt road.
All right. So what did you and the other deputies do when you arrived there on the scene?
A. At that point, first aid could not be provided. He had been deceased for a couple of hours, at least. At that point, I had the deputy secure the crime scene. Not knowing how wide that crime scene would be, I directed our guys to park our cars back here (indicating). And then, at that point, we walked the area to see if there were any tire tracks or any -- any

evidence left on the ground.

I also directed deputies to travel back along that dirt road and to go to every house that is back over here (indicating) to ascertain if there was any video footage, any possible eyewitness, anything that would help us out, to figure out what happened. Then I made my notifications to our Detective Bureau and Crime Scene.

Q. Okay. And is that the standard procedure that is followed when there is a dead body that you find?

A. Yes.

Q. Okay. And just showing you, again, Government's Exhibit 1-C -- I'm sorry. I'm going to go with 1-D, as in David.

I see a car parked further down that dirt road there.

Is that another part of the perimeter that was established there?

A. Yes. Because at the end of the road, it's fenced off. However, when they load up the trucks with the horses, they utilize that dirt road to exit the property, to go attend the horse event. So I had a deputy stationed up there to make sure we preserved the crime scene.

Q. Okay. And what about the red tape we're seeing in some of these pictures?

A. You have -- the red tape is the inner perimeter, which would be closest to your actual crime scene. The yellow perimeter would be your exterior perimeter, and that would be

to where media or walk-ups cannot go past that part.

Q. Okay. And I haven't shown you yet Government's Exhibit 1-B, as in boy, so I put that up.

What are we looking at here?

A. That's the body here (indicating), and just on the other side of the body is that berm, which goes down to the canal. And this right here, a little area, it would be a slightly grassed boat ramp area, which has a dip, and you can actually back a truck and a boat down into the canal.

Q. Okay.

MR. DOBBINS: One moment.

(Discussion was held off the record.)

MR. DOBBINS: Your Honor, at this time I'd like to move, without objection, Government's Exhibit 1-E through G in into evidence.

THE COURT: Any objection?

MR. ROSENBAUM: No objection.

THE COURT: All right. That'll be admitted at this time.

(Government Exhibits 1-E through 1-G were received in evidence.)

BY MR. DOBBINS:

Q. All right. So you were talking about a boat ramp. I'm just going to show you Government's 1-G, as in George.

Do you see the boat ramp there in that picture?

A. Yes, sir. It should be right here (indicating).
Q. And again, we have these patrol car vehicles and other vehicles parked down there.
Is that sort of the outer perimeter that you had talked about?
A. Yes, sir.
Q. All right. I'm just going to show you Government's Exhibit 1-F.
What are we looking at here?
A. That is the boat ramp, and -- this is the boat ramp, and now you're looking at the canal that wraps around. And this would be your adjacent gated community behind those tree lines. So you're more looking at a northern -- northeast view (indicating).
Q. Okay.
MR. DOBBINS: If we could just clear that, real quick.
BY MR. DOBBINS:
Q. Just incremental photos here.
But what are we looking at here in Government's Exhibit 1-E?
A. This is your boat ramp, a canal which can actually travel north and south. This is north and this is south, and this would be going back east. And this is your protective wildlife area (indicating).
Q. All right. So did you personally do any of the canvassing,

or was that just what you tasked your deputies to do?
A. No, we all walked -- generally, when we have a scene like this, or a scene of this type or any kind of shooting, we usually line up two or three feet apart, and we'll walk and canvass the whole area and do, like, a grid, so to speak, and see if we find any shell casings or any other weapon or anything of evidentiary value that we can associate with the case.
Q. All right. You stated that you notified the Detective Bureau.
Is that the -- would that be the Homicide Detective Bureau?
A. Yes. The Violent Crimes Division.
Q. All right. And you said you also notified Crime Scene Investigation Unit?
A. Crime scene.
Q. Okay. To your knowledge, did they send somebody out there?
A. Yes, they did.
Q. Okay. Now, what happens -- what do you do once you finished canvassing the area and interviewing potential neighbors or people in the area, residents in the area? Do you report that to anybody?
A. Yeah, we report that -- any findings, they report it back to me, then I report it back to the detectives and the detective sergeant. At that time I don't believe we found any witnesses and/or video at any of the residences nearby. And at

that point, once we've done our part, we hold what we have until the detectives come.

Q. Okay. And then, once the detectives arrive with the Crime Scene Investigation Unit, what did you do next? Anything?

A. Basically, at that point I will turn it over to that sergeant of the Detective Bureau, and then I would resume other road patrol duties pending on calls for service.

Q. Okay. Do you assign any other deputies to stay there to maintain the perimeter while crime scene and the detectives do their work?

A. Yeah. Depending on calls for service, it'll be a minimum of two to three to stay, and they will control the outer perimeter and not the interior part. The interior part is then relinquished to the Detective Bureau and crime scene.

Q. All right.

MR. DOBBINS: One second.

THE COURT: Sure.

(Discussion was held off the record.)

MR. DOBBINS: All right, Judge. Without objection, the government would move to admit the last two exhibits, Government's Exhibit 1, which would be 1-H and 1-I.

MR. ROSENBAUM: No objection.

THE COURT: Very good. Thank you. Those will be admitted.

(Government Exhibits 1-H and 1-I were received in

evidence.)

BY MR. DOBBINS:

Q. Sergeant Morris, I'm just going to show you a couple other exhibits here. This is Government's Exhibit 1-H, as in Henry.

Could you just describe again what we're looking at here?

A. We're looking to the south, and that's one of the equestrian houses. The back of the houses should be open fields and horses. And this is the front of the boat ramp right here.

Q. All right. And then just another view here, which is Government's Exhibit 1-I.

What are we --

A. Another view of the south, the equestrian pastures back here. The subject was right here, and basically a boat ramp is back this way (indicating).

Q. Okay.

MR. DOBBINS: Your Honor, I have nothing further. I pass the witness.

THE COURT: All right.

Mr. Rosenbaum?

MR. ROSENBAUM: I have no questions, Your Honor.

THE COURT: Very good.

Thank you very much, Sergeant. You're excused.

THE WITNESS: All right. Thank you.

THE COURT: Government's next witness?

MS. SMUKLER: The government calls Julie Chehab.
THE COURT: All right.
Can you just come around this way, ma'am?
Good morning. Raise your right hand.
(Government witness, Julie Chehab, duly sworn.)
THE COURTROOM DEPUTY: Thank you.
THE COURT: You may proceed.
MS. SMUKLER: Thank you, Your Honor.

DIRECT EXAMINATION

BY MS. SMUKLER:
Q. Good morning. Can you please introduce yourself to the members of the jury?
A. Good morning. I am CSI Julie Chehab, C-h-e-h-a-b. My ID is 7852, and I work for the Palm Beach County Sheriff's Office.
Q. You said CSI. What is a CSI?
A. Crime scene investigator.
Q. And what is a crime scene investigator?
A. A crime scene investigator's primary role is the documentation and collection and preservation of evidence.
Q. How long have you been a crime scene investigator?
A. I have been a crime scene investigator since 2009.
Q. And what department is that with?
A. Palm Beach County Sheriff's Office.
Q. Have you -- how long have you worked with Palm Beach County Sheriff's Office?

A. Since 2005.
Q. What did you do prior to being a crime scene investigator?
A. I started as a dispatcher. Couldn't do that anymore, and then went to central records. Did that for four and a half years, and then applied for the crime scene investigation post.
Q. Okay. Can you tell the jury about what training is required to become a crime scene investigator and what training you have?
A. Every agency is a little bit different on what they require for their training. However, myself, I have a bachelor's in criminal justice. I also have an A.A. equivalent in crime scene technology.
Once you're hired on as a CSI, then you go through anywhere from 12 months to 14 or even longer of on-job training with a senior investigator. You go from scene to scene, and you learn proper techniques of documentation, collection, and preservation of evidence, report writing, all of the things that go into our job.
And then, every year, we have proficiency tests, court, we have trials, and continuing education courses on different types of technology and processing for all different types of evidence.
Q. What kind of crime scenes do you go to?
A. Our agency and our unit, we respond to any type of violent crimes that include shootings, stabbings, homicides,

officer-involved shootings, child deaths, drownings, any type of unattended death, that includes overdoses. We may even respond to different types of burglaries or robberies. And we also assist other agencies with their needs.
Q. Now, is the job of a crime scene investigator to investigate who committed a crime?
A. No.
Q. Do you speak to witnesses?
A. Not in questioning. I may ask them particular -- particulars about where an item was originally, or directions, if I need to photograph them. But other than that, I do no other questioning.
Q. So it sounds like the purpose is not to investigate, but to assist with your documentation?
A. Correct.
Q. Okay. Now, in May 3rd of 2015, were you working as a crime scene investigator with Palm Beach County Sheriff's Office?
A. I was.
Q. Were you directed to respond to 19677 120th Avenue South in Boca Raton on that date?
A. I was.
Q. Approximately what time did you respond to that scene?
A. I arrived just before 9:30 a.m.
Q. And was there anyone on scene when you arrived?
A. There were multiple PBSO deputies as well as Palm Beach

County Sheriff's Office Violent Crimes Division detectives.
Q. How did you learn or how did you know to respond to that scene?
A. Someone called 911 to report a man down/sick person. Deputies responded to that location. And based upon our protocol for the Sheriff's Office, they requested Violent Crimes Division and crime scene. So we were notified via phone through that tree.
Q. Can you describe what the crime scene looked like when you arrived?
A. This is an area of South Palm Beach County. The location that we responded to, the property does house a residence. There's a dirt road that runs through the north side, and the north and west sides of the roadway are lined by a canal, with grass and trees and other shrubbery.
Q. I'm going to show you what's already in evidence as Government's Exhibit 1.
MS. SMUKLER: If I could have access to ELMO.
BY MS. SMUKLER:
Q. Is this the area that you responded to?
A. Yes.
Q. And was a perimeter -- or had a perimeter already been established when you first appeared at the crime scene?
A. Yes, it had been. It was marked out using yellow caution or yellow evidence tape.

Q. Can you tell the -- describe to the jury where the victim was located in the crime scene?
A. In reference to this photo or just in general?
Q. Both, actually.
A. In general, he was to the north of the roadway. And in this photo, he can be seen on the left side of the screen.
Q. You can actually mark the screen and touch it.
A. Would you like me to circle?
Q. Please.
A. Okay. This is the decedent (indicating).
Q. Now, he was deceased when you arrived?
A. Yes, he was.
Q. Can you describe the victim's appearance?
A. He was heavily wounded. It appeared that he had multiple slash wounds, cuts, stabs, throughout his upper torso, his arms and his face. And eventually, I discovered a potential gunshot wound to the face.

MS. SMUKLER: One moment.

(Discussion was held off the record.)

MS. SMUKLER: At this point the government would move Exhibits 3 -- it's a composite, A through L -- without objection.

THE COURT: Any objection, Mr. Rosenbaum?

MR. ROSENBAUM: No, Your Honor.

THE COURT: Very good. Those will be admitted at this

time.

(Government Exhibits 3-A through 3-L were received in evidence.)

MS. SMUKLER: One moment. At this time we also move Government's Exhibit 2. It's a composite, as well, comprising of A through J, without objection.

THE COURT: No objection on that, Mr. Rosenbaum?

MR. ROSENBAUM: That's correct.

THE COURT: All right. That will be admitted at this time, as well.

(Government Exhibits 2-A through 2-J were received in evidence.)

MS. SMUKLER: If I could have access to the HDMI? Thank you.

BY MS. SMUKLER:

Q. Did you take any -- how did you document the scene?

A. This scene, as well as all homicide scenes, are documented primarily through digital photography, as well as video recordings of the scene of potential items of evidence, through handwritten notes, which may include sketches, measurements, or in this case, GPS coordinates, and any other supplemental documentation that we may have to do later.

Q. You mentioned that you took videos of the scene?

A. Yes.

Q. Okay. So have you had an opportunity to review those

videos since initially taking them?
A. Yes.
Q. Okay. I'm showing you first Government's Exhibit 2-A.
(Video was published.)
BY MS. SMUKLER:
Q. Can you tell the jury what we're looking at in this video?
A. The first five seconds of the video has a digital media log. This gives you the information with the agency case number, the individual who is taking the video, which was me, the date, and the location. And ten years ago, we would put video start time.
Q. I'm showing you now Government's Exhibit 2-B.
(Video was published.)
BY MS. SMUKLER:
Q. Can you describe what we're looking at in this video?
A. This is an overall pan to the south. That's the residence, the incident location that we responded to. You can see the roadway, and then the decedent and the brush line lining the canal, which is all of this area. This is canal area.
And then, it will be a pan back and forth to give an overall image of the incident -- location, rather. This area is a ramp that leads down into the canal.
Q. Are you familiar with what this canal is used for?
A. I believe it's utilized for fishing.
Q. Now, was someone directing you to take these particular

videos?
A. No. Typically, just -- as I would with photographs, I would in different locations, pan to give you the best 360 as possible. Photographs are taken in a similar manner.
(Video was paused.)
BY MS. SMUKLER:
Q. I'm showing you Government's Exhibit 2-C.
(Video was published.)
BY MS. SMUKLER:
Q. If you could describe what we're looking at in this video.
A. It's the same location. I just moved further west and closer to the decedent. And again, panning to show you the overall conditions of the scene.
Q. And that red crime scene tape that we saw, that had already been placed on scene when you arrived?
A. Correct, that would be the inner perimeter.
(Video was paused.)
BY MS. SMUKLER:
Q. Showing you Government's Exhibit 2-D, if you could describe this video.
(Video was published.)
A. Again, this is another 360 further down the roadway. You can see the decedent in the middle, and I'm panning back and forth. This is the canal line with the trees and then panning backwards to the start point. And again, just an overall

panning of the scene. You see the canal on the west side.

(Video was paused.)

BY MS. SMUKLER:

Q. I'm showing you Government's Exhibit 2-E.

(Video was published.)

BY MS. SMUKLER:

Q. If you could describe this video E.

A. Further west, against the canal, again, doing another 360 pan of the incident location. Decedent at the bottom. And another view of the canal.

(Video was paused.)

BY MS. SMUKLER:

Q. Showing you Government's Exhibit 2-F.

(Video was published.)

BY MS. SMUKLER:

Q. If you could describe what we're looking at in this video.

A. Now closer to the decedent's location. Overall, filming the grassy area, at least from the roadway to the canal.

(Video was paused.)

BY MS. SMUKLER:

Q. Showing you Government's Exhibit 2-G.

(Video was published.)

BY MS. SMUKLER:

Q. Could you describe what we're looking at in this video?

A. This area right here is a ramp area that leads from the

grassy area down to the canal, back around, location of the decedent, all through to the roadway and to the canal.

(Video was paused.)

BY MS. SMUKLER:

Q. Showing you Government's Exhibit 2-H.

(Video was published.)

BY MS. SMUKLER:

Q. If you could describe this video.

A. This is a closer range of the decedent's location and surrounding area. Now walking upwards to decedent and doing an overall of his general location.

Q. Now, at this point has the decedent been moved or manipulated at all by anyone at Palm Beach County Sheriff's Office or the medical examiner?

A. Not to my knowledge. Now, in the middle frame, you can see disturbance in the roadway.

Q. You said a disturbance in the roadway?

A. Correct.

Q. What do you mean by that?

A. You can see the dirt in the road is -- I believe one of the other videos shows it closer, but -- it shows the dirt is disturbed from all the surrounding area. Some is further north.

(Video was paused.)

BY MS. SMUKLER:

Q. Okay. I'm showing you Government's Exhibit 2-I.

(Video was published.)

BY MS. SMUKLER:

Q. Can you describe what we're looking at in this video?

A. These are two white socks that were located. This is a portion of the roadway. And then looking towards the decedent, you can also see the disturbed roadway, which is pictured there, in the middle. Areas of BLS.

Q. What is BLS?

A. BLS is what we refer to as blood-like stain or blood-like substance, which continues along the roadway, into the disturbed roadway.

Q. And what did that indicate to you?

A. That at some point the decedent was possibly located within the roadway and then moved into his final position where we located him.

(Video was paused.)

BY MS. SMUKLER:

Q. And I'm showing you Government's Exhibit 2-J.

(Video was published.)

BY MS. SMUKLER:

Q. If you could describe what we're looking at in this video.

A. This is an overall again of the canal area, a different view, the decedent, and then looking back to the roadway where you can again see the disturbed road in the middle.

There were two socks, those two black socks that are located there. The decedent. I'm documenting his overall position. And the surrounding area is covered in blood-like substance. Again, BLS you can see in the dirt, positioning of his feet, surrounding area with BLS.

(Video was paused.)

BY MS. SMUKLER:

Q. Now, you said you also took photographs of the victim?

A. Yes.

Q. And did you document his injuries through those photographs?

A. I did.

Q. I'm going to show you what's already in evidence as Government's Exhibit 3. I'll show you first Government's Exhibit 3-A.

What are we looking at in this photograph?

A. This is an overall full-body photograph of the decedent.

Q. Okay. And I notice his shirt is lifted.

Is that something that you did to take photographs?

A. I'm sorry?

Q. I notice that his shirt is lifted up.

Is that something you did, or is that how the body was found?

A. That's how I located the decedent.

Q. Okay. I'm showing you Government's Exhibit 3-B.

Is this another view of decedent, the victim?
A. This is a view of the decedent, as well as a spent shell casing.
Q. Can you mark in the photograph where this spent shell casing is?
A. Spent shell casing was located here (indicating).
MS. SMUKLER: If we could remove the marking. Thank you.
BY MS. SMUKLER:
Q. I'm showing you Government's 3-C.
Is this just another photograph of the victim's injuries?
A. Yes.
Q. And where did you notice stab wounds to the victim?
A. In this position, he has extensive wounds to his face and some to the abdomen.
Q. Did you also notice any wounds to his hands?
A. There were some visible in that position.
Q. I'm showing you Government's Exhibit 3-D.
A. Once again, it's just a closer-up view.
Q. Okay. Showing you 3-E.
A. This is another view. You can see his right hand. The top of the right hand is injured.
Q. Showing you 3-F.
A. It's a closer view of the abdomen and the head.
Q. I'm showing you 3-G.

A. This is a side view of the right side of the torso.
There are multiple cuts or abrasions, both to the top and to the lower back.
Q. Is it fair to say they appear to be of different sizes?
A. Yes.
Q. Showing you Government's 3-H.
A. Decedent's upper half, primarily right side of the face.
Q. Showing you 3-I.
What does that show?
A. Top of the face.
Q. Did the decedent have any jewelry?
A. Yes, he did. He had an earring.
Q. Showing you 3-J.
A. This is a photograph of the left arm.
Q. And that shows wounds as well?
A. Yes. This is the back of the decedent.
Q. Okay. So at this point was the decedent moved?
A. Yes. At this time the medical examiner, the forensic investigator had arrived and was repositioning the decedent for additional photographs. They included manipulating him to where we could see his back.
Q. And what did you observe on his back?
A. A great deal of wounds.
Q. Also different shapes and sizes?
A. Yes.

Q. And I'm showing you 3-L.
What is this?
A. This is a closer-up view of the back.
Q. Okay. Now, in addition to taking photographs, did you document the scene -- or did you collect evidence from the scene?
A. I did.
Q. Can you tell the jury the process of collecting evidence?
A. Items that appear to be involved or may be involved were marked using stanchion cones. They're orange cones, look like the traffic accident cones, that are marked with numbers.
Once those items are marked, they will be photographed with that stanchion. Then the item will be collected, typically in brown paper. Then it will be transported to our processing room, where they will be further documented via photographs and handwritten notes about the item. Then they will be packaged and submitted to our evidence unit.
MS. SMUKLER: Okay. One moment.
(Discussion was held off the record.)
MS. SMUKLER: Your Honor, at this time the government moves Exhibit 4 without objection into evidence, and that's a composite comprising of Exhibits 4-A through E.
THE COURT: No objection, Mr. Rosenbaum?
MR. ROSENBAUM: No objection.
THE COURT: All right. That will be admitted at this

time.

(Government Exhibits 4-A through E were received in evidence.)

BY MS. SMUKLER:

Q. I'm showing you what's in evidence as Exhibit 4-A.

Can you tell the jury what we're looking at in this photograph?

A. This is an overall view to include the decedent, part of the roadway. And in this photo is a white sock as well.

Q. Okay. I'm showing you 4-B.

A. This is an overall to include the disturbed area of the roadway, the areas of BLS in line with the decedent.

Q. And again, you said BLS is a blood-like substance?

A. Correct.

Q. Why do you refer to it as a blood-like substance?

A. Until it's forensically tested, there are multiple substances that can appear to be blood but may not be blood.

Q. Okay. So you took photos thinking that this might be blood.

A. Correct.

Q. Okay. I'm showing you what's in evidence as Government's Exhibit 4-C.

A. Again, this is an overview of the roadway with the disturbed area of the sand, to include the potential blood.

Q. And just to clarify, is this the area that you described as

appearing as if the victim had been moved or dragged?
A. That is a possibility, yes.
Q. I'm showing you Government's Exhibit 4-D.
A. This is an overall to show you where the roadway is in correlation to the decedent.
Q. I'm showing you Government's Exhibit 4-E.
A. This photograph includes stanchion cones, as previously mentioned, and this was also to document the length of the roadway. That's why there's a tape measure in it.
Q. Now, you mentioned that a -- there was a casing near the victim's body; is that correct?
A. Correct.
Q. Was there any other firearms' evidence that was located on the scene?
A. Yes, there was.
Q. What other evidence was located?
A. When the decedent was repositioned, a projectile was located within his hair, near his head.
MS. SMUKLER: One moment.
(Discussion was held off the record.)
MS. SMUKLER: Your Honor, if I can just show the ELMO to the witness?
THE COURT: Sure.
BY MS. SMUKLER:
Q. I'm showing you what's been premarked as Government's

Exhibit 5. It's composite A through E.

Are these fair and accurate depictions of what we just discussed and what you observed on scene?

A. Yes.

Q. And also evidence that was impounded?

A. Yes.

MS. SMUKLER: At this time the government would move Exhibit 5, a composite comprising of A through E, into evidence.

THE COURT: Any objection?

MR. ROSENBAUM: No, Your Honor.

THE COURT: All right. We'll admit 5 at this time.

(Government Exhibit 5 was received in evidence.)

MS. SMUKLER: If we could actually keep it off so I can also show the witness some other --

BY MS. SMUKLER:

Q. I'm also showing you what's been marked as Government's Exhibit 7 for identification. It's a composite comprised of Exhibits A through C.

Are these also photographs that you took depicting the evidence we just discussed?

A. Yes.

MS. SMUKLER: At this time the government would move Government's Exhibit 7 -- it's a composite -- into evidence.

MR. ROSENBAUM: No objection.

THE COURT: Thank you. 7 will be admitted at this time.

(Government Exhibit 7 was received in evidence.)

BY MS. SMUKLER:

Q. I'm showing you Government's Exhibit 5-A.

What are we looking at in Government's Exhibit 5-A?

A. This is the location of the spent casing next to the decedent. This is a closer-up view of the spent shell casing.

Q. That's 5-B.

I'm showing you Government's Exhibit 5-C.

A. This is the spent shell casing, and it has been marked with stanchion number 9.

Q. Okay. So at this point now you've put evidence markers near the evidence that you'll be collecting?

A. Correct.

Q. Okay. And what is located next to Exhibit 9?

A. Number 9 denotes the spent shell casing just below it.

Q. And that's the victim's body below it?

A. Correct. That's the left side of the decedent.

Q. I'm showing you Government's Exhibit 5-D.

A. This is a closer-up view of stanchion cone number 9 with the spent shell casing.

Q. I'm showing you Government's Exhibit 5-E.

What is this?

A. This is what's called the headstamp of the shell casing.

This is being photographed with photographic scale in our processing room after it's already been collected.
Q. Okay. So once an item has been collected, then it goes to the processing room?
A. Correct.
Q. And you take individual photographs of what you've collected?
A. Yes.
Q. Okay. I'm also going to show you Government's Exhibit 7. I'll start with Government's Exhibit 7-A.
What are we looking at in this photograph?
A. This is the rear of the decedent's head.
Q. Now, I notice there's, like, a white material.
What is that?
A. At the very top, you mean?
Q. The bottom of the photograph.
A. That's cranial tissue.
Q. No, sorry. I'm talking about, like, the -- there's no grass anymore below him?
A. No. He's been moved onto a white sheet within a body bag.
Q. Okay. So is this when the medical examiner's already arrived?
A. Yes.
Q. Okay. What are we looking at in Government's Exhibit 7-B?
A. Near the hair is a projectile that fell from his hair.

Q. Okay. So are you documenting the medical examiner's investigation on scene?
A. Yes, I am.
Q. Okay. And I know we previously saw a picture where the victim had been turned over and the back could be seen.
Was this part of that process as well?
A. It was.
Q. Okay. I'm showing you Government's Exhibit 7-C.
What is this?
A. This is the projectile that's been photographed with photographic scale on brown paper at our processing room.
MS. SMUKLER: Now, if I may approach the witness?
THE COURT: You may.
BY MS. SMUKLER:
Q. I just handed up to you Government's Exhibits, marked for identification, 6 and 8.
Do you recognize that package?
A. I do.
Q. And what is it?
A. This is the evidence bag with the case information and the description of the contents.
Q. And what are the contents that were placed in that package?
A. It's listed as one spent WW45 auto casing stanchion number 9, and one projectile recovered from decedent's hair.
Q. And how do you know that's the package with those items?

A. This is my handwriting as well as the original evidence seal that I collected and put into evidence.
Q. Has it been opened?
A. It has.
Q. Okay. And has it been resealed?
A. It has.
MS. SMUKLER: At this time, the government would move Exhibit 6 and 8 into evidence.
MR. ROSENBAUM: No objection.
THE COURT: Thank you, Mr. Rosenbaum. 6 and 8 will be admitted at this time.
(Government Exhibits 6 and 8 were received in evidence.)
MS. SMUKLER: And permission to have the witness open and publish.
THE COURT: Permission is granted.
MS. SMUKLER: And actually, if I could approach the witness?
THE COURT: You may.
MS. SMUKLER: Your Honor, can we show the jurors, I believe, the camera over the witness?
THE COURT: Sure. We should be able to set it up here.
You can all see that? Yeah? Very good.
THE WITNESS: The bag, and then the two sealed envelopes with the description of the items.
BY MS. SMUKLER:

Q. Okay. If you can open those, as well, starting --
A. Which one --
Q. Are they each marked with different items?
A. Yes. This one in my right hand is marked as the spent WW45 auto casing, stanchion number 9. And then one on the left here is marked as the projectile recovered from the decedent's hair with BLS.
Q. Okay. If you can go ahead and open -- we'll start with the casing.
A. The casing?
MS. SMUKLER: Can we zoom in to the -- yeah, thank you.
THE WITNESS: Would you like me to remove it now?
BY MS. SMUKLER:
Q. Please.
A. This is the spent casing.
Q. Okay. If you could also show it to the jury?
A. I apologize.
Q. That's okay.
A. This is the spent casing with the same headstamp information.
Q. Okay. If you can just place that back in the package and open the next package?
A. This one is listed as the projectile with BLS.
MS. SMUKLER: I'm not sure if we can zoom any closer? Thank you.

THE COURTROOM DEPUTY: I can't move it. It doesn't move to the side.

THE WITNESS: This is the projectile.

BY MS. SMUKLER:

Q. Okay. And that was the projectile removed from -- or located when the victim was turned over from his head?

A. Correct.

Q. Okay. If you could also just demonstrate it for the jury?

A. This is the projectile (indicating).

Q. Thank you. You can go ahead and place that back in the envelope.

A. Would you like them back in the envelopes?

Q. Yes, please. Thank you.

(Discussion was held off the record.)

MS. SMUKLER: If I can have access to the ELMO with just the witness, please?

BY MS. SMUKLER:

Q. I'm showing you what's been premarked as Government's Exhibit 9 for identification.

A. Yes.

Q. And this is 9-A and B.

Do you recognize these photos?

A. I do.

Q. Do you -- did you take these photos?

A. I did.

Q. And do they fairly and accurately depict what you observed on scene and collected?
A. Yes.
MS. SMUKLER: At this time, the government would move Government's Exhibit 9 composite, consisting of A and B, into evidence.
MR. ROSENBAUM: No objection.
THE COURT: That will be admitted at this time.
(Government Exhibits 9A and B were received in evidence.)
BY MS. SMUKLER:
Q. I'm showing you Government's Exhibit 9-A.
What do we see in this picture?
A. This is along the decedent's left side of his body, on the ground. I discovered what appeared to be a tooth.
Q. And was that tooth collected?
A. It was.
Q. I'm showing you what's in evidence as Government's Exhibit 9-B.
What is this?
A. This is the same tooth being photographed with a photographic scale at our processing room.
Q. Okay. Now, you mentioned you collected additional items on scene?
A. I did.
Q. When you collected the items of evidence, did you know if

they would, in fact, have any evidentiary value to the case?
A. No, I did not.
Q. Okay.
MS. SMUKLER: One moment.
(Discussion was held off the record.)
MS. SMUKLER: At this time the government moves Exhibit Number 10 into evidence without objection.
THE COURT: No objection, correct?
MR. ROSENBAUM: Correct.
THE COURT: All right. We'll admit that at this time.
(Government Exhibit 10 was received in evidence.)
BY MS. SMUKLER:
Q. I'm showing you Government's Exhibit Number 10-A.
What is observed in Government's Exhibit 10-A?
A. This is an overall view of the location, or the incident location, and you can see multiple orange cones. Those are my evidence stanchions.
Q. And tell us again what the orange cones or stanchions signify.
A. Those are items or areas that contain potential evidence.
Q. And does that mean those items of evidence were collected?
A. Yes.
Q. Okay. I'm showing you Government's 10-B.
What is observed in this photo?
A. This is showing stanchion number 1. This was denoting two

white socks.
Q. At this point, do you know -- when you're taking this photo, do you know if the white socks are of any significance to the investigation?
A. No, I do not.
Q. So what is the purpose of collecting all this evidence?
A. As the potential of having something to do with the homicide.
Q. Okay. So you're collecting anything that could potentially have evidentiary value?
A. Correct.
Q. Okay. I'm showing you Government's 10-C.
A. This is an overview, again, to show you stanchion 1, 2, and then the furthers.
Q. Okay. Showing you Government's 10-D.
A. Again, an overview to show you 2, and then additional stanchions around the decedent.
Q. What is government's exhibit -- I mean, what does evidence marker 2 show?
A. Evidence marker 2 was meant for the area of BLS as well as the roadway being disturbed.
Q. Okay. I'm showing you Government's Exhibit 10-E.
What does this show?
A. This is an overall of the scene, again, with the orange stanchion cones to denote items of potential evidence.

Q. Showing you Government's 10-F.
What do we see in this photograph?
A. This is another view. This is denoting more items of evidence, stanchion cone number 7, stanchion cone number 6. And then you can see 8 and 9, as well.
Q. And what do we see in those evidence -- in 6 and 7?
A. 6 denotes a water bottle. 7 denotes a pair of socks and a pair of shoes.
Q. And I'll ask you the same question.
Did you know if those items of evidence were of value or significance in this investigation at this point?
A. It was unknown at the time, but they were collected.
Q. Unknown, you said?
A. Unknown if they had involvement.
Q. I'm showing you Government's Exhibit 10-G.
What do we see here?
A. This is a closer-up just to show you evidence stanchion number 7 and the items.
Q. I'm showing you Government's Exhibit 10-H.
A. This is to denote evidence stanchion number 6 as a water bottle.
Q. Showing you Government's Exhibit 10-I.
A. This is stanchion number 8, which I believe was the fishing lure.
Q. You mentioned this is an area where people go fishing?

A. Yes.
Q. I'm showing you 10-J.
What do we see here?
A. This is evidence stanchion number 8, and you can see the green fishing lure just above the stanchion cone.
Q. Showing you Government's Exhibit 10-K.
A. This is stanchion cone number 5, and I believe this was a sock.
Q. Showing you Government's 10-L.
A. Closer-up version of stanchion cone number 5. And yes, it was a sock.
Q. Showing you 10-M.
A. Overview of stanchion cone number 4, the decedent, and stanchion cone number 9.
Q. And 9, is that casing?
A. Correct.
Q. Showing you 10-N.
A. Stanchion number 4, and another sock.
Q. Showing you 10-O.
A. This is an overview of stanchion number 3, 4, and 5. Stanchion number 3 was a receipt.
Q. I'm showing you 10-P.
A. Close-up of stanchion 3 and the receipt.
Q. Showing you 10-Q.
A. Overall view of west side canal, with additional items of

evidence.
Q. Showing you 10-R.
A. Stanchion number 10. These were two beer cans.
Q. Showing you 10-S.
A. Close-up view of the two beer cans, and stanchion cone number 10.
Q. Now, did you attempt to process any of the items for fingerprint evidence?
A. I did.
Q. What is a latent fingerprint?
A. A latent fingerprint is a fingerprint that's not visible to the naked eye. That means you'd have to process it with some chemical in order to visualize it and make it a patent print.
Q. So did you attempt to locate latent fingerprints on these items?
A. I did.
Q. How did you do that?
A. With the bottles and the cans, fingerprint powder was utilized. With the brown paper bag and the receipt, a chemical was utilized. It's called ninhydrin. It's sprayed onto the item, allowed to air dry for some time, and it reacts with the hemoglobin in oils in the skin. And if a fingerprint is there, it will turn into a dark purple, and you can visualize the fingerprint then.
Q. So you can actually almost see a fingerprint?

A. Yes.
Q. Okay. And was that done on scene or once you arrived back to the processing room?
A. All of the latent fingerprint processing was done later at the processing room.
Q. Were any latent fingerprints located on any of the items of evidence that you tested for latent fingerprints?
A. No latent fingerprints were discovered.
Q. Okay. Now, did the victim have any personal property?
A. Yes, he did.
Q. And did you also photograph the victim's personal property?
A. When the medical examiner arrives, he or she will start to document the decedent. That includes his or her personal effects. And with the decedent, he had items within his pockets. Those were photographed on scene and collected by me.
MS. SMUKLER: One moment.
At this time the government moves Exhibit 11. It's a composite comprising of A through D into evidence, with no objection.
MR. ROSENBAUM: No objection.
THE COURT: Thank you. That will be admitted at this time.
(Government Exhibits 11-A through 11-D were received in evidence.)
BY MS. SMUKLER:

Q. I'm showing you Government's Exhibit 11-A.
What do we see in this photograph?
A. This is the Florida identification card that was collected from the decedent's wallet.
Q. Can you read the decedent's name?
A. Gerson Vilelio Vasquez-Portillo.
Q. And his date of birth shows as January 4th, 1993, correct?
A. That's correct.
Q. I'm showing you 11-B.
What do we see in this photograph?
A. This is the wallet that was recovered from the decedent, to include his ID and the resident card.
Q. I notice it's on this brown paper again.
A. Yes. This is photographs that are taken back at our processing room.
Q. I'm showing you 11-C.
What do we see in 11-C?
A. This is to denote the interior of the wallet, that there was currency within it.
Q. And how much currency did the victim have on his person?
A. I'd have to refer to the report for the exact amount, but in this photograph you can see a $100 bill within the wallet. I believe he had an additional $5 in his pocket, as well.
Q. I'm showing you Government's 11-D.
What does this photograph show?

A. This is to denote all of the U.S. paper currency.
Q. And again, this was located in the victim's -- somewhere on the victim's body?
A. This was within his pockets, yes.
Q. Now, you mentioned the medical examiner arrived when you were on scene?
A. Correct.
Q. Did they investigate the death or investigate the body on scene?
A. The medical examiner, forensic investigator, documents the overall photographs of the scene. Then they document the decedent, primarily.
Q. Okay. Do they remove the clothing from the victim on the scene?
A. In 2015, their policy was not to disrobe the decedent.
Q. Okay. So at some point did you learn that they, in fact, had additional property for you to collect?
A. I did.
Q. What additional property did you learn had to be collected from the medical examiner?
A. For homicide individuals, they have their clothing, which I collected, hair standards, fingernail clippings, a buccal swab, which is the interior swab of your mouth, fingerprint cards, palmprint card, as well as the hand bags, the sheet that he was wrapped in and what's referred to as an S-back.

Q. Did you respond to the medical examiner's office to collect that clothing?
A. I did.
Q. And did you impound that clothing, as well?
A. I did.
MS. SMUKLER: One moment.
(Discussion was held off the record.)
MS. SMUKLER: At this time the government moves Exhibit 12, which is a composite comprising of A through R, into evidence, without objection.
THE COURT: Is that correct?
MR. ROSENBAUM: No objection.
THE COURT: Very good. That'll be admitted at this time.
(Government Exhibits 12-A through 12-R were received in evidence.)
BY MS. SMUKLER:
Q. I'm showing you Government's Exhibit 12-A.
What do we see in this photograph?
A. This is a pair of white socks.
Q. And where was this recovered from?
A. These belonged to the decedent.
Q. So the medical examiner's office would have given these to you?
A. Yes.

Q. I'm showing you Government's Exhibit 12-B.
What do we see in this photograph?
A. This is a pair of white sneakers that were collected from the decedent.
Q. I'm showing you Government's 12-C.
What do we observe in this photograph?
A. They're the same sneakers, looking at the heels of both.
Q. I'm showing you 12-D.
A. The sneakers again. This is the instep, or the inside of the foot, with a photographic scale.
Q. And again, these were located on the victim's person?
A. Yes.
Q. I'm showing you 12-E.
A. This is another photograph of, I believe, it's the left foot, the left shoe.
Q. I'm showing you Government's Exhibit 12-F.
What do we see here?
A. This is the sole of one of the shoes.
Q. I'm showing you 12-G.
A. Again, the side photograph of one of the shoes, with photographic scale.
Q. And again, does this appear to have -- all these pictures appear to show a blood-like substance on the victim's shoes?
A. Yes.
Q. And I'm showing you 12-H.

What do we see?
A. This is another side of the shoe, with the areas of BLS.
Q. Showing you 12-I.
What do we see?
A. This is the other shoe, the sole of the shoe.
Q. I'm showing you 12-J.
What is this?
A. This is the decedent's underwear. Each area marked with an arrow denotes a defect. Defect is either a rip, a tear, a hole, or an area that should not be within the clothing.
Q. And could that then denote a stab wound as well or an area where they had been stabbed?
A. That is a possibility, yes.
Q. I notice that the boxers are two different colors.
Do you know why that is?
A. Yes, the red area denotes the area of the fabric that's been saturated with potential blood.
Q. I'm showing you 12-K.
What do we see in 12-K?
A. This is the front overview of the pants that the decedent wore. Again, the same areas on the front that are marked with arrows denote areas of defects, possible rips, tears.
Q. And I notice these are also two different colors.
What does that denote?
A. Again, the areas that are primarily red in color are

saturated with potential blood.
Q. I'm showing you 12-L.
A. The -- this is the same pair of pants, however, it's the back side of the pants. Again, every arrow denotes a potential detect. And the discolored areas in red are potential blood.
Q. I'm showing you 12-M.
A. This is a closer view of the back side of the pants and the arrows marking potential defects.
Q. Showing you 12-N.
A. This is the T-shirt that the decedent wore. This is the front of the shirt. It was originally white. All the areas in red are potential blood. All of the areas marked with arrows are areas of defects.
Q. Is this the shirt we saw rolled up on the victim's body when you arrived on the scene?
A. It was.
Q. I'm showing you 12-O.
A. This is just another view overall, to include the lower portion of the shirt.
Q. And again, each of these arrows depicts a marking or --
A. A hole, a rip, a tear.
Q. I'm showing you 12-P.
What do we see in 12-P?
A. So this is an overall of the back of the shirt. And again, every arrow denotes a rip, a hole, a tear.

Q. I'm showing you 12-Q.
A. This is an upper view of the rear of the shirt, again, with all of the arrows denoting rips, tears, or holes in the shirt.
Q. And I'm showing you 12-R.
A. This is a closer overview of the upper middle back, again, showing all of the potential rips, tears, or cuts within the shirt.
Q. Now, were each of these items of evidence also collected and impounded?
A. They were.
Q. And prior to court today, did you observe the shirt, the boxer, the pants, and the shoes that had been collected and impounded?
A. Yes.
Q. And were those fairly and accurately -- or in the same condition as when you collected them?
A. Relatively, yes.
Q. You say "relatively." What does that mean?
A. Meaning that it doesn't have all the same markers that I placed on them.
Q. Okay. So outside of the markers that were added, are those items of clothing in the same condition as when you collected them?
A. Yes.
MS. SMUKLER: At this time the government would move

Exhibits 13, 14, 15, and 16 into evidence.

MR. ROSENBAUM: No objection.

THE COURT: All right. Those will all be admitted at this time.

(Government Exhibits 13, 14, 15 and 16 were received in evidence.)

BY MS. SMUKLER:

Q. I'm showing you Government's 13.

What do you see in this photograph?

A. This is the T-shirt that I collected. The top bag is the medical examiner's bag. And then -- yes. The bottom bag is my evidence bag that all of the items were in.

Q. So it's given to you in this bag, and then you impound it in this bag?

A. Correct.

Q. You mentioned that there are markings that were not present when you impounded the shirt?

A. Correct.

Q. What are those markings?

A. The orange flags that are on the shirt presently were not placed by me. And all of my markings, all of my smaller arrows in the photos, are not on the shirt.

Q. So is it fair to say that there are actually more markings than what is depicted with these orange flags?

A. Oh, yes.

Q. Okay. And is this the back of the shirt?
A. That's the back of the shirt.
Q. And again, would you say there are more markings than are shown with these orange flags?
A. Many more, yes.
THE COURTROOM DEPUTY: Can you use a mic, please?
BY MS. SMUKLER:
Q. I'm showing you Government's Exhibit 13 -- I'm sorry -- 14.
What do we see in this exhibit?
A. These are the pair of pants that the decedent wore. The top paper bag from the medical examiner's office. And then my evidence bag at the bottom.
Q. How do you know that's your evidence bag?
A. I can see, for one, the biohazard sticker, which I placed, and also the white sticker that's part of our barcode system.
Q. I'm showing you Government's Exhibit 15.
A. This is the pair of underwear. The top bag is the medical examiner's bag, and the bottom bag is my evidence bag.
Q. And the arrows denoting the markings or wounds or stab marks have been removed at this point.
A. Correct.
Q. Do you remove them prior to impounding the items?
A. I personally leave them on and fold paper into it in case it needs to be viewed again in the future.
Q. I'm showing you Government's Exhibit 16.

A. This is the pair of shoes, and my bag -- well, my original evidence bag and the wrapping that I wrapped each shoe in.

Q. Now, when you first responded to the scene, did you notice whether the victim had a gunshot wound?

A. Initially, when viewing him, I did not locate any type of gunshot wounds. However, when I located a spent shell casing, then I started looking for a potential gunshot wound.

Q. And where did you ultimately see a gunshot wound?

A. On scene, with the assistance of the medical examiner, we discovered that there was a potential gunshot wound to one of the eyes.

Q. Okay. So I'm showing you Government's Exhibit 7-B.

That would be the back of the victim's head; is that correct?

A. Correct.

Q. So you observed an entry wound and then an exit wound; is that right?

A. That's correct.

MS. SMUKLER: Oh, I'm sorry. If I can have the ELMO -- or the HDMI. The HDMI. Sorry. Thank you.

BY MS. SMUKLER:

Q. So I'm showing you Government's 7-B.

Would this be the exit wound?

A. This is showing the projectile.

Q. And where was the exit wound in relation to this picture?

A. Above, on his head.
Q. Okay. In the back of his head?
A. Correct.
Q. And where was the entry wound?
A. To the eye.
Q. And that would be in the front.
A. Yes.
Q. Okay. Did you notice any additional -- anything of significance in relation to the entry wound?
A. In regards to --
Q. Stippling. Did you see --
A. Yes, I did notice some stippling, which is referred to -- it's a black marking. It's typically seen around a close contact wound.
Q. Okay. So I'm showing you Government's Exhibit 7-A.
Does this show the exit wound?
A. Yes.
Q. Okay. And that's the back of the head?
A. Correct.
Q. I'm going to show you Government's Exhibit 3.
That's 3-I. Does this show the entry wound?
A. It does.
Q. And where is that?
A. Would you like me to mark it?
Q. Please.

A. The top lid of the left eye, you can see a partially circular wound, and the eye is sunken inward. You can also see the stippling in that (indicating).

Q. In addition to see if you could locate fingerprint evidence, did you do anything to attempt to collect DNA?

A. I did.

Q. What did you do?

A. The areas of BLS were swabbed on scene, as well as each hand and wrist, and lower arm was also swabbed for potential presence of DNA.

Q. And are you the person who then processes those items to determine if they, in fact, have DNA?

A. No, I am not.

Q. Okay. So then those items are impounded.

Who determines if they should be collected -- tested for DNA?

A. Typically, the lead deputy or lead detective would request those to be processed for a DNA profile, and then our PBSO lab would either test those or have them sent out to an individual lab.

MS. SMUKLER: Okay. I have no further questions. Thank you.

THE COURT: Thank you very much.

Ladies and gentlemen, we're going to go ahead and take a break at this time, before any cross-examination. So if you

would please go ahead and leave your notepads in your chairs. All right? We're going to go ahead and see if we can bring you all a little bit of coffee for those who want. It'll be brought to you in the jury room. And go ahead and use the restrooms, stretch out. We'll bring you back in to complete this witness.

You are excused at this time.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 11:02 a.m.)

THE COURT: You're free to step down, if you need to.

THE WITNESS: No, I'm fine.

THE COURT: Let's go ahead and give everybody also about a ten-minute break here, if anyone needs to use the restroom. Okay? Thank you.

(Court recessed at 11:03 a.m.)

(Back on the record at 11:19 a.m.)

THE COURT: All right. Please be seated, everyone.

We can go ahead and round up our jurors, please. They should be ready. Thank you.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury enters at 11:19 a.m.)

THE COURT: All right. Please be seated, everyone. I think I'm missing only one.

All right, folks. We're going to go ahead and turn it over now to defense counsel for cross-examination of the

witness.

Mr. Rosenbaum?

MR. ROSENBAUM: Thank you, Your Honor.

CROSS-EXAMINATION

BY MR. ROSENBAUM:

Q. Good morning.

A. Good morning.

Q. You used the term "BLS"?

A. Correct.

Q. What does that mean?

A. Blood-like substance or a blood-like stain.

Q. All right. And you pointed that out in some of your photographs that it was on the ground, correct?

A. Correct.

Q. Okay. You took samples of that?

A. Yes.

Q. Okay. And you took it from all the places where you saw BLS on the ground?

A. No.

Q. How many places did you take it from?

A. I'd have to refer back to the report, but I know I did the area within the roadway and under the decedent.

Q. Under the decedent.

Okay. And you said you took samples from the decedent?

A. On scene I swabbed his left hand and wrist and lower left

arm, the right hand and wrist and lower foreman.
Q. Okay. And you swabbed it for what? What purpose?
A. Palm Beach County Sheriff's Office swabbed for what's called touch DNA. It's for DNA that may be left with any type of physical contact from someone. It was unknown if the individual, the decedent, had encountered another individual, and by swabbing those areas, there's a possibility of getting DNA from another person on him that should not belong there.
Q. Okay. And the BLS that you swabbed, the same thing there, to see whose blood it was, right?
A. Correct.
Q. Did you do any other collecting other than what you've already told us? You've told us everything you've done?
A. In regards to the BLS or all of my actions?
Q. All of your actions.
A. Did I do anything extra?
Q. Yes. Did you collect anything else you haven't told us about or do any other sampling that you haven't told us about?
A. There were swabs that were taken from other items of evidence that were previously mentioned. The bottles, those were swabbed for the possible presence of DNA as well.
Q. Okay. And you tried to get fingerprints off of them too, right?
A. I did.
Q. Okay. You told us about that already, right?

A. Yes, sir.
Q. Okay. Thank you, ma'am. I appreciate it.
THE COURT: Any redirect?
MS. SMUKLER: No redirect.
THE COURT: All right. Thank you very much.
Thank you so much. You are excused.
THE WITNESS: Thank you.
THE COURT: Government's next witness?
MS. SMUKLER: The government calls Robert Drake.
THE COURT: All right. Come on up, Mr. Drake. We're going to go ahead and have you sworn in just over here, please. Come around the corner.
THE COURTROOM DEPUTY: Please raise your right hand.
(Government witness, Robert Drake, duly sworn.)
THE COURTROOM DEPUTY: Please be seated. Speak into the mic. Say and spell your name for the record.
THE WITNESS: My name is Robert Drake, R-o-b-e-r-t, D-r-a-k-e.
THE COURT: You may proceed whenever you're ready.
MS. SMUKLER: Thank you, Your Honor.

DIRECT EXAMINATION

BY MS. SMUKLER:
Q. Can you please introduce yourself to the members of the jury?
A. My name is Robert Drake. Currently I am employed by the

Florida Attorney General's Office as an investigator.
Q. How long have you been an investigator with the Attorney General's Office?
A. I just came out of retirement last February. A year.
Q. Prior to retiring -- or what did you do before you retired?
A. I was 23 years at the Palm Beach County Sheriff's Office, and before that for 9 years with South Bay Police Department as a sergeant.
Q. Okay. So let's talk first about South Dade.
When did you become an officer of South Dade Police Department?
A. South Bay.
Q. South Bay. I'm sorry. South Bay.
A. In the '90s. I don't recall the exact date.
Q. Okay. And how long did you say you were there?
A. About nine years.
Q. And what position were you in when you left?
A. Sergeant.
Q. Okay. And you said you did 23 years with Palm Beach Sheriff's Office?
A. That's right.
Q. And what positions did you hold at the Palm Beach Sheriff's Office?
A. Road patrol, gang unit detective, and ultimately robbery. And then eventually, the last couple decades as a homicide

detective.

Q. What is the job of a homicide detective?

A. At the Palm Beach County Sheriff's Office, we handle all violent crimes, not just homicides. Also death investigations, also shootings that could lead to serious injury or death, and certain accidents, OSHA accidents.

Q. How long were you a detective investigating homicides?

A. More than a decade and a half. More than 15 years.

Q. Okay. So I imagine you can't give me an exact number, but approximately how many homicides did you investigate during your career?

A. Solely, more than 100 that were mine in particularly. But we have a squad of five with a sergeant, and you -- probably another 200 as an assist, and then my squad, at least that many more. So 500 over that period of time.

Q. In May of 2015, specifically May 2nd and 3rd of 2015, were you working as a detective in the Palm Beach Sheriff's Office as a homicide detective?

A. I was.

Q. Okay. And were you directed to respond to 19677 120th Avenue South in Boca Raton on that date?

A. Yes. In unincorporated Boca Raton, in the morning.

Q. You said you responded in the morning.

When you arrived, who was there on scene?

A. Sergeant and the other people in my squad and also Crime

Scene Investigator Chehab. If I mispronounce her name, forgive me.
Q. It's okay.
Do you know what sergeant was on scene?
A. There were several sergeants on scene. I don't recall which ones were there.
Q. It's okay.
And had a perimeter already been established when you arrived on scene?
A. Yes. There was yellow crime scene tape surrounding the perimeter. There were also several green and white Palm Beach County Sheriff's Office vehicles there, uniformed deputies, and crime scene van with the investigator.
Q. Now, is a homicide detective called out to every scene where someone is deceased?
A. No.
Q. So when is a homicide detective called out?
A. So when they're not usually called out, it is an attended death. But anything beyond that, then we would respond.
Q. So were you initially called out when there was a 911 call, or did someone later call you to respond?
A. The 911 call came from a fisherman, and road patrol responded to the scene and then saw what was obvious to the officer, by his account, that it was a homicide.
Q. Okay. And how is it that you ended up as the homicide

detective of this case?
A. Just in the rotation, no other reason.
Q. So what does that mean for the jury, what the rotation means?
A. Sure. We have -- again, we have five members of the squad. The sergeant will assign you in rotation or, occasionally, a detective may have a large case that they're working and maybe taken out of rotation at that time.
Q. Okay. What did you do when you arrived on the scene?
A. I made contact with the initial officer. I don't recall his name, forgive me. He briefed us on -- briefed us en masse on the circumstances of his response from the 911 call. That was the first officer on scene.
After that, I viewed the crime scene from outside the perimeter while a crime scene investigator was documenting certain items with -- photographically. And then I entered the crime scene and walked it with her.
Q. Now, when you said that the crime scene investigator was photographically documenting the scene, were you directing her as to what to photograph, or is that something she does on her own?
A. So it's kind of a hybrid thing. She will document establishing photographs of the scene from different angles to give perspective. Anything that appears obvious to her, like the decedent, she'll photograph that. And then, yes, I will

direct her to photograph things that I am interested in also.
Q. Okay. Are you involved -- or is the victim moved while you are on scene?
A. Eventually, yes, but I'm not involved in that at all.
Q. Okay. Who is involved in that?
A. The medical examiner's office responds. The victim still is laying how the victim was found by law enforcement. The medical examiner's office comes out, and at that point they have sway about what happens with the victim at that point. They will examine him at the site, bag his hands, and then they are responsible with their removal people to move the victim. At that point, also, crime scene is on scene, taking their own photographs, as are the medical examiner and the investigators.
Q. I'm showing you what's in evidence as Government's Exhibit 3-A. If we can have it for the jury, as well.
I'm showing you Government's Exhibit 3-A.
What are we looking at in this photograph?
A. Gerson Portillo, who I learned his identify from the wallet in his pocket.
Q. And is it your understanding that this is how he was discovered by law enforcement?
A. Yes.
Q. Okay. Now, how would you describe this area?
A. Sure. It's a -- it's a pretty nasty feeder canal. It's full of water plants and trash and garbage. But people fish

there. On the south aspect of that, there's a berm that separates it visually from a development. I don't recall the name of the development, but it's a standard South Florida development that you might see. You're actually looking south from that berm, or from that canal now, towards the victim.

Q. And that's Government's Exhibit 1-I.

A. And on that side of the canal is all horse country. They're all 5-, 10-, and 20-acre ranchettes, lots of equestrian people and stable hands that live there.

Q. I'm showing you 1-G.

A. So this is looking from -- we're looking from west of the scene towards the east. That's where we would be entering the area. This aspect in the left corner, you see a row of trees and a berm, that's the canal. It stretches towards this -- the front of the screen. If you look towards the bottom left corner, that's a type of boat ramp, and it appears to be for maintenance of the canal.

Q. Showing you 1-B.

A. Yes. So now we're looking towards the north. We'd be almost in the front yard of that house that we just saw in one of the last slides. That is Gerson there, laying supine on the edge of the berm. And then the canal is just beyond him.

And now we're looking from the east to the west, and Gerson -- it's difficult maybe to see, but right above your government exhibit yellow square, Gerson is about three inches

up there, on the slight bank of the canal.
Q. You can actually mark the screen. It'll show color.
A. Oh. So he's right there (indicating).
Q. Now, you mentioned that the crime scene investigator was taking photographs.
Do you oversee anything that the crime scene investigator collects or documents on scene?
A. What do you mean "oversee"?
Q. Do you direct the crime scene investigator to collect evidence?
A. Yes, I -- on occasion. I mean, if that's something obvious, she's going to collect it. But she's going to notify me prior to doing it, especially if it's something that's of obvious evidentiary value. Now, there may be some things like trash or rubbish or bottles that I find necessary to collect, and they may not have any involvement in the case at all down the road. But I don't know that at this point.
So yes, I do direct her to collect some items. She'll also confer with me about things that she thinks should be collected, and I'll also either concur or disagree.
Q. Is it fair to say when you are on scene, you know nothing about who committed this crime or the motive for the crime?
A. Absolutely.
Q. Okay. I'm also going to show you Government's Exhibit 4.
What are we looking at in this photograph?

A. So we are almost in that same yard that we saw the house where the crime scene van was marked previously. We're kind of looking in a southwest direction. And that's Gerson right there (indicating). But we're also -- there's also some important things here and here.
Q. And what are those items?
A. Socks.
Q. Okay. At this point in the investigation -- you said "important." You didn't know if they would or would not be important to the investigation?
A. Correct. I mean, important in relevance to what was being collected.
Q. Okay.
A. It was just -- it -- it was something that didn't look like it belonged there.
Q. Okay. And what are we looking at in 4-B?
A. What I believe, based on my training and experience, to be drag marks. Do you want me to indicate them?
Q. Yes, please.
A. Here and here (indicating), and it goes consistent -- and also some disturbed soil down -- go back, please. Disturbed soil down here. And it goes in the direction of where the decedent was discovered.
Q. Now, crime scene actually collected a variety of items, other socks, shoes, bottles.

Are you aware of that?
A. Yes.
Q. Okay. And was that at your direction, or was that something crime scene did on their own?
A. I wanted it collected.
Q. Okay. And at that point did you know if they would have any value ultimately in the investigation?
A. No. No.
Q. Okay. Now, did you canvass or direct someone to canvass the scene for potential witnesses?
A. Yes.
Q. What was the result of that?
A. I spoke with the 911 caller that was still on scene. That was the fisherman. I also spoke with two neighbors that were near the scene. None of them knew the victim, and none of them gave us any other information that would give us investigative leads.
Q. Did you canvass for potential surveillance video?
A. Yes. I directed other detectives to canvass the area, and we did that.
Q. And did that lead to any significance evidence in this case?
A. No, it did not.
Q. Okay. You mentioned that you learned the victim's name.
Can you just clarify how you learned the victim's name

initially?
A. Yes. He had a wallet on him with a Florida driver's license.
Q. So with that information, were you able to make a notification to the victim's family?
A. Yes. His father lives in North Miami, and we went -- I'm sorry. Miami Gardens, possibly. And we went there and made contact with him there, expecting that that was -- that was the address on Gerson's license, was his dad's address.
Q. And did you learn whether he actually -- the victim actually lived there or was living there?
A. He was not -- he was not living there. He directed us -- he didn't know exactly where he lived. He lived in Lauderdale. And he directed us to Rosa, Gerson's mother, who after contacting her gave us where he was actually living with two roommates.
Q. Okay. And do you remember the address where he was living at the time?
A. No. But I could refresh my memory from the report.
Q. Yes. One moment.
Do you have a copy there?
A. Yes, I do.
MS. SMUKLER: Is that okay with Your Honor, if he refreshes his memory?
THE COURT: Yes.

THE WITNESS: Yes, I have it.
BY MS. SMUKLER:
Q. And what was the victim's address?
A. 7700 Southwest 10th Court in the city of North Lauderdale.
Q. Okay. Did you learn who the victim lived with?
A. Yes.
Q. And did you speak to the people he lived with?
A. Yes, I did.
Q. And what did you learn or where did that lead you in your investigation?
A. Yes. So he had two roommates. I mispronounce their names, I'm certain. But Perdomo was one that went with Gerson to the Manny/Pacquaio fight in Pompano at a club called the Tropicana. They had gone there with some friends from work. They were drywallers. And they all went with another group of construction people. They stayed there for several hours watching the fight, and then returned home. Pre dome oh went to bed, and he believed at the time that Gerson went out.
Q. And did you learn what the victim's mode of transportation was?
A. Yes. He had a bicycle. He didn't have a vehicle.
Q. And was the bicycle still at the home?
A. No, it was not.
Q. Was the bicycle ever found?
A. No.

Q. Okay. And was it your understanding that the victim had left on his bicycle?
A. That's what we suspected, yes.
Q. Okay. Did you later receive additional evidence confirming that the victim had, in fact, been on a bicycle?
A. We learned from another neighbor that they had seen him after 4 o'clock in the morning, which was consistent with Gerson arriving home from Tropicana, according to pre dome oh. And the neighbor described Gerson as being very intoxicated, being on the bicycle, and that they had visited for a short time and he went southbound from the scene.
Q. And do you remember where those individuals lived or where they had seen the victim?
A. Yes. I could look at the report.
MS. SMUKLER: If that's okay with Your Honor?
THE COURT: You may.
THE WITNESS: Yes. At 5814 Southwest 10th Avenue in the same city. That is about a block from where Gerson lived, due west of Gerson's house.
BY MS. SMUKLER:
Q. And did they see the victim leaving on his bicycle?
A. He arrived on the bike, and they stated that he departed on the bike.
Q. Okay. Now, did you learn whether the victim had a phone?
A. He did have a phone. He had a MetroPCS phone that both

Rosa and his father described as being disconnected. They didn't know if he wasn't paying the bill or what. But he didn't have the phone on him at the time.
Q. Okay. Now, you mentioned a club -- Tropicana, or Tropicante?
A. Yes.
Q. Was there any other evidence that you observed on scene linking the victim to that club?
A. Well, he had a wristband when we discovered him.
Q. Okay.
A. Other than that, no.
Q. Okay. So did you visit that club to see if there was any additional evidence you could learn from visiting?
A. Yes, we did. We went there -- I did personally -- with another detective and we looked for video. We viewed video, but there was nothing of any obvious evidentiary value.
Q. Okay. Now, we talked about the items of evidence that were recovered from the scene.
Did you send any of those items to be forensically analyzed?
A. Yes. They were submitted. There was a 45-caliber shell casing. Also, a projectile. Also other numerous items for forensic DNA testing.
Q. And as a lead detective, did you receive reports of that analysis?

A. Yes, either way. Either negative or positive results, yes.
Q. Did any of the results further or lead to any additional investigative leads?
A. No.
Q. Okay. Did you try to hand out flyers or do anything additional to get additional evidence that could lead you to a suspect in this case?
A. Yeah, we passed out probably 500 door hangers. We did multiple canvasses of the area. The area has -- is -- it's very diverse. There are Creole people there. There are Latino people there. And there are also Portuguese -- I mean, there's a lot.
So I went down there multiple times with different native speakers, other detectives, to make sure that we could communicate effectively.
Also, we used the Lauderdale Police Department, which also has Creole and Latino people there that could also communicate with us and the potential witnesses.
Q. And were you able to learn any additional details or information that led you to a suspect in this case?
A. No.
Q. There was also a receipt that was located on scene.
A. Yes.
Q. Did you follow up with that?
A. Yes. It was a receipt from a Chinese or an Asian market.

Forgive me, I'm not sure if it was -- what it was titled, but, yes, there was a receipt. We were able to track it to a credit card number.

We found it belonged to a man that lived in Boca, not too far from it. We did communicate with that individual. We learned that he often fished down there, possibly why the receipt was there. The receipt was part of the trash that we picked up.

Q. And so were you able to eliminate him as a potential subject in this case?

A. Yes. Yes. He had actually said he was there with his father a few days prior to that. We were able to confirm those things investigatingly, and we were able to clear both of them as being anything that we were interested in.

Q. So at some point, did you run out of potential leads or evidence linking you to possible subjects in this case?

A. Yes.

Q. And did the case become a cold case at some point?

A. It did.

Q. When was that?

A. Several months after. I kept it active for probably three months, and at that point we had zero leads. We had no calls. We had no Crime Stoppers.

I might add on the door hangers, there is a reward listed. There is my direct contact line to my cell phone, my sergeant,

and also the 1(800) anonymous tip line. None of us got any calls regarding that.
Q. Now, when a case goes cold, what is it -- what happens to the case?
A. It's revisited occasionally. It's compared to other cases for similarities. Also, contact between the detective and the forensic lab will be occasional to revisit to see if there's anything else that can be reexamined, which was going on for several months. And then, eventually, it went to the cold case unit.
Q. Now, cold case unit, does that mean that a different detective gets the case?
A. Yes. And they'll review it with me, which they did. And because of the limited amount of information that we had, there was really no leads for them to follow up that I hadn't already done. It's a second set of eyes.
Q. So at some point did you learn that there was additional evidence or a potential witness to this crime?
A. I did.
Q. When was that, approximately?
A. Well, more than a year later. I don't recall the exact date I was contacted.
Q. Could it have been several years later?
A. Yes.
Q. And who contacted you?

A. The FBI.
Q. And did you attend any meetings with a potential witness with them?
A. Yes.
Q. And did you learn that the witness had information that had not been public?
A. Yes. There were several intimate details of the scene that only the detective or the people that were at the scene or the perpetrators would have known.
Q. Okay. Let me ask you: You mentioned that there's flyers that are given out or Crime Stoppers. Did that material include details regarding the investigation of the scene?
A. No. The door hanger would be the victim's photo, the recent photo, a reward. It's not a big reward. It's, I believe, about 10,000, 5- to 10,000. And then it would have our numbers, and that would be all. And that there was a murder.
MS. SMUKLER: One moment.
THE COURT: Sure.
(Discussion was held off the record.)
BY MS. SMUKLER:
Q. Do you remember the name of the individual that you visited with the FBI to get additional information?
A. No, I don't.
Q. And did that individual mention anything about the bicycle

that we previously mentioned?
A. Yes.
Q. What did he say?
MR. ROSENBAUM: Objection. Hearsay.
THE COURT: Sustained.
BY MS. SMUKLER:
Q. Did he know about the bicycle without being told about it?
A. Yes.
MR. ROSENBAUM: Objection. Hearsay.
THE COURT: Overruled.
BY MS. SMUKLER:
Q. I just want to clarify --
MS. SMUKLER: One moment.
If I can have the ELMO -- I'm sorry, HDMI.
BY MS. SMUKLER:
Q. I'm showing you Government's Exhibit 10-P. Is this the receipt that you investigated to determine if there were investigative leads that could be determined?
A. I don't know that, just looking at it like that. I can't say.
Q. Okay.
A. There's -- may I add?
Q. Yes.
A. It's -- it would have been documented, unfolded, and photographed again.

Q. Okay.

A. I'm confident.

Q. And to be clear, regarding the additional evidence that was forensically examined, you never were able to glean additional leads from that evidence?

A. Correct.

MS. SMUKLER: I have no further questions. Thank you.

THE COURT: Cross-examination.

MR. ROSENBAUM: I have no questions.

THE COURT: Thank you.

Thank you very much, sir. You are excused, Mr. Drake.

Let me get a brief sidebar, if I could.

(The following proceedings were held sidebar:)

THE COURT: All right. So we're just before noon.

Mr. Dobbins, that one witness that we talked about yesterday, that might need some accommodations, is that the one we're thinking of calling, or are you thinking Tirado-Silva?

MR. DOBBINS: No, we have Tirado-Silva. My understanding is he's -- he should be in the back. I can confirm with the marshals or you could excuse them early for lunch. But I told them to have him here at 11:00, so my understanding is he is here.

THE COURT: I would like to, if possible, go to 12:30. We can get a little bit of him started.

MR. DOBBINS: Sure. I just need to confirm with the

marshals he's back there.

THE COURT: Go ahead and check and let me know. All right?

(Proceedings returned to open court.)

THE COURT: Ladies and gentlemen of the jury, just confirming our next witness here. So you-all know, my plan is to break at 12:30 no matter where we're at. We'll break for lunch.

So just hang in there with me one second. We're going to confirm our next witness. We'll see how far we can get before we break at 12:30.

And then I have a proceeding at 1:00 o'clock, so I will probably have everybody come back around 1:45. So you'll have about an hour and 15 minutes for lunch. Okay? All right.

MR. DOBBINS: Your Honor, I'm told it will be about five minutes and then the witness will be here.

THE COURT: Okay. Very good.

Let's go ahead and do this, folks, if you want, might as well take advantage of it. Just five minutes. If anyone needs to use the restroom, use it now because we're going to go right until 12:30, maybe a minute or two after.

Leave your notepads in your chairs, okay? We'll bring you right back out when the witness is ready to go and then we'll get started. You are excused.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 11:53 a.m.)

THE COURT: Please be seated, everyone. If anyone needs a moment to use the restroom.

Remind me again, Mr. Dobbins, do we need a Spanish interpreter for our next witness?

MR. DOBBINS: No, Your Honor.

THE COURT: That's what I thought. I just wanted to confirm.

MR. DOBBINS: We have hired the Spanish interpreter for our one flip, and that would be Melvin Cruz-Ortiz.

THE COURT: Okay.

MR. DOBBINS: He's the only one that requires a Spanish interpreter.

THE COURT: Okay. That's the only one. I just wanted to confirm, because I know that might take a minute to set up too. All right.

MR. DOBBINS: I apologize, Your Honor. I thought that witness was going to go a little longer. Otherwise, I would have let the marshals know ahead of time.

THE COURT: No, no, it's okay. We can wait the five minutes and get him ready to go, and we'll be able to make some headway here before 12:30. We're good.

As soon as he's ready, just let me know, and I'll bring the jurors back in.

(Court recessed at 11:54 a.m.)

(Back on the record at 11:59 a.m.)

THE COURT: All right. We're going to bring in our jury, and we can get started.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury enters at 11:59 a.m.)

THE COURT: Please be seated, ladies and gentlemen.

Mr. Dobbins, government's next witness?

MR. DOBBINS: Your Honor, the government calls to the stand, Wilson Tirado-Silva.

THE COURT: Gracie, if you could please swear in Mr. Tirado-Silva.

THE COURTROOM DEPUTY: Yes, Your Honor.

Please raise your right hand.

(Government witness, Wilson Tirado-Silva, duly sworn.)

THE COURT: You may be seated.

DIRECT EXAMINATION

BY MR. DOBBINS:

Q. Sir, could you please state your name and spell your last name for the record?

A. Wilson Tirado, T-i-r-a-d-o.

Q. All right. Can you tell the members of the jury where you were born, sir?

A. Dominican Republic.

Q. And how old are you?

A. I'm 31.

Q. When did you come to the United States?
A. 2004.
Q. And how did you get to the United States?
A. On a plane.
Q. Who did you come with?
A. Just my dad.
Q. When you came to the United States, did you have some sort of visa or permission to come to the United States?
A. Yes, I had a visa.
Q. Okay. And how old were you?
A. I was ten.
Q. And when you came to the United States, where did you live?
A. Broward County.
Q. Do you recall what part?
A. Oakland Park.
Q. And who did you live with?
A. With my dad, my grandpa, and my auntie.
Q. Can you tell the members of the jury how far you've gone in school?
A. Ninth grade.
Q. And what happened in ninth grade? Did you drop out or you --
A. Well, in tenth grade I got kicked out.
Q. Sorry, so you completed the ninth grade?
A. Yes.

Q. And in tenth grade you were kicked out for what?
A. Missing too many days, my grade was not really so good.
Q. So I notice that today you're wearing that brown jumpsuit there.
Where are you currently living?
A. In FDC Miami. That's a jail.
Q. That's the Federal Detention Center?
A. Yes.
Q. Why are you in the Federal Detention Center?
A. I got convicted for a homicide.
Q. All right. Before we get into your convictions, let's talk a little bit more about when you were growing up in Oakland Park.
What schools did you go to in Oakland Park?
A. I went to Oakland Park Elementary, Booker Middle, and Northeast High.
Q. And when you were going to middle school and high school, did you start hanging out with any gangs?
A. Yes.
Q. What gang?
A. MS-13.
Q. Okay. And what was the name of the -- well, let me ask you this: Were they just called MS-13, or did they also have another name?
A. There was the one that was called --

Q. I just need you to slow down when you're speaking so that the court reporter can understand what you're saying. Okay?
A. There was one that was called Oakland Park Locos Salvatruchas, or OPLS.
Q. Thank you.
And what did -- we'll just call them OPLS. What did OPLS -- what did you do for them?
A. We were just hanging out, you know, a bunch of friends from school, people that knew each other from the Oakland Park area.
Q. Okay. And were they teaching you anything about MS-13 or the gang?
A. They were all from El Salvador, so they were just telling me about the gang.
Q. Okay. Now, I notice you said you were from the Dominican Republic.
Did that cause a problem as far as joining or being -- being associated with OPLS?
A. No, not really.
Q. Okay. Why not?
A. It's just, you know, everybody that hang out, you know, know Spanish, so that was the main focus of it.
Q. Okay. Now, did something happen -- well, let me ask you this: After you were kicked out of high school, what did you -- what did you do? Did you work or did you do something else?

A. Yes, I worked as a dish washer, but I still hang out with the people that was MS-13.
Q. Okay. Have you used any drugs in the past?
A. Yes.
Q. What drugs?
A. Marijuana.
Q. When did you first start using marijuana, about how old?
A. I was, like, probably 13, 14.
Q. And how often would you smoke?
A. Well, when I was in school, like, probably every other day.
Q. What about once you were kicked out?
A. Well, more recent, because then I started working, and I can by my own weed.
Q. Okay. So more recently, more often than every other day?
A. Yes.
Q. Okay. Now, did there come a time when you were an adult, after you turned 18, that you were arrested for something?
A. Yes.
Q. What were you arrested for?
A. Two aggravated battery with deadly weapon.
Q. And what happened there?
A. There were this guy that used to be part -- well, he used to hang out with MS-13, but then he just disappear out of nowhere. So when I saw him in the area of Oakland Park, I attacked him.

Q. Okay. I just need you to just slow down just a little bit. You're speaking very fast. Okay?
A. All right.
Q. I just want to make sure everybody understands what you're saying.
A. Okay.
Q. So why did you attack this person who had been part of MS-13?
A. Because he disappeared without saying anything.
Q. Okay. And why -- but why you? Why were you permitted to do that?
A. Well, I was really the only one that saw him.
Q. Okay. At this point were you a homeboy or a member of MS-13?
A. Yes.
Q. Okay. So were you a member of OPLS?
A. Yes.
Q. Did they jump you in?
A. Yes.
Q. Can you tell the members of the jury what jumping in involves?
A. Jumping in is when you get a 13-second beating.
Q. Okay. Now, as a member or homeboy of MS-13, why was it that that other person -- you were permitted to attack that other person where were you charged?

A. Because that was, like, a violation, because he just left without telling anybody nothing.
Q. So that other person left without telling anybody.
A. Yes.
Q. Did that other person have a name or nickname that you knew about?
A. His name was Javier.
Q. Okay. And so because he left without telling anybody, was there any sort of punishment or order that was issued by OPLS?
A. Yes. It was a punishment for not saying what was going on with him, that he wanted to stay or just, you know, come down.
Q. And who issued the order?
A. The head.
Q. What's the head called?
A. His nickname used to be Dickies, like the shirts.
Q. Okay. And was deacon -- did he have a special rank within OPLS?
THE COURT: I think he said Dickies, like the shirt, not deacon.
MR. DOBBINS: Oh, I thought he said "church." I apologize.
THE COURT: It's all right.
MR. DOBBINS: I'm sorry.
BY MR. DOBBINS:
Q. So Dickies was the name.

A. Yes.
Q. All right. So what was Dickies' rank within OPLS?
A. He was the First Word.
Q. Okay. Can you tell the members of the jury what the First Word is?
A. The First Word is the one that in charge of everything, making sure everything is going accordingly, how it's supposed to be run.
Q. All right. So you were charged with the two aggravated batteries. What happened?
A. I got probation for that.
Q. Okay. And what was some of the conditions of your probation?
A. I have one-year community control and five-year probation.
Q. Okay. And did there come a time when you decided you didn't want to be on probation or there was something that made you worried about probation?
A. No, not really.
Q. Okay. Did there come a time when you left Oakland Park and South Florida to go somewhere else?
A. Yes, I left to New York.
Q. Okay. Why did you go to New York?
A. I violated the community control.
Q. How did you violate community control?
A. I was playing soccer at a park.

Q. And why was that a violation?
A. Because I was not supposed to leave the house.
Q. Okay. So when you violated probation by leaving the house, where in New York did you go?
A. Manhattan.
Q. Around how old were you when you went to New York?
A. I was, like, maybe 20.
Q. Okay. So you go to New York City. You're in Manhattan.
What did you do when you got there?
A. I contact somebody from El Salvador, from MS-13, so they can connect me for the -- to the MS-13 in New York.
Q. And why did you do that?
A. So I can stay affiliated with them.
Q. Okay. Who did you contact in El Salvador?
A. This guy they called Shorty.
Q. Okay. And who did Shorty put you in contact within New York?
A. With Poison.
Q. Was Poison in Manhattan, or was he somewhere else in New York?
A. He was in Queens.
Q. Queens?
What happened when you contacted Poison?
A. He told me to, you know, come to Queens so we can -- they can know me, you know, talk to me to see who I was.

Q. And when they went to get to know you, did you find out what part of MS-13 they were in?
A. Yes. They were for -- the clique name was -- it was GLCS.
Q. GLCS?
A. Yes.
Q. Do you know what that stands for?
A. Guanacos Little Cycos Salvatrucha.
Q. All right. So what happens when you go and meet with Poison and GLCS?
A. I start hanging out with them, you know. They start telling me that if I keep hanging out with them, then I will be able to get jumped into GLCS.
Q. Okay. Now, you were already a homeboy of Oakland Park La Salvatruchas, right, which was OPLS?
A. Yes.
Q. So why were they telling you you could get jumped in as GLCS?
A. Because by that time that I left to New York, all the OPLS homeboys, they already separated, come down, which is they didn't participate.
Q. Okay. So OPLS was kind of nonexistent.
A. Yes.
Q. I want to take you back just a bit.
Did you have to do anything to get jumped in as a homeboy in OPLS?

A. No, because really, OPLS, it was -- they didn't really, like, exist like the clique in New York and Virginia. It was a bunch of people just hanging out.
Q. Okay. But now, in New York, with GLCS, what were you learning about the clique there?
A. They were more organized and more, you know, the real MS-13 from El Salvador and all around.
Q. Okay. So did there come a time when you were either jumped in or accepted as a homeboy of GLCS?
A. I was already accepted over there in New York. I really got jumped in in Virginia.
Q. Okay. Well, we'll get through this first.
A. Okay.
Q. So in New York was there a First Word of GLCS that you were interacting with?
A. At that time there were no -- no First Word.
Q. Okay. So did there come a time when you go to Virginia from New York?
A. Yes.
Q. And why did you do that?
A. Well, there was some homeboys from Virginia that came up to see how the clique in New York was doing. So they see there was no organization, everybody was doing their own thing. So they took me to Virginia to give me knowledge, to school me how to become a head and then go to New York.

Q. Okay. So the group of MS-13 homeboys that came to Virginia, what clique were they in?
A. GLCS.
Q. Okay. So they were also GLCS?
A. Yes.
Q. All right. Who were the homeboys that came from Virginia?
A. It was the first -- the First Word, Little Payaso, and then the Second Word, Little Diablillo, and Mercenary. There was another guy who I don't remember his name. He was from another clique.
Q. Okay. So just so I heard you correctly because I misheard you the last time, it was Little Piaso was the First Word?
A. Yes.
Q. And Diablillo, is that what you said, was the Second Word?
A. Yes, that was Second.
Q. And then there was another MS-13 member named Mercenary?
A. Mercenary, yeah.
Q. Okay. And when you said they were taking you down to give you knowledge so that you could learn and then go back to New York as the head, what does that mean?
A. Just to teach me how everything run, you know, to show me the -- show me how they was running the stuff down in Virginia.
Q. Okay. And when they said you were going to go back to be the head, did that mean you were going to have a certain rank in New York for GLCS when you went back?

A. Yes.
Q. What was that rank?
A. The First Word.
Q. Okay. What was the knowledge they taught you about running or how things were run in the GLCS clique in Virginia?
A. They don't really, like, teach me-teach me. All I learned was from experience, you know, day-by-day stuff. Well, they didn't really sat me down or say, hey, this is how stuff runs.
Q. Yeah, I understand it wasn't like school. But what was it that you were learning from your experience?
A. Well, how to make sure I don't violate, you know, rules, how to make sure -- how to communicate with other persons, other homeboys, you know, make sure -- they told me how to -- like the chequeos, observacion and all that stuff, how to run and all that stuff.
Q. Okay. So let's talk about that. You mentioned the word "chequeo."
What is a chequeo?
A. Chequeo is one of the -- one of the part that you have to get to become a homeboy.
Q. Okay. Are they considered a full member of MS-13?
A. Not yet.
Q. Okay. And what did GLCS in Virginia teach you about how you would move up?
Let me ask you this: Are there other ranks below chequeo?

A. Yes. The first one is paro; then there's observacion beyond.
Q. Okay. So paro and observacion?
A. Yes.
Q. What does a paro?
A. Paro just give favors, you know, look out, stuff like that.
Q. Look out for what?
A. You know, for like the police going around the neighborhood or other gang members around the neighborhood.
Q. Other gang members like other MS-13 members or different types of gangs?
A. Different types of gang and other MS-13 that are in the neighborhood.
Q. Okay. Why is it important for the paro to look out for other -- other gangs that are not MS-13?
A. So we know us in our neighborhood if any rival gang come into the neighborhood, then have to see if we have to clean it.
Q. Did you say "clean it"?
A. Yes.
Q. What does that mean when you clean it?
A. Clean it by killing them.
Q. Okay. That's with rival gang members, right?
A. Yes.
Q. Why would it be important for a paro to be acting as a lookout for other MS-13 members?

A. Because sometimes other clique not supposed to, you know, go unnoticed to other clique territory. They have to at least tell somebody that I coming in.
Q. Okay. And if they don't, what can happen?
A. They -- not really -- nothing bad, but, you know, you have to follow the rules.
Q. Does that get communicated to their clique, that they came into your territory without --
A. Yeah, that get communicated because sometimes they coming to the territory and do something bad or do something stupid, and then have to deal with the problem.
Q. Okay. When you say they do something bad or do something stupid, what would be an example?
A. Like get into a fight or do something, destroy something that bring the police to us.
Q. So what's the next step above paro?
A. Observacion.
Q. And what does an observacion do?
A. It really the same thing. They just a little higher up. They have to start learning more about the rule and structure, all that.
Q. Okay. And what does one have to do to get promoted from paro to observacion in GLCS Virginia?
A. Well, in GLCS you have to kill. You have to kill so you can go up the ladder. Other clique, they different. They act

in different way.
Q. Okay. But GLCS in Virginia made you kill to go --
A. Well, in GLCS in Virginia, they didn't really do that much. But it depend on who's the head over there.
Q. So it depends on who's the First Word at the time?
A. Depend on who the First Word and how strict they are, yeah.
Q. Okay. So observacion, or observation, what's the next step above observation?
A. Chequeo.
Q. Okay. And what does the chequeo do that's different than the observation?
A. It's more serious because now he's one more step away from becoming a homeboy. So he have to act more serious, be able to resolve more problem on his own, and not make too much problem of himself.
Q. Okay. What do you mean by that, not make too much of a problem of himself?
A. I mean not getting a violation. It would look bad. Sometimes if they get a violation, they can go a step down or they have to wait longer to become a homeboy.
Q. Okay. All right.
Did there come a time when you had to leave Virginia?
A. Yes.
Q. And what happened?
A. I got arrested by the U.S. Marshals.

Q. All right. And why were you arrested?
A. For the violation of probation here, in Broward.
Q. When you went -- left your house when you didn't have permission?
A. Yes.
Q. All right. And were you extradited back down to Broward County?
A. Yes.
Q. All right. And then what happened to your probation as a result of that?
A. I got a four months' jail county for the violation and it got reinstated.
Q. All right. So four months in county jail, and then reinstated on probation?
A. Yes.
Q. And what was one of the conditions of your probation when you were reinstated?
A. Ankle monitor.
Q. And were you restricted in any way in where you could travel?
A. Yes, I cannot go nowhere except Broward.
Q. So you had to stay in Broward County?
A. Yes.
Q. All right. Since you had been sent back to Broward County and you had that ankle monitor, what happened with the plan to

send you to New York to be the First Word of GLCS up there?
A. Well, that plan really didn't go on in Virginia because they just said they didn't -- somebody else came from El Salvador and became the First Word over there in New York. So they don't really sent me up there.
Q. So when you came back -- when you were extradited back by law enforcement to Florida, did you contact anybody in MS-13 at that time to make contact?
A. Yes, I contact Fearless.
Q. Okay. And who is Fearless?
A. That is the head in Virginia.
Q. And what was -- what did Fearless instruct you to do, if anything?
A. He just, you know, really didn't instruct me to do nothing because I was just reporting to him, telling him I was out of jail. He really didn't tell me to do nothing.
Q. Okay. And are you now considered Oakland Park, OPLS, or are you GLCS?
A. GLCS.
Q. Okay. Is that why you had to call Fearless when you got out?
A. Yes.
Q. And was Fearless the First Word when you were up in Virginia?
A. No, he was not there.

Q. Okay. So he had taken over after you got out -- when you were locked up?
A. Yes.
Q. Okay. Did there come a time when you were down -- well, did Fearless or anybody else from MS-13 or GLCS contact you to give you instructions on what you should be doing in Oakland Park?
A. Yes.
Q. Who contacted you?
A. Mr. Pony.
Q. Who is Mr. Pony?
A. Pony is the head over there in El Salvador, in the prison.
Q. Okay. And does he have a title? Is there a title for somebody that's in prison in El Salvador?
A. He's just -- because he was here and he know how everything run up here, he got the title over there, of the head, so he can be in charge of everything that's going on here.
Q. Did there come a time when you were arrested again in Broward County?
A. No.
Q. After you were put on probation?
A. The second time when I got extradited?
Q. Yes. Well, let me -- I see -- let me rephrase.
Did you do something else that made you leave Broward County and worry about that ankle monitor?

A. Yes, I got -- I got an attempted murder charge, so I had to leave.
Q. All right. What happened there?
A. I got in an argument with some guy in a restaurant that he was saying he was MS-13 but he was not. So I got in an argument with him, and I stabbed him a couple of times. So I got attempted murder for that.
Q. You said you stabbed him a couple of times.
Where did you stab him?
A. In the torso.
Q. What did you stab him with?
A. A knife.
Q. Now, did you wait until you get -- until you were charged after you did that, or did you -- before you left or did you leave?
A. No. I left before I was charged.
Q. What did you do with the ankle bracelet?
A. I cut it.
Q. And where did you go?
A. New York.
Q. Okay. And after you went to New York, did there come a time when you were arrested again?
A. Yes.
Q. What happened when you were arrested there?
A. I got arrested -- well, the U.S. Marshal got me, so I got

arrested and it was hold in Manhattan.
Q. Okay. Was that for the attempted murder charge for the guy you stabbed in the chest?
A. Yes, and the violation of probation.
Q. Okay. At that time were you interviewed by any detectives from Broward County?
A. Yes.
Q. What were you interviewed about?
A. So the attempted murder and two homicides.
Q. And did you talk to the detective at that time about the two homicides?
A. No.
Q. Okay. What happened after you were brought back down to Florida for the attempted murder charge and violation of probation?
A. After two years and a half of waiting, I got sentenced to ten years.
Q. Okay. And were you serving that in state prison?
A. Yes.
Q. All right. Directing your attention to around the year 2020 -- well, let me take you back.
Do you recall what year that was, that you were sentenced?
A. 2018.
Q. Okay. Directing your attention to the year 2020, did you reach out or try to contact any detectives in the Broward

Sheriff's Office?
A. Yes.
Q. Okay. And why did you do that?
A. To come forward for the homicide I did.
Q. Okay. And as a result of that, did you meet with any detectives for Broward County Sheriff's Department or the Federal Bureau of Investigation?
A. Yes.
Q. All right. Did you agree to waive your Miranda rights and make statements to them?
A. Yes.
Q. All right. And just -- I don't want to get into the details just yet. But how many murders did you admit to the FBI and to Broward Sheriff's Office that you committed?
A. In total, four.
Q. Okay. And did you indicate at that time any -- that you wanted to try to help or cooperate at that point?
A. Yes.
Q. All right. So did there come a time later, around 2022, where you were arrested by the FBI and taken from your facility in the state and brought here to federal court?
A. I was in federal court in Broward.
Q. Right. Sorry. But federal court here, in the Southern District of Florida.
A. Yes.

Q. And what did you ultimately do in that case?
A. I pled guilty.
Q. Okay. Do you recall what you were charged with?
A. Yeah. I was charged with homicide, aiding in regedance (phonetic).
Q. In aid of racketeering?
A. Racketeering, yeah.
Q. Okay. How many counts?
A. Four.
Q. Okay. Were those for the four murders that you admitted to to law enforcement?
A. Yes.
Q. When you pled guilty, did you do so pursuant to a plea agreement?
A. Repeat.
Q. When you pled guilty, did you do so with a written plea agreement?
A. Yes.

MR. DOBBINS: Your Honor, without objection, the government would move Government's Exhibit 17 into evidence.

THE COURT: No objection, Mr. Rosenbaum?

MR. ROSENBAUM: No objection.

THE COURT: All right. We'll move that in. 17 is admitted.

(Government Exhibit 17 was received in evidence.)

MR. DOBBINS: If I could have the ELMO.

BY MR. DOBBINS:

Q. Mr. Tirado, I'm going to show you what's been admitted into evidence as Government's Exhibit 17. If you see that on your monitor -- tell me if you have any issues.

A. I see it.

Q. I'm going to just -- this is a seven-page document. I'm going to show you the last page. Okay.

Do you recognize this document?

A. Yes, sir.

Q. What is this document we're looking at?

A. My plea agreement.

Q. And did you review this with your attorney before signing it?

A. Yes.

Q. Is that your signature on the back page along with your attorney's?

A. Yes.

Q. So we'll get into the specifics of the document here in one second, but were you only charged with four counts?

A. Yes.

Q. So did you plead to all the counts you were charged with?

A. Yes.

Q. What was the maximum sentence you were -- let me ask you this: What was the mandatory minimum sentence you were facing

on all four of those charges?
A. Life.
Q. Okay. And in addition to pleading guilty, what's contained in this document, did you also agree within this document to cooperate with law enforcement and the United States Attorney's Office?
A. Yes.
Q. And why are you doing that? What are you hoping to receive?
A. Well, hoping to receive a Rule 35.
Q. Okay. And what is a Rule 35? What do you think a Rule 35 is?
A. A reduction in sentence.
Q. So I'm going to turn to page 3, starting with paragraph 7 at the bottom. And then going to page 4, which includes paragraphs 8 and 9.
Are those your -- are those the parameters -- I'm sorry. Are those the promises that are made to you and the promises that you made to the government in that plea agreement for cooperation?
A. Yes.
Q. Please tell the members of the jury, in your own words, what you have to do to try to earn that Rule 35 that you were talking about.
A. Tell the truth and not to lie and not make a false

statement.
Q. All right. If the U.S. Attorney's Office requires you to testify in court, do you have to do it?
A. Yes.
Q. And just looking at paragraph 7 -- I'm just going to highlight this (indicating). I'll move it down so you can see it better.
What else does it say you're required to do?
A. In addition, the defendant agreed that he will not protect any person or entity through false information or omission, that he will not falsely implicate any person or entity, and that he -- that he will not commit any further crimes.
Q. So is that your understanding of what you have to do to try to earn that Rule 35?
A. Yes.
Q. And what is your understanding of what has to happen for you to try to get a Rule 35?
A. Just have to always tell the truth.
Q. Okay. And if you do that, what does the U.S. Attorney's Office have to do?
A. If I do that, I maybe get a Rule 35.
Q. All right. Does the U.S. Attorney's Office have to file any kind of motion on your behalf?
A. Yes.
Q. Okay. Can you force the U.S. Attorney's Office to file any

such motion?
A. No.
Q. Can your attorney force the U.S. Attorney's Office to file any such motion?
A. No.
Q. Have there been any promises made to you about if any such motion will be filed on your behalf?
A. No.
Q. And if the U.S. Attorney's Office does file a motion, who ultimately has to decide whether or not to grant that motion for a sentence reduction?
A. The judge.
Q. And what judge is the judge in your case?
A. Judge Ruiz.
Q. So same judge we're here in front of today?
A. Yes, sir.
Q. Does the judge have to grant the government's motion for any sentence reduction?
A. No.
Q. And if the government chooses to file a sentence reduction motion on your behalf and the judge does decide to grant it, does the judge have to give any -- or follow any recommendations made by the government?
A. No.
Q. Does the judge have to follow any recommendations made by

your attorney?
A. No.
Q. In addition --
THE COURT: Might be -- I want to just prompt you, there might be a good spot if you have one.
MR. DOBBINS: I think maybe I could do two quick questions.
THE COURT: Go ahead. No, of course. Yes, let's finish that line.
BY MR. DOBBINS:
Q. In addition, in this plea agreement, to the cooperation agreement, it also talks a little bit about some other factors for you.
For instance, when you came here on the visa, did you ultimately get any kind of status to stay in the United States?
A. Yes. I was a resident.
Q. Legal permanent resident?
A. Yes.
Q. All right. Has that changed since you've been arrested and convicted on several different occasions?
A. Probably. I probably got immigration going on.
Q. So in the plea agreement, in paragraph 10, is there an agreement there where you agree to -- that if pleading guilty in your case is not going to impact -- you're not going to contest your plea in this case based on any later immigration

consequences?
A. Yes.
Q. And also in paragraph 11, it talks about your right to appeal any sentence that's imposed upon you, right?
A. Yes.
Q. Do you recall that that paragraph, that you agreed to waive your right to appeal?
A. Yes, I have.
Q. And you did that knowingly and voluntarily?
A. Yes.
Q. In the hopes of cooperating and trying to earn some sort of sentence reduction ultimately in this case?
A. Yes.

MR. DOBBINS: Your Honor, I think we can break for lunch now.

THE COURT: Very good. Thank you very much.

Ladies and gentlemen of the jury, we're going to go ahead, this is a natural point in the questioning of the witness to take a break.

As I stated to you-all before our last break, I'm going to ask all of you to please make it back to the jury room, if you could, by 1:45, please. My hope is to take the bench by 2:00 o'clock.

So if would all please remember when you go to leave now, take your notepads at this point with you. Leave them in

the jury room.

When you go to lunch, a few reminders, if you run into any of the lawyers in this case, they're going to steer clear of you. Please take no offense from that. They have to.

Of course, you should not be discussing anything you are seeing and hearing in this case with each other at any point. I want to remind you of that.

Similarly, you should not be discussing this case with anyone else, whether friends, family, any outsiders. Remember not to engage in outside research, look up any people, places, or things associated in this case, anything that you may have heard of while you've been here listening to all the testimony and looking at all the evidence.

And definitely, as I know you've all done, stay off any sort of social media presence discussing your involvement in this case. I will continuously remind you all of those ground rules on every break because they're very important to protect the sanctity of the jury trial procedure.

With that, I hope everyone has a good lunch. 1:45 back in the jury room. You are all excused at this time.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 12:37 p.m.)

THE COURT: All right. Thank you very much, everyone. We're going to go ahead and take our break at this time. Just so the lawyers are aware, I have a 1:00 o'clock sentencing, so

to the extent we can clear up a little room for that on counsels' tables, please do so. My hope is that we'll all be back on the bench by 2:00 o'clock. Thank you, everybody. We are in recess.

(Court recessed at 12:38 p.m.)

(Back on the record at 2:18 p.m.)

THE COURT: All jurors are present and accounted for. Before we begin, any issues before we bring them in, Mr. Dobbins?

MR. DOBBINS: Nothing from the government, Judge.

THE COURT: All right. Very good. Let's round them up, please.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury enters at 2:18 p.m.)

THE COURT: All right. Please be seated, everyone.

Welcome back, ladies and gentlemen of the jury. I hope you-all had a good lunch break. We're missing one more. I apologize. I thought we had everybody.

All right. We now have everybody. Ladies and gentlemen of the jury, I hope you had a nice lunch break. We're going to pick up where we left off in the middle of direct examination of the witness. Everyone have their notepads? Yes? Very good.

All right. Mr. Dobbins, I turn it back to you.

MR. DOBBINS: Thank you, Your Honor.

BY MR. DOBBINS:
Q. Mr. Tirado, when we left off before the lunch break, we were talking about your plea agreement, Government's Exhibit 17, and we were talking about the promises and agreements that are contained in there, including the cooperation agreement and your agreement to waive your right to appeal, and your agreement that you wouldn't try to contest your sentence later on if this had adverse consequences on your immigration status; is that correct?
A. Yes, sir.
Q. All right. Other than the agreements contained in this document, have I or anybody from the U.S. Attorney's Office promised you anything?
A. No.
Q. Now, we talked a lot about this plea agreement, but I want to go back to 2020. You were locked up in state prison for attempted murder and aggravated battery with a deadly weapon. Right?
A. Yes.
Q. And what was your sentence again?
A. Ten years.
Q. And how long -- in 2020, about how much longer did you have to serve on your sentence?
A. I had five years.
Q. So you'd be getting out around this year some time, 2025?

A. Next Monday.
Q. Next Monday. Okay.
And were you under any plea agreement or charged with anything else when you reached out to the Broward Sheriff's Office?
A. No.
Q. And do you recall the name of the detective that you reached out to?
A. Andrew -- oh, the one that reached out was Hayes, Detective Hayes.
Q. And do you recall how you reached out to him?
A. In a letter.
Q. And why did you reach out to Detective Hayes?
A. Because I wanted to come forward.
Q. Okay. And again, you had about five years left on your sentence.
A. Yes.
Q. And you wanted to come forward on what?
A. On four charges, because I want to -- you know, I became a Christian, so I want to do the right thing.
Q. Okay. And when you were reaching out to Detective Hayes to talk about -- at the time Detective Hayes only knew about two murders, right?
A. Yes.
Q. That's when he came to New York to interview you about when

you got arrested up there?
A. Yes.
Q. Okay. So let's go through this.
When you contacted Detective Hayes, you're saying you wanted to come clean about these two murders because you wanted to clear your conscience?
A. Yeah, I actually want to be a peaceful guy.
Q. Okay. And did you understand, of course, that that could potentially open you up to future charges, like it actually did in this case?
A. Yes.
Q. Now, did Detective Hayes come and visit you at first?
A. No.
Q. Okay. Do you recall who came to visit you?
A. FBI Agent Nathan Ferguson and a homicide detective from BSO, Andrew.
Q. Okay. Do you have trouble pronouncing his last name?
A. Yes.
Q. If I said Gianino, does that ring a bell?
A. Yes.
Q. All right. So they come up to visit you in your facility, in state prison, and what did you tell them then?
A. I told them everything.
Q. Okay. Did you admit to the two murders that Detective Hayes had talked to you about?

A. Yes.
Q. All right. And just so we're clear, let's just go through those two murders first, the murders that Detective Hayes interviewed about and that you had reached out to him about.
In January of 2015, did you participate in a murder of an individual by the name of Omar Gutierrez?
A. Yes.
Q. Okay. And what did you do in that murder?
A. I hit him in the head with a machete.
Q. All right. More than once?
A. Yes, a couple of times.
Q. All right. And why did you do that?
A. Because one of the people that was hanging out with me -- well, he was a chequeo -- an observacion at the time, so he told me that he was 18th Street.
Q. Okay. We'll get into the specifics of that murder in a second.
What was the second murder that you admitted to? Are you familiar with -- I believe it was October of 2015, there was the murder of an individual by the name of Chris or Chrislet Ondina?
A. Yes.
Q. Okay. And was that the other murder that Detective Hayes had come up to interview you in New York?
A. Yes.

Q. All right. And with -- why did you -- well, let me ask you this: What did you do in that murder?
A. I stabbed him.
Q. Okay. And were you by yourself or with somebody else?
A. No, with somebody else.
Q. Who else were you with?
A. Bigfoot.
Q. Okay. Do you know Bigfoot's real name?
A. No.
Q. Okay. And did Bigfoot help you kill Chris?
A. Yes.
Q. Chrislet Ondina?
A. Yes.
Q. And why did you and Bigfoot and kill Chrislet Ondina?
A. We were the only one around at that time, and he was -- they know him. He was like a member of Blood, Blood gang.
Q. Okay. When you say "he," who are you referring to?
A. Chris.
Q. Chrislet was known to be a Blood member?
A. Yes.
Q. Okay. Is that a rival gang with MS-13?
A. It is. All gangs are rival, but especially the number one rival of MS-13 is the 18th Street.
Q. Okay. But Bloods can be considered rivals as well?
A. Yes.

Q. Okay. So when Detective Gianino and Special Agent Ferguson went up to your facility to interview you and you admitted to those murders, did you tell them in the murder of Chrislet Ondina that Bigfoot helped you?
A. Yes.
Q. Okay. And in the murder of Omar Gutierrez, did you say that anybody else was there?
A. Yes, there was other people there.
Q. Okay. Who else was there?
A. It was Bigfoot -- Bigfoot and Ardilla were at the car, and Mariachi was with me.
Q. Okay. So let's start with the murder of Omar. Okay?
So when it that you -- roughly or approximately, when is it that you get out of jail for your four months and then get reinstated on probation for that aggravated battery?
A. August.
Q. Of what year, approximately?
A. '14.
Q. August of 2014?
A. Yes.
Q. All right. And you said -- you were testifying before we got into your plea agreement that at that point you had to contact somebody.
Who did you have to contact?
A. People -- first I contact Fearless, and then people in El

Salvador.
Q. Okay. And again, why did you have to contact Fearless?
A. So -- to let him know that I was out, out of jail.
Q. And why was that? What was Fearless's rank?
A. The First.
Q. First Word?
A. Yes.
Q. And does that mean that you had to always keep in touch with him to let him know what you were doing?
A. Yes.
Q. Okay. And because GLCS, in 2014, did they have any presence here in South Florida?
A. No, just me.
Q. Okay. And you weren't allowed to leave because of the ankle monitor, right?
A. Yes.
Q. All right. So after you contacted Fearless, did somebody from -- you said that somebody from El Salvador had contacted you as well?
A. Yes, Pony.
Q. Okay. What did Pony direct you to do?
A. He told me to start seeing if I can recruit some new member and start establishing the GLCS in Oakland Park.
Q. Okay. And what would your rank be here in South Florida, for the GLCS branch that was here in South Florida?

A. I would be, like, the First Word.
Q. Okay. So who did you go to recruit?
A. I recruit Ardilla and Bigfoot and Mariachi.
Q. Okay. How did you know -- let's start with Ardilla.
How did you know Ardilla?
A. I knew him from school.
Q. Okay. Had he been hanging out with the Oakland Park La Salvatruchas before they disbanded?
A. Yes, he was hanging in with them.
Q. Was he a homeboy or was he just an associate?
A. Associate.
Q. Okay. So how did you know Mariachi?
A. I didn't know him until -- Ardilla was the one to introduced me to him and Bigfoot.
Q. Okay. And how did Ardilla know him?
A. That I don't know.
Q. And how did you meet Bigfoot?
A. Ardilla was the one that --
Q. So what did you do with these three individuals? What did you try to do or teach them at that point?
A. We just start hanging out, you know, smoking weed, and start just telling them about MS-13.
Q. Okay. Did you have any tattoos at this time?
A. Yes, I had -- I had some.
Q. Any MS-13 tattoos?

A. Yes.
Q. Okay. Where was your MS-13 tattoos that you had?
A. I had on the stomach over here and on the chest that say Mara Salvatrucha and the 13.
Q. Okay. Did you have to get any permission to get those tattoos?
A. When I get them, I had -- I got them first when I was in OPLS, and then when I went to Virginia, I finished them. So the First Word there, Little Piaso, he was there, so he agreed to it.
Q. Okay. So Little Piaso, the First Word, agreed to letting you fill in your letters.
A. Yes.
Q. All right. So did you -- what did you tell Mariachi, Ardilla, and Bigfoot about how they could become members of GLCS?
A. I told them they have to earn their rank by killing.
Q. Okay. And so did you assign them a rank that was underneath homeboy?
A. Yeah, just like paro, observacion, and chequeos.
Q. Okay. Who makes that decision? Was it just you or did somebody else have to make that decision?
A. Well, just me, but sometimes I had to call El Salvador just to make sure.
Q. All right. And who would you report to when you had to do

that?
A. Pony.
Q. Now, were there other tasks that you would assign Mariachi, Ardilla or Bigfoot to do in addition to trying to work their way up the ranks?
A. At the moment, not really. That was not important.
Q. Okay. All right. So let's move to the murder of Omar Gutierrez.
What happened on that night in January of 2015?
A. We were just going around the neighborhood, just riding around, and we passed through his door -- through his street, and Mariachi said, hey, that's that guy there.
So when he say that that's the guy, we went around. Ardilla dropped me and Miguel, so we went behind the house.
And after that Ardilla and Bigfoot went on the other street in front of the house. When I got there, I seen -- to look, see, and I asked Mariachi, because he was the one that know him, if he was the guy. He say, yeah, that was the guy.
So when I was there -- I used to pray to the devil when I was out there. So I told him I had the devil, that he wanted him to eat him, to bring him to me. So the guy came, and when he came -- when he came close, I hit him a couple times with the machete in the head.
Q. Okay. And you said you guys were driving around.
Why were you driving around?

A. We used to do that all the time. So just driving around the neighborhood.

Q. Are there any things in particular you were looking for that night?

A. That night, not really. We were just going around. Mariachi seen him out in front of the house talking on the phone.

Q. Okay. And Mariachi talked about him before?

A. Yes, he -- he talked -- he showed me a picture before on Facebook throwing the 18th Street sign.

Q. Okay. And why did Mariachi show you a picture of Omar Gutierrez throwing the 18th Street Gang sign?

A. He just showed it to me, cause he said he was 18th Street, because we -- 18th Street is our rival gang, so then he was reporting it.

Q. Okay. And by reporting it, what does that do for you?

A. It just told me who we had to take out.

Q. Okay. Eventually -- let me ask you this: Did Special Agent Ferguson, Detective Gianino and other law enforcement agents meet with you a number of times?

A. Yes.

Q. All right. And on some of those occasions, did they show you photographs?

A. Yes.

MR. DOBBINS: One moment.

Your Honor, without objection, the government would move Government's Exhibits 22 through 24 into evidence.

THE COURT: Is that correct, Mr. Rosenbaum? No objection?

MR. ROSENBAUM: Yes.

THE COURT: All right. We'll move those in.

(Government Exhibits 22 and 24 were received in evidence.)

BY MR. DOBBINS:

Q. All right. Showing you this series of photographs, Government's Exhibit 22. I'll show you the last page first, after the first page, which is page 6. So it's six photos. No. 5, you write something. Four, three, two, one. So let's focus on five.

Did you recognize the person in slot five in that series of photographs?

A. Yes, sir.

Q. All right. Is that your signature here on this document?

A. Yes.

Q. All right. And what did you write underneath the picture there?

A. Kevin Ardilla.

Q. Is this the person you knew as Ardilla?

A. Yes.

Q. Showing you Government's Exhibit 23. Again, it's six

pages. Start with page 1, page 2, page 3, page 4, page 5, page 6.

Going to page 4, do you recognize the person in this photograph?

A. Yes.

Q. Is that your signature?

A. Yes.

Q. And who did you recognize this person to be?

A. Bigfoot.

Q. Government's Exhibit 24. Again, six pages. Page 1, page 2, page 3, page 4, page 5, page 6.

Did you recognize the person in page 3 of this exhibit?

A. Yes.

Q. Is that your signature there?

A. Yes.

Q. All right. Who did you identify this person to be?

A. Mariachi.

Q. Is this the person that was with you -- were all three of those people with you the night that you killed Omar Gutierrez?

A. Yes.

Q. Was Mariachi the one that pointed Omar out to you?

A. Yes.

Q. Back to Number 23, Government's 23, the person you knew as Bigfoot, was that the person who helped you kill Chrislet Ondina?

A. Yes.
Q. In 2015.
Okay. So those were the two murders that the Broward Sheriff's Office knew about when they came and questioned you in New York before you were extradited back down to Florida, right?
A. Yes.
Q. And those are the ones that they wanted to talk to you initially about after you wrote the letter to reach out to them?
A. Yes.
Q. All right. Did you tell them about any additional murders that they didn't know about?
A. Yes.
Q. All right. What were those two murders?
A. That was one that we buried and one in Boca.
Q. Okay. So one you buried and one that happened in Boca.
A. Yes.
Q. Is that Boca Raton, Florida?
A. Yes.
Q. Okay. Let's talk about the one you buried first.
A. Okay.
Q. Okay?
Who was the person you killed that you buried?
A. It was a guy that came from El Salvador saying he was

from -- he was MS-13 from El Salvador, but when I contact over there, they didn't know who he was.

Q. Okay. Why was that important? Why was that important to you, that he was saying he was MS-13, but when you contacted, it turned out he wasn't?

A. Because we have to always know who is and who is not, you know?

Q. Okay. So what did -- so what did El Salvador tell you you could do to this person who was pretending to be MS-13?

A. They told me I could do a violation.

Q. Okay. Can you tell the members of the jury what a violation is?

A. Violation is a 13-second beating.

Q. Okay. And that's what you were authorized to do?

A. Well, the guy -- the guy from El Salvador say, yeah, I can do that, or I could do whatever I want.

That meaning I could either give him that or no, or I can just get him as a -- to be part of our clique.

Q. How old was this kid?

A. I don't really know. I think he was, like, maybe 17 or 18, or less.

Q. Okay. Do you recall approximately when this happened, when this murder happened?

A. Yes. That was November 2014.

Q. Okay. So before Omar Gutierrez's murder.

A. Yes.
Q. Okay. So this was the first one.
A. Yes.
Q. Who else helped you -- did this guy have a nickname, or did you know him as something?
A. I don't remember what he was -- what they called him on the street.
Q. Okay. Who helped you kill this person?
A. Mariachi and Bigfoot.
Q. Okay. That's the people we already saw in those lineups?
A. Yes.
Q. And how did you kill this guy?
A. Well, I grab him with -- I grab him in the neck, I would choke him, and Bigfoot grab him in the foot and we throw him down. And Mariachi got on top of him and stabbed him a couple of times.
Q. Where did this happen?
A. In this field by the train track, it's like a little water area.
Q. In what town?
A. Oakland Park.
Q. Okay. How did you get the victim to go there?
A. Well, we told them I was gonna give him a violation.
Q. So he thought he was gonna get beaten up?
A. Yes.

Q. Why would he go with you if he thought he was gonna get beaten up?
A. Because he thought we were gonna violate him and then let him become a GLCS member.
Q. So he wanted to join the gang.
A. Yes, he wanted to.
Q. So after Mariachi stabs him, where -- well, let me ask you this.
Where does Mariachi stab him?
A. From what I seen, it was in the stomach.
Q. Okay. And did he die while you guys were on top of him and holding him down?
A. Yes.
Q. So what did you do with him next?
A. We bury him.
Q. And did the detectives and law enforcement know about this person being murdered?
A. No, they didn't know.
Q. Okay. Did there come times later on where they would pull you from prison to try to see if you could show them where the body was buried?
A. Yes.
Q. And based on your charges, do you know if that body was actually found at some point?
A. Yes, they found him.

Q. Now, let's talk about the Boca murder.
Who was it that you guys killed in the Boca murder?
A. It was this guy that used to hang out with 18th Street.
Q. Okay. So why was he killed, because he hung out with 18th Street?
A. Yes.
Q. All right. So let's take it back a little bit.
Did somebody come down to stay with you prior to that murder of the person that was killed in Boca?
A. Yes.
Q. Who came down to visit?
A. Fearless and Solitary.
Q. Okay. Why did Fearless come down?
A. He came down -- he was running from the police, and at the same time to see how everything was doing -- like how I was doing down here and to help me out with a new recruit.
Q. Did Fearless outrank you?
A. Yes.
Q. Okay. Because he was the First Word in Virginia, right?
A. Yes.
Q. And you were kind of like the First Word here for the GLCS here in Oakland Park.
So how could he outrank you?
A. Because he been in the gang so long and everybody know him that no matter where he go, he be the First Word.

MR. DOBBINS: Your Honor, without objection, the government would move Government's Exhibit 21 into evidence.

THE COURT: No objection, Mr. Rosenbaum?

MR. ROSENBAUM: That's correct.

THE COURT: All right. 21 is in.

(Government Exhibit 21 was received in evidence.)

BY MR. DOBBINS:

Q. All right. Showing you Government's Exhibit 21, Mr. Tirado, a six-page document just like the other ones we saw. One, two, three, four, five, six.

Do you recognize the person in picture No. 4?

A. Yes.

Q. Who is that?

A. Fearless.

Q. And is that your signature there at the bottom?

A. Yes.

Q. Okay. And what else did you write there?

A. Sin miedo, which is fearless in Spanish.

Q. Means without fear?

A. Yes.

Q. Now, Fearless is GLCS. You said somebody else came down too.

Who was that?

A. Solitario.

Q. All right. Was Solitario also from GLCS or was he

something else?
A. He was from another clique.
Q. Okay. Do you know what clique?
A. Delicias.
Q. All right. Do you know if he was a homeboy or something else?
A. Yes, he was a homeboy.
Q. Okay. How did you know he was a homeboy?
A. Fearless told me.
Q. Okay. Now, did they come down together?
A. No.
Q. Okay. Who came down first?
A. Fearless.
Q. And then, how long approximately, if you know, did Solitario come down after Fearless came down?
A. A month to two months.
Q. Okay. Where was Fearless living when he came down here?
A. Where I stay at.
Q. Okay. And where was that?
A. Trailer park in Broward.
Q. Do you remember roughly where the address was?
A. Andrews and McNab.
Q. Who else was living in that trailer park with you?
A. Ardilla.
Q. And were you living in the same trailer, or were you living

in separate trailers?
A. Same trailer.
Q. Okay. Anybody else living with you and Ardilla before Fearless got there?
A. Yes. On the other side of the house there was this couple that we knew from school, Ardilla and I.
Q. Okay. Were they involved in MS-13 and GLCS?
A. No.
Q. Okay. Was anybody else living -- where was Bigfoot living at this time?
A. In another trailer.
Q. Was it in the same trailer park?
A. Yes.
Q. Okay. And what about Mariachi?
A. He was living over there by Andrew [sic], but more down to Oakland Park -- Oakland Park Boulevard.
Q. Okay. Did there come a time when Mariachi told you he wanted to leave the gang?
A. Yes.
Q. Okay. Did you let him?
A. Yes. At the time, yes.
Q. Okay. Did he have to ask for permission to leave the gang?
A. Yes.
Q. Was he a homeboy or was he something else?
A. He was still observacion.

Q. Okay. Did he clear that with you and somebody else, or was it just you?
A. Fearless and I.
Q. Okay. So Fearless was down when Mariachi wanted to leave the gang?
A. Yes.
Q. Was there any requirements that you and Fearless put on Mariachi for him to leave the gang?
A. Yes, he gotta pay rent.
Q. What does that mean, to pay rent?
A. He had to pay, like, $100 every week to be able to stay, not leave.
Q. All right. What happens if he wouldn't pay him?
A. If he didn't pay, then we have to take him out.
Q. By "take him out," you mean what?
A. Kill him.
Q. I want to get to this Boca murder.
But before we do -- so as you're trying to grow GLCS with Mariachi, Bigfoot, and Ardilla, are you guys having any meetings or anything like that?
A. Yes, we had meetings.
Q. How often would you have meetings?
A. Once a month.
Q. Any particular day?
A. Not really. Just -- we put a day when everybody can.

Q. Were people required to pay any dues?
A. Yes.
Q. And what -- what was the purpose of the dues?
A. So we can save money so we can buy guns or use it to get drugs to sell.
Q. Okay. What kind of drugs would you sell?
A. At that time we really didn't sell no drugs, we just -- that was part of it.
Q. What type of drugs would you be selling?
A. If we had sell, it would be like coke or marijuana.
Q. And what would you have done with the money that you made from the drugs?
A. We used to put it in the box, so save it to buy more stuff or just in case somebody need it.
Q. When you were in Virginia and New York, did they collect dues as well?
A. Yes.
Q. And did they -- did those -- the GLCS clique in New York and the GLCS clique in Virginia, did they sell drugs?
A. In New York, no.
Q. What about in Virginia?
A. When I was up there, no.
Q. Have you heard of a thing called the program?
A. Yes.
Q. What is a program?

A. A program is when a bunch of cliques meet together to discuss what's going on around.

Q. Okay. Why would they need to discuss what's going on around?

A. To make sure everybody is on the same page.

Q. On the same page as to what?

A. MS-13.

Q. Was GLCS a part of a program?

A. When I was up in Virginia in 2013 and early '14, yes.

Q. And what was that program?

A. East Coast program.

Q. And did the clique have to pay dues to the program?

A. At that time, no.

Q. Okay. At a future time, did they have to?

A. Nowadays, yes.

Q. All right. So Fearless comes down and Solitario comes down after him, from the Delicias clique.

MR. DOBBINS: Your Honor, I think without objection, the government would move Government's Exhibit 28 into evidence.

THE COURT: No objection, Mr. Rosenbaum?

MR. ROSENBAUM: No, Your Honor.

THE COURT: We'll move that in.

(Government Exhibit 28 was received in evidence.)

BY MR. DOBBINS:

Q. Same as the last couple we showed you here, six pictures. This is one, this is two, this is three, this is four, this is five, this is six.
Did you identify the person in No. 6?
A. Yes.
Q. Okay. And who did you -- is that your signature there at the bottom?
A. Yes.
Q. And who is it that you identified there in six?
A. Solitario.
Q. And he was down there in 2015?
A. Yes.
Q. Okay. About how long, approximately, after the murder in Boca did Fearless and Solitario take off?
A. On the same day.
Q. Not too long after?
A. Yeah.
Q. It's been a while, because it was 2015.
Do you think you would recognize Solitario if you saw him here in the courtroom here today?
A. Yes.
Q. I'd like you to take a look around the courtroom and let me know if you see anybody -- if you see Solitario in the courtroom.
A. All right. Yes.

Q. Can you point him out and describe something that he's wearing?
A. Some glasses.
Q. All right. So you're pointing over in this direction here (indicating).
Is he sitting at a table, or is he sitting in the gallery?
A. At the table.
Q. Is he wearing anything else besides glasses, which you can point out?
A. From what I can see here, no.
Q. You can stand up.
A. I still can't see.
Q. You can't see what he's wearing?
A. No.
Q. The person sitting at the table with glasses --
A. Yeah, the screen --
Q. He's behind the screen?
A. Yes. Now he's up.
MR. DOBBINS: Let the record reflect the witness has identified the defendant.
THE COURT: The record will reflect it.
BY MR. DOBBINS:
Q. All right. Where was Solitario staying when he came down to Florida?
A. With me.

Q. So now who all was living in this trailer?
A. Solitario, Ardilla, me, and Fearless.
Q. Did there come a time when somebody -- before or right around the time of the Boca killing, where somebody moved out and went to stay with somebody else?
A. Yes, Fearless went to stay with Bigfoot.
Q. In the same trailer park?
A. Yes.
Q. Near Andrews and McNab?
A. Yes.
Q. So tell us what happened on the night of the Boca murder?
A. It was the night of Pacquiao and Mayweather fight, so we went around -- we were going around everywhere just looking to eat cause that's what Fearless said that we were going around hunting. So we went around everywhere looking to eat.
We ended up going all the places, the club. So we end -- at the end of the day, we didn't find nothing, so we end up over there. This guy Chango's house, he's part of MS-13. He's not a homeboy, but he's part of MS-13.
Q. Let me just stop you there for a couple of seconds. Okay?
A. Yeah.
Q. We'll get back to that in a second. You said you were driving around looking for something to eat.
A. Yes.
Q. What does that mean?

A. To kill.
Q. Not like you guys were looking around for someplace to eat food?
A. No, no.
Q. You also said that you were out hunting.
What does that mean?
A. Looking to kill.
Q. To kill who?
A. Any rival gang.
Q. And why are you out doing that?
A. That was part of being MS-13.
Q. How are you getting around? You said you were driving around. Whose car were you in?
A. We were in two cars. One was Ardilla and the other one was Hugo.
Q. Hugo?
A. Yes.
Q. Do you remember what Ardilla's car was?
A. Yes, Mitsubishi, four doors.
Q. And do you remember what Hugo's car was?
A. A Toyota, red Toyota.
Q. Who was in Ardilla's car?
A. Bigfoot, Fearless, Solitario, and I.
Q. And who was in Hugo's car?
A. Chango, Discreto, Power, and Hugo.

Q. And you said -- now, let's talk about those guys because we haven't heard --
A. I missed one. Power, too.
Q. Power?
A. Yes.
Q. We haven't heard about those guys yet. You haven't talked about those guys yet.
So who was Chango?
A. Chango is this guy -- he's from El Salvador too -- well, he's from another clique there, LA.
Q. So he's from the LA clique?
A. Yes.
Q. Where did Chango live?
A. He live up by Kimberly. I don't know. That's all I know -- well, North Lauderdale.
Q. North Lauderdale?
A. Yes.
Q. The street was called Kimberly?
A. Around that area.
Q. What about Hugo? Who was Hugo?
A. Hugo was from that same clique, LA, but he live around 441 and Commercial.
Q. 441 and Commercial?
A. Yes.
Q. And what about Power?

A. He's from another clique, and he live around that area too.
Q. Which area, the one where Chango lived?
A. 441 and Commercial.
Q. Okay. So near where Hugo lived?
A. Yes.
Q. What about Discreto?
A. Around the same area, too, he from another clique.
Q. Same area as Hugo and Power?
A. Hugo and Power.
Q. 441 and Commercial.
A. Yes.
Q. Okay. Were they -- you said that they were MS-13 as well but from different cliques.
A. Yes.
Q. Were they homeboys or were they something else?
A. No, not yet.
Q. So what were the cliques again? We have LA -- and what were the other cliques?
A. LA, Bosque. Discreto, I can't remember his clique.
Q. But you knew they weren't homeboys.
A. Yeah.
Q. Why are they different cliques living in Florida?
A. Because I guess that's where their family came, you know, so they came to live over there, so . . .
Q. Would that be something where you were trying to recruit

them into GLCS?
A. No. When we find out they were from another clique and we called El Salvador to make sure they were really from that clique then we just gathered them under our wing.
Q. So prior to the Boca murder, had you been hanging out with Chango, Hugo, Discreto and Power on previous occasions?
A. Yes.
Q. What would you guys normally do?
A. We would just hang out, you know, smoke, and that's it.
Q. Okay. So the night of the Pacquiao fight, you guys drive around, you can't find anybody, a rival gang member to kill.
A. Yes.
Q. So where do you go?
A. We go to the Tropicante Club. We hang around that area too, but we didn't find nothing there. So we end up going to Chango's house.
Q. So that was the area that you said was North Lauderdale, around Kimberly?
A. Yes.
MR. DOBBINS: Your Honor, without objection the government would move Government's Exhibit 25 through 27 into evidence.
THE COURT: No objection, Mr. Rosenbaum?
MR. ROSENBAUM: No objection.
THE COURT: All right. That will be moved in at this

time.

(Government Exhibit 25, 26 and 27 was received in evidence.)

MR. DOBBINS: May I publish to the jury?

THE COURT: You may.

BY MR. DOBBINS:

Q. Mr. Tirado, I'm going to show you another 6-page photo lineup here, Government's Exhibit 25. Photo one, photo two, photo three, photo four, photo five, photo six.

Going back to four, did you identify the person in this picture?

A. Yes.

Q. All right. Is that your initials there?

A. Yes.

Q. All right. And who is this person?

A. Chango.

Q. Showing you Government's Exhibit 26, another 6-page photo lineup. Page 1, page 2, page 3, page 4, page 5, page 6.

Do you recognize the person in picture 4?

A. Yes.

Q. All right. Is that your printed name there?

A. Yes.

Q. Okay. And who did you identify in picture 4?

A. Hugo.

Q. All right. You also wrote something else here.

What is this?
A. LA.
Q. What does that stand for?
A. His clique.
Q. Showing you 27. Page 1, page 2, page 3, page 4, page 5, page 6.
Who did you identify on page 3?
A. Discreto.
Q. Are these your initials?
A. Yes.
Q. All right. What else did you write underneath there?
A. Gohan.
Q. What's Gohan mean?
A. I think that was his name. That's what he had on Facebook.
Q. Okay. All right. So you go to Chango's house.
What happens when you get to Chango's house?
A. We was standing on the side of his house just hanging out and talking.
Q. And then what happens?
A. And then he was outside with somebody else, and all of a sudden he came back and say, hey, this guy coming -- coming back this way. He used to hang out with -- he hang out with 18th Street.
And he say -- so everybody started to bring him back where we at, and that guy came in.

Q. Who is the he that's telling you this?
A. Chango.
Q. Okay. And he said there's a guy coming on what?
A. On his bike.
Q. A bike?
A. Yes.
Q. Is this like a motorcycle or something else?
A. Regular bike.
Q. Bicycle.
A. Yeah, bicycle.
Q. Okay. What does he -- he tells you that this guy used to hang out or hangs out? What did he tell you?
A. That he hang out with 18th Street.
Q. So Chango tells you this guy coming down the street on the bike hangs out with 18th Street?
A. Yes.
Q. And what does that mean to you?
A. That he hang out with the rival gang, our number one rival gang.
Q. Okay. So why is that important?
A. Because anything that got to do with 18th Street we have to make it important, you know, have to kill them.
Q. Okay. So what happens with the guy on the bicycle? What happens?
A. Well, he came and start -- he say hello to everybody and

then just sat down. We sat with him, and we just start talking.
Q. I thought he was associated with a rival gang. Why would he sit down with you and start talking?
A. I don't know. That's what Chango said.
Q. All right. Are you threatening him? Are you nice to him?
A. No, I'm just talking to him regular, about the fight, about Tropicante and how everything -- you know, sock and all that stuff.
Q. What was he telling you about the fight and Tropicante?
A. He said it was not -- that the fight was like -- it was not good because Mayweather keep running away.
Q. Why did he bring up the Tropicante? What is that?
A. Because that's where he was at.
Q. To watch the fight?
A. Yes.
Q. What's everybody else doing while you're talking to this person?
A. They on the phone and WhatsApp chat room.
Q. Okay. And was there something going on with your phone that night?
A. Yeah. It was dead. It had no battery. It had, like, probably 2 percent.
Q. What did you know was happening right then and there?
A. I knew they were -- they were discussing how it was going

to happen and what we was going to do with the guy.

Q. Okay. How did you know that? You're not talking to him.

A. As soon as Chango say he was in 18th Street, I know what was gonna happen, because that day that's all we were doing, really, looking for somebody to kill.

Q. All right. So what happens next?

A. Well, I keep talking to the guy, and they keep, you know, going in the phones to see where they're gonna take him, and out of nowhere, somebody say, hey, can you -- said to the guy that was next to me, the victim, he say, hey, can you show us to a store, you know? We need to buy some beer and some food. And the guy said, yes.

Q. Okay. Do you remember who it was that said that to the guy?

A. No, not really.

Q. Okay. But out of the group of guys, it's just the group of you. Nobody else new was there?

A. Nobody else, just us.

Q. All right. And then when he says, yeah, I can show you guys where to get some beer or some food, what happens next?

A. They all get in the car and go in. I stayed because I couldn't go to -- well, at that time Fearless told me I cannot participate in no more killing because I already had two killings. So he told me to relax.

So that day I took the bike so they cannot find it at

Chango house.
Q. I'm sorry. You're going to have to just repeat that a little bit. I apologize.
A. Yes. I took the bike because I didn't want them to find it at Chango house just in case they were looking for it.
Q. Okay. So Fearless basically told you you needed to cool it.
A. Yes.
Q. And you couldn't participate in any murders that night.
A. Yes.
Q. Okay. What -- did you know where they were going to go?
A. No, I didn't know.
Q. Okay. So you see them get into the cars.
Is that everybody else?
A. That's everybody.
Q. Okay. So who else gets into these cars? Let's go through the list.
A. Well, I know Ardilla, Fearless, Bigfoot, and Solitario, I know they got in Ardilla car. And Hugo, Chango, Power, and Discreto got in Hugo car.
Q. Okay. And then they take off, and that's when you take the guy's bike?
A. Yeah. I wait like five minutes and then -- not even five minutes, like probably two minutes and just took the bike and start riding it.

Q. All right. Where did you go on the bike?
A. Start riding in the direction of where Hugo and everybody else live, like 441 and Commercial, start riding that way.
Q. Was that not far from Chango's house?
A. It was kind of far, yes. Like probably -- if I ride the whole bike, probably like 45 minutes.
Q. Okay. What happened when you got to Hugo's house?
A. Before that I dropped the bike at like between Chango's house and between Hugo's house, I dropped the bike in this area, and I just start walking after that.
Q. What do you mean you dropped the bike?
A. I left it somewhere so -- it would be between Chango house and Hugo house, so they cannot -- if they found it by Hugo house, they cannot look into Hugo or anybody from there ever.
Q. Or Chango?
A. Chango was already back there, that house.
Q. Who is the they that you're worried about looking into where the bike is?
A. The police.
Q. So once they got in the cars, you felt like you had to get rid of that bicycle.
A. What?
Q. Once they all get in the cars to drive off, you felt like you had to get rid of that bicycle.
A. Yes.

Q. And why is that? Why did you think the police would be looking for that bicycle?
A. Just in case they find the body, they were gonna start looking where -- somebody is gonna say he was riding a bicycle.
Q. So you knew that that guy they took in the car was going to get killed?
A. Yes.
Q. Anybody tell you that was what was going to happen?
A. No. But like I say, that's what we was looking for that night, somebody to kill.
Q. Did everybody know that that's what you guys were looking for that night?
A. Yes.
Q. Chango knew that?
A. Everybody knew.
Q. Hugo knew that?
A. Everybody.
Q. Fearless?
A. Yes.
Q. Bigfoot?
A. Yes.
Q. Solitario?
A. Yes.
Q. All right. What happens when you get to Hugo's house? How long were you there for?

A. I was, like, in the front, because while I was riding the bike, Hugo came with the car, and he was waiting for me. So I told him, no, go and I will wait for you by your house. Go and do what you got to do.

When I got there by his house, I kept waiting and waiting. I think he never heard me, because I wait, like, for two hours, I turned on my phone, and battery almost over, so I just caught a cab and went home, and that way they --

Q. So you caught a cab and went back to your trailer park?

A. Trailer park.

Q. Who was there at your trailer when you got there?

A. Everybody.

Q. All right. Who's everybody?

A. Fearless, Ardilla, Bigfoot, Solitario, Hugo, Discreto, Power, and Chango.

Q. So even though Chango, Power, Discreto and Hugo don't live there, they were hanging out in your trailer when you got there.

A. Yeah. They always hang out in that area. We always hang out there.

Q. Okay. What did you notice about them when you got there?

A. When I got there, I knew that in the restroom, in the bathroom there was a bunch of clothes and shoes. They got blood. And some of the clothes had blood too. But when I walked into the room, I could feel the dark energy. Then I

know something happened.
Q. All right. Did you guys talk about it?
A. Yes.
Q. What did they tell you?
A. I asked them how it went. They say it went good. As soon as they got there, he -- he was still drunk, you know, because he came from there, from the --
Q. Let me just stop you.
When you say he was still drunk, who are you referring to?
A. The victim.
Q. Okay.
A. The victim was still drunk. So when he got there, he just stepped out of the car, and he --
MR. ROSENBAUM: Judge, can we have a sidebar?
THE COURT: Sure. Come to sidebar.
(The following proceedings were held sidebar:)
MR. ROSENBAUM: Right now, he's getting into conversations which I don't consider to be co-conspirator statements.
THE COURT: Okay.
MR. ROSENBAUM: These acts have already been done. He's asking him what happened. It's nothing in furtherance of the conspiracy at this point. And he's also generalizing about him saying what -- I'm objecting because it's not a co-conspirator statement in furtherance of the conspiracy. The

conspiracy to kill this kid has already been done.

THE COURT: Okay. Your position? Go ahead.

MR. DOBBINS: I would argue that there's still an ongoing conspiracy because, as he's going to testify, he helps dispose of the clothing so that they can't get detected. He's clarified of what's going on. And then, on top of that, that based on the kills, they report that to El Salvador so that these guys can be credited for the kills.

THE COURT: Yeah. I'll allow it. It's noted.

MR. ROSENBAUM: Except my guy doesn't get credit for it since he's already a homeboy. So it has nothing to do with my guy, but --

THE COURT: No, no, no. Understood. But I think we're still ongoing here. So I'm going to overrule it. You can keep going.

MR. DOBBINS: Thank you.

(Proceedings returned to open court.)

BY MR. DOBBINS:

Q. Okay. When you say "they" were telling you, who was telling you this?

A. Everybody.

Q. Okay. So everybody was talking about this?

A. Yes.

Q. People were telling -- the people that were there, all of them were talking about it, and they were saying that the

victim had still been drunk. And then what happened?
A. When he got out of the car, they just jumped him and started stabbing him for a while, until Fearless say -- told him to get away. That's when Fearless shot him in the head.
Q. All right. So they told you that Fearless had shot the victim through the head?
A. Yeah.
Q. Okay. And this is what you told the police?
A. Yes.
Q. What, if anything, happened to the clothing that was in the bathroom?
A. I throw it away.
Q. Okay. Why did you do that?
A. Fearless told me to do that.
Q. And why?
A. Because that was -- that would be evidence.
Q. Okay. Now, did the people that were not homeboys, did they get credit for this as a kill?
A. Yes.
Q. So what about -- and specifically for GLCS, Bigfoot and Ardilla, did they get credit for it?
A. Yes.
Q. Did it have to be reported to anybody?
A. Yes.
Q. Who did it have to be reported to?

A. Salvador.
Q. That's somebody in El Salvador?
A. Yes.
Q. Not a person named Salvador, right?
A. No, just somebody over there.
Q. Okay. And do you recall who that was?
A. Fearless was the one that talked to him, so it probably was Pony or Mr. Shadow.
Q. Those were the two -- did they have a name for the leadership in El Salvador?
A. Those two, they were just in charge of stuff that happen up here in the United States. They were -- they were still head.
Q. I see. For GLCS or for every clique?
A. Every clique had their own people that's in charge of the clique in whatever country they at.
Q. Okay. So Pony and Mr. Shadow, even though they were in El Salvador, they were in charge of the GLCS cliques in the United States?
A. Yes.
Q. Okay. So what happens with -- what happened about the other four guys that were not homeboys, Discreto, Power, Chango, and Hugo? Did they get credit for that kill?
A. They got credit for it. Fearless called the head of the clique, and he reported that.
Q. At some point, did the -- did law enforcement come to you

and show you a map to ask you to see if you can identify where Chango's house was?

A. Yes.

Q. Okay.

MR. DOBBINS: Your Honor, I think without objection, the government would move Government's Exhibit 29 into evidence.

THE COURT: No objection?

MR. ROSENBAUM: No.

THE COURT: All right. 29 is admitted.

(Government Exhibit 29 was received in evidence.)

BY MR. DOBBINS:

Q. Showing you Government's Exhibit 29. Do you recognize -- I think it might be a Google map or something here.

Do you recognize that map?

A. Yes.

Q. All right. And did you mark the place where you thought Chango lived on this map?

A. Yes.

Q. All right. You can touch the screen. Let me know if you can reach the screen. Can you reach the screen?

A. If I stand up, yeah.

Q. All right. Why don't you just tell me where approximately you marked that and see if I can get it with my pen.

A. Right there (indicating).

Q. You can circle it. Okay. That's good.
A. That's good?
Q. I see it. I'm going to highlight it.
Where I highlighted is where I think you marked; is that accurate?
A. Yes.
Q. Okay. You drew, like, a circle and then colored it in?
A. Yes.
Q. Okay. All right. So I believe earlier you mentioned that you thought he lived around Kimberly. Is that Kimberly Boulevard that you were referring to?
A. Yes.
Q. Okay. Did anybody talk about that they may have gotten hurt while they were killing the victim in Boca?
A. Yes.
Q. Who talked about that?
A. They did, everybody.
Q. All right. Who got hurt?
A. Solitario.
Q. What happened to Solitario?
A. He got stabbed in the left side of his stomach, by the ribs. I mean, the right side.
Q. All right. So the rib area somewhere?
A. Yes.
Q. And did you -- did you see him -- did you see if there was

a cut there?
A. Well, when I looked, it was already patched.
Q. It was already patched?
A. Yes.
Q. So he had a bandage on it?
A. Yes.
Q. All right. What were they saying about how he got cut?
A. They say it was, like, a mistake when everybody was stabbing the victim.
Q. Okay. Anybody say it was retaliation for doing something wrong?
A. No.
Q. Were you shown other maps in relation to some of those other murders that we talked about that you ended up pleading guilty to?
A. Yes.
Q. That included the maps where you believe the body was buried?
A. Yes.
Q. For the first murder?
Did there come a time when law enforcement asked you if you had any cell phones that might still be around?
A. Yes.
Q. So even though you were locked up, what did you tell them?
A. I had some cell phone in New York.

Q. And did you give them consent to go up and get those cell phones?
A. Yes.
Q. All right.
MR. DOBBINS: Your Honor, without objection the government would move into evidence Government's Exhibit 18.
THE COURT: Any objection, Mr. Rosenbaum?
MR. ROSENBAUM: No, Your Honor.
THE COURT: All right. 18 is admitted.
(Government Exhibit 18 was received in evidence.)
BY MR. DOBBINS:
Q. Showing you Government's Exhibit 18.
Do you recognize these photos?
A. Yes.
Q. Do you recognize what those three phones are?
A. Yes.
Q. What are they?
A. One is my phone, and the other two are from other members of the gang.
Q. Okay. Are these the phones that you had up in New York?
A. Yes.
MR. DOBBINS: Your Honor, if we may have the ELMO for the witness only.
THE COURT: Sure.
BY MR. DOBBINS:

Q. All right. Mr. Tirado, I'm showing you Government's Exhibit 19-A through E.
Do you recognize these documents?
A. Yes.
Q. Okay. And what are they?
A. Those are the rule and regulation of GLCS and MS-13.
Q. And do you know where those rules and regulations were found?
A. In my phone.
Q. All right. One of the phones that you had in New York?
A. Yes.
Q. The one that was yours, you said?
A. Yes.
Q. All right. And were these photos of documents that were sent to you?
A. Yes.
Q. Who sent them to you?
A. It was either Pony or Mr. Shadow.
Q. Okay. The two heads in El Salvador?
A. Yes.
MR. DOBBINS: Your Honor, at this time the government would move Government Exhibit 19-A through 19-E into evidence.
THE COURT: Any objection?
MR. ROSENBAUM: No objection.
THE COURT: All right. That will be moved in.

(Government Exhibits 19-A through 19-E were received in evidence.)

MR. DOBBINS: Similarly we would move, at this time, 19-A through E, the translation. So they're denoted 19-A(T), for translation.

THE COURT: Very good.

Any objection?

MR. ROSENBAUM: No, Your Honor.

THE COURT: All right. That will be admitted.

(Government Exhibit 19-A(T) through 19-E(T) was received in evidence.)

MR. DOBBINS: If we may publish to the jury, please.

THE COURT: Granted.

BY MR. DOBBINS:

Q. All right. Let me show it to you. This is 19-A. We have the translation in English.

What are these -- what do these rules here say for you?

A. The first one was talking about GLCS is their own program.

Q. What does that mean, it's its own program?

A. That we really don't have to -- really have to be involved in other program with MS-13, that -- or if we want, we can stay just to our program.

Q. Okay. What's the next part say?

Do you need me to zoom in?

A. It's just the letters are not really good.

Q. Is there a glare?
A. The second one -- the second point, it just say for when you begin with the MS, all the way to the end with the GLCS.
Q. What does that mean, "to the end"?
A. To the death.
Q. To the death?
A. Yes.
Q. Then we've got 1 through 10 here.
A. Yes. Number 1 is, you have to respect the clique.
Q. Okay. What about the hood? What's the hood mean?
A. Barrio, the neighborhood -- well, when it say barrio, that means the MS.
Q. Okay.
A. Yes.
Q. What about Number 3? Zero communication with the authorities.
A. Yeah, you can have no communication at all with -- with any police, federal agent at all.
Q. I think I skipped Number 2. It says do not betray the hood or the clique.
What would be considered a betrayal?
A. Talking to the police.
Q. What about Number 4, don't allow the loss of any homeboy?
A. That if you in a situation, like you in a fight or -- with the police or with something, always, you know, make sure your

homeboy always there. Help him out.
Q. All right. Number 5 says respect the homey's family.
Does that mean the homeboys?
A. Yeah, the homeboy's family. That was a big thing, always respect them, the families.
Q. All right. Number 6, on the third strike, where the strikes are serious, someone on the inside will be sick, no matter who it is?
A. When it say sick, I don't know what it mean.
Q. Okay. What about Number 7, zero crack, powder, or any type of hallucinogen. Only the green stuff?
A. Yeah, that's one of the big rule, that you not allowed to do cocaine, no crazy stuff. It's just marijuana.
Q. It's forbidden to go around spreading gossip against another homey, no matter who it is.
A. Yes. You can get in a lot of trouble for that. Because you might say something, and another homeboy gonna come and make sure you saying the right thing. If they know you said -- it's not the right thing, you gonna get a big violation.
Q. Okay. And again, what happens if you get a violation?
A. You get a -- you can either get a 13-second beating or a 26-second.
Q. What about Number 9, do not lie to the clique?
A. Yeah, to always tell them the truth.
Q. And Number 10, when you make a mistake, face up to it

because the mistake may not be so serious and it will cause you to be sick.
A. Yes. When you make a mistake, come to the head and let him know what's going on. You might be able to work it out, because sometimes mistake can end up being something real bad.
Q. Okay. Let's go to the second page. I've got the translation here. There we go. Number 11 says, to move up a step to be a brother, we demand hard work. We are gangsters. As a clique, we understand the duties of a gangster.
What does that mean?
A. Hard work mean you have to, you know, kill and always be -- always be smart in the neighborhood, in the hood, to be able to come up and be smart about it and be able to become a homeboy.
Q. All right. Let's go to the next page.
It says, Mara -- puntos de La Mara, or Mara points, right?
A. Yes.
Q. Okay. I put the translation there.
What is the Mara?
A. MS-13.
Q. So it's respect the Mara and the clique?
A. Yes.
Q. Never lie to a Mara homeboy?
A. Yes.
Q. Respect your mother. Mothers are sacred.

A. Yes.
Q. Never associate with the enemy. An enemy is anything that is against the Mara.
A. Yes.
Q. Always be solid, never lie to the hood, love your homeboys, and there's no resentment among homeboys in the Mara. And the MS-13 is your life.
A. Yes.
Q. All right. And then it looks like they write out for you what a gang member is and what then does Mara Salvatrucha mean, and they wrote that out for you.
A. Yes.
Q. Now, in the Mara Salvatrucha part where it says Mara's a group of people who are united for the same cause. Salva is our ancestor; we are of Salvadoran descent.
You aren't Salvadoran, is that a problem?
A. No, not really. Mostly here in the United States there's a clique, there's some people from other country.
Q. All right. I'll go to the next one.
19-D, we've got six points here. It says here to continue fighting for the cause of La Mara until the death.
What does that mean?
A. Until you die. You know, always keep doing what you have to do until the last breath.
Q. And then they give you instructions on how to grow a

clique?
A. Yes.
Q. And they have instructions on how to change the mind of a civilian who wants to become a member of the Mara.
What does that mean? What's a civilian?
A. Civilian is anybody that is not an MS-13 or associated with them.
Q. All right. So these six rules show you how they try to tell you to convince people to join MS-13?
A. Yes.
Q. We'll go to the last one. This is the translation.
Looks like it starts by explaining what a ranflero is?
What's a ranflero?
A. The head, First Word.
Q. So would Fearless have been considered a ranflero?
A. Yeah, it's just another name.
Q. And it says here, ranflero is a spokesperson in charge of the clique?
A. Yes.
Q. It talks about throwing the sign to a brother. You have to greet a homeboy wherever you see him.
What's the sign?
A. The horn of the devil.
Q. Okay. Looks like you were holding your hand up with your pinky and your index finger extended and your middle finger is

gripped by your thumb.
A. Yes.
Q. Does that have a name?
A. La Garra, the gar.
Q. Okay. It says an MS-13 meeting is sacred and tells you how to begin an MS meeting.
Do you guys get nicknames when you join MS-13?
A. Yes.
Q. What are those called?
A. Just the nickname you want. But usually when you become an MS-13, you just use homeboy. That's it.
Q. All right. It talks about -- starting with 13 seconds of silence for the homeboys who lost their lives for the cause before you begin an MS meeting.
Is the number 13 significant in a lot of things that MS-13 does?
A. Yeah, the number, the number we use.
Q. Now, in addition to showing law enforcement where the person you guys buried was, did you agree to help out law enforcement do anything else?
A. Yes. I used a phone call. I used the phone.
Q. Okay. So did law enforcement put you in a wing of a jail or prison so that you could be alone, and they could be with you at all times to hand you a phone to make phone calls?
A. Yes.

Q. And who were you able to call?
A. Everybody from the MS-13.
Q. Okay. Did you make recorded phone calls with Ardilla?
A. Yes.
Q. What about with Bigfoot?
A. Yes.
Q. What about Mariachi?
A. Yes.
Q. So GLCS has some different rules, then, or they have slight different rules than, say, MS-13 overall, right?
A. Well, MS-13 is, like, the main for them. Each clique get to have a little different rules from the MS.
Q. Okay. But are there some main rules that all the cliques have to follow?
A. Yes.
Q. What are those rules?
A. Never lie -- never go to the police, you know, that was the number one rule.
Q. What's the consequence of going to the police?
A. You get a green light.
Q. What's a green light?
A. You can get killed.
Q. So what's going to happen to you, since you've cooperated with the government, and you've provided information that led to the recovery of a body and the arrest of other people in

making phone calls?
A. I got the green light.
Q. What's going to happen to you as a result of you coming in to testify today?
A. I got green light too.
MR. DOBBINS: Your Honor, without objection, the government would move into evidence Government's Exhibit 20-A through I.
THE COURT: Any objection, Mr. Rosenbaum?
MR. ROSENBAUM: No, Your Honor.
THE COURT: All right. That will be admitted.
(Government Exhibits 20-A through 20-I were received in evidence.)
BY MR. DOBBINS:
Q. I'm going to show you some other pictures that we recovered from your phone. Okay?
This is Government's Exhibit 20-A.
What are we looking at here?
A. The MS -- the M and the S and the hand of the devil.
Q. All right. 20-B.
Who is that we're looking at?
A. That's me.
Q. All right. What's that on your side that you got tattooed there?
A. GLCS.

Q. What's that stand for again?
A. Guanacos Lil Cycos Salvatruchas.
Q. It's kind of dark and there's a little bit of a glare I think when I zoom in. This is Government's Exhibit 20-C.
Do you know what we're looking at here?
A. Yes.
Q. Who is this?
A. Fearless.
Q. All right. What is it -- this tattoo that we're looking at?
A. The MS and the GLCS.
Q. And we've already seen a photo lineup of Fearless. Did he have other tattoos of MS somewhere on his body?
A. Yes, on his forehead.
Q. Does that mean anything when it's up that high?
A. Yeah, that means you got -- people got a lot of respect. You've got to ask El Salvador to get that tattoo. Not everybody is allowed to have that tattoo on their head.
Q. Okay. So when we were talking about tattoos, when you got your tattoos, you said that you had to ask permission from the First Word in New York to get them filled in.
A. Yes, in Virginia.
Q. I'm sorry. In Virginia. I apologize.
And then -- but those were where on your body?
A. In my -- right here in my upper stomach (indicating).

Q. Okay. And if you wanted them on your neck, your face, somewhere visible like that, would you have to get permission?
A. Yeah, you've got to get permission from El Salvador.
Q. Is there a requirement that Salvador has before you can get a tattoo up that high?
A. If you get a tattoo on the head or on the neck, that mean that they got a lot of respect for you and you have done a lot.
Q. Done a lot of what?
A. A lot of work for MS-13.
Q. What kind of work, filing taxes, paperwork?
A. Killing.
Q. 20-D. I'll zoom out.
What are we looking at in this picture?
A. Me.
Q. What is this on your back?
A. That's the hand of the devil.
Q. Is that the La Garra?
A. Yes.
Q. Showing you 20-E.
Is this just a picture of you from the other side?
A. Yes.
Q. 20-F. What are we looking at in this picture?
A. The MS-13, La Garra, and the GL -- and the Guanacos Lil Cycos on the top, the clique.
Q. This is Guanacos Lil Cycos?

A. Yes.
Q. That's your clique?
A. Yes.
Q. 20-G. Can you see that? What are we looking at?
A. Yes. That's the MS-13, the La Garra, the clique.
Q. It also says here East Coast.
A. Yeah.
Q. What does that mean?
A. That's probably where the clique at because mostly all the GLCS are in the East Coast, New York, Virginia and Florida.
Q. Okay. Did you know any of the heads of the East Coast program?
A. At that time, when I went to a meeting, I didn't really know nobody at that time.
Q. Showing you Government's Exhibit 20-H.
What are we looking at here?
A. Just like a list of who was homeboy, who was chequeo, and who was observacion.
Q. Okay. So it says GLCS. It's got the M and the S around it, right?
A. Yes.
Q. And it says Florida.
A. Yes.
Q. Does that mean what you were trying to do here in Oakland Park?

A. Yes.
Q. We have homeboy. Who do we have listed as homeboys?
A. Sombra and Sin Miedo.
Q. Who do we have listed as -- I guess that's supposed to be chequeo, what is that?
A. Yes. Chequeos.
Q. Who do we have as that?
A. Ardilla and Bigfoot.
Q. All right. Then you have observacion?
A. Yes, Los.
Q. Okay. Who was that?
A. That was a guy hanging out with us trying to become a part of the clique.
Q. Okay. Did he become a part of the clique, homeboy, before you got arrested on the attempted murder?
A. No.
Q. What about the paros?
A. That's Miguel and Gordo.
Q. Who was that? Who's Miguel?
A. That was these other two guy that were trying to become, you know, part of the GLCS.
Q. All right. And finally 20-I.
A. That's the MS-13 and the three dots.
Q. What do the three dots symbolize?
A. Jail, hospital, and cemetery.

Q. I'm sorry?
A. Jail, hospital, and cemetery.
Q. What's the significance of jail, hospital, cemetery? What does that mean?
A. That is the three -- the three places you're going to end up if you are in MS-13.
Q. Is that like a mantra or slogan you guys have?
A. Yeah, something like that.
Q. Is that taught to everybody?
A. Everybody, yeah, know that.
Q. All right. When Solitario was living with you and Fearless was living with you, did you notice if Solitario had any tattoos?
A. Yeah, I remember he had some.
Q. Any MS tattoos? Do you recall?
A. Yeah, I recall.
Q. Okay.
MR. DOBBINS: One moment.
THE COURT: Sure.
(Discussion was held off the record.)
BY MR. DOBBINS:
Q. Did anybody in that group that you talked about, that committed the -- that participated in the Boca murder, did any of those people give you any tattoos?
A. They didn't got no tattoo.

Q. No, but did you get any tattoos from any of them? Did you have anybody give you any tattoo work while they were down there?
A. Oh, yes.
Q. And who was that?
A. Solitario and Fearless.
Q. What tattoo did Solitario and Fearless give you?
A. They -- Fearless did the MS-13 and the start of the La Garra on the back, and Solitario did some demons on my left arm and La Garra on my stomach too.
Q. What did he do on your stomach? I'm sorry.
A. La Garra.
Q. Oh, the hand sign?
A. Yeah, the hand sign.
Q. Can anybody give an MS-13 member an MS-13 tattoo?
A. It had to be a homeboy.
Q. A homeboy has to give you a tattoo?
A. Yes.
Q. You can't just go to a tattoo artist and ask him to --
A. No, you get killed for that.
Q. Okay. What happens in MS-13 if a homeboy from one clique has a problem with a homeboy from another?
A. They either talk it out or let's talk to Salvador to see if they can fix it.
MR. DOBBINS: Your Honor, I have no further questions

for this witness. I would pass the witness.

THE COURT: All right. Cross-examination.

CROSS-EXAMINATION

BY MR. ROSENBAUM:

Q. They call you Sombra, right?

A. Yes, sir.

Q. Now, you said for you to be jumped in as a homeboy, you did not have to do any acts of violence, correct?

A. Yes, that's correct.

Q. And you'll agree with me that depending upon the clique, the situation, the timing and everything, that certain people are jumped to homeboys without having to do acts of violence depending on what's going on in the clique, right?

A. Yes.

Q. Now, let's talk about your history a little bit. You came here when you were, what, ten years old?

A. Yes.

Q. And you came with your family, right, your father?

A. Yes.

Q. And you lived with your family, correct?

A. Yes.

Q. And you lived with them while you went to school, right?

A. Yes.

Q. You had a pretty normal upbringing with your family, correct?

A. In some way, yes.
Q. Okay. And first time you were arrested was in the fifth grade for a robbery?
A. Yes.
Q. And you also got in trouble for pushing a school security guard when you were in school?
A. Yes.
Q. And then you got arrested for the aggravated battery, right?
A. Yes.
Q. Now, it wasn't just one count of aggravated battery. It was two, correct?
A. Yes.
Q. Now, the aggravated battery happened in 2011.
A. Yes.
Q. Right?
And there were two victims, right?
A. Yes.
Q. A Javier Reyes, who you hit with a stone of an apple size, a rock about an apple size, right?
A. Yes.
Q. And you also hit a woman, a Sonia Reyes.
A. Yes.
Q. And why did you do that, again?
A. Because he left MS-13 without saying anything.

Q. Well, how about the woman? Why did you hit the girl?
A. I just throw the rock, and she got hit -- hurt.
Q. Oh, you missed.
A. Yeah. Well, I hit him too.
Q. Okay. So you pled guilty to two counts of aggravated battery, right?
A. Yes.
Q. And for that you got two years of community control, house arrest?
A. I got a year community control and five-year probation.
Q. All right. And you also had a special condition that they imposed upon you, and that special condition was no affiliation with MS-13 whatsoever; isn't that correct? Isn't that what the judge told you?
A. Yes.
Q. You didn't listen to the judge, did you?
A. No.
Q. You continued on with your MS-13 affiliations.
A. Yes.
Q. So that was a violation of your probation and community control as well, right?
A. Yes.
Q. So right off the bat, you violated, correct?
A. Yes.
Q. And you violated again on April 6th of 2014 when you took

off to New York, right?
A. Yes.
Q. And then they brought you back to Florida, and you did four months in jail, and then they reinstated your probation, right?
A. Yes.
Q. Okay. And then while you were on probation, on the bracelet, you committed an attempted murder in 2016, right?
A. Yes.
Q. All right. And in that case, you stabbed a guy with a knife three times, right?
A. Yes.
Q. You stabbed him twice in the right upper torso?
A. Yes.
Q. And you stabbed him once in the back.
A. Yes.
Q. And what kind of knife did you use?
A. Pocketknife.
Q. And why did you do that, again?
A. Because he was saying he was an MS-13.
Q. So despite the condition, no affiliation with MS-13, those two cases, those two criminal acts, the aggravated battery against the girl and the guy and the stabbing of the other fellow, were done because of your affiliation with MS-13.
A. Yes.
Q. Now, you told us here today that you claim you wanted to

come clean and that's why you spoke to the detectives in 2020, right?
A. Yes.
Q. You sent a letter.
A. Yes.
Q. Okay. And -- but that's not the whole picture, is it?
A. I don't understand.
Q. Let's go through it.
Again, in 2016 you were arrested in New York on the warrant for the attempted murder, right?
A. Yes.
Q. While in custody in New York, you were visited by detective -- Detective Hayes, right?
A. Yes.
Q. Who asked you about the murder of Chrislet Ondina.
A. Yes.
Q. At the time that you committed the murder, you were on GPS monitoring, right?
A. Yes.
Q. You knew the GPS monitor data placed you at the scene of the murder, right?
A. Yes.
Q. You also knew that your DNA was found at the scene of the murder.
A. Yes.

Q. Although they didn't charge you yet, you knew it was a matter of time before they would, correct?
A. Yes.
Q. Nevertheless, in 2016 you still denied any involvement in Ondina's murder, right?
A. Yes.
Q. Okay. So at that point, you lied to the detective, right?
A. Yes.
Q. You waived your Miranda rights, spoke to them and lied, right?
A. Yes.
Q. Now, is there any way we know when you're telling the truth versus when you're telling a lie?
A. Well, about all the evidence that come up?
Q. Let me ask you this: Is it the way you sit when you lie versus when you tell the truth?
A. I don't understand.
Q. Okay. So you're sitting here today.
A. Okay.
Q. You're telling us you're telling the truth.
A. Yes.
Q. Is that how you sit when you lie?
A. That's just how I sit.
Q. Do you do anything with your feet? Do you cross your legs when you lie?

A. Not that I know.
Q. Anything different?
A. No.
Q. In 2020 you decided to get ahead of the game and ahead of the charges that you knew were coming for Ondina's murder, so you sent a letter to the detectives, right?
A. Yes.
Q. So you wanted to get ahead of it before it got you, right?
A. That's not how I see it.
Q. Now, let's talk about -- we talked about the attempted murder, the one count, the stabbing. Talked about the aggravated batteries with the rocks, right? Talked about the other things when you were in school.
Now let's talk about the four murders that you pled guilty to, right?
When you entered your plea of guilty before Judge Ruiz, you signed a factual proffer, correct?
A. Yes.
Q. In fact, your attorney is sitting back there in the courtroom, is he not?
A. Yes.
Q. Let me show you the factual proffer.
MR. DOBBINS: Objection. Not in evidence. It's on the --
THE COURT: Overruled. You can go ahead.

MR. ROSENBAUM: I'm going to move it in then.

THE COURT: You're going to move it in? Go ahead.

BY MR. ROSENBAUM:

Q. So here's the factual proffer. It's got your name on it, right, Wilson Tirado-Silva.

A. Yes.

Q. Correct?

And on the last page --

MR. DOBBINS: Judge, this document has highlights and notes on it.

THE COURT: Well, let me -- I need a version that doesn't have any markup. Do we have some marks on that, Mr. Rosenbaum? I need it clean.

MR. ROSENBAUM: I have got one that's not -- I've got one here. It's a little different, but . . .

THE COURT: Show a version, if you could, to the government, and just make sure it's not one that has any marks or any sensitive information on it.

MR. ROSENBAUM: Here we go.

THE COURT: You've got a clean version?

MR. ROSENBAUM: We've got a good one.

THE COURT: All right. You may show it to the witness. Go ahead.

BY MR. ROSENBAUM:

Q. I'll show you the last page. It's nine pages.

Do you recognize this signature?
A. Yes.
Q. Who's signature is that?
A. Mine.
Q. Okay. That's Mr. Dobbins' signature and your lawyer's, right?
A. Yes.
Q. You signed this on November 1st of 2024, correct?
A. Yes.
Q. All right. Now, in this proffer -- and you under oath agreed that everything in here was true, correct?
A. Yes.
Q. Okay. So let's start with the murder of Joel Canizales. That was in late 2014, right?
A. Yes.
Q. Okay. That's the first one in chronological order of the murders you pled to, right?
A. Yes.
Q. All right. Now, at this time, being the leader of GLCS down here, it was your job to grow the clique, right?
A. Yes.
Q. To recruit members and to grow it, correct?
A. Yes.
Q. And the purpose of these murders, of this one, was to grow the clique and get more homeboys in your clique, right?

A. Yes.
Q. All right. So it says here, The second murder that Tirado alerted law enforcement to was the murder of Joel Canizales in late 2014. You admitted to participating in the murder of Canizales. You explained that Canizales claimed to be a member of MS-13 from another clique, and he was from El Salvador.
Tirado contacted La Ranfla and requested a background check with the other clique in El Salvador to determine if that was true. When Ranfla relayed that Canizales was never a member of MS-13 or that clique, Tirado -- that's you -- decided that Canizales could be killed by Cruz and Cabrera.
Now, Cruz -- and Cabrera is Bigfoot. Right? You circled Bigfoot?
A. You want me to circle?
Q. Yeah, circle Bigfoot. So they all know who Bigfoot is.
A. (Witness complies.)
Q. Okay. And Cabrera, that's Mariachi, right?
A. Yes, sir.
Q. Okay.
MR. DOBBINS: Mr. Rosenbaum, I don't know if you know, but this is not being displayed to the jury. Is that what you're attempting to do?
MR. ROSENBAUM: Can we turn it on, please?
THE COURT: I think at this point, I don't know if he was going to show it to the jury yet or he was just showing the

witness.

MR. ROSENBAUM: No, I was trying to show it. I didn't realize it wasn't on.

THE COURT: We can see if we have it. Do we have it?

We have this one? This one has not been moved in. Are you going to move it in at some point? It's not marked either.

MR. ROSENBAUM: The government --

THE COURT: The chart, yes. Okay, I thought you were --

MR. ROSENBAUM: I was moving this one in too.

THE COURT: Okay. The chart has already been marked, I believe. So let's go ahead -- and we can go ahead and turn on for the jurors, please. He can show already his chart. That's already been admitted.

MR. DOBBINS: Judge, we had not moved in Government's 83 which is the chart.

THE COURT: Oh, my apologies. 82 is in. Not 83. I thought that was the organizational chart.

MR. DOBBINS: If you would like to move it in, we have it marked on paper, as well as the chart so --

THE COURT: I have no issue with it. I'm assuming at this point you'd like to move it in?

MR. ROSENBAUM: I thought it was moved in already. I'm sorry.

THE COURT: All right. So we're going to admit -- it's

marked 83. Government's 83 will be admitted at this time, and you may publish that.

(Government Exhibit 83 was received in evidence.)

BY MR. ROSENBAUM:

Q. Can you then show us who Mariachi is?

And Bigfoot?

A. (Witness complies.)

Q. And these were the two members of the GLCS that needed murders to rise through the ranks, correct?

A. Yes.

Q. And that's why Joel Canizales was killed, correct?

A. Yes.

Q. Okay. Now, going back to the statement that you say is true, you decided that Canizales would be killed by Cruz and Cabrera so they can earn credit for a murder toward becoming a homeboy in the GLCS clique. Tirado stated that Ranfla only authorized that Canizales should receive a beating. Right?

A. Yes.

Q. Okay. That's what you were told from the people in El Salvador, right?

A. Yes.

Q. Only a beating?

A. Yes.

Q. Then it says, you, Cruz, and Cabrera met up with Canizales in Oakland Park. You told Canizales that you had found out

that he lied about being a member of MS-13, but Tirado -- but you wanted Canizales to join the clique, correct?
A. Yes.
Q. He then stated, Canizales said that he wanted to join GLCS, and you informed him that he had to be beaten as punishment for lying, but then Canizales can become a chequeo, right?
A. Yes.
Q. All right. You then went to the railroad tracks, and you, Cruz, and Cabrera, began punching and kicking Canizales, right?
A. Yes.
Q. You grabbed Canizales around the neck, and Cruz held Canizales's legs to force Canizales to the ground. While Tirado and Cruz held Canizales down, you stabbed Canizales down, you stabbed Canizales in the torso a number -- I mean, Cabrera stabbed Canizales in the torso a number of times until he died, right?
A. Yes.
Q. You then found a shovel nearby. Cruz, Cabrera, and yourself began digging a grave to bury him. Right?
A. Yes.
Q. Cabrera took his sneakers, and then you buried Canizales in the grave and left.
After the murder, you called Tovar, right? Fearless.
A. Yes.
Q. Okay. And you reported the killing, right?

A. Yes.
Q. You had -- you had received authorization previously from the Ranfla to give Canizales a beating as punishment for lying about being a member of MS-13, right?
A. Yes.
Q. But you told Tovar that Canizales had pulled a knife and fought back, so Canizales was killed, correct?
A. Yes.
Q. You lied to Fearless.
A. Yes.
Q. So you lied about what Canizales did to justify to Tovar that the murder should be greenlit, and Cruz and Cabrera should receive credit towards the membership and status for a murder, right?
A. Yes.
Q. Tovar and the Ranfla ultimately agreed according to what you told them, even though it wasn't true, right?
A. Yes.
Q. Okay. So the next murder was Omar Gutierrez, right?
A. Yes.
Q. And that one was also done to build up the GLCS clique, right, to get your guys homeboy status.
A. We tried to, yes.
Q. Okay. So in that one, you did it with Bigfoot, Mariachi, and Ardilla?

A. Yeah, but for them it didn't count.
Q. For them it didn't count. Why?
A. Because they didn't participate in it.
Q. Okay. So let's talk about -- on page 3 of your factual proffer that you gave to this Court under oath --
MR. DOBBINS: Judge, again, I think this is maybe a different copy because I don't have those notes.
THE COURT: Make sure it's the same copy, please.
And can we go ahead if we have this, at this point, are we going to be moving it in so that we can mark it?
MR. ROSENBAUM: Yeah, I want to mark it.
THE COURT: All right. Let's mark it, please.
What is this, Defense 1?
MR. ROSENBAUM: Yes.
THE COURT: All right. So Defense 1.
Any objection?
MR. DOBBINS: No, Your Honor. I mean, I think the document is hearsay, but --
THE COURT: Well, not necessarily. I think that counsel believes that this is a 801(d)(1)(A) situation and inconsistent, perhaps, with the declarant's testimony.
I'll overrule it. I'm going to go ahead and allow it to be admitted as D-1, but I just want to make sure it's not a marked-up copy.
MR. ROSENBAUM: It's not.

THE COURT: Okay. So you may go ahead and continue to present it.

(Defense Exhibit D-1 was received in evidence.)

BY MR. ROSENBAUM:

Q. So on January 7th, they found the body of Omar Gutierrez. Gutierrez had suffered a number of blows from a large bladed weapon, consistent with a machete, to the head and back of the neck; is that correct?

A. Yes.

Q. There were no witnesses to the assault that had come forward. There was DNA recovered from the scene belonging to Gutierrez.

All right. A cell phone -- okay.

At this time, you were on liberty, on bond for the attempted murder in Broward County, and you were wearing a GPS monitor, right?

A. I was not on bond. I was on probation.

Q. On probation? Okay. You still had the GPS monitor?

A. Yes.

Q. Okay. You told me you talked to the police -- you said you told them, post Miranda, that you killed Omar because he was believed to be an associate of the 18th Street Gang, right?

A. Yes.

Q. Okay. And you hoped to use Cabrera, Cruz, and Gamez in the killing so that they could receive credit, becoming full

members of the GLCS clique. Right?
A. Yes.
Q. You told them that Gamez drove Cruz and Tirado and Cabrera to where Gutierrez lived. You told them that you had taken Cabrera with you to point out Gutierrez. When Gutierrez exited his apartment and stood in the courtyard, you struck Gutierrez about the head and neck with a machete a number of times in an effort to kill Gutierrez, correct?
A. Yes.
Q. You then notified Tovar and Ranfla of the murder of Gutierrez and sent them articles of the killing so that Gamez, Cruz, and Cabrera received credit for the kill. Right?
A. Yes.
Q. Which would enhance your clique, right?
A. Yes.
Q. And you further stated that Ondina was murdered because he was believed to be a member of the Bloods, right?
A. Ondina or Gutierrez?
Q. No, I'm sorry. Gutierrez was -- said he was MS-13 but wasn't, right?
A. He was 18th Street.
Q. 18th Street. Okay.
Now, let's talk about Chrislet Ondina.
Chrislet Ondina was murdered on October 19, 2015, right?
A. Yes.

Q. Okay. And this was also done to benefit your clique.
A. Yes.
Q. All right. And you stated that Ondina was murdered because he was believed to be a member or associate of the Bloods, correct?
A. Yes.
Q. You wanted to use Cruz and Gamez to commit the murders so that they can receive credit and enhance your clique, right?
A. Yes.
Q. Gamez wasn't around, but Cruz went with you to kill Ondina, correct?
A. Yes.
Q. You stated that you and Cruz waited in the alley behind La Pistosa, a convenience store, to attack Ondina, right?
A. Yes.
Q. You admitted to drinking an Arizona tea while you were waiting. Right?
A. Yes.
Q. They got your fingerprint off that can, didn't they?
A. Yes.
Q. When Ondina left the store, Tirado and Cruz attacked and stabbed Ondina multiple times with knives. Tirado described Cruz's knife as a Rambo knife -- like a machete?
A. No, it was like the one -- survival knife.
Q. Big knife.

A. Yeah, a big knife.
Q. How big do you think?
A. Not big as a machete, but like this big (indicating).
Q. Okay. Good-sized knife?
A. Yes.
Q. You used a switchblade?
A. Pocket knife.
Q. It says switchblade here.
Was it a switchblade or a pocket knife?
A. Pocket knife.
Q. You and Cruz then left the scene, and Cruz received credit for the killing with Tovar and the Ranfla, right?
A. Yes.
Q. Okay. Now, let's talk about the murder in Boca, the one of Gerson. Okay?
That one was on May 3, 2015; is that correct?
A. All I know was the day of Pacquiao/Mayweather fight.
Q. Did you see the fight?
A. No.
Q. But you went to that bar, right, Tropicana?
A. We went outside.
Q. Outside. You never went inside?
A. No.
Q. So you never saw Gerson there?
A. No.

Q. You didn't know he was there?
A. No.
Q. How do you remember that was the night of the fight?
A. Because the -- for the guy that play soccer, he was gonna watch it at his restaurant. So he told me that was going on.
Q. Okay. All right. So -- for that particular murder, you said that you -- you didn't go to that, did you?
A. Huh?
Q. You couldn't go with the boys to Boca Raton. You couldn't leave Broward County, right?
A. Yes. But at that time, I didn't know they were going to Broward -- I mean, Boca.
Q. Okay. But you authorized the killing, right?
A. No, I didn't authorize.
Q. You knew they were going to do it?
A. Yes.
Q. You were the First Word, right?
A. No.
Q. You weren't the First Word of GLCS then?
A. It was -- first it was Fearless and then it was me.
Q. Then it was you?
A. Yes. So he was -- he was always on top of me.
Q. He's on top of you, but you knew what they were going to do, right?
A. Yes.

Q. And you went out and you talked to Gerson and you got him into the house, right?
A. No.
Q. You didn't go out and talk to him when he came riding down on his bike, having a normal conversation with him?
A. No. That was Chango.
Q. That was Chango?
A. Yes.
Q. You didn't have any contact with him that night?
A. Yes. When he came in, when we were sitting, he sat down by me and that's when we started talking about the fight, soccer, and all that talk.
Q. And you had a normal conversation with him, right?
A. Yes.
Q. You knew what was gonna happen, right?
A. Yes.
Q. But you wanted him to relax?
A. Yes.
Q. You said he was drunk?
A. Yes, he was drunk.
Q. Now, in the house that night, were you guys smoking marijuana?
A. I don't recall.
Q. You don't recall anybody smoking marijuana?
A. No.

Q. You guys, when you get together, do you usually smoke marijuana?
A. Yes, we use.
Q. But you don't remember that night?
A. No.
Q. Okay. So he's sitting next to you. You're talking about the fight and things like that, correct?
And then who orchestrated it to get him in the car, Fearless?
A. That's why they were writing on the WhatsApp from the group.
Q. Okay. And then they got him in the car and the two cars left, right?
A. Yes.
Q. And your job was to go and get rid of the bicycle?
A. Yes.
Q. All right. And when they came back later that night, you said you were told what happened, correct?
A. Yes.
Q. Okay. Now, when you were originally indicted in this case that you pled guilty to, okay, when you first got -- came to federal court and you were arraigned on the case, and you were charged with four murders in aid of racketeering, correct?
A. Yes.
Q. The possible punishment you faced was the death penalty,

was it not?
A. Yes.
MR. DOBBINS: Objection.
THE COURT: Ladies and gentlemen of the jury, you will please disregard any mention of the death penalty. It is not an issue in this case. Okay?
MR. ROSENBAUM: May I have a sidebar, Your Honor?
THE COURT: You may. Come sidebar.
MR. ROSENBAUM: Thank you.
(The following proceedings were held sidebar:)
THE COURT: Listen, I get the motive, if you're trying to distinguish he's willing to lie to save his own behind because he's facing the death penalty, but you've got to come to me if you were going to touch that.
I've told these jurors not to worry about that. We have people on this jury who specifically said that would be a problem. So if you want to tell them he's facing life in prison, you may, but the death penalty cannot be discussed with these folks.
MR. ROSENBAUM: Maybe I'm missing the point. What my thought would be is, he originally came in, it was a death penalty case.
THE COURT: Correct.
MR. ROSENBAUM: The government then waived the death penalty.

THE COURT: Correct.

MR. ROSENBAUM: So he already got one break. Now, he's doing mandatory life.

THE COURT: Yes.

MR. ROSENBAUM: And now he's looking for another break. That's where I was going to.

THE COURT: I get you. I don't have a problem with him looking for another break. My problem is, the waiver -- Mr. Dobbins, if you want to weigh in -- I mean, there was a discussion, I'm sure, about this potential cooperation, but my fear is turning this into a case that it's not. And these jurors, a couple of them, were very concerned about that.

MR. DOBBINS: And more importantly, the death penalty was waived simultaneously as to all of these defendants, including the defendant on trial now, based on the moratorium and based on other factors. So they all got the same break.

THE COURT: They were never going for the death penalty. We all knew it. Dobbins knew it. I knew it. He just needed the go-ahead. When Garland finally signed it, we knew we weren't going to have it. So I don't want to mislead.

MR. ROSENBAUM: Okay.

THE COURT: We can move on from that. I'm just going to tell them to disregard it.

MR. ROSENBAUM: Okay. I mean, you could see where I was going.

THE COURT: Oh, I know, but I know how sensitive some of these folks are.

MR. ROSENBAUM: Okay. I got you. I got you.

(Proceedings returned to open court.)

THE COURT: Ladies and gentlemen of the jury, again, I just want to reemphasize, because we talked about it in jury selection, neither do you need to worry about anything regarding sentencing in this case because it is not a factor. But even still, this is not a death penalty case. That is not on the table. That is not an issue for your consideration.

Do you-all understand that? I don't want anybody to be concerned about that. We talked about that in jury selection.

All right. With that, we'll move on. The floor is yours, Counsel.

BY MR. ROSENBAUM:

Q. So when you pled guilty -- you've been sentenced, right?

A. Can you repeat?

Q. Have you been sentenced yet on the four murders?

A. No.

Q. Okay. And you're looking at mandatory life on each of the four counts, right?

A. Yes.

Q. Okay. And what you're hoping for by coming forward, by doing what you're doing here in assisting the government is that the government files a motion, which they call a Rule 35

or a 5K1, however you want to call it, and request the Court -- and make a recommendation to the Court that you get a sentence less than mandatory life; is that correct?
A. Yes.
Q. And you've met with the government several times in preparation for today, correct?
A. Yes.
Q. You've met with the detective several times in preparation for today, correct?
A. Yes.
Q. And even though the government's made no promises to you, you hope that they file it, correct?
A. Yes.
Q. Do you have any idea or what you think your sentence will be if the government files it?
A. No.
Q. You know that the sentence is up to the judge, right?
A. Yes.
Q. But the government will make a recommendation if they file that motion, correct?
A. Yes.
Q. And you've told us here one of the reasons you're doing this is that you've -- you're now a Christian?
A. Yes.
Q. You're trying to change your life?

A. It's already changed.
Q. It's already changed.
Okay. And despite living with your family, your grandparents, your dad, your family members, and going to school, and being taken in by this community, you did all these acts of violence, correct?
A. Yes.
Q. And now you're saying you're going to change?
A. I'm not saying that. I already changed.
Q. Okay.
MR. ROSENBAUM: Can I have a moment, Your Honor?
THE COURT: You may.
(Discussion was held off the record.)
MR. ROSENBAUM: I have no further questions, Your Honor.
THE COURT: Very good. Redirect?
MR. DOBBINS: One moment, Your Honor.
THE COURT: Sure.

REDIRECT EXAMINATION

BY MR. DOBBINS:
Q. All right, Mr. Tirado. You were asked a lot of questions on cross. We finished with that you've become a Christian and you're trying to change your life. You've said you've already changed your life.
How have you already changed your life?

A. How?
Q. Yes.
A. Well, I started seeing everything in different ways, and since I started seeing that, I started changing everything. That's why I stop -- I knew I had to stop being in MS-13.
Q. So it's not just that you stopped being in MS-13, you've been cooperating against MS-13?
A. Yeah, that's part of it too.
Q. You were asked on cross a lot of questions about getting -- you know, you knew you were locked up and you wanted to get ahead of the charges because you knew that the Broward Sheriff's Office was looking at you for Chrislet Ondina's murder and Omar Gutierrez's murder.
Do you recall that?
A. Yes.
Q. All right. When they interviewed you -- Detective Hayes interviewed you in New York in 2016, right?
A. Yes.
Q. And you didn't write that letter until 2020, correct?
A. Yes.
Q. So for four years, had any charges been brought against you about the murders of Omar Gutierrez or Chrislet Ondina?
A. No.
Q. So up to your knowledge at that point, did you know whether or not charges were even going to be brought?

A. Up to my knowledge, I thought they -- that they were not going to bring it up.
Q. They had already told you -- Detective Hayes had already told you with Omar Gutierrez, we know you were there because of your bracelet, right?
A. Yes.
Q. That was in 2016, he told you that?
A. Yes.
Q. And in 2016 Detective Hayes told you, we know you were there for Chrislet Ondina's murder because we had your bracelet there and we also had your DNA on that Arizona tea?
A. Yes. But I knew that if they were asking me all those questions, they didn't have enough to charge me.
Q. And from 2016 to 2020, before you wrote that letter, had anybody charged you?
A. No.
Q. So by reaching out to Detective Hayes and ultimately Detective Gianino and Special Agent Ferguson of the FBI, you knew you were going to be admitting to two murders that they hadn't charged you with.
A. Yes.
Q. And in addition to two murders, you knew you were going to be telling them about two additional murders that they had no idea about.
MR. ROSENBAUM: Judge, this is leading.

THE COURT: Overruled.

You may answer.

BY MR. DOBBINS:

Q. And what were those two murders?

A. The one from Joel and the one from Boca.

Q. Joel, the guy you buried?

A. Yes.

Q. And the one in Boca.

A. Yes.

Q. Now, you were asked a lot of questions, and you were shown your factual proffer, and you were read a lot of things in there.

Were any of those statements -- I didn't hear any inaccuracies in that statement that was written in your factual proffer.

A. No. I've been saying the same thing since I came forward.

Q. And the one thing they crossed you on was you lying to Fearless and La Ranfla about Joel Canizales Lara fighting back so you could kill him because you didn't actually have permission to kill him.

A. Yes.

Q. Okay. So that was a lie you told to MS-13 back in 2014.

A. Yes.

Q. You were asked on cross that you were on a bracelet with the GPS while you committed that attempted murder which got you

locked up in the state.

Do you recall that line of questioning?

A. Yes.

Q. Well, what other crimes were you committing when you were locked up and you were also on a GPS bracelet?

A. The murders.

Q. Four murders.

A. Yes.

Q. You were asked on cross if you didn't see Gerson -- I'm not sure how to pronounce the name -- in the club, in the Tropicante Club.

Do you recall that line of questioning?

A. Yes.

Q. Did you even know what he looked like before you saw him that night?

A. No.

Q. Did anybody in the group besides Chango know who that guy looked like?

A. No.

Q. You were asked a lot of questions about what you did in school. There was getting arrested.

Do you recall that line of questioning?

A. Yes.

Q. You were asked about the aggravated battery and throwing the rock, hitting the woman and then hitting the MS-13 member

that wasn't reporting.

Do you recall that line of questioning?

A. Yes.

Q. All right. You were asked about the -- a lot about the details about the attempted murder that got you locked up in state court.

Do you recall that line of questioning?

A. Yes.

Q. All right. I mean, are you trying to run from those things that you did?

A. Yes, I tried to run.

Q. All right. When you say you tried to run, what do you mean by that?

A. Well, that's when I left to New York.

Q. Oh. But what I'm saying is, now, sitting here today, are you trying to say that those things didn't happen, that you didn't stab that person and get locked up and that you didn't throw that rock and hit that woman and hit that MS-13 guy?

A. No.

Q. You did a lot of bad things in your life, right?

A. A lot.

Q. In fact, one could argue that murdering people is worse than throwing a rock at them, right?

A. Yes.

Q. You were asked a lot about your factual proffer, about the

three murders and what you did in each of those three murders, not the one in Boca. And then when it got to the Boca part, you just talked about you taking the bike and talking to the guy, right?
A. Yes.
Q. Do you recall that?
A. Yes.
Q. Did you actually participate in stabbing or shooting the victim in the Boca murder?
A. No.
Q. Okay. But you pled guilty to it.
A. Yes.
Q. Why is that?
A. Because I want to make sure I'm telling the whole truth and make sure I know -- I face justice.
Q. All right. Did you help in accomplishing that murder even though you weren't present when the murder happened?
A. In a way, yes, because I talked to the guy and distract him while the other one plan.
Q. What about the bicycle?
A. I took that too.
Q. What about the clothing that the guys were wearing?
A. I throw that away.
Q. All right. So again, you were asked if you were trying to get ahead of the charges. When you told Detective Hayes, hey,

come on up and see me in prison and instead Detective Gianino and Special Agent Ferguson show up, how are you trying to get ahead of them if you're going to admit to them and then tell them about two additional murders they didn't even know about so you could be charged later?
A. I don't know.
Q. Are you really trying to get ahead or are you just trying to come clean?
A. I was trying to come forward.
Q. You were asked on cross about the agreement with the government and what you're hoping to receive.
Let's just be clear. Have I promised you anything?
A. No.
Q. Have you been promised any amount or any type of sentence that will be coming your way for cooperating?
A. No.
Q. Has Special Agent Ferguson promised you anything?
A. No.
Q. Anybody from the prosecution team? Ms. Smukler?
A. No.
Q. What about Detective Gianino or anybody from BSO?
A. No, never.
Q. What were you told that you could expect?
A. At the beginning they said I could expect the death penalty or life in prison.

Q. Okay. And with -- but by cooperating, were you promised any specific reduction?
A. No.
Q. Okay. And part of your cooperation agreement that we went over in Government's Exhibit 17 says that you have to cooperate fully with the U.S. Attorney's Office and to testify, provide information, whatever we ask of you, right?
A. Yes.
Q. And what's the most important thing we've asked of you?
A. Tell the truth.
Q. All right. Showing you paragraph 7, last page.
Are you allowed to protect anybody by not telling us what happened?
A. No.
Q. Are you allowed to say something that's not true about somebody in order to try to get a cooperation benefit?
A. No.
Q. Are you allowed to commit any other crimes?
A. No.
Q. And who ultimately decides your sentence?
A. The judge.
Q. So even if the government files that motion, there's a possibility Judge Ruiz is going to say, nope, denied.
A. Yes.
Q. And you'll be doing life.

A. Yes.
Q. For four murders.
A. Yes.
Q. That nobody charged you with until you came forward.
A. Yes.
Q. Two of them that nobody even knew about.
A. Yes.
Q. All right. You were also asked about trying to grow the clique and improve the clique.
Do you recall that line of questioning?
A. Yes.
Q. All right. I'm talking about elevating Bigfoot, Ardilla and Mariachi to try to get them up -- get them some kills so they can get moving towards homeboy status.
Do you recall that line of questioning?
A. Yes.
Q. All right. What happens to a homeboy if they don't participate in a killing of a chavala?
A. They get killed.
Q. What happens if a homeboy disobeys an order from a First Word of a different clique?
A. They might get a violation.
Q. Would that be --
A. 13 second.
Q. I'm sorry?

A. 13-second beating.
Q. All right. Would that be something that would be a problem for them?
A. For who?
Q. For the person that got the beating.
A. Yes, because it look bad on them.
Q. All right. They'd look less than in the eyes of other homeboys?
A. It just look like you not really doing what you supposed to do, you know?
Q. And that's -- that's not permitted, right?
A. No.
MR. DOBBINS: One moment.
THE COURT: Sure.
BY MR. DOBBINS:
Q. And one of the most important rules that all the cliques follow is that you're supposed to find, attack, and kill chavalas, right?
A. Yes.
Q. Rival gang members.
A. Yes.
Q. And that's across all the cliques.
A. Yes.
Q. And in fact, that night what were you guys doing, the night of the Boca murder?

A. We were looking for somebody to kill.
Q. Was that everybody that was in the car?
A. Yes, everybody.
Q. Who was in the car with you?
A. Well, it was Ardilla, Fearless, Bigfoot, and Solitario.
Q. Thank you.

MR. DOBBINS: No further questions, Your Honor.

THE COURT: Thank you very much.

Ladies and gentlemen of the jury, if you would all give us a break here for some logistical discussions. Go ahead and leave your notepads in your chairs, and we will bring you out in just a moment. You are excused for a break.

THE COURT SECURITY OFFICER: All rise for the jury.

(Court recessed at 4:35 p.m.)

THE COURT: Please be seated, everyone.

If the marshals want to go ahead and excuse our witness? Thank you very much. We're all set.

He's not needed anymore, correct? We are done with this witness?

MR. DOBBINS: That's correct, Your Honor.

THE COURT: Thank you, guys. We can go ahead and clear the courtroom so he can leave.

All right. Mr. Dobbins, we covered what I think was our to-do list for today, which is Morris, Chehab, Drake, and Mr. Tirado-Silva. We had talked a little bit about the

timeline for Gonzalez because he was needed by, I think, mid tomorrow morning. So I want to get a game plan from you. It's just a little after 4:30.

What's our plan with Gonzalez, because I know that's time sensitive?

MR. DOBBINS: Well, before we get to that, Judge, we do have one additional witness who's a quick witness that we believe we can get on today --

THE COURT: Perfect.

MR. DOBBINS: -- who came down from Palm Beach. It's the GPS probation monitor. I think that'll take maybe 20 minutes.

THE COURT: All right. Let's go ahead and try to wrap with that witness, and then we'll let people go.

MR. DOBBINS: And then I think we can start with Viera-Gonzalez tomorrow morning.

THE COURT: You got it. That's what I'm thinking. Our goal is to get him off the stand by lunch, was that the idea? I'm trying to remember.

MR. DOBBINS: I don't believe we have a restriction as long as --

THE COURT: Okay.

MR. DOBBINS: -- we get him off at the end of the day. He has to be finished by the end of the day. I don't believe he'll take more than the morning.

THE COURT: Okay.

MR. DOBBINS: And so the goal is we have to just get him off and he has to be done by Thursday.

THE COURT: Not a problem.

MR. DOBBINS: There is one additional document that we were waiting on, which was his sealed factual proffer from EDVA, but we received it today. And so we'll be turning that over to the defense.

THE COURT: Very good. All right. So let's plan on bringing our jurors back in a moment and try to knock out our GPS witness. A brief word speaking of sealed documents, remember that both the plea agreement and the factual proffer of the witness are sealed. They will be in the court file, but they'll be sealed exhibits. I just want to make sure everyone knows they continue to be sealed even though we've been using them, okay?

MR. DOBBINS: Yes, Your Honor. And we would probably have a conversation after the trial is over about how we should file it for the Eleventh Circuit.

THE COURT: Yeah. That's a conversation we can have at the end. I just want to make sure we all remember that those are sealed.

The other thing, I didn't read it before we heard from Mr. Tirado-Silva. You know, I think other witnesses may be a little closer in connection to the defendant in terms of their

testimony as cooperators.

But I wanted to ask you, Mr. Rosenbaum, I am fine if you would like, when the jury returns, to read them the curative that the parties agreed to, the instruction, now that they've heard other activity unassociated with your client that is MS-13 related that perhaps we should already give them that instruction before we move on to the next witness.

MR. ROSENBAUM: That's fine.

THE COURT: All right. I'll do that, and then we'll move to the next witness. And then after that we'll break, and we can figure out what's on deck after Gonzalez. All right?

Okay. If we can try and see if they're ready, we're going to round them up and bring them back out.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury enters at 4:39 p.m.)

THE JUROR: I'm not feeling well.

THE COURT: Do you need a moment to go to the restroom?

(Juror exits the courtroom at 4:44 p.m.)

THE COURT: Folks, I'll repeat it for the benefit of our one missing juror. We're almost done for the day, but we have one very brief witness that we would like to go ahead and wrap up because it's gonna keep us, quite frankly, in my estimation ahead of schedule.

So I'd like to go ahead and try to wrap that if you guys can -- can you guys hang in there for me? It won't take

very long. I don't want to get you guys, as I promised, out of here any later than 5:15 or so. So just hang in there with me, okay?

(Court recessed at 4:45 p.m.)

(Back on the record at 4:47 p.m.)

THE COURT: All right. I was just mentioning that we are going to just have one more witness for the day, brief, and then we're going to get you guys home. We've made a lot of progress.

Before the government calls the remaining witness I do want to make sure that I instruct you-all on some of the testimony you just heard from Mr. Tirado. You know, members of the jury, you heard a lot of evidence this afternoon about the defendant, Mr. Vigil-Benitez's association or participation or membership in MS-13. And you've heard a lot of evidence through the last witness about criminal activities, including violent acts allegedly committed by MS-13.

I want to make sure you understand that obviously this evidence may be similar to the crime that the defendant is currently charged with. However, the evidence is being introduced and you're allowed to listen to it and process it. And we are making a determination, the Court is, that it is relevant in that the government is required to prove that the defendant, Mr. Vigil-Benitez, was an associate or member of a racketeering enterprise; and, therefore, the evidence that was

just presented may be considered by all of you for the limited purpose of assisting you in determining whether MS-13 is a racketeering enterprise, and the defendant was an associate or member of MS-13.

Does everybody understand, if you recall, that some evidence is introduced for a limited purpose? Do you remember I said that to you-all? Yes?

This is the limiting instruction I want you to follow. You must not consider any of the evidence you just heard from the last witness to decide whether the defendant participated in the murder charged in the indictment. Okay? Obviously this is going to apply for any evidence that's general about MS-13. The concern is I don't want any jurors assuming that because you're hearing other bad acts, not the particular one charged here, you're going to assume that the one charged here actually happened.

Do you all understand that?

So again, it's for that racketeering element that the government has to carry the burden of proof on beyond a reasonable doubt regarding the activities of the so-called enterprise of MS-13.

Do you all understand? I appreciate that.

So again, remember that that's going to be an overarching guidepost for you. I may read it to you again or remind you of it again before the end of the trial, but I want

to do it at this time.

Mr. Dobbins, at this point?

MR. DOBBINS: Yes, Your Honor. The government would call Ms. Joanna Jackson to the stand.

THE COURT: All right. So we're going to go ahead and have Ms. Jackson take the stand.

(Government witness, Joanna Jackson, duly sworn.)

THE COURT: Say and spell your name for the record. And just try to lean in, speak into the microphone for me. I appreciate it.

THE WITNESS: Joanna Jackson. J-o-a-n-n-a, J-a-c-k-s-o-n.

THE COURT: Very good.

You may proceed, Mr. Dobbins.

MR. DOBBINS: Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. DOBBINS:

Q. Good afternoon, Ms. Jackson.

A. Good afternoon.

Q. Where are you currently employed?

A. Allied Universal.

Q. What is Allied Universal?

A. We are an electronic monitoring company.

Q. Okay. Electronic monitoring of what or who?

A. We have various contracts. We are international. But

currently, we have -- well, we have various contracts, so...
Q. Okay. Let me ask a couple of other questions, then.
What is your current position or title?
A. I am an account manager.
Q. And what does that mean?
A. I manage the account with the Florida Department of Corrections and their work release unit.
Q. Okay. And what are -- what are some of your duties and responsibilities?
A. For me, I maintain our equipment. For the State of Florida, we have over, like, 32 or 33 facilities, from the Panhandle of Pensacola down to Miami, where these facilities are housed with inmates that have less than two years on their sentence. They go to a facility and establish employment out in the community. And based off of Florida statute, they have to be monitored. So our equipment is what monitors them.
Q. And do you have -- do you also have a contract with the State of Florida for parolees or probationers?
A. Correct.
Q. Okay. And when you say for parolees or probationers, are they sometimes required to wear your equipment for monitoring purposes?
A. Correct. Anyone by the state, government, been placed on probation with GPS would get our equipment.
Q. And that's what I was going to ask you next.

Without getting too technical, what is the equipment that is provided to the probationers or the people who are being monitored?

A. Our contractor with the state of Florida is a two-piece system. It's called the RTC, which is real-time communication. It's an ankle monitor with also an electronic device that looks like a cell phone almost.

Q. Okay. Is that what people may have seen -- looks similar to what people have seen in movies or TV shows when somebody has to wear an ankle monitor, it's reporting where their location is?

A. Correct, but ours is a two-piece. So I don't think I've ever seen it actually in movies, ours, the way it looks.

Q. Proprietary technology. We don't want you to get --

A. Yes.

Q. All right. Prior to joining Allied Universal, did you work for law enforcement or with state corrections in any way?

A. I did. I worked for the State of Florida as a probation officer.

Q. Okay. Now, turning to why you're here today, even though you deal with work release programs, have you also been able to review records involving perhaps somebody who was on probation or was on electronic monitoring through probation?

A. Correct.

Q. Okay. And is it the same kind of system that's used for

each?
A. Yes. It's the same database, it's the same equipment. There are certain -- particular guidelines for work release versus probation and parole. But, yes.
Q. Okay. But other than the guidelines, does the system basically work the same as far as the equipment?
A. Yes.
Q. Okay. And you said it was a real-time communication.
What do you mean by that?
A. That's the name of the device, real-time communication.
Q. Okay.
A. It's abbreviated by the RTC.
Q. All right. And is the device communicating or sending some sort of information to your company so that you can monitor these probationers or work release prisoners?
A. Correct. The device downloads every hour to give us an established GPS of whoever, the offender, on our database every hour.
Q. All right. And are these records commonly kept in the course of business for Allied Universal?
A. Correct.
Q. And are these records kept at or about the time that they are created?
A. Correct.
Q. All right. And is it the duty and business of Allied

Universal to maintain and store these records?
A. Correct.
Q. All right. And have you reviewed any -- were you asked to review any records pertaining to a Wilson Tirado-Silva who was on probation with electronic monitoring on or about from May 2nd of 2015 through May 3rd of 2015?
A. Correct.
Q. All right. And did you pull those records for this testimony here today?
A. Yes.
Q. Okay. And have you reviewed those records, and are they a fair and accurate representation of the records kept by Allied Universal?
A. Yes.
MR. DOBBINS: Your Honor, at this time, the government would move Government's Exhibit 30 into evidence.
THE COURT: Any objection?
MR. ROSENBAUM: No, Your Honor.
THE COURT: All right. We'll admit 30 at this time.
(Government Exhibit 30 was received in evidence.)
MR. DOBBINS: All right. If I may have the -- I guess the HDMI cable at the ELMO, please.
BY MR. DOBBINS:
Q. All right. So I'm going to go ahead and start playing it, and I'll stop it as soon as it comes up here so we can discuss.

(Video was published.)

(Video was paused.)

BY MR. DOBBINS:

Q. Okay. I've paused it here. It looks like at the bottom we have some categories there, I guess, in the light yellow.

Can you just explain what we're looking at?

A. So this is our maps. We use Google Maps to establish or portray our GPS on our system. Down below, you'll see circles that are green, and it indicates certain things within our system. That is the zone in charge of where the device is charging, GPS battery if the battery is dying or what the status of the battery is.

GPS case tamper, if the device has been tampered with at all. Motion GPS, if there's motion from the offender, but there is no GPS to determine where they are on the map.

Bracelet battery, if the battery internally is dying or what -- or not. Bracelet gone, meaning if the offender, because the bracelet is on the offender's leg has separated from the tracking device, which is the cell-phone looking device. And then bracelet strap, if the offender has taken the bracelet off of their leg.

Q. Okay. And along the bottom line there where it starts with date, can you tell us what we're looking at there?

A. Yes. That is May 2, 2015, at 2:03 p.m.

Q. All right. And I notice that because it's Google Maps,

we've got some circles with -- looks like beds and forks and knives.

What is it that we should be focused on in this map?

A. On this map when you see the green circle or dot on the 69th Street there, that indicates that's where the offender is.

Q. Okay. So that would be just south of -- or between McNab Road -- West McNab Road and Northwest 69th Street?

A. Correct.

Q. Okay. Now, I noticed that we also have things like heading and speed in that lower category.

What is that going to tell us?

A. That will dictate how you want to see the GPS on the map. If you press the arrow for play, you will be able to follow along where the offender is going. If you press speed, you can go how fast you want the points to show up on the map.

Q. Okay. So it looks like right now it -- and how often is this -- how often are these plot points happening in this plot?

A. When they're in motion, you'll get a point established on the map every minute.

Q. Okay. And if they're moving, what is this green circle gonna do?

A. If they're in motion and they're moving, you'll see an arrow, an arrow representing that they are moving.

Q. Okay. So instead of a green dot, you're going to see a green arrow?

A. Yes, a green dot means they're stationary.
Q. Okay. So this is still around 2:48 p.m. I'm going to fast-forward it. I'm going to take it to about 11:34 p.m. and I'm going to play.
(Video was published.)
BY MR. DOBBINS:
Q. Is that green dot still at the West McNab Road and 69th Street area?
A. Yes. Yes.
Q. I think I'm going to fast-forward a little further and take us into the -- hit play.
So now it appears we're moving a little fast there. You see an arrow there?
A. Correct.
Q. It looks like it's going -- that's, I believe, westbound on Prospect Road?
A. Yes.
Q. And here we have a speed listed. This is 12:21 a.m. on May 3rd. So early morning hours of May 3, 2015. Now we have a speed of 43 miles per hour.
A. Correct.
Q. So what does that indicate to you?
A. That indicates that the individual is in a vehicle of some sorts.
Q. I'm going to keep it in play.

All right. Now, I'm going to pause it.

(Video was paused.)

BY MR. DOBBINS:

Q. All right. So now where is -- this is now 12:32 a.m.

Where is that green dot located?

A. It looks like in a shopping center off of -- south of Northwest 47th Trail.

Q. Okay. Is that also State Road 7 and 441?

A. Yes.

Q. I'll hit play.

(Video was published.)

BY MR. DOBBINS:

Q. Okay. So that's about 1:00 o'clock in the morning, and the green dot is still in that same spot, correct?

A. Correct.

Q. Okay.

(Video was paused.)

(Video was published.)

BY MR. DOBBINS:

Q. I'm going to move it. I'll fast-forward a little bit.

All right. So now we're going to start at 2:00 a.m. All right. Now it looks like the green arrow is moving here along Commercial Boulevard; is that correct?

A. Correct.

Q. Coming up on -- where is this heading here?

A. It looks like north, off of 95, and then over off of Dixie Highway.
Q. Now, it's going to stay here for a bit. I'm going to fast-forward again.
Now the time is 2:33 a.m. I'll play. It looks like it's about to head southbound on 95?
A. Correct.
Q. I'm going to pause.
(Video was paused.)
(Video was published.)
BY MR. DOBBINS:
Q. It looks like it's heading up on Rock Island Road and McNab?
A. Correct.
Q. Now the time is 3:33. Again, the speed is about 32 miles per hour.
What does that indicate to you?
A. That they're in a vehicle.
Q. I'll hit play. All right. Now let's pause it.
(Video was paused.)
BY MR. DOBBINS:
Q. All right. Sorry. So now the time is around 3:42 and 59 seconds a.m. I paused it a little later. But where is that green dot located now?
A. It's in between Southwest 10th Street and Southwest 10th

Court.

Q. All right. And those two streets and the court are south of Kimberly Boulevard.

Would that be correct?

A. Correct.

Q. All right. Hit play.

(Video was published.)

BY MR. DOBBINS:

Q. Actually, I'm going to fast-forward to the next time it starts to move.

So we stopped at 3:42.

I'm going to start it again at 4:45. So almost an hour has passed. Still in the same spot, right?

A. Yes, sir.

Q. Roughly?

A. Yes.

Q. All right. Hitting play. Now the green arrow seems to be moving -- I'm just going to pause it.

(Video was paused.)

(Video was published.)

BY MR. DOBBINS:

Q. As it starts to go back down Rock Island Road, what's the speed at this point?

A. It's eight miles an hour.

Q. Okay. I'll just pause it again, briefly.

What's our general speed that we've been going here?
A. It's been less than ten miles an hour. This one is seven miles an hour.
Q. All right. It's going back down West McNab Road?
A. Mmm-hmm.
Q. The time is almost 5:00 a.m.
I'll pause it here.
(Video was paused.)
(Video was published.)
BY MR. DOBBINS:
Q. So the time is now 5:26 a.m. What's our general area that we're in here?
A. Back at the Northwest 47 Trail.
Q. Okay. Where we saw the green dot earlier --
A. Correct.
Q. -- at certain points, right?
A. Correct.
Q. All right. We're going to fast-forward a bit until it starts moving generally from this direction. All right.
So now we're at 6:27 a.m., on May 3rd.
Okay. Now that arrow is moving, and what's our speed?
A. 48 miles an hour.
Q. All right. And looks like it's heading down McNab Road again. So what would that indicate to you when it's going 48 miles an hour?

A. That they're in a vehicle.
Q. Okay. Hit play.
All right. Now where do we end up?
A. Back on Northwest 69th Street.
Q. All right. Time is about 7:00 a.m.
What does it mean when it turns from a circle into a square like that?
A. That they have lost GPS and that was the last point established.
Q. And we've seen this area before, right? This is McNab Road, between McNab and 69th Street.
A. Correct.
Q. And just so we're clear again, these were the records you pulled for Wilson Tirado-Silva's GPS?
A. Yes.
Q. Okay.
MR. DOBBINS: Your Honor, I have no further questions for this witness. I pass the witness.
THE COURT: Very good.
Counsel, cross-examination?
MR. ROSENBAUM: No questions.
THE COURT: No questions. All right. Thank you very much, Mr. Rosenbaum.
Thank you very much, Ms. Jackson. You are excused.
THE WITNESS: Thank you.

THE COURT: Ladies and gentlemen, that concludes our work for the day. We've made quite a bit of progress. I want to thank you-all for your undivided attention and for staying focused.

A few words before we excuse you-all so you can get home safely. We will begin again tomorrow at the same time. It will be a 9:00 a.m. start. As we did today, if anybody is running a little bit behind, give me a heads-up.

We were able to get everyone out here about 9:15, 9:20 which was pretty solid. Let's hope we can replicate that tomorrow.

Similar to what we did today as well, we'll have a lunch break around the same window of time so you can plan accordingly.

Remember, of course, that when you leave you should leave your notepads in the room. We'll seal the jury room when you guys leave tonight. Everything will remain as it is so that when you return tomorrow, you'll find everything as you left it.

Certainly, I know that we keep repeating it, but it's very important to do so. You're going to get home and now you've heard a lot more than you knew before you arrived this morning at 9:00 a.m.

You've heard from six witnesses total thus far in the case. You've seen a number of exhibits, some 30-something have

been moved into evidence. A brief word about that.

I want you-all to understand that everything that is moved into evidence, you will get to see again later. So to the extent you want to go through any of the exhibits that have been admitted, photos, video, we will send it all back to the jury room when you are deliberating.

So don't worry if you didn't get a chance to look at anything as long as you needed to when it was shown on the screens.

When you get home and family asks you, what's the trial like? How's it going? No discussion, remember, with family or friends. No discussions with each other on these breaks as you leave. In the morning, while you're all hanging out before coming into court.

No social media posts about the trial, nothing on Instagram, Facebook, Snapchat, Twitter, stay off all of those outlets. No research. No people, places, or things should be looked up in this case.

You've seen maps. You've seen visuals for different parts of South Florida. No one needs to be guided by anything other than what has been admitted into the case. I know you guys are following these rules, but we always want to remind you of them each day because they're very important to protect everything that we're doing here and making sure the trial is done fairly for everyone.

Now, remember, again, when you come in, you've got to go straight as you did this morning into the jury room. You'll buzz, we'll let you in. And, of course, if you see the lawyers on your way in and they ignore you, as you should ignore them, take no offense. They're going to steer clear of you throughout the pendency of the trial.

With that, we're all set for today, guys. Thank you very much. You guys have worked hard and are listening closely. You're all excused. We'll see you tomorrow at 9:00 a.m.

(Jury exits at 5:10 p.m.)

THE COURT: All right. Please be seated, everyone.

All right. Just a brief housekeeping so that we know the lineup for tomorrow. My understanding is we'll lead off with Gonzalez, Mr. Dobbins, right?

MR. DOBBINS: That's correct, Judge.

THE COURT: All right. Who else do we think we're going to cover tomorrow?

MR. DOBBINS: We're going to then start getting into the defendant's post-Miranda statements. I'm trying to cut those down with time stamps so that we're not here listening to seven hours. We have redacted them quite a bit with certain things that obviously we don't want the jury to know.

And then if we still have time, we have Melvin Cruz-Ortiz available with the marshals. I'll verify that

tonight before I leave, that he can be available in the afternoon. But I don't think we're going to get to him. But if we did, we could get him on and just get him started.

THE COURT: Okay. Very good.

All right. So I think we have a good game plan for tomorrow, and at the pace we're keeping right now we're certainly on schedule.

Anything else from the government before we break for this evening, any other issues?

MR. DOBBINS: Judge, I -- I don't mean to nitpick something, but it just felt like when you gave the in limine instruction --

THE COURT: It was a little too heavy? You were worried?

MR. DOBBINS: I felt you went a little --

THE COURT: A little broader?

MR. DOBBINS: A little broad because it sounded like -- at least what I heard, it sounded that you said -- and you definitely said like other violent acts or other acts. But at some point you said, like, all that you heard from that witness--

THE COURT: Right, everything. Yeah.

MR. DOBBINS: But he has direct evidence about -- the testimony that he's directed --

THE COURT: It's kind of hard because I agree with you,

as I was reflecting on it, it's a little co-mingled. So some of it is direct; some of it is not direct.

MR. DOBBINS: Right.

THE COURT: So to the extent that I can fix that tomorrow, certainly maybe before Gonzalez takes the stand, it might make it easier.

Just to be clear, I'll remind them again that to the extent that witnesses like Tirado and Gonzalez have direct evidence regarding what has been charged in the indictment that is being allegedly committed by Mr. Vigil-Benitez, certainly they are to consider that and weigh that evidence. It is simply an instruction to guide them that other acts that have been committed by MS-13 not be attributed to the defendant. Something like that.

MR. DOBBINS: I think that's right. And for Viera-Gonzalez tomorrow, what you read today would have been fine because he has no direct knowledge of this murder.

THE COURT: He has nothing, yeah. I think maybe since we kind of thought maybe he would be first. But I think it's fine. I agree with you. I was reflecting that I probably was a little broader to protect the defendant, which tends to be my nature sometimes just so that we don't have any concerns.

But you're right, there was direct evidence. I don't want them to disregard what Tirado-Silva knew directly. It should only be tangential things attributed to this defendant

that are MS-13 related only, right.

MR. DOBBINS: Yes. That was the only matter that I just wanted to raise.

THE COURT: It's a fair point. Let me go ahead tomorrow -- I'll just make it clear that our concern is to listen to the testimony of cooperating witnesses with a close ear, that testimony related to activities committed by the defendant -- charged acts committed by the defendant obviously can be considered. It is that they don't carry over any violent action from MS-13 generally and attribute them to the defendant because that kind of goes outside the scope of what he's been charged with. Something to that effect, I'll do it first thing in the morning.

MR. DOBBINS: Thank you, Your Honor.

THE COURT: You're welcome.

Was there anything else, Mr. Dobbins, on that point?

MR. DOBBINS: Nothing from the government, Your Honor.

THE COURT: Okay. All right. Anything else, Mr. Rosenbaum, before we break for the evening, any housekeeping issues?

MR. ROSENBAUM: I thought you did a great job.

THE COURT: Thank you. You liked it. The curative wasn't bad, right?

MR. ROSENBAUM: Yeah.

THE COURT: All right. So with that, thank you,

everybody. We'll see you-all at 9:00 a.m.

(Court recessed at 5:14 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

DATE: January 22, 2024

/s/Ilona Lupowitz
ILONA LUPOWITZ, RMR, CRR
Official Court Reporter
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

**$**

**$100** [2] - 55:22, 144:11

**'**

**'14** [2] - 128:18, 146:9
**'90s** [1] - 71:14

**/**

**/s/Ilona** [1] - 249:10

**1**

**1** [13] - 1:8, 22:21, 27:17, 49:25, 50:13, 135:1, 135:10, 154:18, 155:5, 173:8, 173:9, 201:13, 201:15
**1(800** [1] - 86:1
**1-A** [5] - 2:19, 15:14, 15:20, 16:1, 17:17
**1-B** [2] - 19:3, 76:18
**1-C** [2] - 16:11, 18:12
**1-D** [5] - 2:20, 15:15, 15:20, 17:4, 18:12
**1-E** [4] - 2:21, 19:14, 19:20, 20:20
**1-F** [1] - 20:8
**1-G** [4] - 2:21, 19:20, 19:24, 76:10
**1-H** [4] - 2:21, 22:21, 22:25, 23:4
**1-I** [5] - 2:21, 22:21, 22:25, 23:11, 76:6
**10** [9] - 3:6, 49:7, 49:11, 53:3, 53:6, 76:8, 119:22, 173:8, 174:25
**10,000** [2] - 87:15
**10-A** [2] - 49:13, 49:14
**10-B** [1] - 49:23
**10-C** [1] - 50:12
**10-D** [1] - 50:15
**10-E** [1] - 50:22
**10-F** [1] - 51:1
**10-G** [1] - 51:15
**10-H** [1] - 51:19
**10-I** [1] - 51:22
**10-J** [1] - 52:2
**10-K** [1] - 52:6
**10-L** [1] - 52:9
**10-M** [1] - 52:12
**10-N** [1] - 52:17
**10-O** [1] - 52:19
**10-P** [2] - 52:22, 88:16
**10-Q** [1] - 52:24
**10-R** [1] - 53:2
**10-S** [1] - 53:4
**100** [2] - 1:18, 72:12
**10th** [4] - 81:4, 82:17, 239:25
**11** [3] - 54:17, 120:3, 175:7
**11-2** [2] - 1:24, 249:13
**11-A** [3] - 3:6, 54:23, 55:1
**11-B** [1] - 55:9
**11-C** [2] - 55:16, 55:17
**11-D** [3] - 3:6, 54:23, 55:24
**114** [1] - 3:8
**11:00** [1] - 89:21
**11:02** [1] - 67:9
**11:03** [1] - 67:15
**11:19** [2] - 67:16, 67:21
**11:34** [1] - 237:3
**11:53** [1] - 91:1
**11:54** [1] - 91:25
**11:59** [2] - 92:1, 92:5
**12** [3] - 2:7, 25:14, 57:9
**12-A** [3] - 3:7, 57:15, 57:18
**12-B** [1] - 58:1
**12-C** [1] - 58:5
**12-D** [1] - 58:8
**12-E** [1] - 58:13
**12-F** [1] - 58:16
**12-G** [1] - 58:19
**12-H** [1] - 58:25
**12-I** [1] - 59:3
**12-J** [1] - 59:6
**12-K** [2] - 59:18, 59:19
**12-L** [1] - 60:2
**12-M** [1] - 60:6
**12-N** [1] - 60:9
**12-O** [1] - 60:17
**12-P** [2] - 60:22, 60:23
**12-Q** [1] - 61:1
**12-R** [3] - 3:7, 57:15, 61:4
**120th** [3] - 14:13, 26:19, 72:20
**12:21** [1] - 237:18
**12:30** [5] - 89:23, 90:7, 90:11, 90:21, 91:22
**12:32** [1] - 238:4
**12:37** [1] - 121:22
**12:38** [1] - 122:5
**13** [10] - 3:7, 62:1, 62:5, 62:8, 63:8, 96:8, 131:4, 178:12, 178:15, 222:24
**13-second** [4] - 97:22, 137:13, 174:21, 223:1
**134** [1] - 3:8
**14** [6] - 3:7, 25:14, 62:1, 62:5, 63:8, 96:8
**141** [1] - 3:9
**146** [1] - 3:9
**15** [7] - 2:19, 3:7, 62:1, 62:5, 63:16, 72:8, 90:14
**154** [1] - 3:10
**16** [4] - 3:7, 62:1, 62:5, 63:25
**167** [1] - 3:10
**17** [8] - 3:8, 114:20, 114:23, 114:25, 115:4, 123:4, 137:20, 221:5
**170** [1] - 3:11
**172** [2] - 3:11, 3:12
**18** [7] - 3:11, 96:17, 137:20, 170:6, 170:9, 170:10, 170:12
**180** [1] - 3:13
**187** [1] - 2:13
**18th** [16] - 126:15, 127:23, 133:10, 133:12, 133:13, 133:14, 140:3, 140:4, 155:23, 156:13, 156:15, 156:21, 158:3, 202:22, 203:21, 203:22
**19** [2] - 2:20, 203:24
**19-A** [6] - 3:11, 171:2, 171:22, 172:1, 172:4, 172:15
**19-A(T** [3] - 3:12, 172:4, 172:10
**19-D** [1] - 176:20
**19-E** [3] - 3:11, 171:22, 172:1
**19-E(T** [2] - 3:12, 172:10
**19677** [3] - 14:13, 26:19, 72:20
**198** [1] - 3:13
**1993** [1] - 55:7
**1:00** [3] - 90:12, 121:25, 238:13
**1:45** [3] - 90:13, 120:22, 121:19
**1st** [1] - 195:8

**2**

**2** [15] - 1:7, 16:22, 17:7, 29:5, 50:13, 50:16, 50:19, 50:20, 135:1, 135:11, 154:18, 155:5, 157:23, 173:19, 235:24
**2-A** [3] - 2:22, 29:11, 30:3
**2-B** [1] - 30:12
**2-C** [1] - 31:7
**2-D** [1] - 31:19
**2-E** [1] - 32:4
**2-F** [1] - 32:13
**2-G** [1] - 32:21
**2-H** [1] - 33:5
**2-I** [1] - 34:1
**2-J** [3] - 2:22, 29:11, 34:19
**20** [3] - 13:3, 100:7, 225:12
**20-A** [4] - 3:13, 180:7, 180:12, 180:17
**20-acre** [1] - 76:8
**20-B** [1] - 180:20
**20-C** [1] - 181:4
**20-D** [1] - 182:12
**20-E** [1] - 182:19
**20-F** [1] - 182:22
**20-G** [1] - 183:4
**20-H** [1] - 183:15
**20-I** [3] - 3:13, 180:12, 184:22
**200** [1] - 72:14
**2004** [1] - 93:2
**2005** [1] - 25:1
**2009** [1] - 24:21
**2011** [1] - 188:14
**2013** [1] - 146:9
**2014** [7] - 128:19, 129:11, 137:24, 189:25, 195:14, 196:4, 216:22
**2015** [17] - 14:4, 26:16, 56:15, 72:16, 126:5, 126:19, 132:9, 136:2, 147:11, 147:18, 203:24, 205:16, 234:6, 235:24, 237:19
**2016** [7] - 190:7, 191:9, 192:4, 214:17, 215:7, 215:9, 215:14
**2018** [1] - 112:23
**202** [1] - 3:19
**2020** [11] - 6:24, 8:15, 8:16, 112:21, 112:24, 123:16, 123:22, 191:1, 193:4, 214:19, 215:14
**2022** [1] - 113:19
**2024** [2] - 195:8, 249:10
**2025** [2] - 1:5, 123:25
**21** [5] - 3:9, 141:2, 141:5, 141:6, 141:8
**213** [1] - 2:13
**22** [7] - 1:5, 2:21, 3:8, 134:2, 134:7, 134:11, 249:10
**22-60078** [1] - 4:3
**22-CR-60078-6** [1] - 1:2
**23** [5] - 71:6, 71:19, 134:25, 135:23
**230** [1] - 2:15
**234** [1] - 3:14
**24** [5] - 2:10, 3:8, 134:2, 134:7, 135:10
**25** [4] - 3:10, 153:21, 154:2, 154:8
**26** [3] - 3:10, 154:2, 154:17
**26-second** [1] - 174:22
**27** [4] - 3:10, 153:21, 154:2, 155:5
**28** [3] - 3:9, 146:19, 146:24
**29** [7] - 2:22, 2:22, 3:10, 167:6, 167:10, 167:11, 167:13
**2:00** [3] - 120:23, 122:3, 238:21
**2:03** [1] - 235:24
**2:18** [2] - 122:6, 122:14
**2:33** [1] - 239:5
**2:48** [1] - 237:2
**2nd** [3] - 1:18, 72:16, 234:6

## 3

**3** [17] - 28:21, 35:14, 52:20, 52:21, 52:23, 65:20, 116:14, 135:1, 135:11, 135:12, 154:18, 155:5, 155:7, 173:15, 201:4, 205:16, 237:19
**3-A** [5] - 2:22, 29:2, 35:15, 75:15, 75:16
**3-B** [1] - 35:25
**3-C** [1] - 36:10
**3-D** [1] - 36:18
**3-E** [1] - 36:20
**3-F** [1] - 36:23
**3-G** [1] - 36:25
**3-H** [1] - 37:6
**3-I** [2] - 37:8, 65:21
**3-J** [1] - 37:13
**3-L** [3] - 2:22, 29:2, 38:1
**30** [4] - 3:14, 234:16, 234:19, 234:20
**30-something** [1] - 243:25
**300** [2] - 16:22, 17:7
**305** [2] - 1:25, 249:14
**31** [1] - 92:25
**32** [2] - 231:11, 239:15
**33** [2] - 13:3, 231:11
**33128** [2] - 1:24, 249:14
**33131** [1] - 1:19
**33132** [1] - 1:15
**3400** [1] - 1:18
**35** [8] - 116:10, 116:11, 116:23, 117:14, 117:17, 117:21, 211:25
**360** [3] - 31:3, 31:22, 32:8
**39** [1] - 2:23
**3:33** [1] - 239:15
**3:42** [2] - 239:22, 240:11
**3rd** [6] - 14:4, 26:16, 72:16, 234:6, 237:19, 241:20

## 4

**4** [16] - 38:21, 52:13, 52:18, 52:20, 77:24, 82:7, 116:15, 135:1, 135:3, 135:11, 141:11, 154:18, 154:19, 154:23, 155:5, 173:23
**4-A** [4] - 2:23, 38:22, 39:2, 39:5
**4-B** [2] - 39:10, 78:16
**4-C** [1] - 39:22
**4-D** [1] - 40:3
**4-E** [1] - 40:6
**400** [2] - 1:23, 249:13
**41** [1] - 2:23
**42** [1] - 2:24
**43** [1] - 237:20
**441** [6] - 151:21, 151:23, 152:3, 152:10, 160:3, 238:8
**45** [2] - 2:24, 160:6
**45-caliber** [1] - 83:21
**47** [1] - 241:13
**47th** [1] - 238:7
**48** [3] - 2:25, 241:22, 241:25
**49** [1] - 3:6
**4:30** [1] - 225:3
**4:35** [1] - 224:14
**4:39** [1] - 227:15
**4:44** [1] - 227:18
**4:45** [2] - 228:4, 240:12
**4:47** [1] - 228:5
**4th** [2] - 1:15, 55:7

## 5

**5** [17] - 2:23, 41:1, 41:8, 41:12, 41:13, 52:7, 52:10, 52:20, 55:23, 76:8, 87:15, 134:13, 135:1, 135:11, 154:18, 155:5, 174:2
**5,000** [1] - 15:2
**5-A** [2] - 42:5, 42:6
**5-B** [1] - 42:9
**5-C** [1] - 42:10
**5-D** [1] - 42:20
**5-E** [1] - 42:23
**50,000-square-foot** [1] - 15:3
**500** [2] - 72:15, 84:8
**523-5737** [2] - 1:25, 249:14
**54** [1] - 3:6
**57** [1] - 3:7
**5814** [1] - 82:17
**59** [1] - 239:22
**5:00** [1] - 241:6
**5:10** [1] - 245:11
**5:14** [2] - 1:6, 249:2
**5:15** [1] - 228:2
**5:26** [1] - 241:11
**5K1** [1] - 212:1

## 6

**6** [17] - 2:5, 2:24, 44:16, 45:8, 45:10, 45:12, 51:4, 51:6, 51:7, 51:20, 134:12, 135:2, 135:11, 147:4, 154:18, 155:6, 174:6
**6-page** [2] - 154:7, 154:17
**62** [1] - 3:7
**68** [1] - 2:10
**69th** [5] - 236:5, 236:7, 237:7, 242:4, 242:11
**6:27** [1] - 241:20
**6th** [1] - 189:25

## 7

**7** [15] - 2:24, 41:18, 41:24, 42:1, 42:3, 43:9, 51:4, 51:6, 51:7, 51:18, 116:14, 117:5, 174:10, 221:11, 238:8
**7-A** [2] - 43:10, 65:15
**7-B** [3] - 43:24, 64:12, 64:22
**7-C** [1] - 44:8
**70** [1] - 2:8
**7700** [1] - 81:4
**7852** [1] - 24:14
**7:00** [1] - 242:5
**7th** [1] - 202:5

## 8

**8** [9] - 2:24, 44:16, 45:8, 45:10, 45:12, 51:5, 51:23, 52:4, 116:16
**801(d)(1)(A** [1] - 201:20
**82** [1] - 197:17
**83** [6] - 3:13, 197:16, 197:17, 198:1, 198:3
**8:00** [1] - 14:12

## 9

**9** [15] - 2:6, 42:12, 42:16, 42:17, 42:21, 44:24, 46:5, 47:19, 48:5, 51:5, 52:14, 52:15, 71:7, 116:16, 174:23
**9-A** [2] - 47:21, 48:11
**9-B** [1] - 48:18
**90** [1] - 15:5
**911** [5] - 27:4, 73:20, 73:22, 74:12, 79:13
**92** [1] - 2:12
**95** [2] - 239:1, 239:6
**99** [1] - 1:15
**9:00** [4] - 243:7, 243:23, 245:10, 249:1
**9:15** [1] - 243:9
**9:20** [2] - 1:6, 243:9
**9:22** [1] - 5:17
**9:30** [1] - 26:23
**9A** [2] - 2:25, 48:9

## A

**A.A** [1] - 25:11
**a.m** [25] - 1:6, 5:17, 14:12, 26:23, 67:9, 67:15, 67:16, 67:21, 91:1, 91:25, 92:1, 92:5, 237:18, 238:4, 238:21, 239:5, 239:23, 241:6, 241:11, 241:20, 242:5, 243:7, 243:23, 245:10, 249:1
**abbreviated** [1] - 233:12
**abdomen** [2] - 36:15, 36:24
**able** [20] - 6:4, 45:21, 80:4, 84:19, 85:2, 85:9, 85:12, 85:13, 89:4, 91:21, 101:12, 107:13, 144:11, 175:4, 175:13, 179:1, 232:21, 236:13, 243:9
**above-entitled** [1] - 249:8
**abrasions** [1] - 37:2
**absolutely** [1] - 77:23
**accepted** [2] - 102:9, 102:10
**access** [3] - 27:18, 29:13, 47:15
**accident** [1] - 38:11
**accidents** [2] - 72:6
**accommodations** [1] - 89:16
**accomplishing** [1] - 219:16
**according** [2] - 82:8, 200:16
**accordingly** [2] - 99:7, 243:14
**account** [3] - 73:24, 231:4, 231:6
**accounted** [2] - 4:23, 122:7
**accurate** [4] - 41:2, 168:5, 234:12, 249:7
**accurately** [2] - 48:1, 61:15
**ACEVEDO** [2] - 1:17, 1:17
**Acevedo** [1] - 4:13
**act** [9] - 7:7, 7:13, 7:15, 7:17, 7:19, 7:23, 106:25, 107:13
**acting** [1] - 105:24
**action** [1] - 248:10
**actions** [2] - 69:14, 69:15
**active** [1] - 85:21
**activities** [3] - 228:16, 229:20, 248:7
**activity** [1] - 227:5
**acts** [12] - 8:5, 163:21, 187:8, 187:12, 190:21, 213:6, 228:17, 229:14, 246:19, 247:12, 248:8
**actual** [1] - 18:24
**add** [2] - 85:24, 88:22
**added** [1] - 61:21
**addition** [9] - 38:4, 66:4, 116:3, 117:9, 119:3, 119:11, 132:4, 178:18, 215:22
**additional** [23] - 37:20, 48:22, 50:16, 52:25, 55:23, 56:17, 56:19, 65:8, 82:4, 83:13, 84:2, 84:6, 84:19, 86:17, 87:23, 89:3, 89:4, 136:12, 215:23, 220:4, 225:7, 226:5
**address** [7] - 13:24, 80:9, 80:17, 81:3, 142:21
**adherence** [3] - 7:5, 9:11,

9:16
**adjacent** [2] - 15:1, 20:12
**admit** [8] - 22:20, 41:12, 49:10, 113:13, 125:24, 197:25, 220:3, 234:19
**admitted** [28] - 15:18, 19:18, 22:24, 28:25, 29:9, 38:25, 42:1, 45:11, 48:8, 54:21, 57:13, 62:3, 114:10, 114:24, 115:3, 126:18, 128:2, 167:10, 170:9, 172:9, 180:11, 196:4, 197:14, 198:1, 201:23, 204:16, 244:5, 244:21
**admitting** [1] - 215:19
**adult** [1] - 96:16
**advancement** [2] - 7:6, 7:11
**advantage** [1] - 90:19
**adverse** [1] - 123:8
**affiliated** [1] - 100:13
**affiliation** [3] - 189:12, 190:20, 190:23
**affiliations** [1] - 189:18
**affluent** [2] - 15:2, 15:3
**afternoon** [4] - 228:13, 230:18, 230:19, 246:2
**agencies** [1] - 26:4
**agency** [4] - 13:5, 25:9, 25:24, 30:8
**Agent** [6] - 125:15, 128:1, 133:19, 215:18, 220:2, 220:17
**agent** [2] - 4:8, 173:18
**agents** [1] - 133:20
**aggravated** [11] - 96:20, 99:9, 123:17, 128:15, 188:8, 188:11, 188:14, 189:5, 190:21, 193:12, 217:24
**ago** [2] - 4:24, 30:10
**agree** [7] - 113:9, 116:4, 119:23, 178:19, 187:10, 246:25, 247:20
**agreed** [7] - 117:9, 120:6, 131:9, 131:11, 195:11, 200:16, 227:4
**agreement** [18] - 114:14, 114:17, 115:12, 116:19, 119:11, 119:12, 119:22, 119:23, 123:3, 123:6, 123:7, 123:15, 124:3, 128:22, 220:10, 221:4, 226:12
**agreements** [2] - 123:5, 123:11
**ahead** [45] - 5:11, 5:14, 46:8, 47:10, 66:24, 67:1, 67:2, 67:4, 67:12, 67:18, 67:24, 70:11, 90:2, 90:18, 91:19, 119:8, 120:18, 121:24, 164:2, 193:4, 193:8, 193:25, 194:2, 194:23, 197:12, 201:9, 201:22, 202:1, 210:19, 214:11, 219:25, 220:3, 220:7, 224:10, 224:16, 224:21, 225:13, 227:21, 227:23, 227:24, 230:5, 234:24, 248:4
**aid** [5] - 14:20, 17:20, 114:6, 208:23
**aiding** [1] - 114:4
**air** [1] - 53:21
**alerted** [1] - 196:3
**allegedly** [2] - 228:17, 247:10
**alley** [1] - 204:13
**allied** [1] - 230:21
**Allied** [5] - 230:22, 232:16, 233:20, 233:25, 234:12
**allow** [3] - 164:9, 173:23, 201:22
**allowance** [1] - 9:19
**allowed** [11] - 9:19, 9:20, 9:21, 53:21, 129:14, 174:12, 181:18, 221:12, 221:15, 221:18, 228:21
**allowing** [1] - 11:13
**almost** [8] - 53:25, 76:20, 78:1, 162:7, 227:20, 232:7, 240:12, 241:6
**alone** [1] - 178:23
**alongside** [1] - 17:10
**America** [1] - 4:3
**AMERICA** [1] - 1:4
**amount** [3] - 55:21, 86:14, 220:14
**analysis** [1] - 83:25
**analyzed** [1] - 83:20
**ancestor** [1] - 176:15
**Andrew** [3] - 124:9, 125:16, 143:15
**Andrews** [2] - 142:22, 149:9
**angle** [1] - 16:12
**angles** [1] - 74:23
**ankle** [7] - 108:18, 108:25, 110:25, 111:17, 129:15, 232:6, 232:10
**anonymous** [1] - 86:1
**answer** [2] - 11:10, 216:2
**apart** [1] - 21:4
**apartment** [1] - 203:6
**apologies** [1] - 197:17
**apologize** [6] - 46:17, 91:17, 98:21, 122:18, 159:3, 181:23
**appeal** [3] - 120:4, 120:7, 123:7
**appear** [5] - 37:4, 38:9, 39:17, 58:22, 58:23
**appearance** [1] - 28:13
**APPEARANCES** [1] - 1:11
**appearances** [1] - 4:4
**appeared** [3] - 27:23, 28:14, 48:14
**appearing** [1] - 40:1
**apple** [2] - 188:19, 188:20
**applied** [1] - 25:5
**apply** [1] - 229:12
**appreciate** [4] - 12:6, 70:2, 229:22, 230:10
**approach** [2] - 44:12, 45:16
**April** [1] - 189:25
**Ardilla** [28] - 128:10, 130:3, 130:4, 130:5, 130:13, 130:15, 130:18, 131:15, 132:4, 132:14, 132:15, 134:22, 134:23, 142:24, 143:3, 143:6, 144:19, 149:2, 150:14, 159:18, 159:19, 162:14, 165:21, 179:3, 184:8, 200:25, 222:12, 224:5
**Ardilla's** [2] - 150:18, 150:22
**area** [65] - 11:23, 13:14, 13:20, 14:24, 15:1, 15:4, 15:9, 16:7, 16:15, 16:20, 17:25, 19:7, 19:8, 20:24, 21:5, 21:19, 21:20, 27:11, 27:20, 30:19, 30:21, 32:18, 32:25, 33:1, 33:10, 33:22, 34:23, 35:3, 35:5, 39:11, 39:24, 39:25, 50:20, 51:25, 59:8, 59:10, 59:11, 59:16, 68:22, 75:23, 76:13, 79:19, 84:9, 95:9, 96:24, 138:19, 151:19, 152:1, 152:2, 152:7, 152:8, 153:14, 153:17, 160:10, 162:19, 168:23, 237:8, 241:11, 242:10
**areas** [14] - 14:1, 34:8, 39:12, 49:20, 59:2, 59:21, 59:22, 59:25, 60:5, 60:11, 60:12, 60:13, 66:8, 69:7
**argue** [2] - 164:3, 218:22
**argument** [2] - 111:4, 111:6
**Arizona** [2] - 204:16, 215:11
**arm** [4] - 37:14, 66:9, 69:1, 186:9
**arms** [1] - 28:15
**arraigned** [1] - 208:22
**arrest** [2] - 179:25, 189:9
**arrested** [17] - 96:17, 96:19, 107:25, 108:1, 110:18, 111:22, 111:24, 111:25, 112:1, 113:20, 119:19, 125:1, 184:15, 188:2, 188:8, 191:9, 217:21
**arrive** [1] - 22:3
**arrived** [17] - 4:24, 17:19, 26:23, 26:24, 27:10, 28:11, 31:15, 37:19, 43:22, 54:2, 56:5, 60:15, 72:24, 73:9, 74:9, 82:22, 243:22
**arrives** [1] - 54:12
**arriving** [2] - 5:23, 82:8
**arrow** [11] - 59:9, 60:4, 60:25, 236:13, 236:23, 236:25, 237:13, 238:22, 240:17, 241:21
**arrows** [7] - 59:22, 60:8, 60:12, 60:20, 61:3, 62:21, 63:19
**articles** [1] - 203:11
**artist** [1] - 186:19
**ascertain** [1] - 18:4
**Asian** [1] - 84:25
**aspect** [2] - 76:1, 76:13
**assault** [1] - 202:10
**assign** [4] - 22:8, 74:6, 131:18, 132:3
**assignments** [1] - 13:10
**assist** [3] - 26:4, 26:14, 72:14
**assistance** [1] - 64:9
**ASSISTANT** [1] - 1:14
**assisting** [2] - 211:24, 229:2
**associate** [8] - 21:7, 130:10, 130:11, 176:2, 202:22, 204:4, 228:24, 229:3
**associated** [4] - 95:17, 121:11, 157:3, 177:6
**association** [1] - 228:14
**assume** [1] - 229:15
**assuming** [2] - 197:21, 229:13
**attack** [5] - 11:21, 97:7, 97:24, 204:14, 223:17
**attacked** [2] - 96:25, 204:21
**attempt** [3] - 53:7, 53:14, 66:5
**attempted** [13] - 111:1, 111:7, 112:2, 112:9, 112:14, 123:17, 184:15, 190:7, 191:10, 193:10, 202:15, 216:25, 218:5
**attempting** [1] - 196:22
**attend** [2] - 18:18, 87:2
**attended** [1] - 73:18
**attention** [5] - 6:9, 14:4, 112:20, 112:24, 243:3
**Attorney** [2] - 71:1, 71:2
**attorney** [4] - 115:13, 118:3, 119:1, 193:19
**ATTORNEY'S** [1] - 1:14
**attorney's** [1] - 115:17
**Attorney's** [9] - 116:5, 117:2, 117:19, 117:22, 117:25, 118:3, 118:9,

123:12, 221:6
**ATTORNEYS** [1] - 1:14
**attribute** [1] - 248:10
**attributed** [2] - 247:13, 247:25
**August** [2] - 128:16, 128:19
**auntie** [1] - 93:17
**AUSA** [1] - 4:8
**authorities** [1] - 173:16
**authorization** [1] - 200:2
**authorize** [1] - 206:14
**authorized** [3] - 137:14, 198:17, 206:13
**auto** [2] - 44:23, 46:5
**available** [4] - 8:3, 14:20, 245:25, 246:1
**Avenue** [6] - 1:23, 14:13, 26:19, 72:21, 82:17, 249:13
**aware** [2] - 79:1, 121:25

## B

**bachelor's** [1] - 25:10
**back-and-forth** [1] - 11:17
**background** [1] - 196:7
**backwards** [1] - 31:25
**bad** [9] - 106:5, 106:10, 106:12, 107:18, 175:5, 218:20, 223:6, 229:14, 248:23
**bag** [20] - 43:20, 44:20, 45:23, 53:19, 62:10, 62:11, 62:12, 62:13, 62:14, 63:11, 63:12, 63:13, 63:17, 63:18, 64:1, 64:2, 75:10
**bags** [1] - 56:24
**bandage** [1] - 169:5
**bank** [1] - 77:1
**bar** [1] - 205:20
**barcode** [1] - 63:15
**barrio** [2] - 173:11
**based** [8] - 27:5, 78:17, 119:25, 139:23, 164:7, 210:15, 210:16, 231:15
**basic** [1] - 14:2
**bat** [1] - 189:23
**bathroom** [2] - 162:23, 165:11
**batteries** [2] - 99:10, 193:12
**battery** [16] - 96:20, 123:17, 128:15, 157:22, 162:7, 188:8, 188:11, 188:14, 189:6, 190:21, 217:24, 235:11, 235:12, 235:16
**Bay** [5] - 13:6, 71:7, 71:12, 71:13
**Beach** [23] - 12:10, 12:20, 13:1, 13:2, 13:4, 13:12, 14:5, 14:12, 24:14, 24:23, 24:24, 26:17, 26:25, 27:11, 33:13, 69:3, 71:6, 71:19, 71:22, 72:3, 72:17, 73:11, 225:10
**beaten** [3] - 138:24, 139:2, 199:5
**beating** [8] - 97:22, 137:13, 174:21, 198:17, 198:22, 200:3, 223:1, 223:5
**became** [2] - 109:4, 124:19
**become** [19] - 8:8, 8:10, 9:20, 25:7, 71:10, 85:18, 102:25, 104:20, 107:20, 131:15, 139:4, 175:13, 177:4, 178:10, 184:12, 184:14, 184:20, 199:6, 213:22
**becomes** [1] - 10:11
**becoming** [3] - 107:13, 198:15, 202:25
**bed** [1] - 81:18
**beds** [1] - 236:1
**beer** [4] - 53:3, 53:5, 158:11, 158:20
**BEFORE** [1] - 1:10
**began** [2] - 199:9, 199:19
**begin** [5] - 122:8, 173:3, 178:6, 178:14, 243:6
**beginning** [2] - 7:9, 220:24
**behalf** [8] - 4:4, 4:7, 4:10, 4:13, 4:25, 117:23, 118:7, 118:21
**behind** [8] - 16:6, 16:9, 20:12, 132:14, 148:17, 204:13, 209:12, 243:8
**believes** [1] - 201:20
**bell** [1] - 125:19
**Belle** [2] - 13:15, 13:21
**belong** [1] - 69:8
**belonged** [3] - 57:22, 78:15, 85:4
**belonging** [1] - 202:11
**below** [5] - 42:17, 42:18, 43:19, 104:25, 235:8
**bench** [2] - 120:22, 122:3
**benefit** [5] - 7:7, 7:13, 204:1, 221:16, 227:19
**BENITEZ** [1] - 1:7
**Benitez** [6] - 4:4, 4:11, 4:14, 4:16, 228:24, 247:10
**Benitez's** [1] - 228:14
**berm** [5] - 19:6, 76:1, 76:5, 76:14, 76:22
**best** [1] - 31:3
**betray** [1] - 173:19
**betrayal** [1] - 173:21
**better** [1] - 117:7
**between** [8] - 11:12, 86:6, 160:8, 160:9, 160:12, 236:6, 239:25, 242:11
**beyond** [4] - 73:19, 76:22, 105:2, 229:19
**bicycle** [18] - 81:21, 81:22, 81:24, 82:2, 82:5, 82:10, 82:21, 87:25, 88:7, 156:9, 156:10, 156:23, 160:21, 160:24, 161:2, 161:4, 208:15, 219:20
**big** [9] - 87:14, 174:4, 174:12, 174:19, 204:25, 205:1, 205:2, 205:3
**Bigfoot** [34] - 127:7, 127:10, 127:14, 128:4, 128:10, 130:3, 130:14, 130:17, 131:15, 132:4, 132:15, 135:9, 135:24, 138:9, 138:14, 143:9, 144:19, 149:6, 150:23, 159:18, 161:20, 162:14, 165:20, 179:5, 184:8, 196:12, 196:13, 196:15, 198:6, 200:24, 222:12, 224:5
**Bigfoot's** [1] - 127:8
**bike** [19] - 82:22, 82:23, 156:4, 156:5, 156:8, 156:15, 158:25, 159:4, 159:22, 159:24, 160:1, 160:6, 160:8, 160:9, 160:11, 160:18, 162:2, 207:5, 219:3
**bill** [2] - 55:22, 83:2
**biohazard** [1] - 63:14
**birth** [1] - 55:7
**bit** [20] - 9:14, 13:16, 25:9, 67:3, 89:24, 94:12, 97:1, 101:23, 119:12, 140:7, 159:3, 181:3, 187:15, 224:25, 238:20, 239:3, 241:18, 243:2, 243:8, 245:22
**black** [2] - 35:1, 65:13
**bladed** [1] - 202:6
**blessing** [1] - 8:11
**block** [1] - 82:18
**Blood** [3] - 127:16, 127:19
**blood** [19] - 34:10, 35:3, 39:13, 39:15, 39:17, 39:19, 39:24, 58:23, 59:17, 60:1, 60:5, 60:12, 68:11, 69:10, 162:24
**blood-like** [8] - 34:10, 35:3, 39:13, 39:15, 58:23, 68:11
**Bloods** [3] - 127:24, 203:17, 204:4
**blows** [1] - 202:6
**BLS** [16] - 34:8, 34:9, 34:10, 35:4, 35:5, 39:12, 39:13, 46:7, 46:23, 50:20, 59:2, 66:8, 68:8, 68:18, 69:9, 69:14
**boat** [10] - 19:8, 19:9, 19:23, 19:25, 20:10, 20:21, 23:8, 23:14, 76:16
**Boca** [30] - 13:14, 13:20, 14:10, 14:14, 26:20, 72:21, 72:22, 85:4, 136:16, 136:17, 136:19, 140:1, 140:2, 140:9, 144:17, 147:14, 149:4, 149:11, 153:5, 168:14, 185:23, 205:14, 206:9, 206:12, 216:5, 216:8, 219:2, 219:9, 223:25
**body** [22] - 14:18, 15:8, 18:9, 19:5, 19:6, 35:17, 35:22, 40:11, 42:18, 43:20, 48:13, 56:3, 56:8, 60:14, 139:21, 139:23, 161:3, 169:17, 179:25, 181:13, 181:24, 202:5
**bond** [2] - 202:14, 202:17
**Booker** [1] - 94:15
**born** [1] - 92:22
**Bosque** [1] - 152:19
**bottle** [2] - 51:7, 51:21
**bottles** [4] - 53:18, 69:20, 77:15, 78:25
**bottom** [11] - 32:9, 43:16, 62:11, 63:12, 63:18, 76:15, 116:15, 141:15, 147:7, 235:4, 235:22
**Boulevard** [4] - 143:16, 168:11, 238:23, 240:3
**box** [1] - 145:13
**boxer** [1] - 61:12
**boxers** [1] - 59:14
**boy** [1] - 19:3
**boys** [1] - 206:9
**bracelet** [11] - 111:17, 190:7, 215:5, 215:10, 216:24, 217:5, 235:16, 235:17, 235:18, 235:20, 235:21
**branch** [1] - 129:25
**break** [23] - 66:25, 67:13, 90:7, 90:11, 120:14, 120:19, 120:20, 121:17, 121:24, 122:17, 122:20, 123:2, 210:2, 210:5, 210:8, 210:16, 224:10, 224:12, 227:10, 243:13, 246:8, 248:19
**breaks** [1] - 244:12
**breath** [1] - 176:24
**Brian** [1] - 4:6
**BRIAN** [1] - 1:13
**brief** [6] - 89:12, 226:11, 227:21, 228:7, 244:1, 245:13
**briefed** [2] - 74:11
**briefly** [1] - 240:25
**bring** [15] - 4:25, 5:12, 67:2, 67:5, 90:22, 91:23, 92:2, 106:15, 122:8, 132:21, 155:24, 157:13, 215:2, 224:11, 227:13

**bringing** [1] - 226:10
**broad** [1] - 246:17
**broader** [2] - 246:16, 247:21
**broke** [1] - 5:23
**brother** [2] - 175:8, 177:20
**brought** [6] - 67:4, 112:13, 113:21, 190:3, 214:21, 214:25
**Broward** [20] - 93:13, 108:2, 108:6, 108:21, 108:22, 108:24, 110:19, 110:24, 112:6, 112:25, 113:6, 113:14, 113:22, 124:4, 136:3, 142:20, 202:15, 206:10, 206:12, 214:11
**brown** [5] - 38:14, 44:11, 53:19, 55:13, 94:3
**brush** [1] - 30:18
**BSO** [2] - 125:16, 220:21
**buccal** [1] - 56:22
**build** [1] - 200:21
**bunch** [4] - 95:8, 102:3, 146:1, 162:23
**burden** [1] - 229:19
**Bureau** [6] - 18:7, 21:10, 21:11, 22:6, 22:14, 113:7
**burglaries** [1] - 26:3
**buried** [9] - 136:16, 136:17, 136:21, 136:24, 139:21, 169:18, 178:19, 199:21, 216:6
**bury** [2] - 139:15, 199:19
**business** [2] - 233:20, 233:25
**busy** [1] - 6:7
**buy** [3] - 145:4, 145:13, 158:11
**buzz** [1] - 245:3
**BY** [103] - 1:20, 2:5, 2:6, 2:7, 2:8, 2:10, 2:10, 2:12, 2:13, 2:13, 2:15, 6:17, 9:7, 11:19, 12:22, 15:24, 19:22, 20:17, 23:2, 24:10, 27:19, 29:15, 30:5, 30:14, 31:6, 31:9, 31:18, 32:3, 32:6, 32:12, 32:15, 32:20, 32:23, 33:4, 33:7, 33:25, 34:3, 34:18, 34:21, 35:7, 36:9, 39:4, 40:24, 41:16, 42:4, 44:14, 45:25, 46:13, 47:4, 47:17, 48:10, 49:12, 54:25, 57:17, 62:7, 63:7, 64:21, 68:5, 70:22, 81:2, 82:20, 87:21, 88:6, 88:11, 88:15, 92:17, 98:24, 115:2, 119:10, 123:1, 134:9, 141:7, 146:25, 148:22, 154:6, 164:18, 167:12, 170:11, 170:25, 172:14, 180:14, 185:21, 187:4, 194:3, 194:24, 198:4, 202:4, 211:15, 213:20, 216:3, 223:15, 230:17, 234:23, 235:3, 237:6, 238:3, 238:12, 238:19, 239:11, 239:21, 240:8, 240:21, 241:10

## C

**C-h-e-h-a-b** [1] - 24:13
**cab** [2] - 162:8, 162:9
**cable** [1] - 234:22
**Cabrera** [14] - 196:11, 196:12, 196:17, 198:15, 198:24, 199:9, 199:15, 199:18, 199:21, 200:12, 202:24, 203:3, 203:5, 203:12
**caller** [1] - 79:13
**camera** [1] - 45:20
**canal** [30] - 15:10, 16:13, 16:25, 17:2, 17:9, 19:6, 19:9, 20:11, 20:21, 27:14, 30:19, 30:22, 30:23, 31:24, 32:1, 32:8, 32:10, 32:18, 33:1, 33:2, 34:23, 52:25, 75:24, 76:5, 76:7, 76:14, 76:17, 76:22, 77:1
**Canizales** [27] - 195:13, 196:3, 196:5, 196:9, 196:11, 198:11, 198:14, 198:17, 198:24, 198:25, 199:2, 199:4, 199:6, 199:9, 199:11, 199:12, 199:13, 199:14, 199:15, 199:21, 200:3, 200:6, 200:7, 200:11, 216:18
**Canizales's** [1] - 199:12
**cannot** [7] - 19:1, 108:21, 158:22, 158:25, 160:13, 160:14, 209:18
**cans** [3] - 53:3, 53:5, 53:18
**canvass** [5] - 21:5, 79:9, 79:18, 79:19
**canvasses** [1] - 84:9
**canvassing** [2] - 20:25, 21:19
**car** [19] - 18:13, 20:2, 128:10, 150:13, 150:18, 150:20, 150:22, 150:24, 158:21, 159:19, 159:20, 161:5, 162:2, 163:13, 165:2, 208:8, 208:12, 224:2, 224:4
**card** [4] - 55:3, 55:12, 56:24, 85:3
**cards** [1] - 56:23
**career** [1] - 72:11
**carried** [1] - 10:5
**carry** [2] - 229:19, 248:9
**cars** [7] - 17:23, 150:14, 159:13, 159:16, 160:20, 160:23, 208:12
**Case** [1] - 4:2
**CASE** [1] - 1:2
**case** [47] - 21:8, 29:21, 30:8, 44:20, 49:1, 63:23, 74:1, 74:7, 77:16, 79:22, 84:7, 84:20, 85:10, 85:16, 85:18, 86:3, 86:4, 86:9, 86:11, 86:12, 114:1, 118:13, 119:24, 119:25, 120:12, 121:3, 121:6, 121:8, 121:11, 121:16, 125:10, 145:14, 159:5, 161:3, 190:9, 208:20, 208:22, 209:6, 209:22, 210:11, 211:8, 211:9, 235:13, 243:25, 244:18, 244:21
**cases** [2] - 86:5, 190:21
**Casey** [2] - 2:4, 6:14
**casing** [19] - 36:3, 36:5, 36:6, 40:10, 42:7, 42:8, 42:11, 42:17, 42:22, 42:25, 44:23, 46:5, 46:9, 46:10, 46:15, 46:19, 52:15, 64:6, 83:22
**casings** [1] - 21:6
**categories** [1] - 235:5
**category** [1] - 236:10
**caught** [2] - 162:7, 162:9
**caution** [1] - 27:24
**cell** [7] - 85:25, 169:22, 169:25, 170:1, 202:13, 232:7, 235:19
**cell-phone** [1] - 235:19
**cemetery** [3] - 184:25, 185:2, 185:3
**Center** [2] - 94:7, 94:9
**center** [1] - 238:6
**central** [1] - 25:4
**certain** [9] - 72:6, 74:16, 81:12, 103:24, 187:11, 233:3, 235:9, 241:16, 245:22
**certainly** [4] - 243:20, 246:7, 247:5, 247:10
**certify** [1] - 249:6
**chairs** [3] - 67:1, 90:22, 224:11
**chance** [1] - 244:7
**change** [4] - 177:3, 212:25, 213:8, 213:23
**changed** [6] - 119:19, 213:1, 213:2, 213:9, 213:24, 213:25
**changing** [1] - 214:4
**Chango** [25] - 150:25, 151:8, 151:9, 151:13, 152:2, 153:6, 154:16, 156:2, 156:14, 157:5, 158:3, 159:1, 159:5, 159:19, 160:12, 160:15, 160:16, 161:14, 162:15, 162:16, 166:22, 167:18, 207:6, 207:7, 217:17
**Chango's** [7] - 149:18, 153:16, 155:15, 155:16, 160:4, 160:8, 167:2
**charge** [12] - 99:6, 110:17, 111:1, 112:2, 112:14, 166:11, 166:14, 166:17, 177:17, 192:1, 215:13, 235:10
**charged** [21] - 97:25, 99:9, 111:13, 111:16, 114:3, 114:4, 115:20, 115:22, 124:3, 208:23, 215:15, 215:20, 220:5, 222:4, 228:20, 229:11, 229:14, 229:15, 247:9, 248:8, 248:12
**charges** [9] - 116:1, 124:19, 125:9, 139:23, 193:5, 214:11, 214:21, 214:25, 219:25
**charging** [1] - 235:11
**Charlie** [1] - 16:12
**chart** [6] - 197:8, 197:11, 197:13, 197:16, 197:18, 197:20
**chat** [1] - 157:19
**chavala** [1] - 222:18
**chavalas** [1] - 223:18
**check** [2] - 90:2, 196:7
**Chehab** [6] - 2:9, 24:1, 24:5, 24:13, 73:1, 224:24
**chemical** [2] - 53:13, 53:19
**chequeo** [11] - 10:17, 104:17, 104:18, 104:19, 104:25, 107:9, 107:10, 126:14, 183:17, 184:5, 199:6
**chequeos** [2] - 104:14, 131:20
**Chequeos** [1] - 184:6
**chest** [2] - 112:3, 131:3
**Chief** [1] - 13:6
**child** [1] - 26:1
**Chinese** [1] - 84:25
**choke** [1] - 138:14
**chooses** [1] - 118:20
**Chris** [3] - 126:20, 127:10, 127:18
**Chrislet** [12] - 126:20, 127:12, 127:14, 127:19, 128:3, 135:24, 191:15, 203:23, 203:24, 214:12, 214:22, 215:10
**Christian** [3] - 124:20, 212:23, 213:22
**chronological** [1] - 195:16
**church** [1] - 98:20
**circle** [9] - 16:18, 28:8, 168:1, 168:7, 196:14,

196:15, 236:4, 236:20, 242:6
**circled** [1] - 196:12
**circles** [2] - 235:8, 236:1
**Circuit** [1] - 226:19
**circular** [1] - 66:2
**circumstances** [1] - 74:12
**City** [2] - 13:14, 100:8
**city** [4] - 13:15, 13:21, 81:4, 82:18
**civilian** [3] - 177:4, 177:5, 177:6
**claim** [1] - 190:25
**claimed** [1] - 196:5
**clarified** [2] - 9:11, 164:6
**clarify** [3] - 39:25, 79:25, 88:12
**clean** [9] - 105:17, 105:18, 105:20, 105:21, 125:5, 191:1, 194:13, 194:20, 220:8
**clear** [15] - 10:7, 20:16, 85:13, 89:3, 121:3, 122:1, 125:6, 126:2, 144:1, 220:12, 224:21, 242:13, 245:5, 247:7, 248:5
**clearly** [1] - 4:19
**client** [1] - 227:5
**clippings** [1] - 56:22
**clique** [81] - 6:20, 6:22, 7:4, 7:21, 7:22, 8:3, 8:5, 8:12, 9:10, 11:4, 11:5, 11:6, 11:17, 101:3, 102:2, 102:5, 102:22, 103:2, 103:10, 104:5, 106:1, 106:2, 106:7, 106:25, 137:18, 142:2, 142:3, 145:18, 145:19, 146:12, 146:17, 151:10, 151:11, 151:21, 152:1, 152:7, 152:19, 153:2, 153:4, 155:4, 166:13, 166:14, 166:15, 166:24, 173:9, 173:20, 174:23, 175:9, 175:21, 176:18, 177:1, 177:18, 179:11, 182:24, 183:2, 183:5, 183:9, 184:13, 184:14, 186:21, 187:10, 187:13, 195:20, 195:25, 196:6, 196:8, 196:10, 198:16, 199:2, 200:21, 203:1, 203:14, 204:1, 204:8, 222:9, 222:21
**cliques** [14] - 6:25, 9:17, 9:24, 10:1, 11:14, 146:1, 152:13, 152:17, 152:18, 152:22, 166:17, 179:13, 223:16, 223:22
**close** [5] - 52:23, 53:5, 65:13, 132:22, 248:6
**close-up** [2] - 52:23, 53:5
**closely** [1] - 245:9
**closer** [15] - 31:12, 32:17, 33:9, 33:21, 36:19, 36:24, 38:3, 42:8, 42:21, 46:24, 51:17, 52:10, 60:7, 61:5, 226:25
**closer-up** [6] - 36:19, 38:3, 42:8, 42:21, 51:17, 52:10
**closest** [1] - 18:24
**clothes** [2] - 162:23, 162:24
**clothing** [9] - 56:13, 56:21, 57:2, 57:4, 59:10, 61:22, 164:5, 165:10, 219:22
**Club** [2] - 153:14, 217:11
**club** [6] - 81:13, 83:4, 83:8, 83:12, 149:16, 217:10
**co** [3] - 163:18, 163:25, 247:1
**co-conspirator** [2] - 163:18, 163:25
**co-mingled** [1] - 247:1
**Coast** [9] - 7:2, 8:12, 8:14, 8:19, 8:20, 146:11, 183:6, 183:10, 183:11
**cocaine** [1] - 174:13
**coffee** [1] - 67:3
**coke** [1] - 145:10
**cold** [4] - 85:18, 86:3, 86:9, 86:11
**collect** [10] - 38:5, 56:17, 57:1, 66:5, 69:17, 77:9, 77:12, 77:15, 77:18, 145:15
**collected** [26] - 38:13, 43:2, 43:3, 43:7, 45:2, 48:2, 48:15, 48:22, 48:25, 49:21, 51:12, 54:15, 55:3, 56:19, 56:22, 58:3, 61:8, 61:12, 61:16, 61:22, 62:10, 66:15, 77:20, 78:12, 78:24, 79:5
**collecting** [5] - 38:8, 42:14, 50:6, 50:9, 69:12
**collection** [2] - 24:19, 25:16
**collects** [1] - 77:7
**color** [2] - 59:25, 77:2
**colored** [1] - 168:7
**colors** [2] - 59:14, 59:23
**coming** [13] - 4:19, 106:3, 106:9, 155:21, 156:3, 156:14, 180:3, 193:5, 211:23, 220:15, 238:25, 244:14
**Commercial** [6] - 151:22, 151:23, 152:3, 152:10, 160:3, 238:23
**commit** [3] - 117:12, 204:7, 221:18
**committed** [12] - 26:6, 77:22, 113:14, 185:23, 190:7, 191:17, 216:25, 228:17, 247:10, 247:13, 248:7, 248:8
**committing** [1] - 217:4
**commonly** [1] - 233:19
**communicate** [4] - 84:15, 84:17, 85:5, 104:12
**communicated** [2] - 106:7, 106:9
**communicating** [1] - 233:13
**communication** [5] - 173:15, 173:17, 232:5, 233:8, 233:10
**communities** [1] - 15:11
**community** [11] - 15:3, 16:10, 20:12, 99:14, 99:23, 99:24, 189:8, 189:10, 189:20, 213:5, 231:15
**company** [2] - 230:23, 233:14
**compared** [1] - 86:5
**complete** [2] - 6:5, 67:5
**completed** [2] - 5:24, 93:24
**complies** [2] - 196:16, 198:7
**composite** [10] - 28:21, 29:5, 38:22, 41:1, 41:8, 41:18, 41:24, 48:5, 54:18, 57:9
**comprised** [1] - 41:18
**comprising** [5] - 29:5, 38:22, 41:8, 54:18, 57:9
**concern** [2] - 229:13, 248:5
**concerned** [2] - 210:12, 211:12
**concerns** [1] - 247:22
**concludes** [1] - 243:1
**concur** [1] - 77:20
**condition** [5] - 61:16, 61:22, 189:11, 189:12, 190:20
**conditions** [3] - 31:13, 99:12, 108:16
**cone** [9] - 42:21, 51:4, 52:5, 52:7, 52:10, 52:13, 52:14, 53:5
**cones** [7] - 38:10, 38:11, 40:7, 49:16, 49:18, 50:25
**confer** [1] - 77:19
**confident** [1] - 89:2
**confirm** [6] - 85:12, 89:20, 89:25, 90:10, 91:8, 91:15
**confirming** [2] - 82:4, 90:6
**connect** [1] - 100:11
**connection** [1] - 226:25
**conscience** [1] - 125:6
**consent** [1] - 170:1
**consequence** [1] - 179:19
**consequences** [2] - 120:1, 123:8
**consider** [3] - 163:18, 229:9, 247:11
**consideration** [1] - 211:10
**considered** [7] - 104:21, 109:17, 127:24, 173:21, 177:15, 229:1, 248:9
**consistent** [3] - 78:20, 82:7, 202:7
**consisting** [1] - 48:5
**conspiracy** [4] - 163:23, 163:25, 164:1, 164:4
**conspirator** [2] - 163:18, 163:25
**construction** [1] - 81:16
**contact** [20] - 65:14, 69:5, 74:10, 80:8, 85:25, 86:6, 100:10, 100:14, 100:16, 109:7, 109:8, 109:9, 110:5, 112:25, 128:23, 128:24, 128:25, 129:2, 137:1, 207:9
**contacted** [9] - 86:22, 86:25, 100:23, 110:9, 125:4, 129:17, 129:18, 137:4, 196:7
**contacting** [1] - 80:15
**contain** [1] - 49:20
**contained** [3] - 116:3, 123:5, 123:11
**contents** [2] - 44:21, 44:22
**contest** [2] - 119:25, 123:7
**continue** [4] - 6:8, 176:20, 202:1, 226:15
**continued** [1] - 189:18
**Continued** [1] - 3:1
**continues** [1] - 34:11
**continuing** [1] - 25:20
**continuously** [1] - 121:16
**contract** [3] - 13:15, 13:21, 231:17
**contractor** [1] - 232:4
**contracts** [2] - 230:25, 231:1
**control** [9] - 11:22, 13:12, 22:12, 99:14, 99:23, 99:24, 189:8, 189:10, 189:21
**convenience** [1] - 204:14
**conversation** [6] - 11:13, 11:18, 207:5, 207:13, 226:18, 226:20
**conversations** [1] - 163:18
**convicted** [2] - 94:10, 119:20
**convictions** [1] - 94:11
**convince** [1] - 177:9
**cool** [1] - 159:6
**cooperate** [3] - 113:17, 116:5, 221:5
**cooperated** [1] - 179:23
**cooperating** [5] - 120:11, 214:7, 220:15, 221:1, 248:6
**cooperation** [6] - 116:20, 119:11, 123:6, 210:10, 221:4, 221:16
**cooperators** [1] - 227:1

**coordinates** [1] - 29:21
**copy** [4] - 80:21, 201:7, 201:8, 201:24
**corner** [4] - 12:14, 70:12, 76:13, 76:16
**correct** [100] - 6:21, 7:4, 7:18, 8:23, 26:15, 29:8, 31:16, 33:18, 39:14, 39:20, 40:11, 40:12, 42:15, 42:19, 43:5, 47:7, 49:8, 49:9, 50:11, 52:16, 55:7, 55:8, 56:7, 57:11, 62:15, 62:18, 63:21, 64:14, 64:15, 64:18, 65:3, 65:19, 68:9, 68:13, 68:14, 69:11, 78:11, 89:6, 123:9, 134:3, 141:4, 187:8, 187:9, 187:20, 187:25, 188:12, 189:13, 189:23, 192:2, 193:17, 194:7, 195:8, 195:11, 195:22, 198:9, 198:11, 199:2, 200:7, 202:8, 203:8, 204:5, 204:11, 205:16, 208:7, 208:18, 208:23, 209:23, 210:1, 212:3, 212:6, 212:9, 212:12, 212:20, 213:6, 214:19, 224:18, 224:20, 231:19, 231:23, 232:12, 232:24, 233:16, 233:21, 233:24, 234:2, 234:7, 236:8, 237:21, 238:14, 238:15, 238:23, 238:24, 239:7, 239:14, 240:4, 240:5, 241:15, 241:17, 242:12, 245:16
**Correct** [1] - 237:14
**Corrections** [1] - 231:7
**corrections** [1] - 232:17
**correctly** [1] - 103:11
**corredor** [1] - 11:1
**corredores** [1] - 11:12
**correlation** [1] - 40:5
**counsel** [5] - 4:7, 6:10, 67:25, 201:20, 242:20
**Counsel** [1] - 211:14
**counsel's** [1] - 6:2
**counsels'** [1] - 122:2
**count** [4] - 188:11, 193:11, 201:1, 201:2
**country** [3] - 76:7, 166:15, 176:18
**counts** [5] - 114:8, 115:20, 115:22, 189:5, 211:21
**county** [2] - 108:11, 108:13
**County** [30] - 12:11, 12:20, 13:1, 13:2, 13:4, 13:12, 14:5, 14:12, 15:2, 24:14, 24:23, 24:24, 26:17, 27:1, 27:11, 33:13, 69:3, 71:6, 72:3, 73:12, 93:13, 108:7, 108:22, 108:24, 110:19, 110:25, 112:6, 113:6, 202:15, 206:10
**couple** [13] - 17:21, 23:3, 71:25, 111:6, 111:8, 126:11, 132:22, 138:15, 143:5, 147:1, 149:20, 210:12, 231:2
**course** [7] - 13:25, 119:8, 121:5, 125:8, 233:20, 243:15, 245:3
**courses** [1] - 25:20
**Court** [18] - 1:21, 1:22, 4:1, 4:14, 67:15, 81:4, 91:25, 122:5, 201:5, 212:2, 224:14, 228:4, 228:22, 240:1, 249:2, 249:11, 249:12
**court** [15] - 25:19, 61:11, 90:4, 95:2, 113:21, 113:22, 113:23, 117:3, 164:17, 208:22, 211:4, 218:6, 226:13, 240:2, 244:14
**COURT** [201] - 1:1, 4:2, 4:10, 4:15, 4:22, 5:4, 5:8, 5:11, 5:13, 5:14, 5:18, 9:3, 11:9, 11:25, 12:4, 12:8, 12:12, 15:16, 15:18, 15:23, 19:16, 19:18, 22:17, 22:23, 23:19, 23:22, 23:25, 24:2, 24:7, 28:23, 28:25, 29:7, 29:9, 38:23, 38:25, 40:23, 41:10, 41:12, 42:1, 44:13, 45:10, 45:15, 45:18, 45:21, 48:8, 49:8, 49:10, 54:21, 57:11, 57:13, 62:3, 66:23, 67:8, 67:10, 67:12, 67:17, 67:20, 67:22, 70:3, 70:5, 70:8, 70:10, 70:19, 80:25, 82:16, 87:19, 88:5, 88:10, 89:8, 89:10, 89:14, 89:23, 90:2, 90:5, 90:17, 90:25, 91:2, 91:7, 91:11, 91:14, 91:20, 92:2, 92:4, 92:6, 92:10, 92:15, 98:18, 98:22, 114:21, 114:23, 119:4, 119:8, 120:16, 121:21, 121:23, 122:7, 122:11, 122:13, 122:15, 134:3, 134:6, 141:3, 141:5, 146:21, 146:23, 148:21, 153:23, 153:25, 154:5, 163:15, 163:20, 164:2, 164:9, 164:13, 167:8, 167:10, 170:7, 170:9, 170:24, 171:23, 171:25, 172:6, 172:9, 172:13, 180:9, 180:11, 185:19, 187:2, 193:25, 194:2, 194:11, 194:16, 194:20, 194:22, 196:24, 197:4, 197:8, 197:11, 197:17, 197:21, 197:25, 201:8, 201:12, 201:15, 201:19, 202:1, 209:4, 209:8, 209:11, 209:23, 210:1, 210:4, 210:7, 210:17, 210:22, 211:1, 211:5, 213:12, 213:16, 213:18, 216:1, 223:14, 224:8, 224:13, 224:15, 224:21, 225:9, 225:13, 225:17, 225:22, 226:1, 226:4, 226:9, 226:20, 227:9, 227:14, 227:17, 227:19, 228:6, 230:5, 230:8, 230:13, 234:17, 234:19, 242:19, 242:22, 243:1, 245:12, 245:17, 246:4, 246:13, 246:16, 246:22, 246:25, 247:4, 247:18, 248:4, 248:15, 248:18, 248:22, 248:25
**COURTROOM** [8] - 12:15, 12:17, 24:6, 47:1, 63:6, 70:13, 70:15, 92:12
**courtroom** [6] - 147:20, 147:22, 147:24, 193:20, 224:22, 227:18
**courtyard** [1] - 203:6
**cover** [2] - 6:8, 245:18
**covered** [2] - 35:3, 224:23
**crack** [1] - 174:10
**cranial** [1] - 43:17
**crazy** [1] - 174:13
**created** [1] - 233:23
**credit** [12] - 85:2, 164:10, 165:18, 165:21, 166:22, 166:23, 198:15, 200:13, 202:25, 203:12, 204:8, 205:11
**credited** [1] - 164:8
**Creole** [2] - 84:10, 84:17
**crime** [43] - 14:1, 17:22, 17:23, 18:20, 18:24, 21:15, 22:9, 22:14, 24:16, 24:17, 24:18, 24:20, 24:21, 25:2, 25:5, 25:7, 25:11, 25:23, 26:5, 26:6, 26:16, 27:7, 27:9, 27:23, 28:2, 31:14, 73:10, 73:13, 74:14, 74:15, 74:17, 74:18, 75:12, 77:4, 77:6, 77:9, 77:22, 78:2, 78:24, 79:4, 86:18, 228:19
**Crime** [6] - 18:7, 21:13, 22:3, 72:25, 85:23, 87:11
**crimes** [5] - 25:25, 72:4, 117:12, 217:4, 221:18
**Crimes** [3] - 21:12, 27:1, 27:7
**criminal** [3] - 25:11, 190:21, 228:16
**cross** [13] - 6:3, 9:10, 66:25, 67:25, 89:8, 187:2, 192:24, 213:22, 214:9, 216:24, 217:9, 220:10, 242:20
**CROSS** [6] - 2:5, 2:10, 2:13, 6:16, 68:4, 187:3
**cross-examination** [6] - 6:3, 66:25, 67:25, 89:8, 187:2, 242:20
**CROSS-EXAMINATION** [6] - 2:5, 2:10, 2:13, 6:16, 68:4, 187:3
**crossed** [1] - 216:17
**CRR** [2] - 1:21, 249:11
**Cruz** [20] - 91:10, 196:11, 196:12, 198:14, 198:24, 199:9, 199:11, 199:13, 199:18, 200:12, 202:24, 203:3, 203:12, 204:7, 204:10, 204:13, 204:21, 205:11, 245:25
**Cruz's** [1] - 204:23
**Cruz-Ortiz** [2] - 91:10, 245:25
**CSI** [4] - 24:13, 24:15, 25:13
**curative** [2] - 227:4, 248:22
**currency** [3] - 55:19, 55:20, 56:1
**current** [3] - 13:7, 13:9, 231:3
**curve** [1] - 17:7
**custody** [1] - 191:12
**cut** [4] - 111:18, 169:1, 169:7, 245:20
**cuts** [3] - 28:15, 37:2, 61:6
**Cycos** [4] - 101:7, 181:2, 182:24, 182:25

## D

**D-1** [3] - 3:19, 201:23, 202:3
**D-r-a-k-e** [1] - 70:18
**dad** [3] - 93:6, 93:17, 213:4
**dad's** [1] - 80:9
**Dade** [2] - 71:9, 71:10
**dark** [3] - 53:23, 162:25, 181:3
**data** [1] - 191:20
**database** [2] - 233:2, 233:17
**date** [8] - 8:21, 26:20, 30:10, 55:7, 71:14, 72:21, 86:22, 235:23
**DATE** [1] - 249:10
**David** [3] - 15:15, 17:4, 18:12
**day-by-day** [1] - 104:7
**days** [2] - 85:12, 94:2
**daytime** [1] - 13:20
**de** [1] - 175:16
**deacon** [2] - 98:16, 98:19

**dead** [4] - 16:21, 17:7, 18:9, 157:22
**dead-end** [1] - 17:7
**dead-ends** [1] - 16:21
**deadly** [2] - 96:20, 123:17
**deal** [3] - 37:23, 106:11, 232:21
**death** [19] - 14:21, 26:2, 56:8, 72:4, 72:5, 73:19, 173:5, 173:6, 176:21, 208:25, 209:5, 209:13, 209:18, 209:21, 209:24, 210:13, 210:17, 211:9, 220:24
**deaths** [1] - 26:1
**decade** [1] - 72:8
**decades** [1] - 71:25
**deceased** [3] - 17:21, 28:11, 73:15
**decedent** [44] - 28:10, 30:18, 31:12, 31:23, 32:9, 33:2, 33:10, 33:12, 34:6, 34:14, 34:24, 35:2, 35:17, 35:24, 36:1, 36:2, 37:11, 37:16, 37:17, 37:19, 39:8, 39:12, 40:5, 40:17, 42:8, 42:19, 50:17, 52:13, 54:13, 54:14, 55:11, 56:12, 56:15, 57:22, 58:4, 59:20, 60:10, 63:10, 68:22, 68:23, 68:24, 69:6, 74:25, 78:23
**Decedent's** [1] - 37:7
**decedent's** [9] - 32:17, 33:9, 43:12, 44:24, 46:6, 48:13, 55:4, 55:5, 59:8
**decide** [3] - 118:10, 118:21, 229:10
**decided** [4] - 99:15, 193:4, 196:10, 198:14
**decides** [1] - 221:20
**decision** [2] - 131:21, 131:22
**deck** [1] - 227:11
**declarant's** [1] - 201:21
**deep** [1] - 16:15
**defect** [2] - 59:9
**defects** [3] - 59:22, 60:8, 60:13
**defendant** [15] - 117:9, 148:20, 210:15, 226:25, 228:14, 228:19, 228:24, 229:3, 229:10, 247:13, 247:21, 247:25, 248:8, 248:11
**Defendant** [1] - 1:8
**DEFENDANT** [2] - 1:16, 4:21
**defendant's** [1] - 245:20
**DEFENDANT'S** [1] - 3:16
**defendants** [1] - 210:14
**Defense** [3] - 201:13, 201:15, 202:3
**defense** [4] - 6:2, 6:10, 67:25, 226:8
**definitely** [2] - 121:14, 246:19
**deliberating** [1] - 244:6
**Delicias** [2] - 142:4, 146:17
**demand** [1] - 175:8
**demons** [1] - 186:9
**demonstrate** [1] - 47:8
**denied** [2] - 192:4, 221:23
**denote** [7] - 50:25, 51:20, 55:18, 56:1, 59:11, 59:22, 59:24
**denoted** [1] - 172:4
**denotes** [7] - 42:17, 51:7, 59:9, 59:16, 60:4, 60:25
**denoting** [4] - 49:25, 51:3, 61:3, 63:19
**departed** [1] - 82:22
**department** [1] - 24:22
**Department** [5] - 71:7, 71:11, 84:16, 113:6, 231:6
**depict** [1] - 48:1
**depicted** [1] - 62:24
**depicting** [1] - 41:20
**depictions** [1] - 41:2
**depicts** [1] - 60:20
**deputies** [10] - 13:19, 13:24, 14:19, 17:18, 18:2, 21:1, 22:8, 26:25, 27:5, 73:12
**deputy** [3] - 17:22, 18:19, 66:17
**DEPUTY** [8] - 12:15, 12:17, 24:6, 47:1, 63:6, 70:13, 70:15, 92:12
**descent** [1] - 176:15
**describe** [18] - 14:24, 17:5, 17:14, 23:5, 27:9, 28:1, 28:13, 30:15, 31:10, 31:19, 32:7, 32:16, 32:24, 33:8, 34:4, 34:22, 75:23, 148:1
**described** [4] - 39:25, 82:9, 83:1, 204:22
**description** [2] - 44:21, 45:24
**despite** [2] - 190:20, 213:3
**destroy** [1] - 106:14
**details** [5] - 84:19, 87:7, 87:12, 113:13, 218:5
**detect** [1] - 60:5
**detected** [1] - 164:5
**Detective** [30] - 5:4, 5:25, 6:18, 9:8, 12:5, 18:7, 21:9, 21:11, 22:6, 22:14, 124:9, 124:13, 124:21, 124:22, 125:4, 125:12, 125:24, 126:3, 126:23, 128:1, 133:19, 191:13, 214:16, 215:3, 215:9, 215:17, 215:18, 219:25, 220:1, 220:21
**detective** [24] - 5:14, 21:24, 66:17, 71:24, 72:1, 72:2, 72:7, 72:17, 72:18, 73:14, 73:17, 74:1, 74:7, 83:15, 83:24, 86:6, 86:12, 87:8, 112:10, 124:7, 125:15, 191:13, 192:7, 212:8
**detectives** [13] - 21:23, 22:2, 22:3, 22:9, 27:1, 79:19, 84:14, 112:5, 112:25, 113:6, 139:16, 191:1, 193:6
**Detention** [2] - 94:7, 94:9
**determination** [1] - 228:22
**determine** [6] - 14:17, 14:21, 66:12, 88:17, 196:8, 235:15
**determined** [1] - 88:18
**determines** [1] - 66:15
**determining** [1] - 229:2
**development** [3] - 76:2, 76:3, 76:4
**device** [8] - 232:6, 233:10, 233:13, 233:16, 235:10, 235:13, 235:19, 235:20
**devil** [5] - 132:19, 132:20, 177:23, 180:19, 182:16
**Diablillo** [2] - 103:8, 103:14
**Dickies** [3] - 98:15, 98:18, 98:25
**Dickies'** [1] - 99:2
**dictate** [1] - 236:12
**die** [2] - 139:11, 176:23
**died** [1] - 199:16
**differences** [1] - 6:22
**different** [34] - 6:21, 9:10, 11:14, 25:9, 25:20, 25:21, 26:3, 31:3, 34:23, 37:4, 37:24, 46:3, 59:14, 59:23, 74:23, 84:13, 86:11, 105:10, 105:12, 106:25, 107:1, 107:10, 119:20, 152:13, 152:22, 179:9, 179:10, 179:12, 193:2, 194:15, 201:7, 214:3, 222:21, 244:19
**difficult** [1] - 76:24
**digging** [1] - 199:19
**digital** [2] - 29:18, 30:7
**dip** [1] - 19:8
**direct** [17] - 5:24, 9:15, 11:16, 14:4, 75:1, 77:9, 77:18, 79:9, 85:25, 122:22, 129:21, 246:23, 247:2, 247:8, 247:17, 247:23
**DIRECT** [10] - 2:7, 2:8, 2:10, 2:12, 2:15, 12:21, 24:9, 70:21, 92:16, 230:16
**directed** [8] - 17:23, 18:2, 26:19, 72:20, 79:19, 80:12, 80:14, 246:24
**directing** [4] - 30:25, 74:19, 112:20, 112:24
**direction** [7] - 16:22, 78:3, 78:22, 79:3, 148:4, 160:2, 241:19
**directions** [1] - 26:11
**directives** [5] - 10:4, 10:15, 10:22, 10:24, 11:1
**directly** [1] - 247:24
**dirt** [12] - 15:4, 15:10, 16:5, 17:10, 17:17, 18:2, 18:13, 18:18, 27:13, 33:20, 33:21, 35:4
**disagree** [1] - 77:20
**disappear** [1] - 96:23
**disappeared** [1] - 97:9
**disbanded** [1] - 130:8
**discolored** [1] - 60:5
**disconnected** [1] - 83:1
**discovered** [7] - 28:16, 48:14, 54:8, 64:10, 75:21, 78:23, 83:9
**Discreto** [9] - 150:25, 152:6, 152:19, 153:6, 155:8, 159:20, 162:14, 162:16, 166:21
**discuss** [3] - 146:2, 146:3, 234:25
**discussed** [5] - 9:18, 11:11, 41:3, 41:21, 209:18
**discussing** [4] - 121:5, 121:8, 121:15, 157:25
**discussion** [2] - 210:10, 244:11
**Discussion** [12] - 12:1, 19:12, 22:18, 28:19, 38:19, 40:20, 47:14, 49:5, 57:7, 87:20, 185:20, 213:13
**discussions** [2] - 224:10, 244:12
**dish** [1] - 96:1
**disobeys** [1] - 222:20
**dispatcher** [1] - 25:3
**displayed** [1] - 196:21
**dispose** [1] - 164:5
**disregard** [3] - 209:5, 210:23, 247:24
**disrobe** [1] - 56:15
**distinguish** [1] - 209:12
**distract** [1] - 219:18
**distribution** [1] - 9:22
**DISTRICT** [3] - 1:1, 1:1, 1:10
**district** [1] - 14:9
**District** [5] - 1:22, 1:23, 113:24, 249:12, 249:12
**disturbance** [2] - 33:16,

33:17
**disturbed** [9] - 33:22, 34:7, 34:12, 34:25, 39:11, 39:24, 50:21, 78:21
**diverse** [1] - 84:10
**Division** [3] - 21:12, 27:1, 27:7
**DIVISION** [1] - 1:2
**Dixie** [1] - 239:1
**DNA** [13] - 66:5, 66:10, 66:12, 66:16, 66:18, 69:4, 69:8, 69:21, 83:23, 191:23, 202:11, 215:11
**Dobbins** [13] - 4:6, 89:15, 91:4, 92:7, 122:9, 122:24, 210:9, 210:18, 224:23, 230:2, 230:14, 245:15, 248:16
**DOBBINS** [130] - 1:13, 2:6, 2:7, 2:12, 2:13, 2:15, 4:6, 5:2, 5:6, 9:5, 9:7, 11:19, 11:24, 12:2, 12:9, 12:22, 15:13, 15:22, 15:24, 19:11, 19:13, 19:22, 20:16, 20:17, 22:16, 22:19, 23:2, 23:17, 89:18, 89:25, 90:15, 91:6, 91:9, 91:12, 91:17, 92:8, 92:17, 98:20, 98:23, 98:24, 114:19, 115:1, 115:2, 119:6, 119:10, 120:14, 122:10, 122:25, 123:1, 133:25, 134:9, 141:1, 141:7, 146:18, 146:25, 148:19, 148:22, 153:20, 154:4, 154:6, 164:3, 164:16, 164:18, 167:5, 167:12, 170:5, 170:11, 170:22, 170:25, 171:21, 172:3, 172:12, 172:14, 180:6, 180:14, 185:18, 185:21, 186:25, 193:23, 194:9, 196:20, 197:15, 197:19, 201:6, 201:17, 209:3, 210:13, 213:17, 213:20, 216:3, 223:13, 223:15, 224:7, 224:20, 225:6, 225:10, 225:15, 225:20, 225:23, 226:2, 226:5, 226:17, 230:3, 230:15, 230:17, 234:15, 234:21, 234:23, 235:3, 237:6, 238:3, 238:12, 238:19, 239:11, 239:21, 240:8, 240:21, 241:10, 242:17, 245:16, 245:19, 246:10, 246:15, 246:17, 246:23, 247:3, 247:15, 248:2, 248:14, 248:17
**Dobbins'** [1] - 195:5
**document** [19] - 29:16, 35:10, 38:5, 40:8, 54:13, 56:11, 74:22, 115:7, 115:9, 115:11, 115:19, 116:4, 123:12, 134:18, 141:9, 194:9, 201:18, 226:5
**documentation** [4] - 24:19, 25:16, 26:14, 29:22
**documented** [3] - 29:17, 38:15, 88:24
**documenting** [4] - 35:2, 44:1, 74:15, 74:19
**documents** [5] - 56:10, 77:7, 171:3, 171:14, 226:11
**dome** [2] - 81:17, 82:8
**Dominican** [2] - 92:23, 95:14
**done** [19] - 8:10, 22:1, 54:2, 54:4, 69:13, 86:16, 121:14, 145:11, 163:21, 164:1, 182:7, 182:8, 190:23, 200:21, 204:1, 224:18, 226:3, 227:20, 244:25
**door** [4] - 84:8, 85:24, 87:13, 132:11
**doors** [1] - 150:19
**dot** [8] - 236:4, 236:24, 237:1, 237:7, 238:5, 238:14, 239:24, 241:14
**dots** [2] - 184:23, 184:24
**doubt** [1] - 229:20
**down** [62] - 11:1, 18:13, 19:6, 19:9, 20:3, 30:22, 31:22, 33:1, 67:10, 77:16, 78:21, 78:22, 84:13, 85:6, 95:1, 97:1, 98:11, 101:19, 103:18, 103:22, 104:8, 107:19, 108:6, 110:4, 112:13, 117:6, 136:5, 138:15, 139:12, 140:8, 140:11, 140:13, 140:14, 140:16, 141:21, 142:10, 142:12, 142:15, 142:17, 143:15, 144:4, 146:16, 147:11, 148:23, 156:14, 157:1, 157:4, 186:2, 195:20, 199:13, 199:14, 207:4, 207:10, 225:10, 231:12, 235:8, 240:22, 241:4, 241:23, 245:21
**down/sick** [1] - 27:4
**downloads** [1] - 233:16
**drag** [1] - 78:18
**dragged** [1] - 40:1
**Drake** [7] - 70:9, 70:10, 70:14, 70:17, 70:25, 89:11, 224:24
**drew** [1] - 168:7
**drink** [1] - 9:20
**drinking** [1] - 204:16
**drive** [2] - 153:10, 160:23
**driver's** [1] - 80:2
**driving** [5] - 132:24, 132:25, 133:1, 149:23, 150:12
**drop** [1] - 93:21
**dropped** [4] - 132:14, 160:8, 160:9, 160:11
**drove** [1] - 203:3
**drownings** [1] - 26:1
**drugs** [8] - 96:3, 96:5, 145:5, 145:6, 145:7, 145:9, 145:12, 145:19
**drunk** [6] - 163:6, 163:9, 163:12, 165:1, 207:19, 207:20
**dry** [1] - 53:21
**drywallers** [1] - 81:15
**due** [1] - 82:19
**dues** [4] - 145:1, 145:3, 145:16, 146:12
**duly** [6] - 6:14, 12:16, 24:5, 70:14, 92:14, 230:7
**during** [5] - 13:13, 13:19, 13:20, 13:24, 72:10
**duties** [5] - 13:9, 13:11, 22:7, 175:9, 231:8
**duty** [1] - 233:25
**dying** [2] - 235:11, 235:16

## E

**ear** [1] - 248:7
**early** [4] - 14:11, 89:20, 146:9, 237:19
**earn** [5] - 116:23, 117:14, 120:11, 131:17, 198:15
**earring** [1] - 37:12
**easier** [1] - 247:6
**east** [4] - 16:6, 20:23, 76:12, 76:23
**East** [9] - 7:2, 8:12, 8:14, 8:19, 8:20, 146:11, 183:6, 183:10, 183:11
**eat** [5] - 132:21, 149:14, 149:15, 149:23, 150:2
**edge** [1] - 76:22
**education** [1] - 25:20
**EDVA** [1] - 226:7
**effect** [2] - 11:14, 248:12
**effectively** [1] - 84:15
**effects** [1] - 54:14
**effort** [1] - 203:8
**eight** [1] - 240:24
**either** [11] - 59:9, 66:19, 77:20, 84:1, 102:8, 137:17, 171:18, 174:21, 186:23, 197:6
**El** [26] - 95:12, 100:10, 100:14, 102:7, 109:3, 110:12, 110:14, 128:25, 129:18, 131:23, 136:25, 137:1, 137:8, 137:15, 151:9, 153:3, 164:7, 166:2, 166:10, 166:17, 171:19, 181:17, 182:3, 196:6, 196:8, 198:20
**electronic** [5] - 230:23, 230:24, 232:6, 232:23, 234:5
**element** [1] - 229:18
**Elementary** [1] - 94:15
**Elena** [1] - 4:8
**ELENA** [1] - 1:13
**elevating** [1] - 222:12
**Eleventh** [1] - 226:19
**eliminate** [1] - 85:9
**ELMO** [9] - 15:22, 27:18, 40:21, 47:15, 64:20, 88:14, 115:1, 170:22, 234:22
**employed** [3] - 13:5, 70:25, 230:20
**employment** [1] - 231:14
**en** [1] - 74:11
**encountered** [1] - 69:6
**end** [15] - 17:7, 18:16, 149:17, 153:15, 173:3, 173:4, 175:5, 185:5, 225:23, 225:24, 226:21, 229:25, 242:3
**ended** [3] - 73:25, 149:16, 169:14
**ends** [1] - 16:21
**enemy** [2] - 176:2
**energy** [1] - 162:25
**enforcement** [16] - 13:3, 13:5, 75:7, 75:21, 109:7, 114:11, 116:5, 133:19, 139:16, 166:25, 169:21, 178:18, 178:20, 178:22, 196:3, 232:17
**engage** [1] - 121:10
**English** [1] - 172:16
**enhance** [2] - 203:14, 204:8
**entered** [2] - 74:16, 193:16
**entering** [1] - 76:12
**enterprise** [3] - 228:25, 229:3, 229:21
**enters** [5] - 5:17, 67:21, 92:5, 122:14, 227:15
**entitled** [1] - 249:8
**entity** [3] - 11:2, 117:10, 117:11
**entry** [4] - 64:16, 65:4, 65:9, 65:21
**envelope** [1] - 47:11
**envelopes** [2] - 45:24, 47:12
**equestrian** [10] - 15:5, 15:6, 16:8, 16:16, 16:19, 16:20, 17:8, 23:7, 23:13, 76:8
**equipment** [8] - 4:18, 231:10, 231:16, 231:21, 231:24, 232:1, 233:2, 233:6

**equivalent** [1] - 25:11
**especially** [3] - 11:1, 77:13, 127:22
**establish** [2] - 231:14, 235:7
**established** [6] - 18:14, 27:23, 73:8, 233:17, 236:18, 242:9
**establishing** [2] - 74:23, 129:23
**estimation** [1] - 227:23
**evening** [2] - 246:9, 248:19
**event** [3] - 13:13, 13:19, 18:19
**eventually** [6] - 17:9, 28:16, 71:25, 75:4, 86:9, 133:18
**everywhere** [2] - 149:13, 149:15
**evidence** [127] - 15:15, 15:21, 18:1, 19:15, 19:21, 23:1, 24:19, 25:17, 25:22, 27:16, 27:25, 29:3, 29:12, 29:19, 35:13, 38:5, 38:8, 38:17, 38:21, 39:3, 39:5, 39:21, 40:13, 40:16, 41:5, 41:9, 41:13, 41:21, 41:24, 42:3, 42:13, 42:14, 44:20, 45:1, 45:2, 45:8, 45:12, 48:6, 48:9, 48:17, 48:25, 49:7, 49:11, 49:17, 49:20, 49:21, 50:6, 50:18, 50:20, 50:25, 51:4, 51:6, 51:10, 51:17, 51:20, 52:4, 53:1, 53:8, 54:7, 54:18, 54:24, 57:10, 57:16, 61:8, 62:1, 62:6, 62:12, 63:12, 63:13, 63:18, 64:2, 66:5, 69:20, 75:14, 77:10, 79:21, 82:4, 83:7, 83:13, 83:17, 84:6, 85:16, 86:18, 89:3, 89:5, 114:20, 114:25, 115:4, 121:13, 134:2, 134:8, 141:2, 141:6, 146:20, 146:24, 153:22, 154:3, 165:16, 167:7, 167:11, 170:6, 170:10, 171:22, 172:2, 172:11, 180:7, 180:13, 192:14, 193:23, 198:3, 202:3, 228:13, 228:15, 228:19, 228:20, 228:25, 229:6, 229:9, 229:12, 234:16, 234:20, 244:1, 244:3, 246:23, 247:9, 247:11, 247:23
**evidentiary** [5] - 21:7, 49:1, 50:10, 77:14, 83:16
**exact** [6] - 7:3, 8:21, 55:21, 71:14, 72:9, 86:21
**exactly** [1] - 80:13
**examination** [9] - 5:24, 6:3, 6:5, 66:25, 67:25, 89:8, 122:22, 187:2, 242:20
**EXAMINATION** [20] - 2:5, 2:6, 2:7, 2:8, 2:10, 2:10, 2:12, 2:13, 2:13, 2:15, 6:16, 9:6, 12:21, 24:9, 68:4, 70:21, 92:16, 187:3, 213:19, 230:16
**examine** [1] - 75:10
**examined** [1] - 89:4
**examiner** [8] - 33:14, 37:18, 54:12, 56:5, 56:10, 56:20, 64:9, 75:13
**examiner's** [9] - 43:21, 44:1, 57:1, 57:23, 62:11, 63:11, 63:18, 75:6, 75:8
**example** [1] - 106:13
**except** [2] - 108:21, 164:10
**excuse** [3] - 89:20, 224:16, 243:5
**excused** [11] - 12:3, 12:5, 23:23, 67:7, 70:6, 89:11, 90:24, 121:20, 224:12, 242:24, 245:9
**Exhibit** [119] - 2:18, 2:19, 3:5, 3:18, 15:14, 15:20, 16:1, 17:4, 17:17, 18:11, 19:3, 19:14, 20:8, 20:20, 22:21, 23:4, 23:11, 27:17, 29:5, 30:3, 30:12, 31:7, 31:19, 32:4, 32:13, 32:21, 33:5, 34:1, 34:19, 35:14, 35:15, 35:25, 36:18, 38:21, 39:5, 39:22, 40:3, 40:6, 41:1, 41:8, 41:13, 41:18, 41:24, 42:3, 42:5, 42:6, 42:10, 42:16, 42:20, 42:23, 43:9, 43:10, 43:24, 44:8, 45:8, 47:19, 48:5, 48:11, 48:18, 49:6, 49:11, 49:13, 49:14, 50:22, 51:15, 51:19, 51:22, 52:6, 54:17, 55:1, 57:9, 57:18, 58:1, 58:16, 63:8, 63:16, 63:25, 64:12, 65:15, 65:20, 75:15, 75:16, 76:6, 77:24, 88:16, 114:20, 114:25, 115:4, 123:4, 134:11, 134:25, 135:10, 141:2, 141:6, 141:8, 146:19, 146:24, 153:21, 154:2, 154:8, 154:17, 167:6, 167:11, 167:13, 170:6, 170:10, 170:12, 171:2, 171:22, 172:10, 180:7, 180:17, 181:4, 183:15, 198:3, 202:3, 221:5, 234:16, 234:20
**exhibit** [4] - 50:18, 63:9, 76:25, 135:12
**Exhibits** [21] - 2:20, 15:20, 19:20, 22:25, 28:21, 29:2, 29:11, 38:22, 39:2, 41:19, 44:15, 45:12, 48:9, 54:23, 57:15, 62:1, 62:5, 134:2, 134:7, 172:1, 180:12
**EXHIBITS** [3] - 2:17, 3:2, 3:16
**exhibits** [5] - 22:20, 23:4, 226:14, 243:25, 244:4
**exist** [2] - 8:14, 102:2
**exit** [5] - 18:18, 64:16, 64:23, 64:25, 65:16
**exited** [1] - 203:5
**exits** [5] - 67:9, 91:1, 121:22, 227:18, 245:11
**expect** [2] - 220:23, 220:24
**expecting** [1] - 80:8
**experience** [4] - 8:24, 78:17, 104:7, 104:10
**explain** [1] - 235:6
**explained** [1] - 196:5
**explaining** [1] - 177:12
**exposure** [1] - 17:6
**extended** [1] - 177:25
**extensive** [1] - 36:14
**extent** [4] - 122:1, 244:4, 247:4, 247:8
**exterior** [1] - 18:25
**extra** [1] - 69:16
**extradited** [4] - 108:6, 109:6, 110:22, 136:5
**eye** [4] - 53:12, 65:5, 66:1, 66:2
**eyes** [3] - 64:11, 86:16, 223:7
**eyewitness** [1] - 18:5

## F

**fabric** [1] - 59:16
**face** [8] - 28:16, 28:17, 36:14, 37:7, 37:10, 174:25, 182:1, 219:15
**Facebook** [3] - 133:10, 155:14, 244:16
**faced** [1] - 208:25
**facilities** [2] - 231:11, 231:12
**facility** [4] - 113:20, 125:21, 128:2, 231:14
**facing** [8] - 16:5, 16:6, 16:13, 17:6, 115:25, 209:13, 209:17
**fact** [7] - 49:1, 56:16, 66:12, 82:5, 193:19, 218:22, 223:24
**factor** [1] - 211:8
**factors** [2] - 119:12, 210:16
**factual** [9] - 193:17, 193:22, 194:4, 201:4, 216:11, 216:14, 218:25, 226:6, 226:12
**fair** [6] - 37:4, 41:2, 62:23, 77:21, 234:12, 248:4
**fairly** [3] - 48:1, 61:15, 244:25
**false** [2] - 116:25, 117:10
**falsely** [1] - 117:11
**familiar** [2] - 30:23, 126:19
**families** [1] - 174:5
**family** [13] - 10:9, 80:5, 121:9, 152:23, 174:2, 174:4, 187:18, 187:20, 187:24, 213:3, 213:4, 244:10, 244:11
**far** [10] - 10:18, 17:11, 85:5, 90:10, 93:18, 95:16, 160:4, 160:5, 233:6, 243:24
**farm** [1] - 16:19
**farms** [1] - 15:6
**fast** [9] - 97:2, 236:15, 237:3, 237:10, 237:12, 238:20, 239:4, 240:9, 241:18
**fast-forward** [6] - 237:3, 237:10, 238:20, 239:4, 240:9, 241:18
**father** [4] - 80:6, 83:1, 85:12, 187:18
**favors** [1] - 105:6
**FBI** [6] - 87:1, 87:23, 113:14, 113:20, 125:15, 215:18
**FDC** [1] - 94:6
**fear** [2] - 141:19, 210:11
**Fearless** [41] - 109:9, 109:10, 109:12, 109:20, 109:23, 110:5, 128:25, 129:2, 129:17, 140:13, 140:17, 141:21, 142:15, 142:17, 143:4, 144:4, 144:7, 146:16, 147:14, 149:2, 149:6, 149:14, 150:23, 158:22, 159:6, 159:18, 165:3, 165:4, 165:5, 166:23, 177:15, 181:12, 185:11, 186:6, 186:7, 186:8, 200:9, 206:20, 208:9, 216:18, 224:5
**fearless** [12] - 140:12, 141:14, 141:18, 142:9, 142:13, 144:3, 161:18, 162:14, 165:14, 166:7, 181:8, 199:23
**Fearless's** [1] - 129:4
**February** [1] - 71:4
**federal** [5] - 113:21, 113:22, 113:23, 173:18, 208:22
**Federal** [3] - 94:7, 94:9, 113:7
**feeder** [1] - 75:24
**feet** [4] - 16:15, 21:4, 35:5, 192:24
**fell** [1] - 43:25
**fellow** [1] - 190:23
**felt** [4] - 160:20, 160:23,

246:11, 246:15
**fenced** [1] - 18:16
**Ferguson** [7] - 4:8, 125:15, 128:1, 133:19, 215:18, 220:2, 220:17
**few** [4] - 4:24, 85:12, 121:2, 243:5
**field** [1] - 138:18
**fields** [1] - 23:8
**fifth** [1] - 188:2
**fight** [15] - 81:13, 81:17, 106:14, 149:12, 153:10, 157:7, 157:10, 157:11, 157:15, 173:24, 205:17, 205:18, 206:3, 207:11, 208:7
**fighting** [2] - 176:21, 216:18
**figure** [2] - 18:5, 227:11
**file** [9] - 117:22, 117:25, 118:3, 118:9, 118:20, 212:12, 212:19, 226:13, 226:19
**filed** [1] - 118:7
**files** [3] - 211:25, 212:15, 221:22
**filing** [1] - 182:10
**fill** [1] - 131:12
**filled** [1] - 181:21
**filming** [1] - 32:17
**final** [1] - 34:15
**finally** [2] - 184:22, 210:19
**findings** [1] - 21:22
**fine** [5] - 67:11, 227:2, 227:8, 247:17, 247:20
**finger** [2] - 177:25
**fingernail** [1] - 56:22
**fingerprint** [12] - 53:8, 53:10, 53:11, 53:18, 53:22, 53:24, 53:25, 54:4, 56:23, 66:4, 204:19
**fingerprints** [5] - 53:14, 54:6, 54:7, 54:8, 69:22
**finish** [1] - 119:9
**finished** [4] - 21:19, 131:8, 213:22, 225:24
**firearms'** [1] - 40:13
**first** [31] - 14:19, 14:20, 17:20, 27:23, 30:3, 30:7, 35:14, 64:3, 71:9, 74:13, 96:7, 102:12, 103:7, 105:1, 125:12, 126:3, 128:25, 131:7, 134:11, 134:12, 136:21, 138:2, 142:12, 169:20, 172:18, 188:2, 195:16, 206:20, 208:21, 247:19, 248:13
**First** [30] - 11:4, 11:6, 11:12, 11:15, 99:3, 99:4, 99:6, 102:14, 102:16, 103:7, 103:12, 104:3, 107:5, 107:6, 109:1, 109:4, 109:23, 129:5, 129:6, 130:1, 131:9, 131:11, 140:19, 140:21, 140:25, 177:14, 181:21, 206:17, 206:19, 222:20
**fish** [1] - 75:25
**fished** [1] - 85:6
**fisherman** [2] - 73:22, 79:14
**fishing** [4] - 30:24, 51:23, 51:25, 52:5
**five** [17] - 30:7, 72:13, 74:5, 90:16, 90:19, 91:20, 99:14, 123:24, 124:15, 134:14, 134:15, 141:10, 147:3, 154:9, 159:23, 189:10
**five-year** [2] - 99:14, 189:10
**fix** [2] - 186:24, 247:4
**flags** [3] - 62:20, 62:24, 63:4
**flip** [1] - 91:10
**floor** [2] - 6:12, 211:13
**FLORIDA** [1] - 1:1
**Florida** [33] - 1:4, 1:15, 1:19, 1:23, 1:24, 14:14, 55:3, 71:1, 76:3, 80:2, 99:20, 109:7, 112:14, 113:24, 129:12, 129:24, 129:25, 136:5, 136:19, 148:24, 152:22, 183:10, 183:22, 190:3, 231:6, 231:11, 231:15, 231:18, 232:4, 232:18, 244:20, 249:12, 249:14
**flyers** [2] - 84:5, 87:10
**focus** [3] - 14:1, 95:21, 134:14
**focused** [2] - 236:3, 243:4
**fold** [1] - 63:23
**folks** [5] - 67:24, 90:18, 209:19, 211:2, 227:19
**follow** [9] - 84:24, 86:15, 106:6, 118:22, 118:25, 179:14, 223:17, 229:8, 236:13
**followed** [5] - 10:5, 10:6, 10:23, 11:7, 18:8
**following** [4] - 89:13, 163:16, 209:10, 244:22
**food** [3] - 150:3, 158:11, 158:20
**foot** [3] - 58:10, 58:15, 138:14
**footage** [1] - 18:4
**FOR** [2] - 1:13, 1:16
**forbidden** [1] - 174:14
**force** [3] - 117:25, 118:3, 199:12
**foregoing** [1] - 249:6
**forehead** [1] - 181:14
**foreman** [1] - 69:1
**forensic** [4] - 37:18, 56:10, 83:23, 86:7
**forensically** [3] - 39:16, 83:19, 89:4
**forgive** [3] - 73:1, 74:11, 85:1
**forks** [1] - 236:1
**FORT** [1] - 1:2
**forth** [3] - 11:17, 30:20, 31:24
**forward** [14] - 113:4, 124:14, 124:18, 202:11, 211:23, 216:16, 220:9, 222:4, 237:3, 237:10, 238:20, 239:4, 240:9, 241:18
**fought** [1] - 200:7
**four** [26] - 10:19, 25:4, 108:11, 108:13, 113:15, 114:9, 114:10, 115:20, 116:1, 124:19, 128:14, 134:13, 141:10, 147:2, 150:19, 154:9, 154:10, 166:21, 190:3, 193:14, 208:23, 211:18, 211:21, 214:21, 217:7, 222:2
**frame** [1] - 33:15
**frankly** [1] - 227:22
**free** [2] - 5:14, 67:10
**friends** [4] - 81:14, 95:8, 121:9, 244:12
**front** [13] - 16:13, 17:2, 23:8, 59:20, 59:21, 60:11, 65:6, 76:15, 76:20, 118:15, 132:16, 133:6, 162:1
**full** [4] - 35:17, 75:25, 104:21, 202:25
**full-body** [1] - 35:17
**fully** [1] - 221:6
**furtherance** [2] - 163:22, 163:25
**furthers** [1] - 50:14
**future** [3] - 63:24, 125:9, 146:14

## G

**gallery** [1] - 148:6
**game** [3] - 193:4, 225:2, 246:5
**Gamez** [5] - 202:24, 203:3, 203:11, 204:7, 204:10
**gang** [30] - 8:25, 10:2, 10:4, 10:10, 71:24, 94:20, 95:11, 95:13, 105:9, 105:10, 105:12, 105:16, 105:22, 127:16, 127:21, 133:14, 139:5, 140:24, 143:18, 143:22, 144:5, 144:8, 150:9, 153:11, 156:18, 156:19, 157:3, 170:19, 176:10, 223:20
**Gang** [2] - 133:12, 202:22
**gangs** [4] - 94:18, 105:11, 105:15, 127:22
**gangster** [1] - 175:9
**gangsters** [1] - 175:8
**gar** [1] - 178:4
**garbage** [1] - 75:25
**Gardens** [1] - 80:7
**Garland** [1] - 210:19
**Garra** [7] - 178:4, 182:17, 182:23, 183:5, 186:9, 186:10, 186:12
**gate** [1] - 16:23
**gated** [3] - 15:11, 16:9, 20:12
**gathered** [1] - 153:4
**general** [7] - 14:24, 28:3, 28:5, 33:11, 229:12, 241:1, 241:11
**General's** [2] - 71:1, 71:3
**generalization** [1] - 8:23
**generalizing** [1] - 163:23
**generally** [3] - 21:2, 241:19, 248:10
**gentlemen** [12] - 5:18, 5:21, 66:24, 90:5, 92:6, 120:17, 122:16, 122:20, 209:4, 211:5, 224:9, 243:1
**George** [1] - 19:24
**Gerson** [15] - 55:6, 75:18, 76:21, 76:24, 76:25, 78:3, 81:12, 81:18, 82:8, 82:9, 82:18, 205:15, 205:24, 207:1, 217:9
**Gerson's** [3] - 80:9, 80:14, 82:19
**Gianino** [6] - 125:19, 128:1, 133:19, 215:18, 220:1, 220:21
**girl** [2] - 189:1, 190:22
**given** [5] - 10:4, 10:15, 57:23, 62:13, 87:11
**GL** [1] - 182:23
**Glade** [2] - 13:15, 13:22
**glare** [2] - 173:1, 181:3
**glasses** [3] - 148:3, 148:8, 148:15
**GLCS** [57] - 8:12, 8:18, 8:19, 101:3, 101:4, 101:9, 101:12, 101:17, 102:4, 102:9, 102:14, 103:3, 103:4, 103:25, 104:5, 104:23, 106:23, 106:24, 107:2, 107:3, 109:1, 109:18, 109:19, 110:5, 129:11, 129:23, 129:25, 131:16, 139:4, 140:21, 141:21, 141:25, 143:7, 144:18,

145:18, 145:19, 146:8, 153:1, 165:20, 166:13, 166:17, 171:6, 172:18, 173:3, 179:9, 180:25, 181:11, 183:10, 183:19, 184:21, 195:19, 198:8, 198:16, 199:4, 200:21, 203:1, 206:19
**glean** [1] - 89:4
**go-ahead** [1] - 210:19
**goal** [3] - 11:14, 225:18, 226:2
**Gohan** [2] - 155:12, 155:13
**gonna** [14] - 138:23, 138:24, 139:1, 139:3, 158:4, 158:8, 161:3, 161:4, 174:17, 174:19, 206:4, 207:15, 227:22, 236:21
**Gonzalez** [8] - 225:1, 225:4, 225:16, 227:11, 245:15, 247:5, 247:8, 247:16
**good-sized** [1] - 205:4
**Google** [3] - 167:14, 235:7, 235:25
**Gordo** [1] - 184:18
**gossip** [1] - 174:14
**gotta** [1] - 144:9
**GOVERNMENT** [1] - 1:13
**Government** [9] - 2:20, 6:14, 12:16, 19:20, 24:5, 70:14, 92:14, 171:22, 230:7
**government** [77] - 4:5, 5:1, 6:4, 12:9, 15:14, 15:20, 22:20, 22:25, 24:1, 28:20, 29:2, 29:11, 38:20, 39:2, 41:7, 41:13, 41:23, 42:3, 45:7, 45:12, 48:4, 48:9, 49:6, 49:11, 54:17, 54:23, 57:8, 57:15, 61:25, 62:5, 70:9, 76:25, 92:8, 114:20, 114:25, 116:19, 118:20, 118:23, 122:10, 134:1, 134:7, 141:2, 141:6, 146:19, 146:24, 153:21, 154:2, 167:6, 167:11, 170:6, 170:10, 171:21, 172:1, 172:10, 179:24, 180:7, 180:12, 194:17, 197:7, 198:3, 209:24, 211:24, 211:25, 212:5, 212:15, 212:19, 220:11, 221:22, 228:10, 228:23, 229:19, 230:3, 231:23, 234:15, 234:20, 246:8, 248:17
**government's** [7] - 12:8, 23:25, 50:18, 70:8, 92:7, 118:17, 212:11
**GOVERNMENT'S** [2] - 2:17, 3:2
**Government's** [109] - 15:14, 15:25, 17:3, 17:17, 18:11, 19:2, 19:14, 19:24, 20:7, 20:19, 22:21, 23:4, 23:11, 27:17, 29:5, 30:3, 30:12, 31:7, 31:19, 32:4, 32:13, 32:21, 33:5, 34:1, 34:19, 35:14, 35:25, 36:10, 36:18, 37:6, 39:21, 40:3, 40:6, 40:25, 41:17, 41:24, 42:5, 42:6, 42:10, 42:20, 42:23, 43:9, 43:10, 43:24, 44:8, 44:15, 47:18, 48:5, 48:11, 48:17, 49:13, 49:14, 49:23, 50:12, 50:15, 50:22, 51:1, 51:15, 51:19, 51:22, 52:6, 52:9, 55:1, 55:24, 57:18, 58:1, 58:5, 58:16, 62:8, 63:8, 63:16, 63:25, 64:12, 64:22, 65:15, 65:20, 75:14, 75:16, 76:6, 77:24, 88:16, 114:20, 115:4, 123:3, 134:2, 134:11, 134:25, 135:10, 135:23, 141:2, 141:8, 146:19, 153:21, 154:8, 154:17, 167:6, 167:13, 170:6, 170:12, 171:1, 180:7, 180:17, 181:4, 183:15, 197:16, 198:1, 221:5, 234:16
**GPS** [19] - 29:21, 191:17, 191:20, 202:15, 202:18, 216:25, 217:5, 225:11, 226:11, 231:24, 233:17, 235:8, 235:11, 235:13, 235:14, 235:15, 236:12, 242:8, 242:14
**grab** [4] - 5:8, 138:13, 138:14
**grabbed** [1] - 199:11
**Gracie** [1] - 92:10
**grade** [7] - 93:20, 93:21, 93:23, 93:24, 94:1, 94:2, 188:3
**grandpa** [1] - 93:17
**grandparents** [1] - 213:4
**grant** [3] - 118:10, 118:17, 118:21
**granted** [2] - 45:15, 172:13
**grass** [2] - 27:15, 43:19
**grassed** [1] - 19:8
**grassy** [2] - 32:18, 33:1
**grave** [2] - 199:19, 199:22
**great** [2] - 37:23, 248:21
**green** [20] - 52:5, 73:11, 174:11, 179:20, 179:21, 180:2, 180:5, 235:9, 236:4, 236:20, 236:24, 236:25, 237:1, 237:7, 238:5, 238:14, 238:22, 239:24, 240:17, 241:14
**greenlit** [1] - 200:12
**greet** [1] - 177:21
**grid** [1] - 21:5
**gripped** [1] - 178:1
**ground** [8] - 6:8, 14:18, 18:1, 48:14, 68:13, 68:18, 121:16, 199:12
**group** [8] - 81:15, 103:1, 158:16, 176:14, 185:22, 208:11, 217:17
**grow** [6] - 144:18, 176:25, 195:20, 195:22, 195:24, 222:8
**growing** [1] - 94:12
**Guanacos** [4] - 101:7, 181:2, 182:23, 182:25
**guard** [1] - 188:6
**guess** [4] - 152:23, 184:4, 234:21, 235:5
**guide** [1] - 247:12
**guided** [1] - 244:20
**guidelines** [2] - 233:3, 233:5
**guidepost** [1] - 229:24
**guilty** [12] - 114:2, 114:13, 114:16, 116:3, 119:23, 169:15, 189:5, 193:14, 193:16, 208:21, 211:16, 219:11
**guns** [1] - 145:4
**gunshot** [6] - 28:16, 64:4, 64:6, 64:7, 64:8, 64:10
**Gutierrez** [19] - 126:6, 128:6, 132:8, 133:12, 135:19, 200:19, 202:5, 202:6, 202:12, 203:4, 203:5, 203:6, 203:8, 203:11, 203:18, 203:19, 214:22, 215:4
**Gutierrez's** [2] - 137:25, 214:13
**guy** [43] - 96:22, 100:15, 103:9, 111:4, 112:2, 125:7, 132:12, 132:13, 132:18, 132:21, 136:25, 137:15, 138:4, 138:12, 140:3, 149:18, 151:9, 155:21, 155:25, 156:3, 156:11, 156:14, 156:23, 158:1, 158:7, 158:9, 158:12, 158:14, 161:5, 164:10, 164:12, 184:12, 184:20, 190:9, 190:22, 206:4, 216:6, 217:17, 218:18, 219:4, 219:18
**guys** [36] - 6:11, 13:13, 17:23, 132:24, 139:11, 140:2, 144:19, 150:2, 151:1, 151:6, 151:7, 153:8, 153:10, 158:16, 158:20, 161:11, 163:2, 164:8, 166:21, 178:7, 178:19, 185:7, 200:22, 207:21, 208:1, 219:22, 223:24, 224:21, 227:25, 228:1, 228:8, 243:17, 244:22, 245:7, 245:8

## H

**hair** [6] - 40:18, 43:25, 44:24, 46:6, 56:22
**half** [4] - 25:4, 37:7, 72:8, 112:16
**hallucinogen** [1] - 174:11
**hand** [21] - 11:22, 12:15, 17:16, 24:4, 36:21, 36:22, 46:4, 56:24, 66:9, 68:25, 69:1, 70:13, 84:5, 92:13, 177:24, 178:24, 180:19, 182:16, 186:13, 186:14
**handed** [1] - 44:15
**handle** [1] - 72:3
**hands** [3] - 36:16, 75:10, 76:9
**handwriting** [1] - 45:1
**handwritten** [2] - 29:20, 38:16
**hang** [16] - 90:9, 95:20, 96:1, 96:23, 140:3, 153:9, 153:14, 155:22, 156:12, 156:13, 156:18, 162:19, 227:25, 228:2
**hanger** [1] - 87:13
**hangers** [2] - 84:8, 85:24
**hanging** [15] - 11:5, 94:18, 95:8, 101:10, 101:11, 102:3, 126:13, 130:7, 130:9, 130:21, 153:5, 155:17, 162:17, 184:12, 244:13
**hangs** [2] - 156:12, 156:15
**hard** [4] - 175:8, 175:11, 245:8, 246:25
**Hayes** [16] - 124:9, 124:10, 124:13, 124:21, 124:22, 125:4, 125:12, 125:25, 126:3, 126:23, 191:13, 214:16, 215:3, 215:9, 215:17, 219:25
**HDMI** [5] - 29:13, 64:20, 88:14, 234:22
**head** [30] - 36:24, 40:18, 43:12, 47:6, 64:13, 65:1, 65:2, 65:18, 98:13, 98:14, 102:25, 103:20, 103:24, 107:4, 109:11, 110:12, 110:16, 126:9, 132:23, 165:4, 165:6, 166:12, 166:23, 175:3, 177:14, 181:18, 182:6, 202:7, 203:7, 239:6

**heading** [4] - 236:9, 238:25, 239:12, 241:23
**heads** [3] - 171:19, 183:11, 243:8
**heads-up** [1] - 243:8
**headstamp** [2] - 42:25, 46:19
**headway** [1] - 91:22
**hear** [2] - 7:9, 216:13
**heard** [16] - 103:11, 121:12, 145:23, 151:2, 151:6, 162:6, 226:23, 227:5, 228:12, 228:13, 228:15, 229:9, 243:22, 243:24, 246:18, 246:20
**hearing** [2] - 121:6, 229:14
**hearsay** [3] - 88:4, 88:9, 201:18
**heavily** [1] - 28:14
**heavy** [1] - 246:13
**heels** [1] - 58:7
**held** [17] - 12:1, 19:12, 22:18, 28:19, 38:19, 40:20, 47:14, 49:5, 57:7, 87:20, 89:13, 163:16, 185:20, 199:11, 199:13, 209:10, 213:13
**hello** [1] - 156:25
**help** [7] - 18:5, 113:17, 127:10, 140:16, 174:1, 178:19, 219:16
**helped** [4] - 128:4, 135:24, 138:4, 138:8
**helps** [1] - 164:4
**hemoglobin** [1] - 53:22
**Henry** [1] - 23:4
**hereby** [1] - 249:6
**High** [1] - 94:16
**high** [5] - 14:1, 94:17, 95:23, 181:15, 182:5
**higher** [1] - 106:19
**highlight** [2] - 117:6, 168:3
**highlighted** [1] - 168:4
**highlights** [1] - 194:9
**Highway** [1] - 239:2
**himself** [2] - 107:15, 107:17
**hired** [2] - 25:13, 91:9
**history** [1] - 187:15
**hit** [14] - 126:9, 132:22, 188:19, 188:22, 189:1, 189:2, 189:4, 218:18, 237:11, 238:10, 239:19, 240:6, 242:2
**hitting** [3] - 217:25, 240:17
**hmm** [1] - 241:5
**hold** [3] - 22:1, 71:22, 112:1
**holding** [2] - 139:12, 177:24
**hole** [3] - 59:10, 60:21, 60:25
**holes** [1] - 61:3
**home** [8] - 81:17, 81:22, 82:8, 162:8, 228:8, 243:6, 243:21, 244:10
**homeboy** [49] - 7:7, 7:11, 7:25, 8:5, 8:8, 8:9, 8:10, 10:13, 10:17, 10:25, 11:4, 11:7, 11:15, 97:13, 97:23, 101:13, 101:24, 102:9, 104:20, 107:13, 107:20, 130:10, 131:19, 142:5, 142:7, 142:8, 143:24, 149:19, 164:11, 173:23, 174:1, 174:17, 175:14, 175:23, 177:21, 178:11, 183:17, 184:2, 184:14, 186:16, 186:17, 186:21, 186:22, 187:7, 198:16, 200:22, 222:14, 222:17, 222:20
**homeboy's** [1] - 174:4
**homeboys** [22] - 8:2, 10:3, 10:21, 11:12, 11:16, 101:19, 102:21, 103:1, 103:6, 104:13, 152:15, 152:20, 165:17, 166:21, 174:3, 176:5, 176:6, 178:13, 184:2, 187:12, 195:25, 223:8
**homes** [4] - 15:3, 15:5, 16:7, 16:16
**homey** [1] - 174:15
**homey's** [1] - 174:2
**Homicide** [1] - 21:11
**homicide** [15] - 14:21, 29:17, 50:8, 56:21, 71:25, 72:2, 72:18, 73:14, 73:17, 73:24, 73:25, 94:10, 113:4, 114:4, 125:15
**homicides** [6] - 25:25, 72:4, 72:7, 72:10, 112:9, 112:11
**Honor** [61] - 4:6, 4:12, 4:21, 5:3, 5:16, 6:13, 9:5, 12:3, 12:7, 12:9, 15:13, 19:13, 23:17, 23:21, 24:8, 28:24, 38:20, 40:21, 41:11, 45:19, 68:3, 70:20, 80:23, 82:15, 90:15, 91:6, 91:17, 92:8, 92:12, 114:19, 120:14, 122:25, 134:1, 141:1, 146:18, 146:22, 153:20, 167:5, 170:5, 170:8, 170:22, 171:21, 172:8, 180:6, 180:10, 186:25, 201:17, 209:7, 213:11, 213:15, 213:17, 224:7, 224:20, 226:17, 230:3, 230:15, 234:15, 234:18, 242:17, 248:14, 248:17
**HONORABLE** [1] - 1:10
**Honorable** [1] - 1:22
**hood** [5] - 173:10, 173:19, 175:12, 176:5
**hope** [8] - 5:22, 120:22, 121:19, 122:2, 122:16, 122:20, 212:12, 243:10
**hoped** [1] - 202:24
**hopes** [1] - 120:11
**hoping** [4] - 116:8, 116:10, 211:23, 220:11
**horn** [1] - 177:23
**horse** [4] - 15:6, 16:21, 18:19, 76:7
**horses** [2] - 18:17, 23:8
**hospital** [3] - 184:25, 185:2, 185:3
**hour** [11] - 90:14, 233:16, 233:18, 237:20, 239:16, 240:12, 240:24, 241:2, 241:3, 241:22, 241:25
**hours** [6] - 14:11, 17:21, 81:16, 162:6, 237:19, 245:22
**house** [34] - 18:3, 27:12, 76:20, 78:1, 82:19, 100:2, 100:3, 108:3, 132:14, 132:16, 133:6, 143:5, 149:18, 153:16, 155:15, 155:16, 155:17, 159:1, 159:5, 160:4, 160:7, 160:9, 160:12, 160:13, 160:14, 160:16, 161:24, 162:3, 162:5, 167:2, 189:8, 207:2, 207:21
**housed** [1] - 231:13
**housekeeping** [3] - 4:25, 245:13, 248:20
**houses** [2] - 23:7
**Hugo** [22] - 150:15, 150:16, 150:25, 151:20, 151:21, 152:4, 152:8, 152:9, 153:6, 154:24, 159:19, 159:20, 160:2, 160:13, 160:14, 161:16, 162:2, 162:14, 162:16, 166:22
**Hugo's** [5] - 150:20, 150:24, 160:7, 160:9, 161:24
**hung** [1] - 140:4
**hunting** [2] - 149:15, 150:5
**hurt** [3] - 168:14, 168:18, 189:2
**hybrid** [1] - 74:22

**I**

**ID** [2] - 24:13, 55:12
**idea** [3] - 212:14, 215:24, 225:18
**identification** [4] - 41:18, 44:16, 47:19, 55:3
**identified** [2] - 147:9, 148:20
**identify** [7] - 75:18, 135:16, 147:4, 154:10, 154:23, 155:7, 167:1
**ignore** [2] - 245:4
**II** [2] - 1:10, 1:22
**ILONA** [2] - 1:21, 249:11
**image** [1] - 30:21
**imagine** [1] - 72:9
**immigration** [3] - 119:21, 119:25, 123:9
**impact** [1] - 119:24
**implicate** [1] - 117:11
**important** [16] - 78:5, 78:9, 78:10, 78:11, 105:14, 105:24, 121:17, 132:6, 137:3, 156:20, 156:22, 221:9, 223:16, 243:21, 244:23
**importantly** [1] - 210:13
**imposed** [2] - 120:4, 189:12
**impound** [2] - 57:4, 62:13
**impounded** [5] - 41:5, 61:9, 61:13, 62:17, 66:14
**impounding** [1] - 63:22
**improve** [1] - 222:9
**inaccuracies** [1] - 216:14
**inches** [1] - 76:25
**incident** [4] - 30:17, 30:21, 32:9, 49:15
**include** [11] - 7:18, 7:19, 13:11, 25:25, 29:20, 39:8, 39:11, 39:24, 55:12, 60:18, 87:12
**included** [2] - 37:20, 169:17
**includes** [4] - 26:2, 40:7, 54:13, 116:15
**including** [3] - 123:5, 210:15, 228:16
**inconsistent** [1] - 201:21
**incremental** [1] - 20:18
**index** [1] - 177:25
**indicate** [7] - 16:25, 34:13, 78:18, 113:16, 237:22, 239:17, 241:24
**indicates** [3] - 235:9, 236:5, 237:23
**indicating** [3] - 18:4, 19:5, 78:20
**indicating)** [17] - 17:15, 17:24, 20:1, 20:14, 20:24, 23:15, 28:10, 36:6, 47:9, 66:3, 77:3, 78:4, 117:6, 148:5, 167:25, 181:25, 205:3
**indicted** [1] - 208:20
**indictment** [2] - 229:11, 247:9
**individual** [15] - 8:8, 10:5, 10:16, 30:9, 43:6, 66:19, 69:6, 85:5, 87:22, 87:25, 126:6, 126:20, 237:23

**individuals** [4] - 10:3, 56:21, 82:12, 130:19
**information** [15] - 8:22, 30:8, 44:20, 46:20, 79:16, 80:4, 84:20, 86:14, 87:5, 87:23, 117:10, 179:24, 194:18, 221:7, 233:14
**informed** [1] - 199:5
**initial** [1] - 74:10
**initials** [2] - 154:13, 155:9
**injured** [1] - 36:22
**injuries** [2] - 35:10, 36:11
**injury** [1] - 72:5
**inmates** [1] - 231:13
**inner** [2] - 18:23, 31:16
**inside** [3] - 58:9, 174:7, 205:22
**Instagram** [1] - 244:16
**instance** [2] - 8:19, 119:14
**instances** [1] - 8:7
**instead** [2] - 220:1, 236:24
**instep** [1] - 58:9
**instruct** [3] - 109:12, 109:14, 228:11
**instruction** [5] - 227:4, 227:7, 229:8, 246:12, 247:12
**instructions** [3] - 110:6, 176:25, 177:3
**interacting** [1] - 102:15
**interested** [2] - 75:1, 85:14
**interior** [4] - 22:13, 55:18, 56:23
**intermingle** [1] - 11:13
**internally** [1] - 235:16
**international** [1] - 230:25
**interpreter** [4] - 4:17, 91:5, 91:9, 91:13
**interview** [3] - 124:25, 126:24, 128:2
**interviewed** [5] - 112:5, 112:8, 126:4, 214:16, 214:17
**interviewing** [1] - 21:19
**intimate** [1] - 87:7
**intoxicated** [2] - 9:21, 82:9
**introduce** [2] - 24:11, 70:23
**introduced** [3] - 130:14, 228:21, 229:6
**investigate** [5] - 26:6, 26:13, 56:8, 72:10
**investigated** [1] - 88:17
**investigating** [2] - 8:25, 72:7
**investigatingly** [1] - 85:13
**Investigation** [3] - 21:14, 22:4, 113:7
**investigation** [9] - 25:5, 44:2, 50:4, 51:11, 78:8, 78:10, 79:7, 81:10, 87:12
**investigations** [1] - 72:4
**investigative** [3] - 79:16, 84:3, 88:18
**Investigator** [1] - 73:1
**investigator** [19] - 24:16, 24:17, 24:20, 24:21, 25:2, 25:7, 25:15, 26:5, 26:17, 37:19, 56:10, 71:1, 71:2, 73:13, 74:15, 74:18, 77:4, 77:6, 77:9
**investigator's** [1] - 24:18
**investigators** [1] - 75:13
**involved** [8] - 26:1, 38:9, 75:2, 75:4, 75:5, 143:7, 172:20
**involvement** [4] - 51:14, 77:16, 121:15, 192:4
**involves** [1] - 97:21
**involving** [1] - 232:22
**inward** [1] - 66:2
**Island** [2] - 239:12, 240:22
**issue** [3] - 197:21, 209:6, 211:10
**issued** [2] - 98:9, 98:12
**issues** [4] - 115:5, 122:8, 246:9, 248:20
**it'll** [4] - 16:17, 22:11, 67:3, 77:2
**item** [5] - 26:10, 38:13, 38:16, 43:3, 53:21
**items** [32] - 29:19, 38:12, 44:25, 45:24, 46:3, 48:22, 48:25, 49:20, 49:21, 50:25, 51:3, 51:10, 51:18, 52:25, 53:7, 53:15, 54:6, 54:14, 61:8, 61:22, 62:12, 63:22, 66:11, 66:14, 69:19, 74:16, 77:18, 78:6, 78:24, 83:17, 83:19, 83:22
**Items** [1] - 38:9

## J

**J-a-c-k-s-o-n** [1] - 230:12
**Jackson** [7] - 2:14, 230:4, 230:6, 230:7, 230:11, 230:18, 242:24
**jail** [12] - 8:3, 94:6, 108:11, 108:13, 109:16, 128:14, 129:3, 178:22, 184:25, 185:2, 185:3, 190:4
**January** [6] - 1:5, 55:7, 126:5, 132:9, 202:5, 249:10
**Javier** [2] - 98:7, 188:19
**jewelry** [1] - 37:11
**JOANNA** [1] - 230:11
**Joanna** [4] - 2:14, 230:4, 230:7, 230:11
**job** [8] - 10:19, 25:14, 25:18, 26:5, 72:2, 195:20, 208:15, 248:21
**jobs** [1] - 10:17
**Joe** [1] - 4:12
**Joel** [6] - 195:13, 196:3, 198:11, 216:5, 216:6, 216:18
**join** [5] - 139:5, 177:9, 178:7, 199:2, 199:4
**joining** [3] - 13:4, 95:16, 232:16
**JOSEPH** [1] - 1:16
**Judge** [7] - 22:19, 118:14, 122:10, 193:16, 221:23, 225:6, 245:16
**judge** [18] - 118:12, 118:13, 118:15, 118:17, 118:21, 118:22, 118:25, 163:14, 189:14, 189:16, 194:9, 197:15, 201:6, 212:17, 215:25, 221:21, 246:10
**JUDGE** [1] - 1:10
**Julie** [4] - 2:9, 24:1, 24:5, 24:13
**jump** [2] - 8:11, 97:18
**jump-in** [1] - 8:11
**jumped** [9] - 8:4, 101:12, 101:16, 101:24, 102:8, 102:11, 165:2, 187:7, 187:12
**jumping** [2] - 97:20, 97:22
**jumpsuit** [1] - 94:3
**JUROR** [1] - 227:16
**juror** [2] - 227:18, 227:20
**jurors** [10] - 4:23, 45:19, 67:18, 91:24, 122:7, 197:13, 209:15, 210:12, 226:10, 229:13
**JURY** [1] - 1:9
**jury** [56] - 5:13, 5:21, 8:22, 12:25, 14:24, 24:12, 25:6, 28:1, 30:6, 38:8, 39:6, 46:16, 47:8, 67:4, 67:8, 67:20, 70:24, 74:3, 75:15, 90:5, 90:25, 92:3, 92:4, 92:21, 93:18, 97:20, 99:4, 116:22, 120:17, 120:21, 121:1, 121:18, 121:20, 121:21, 122:13, 122:16, 122:20, 137:11, 154:4, 172:12, 196:21, 196:25, 209:4, 209:16, 211:5, 211:6, 211:12, 224:9, 224:13, 227:3, 227:14, 228:13, 243:16, 244:6, 245:2, 245:23
**Jury** [9] - 5:17, 67:9, 67:21, 91:1, 92:5, 121:22, 122:14, 227:15, 245:11
**justice** [2] - 25:11, 219:15
**justify** [1] - 200:11

## K

**keep** [12] - 8:5, 41:14, 101:11, 129:8, 157:12, 158:7, 164:14, 176:23, 227:22, 237:25, 243:20
**keeping** [1] - 246:6
**kept** [5] - 85:21, 162:5, 233:19, 233:22, 234:12
**Kevin** [1] - 134:22
**kicked** [4] - 93:23, 94:1, 95:23, 96:11
**kicking** [1] - 199:9
**kid** [2] - 137:19, 164:1
**kill** [29] - 10:6, 11:21, 106:24, 107:2, 127:10, 127:14, 135:24, 138:8, 138:12, 144:16, 150:1, 150:7, 150:8, 153:11, 156:22, 158:5, 161:10, 164:1, 165:18, 166:22, 175:11, 203:8, 203:12, 204:10, 216:19, 216:20, 223:17, 224:1
**killed** [14] - 135:19, 136:24, 140:2, 140:4, 140:9, 161:6, 179:22, 186:20, 196:11, 198:11, 198:14, 200:7, 202:21, 222:19
**killing** [12] - 105:21, 131:17, 149:4, 158:23, 168:14, 182:11, 199:25, 202:25, 203:11, 205:12, 206:13, 222:18
**killings** [1] - 158:24
**kills** [3] - 164:7, 164:8, 222:13
**Kimberly** [7] - 4:13, 151:14, 151:18, 153:18, 168:10, 240:3
**KIMBERLY** [1] - 1:17
**kind** [19] - 15:8, 16:25, 21:3, 25:23, 74:22, 78:2, 101:21, 117:23, 119:15, 140:21, 145:6, 160:5, 181:3, 182:10, 190:16, 232:25, 246:25, 247:19, 248:11
**knife** [13] - 111:12, 190:10, 190:16, 200:6, 204:23, 204:24, 204:25, 205:1, 205:4, 205:7, 205:9, 205:10
**knives** [2] - 204:22, 236:2
**knock** [1] - 226:10
**knowing** [1] - 17:22
**knowingly** [1] - 120:9
**knowledge** [8] - 21:16, 33:15, 102:24, 103:19, 104:4, 214:24, 215:1, 247:17
**known** [2] - 87:9, 127:19
**knows** [1] - 226:15

## L

**LA** [6] - 151:10, 151:11, 151:21, 152:17, 152:19, 155:2
**lab** [3] - 66:18, 66:20, 86:7
**ladder** [1] - 106:25
**ladies** [12] - 5:18, 5:21, 66:24, 90:5, 92:6, 120:17, 122:16, 122:19, 209:4, 211:5, 224:9, 243:1
**landscape** [1] - 16:16
**Lara** [1] - 216:18
**large** [2] - 74:7, 202:6
**larger** [1] - 15:1
**last** [21] - 4:24, 11:20, 22:20, 71:4, 71:25, 76:21, 92:18, 103:12, 115:8, 120:20, 125:17, 134:11, 147:1, 176:24, 177:11, 194:8, 194:25, 221:11, 228:16, 229:10, 242:8
**late** [2] - 195:14, 196:4
**latent** [7] - 53:10, 53:11, 53:14, 54:4, 54:6, 54:7, 54:8
**Latino** [2] - 84:10, 84:17
**Lauderdale** [6] - 80:13, 81:4, 84:16, 151:15, 151:16, 153:17
**LAUDERDALE** [1] - 1:2
**law** [16] - 13:3, 13:5, 75:7, 75:21, 109:7, 114:11, 116:5, 133:19, 139:16, 166:25, 169:21, 178:18, 178:19, 178:22, 196:3, 232:17
**lawyer's** [1] - 195:5
**lawyers** [4] - 6:10, 121:3, 121:25, 245:3
**laying** [2] - 75:7, 76:21
**lead** [9] - 66:17, 72:5, 79:21, 81:9, 83:24, 84:2, 84:6, 245:14
**leader** [1] - 195:19
**leadership** [3] - 10:4, 11:2, 166:10
**leading** [1] - 215:25
**leads** [9] - 30:22, 32:25, 79:17, 84:3, 85:15, 85:22, 86:15, 88:18, 89:5
**lean** [2] - 13:16, 230:9
**learn** [14] - 25:15, 27:2, 56:16, 56:19, 80:10, 81:5, 81:9, 81:19, 82:24, 83:13, 84:19, 86:17, 87:5, 103:19
**learned** [6] - 75:18, 79:24, 79:25, 82:6, 85:6, 104:6
**learning** [3] - 102:5, 104:10, 106:20
**least** [5] - 17:21, 32:18, 72:14, 106:2, 246:18
**leave** [24] - 63:23, 67:1, 90:22, 100:2, 107:22, 110:24, 111:2, 111:15, 120:24, 120:25, 129:14, 143:18, 143:22, 144:4, 144:8, 144:12, 206:10, 224:11, 224:22, 243:15, 243:16, 243:17, 244:13, 246:1
**leaving** [2] - 82:21, 100:3
**led** [2] - 84:20, 179:24
**left** [43] - 16:9, 16:16, 16:20, 17:16, 17:17, 18:1, 28:6, 37:14, 42:19, 46:5, 48:13, 58:14, 58:15, 66:1, 68:25, 69:4, 71:17, 76:13, 76:15, 82:2, 98:1, 98:3, 98:8, 99:19, 99:21, 101:18, 108:3, 111:14, 111:16, 122:21, 123:2, 124:15, 160:12, 168:21, 186:9, 188:25, 199:22, 204:21, 205:11, 208:13, 218:14, 243:19
**left-hand** [1] - 17:16
**leg** [2] - 235:18, 235:21
**legal** [1] - 119:17
**legs** [2] - 192:24, 199:12
**length** [1] - 40:8
**less** [5] - 137:21, 212:3, 223:7, 231:13, 241:2
**letter** [6] - 124:12, 136:9, 191:4, 193:6, 214:19, 215:14
**letters** [3] - 10:2, 131:12, 172:25
**letting** [1] - 131:11
**liberty** [1] - 202:14
**license** [2] - 80:3, 80:9
**lid** [1] - 66:1
**lie** [11] - 116:25, 174:23, 175:23, 176:5, 179:17, 192:13, 192:15, 192:22, 192:25, 209:12, 216:22
**lied** [5] - 192:7, 192:9, 199:1, 200:9, 200:11
**life** [14] - 10:10, 116:2, 176:7, 209:17, 210:3, 211:20, 212:3, 212:25, 213:23, 213:24, 213:25, 218:20, 220:25, 221:25
**lifted** [2] - 35:18, 35:21
**light** [5] - 179:20, 179:21, 180:2, 180:5, 235:5
**Lil** [3] - 181:2, 182:23, 182:25
**limine** [1] - 246:11
**limited** [3] - 86:14, 229:1, 229:6
**limiting** [1] - 229:8
**line** [17] - 9:12, 17:2, 21:4, 30:18, 31:24, 39:12, 85:25, 86:1, 119:9, 217:2, 217:12, 217:22, 218:2, 218:7, 222:10, 222:15, 235:22
**lined** [1] - 27:14
**lines** [1] - 20:12
**lineup** [4] - 154:8, 154:18, 181:12, 245:14
**lineups** [1] - 138:10
**lining** [1] - 30:18
**linking** [2] - 83:8, 85:16
**list** [3] - 159:17, 183:17, 224:24
**listed** [6] - 44:23, 46:23, 85:24, 184:2, 184:4, 237:18
**listen** [4] - 189:16, 209:11, 228:21, 248:6
**listening** [3] - 121:12, 245:8, 245:21
**live** [10] - 76:9, 93:12, 93:16, 151:13, 151:14, 151:21, 152:1, 152:24, 160:3, 162:16
**lived** [15] - 80:11, 80:13, 81:5, 81:7, 82:12, 82:18, 85:4, 152:2, 152:4, 167:18, 168:10, 187:20, 187:22, 203:4
**lives** [2] - 80:6, 178:13
**living** [18] - 80:11, 80:12, 80:15, 80:17, 94:5, 142:17, 142:23, 142:25, 143:3, 143:9, 143:15, 149:1, 152:22, 185:11, 185:12, 213:3
**LLP** [1] - 1:17
**load** [1] - 18:17
**locate** [3] - 53:14, 64:5, 66:4
**located** [19] - 28:2, 34:5, 34:14, 34:16, 35:2, 35:24, 36:6, 40:13, 40:16, 40:18, 42:16, 47:6, 54:6, 56:2, 58:11, 64:6, 84:22, 238:5, 239:24
**location** [15] - 27:5, 27:11, 30:10, 30:17, 30:21, 31:11, 32:9, 32:17, 33:1, 33:9, 33:11, 42:7, 49:15, 49:16, 232:11
**locations** [1] - 31:3
**locked** [10] - 8:2, 110:2, 123:16, 169:24, 214:10, 217:1, 217:5, 218:5, 218:17
**Locos** [1] - 95:3
**log** [1] - 30:8
**logistical** [1] - 224:10
**look** [16] - 38:10, 76:15, 78:14, 82:14, 105:6, 105:7, 105:14, 107:18, 121:10, 132:16, 147:22, 160:14, 223:6, 223:7, 223:9, 244:7
**looked** [6] - 27:9, 83:15, 169:2, 217:14, 217:18, 244:18
**looking** [68] - 16:4, 16:12, 17:5, 19:4, 20:9, 20:11, 20:13, 20:19, 23:5, 23:6, 30:6, 30:15, 31:10, 32:16, 32:24, 34:4, 34:6, 34:22, 34:24, 35:16, 39:6, 42:6, 43:11, 43:24, 58:7, 64:7, 75:17, 76:4, 76:11, 76:19, 76:23, 77:25, 78:3, 78:16, 88:19, 115:11, 117:5, 121:13, 133:3, 149:13, 149:15, 149:23, 150:2, 150:7, 158:5, 159:5, 160:17, 161:2, 161:4, 161:9, 161:11, 180:18, 180:21, 181:5, 181:9, 182:13, 182:22, 183:4, 183:16, 210:5, 210:8, 211:20, 214:12, 224:1, 235:6, 235:19, 235:23
**lookout** [1] - 105:25
**looks** [16] - 176:9, 177:12, 177:24, 232:6, 232:8, 232:13, 235:4, 236:1, 236:16, 237:15, 238:6, 238:22, 239:1, 239:5, 239:12, 241:23
**Los** [1] - 184:10
**loss** [1] - 173:23
**lost** [2] - 178:13, 242:8
**love** [1] - 176:5
**lower** [6] - 37:3, 60:18, 66:9, 68:25, 69:1, 236:10
**lunch** [11] - 89:21, 90:8, 90:14, 120:15, 121:2, 121:19, 122:17, 122:20, 123:2, 225:18, 243:13
**Lupowitz** [1] - 249:10
**LUPOWITZ** [2] - 1:21, 249:11
**lure** [2] - 51:24, 52:5
**lying** [3] - 199:6, 200:3, 216:17

## M

**ma'am** [2] - 24:3, 70:2
**machete** [6] - 126:9, 132:23, 202:7, 203:7, 204:23, 205:3
**main** [3] - 95:21, 179:11, 179:13
**maintain** [3] - 22:9, 231:10, 234:1
**maintaining** [1] - 11:22
**maintenance** [1] - 76:17
**man** [2] - 27:4, 85:4

**manage** [1] - 231:6
**manager** [1] - 231:4
**mandatory** [4] - 115:25, 210:3, 211:20, 212:3
**Manhattan** [4] - 100:5, 100:8, 100:19, 112:1
**manipulated** [1] - 33:13
**manipulating** [1] - 37:20
**manner** [1] - 31:4
**Manny/Pacquaio** [1] - 81:13
**mantra** [1] - 185:7
**map** [10] - 167:1, 167:14, 167:15, 167:18, 235:15, 236:3, 236:4, 236:12, 236:15, 236:19
**Maps** [2] - 235:7, 235:25
**maps** [4] - 169:13, 169:17, 235:7, 244:19
**Mara** [14] - 10:2, 131:4, 175:16, 175:19, 175:21, 175:23, 176:3, 176:6, 176:10, 176:13, 176:21, 177:4
**Mara's** [1] - 176:13
**Mariachi** [26] - 128:11, 130:3, 130:12, 131:14, 132:3, 132:12, 132:17, 133:6, 133:8, 133:11, 135:17, 135:21, 138:9, 138:15, 139:7, 139:9, 143:14, 143:17, 144:4, 144:8, 144:19, 179:7, 196:17, 198:5, 200:24, 222:13
**marijuana** [7] - 96:6, 96:7, 145:10, 174:13, 207:22, 207:24, 208:2
**mark** [8] - 28:7, 36:4, 65:24, 77:2, 167:17, 201:10, 201:11, 201:12
**marked** [21] - 27:24, 38:10, 38:11, 38:12, 41:17, 42:11, 44:15, 46:3, 46:4, 46:6, 59:8, 59:21, 60:12, 78:2, 167:24, 168:4, 197:6, 197:11, 197:20, 198:1, 201:24
**marked-up** [1] - 201:24
**marker** [2] - 50:19, 50:20
**markers** [3] - 42:13, 61:19, 61:21
**market** [1] - 84:25
**marking** [4] - 36:7, 60:8, 60:20, 65:13
**markings** [6] - 62:16, 62:19, 62:21, 62:23, 63:3, 63:19
**marks** [5] - 16:18, 63:20, 78:18, 194:12, 194:17
**markup** [1] - 194:12
**Marshal** [1] - 111:25
**Marshals** [1] - 107:25
**marshals** [5] - 89:20, 90:1, 91:19, 224:16, 245:25
**masse** [1] - 74:11
**material** [2] - 43:13, 87:11
**matter** [7] - 90:7, 140:25, 174:8, 174:15, 192:2, 248:2, 249:8
**maximum** [1] - 115:24
**Mayweather** [2] - 149:12, 157:12
**McNab** [10] - 142:22, 149:9, 236:6, 236:7, 237:7, 239:13, 241:4, 241:23, 242:10, 242:11
**me-teach** [1] - 104:6
**mean** [54] - 10:8, 10:14, 33:19, 43:15, 49:21, 50:18, 61:18, 68:10, 74:3, 77:8, 77:11, 78:11, 84:11, 86:11, 103:20, 103:24, 105:20, 107:16, 107:18, 129:8, 144:10, 144:15, 149:25, 150:6, 155:13, 156:17, 160:11, 168:22, 172:19, 173:4, 173:10, 174:3, 174:9, 175:10, 175:11, 176:10, 176:22, 177:5, 181:15, 182:6, 183:8, 183:24, 185:4, 199:14, 201:17, 206:12, 210:9, 210:24, 218:9, 218:12, 231:5, 233:9, 242:6, 246:10
**meaning** [4] - 15:5, 61:19, 137:17, 235:17
**means** [6] - 53:12, 74:4, 141:19, 173:12, 181:16, 237:1
**meant** [1] - 50:20
**measure** [1] - 40:9
**measurements** [1] - 29:20
**media** [4] - 19:1, 30:7, 121:15, 244:15
**medical** [17] - 33:14, 37:18, 43:21, 44:1, 54:12, 56:5, 56:10, 56:20, 57:1, 57:23, 62:11, 63:11, 63:17, 64:9, 75:6, 75:8, 75:13
**meet** [5] - 101:8, 113:5, 130:17, 133:20, 146:1
**meeting** [4] - 178:5, 178:6, 178:14, 183:13
**meetings** [4] - 87:2, 144:20, 144:21, 144:22
**Melvin** [2] - 91:10, 245:24
**member** [25] - 9:20, 9:21, 10:11, 97:13, 97:16, 97:23, 103:16, 104:21, 127:16, 127:19, 129:22, 139:4, 153:11, 176:10, 177:4, 186:15, 196:5, 196:9, 199:1, 200:4, 203:17, 204:4, 217:25, 228:24, 229:4
**members** [25] - 10:6, 11:13, 12:25, 24:12, 70:23, 74:5, 92:21, 93:18, 97:20, 99:4, 105:9, 105:10, 105:22, 105:25, 116:22, 131:15, 137:11, 170:18, 195:22, 198:8, 203:1, 213:4, 223:20, 228:12
**membership** [2] - 200:13, 228:15
**memory** [2] - 80:19, 80:24
**mention** [2] - 87:25, 209:5
**mentioned** [15] - 29:23, 40:8, 40:10, 48:22, 51:25, 56:5, 62:16, 69:20, 77:4, 79:24, 83:4, 87:10, 88:1, 104:16, 168:9
**mentioning** [1] - 228:6
**Mercenary** [3] - 103:8, 103:16, 103:17
**Mesa** [1] - 11:3
**met** [3] - 198:24, 212:5, 212:8
**MetroPCS** [1] - 82:25
**Miami** [11] - 1:4, 1:15, 1:19, 1:23, 1:24, 80:6, 80:7, 94:6, 231:12, 249:13, 249:14
**mic** [2] - 63:6, 70:16
**Michael** [3] - 12:10, 12:16, 12:19
**microphone** [2] - 12:18, 230:9
**mid** [1] - 225:1
**middle** [8] - 31:23, 33:15, 34:8, 34:25, 61:5, 94:17, 122:21, 177:25
**Middle** [1] - 94:15
**miedo** [1] - 141:18
**Miedo** [1] - 184:3
**might** [14] - 39:18, 76:4, 85:24, 89:16, 90:18, 91:15, 119:4, 119:5, 167:14, 169:22, 174:17, 175:4, 222:22, 247:6
**Miguel** [3] - 132:14, 184:18, 184:19
**miles** [7] - 237:20, 239:15, 240:24, 241:2, 241:3, 241:22, 241:25
**mind** [1] - 177:3
**mine** [2] - 72:12, 195:4
**mingled** [1] - 247:1
**minimum** [2] - 22:11, 115:25
**minute** [4] - 67:13, 90:21, 91:15, 236:19
**minutes** [10] - 4:24, 90:14, 90:16, 90:19, 91:21, 159:23, 159:24, 160:6, 225:12
**Miranda** [4] - 113:9, 192:9, 202:21, 245:20
**misheard** [1] - 103:11
**mislead** [1] - 210:20
**mispronounce** [2] - 73:1, 81:11
**missed** [2] - 151:3, 189:3
**missing** [5] - 67:23, 94:2, 122:17, 209:20, 227:20
**mistake** [5] - 169:8, 174:25, 175:1, 175:3, 175:5
**Mitsubishi** [1] - 150:19
**mmm-hmm** [1] - 241:5
**mode** [1] - 81:19
**moment** [22] - 11:24, 19:11, 28:18, 29:4, 38:18, 40:19, 49:4, 54:16, 57:6, 80:20, 87:18, 88:13, 91:3, 132:6, 133:25, 185:18, 213:11, 213:17, 223:13, 224:12, 226:10, 227:17
**Monday** [2] - 124:1, 124:2
**money** [2] - 145:4, 145:11
**monitor** [12] - 108:18, 108:25, 110:25, 115:5, 129:15, 191:20, 202:16, 202:18, 225:11, 232:6, 232:10, 233:14
**monitored** [2] - 231:16, 232:3
**monitoring** [6] - 191:18, 230:23, 230:24, 231:21, 232:23, 234:5
**monitors** [1] - 231:16
**month** [2] - 142:16, 144:23
**months** [8] - 25:14, 85:21, 85:22, 86:9, 108:13, 128:14, 142:16, 190:4
**months'** [1] - 108:11
**moratorium** [1] - 210:15
**morning** [29] - 4:6, 4:12, 4:15, 5:22, 6:18, 6:19, 9:8, 9:9, 12:23, 12:24, 14:11, 17:12, 24:4, 24:11, 24:13, 68:6, 68:7, 72:22, 72:23, 82:7, 225:2, 225:16, 225:25, 237:19, 238:13, 243:23, 244:13, 245:2, 248:13
**Morris** [7] - 12:10, 12:13, 12:16, 12:19, 15:25, 23:3, 224:24
**most** [4] - 8:2, 10:17, 221:9, 223:16
**mostly** [2] - 176:17, 183:9
**mother** [2] - 80:14, 175:25
**mothers** [1] - 175:25
**motion** [15] - 117:23, 118:1,

118:4, 118:7, 118:9, 118:10, 118:17, 118:21, 211:25, 212:20, 221:22, 235:14, 236:18, 236:22
**motive** [2] - 77:22, 209:11
**motorcycle** [1] - 156:7
**mouth** [1] - 56:23
**move** [42] - 15:14, 19:14, 22:20, 28:20, 29:4, 41:7, 41:23, 45:7, 47:1, 47:2, 48:4, 61:25, 75:11, 104:24, 114:20, 114:23, 117:6, 132:7, 134:2, 134:6, 141:2, 146:19, 146:23, 153:21, 167:6, 170:6, 171:22, 172:3, 175:7, 180:7, 194:1, 194:2, 197:6, 197:19, 197:22, 210:22, 211:13, 227:7, 227:10, 234:16, 238:20, 240:10
**moved** [15] - 31:11, 33:12, 34:15, 37:17, 40:1, 43:20, 75:2, 149:4, 153:25, 171:25, 197:5, 197:15, 197:23, 244:1, 244:3
**moves** [5] - 6:8, 38:21, 49:6, 54:17, 57:8
**movies** [2] - 232:9, 232:13
**moving** [11] - 197:10, 201:10, 222:14, 236:20, 236:22, 236:23, 237:12, 238:22, 240:18, 241:19, 241:21
**MR** [207] - 2:5, 2:6, 2:7, 2:10, 2:12, 2:13, 2:13, 2:15, 4:6, 4:12, 5:2, 5:6, 5:10, 6:13, 6:17, 9:2, 9:5, 9:7, 11:8, 11:19, 11:24, 12:2, 12:9, 12:22, 15:13, 15:17, 15:22, 15:24, 19:11, 19:13, 19:17, 19:22, 20:16, 20:17, 22:16, 22:19, 22:22, 23:2, 23:17, 23:21, 28:24, 29:8, 38:24, 41:11, 41:25, 45:9, 48:7, 49:9, 54:20, 57:12, 62:2, 68:3, 68:5, 88:4, 88:9, 89:9, 89:18, 89:25, 90:15, 91:6, 91:9, 91:12, 91:17, 92:8, 92:17, 98:20, 98:23, 98:24, 114:19, 114:22, 115:1, 115:2, 119:6, 119:10, 120:14, 122:10, 122:25, 123:1, 133:25, 134:5, 134:9, 141:1, 141:4, 141:7, 146:18, 146:22, 146:25, 148:19, 148:22, 153:20, 153:24, 154:4, 154:6, 163:14, 163:17, 163:21, 164:3, 164:10, 164:16, 164:18, 167:5, 167:9, 167:12, 170:5, 170:8, 170:11, 170:22, 170:25, 171:21, 171:24, 172:3, 172:8, 172:12, 172:14, 180:6, 180:10, 180:14, 185:18, 185:21, 186:25, 187:4, 193:23, 194:1, 194:3, 194:9, 194:14, 194:19, 194:21, 194:24, 196:20, 196:23, 197:2, 197:7, 197:10, 197:15, 197:19, 197:23, 198:4, 201:6, 201:11, 201:14, 201:17, 201:25, 202:4, 209:3, 209:7, 209:9, 209:20, 209:24, 210:2, 210:5, 210:13, 210:21, 210:24, 211:3, 211:15, 213:11, 213:14, 213:17, 213:20, 215:25, 216:3, 223:13, 223:15, 224:7, 224:20, 225:6, 225:10, 225:15, 225:20, 225:23, 226:2, 226:5, 226:17, 227:8, 230:3, 230:15, 230:17, 234:15, 234:18, 234:21, 234:23, 235:3, 237:6, 238:3, 238:12, 238:19, 239:11, 239:21, 240:8, 240:21, 241:10, 242:17, 242:21, 245:16, 245:19, 246:10, 246:15, 246:17, 246:23, 247:3, 247:15, 248:2, 248:14, 248:17, 248:21, 248:24
**MS** [99] - 2:8, 2:10, 10:2, 10:8, 24:1, 24:8, 24:10, 27:18, 27:19, 28:18, 28:20, 29:4, 29:13, 29:15, 30:5, 30:14, 31:6, 31:9, 31:18, 32:3, 32:6, 32:12, 32:15, 32:20, 32:23, 33:4, 33:7, 33:25, 34:3, 34:18, 34:21, 35:7, 36:7, 36:9, 38:18, 38:20, 39:4, 40:19, 40:21, 40:24, 41:7, 41:14, 41:16, 41:23, 42:4, 44:12, 44:14, 45:7, 45:13, 45:16, 45:19, 45:25, 46:11, 46:13, 46:24, 47:4, 47:15, 47:17, 48:4, 48:10, 49:4, 49:6, 49:12, 54:16, 54:25, 57:6, 57:8, 57:17, 61:25, 62:7, 63:7, 64:19, 64:21, 66:21, 70:4, 70:9, 70:20, 70:22, 80:23, 81:2, 82:15, 82:20, 87:18, 87:21, 88:6, 88:11, 88:13, 88:15, 89:7, 173:3, 173:12, 178:6, 178:14, 179:12, 180:19, 181:11, 181:13, 185:15
**MS-13** [89] - 7:7, 7:13, 8:23, 9:23, 94:21, 94:23, 95:10, 96:2, 96:23, 97:8, 97:14, 97:23, 100:10, 100:11, 101:2, 102:6, 103:1, 103:16, 104:21, 105:10, 105:12, 105:15, 105:25, 109:7, 110:5, 111:5, 127:21, 127:23, 130:22, 130:25, 131:2, 137:1, 137:4, 137:9, 143:7, 146:7, 149:18, 149:19, 150:11, 152:12, 171:6, 172:21, 175:20, 176:7, 177:6, 177:9, 178:5, 178:7, 178:11, 178:15, 179:2, 179:10, 179:11, 182:9, 182:23, 183:5, 184:23, 185:6, 186:8, 186:15, 186:21, 188:25, 189:13, 189:18, 190:19, 190:20, 190:23, 196:6, 196:10, 199:1, 200:4, 203:19, 214:5, 214:6, 214:7, 216:22, 217:25, 218:18, 227:6, 228:15, 228:17, 229:2, 229:4, 229:12, 229:21, 247:13, 248:1, 248:10
**multiple** [8] - 26:25, 28:14, 37:2, 39:16, 49:16, 84:9, 84:13, 204:22
**murder** [69] - 7:18, 7:19, 7:20, 7:23, 7:24, 7:25, 87:17, 111:1, 111:7, 112:2, 112:9, 112:14, 123:17, 126:5, 126:8, 126:16, 126:18, 126:20, 126:23, 127:2, 128:3, 128:6, 128:12, 132:7, 137:23, 137:25, 140:1, 140:2, 140:9, 144:17, 147:13, 149:11, 153:5, 169:20, 184:15, 185:23, 190:7, 191:10, 191:15, 191:17, 191:21, 191:24, 192:5, 193:5, 193:11, 195:13, 196:2, 196:3, 196:4, 198:15, 199:23, 200:12, 200:13, 200:19, 202:15, 203:10, 205:14, 206:6, 214:13, 215:10, 216:25, 218:5, 219:9, 219:16, 219:17, 223:25, 229:11, 247:17
**murdered** [4] - 139:17, 203:16, 203:24, 204:3
**murdering** [1] - 218:22
**murders** [32] - 7:22, 113:13, 114:10, 124:23, 125:5, 125:24, 126:3, 128:3, 136:3, 136:12, 136:15, 159:9, 169:14, 193:14, 195:17, 195:24, 198:9, 204:7, 208:23, 211:18, 214:22, 215:19, 215:22, 215:23, 216:4, 217:6, 217:7, 219:1, 220:4, 222:2
**must** [7] - 10:3, 10:5, 10:12, 10:22, 11:7, 229:9

## N

**naked** [1] - 53:12
**name** [34] - 12:18, 55:5, 70:16, 70:17, 70:25, 73:1, 74:11, 76:3, 79:24, 79:25, 87:22, 92:18, 92:19, 94:22, 94:24, 98:5, 98:7, 98:25, 101:3, 103:9, 124:7, 125:17, 126:6, 126:20, 127:8, 154:21, 155:14, 166:9, 177:16, 178:3, 194:4, 217:10, 230:8, 233:10
**named** [2] - 103:16, 166:4
**names** [1] - 81:11
**narcotics** [1] - 9:22
**nasty** [1] - 75:24
**Nathan** [2] - 4:8, 125:15
**native** [1] - 84:13
**natural** [3] - 14:21, 16:6, 120:18
**nature** [1] - 247:22
**NE** [1] - 1:15
**near** [7] - 40:10, 40:18, 42:14, 43:25, 79:15, 149:9, 152:4
**nearby** [3] - 15:8, 21:25, 199:18
**necessarily** [1] - 201:19
**necessary** [1] - 77:15
**neck** [6] - 138:13, 182:1, 182:6, 199:11, 202:8, 203:7
**need** [15] - 26:11, 67:10, 89:16, 89:25, 91:4, 95:1, 97:1, 145:14, 146:3, 158:11, 172:24, 194:11, 194:13, 211:7, 227:17
**needed** [6] - 159:6, 198:8, 210:19, 224:18, 225:1, 244:8
**needs** [7] - 10:10, 26:4, 63:24, 67:13, 90:20, 91:3, 244:20
**negative** [1] - 84:1
**neighbor** [2] - 82:6, 82:9
**neighborhood** [9] - 105:8, 105:9, 105:13, 105:16, 105:17, 132:10, 133:2, 173:11, 175:12
**neighbors** [2] - 21:20, 79:14
**Nelsen** [5] - 2:4, 5:5, 5:25, 6:14, 9:8
**never** [12] - 89:4, 162:6,

175:23, 176:2, 176:5, 179:17, 196:9, 205:22, 205:24, 210:17, 220:22
**nevertheless** [1] - 192:4
**new** [3] - 129:22, 140:16, 158:17
**New** [38] - 99:21, 99:22, 100:4, 100:6, 100:8, 100:11, 100:16, 100:19, 101:18, 102:2, 102:4, 102:10, 102:14, 102:18, 102:22, 102:25, 103:19, 103:25, 109:1, 109:4, 111:20, 111:21, 124:25, 126:24, 136:5, 145:15, 145:18, 145:20, 169:25, 170:20, 171:10, 181:21, 183:10, 190:1, 191:9, 191:12, 214:17, 218:14
**next** [28] - 12:8, 22:4, 23:25, 42:7, 42:16, 46:22, 70:8, 90:6, 90:10, 91:5, 92:7, 106:16, 107:7, 124:1, 124:2, 139:14, 158:6, 158:10, 158:20, 172:23, 175:15, 176:19, 200:19, 208:6, 227:7, 227:10, 231:25, 240:9
**nice** [2] - 122:20, 157:6
**nickname** [4] - 98:5, 98:15, 138:4, 178:10
**nicknames** [1] - 178:7
**night** [19] - 132:9, 133:4, 133:5, 135:19, 149:11, 149:12, 153:10, 157:21, 159:9, 161:10, 161:12, 206:3, 207:9, 207:21, 208:4, 208:17, 217:15, 223:24
**nine** [2] - 71:16, 194:25
**ninhydrin** [1] - 53:20
**ninth** [3] - 93:20, 93:21, 93:24
**nitpick** [1] - 246:10
**NO** [1] - 1:2
**nobody** [5] - 158:17, 158:18, 183:14, 222:4, 222:6
**none** [3] - 79:15, 86:1
**nonexistent** [1] - 101:21
**noon** [1] - 89:14
**normal** [3] - 187:24, 207:5, 207:13
**normally** [1] - 153:8
**North** [7] - 1:23, 80:6, 81:4, 151:15, 151:16, 153:17, 249:13
**north** [8] - 20:22, 27:13, 27:14, 28:5, 33:23, 76:19, 239:1
**Northeast** [1] - 94:16
**northeast** [1] - 20:13
**northern** [2] - 8:18, 20:13
**Northwest** [4] - 236:7, 238:7, 241:13, 242:4
**noted** [1] - 164:9
**notepads** [7] - 6:6, 67:1, 90:22, 120:25, 122:23, 224:11, 243:16
**notes** [4] - 29:20, 38:16, 194:10, 201:7
**nothing** [17] - 5:2, 12:2, 23:17, 77:21, 83:16, 98:2, 106:5, 109:14, 109:16, 122:10, 149:17, 153:15, 163:22, 164:11, 244:15, 247:18, 248:17
**notice** [16] - 35:18, 35:21, 36:13, 36:16, 43:13, 55:13, 59:14, 59:23, 64:3, 65:8, 65:12, 94:3, 95:14, 162:21, 185:12, 235:25
**noticed** [1] - 236:9
**notification** [1] - 80:5
**notifications** [1] - 18:6
**notified** [4] - 21:9, 21:13, 27:7, 203:10
**notify** [1] - 77:12
**November** [2] - 137:24, 195:8
**nowadays** [1] - 146:15
**nowhere** [3] - 96:24, 108:21, 158:9
**number** [42] - 7:1, 7:3, 30:9, 42:12, 42:17, 42:21, 44:24, 46:5, 49:25, 51:4, 51:18, 51:20, 51:23, 52:4, 52:7, 52:10, 52:13, 52:14, 52:18, 52:20, 52:21, 53:3, 53:6, 72:9, 85:3, 127:22, 133:20, 156:18, 173:9, 174:2, 174:6, 175:7, 178:15, 178:17, 179:18, 199:14, 199:15, 202:6, 203:7, 243:25
**Number** [9] - 49:7, 49:13, 135:23, 173:15, 173:19, 173:23, 174:10, 174:23, 174:25
**numbers** [2] - 38:11, 87:16
**numerous** [1] - 83:22

## O

**o'clock** [6] - 82:7, 90:12, 120:23, 121:25, 122:3, 238:13
**oakland** [1] - 138:21
**Oakland** [18] - 93:15, 94:12, 94:14, 94:15, 95:3, 95:9, 96:24, 99:19, 101:13, 109:17, 110:6, 129:23, 130:7, 140:22, 143:16, 183:24, 198:25
**oath** [2] - 195:10, 201:5
**objecting** [1] - 163:24
**objection** [54] - 11:8, 15:13, 15:16, 15:17, 19:14, 19:16, 19:17, 22:19, 22:22, 28:22, 28:23, 29:6, 29:7, 38:21, 38:23, 38:24, 41:10, 41:25, 45:9, 48:7, 49:7, 49:8, 54:19, 54:20, 57:10, 57:12, 62:2, 88:4, 88:9, 114:19, 114:21, 114:22, 134:1, 134:4, 141:1, 141:3, 146:18, 146:21, 153:20, 153:23, 153:24, 167:5, 167:8, 170:5, 170:7, 171:23, 171:24, 172:7, 180:6, 180:9, 193:23, 201:16, 209:3, 234:17
**observacion** [13] - 10:16, 104:14, 105:1, 105:3, 106:17, 106:18, 106:23, 107:7, 126:14, 131:20, 143:25, 183:18, 184:9
**observation** [3] - 107:7, 107:8, 107:11
**observe** [3] - 37:22, 58:6, 61:11
**observed** [6] - 41:3, 48:1, 49:14, 49:24, 64:16, 83:7
**obvious** [5] - 73:23, 74:24, 77:12, 77:14, 83:16
**obviously** [4] - 228:18, 229:11, 245:23, 248:8
**occasion** [1] - 77:11
**occasional** [1] - 86:7
**occasionally** [2] - 74:6, 86:5
**occasions** [4] - 8:1, 119:20, 133:22, 153:6
**occurred** [1] - 8:21
**October** [2] - 126:19, 203:24
**OF** [2] - 1:1, 1:4
**offender** [6] - 233:17, 235:14, 235:17, 235:20, 236:5, 236:14
**offender's** [1] - 235:18
**offense** [2] - 121:4, 245:5
**OFFICE** [1] - 1:14
**Office** [37] - 12:11, 12:20, 13:1, 13:2, 13:5, 14:5, 14:13, 24:14, 24:23, 24:25, 26:17, 27:1, 27:6, 33:14, 69:3, 71:1, 71:3, 71:6, 71:20, 71:23, 72:3, 72:17, 73:12, 113:1, 113:14, 116:6, 117:2, 117:20, 117:22, 117:25, 118:3, 118:9, 123:12, 124:5, 136:4, 214:12, 221:6
**office** [5] - 57:1, 57:23, 63:11, 75:6, 75:8
**officer** [6] - 26:1, 71:10, 73:24, 74:10, 74:13, 232:19
**OFFICER** [9] - 5:13, 67:8, 67:20, 90:25, 92:4, 121:21, 122:13, 224:13, 227:14
**officer-involved** [1] - 26:1
**Official** [2] - 1:21, 249:11
**often** [7] - 8:9, 85:6, 96:9, 96:14, 144:22, 236:16, 236:17
**oils** [1] - 53:22
**old** [6] - 92:24, 93:10, 96:7, 100:6, 137:19, 187:16
**Olympics** [1] - 15:7
**Omar** [14] - 126:6, 128:6, 128:12, 132:7, 133:11, 135:19, 135:21, 137:25, 200:19, 202:5, 202:21, 214:13, 214:22, 215:4
**omission** [1] - 117:10
**on-job** [1] - 25:14
**once** [15] - 10:10, 21:18, 22:1, 22:3, 25:13, 36:19, 38:12, 43:3, 54:2, 96:11, 126:10, 144:23, 160:20, 160:23, 190:14
**Ondina** [16] - 126:21, 127:12, 127:14, 128:4, 135:25, 191:15, 203:16, 203:18, 203:23, 203:24, 204:3, 204:10, 204:14, 204:21, 204:22, 214:22
**Ondina's** [4] - 192:5, 193:5, 214:12, 215:10
**one** [128] - 4:24, 5:19, 11:4, 11:24, 14:17, 14:19, 15:1, 16:1, 19:11, 22:16, 23:6, 28:18, 29:4, 33:20, 38:18, 40:19, 44:23, 44:24, 46:2, 46:4, 46:5, 46:23, 49:4, 54:16, 57:6, 58:18, 58:20, 63:14, 64:10, 67:23, 76:20, 80:20, 81:12, 87:18, 88:13, 89:15, 89:16, 90:9, 91:10, 91:12, 91:14, 94:25, 95:3, 97:12, 99:6, 99:14, 104:19, 105:1, 106:22, 107:12, 108:16, 115:19, 119:5, 122:17, 124:9, 126:13, 127:15, 127:22, 130:13, 130:18, 132:17, 133:25, 134:13, 135:21, 136:16, 136:17, 136:21, 138:2, 141:10, 147:2, 150:14, 151:3, 152:2, 154:8, 156:18, 166:7, 170:18, 171:10, 171:12, 172:18, 173:2, 174:12, 176:19, 177:11, 179:18, 185:18, 186:21, 188:11, 193:11, 194:14,

194:15, 194:17, 194:21, 195:16, 195:24, 197:5, 197:10, 200:21, 200:24, 204:24, 205:14, 205:16, 210:2, 212:22, 213:17, 216:5, 216:8, 216:17, 218:22, 219:2, 219:19, 223:13, 223:16, 225:7, 226:5, 227:20, 227:21, 228:7, 229:14, 229:15, 241:2, 244:20
**one-year** [1] - 99:14
**ones** [3] - 73:6, 136:8, 141:9
**ongoing** [2] - 164:4, 164:14
**open** [9] - 23:7, 45:13, 46:1, 46:8, 46:22, 90:4, 125:9, 164:17, 211:4
**opened** [1] - 45:3
**operating** [2] - 8:6, 11:5
**OPLS** [15] - 95:4, 95:6, 95:7, 95:17, 97:16, 98:9, 98:17, 99:2, 101:14, 101:18, 101:21, 101:25, 102:1, 109:17, 131:8
**opportunity** [2] - 6:2, 29:25
**orange** [7] - 38:10, 49:16, 49:18, 50:24, 62:20, 62:24, 63:4
**orchestrated** [1] - 208:8
**Order** [1] - 4:1
**order** [8] - 8:5, 11:7, 53:13, 98:9, 98:12, 195:16, 221:16, 222:20
**orders** [1] - 10:15
**organization** [1] - 102:23
**organizational** [1] - 197:18
**organized** [1] - 102:6
**original** [2] - 45:1, 64:1
**originally** [4] - 26:10, 60:11, 208:20, 209:21
**Ortiz** [2] - 91:10, 245:25
**OSHA** [1] - 72:6
**otherwise** [1] - 91:18
**outer** [2] - 20:4, 22:12
**outlets** [1] - 244:17
**outrank** [2] - 140:17, 140:23
**outside** [9] - 4:9, 11:8, 61:21, 74:14, 121:10, 155:20, 205:21, 205:22, 248:11
**outsiders** [1] - 121:9
**overall** [19] - 30:16, 30:21, 31:13, 31:25, 32:17, 33:11, 34:23, 35:2, 35:17, 39:8, 39:11, 40:4, 49:15, 50:24, 52:25, 56:11, 60:18, 60:24, 179:10
**overarching** [1] - 229:24
**overdoses** [1] - 26:2
**overrule** [2] - 164:14, 201:22
**overruled** [4] - 11:9, 88:10, 193:25, 216:1
**oversee** [2] - 77:6, 77:8
**overview** [7] - 39:23, 50:13, 50:16, 52:13, 52:20, 59:20, 61:5
**own** [11] - 74:21, 75:12, 79:4, 96:13, 102:23, 107:14, 116:22, 166:14, 172:18, 172:19, 209:12

**P**

**p.m** [15] - 1:6, 121:22, 122:5, 122:6, 122:14, 224:14, 227:15, 227:18, 228:4, 228:5, 235:24, 237:2, 237:3, 245:11, 249:2
**pace** [1] - 246:6
**package** [5] - 44:17, 44:22, 44:25, 46:21, 46:22
**packaged** [1] - 38:16
**Pacquiao** [2] - 149:12, 153:10
**Pacquiao/Mayweather** [1] - 205:17
**page** [44] - 115:7, 115:8, 115:16, 116:14, 116:15, 134:11, 134:12, 135:1, 135:2, 135:3, 135:10, 135:11, 135:12, 141:9, 146:5, 146:6, 154:18, 155:5, 155:6, 155:7, 175:6, 175:15, 194:8, 194:25, 201:4, 221:11
**Page** [1] - 2:2
**pages** [3] - 135:1, 135:10, 194:25
**Pages** [1] - 1:8
**pair** [8] - 51:7, 51:8, 57:20, 58:3, 60:3, 63:10, 63:17, 64:1
**Palm** [23] - 12:10, 12:19, 13:1, 13:2, 13:4, 13:12, 14:5, 14:12, 24:14, 24:23, 24:24, 26:17, 26:25, 27:11, 33:13, 69:3, 71:6, 71:19, 71:22, 72:3, 72:17, 73:11, 225:10
**palmprint** [1] - 56:24
**pan** [4] - 30:16, 30:20, 31:3, 32:9
**Panhandle** [1] - 231:12
**panning** [4] - 31:12, 31:23, 31:24, 32:1
**pants** [6] - 59:20, 60:3, 60:4, 60:7, 61:12, 63:10
**paper** [8] - 38:14, 44:11, 53:19, 55:13, 56:1, 63:11, 63:23, 197:20
**paperwork** [1] - 182:10
**paragraph** [6] - 116:14, 117:5, 119:22, 120:3, 120:6, 221:11
**paragraphs** [1] - 116:16
**parameters** [1] - 116:17
**park** [8] - 17:23, 99:25, 142:20, 142:23, 143:12, 149:7, 162:9, 162:10
**Park** [19] - 93:15, 94:13, 94:14, 94:15, 95:3, 95:9, 96:24, 99:19, 101:13, 109:17, 110:7, 129:23, 130:7, 138:21, 140:22, 143:16, 183:25, 198:25
**parked** [2] - 18:13, 20:3
**parks** [1] - 15:1
**Paro** [1] - 105:6
**paro** [9] - 10:16, 105:1, 105:3, 105:5, 105:14, 105:24, 106:16, 106:23, 131:20
**parole** [1] - 233:4
**parolees** [2] - 231:18, 231:20
**paros** [1] - 184:17
**part** [31] - 6:3, 8:12, 8:18, 18:14, 19:1, 22:1, 22:13, 39:8, 44:6, 63:15, 85:7, 93:14, 96:22, 97:7, 101:2, 104:19, 137:18, 145:8, 146:8, 149:18, 149:19, 150:11, 172:23, 176:13, 184:12, 184:14, 184:21, 214:8, 219:2, 221:4
**partially** [1] - 66:1
**participate** [7] - 101:20, 126:5, 158:23, 159:9, 201:3, 219:8, 222:18
**participated** [2] - 185:23, 229:10
**participating** [1] - 196:4
**participation** [1] - 228:14
**particular** [11] - 15:1, 15:4, 15:11, 26:10, 30:25, 133:3, 144:24, 206:6, 229:14, 233:3
**particularly** [1] - 72:12
**particulars** [1] - 26:10
**parties** [1] - 227:4
**parts** [1] - 244:20
**pase** [1] - 8:8
**pass** [4] - 8:8, 23:18, 187:1, 242:18
**passed** [3] - 84:8, 132:11, 240:13
**past** [3] - 16:14, 19:1, 96:3
**pastures** [1] - 23:13
**patched** [2] - 169:2, 169:3
**patent** [1] - 53:13
**patrol** [9] - 13:11, 13:20, 13:23, 13:24, 14:9, 20:2, 22:7, 71:24, 73:22
**pause** [6] - 238:1, 239:8, 239:19, 240:18, 240:25, 241:7
**paused** [18] - 31:5, 31:17, 32:2, 32:11, 32:19, 33:3, 33:24, 34:17, 35:6, 235:2, 235:4, 238:2, 238:17, 239:9, 239:20, 239:23, 240:19, 241:8
**pay** [7] - 144:9, 144:10, 144:11, 144:13, 144:14, 145:1, 146:12
**Payaso** [1] - 103:7
**paying** [1] - 83:2
**PBSO** [2] - 26:25, 66:18
**peaceful** [1] - 125:7
**pen** [1] - 167:24
**penalty** [10] - 208:25, 209:5, 209:13, 209:18, 209:22, 209:25, 210:13, 210:18, 211:9, 220:24
**pendency** [1] - 245:6
**pending** [1] - 22:7
**Pensacola** [1] - 231:12
**people** [43] - 8:4, 21:20, 51:25, 72:25, 75:11, 75:25, 76:9, 81:7, 81:16, 84:10, 84:11, 84:17, 87:8, 95:9, 96:2, 102:3, 121:10, 126:13, 128:8, 128:25, 135:19, 138:10, 145:1, 164:24, 165:17, 166:14, 176:14, 176:18, 177:9, 179:25, 181:16, 185:24, 187:11, 198:19, 209:16, 218:22, 225:14, 232:2, 232:8, 232:9, 244:17
**per** [2] - 237:20, 239:16
**percent** [2] - 15:5, 157:23
**Perdomo** [1] - 81:12
**perfect** [1] - 225:9
**perhaps** [3] - 201:21, 227:6, 232:22
**perimeter** [13] - 18:14, 18:23, 18:25, 20:4, 22:9, 22:13, 27:22, 31:16, 73:8, 73:11, 74:15
**period** [1] - 72:15
**permanent** [1] - 119:17
**permission** [10] - 45:13, 45:15, 93:8, 108:4, 131:5, 143:22, 181:20, 182:2, 182:3, 216:20
**permitted** [4] - 6:2, 97:10, 97:24, 223:11
**perpetrators** [1] - 87:9
**person** [41] - 10:10, 10:20,

17:12, 17:14, 27:4, 55:20, 58:11, 66:11, 69:8, 97:7, 97:24, 97:25, 98:3, 98:5, 117:10, 117:11, 134:15, 134:23, 135:3, 135:8, 135:12, 135:16, 135:18, 135:23, 135:24, 136:24, 137:9, 138:8, 139:17, 140:9, 141:11, 147:4, 148:15, 154:10, 154:15, 154:19, 157:18, 166:4, 178:19, 218:17, 223:5
**Person** [1] - 10:19
**personal** [4] - 10:9, 54:9, 54:11, 54:13
**personally** [3] - 20:25, 63:23, 83:14
**persons** [1] - 104:12
**perspective** [1] - 74:24
**pertaining** [1] - 234:4
**phone** [23] - 27:7, 82:24, 82:25, 83:3, 85:25, 133:7, 157:19, 157:20, 162:7, 169:25, 170:18, 171:9, 178:21, 178:24, 179:3, 180:1, 180:16, 202:13, 232:7, 235:19
**phones** [6] - 158:8, 169:22, 170:2, 170:15, 170:20, 171:10
**phonetic)** [1] - 114:5
**photo** [16] - 28:3, 28:6, 39:9, 49:24, 50:3, 87:13, 87:14, 154:7, 154:8, 154:9, 154:17, 181:12
**photograph** [29] - 16:2, 26:11, 35:16, 35:17, 36:4, 36:11, 37:14, 39:7, 40:7, 43:11, 43:16, 51:2, 54:11, 55:2, 55:10, 55:22, 55:25, 57:19, 58:2, 58:6, 58:14, 58:20, 62:9, 74:20, 74:25, 75:1, 75:17, 77:25, 135:4
**photographed** [6] - 38:12, 43:1, 44:10, 48:20, 54:15, 88:25
**photographic** [5] - 43:1, 44:11, 48:21, 58:10, 58:21
**photographically** [2] - 74:16, 74:19
**photographs** [19] - 31:2, 31:4, 35:8, 35:11, 35:19, 37:20, 38:4, 38:15, 41:20, 43:6, 55:14, 56:11, 68:13, 74:23, 75:13, 77:5, 133:23, 134:10, 134:16
**photography** [1] - 29:18
**photos** [9] - 20:18, 39:18, 47:22, 47:24, 62:22, 134:12, 170:13, 171:14, 244:5
**physical** [1] - 69:5
**Piaso** [3] - 103:12, 131:9, 131:11
**pick** [1] - 122:21
**picked** [1] - 85:8
**picture** [17] - 16:5, 17:1, 19:25, 44:4, 48:12, 64:25, 133:9, 133:11, 134:20, 141:11, 154:11, 154:19, 154:23, 182:13, 182:20, 182:22, 191:6
**pictured** [1] - 34:7
**pictures** [5] - 17:11, 18:22, 58:22, 147:1, 180:15
**piece** [2] - 232:4, 232:12
**pinky** [1] - 177:25
**Pistosa** [1] - 204:14
**place** [3] - 46:21, 47:10, 167:17
**placed** [7] - 31:15, 44:22, 61:20, 62:21, 63:14, 191:20, 231:23
**places** [6] - 68:17, 68:20, 121:10, 149:16, 185:5, 244:17
**plan** [9] - 90:6, 108:25, 109:2, 219:19, 225:2, 225:4, 226:9, 243:13, 246:5
**plane** [1] - 93:4
**plants** [1] - 75:25
**play** [11] - 206:4, 236:13, 237:4, 237:11, 237:25, 238:10, 239:5, 239:19, 240:6, 240:17, 242:2
**playing** [2] - 99:25, 234:24
**plea** [13] - 114:13, 114:16, 115:12, 116:19, 119:11, 119:22, 119:25, 123:3, 123:15, 124:3, 128:22, 193:16, 226:12
**plead** [1] - 115:22
**pleading** [3] - 116:3, 119:23, 169:14
**pled** [9] - 114:2, 114:13, 114:16, 189:5, 193:14, 195:17, 208:21, 211:16, 219:11
**plot** [2] - 236:17
**pocket** [5] - 55:23, 75:19, 205:7, 205:9, 205:10
**pocketknife** [1] - 190:17
**pockets** [2] - 54:15, 56:4
**point** [57] - 4:18, 5:10, 14:20, 16:23, 17:20, 17:21, 17:24, 22:1, 22:5, 28:20, 31:25, 33:12, 34:14, 37:17, 42:13, 50:2, 51:11, 56:16, 63:20, 75:8, 75:9, 75:12, 77:17, 78:8, 79:6, 85:15, 85:18, 85:22, 86:17, 97:13, 113:17, 120:18, 120:25, 121:7, 128:22, 130:20, 139:24, 148:1, 148:9, 163:23, 166:25, 173:2, 192:7, 196:24, 197:6, 197:22, 201:9, 203:5, 209:20, 214:24, 230:2, 236:18, 240:23, 242:8, 246:20, 248:4, 248:16
**pointed** [2] - 68:12, 135:21
**pointing** [1] - 148:4
**points** [5] - 175:16, 176:20, 236:15, 236:17, 241:16
**Poison** [4] - 100:18, 100:19, 100:23, 101:9
**Police** [4] - 13:6, 71:7, 71:10, 84:16
**police** [12] - 105:8, 106:15, 140:14, 160:19, 161:1, 165:8, 173:18, 173:22, 173:25, 179:17, 179:19, 202:20
**policy** [1] - 56:15
**polo** [1] - 15:6
**Pompano** [1] - 81:13
**Pony** [9] - 110:10, 110:11, 110:12, 129:20, 129:21, 132:2, 166:8, 166:16, 171:18
**Portillo** [2] - 55:6, 75:18
**portion** [2] - 34:6, 60:19
**portray** [1] - 235:8
**Portuguese** [1] - 84:11
**position** [8] - 10:20, 34:15, 35:3, 36:14, 36:17, 71:17, 164:2, 231:3
**positioning** [1] - 35:4
**positions** [1] - 71:22
**positive** [1] - 84:1
**possibility** [4] - 40:2, 59:13, 69:7, 221:23
**possible** [7] - 18:5, 31:4, 59:22, 69:21, 85:16, 89:23, 208:25
**possibly** [3] - 34:14, 80:7, 85:6
**post** [3] - 25:5, 202:21, 245:20
**post-Miranda** [1] - 245:20
**posts** [1] - 244:15
**potential** [25] - 21:19, 28:16, 29:19, 39:24, 49:20, 50:7, 50:25, 59:17, 60:1, 60:4, 60:5, 60:8, 60:12, 61:6, 64:7, 64:10, 66:9, 79:10, 79:18, 84:18, 85:9, 85:15, 86:18, 87:2, 210:10
**potentially** [2] - 50:9, 125:9
**powder** [2] - 53:18, 174:10
**Power** [9] - 150:25, 151:25, 152:8, 152:9, 153:6, 159:19, 162:15, 162:16, 166:21
**power** [2] - 151:3, 151:4
**practice** [1] - 15:6
**pray** [1] - 132:19
**pre** [2] - 81:17, 82:8
**premarked** [2] - 40:25, 47:18
**preparation** [2] - 212:6, 212:8
**presence** [4] - 66:10, 69:21, 121:15, 129:12
**present** [9] - 4:7, 4:14, 4:23, 11:15, 11:16, 62:16, 122:7, 202:2, 219:17
**presented** [2] - 6:1, 229:1
**presently** [1] - 62:20
**preservation** [2] - 24:19, 25:17
**preserve** [1] - 16:7
**preserved** [1] - 18:20
**press** [2] - 236:13, 236:14
**pretending** [1] - 137:9
**pretty** [3] - 75:24, 187:24, 243:10
**previous** [1] - 153:6
**previously** [8] - 6:14, 11:11, 40:7, 44:4, 69:20, 78:2, 88:1, 200:2
**primarily** [4] - 29:18, 37:7, 56:12, 59:25
**primary** [1] - 24:18
**print** [1] - 53:13
**printed** [1] - 154:21
**prison** [10] - 110:12, 110:14, 112:18, 123:16, 125:22, 139:20, 178:23, 209:18, 220:1, 220:25
**prisoners** [1] - 233:15
**private** [1] - 17:8
**probation** [27] - 99:11, 99:13, 99:14, 99:16, 99:17, 100:3, 108:2, 108:9, 108:14, 108:16, 110:21, 112:4, 112:15, 128:15, 189:10, 189:20, 190:4, 190:6, 202:17, 202:18, 225:11, 231:24, 232:18, 232:22, 232:23, 233:4, 234:5
**probationers** [4] - 231:18, 231:20, 232:2, 233:15
**problem** [12] - 95:16, 106:11, 107:14, 107:17, 176:16, 186:22, 209:17, 210:7, 210:8, 223:2, 226:4
**procedure** [2] - 18:8, 121:18
**proceed** [3] - 24:7, 70:19, 230:14
**proceeding** [1] - 90:12
**proceedings** [4] - 89:13,

163:16, 209:10, 249:7
**Proceedings** [3] - 90:4, 164:17, 211:4
**process** [5] - 38:8, 44:6, 53:7, 53:12, 228:21
**processed** [1] - 66:18
**processes** [1] - 66:11
**processing** [10] - 25:21, 38:14, 43:2, 43:4, 44:11, 48:21, 54:3, 54:4, 54:5, 55:15
**proffer** [10] - 193:17, 193:22, 194:4, 195:10, 201:5, 216:11, 216:15, 218:25, 226:6, 226:12
**proficiency** [1] - 25:19
**profile** [1] - 66:18
**program** [17] - 7:2, 8:13, 8:14, 8:19, 8:20, 145:23, 145:25, 146:1, 146:8, 146:10, 146:11, 146:12, 172:18, 172:19, 172:21, 172:22, 183:12
**programs** [1] - 232:21
**progress** [2] - 228:9, 243:2
**projectile** [11] - 40:17, 43:25, 44:10, 44:24, 46:6, 46:23, 47:3, 47:5, 47:9, 64:24, 83:22
**promised** [6] - 123:13, 220:12, 220:14, 220:17, 221:1, 228:1
**promises** [5] - 116:18, 118:6, 123:4, 212:11
**promoted** [1] - 106:22
**prompt** [1] - 119:4
**pronounce** [1] - 217:10
**pronouncing** [1] - 125:17
**proof** [1] - 229:19
**proper** [1] - 25:16
**properly** [1] - 4:18
**properties** [3] - 16:8, 16:9, 16:21
**property** [8] - 17:8, 18:18, 27:12, 54:9, 54:11, 56:17, 56:19
**proprietary** [1] - 232:14
**prosecution** [1] - 220:19
**Prospect** [1] - 237:16
**protect** [5] - 117:9, 121:17, 221:12, 244:23, 247:21
**protected** [2] - 16:7, 16:16
**protective** [1] - 20:23
**protocol** [1] - 27:6
**prove** [1] - 228:23
**provide** [2] - 14:19, 221:6
**provided** [3] - 17:20, 179:24, 232:2
**public** [2] - 9:21, 87:6
**Public** [1] - 13:6
**publish** [5] - 15:22, 45:14, 154:4, 172:12, 198:2
**published** [18] - 30:4, 30:13, 31:8, 31:21, 32:5, 32:14, 32:22, 33:6, 34:2, 34:20, 235:1, 237:5, 238:11, 238:18, 239:10, 240:7, 240:20, 241:9
**pull** [2] - 139:19, 234:8
**pulled** [2] - 200:6, 242:14
**punching** [1] - 199:9
**punishment** [5] - 98:9, 98:10, 199:5, 200:3, 208:25
**puntos** [1] - 175:16
**purple** [1] - 53:23
**purpose** [7] - 26:13, 50:6, 69:2, 145:3, 195:24, 229:2, 229:6
**purposes** [1] - 231:22
**pursuant** [1] - 114:13
**pushing** [1] - 188:5
**put** [11] - 19:3, 30:10, 42:13, 45:2, 100:16, 110:21, 144:7, 144:25, 145:13, 175:18, 178:22

## Q

**Queens** [3] - 100:21, 100:22, 100:24
**questioned** [1] - 136:4
**questioning** [11] - 9:12, 26:9, 26:12, 120:18, 217:2, 217:12, 217:22, 218:2, 218:7, 222:10, 222:15
**questions** [19] - 6:3, 9:2, 23:21, 66:21, 89:7, 89:9, 119:7, 186:25, 213:14, 213:21, 214:9, 215:13, 216:10, 217:20, 224:7, 231:2, 242:17, 242:21, 242:22
**quick** [3] - 20:16, 119:6, 225:7
**quite** [3] - 227:22, 243:2, 245:22

## R

**racketeering** [6] - 114:6, 114:7, 208:23, 228:25, 229:3, 229:18
**railroad** [1] - 199:8
**raise** [5] - 12:15, 24:4, 70:13, 92:13, 248:3
**Rambo** [1] - 204:23
**ramp** [11] - 19:8, 19:23, 19:25, 20:10, 20:21, 23:8, 23:14, 30:22, 32:25, 76:16
**ranchettes** [1] - 76:8
**Ranfla** [9] - 11:2, 196:7, 196:9, 198:16, 200:3, 200:16, 203:10, 205:12, 216:18
**ranflero** [4] - 177:12, 177:13, 177:15, 177:17
**range** [1] - 33:9
**rank** [11] - 10:18, 13:7, 14:8, 98:16, 99:2, 103:24, 104:2, 129:4, 129:24, 131:17, 131:18
**ranks** [3] - 104:25, 132:5, 198:9
**rate** [1] - 14:1
**rather** [1] - 30:21
**Raton** [9] - 13:14, 13:20, 14:10, 14:14, 26:20, 72:21, 72:22, 136:19, 206:9
**reach** [5] - 112:25, 124:13, 136:9, 167:21
**reached** [5] - 124:4, 124:8, 124:9, 124:11, 126:4
**reaching** [2] - 124:21, 215:17
**reacts** [1] - 53:21
**read** [6] - 55:5, 216:11, 226:23, 227:3, 229:24, 247:16
**ready** [7] - 5:5, 67:19, 70:19, 90:23, 91:21, 91:23, 227:12
**real** [7] - 20:16, 102:6, 127:8, 175:5, 232:5, 233:8, 233:10
**real-time** [3] - 232:5, 233:8, 233:10
**realize** [1] - 197:3
**really** [32] - 86:15, 94:2, 95:18, 97:12, 99:18, 102:1, 102:10, 104:6, 104:8, 106:5, 106:19, 107:3, 109:2, 109:5, 109:14, 109:16, 132:6, 133:5, 137:20, 144:25, 145:7, 153:3, 158:5, 158:15, 172:20, 172:25, 176:17, 183:13, 220:7, 223:9
**rear** [2] - 43:12, 61:2
**reason** [1] - 74:2
**reasonable** [1] - 229:20
**reasons** [1] - 212:22
**receipt** [9] - 52:21, 52:23, 53:19, 84:22, 84:25, 85:2, 85:7, 88:17
**receive** [9] - 82:4, 83:24, 116:9, 116:10, 198:17, 200:13, 202:25, 204:8, 220:11
**Received** [3] - 2:18, 3:5, 3:18
**received** [32] - 8:10, 15:21, 19:20, 22:25, 29:2, 29:11, 39:2, 41:13, 42:3, 45:12, 48:9, 49:11, 54:23, 57:15, 62:5, 114:25, 134:7, 141:6, 146:24, 154:2, 167:11, 170:10, 172:1, 172:10, 180:12, 198:3, 200:2, 202:3, 203:12, 205:11, 226:7, 234:20
**recent** [2] - 87:14, 96:12
**recently** [1] - 96:14
**recess** [1] - 122:4
**recessed** [6] - 67:15, 91:25, 122:5, 224:14, 228:4, 249:2
**recognize** [17] - 16:2, 44:17, 47:22, 115:9, 134:15, 135:3, 135:8, 135:12, 141:11, 147:19, 154:19, 167:13, 167:15, 170:13, 170:15, 171:3, 195:1
**recommendation** [2] - 212:2, 212:19
**recommendations** [2] - 118:23, 118:25
**record** [23] - 12:1, 12:18, 17:16, 19:12, 22:18, 28:19, 38:19, 40:20, 47:14, 49:5, 57:7, 67:16, 70:16, 87:20, 92:1, 92:19, 122:6, 148:19, 148:21, 185:20, 213:13, 228:5, 230:8
**recorded** [1] - 179:3
**recordings** [1] - 29:19
**records** [10] - 25:4, 232:22, 233:19, 233:22, 234:1, 234:4, 234:8, 234:11, 234:12, 242:13
**recovered** [7] - 44:24, 46:6, 55:11, 57:21, 83:18, 180:15, 202:11
**recovery** [1] - 179:25
**recruit** [6] - 129:22, 130:2, 130:3, 140:16, 152:25, 195:22
**red** [8] - 18:21, 18:23, 31:14, 59:16, 59:25, 60:5, 60:12, 150:21
**redacted** [1] - 245:22
**redirect** [5] - 6:4, 9:4, 70:3, 70:4, 213:16
**REDIRECT** [4] - 2:6, 2:13, 9:6, 213:19
**reduction** [6] - 116:13, 118:11, 118:18, 118:20, 120:12, 221:2
**reemphasize** [1] - 211:6
**reexamined** [1] - 86:8
**refer** [5] - 8:9, 34:10, 39:15, 55:21, 68:21
**reference** [1] - 28:3

**referred** [2] - 56:25, 65:12
**referring** [3] - 127:17, 163:9, 168:11
**reflect** [2] - 148:19, 148:21
**reflecting** [2] - 247:1, 247:20
**refresh** [1] - 80:19
**refreshes** [1] - 80:24
**regarding** [6] - 86:2, 87:12, 89:3, 211:8, 229:20, 247:9
**regards** [2] - 65:10, 69:14
**regedance** [1] - 114:4
**regular** [3] - 13:25, 156:8, 157:7
**regulation** [1] - 171:6
**regulations** [1] - 171:7
**reinstated** [5] - 108:12, 108:14, 108:17, 128:15, 190:4
**related** [3] - 227:6, 248:1, 248:7
**relation** [3] - 64:25, 65:9, 169:13
**relatively** [2] - 61:17, 61:18
**relax** [2] - 158:24, 207:17
**relayed** [1] - 196:9
**release** [4] - 231:7, 232:21, 233:3, 233:15
**relevance** [1] - 78:11
**relevant** [1] - 228:23
**relinquished** [1] - 22:14
**remain** [1] - 243:17
**remaining** [1] - 228:10
**remember** [23] - 80:17, 82:12, 87:22, 103:9, 120:24, 121:9, 138:6, 142:21, 150:18, 150:20, 152:19, 158:13, 185:14, 206:3, 208:4, 225:19, 226:12, 226:21, 229:6, 229:23, 243:15, 244:11, 245:1
**remind** [7] - 4:16, 91:4, 121:7, 121:16, 229:25, 244:22, 247:7
**reminders** [1] - 121:2
**removal** [1] - 75:11
**remove** [4] - 36:7, 46:12, 56:13, 63:22
**removed** [2] - 47:5, 63:20
**rent** [2] - 144:9, 144:10
**repeat** [4] - 114:15, 159:2, 211:17, 227:19
**repeating** [1] - 243:20
**rephrase** [1] - 110:23
**replicate** [1] - 243:10
**report** [12] - 21:21, 21:22, 21:23, 25:17, 27:4, 55:21, 68:21, 80:19, 82:14, 131:25, 164:7
**reported** [4] - 165:23, 165:25, 166:24, 199:25
**REPORTED** [1] - 1:20
**reporter** [1] - 95:2
**Reporter** [2] - 1:21, 249:11
**reporting** [5] - 109:15, 133:15, 133:16, 218:1, 232:10
**reports** [2] - 14:18, 83:24
**repositioned** [1] - 40:17
**repositioning** [1] - 37:19
**representation** [1] - 234:12
**representing** [1] - 236:23
**Republic** [2] - 92:23, 95:15
**request** [2] - 66:17, 212:1
**requested** [2] - 27:6, 196:7
**require** [1] - 25:9
**required** [5] - 25:7, 117:8, 145:1, 228:23, 231:21
**requirement** [1] - 182:4
**requirements** [1] - 144:7
**requires** [3] - 7:25, 91:12, 117:2
**resealed** [1] - 45:5
**research** [2] - 121:10, 244:17
**resentment** [1] - 176:6
**residence** [2] - 27:12, 30:16
**residences** [1] - 21:25
**resident** [3] - 55:12, 119:16, 119:17
**residential** [1] - 16:7
**residents** [1] - 21:20
**resolve** [1] - 107:14
**respect** [10] - 10:3, 10:12, 10:21, 173:9, 174:2, 174:5, 175:21, 175:25, 181:16, 182:7
**respond** [11] - 14:13, 14:22, 25:24, 26:3, 26:19, 26:22, 27:2, 57:1, 72:20, 73:19, 73:21
**responded** [8] - 14:17, 27:5, 27:12, 27:20, 30:17, 64:3, 72:23, 73:23
**responds** [1] - 75:6
**response** [1] - 74:12
**responsibilities** [1] - 231:9
**responsible** [1] - 75:11
**restaurant** [2] - 111:4, 206:5
**restricted** [1] - 108:19
**restriction** [1] - 225:20
**restroom** [6] - 5:20, 67:14, 90:20, 91:3, 162:22, 227:17
**restrooms** [1] - 67:5
**result** [4] - 79:12, 108:10, 113:5, 180:3
**results** [2] - 84:1, 84:2
**resume** [1] - 22:6
**retaliation** [1] - 169:10
**retired** [1] - 71:5
**retirement** [1] - 71:4
**retiring** [1] - 71:5
**return** [1] - 243:18
**returned** [4] - 81:17, 90:4, 164:17, 211:4
**returns** [1] - 227:3
**review** [5] - 29:25, 86:13, 115:13, 232:22, 234:4
**reviewed** [2] - 234:3, 234:11
**revisit** [1] - 86:7
**revisited** [1] - 86:5
**reward** [3] - 85:24, 87:14
**Reyes** [2] - 188:19, 188:22
**rib** [1] - 168:23
**ribs** [1] - 168:22
**rid** [3] - 160:21, 160:24, 208:15
**ride** [1] - 160:5
**riding** [7] - 132:10, 159:25, 160:2, 160:3, 161:4, 162:1, 207:4
**rights** [2] - 113:9, 192:9
**ring** [1] - 125:19
**rip** [3] - 59:9, 60:21, 60:25
**rips** [3] - 59:22, 61:3, 61:6
**rise** [10] - 5:13, 67:8, 67:20, 90:25, 92:4, 121:21, 122:13, 198:9, 224:13, 227:14
**rival** [12] - 105:16, 105:22, 127:21, 127:22, 127:23, 133:14, 150:9, 153:11, 156:18, 157:3, 223:20
**rivals** [3] - 10:6, 11:21, 127:24
**RMR** [2] - 1:21, 249:11
**road** [22] - 13:11, 13:20, 13:23, 13:24, 14:9, 15:4, 15:10, 16:5, 16:21, 17:10, 17:17, 18:3, 18:13, 18:16, 18:18, 22:7, 27:13, 33:20, 34:25, 71:24, 73:22, 77:17
**Road** [10] - 236:7, 237:7, 237:16, 238:8, 239:12, 240:22, 241:4, 241:23, 242:11
**roadway** [21] - 27:14, 28:5, 30:18, 31:22, 32:18, 33:2, 33:16, 33:17, 34:6, 34:7, 34:11, 34:12, 34:15, 34:24, 39:9, 39:12, 39:23, 40:4, 40:9, 50:21, 68:22
**robberies** [1] - 26:3
**robbery** [2] - 71:24, 188:3
**Robert** [4] - 70:9, 70:14, 70:17, 70:25
**ROBERT** [1] - 70:17
**Rock** [2] - 239:12, 240:22
**rock** [5] - 188:20, 189:2, 217:25, 218:18, 218:23
**rocks** [1] - 193:12
**RODOLFO** [1] - 1:10
**Rodolfo** [1] - 1:22
**role** [2] - 14:16, 24:18
**rolled** [1] - 60:14
**room** [20] - 5:7, 38:15, 43:2, 43:4, 44:11, 48:21, 54:3, 54:5, 55:15, 67:4, 120:21, 121:1, 121:20, 122:1, 157:19, 162:25, 243:16, 244:6, 245:2
**Room** [2] - 1:24, 249:13
**roommates** [2] - 80:16, 81:11
**Rosa** [2] - 80:14, 83:1
**ROSENBAUM** [80] - 1:16, 1:17, 2:5, 2:10, 2:13, 4:12, 5:10, 6:13, 6:17, 9:2, 11:8, 15:17, 19:17, 22:22, 23:21, 28:24, 29:8, 38:24, 41:11, 41:25, 45:9, 48:7, 49:9, 54:20, 57:12, 62:2, 68:3, 68:5, 88:4, 88:9, 89:9, 114:22, 134:5, 141:4, 146:22, 153:24, 163:14, 163:17, 163:21, 164:10, 167:9, 170:8, 171:24, 172:8, 180:10, 187:4, 194:1, 194:3, 194:14, 194:19, 194:21, 194:24, 196:23, 197:2, 197:7, 197:10, 197:23, 198:4, 201:11, 201:14, 201:25, 202:4, 209:7, 209:9, 209:20, 209:24, 210:2, 210:5, 210:21, 210:24, 211:3, 211:15, 213:11, 213:14, 215:25, 227:8, 234:18, 242:21, 248:21, 248:24
**Rosenbaum** [23] - 4:13, 5:9, 6:2, 6:12, 15:16, 23:20, 28:23, 29:7, 38:23, 45:10, 68:2, 114:21, 134:3, 141:3, 146:21, 153:23, 170:7, 180:9, 194:13, 196:20, 227:2, 242:23, 248:19
**rotation** [4] - 74:2, 74:3, 74:6, 74:8
**roughly** [3] - 128:13, 142:21, 240:15
**round** [4] - 5:12, 67:18, 122:11, 227:13
**row** [1] - 76:13
**RTC** [2] - 232:5, 233:12
**rubbish** [1] - 77:15
**Ruiz** [4] - 1:22, 118:14, 193:16, 221:23
**RUIZ** [1] - 1:10

**Rule** [8] - 116:10, 116:11, 116:23, 117:14, 117:17, 117:21, 211:25
**rule** [5] - 11:20, 106:20, 171:6, 174:12, 179:18
**rules** [21] - 6:22, 7:4, 7:5, 9:11, 9:16, 9:23, 9:25, 104:11, 106:6, 121:17, 171:7, 172:17, 177:8, 179:9, 179:10, 179:12, 179:13, 179:16, 223:16, 244:22
**run** [10] - 85:15, 99:8, 103:21, 104:5, 104:14, 110:16, 121:2, 218:9, 218:11, 218:12
**running** [5] - 103:22, 104:4, 140:14, 157:12, 243:8
**runs** [2] - 27:13, 104:8

## S

**S-back** [1] - 56:25
**S.E** [1] - 1:18
**sacred** [2] - 175:25, 178:5
**safely** [1] - 243:6
**Safety** [1] - 13:6
**Salva** [1] - 176:14
**Salvador** [30] - 95:12, 100:10, 100:14, 102:7, 109:4, 110:12, 110:14, 129:1, 129:18, 131:23, 136:25, 137:1, 137:8, 137:15, 151:9, 153:3, 164:7, 166:1, 166:2, 166:4, 166:10, 166:17, 171:19, 181:17, 182:3, 182:4, 186:23, 196:6, 196:8, 198:20
**Salvadoran** [2] - 176:15, 176:16
**Salvatrucha** [5] - 10:2, 101:7, 131:4, 176:10, 176:13
**Salvatruchas** [4] - 95:4, 101:14, 130:8, 181:2
**samples** [2] - 68:15, 68:24
**sampling** [1] - 69:18
**sanctity** [1] - 121:18
**sand** [1] - 39:24
**sat** [4] - 104:8, 157:1, 207:10
**saturated** [2] - 59:17, 60:1
**save** [3] - 145:4, 145:13, 209:12
**saw** [15] - 31:14, 44:4, 60:14, 68:17, 73:23, 76:20, 78:1, 96:24, 97:12, 138:10, 141:10, 147:19, 205:24, 217:14, 241:14
**scale** [5] - 43:1, 44:11, 48:21, 58:10, 58:21
**Scene** [4] - 18:7, 21:13, 22:4, 73:1
**scene** [100] - 14:22, 17:19, 17:22, 17:23, 18:20, 18:24, 21:2, 21:3, 21:15, 22:9, 22:14, 24:16, 24:17, 24:18, 24:20, 24:21, 25:2, 25:5, 25:7, 25:12, 25:15, 26:5, 26:17, 26:22, 26:24, 27:3, 27:7, 27:9, 27:23, 28:2, 29:16, 29:17, 29:19, 29:23, 31:13, 31:14, 31:15, 32:1, 38:5, 38:6, 40:14, 41:3, 44:2, 48:2, 48:23, 50:24, 54:2, 54:15, 56:6, 56:9, 56:11, 56:14, 60:15, 64:3, 64:9, 66:8, 68:25, 72:24, 73:4, 73:5, 73:9, 73:10, 73:13, 73:14, 73:23, 74:9, 74:13, 74:14, 74:15, 74:17, 74:18, 74:19, 74:23, 75:3, 75:12, 76:12, 77:4, 77:6, 77:7, 77:9, 77:21, 78:2, 78:24, 79:4, 79:10, 79:13, 79:15, 82:11, 83:7, 83:18, 84:22, 87:7, 87:8, 87:12, 191:20, 191:23, 202:11, 205:11
**scenes** [2] - 25:23, 29:17
**schedule** [2] - 227:23, 246:7
**school** [16] - 93:19, 94:17, 95:9, 95:23, 96:10, 102:24, 104:9, 130:6, 143:6, 187:22, 188:5, 188:6, 193:13, 213:5, 217:21
**schools** [1] - 94:14
**scope** [2] - 11:8, 248:11
**screen** [10] - 16:17, 28:6, 28:7, 76:15, 77:2, 148:16, 148:17, 167:20, 167:21
**screens** [1] - 244:9
**seal** [2] - 45:2, 243:16
**sealed** [7] - 45:23, 226:6, 226:11, 226:13, 226:14, 226:15, 226:22
**seated** [11] - 5:18, 12:17, 67:17, 67:22, 70:15, 91:2, 92:6, 92:15, 122:15, 224:15, 245:12
**secluded** [1] - 15:3
**Second** [3] - 103:8, 103:14, 103:15
**second** [15] - 14:20, 16:1, 22:16, 86:16, 90:9, 110:22, 115:20, 126:17, 126:18, 149:22, 173:2, 175:6, 196:2, 222:24
**seconds** [4] - 30:7, 149:20, 178:12, 239:23
**section** [1] - 15:11
**secure** [1] - 17:22
**security** [1] - 188:5
**SECURITY** [9] - 5:13, 67:8, 67:20, 90:25, 92:4, 121:21, 122:13, 224:13, 227:14
**see** [99] - 14:19, 16:18, 17:12, 17:25, 18:13, 19:25, 21:6, 30:17, 31:23, 32:1, 33:15, 33:20, 34:7, 34:25, 35:4, 36:21, 37:21, 45:22, 48:12, 49:16, 51:2, 51:5, 51:6, 51:16, 52:3, 52:4, 53:25, 55:2, 55:10, 55:17, 55:22, 57:19, 58:2, 58:17, 59:1, 59:4, 59:19, 60:23, 62:9, 63:9, 63:14, 64:8, 65:11, 66:1, 66:2, 66:4, 67:2, 69:10, 76:4, 76:13, 76:24, 82:21, 83:12, 86:7, 90:10, 100:25, 102:22, 105:17, 110:23, 115:4, 115:6, 117:6, 132:17, 139:20, 140:15, 147:23, 148:10, 148:12, 148:13, 158:8, 159:13, 166:13, 167:1, 167:24, 168:3, 168:25, 177:21, 183:4, 186:23, 193:9, 197:4, 205:18, 210:24, 217:9, 220:1, 227:12, 235:8, 236:4, 236:12, 236:22, 236:24, 237:13, 244:3, 245:3, 245:9, 249:1
**seeing** [5] - 18:21, 121:6, 129:22, 214:3, 214:4
**selection** [2] - 211:7, 211:12
**sell** [5] - 145:5, 145:6, 145:7, 145:10, 145:19
**selling** [1] - 145:9
**send** [4] - 21:16, 83:19, 109:1, 244:5
**sending** [1] - 233:13
**senior** [1] - 25:15
**sensitive** [3] - 194:18, 211:1, 225:5
**sent** [9] - 14:19, 66:19, 108:24, 109:5, 171:15, 171:17, 191:4, 193:6, 203:11
**sentence** [18] - 115:24, 115:25, 116:13, 118:11, 118:18, 118:20, 120:4, 120:12, 123:8, 123:20, 123:23, 124:16, 212:3, 212:14, 212:17, 220:14, 221:20, 231:14
**sentenced** [4] - 112:16, 112:22, 211:16, 211:18
**sentencing** [2] - 121:25, 211:8
**separate** [1] - 143:1
**separated** [3] - 8:20, 101:19, 235:18
**separates** [2] - 15:10, 76:2
**Sergeant** [3] - 12:10, 12:13, 23:23
**sergeant** [15] - 12:19, 13:8, 13:10, 14:9, 15:25, 21:24, 22:6, 23:3, 71:8, 71:18, 72:13, 72:25, 73:4, 74:6, 85:25
**sergeants** [1] - 73:5
**series** [2] - 134:10, 134:15
**serious** [5] - 72:5, 107:12, 107:13, 174:7, 175:1
**serve** [3] - 13:14, 13:21, 123:23
**service** [3] - 14:3, 22:7, 22:11
**services** [1] - 4:17
**serving** [1] - 112:18
**set** [5] - 45:21, 86:16, 91:15, 224:17, 245:7
**seven** [4] - 14:9, 115:7, 241:2, 245:22
**seven-page** [1] - 115:7
**several** [10] - 73:5, 73:11, 81:16, 85:21, 86:9, 86:23, 87:7, 119:20, 212:5, 212:8
**shadow** [3] - 166:8, 166:16, 171:18
**shapes** [1] - 37:24
**sheet** [2] - 43:20, 56:24
**shell** [11] - 21:6, 36:2, 36:4, 36:6, 42:8, 42:11, 42:17, 42:22, 42:25, 64:6, 83:21
**Sheriff's** [27] - 12:11, 12:20, 13:1, 13:2, 13:4, 14:5, 14:13, 24:14, 24:23, 24:25, 26:17, 27:1, 27:6, 33:13, 69:3, 71:6, 71:20, 71:22, 72:3, 72:17, 73:12, 113:1, 113:6, 113:14, 124:4, 136:4, 214:12
**shirt** [18] - 35:18, 35:21, 60:10, 60:11, 60:14, 60:19, 60:24, 61:2, 61:3, 61:7, 61:11, 62:10, 62:17, 62:20, 62:22, 63:1, 63:2, 98:18
**shirts** [1] - 98:15
**shoe** [5] - 58:15, 59:2, 59:5, 64:2
**shoes** [8] - 51:8, 58:18, 58:20, 58:23, 61:12, 64:1, 78:25, 162:23
**shooting** [2] - 21:3, 219:8
**shootings** [3] - 25:25, 26:1, 72:5
**shopping** [1] - 238:6
**short** [1] - 82:10
**Shorty** [2] - 100:15, 100:16
**shot** [2] - 165:4, 165:5
**shovel** [1] - 199:18

**show** [53] - 16:11, 17:3, 19:24, 20:7, 23:3, 27:16, 31:12, 35:13, 35:14, 37:9, 40:4, 40:21, 41:15, 43:9, 45:19, 46:16, 50:13, 50:16, 50:19, 50:23, 51:17, 55:25, 58:23, 65:16, 65:20, 65:21, 77:2, 77:24, 103:21, 103:22, 115:3, 115:8, 133:11, 133:22, 134:11, 139:20, 154:7, 158:10, 158:19, 167:1, 172:15, 177:8, 180:15, 193:22, 194:16, 194:22, 194:25, 196:25, 197:2, 197:13, 198:5, 220:2, 236:15
**showed** [3] - 133:9, 133:13, 147:1
**showing** [106] - 15:25, 18:11, 30:3, 30:12, 31:7, 31:19, 32:4, 32:13, 32:21, 33:5, 34:1, 34:19, 35:25, 36:10, 36:18, 36:20, 36:23, 36:25, 37:6, 37:8, 37:13, 38:1, 39:5, 39:10, 39:21, 40:3, 40:6, 40:25, 41:17, 42:5, 42:10, 42:20, 42:23, 44:8, 47:18, 48:11, 48:17, 49:13, 49:23, 49:25, 50:12, 50:15, 50:22, 51:1, 51:15, 51:19, 51:22, 52:2, 52:6, 52:9, 52:12, 52:17, 52:19, 52:22, 52:24, 53:2, 53:4, 55:1, 55:9, 55:16, 55:24, 57:18, 58:1, 58:5, 58:8, 58:13, 58:16, 58:19, 58:25, 59:3, 59:6, 59:18, 60:2, 60:6, 60:9, 60:17, 60:22, 61:1, 61:4, 61:6, 62:8, 63:8, 63:16, 63:25, 64:12, 64:22, 64:24, 65:15, 75:14, 75:16, 76:10, 76:18, 88:16, 134:10, 134:25, 141:8, 154:17, 155:5, 167:13, 170:12, 171:1, 178:18, 182:19, 183:15, 196:25, 221:11
**shown** [5] - 19:2, 63:4, 169:13, 216:10, 244:8
**shows** [5] - 33:21, 37:15, 55:7, 232:9
**shrubbery** [1] - 27:15
**sic** [1] - 143:15
**sick** [3] - 174:7, 174:9, 175:2
**side** [23] - 17:16, 19:6, 27:13, 28:6, 32:1, 37:1, 37:7, 42:19, 47:2, 48:13, 52:25, 58:20, 59:2, 60:4, 60:7, 76:7, 143:5, 155:17, 168:21, 168:22, 180:23, 182:20
**sidebar** [8] - 89:12, 89:13, 163:14, 163:15, 163:16, 209:7, 209:8, 209:10
**sides** [1] - 27:14
**sign** [6] - 133:10, 133:12, 177:20, 177:22, 186:13, 186:14
**signature** [9] - 115:16, 134:18, 135:6, 135:14, 141:15, 147:6, 195:1, 195:3, 195:5
**signed** [3] - 193:17, 195:8, 210:19
**significance** [5] - 50:3, 51:11, 65:9, 79:21, 185:3
**significant** [1] - 178:15
**signify** [1] - 49:19
**signing** [1] - 115:13
**silence** [1] - 178:13
**Silva** [11] - 2:11, 89:17, 89:18, 92:9, 92:11, 92:14, 194:5, 224:25, 226:24, 234:4, 247:24
**Silva's** [1] - 242:14
**similar** [4] - 31:4, 228:19, 232:8, 243:12
**similarities** [1] - 86:6
**similarly** [2] - 121:8, 172:3
**simply** [1] - 247:12
**simultaneously** [1] - 210:14
**Sin** [2] - 141:18, 184:3
**sit** [4] - 157:4, 192:15, 192:22, 192:23
**site** [1] - 75:10
**sitting** [8] - 148:6, 148:15, 192:18, 193:19, 207:10, 208:6, 218:15
**situation** [5] - 8:1, 8:4, 173:24, 187:11, 201:20
**six** [12] - 134:12, 134:25, 135:10, 141:9, 141:10, 147:1, 147:3, 147:9, 154:9, 176:20, 177:8, 243:24
**six-page** [1] - 141:9
**size** [2] - 188:19, 188:20
**sized** [1] - 205:4
**sizes** [2] - 37:4, 37:24
**sketches** [1] - 29:20
**skin** [1] - 53:22
**skipped** [1] - 173:19
**slash** [1] - 28:15
**slides** [1] - 76:21
**slight** [3] - 6:22, 77:1, 179:9
**slightly** [1] - 19:7
**slogan** [1] - 185:7
**slot** [1] - 134:15
**slow** [2] - 95:1, 97:1
**smaller** [1] - 62:21
**smart** [2] - 175:12, 175:13
**smoke** [3] - 96:9, 153:9, 208:1
**smoking** [3] - 130:21, 207:21, 207:24
**SMUKLER** [88] - 1:13, 2:8, 2:10, 24:1, 24:8, 24:10, 27:18, 27:19, 28:18, 28:20, 29:4, 29:13, 29:15, 30:5, 30:14, 31:6, 31:9, 31:18, 32:3, 32:6, 32:12, 32:15, 32:20, 32:23, 33:4, 33:7, 33:25, 34:3, 34:18, 34:21, 35:7, 36:7, 36:9, 38:18, 38:20, 39:4, 40:19, 40:21, 40:24, 41:7, 41:14, 41:16, 41:23, 42:4, 44:12, 44:14, 45:7, 45:13, 45:16, 45:19, 45:25, 46:11, 46:13, 46:24, 47:4, 47:15, 47:17, 48:4, 48:10, 49:4, 49:6, 49:12, 54:16, 54:25, 57:6, 57:8, 57:17, 61:25, 62:7, 63:7, 64:19, 64:21, 66:21, 70:4, 70:9, 70:20, 70:22, 80:23, 81:2, 82:15, 82:20, 87:18, 87:21, 88:6, 88:11, 88:13, 88:15, 89:7
**Smukler** [2] - 4:8, 220:19
**Snapchat** [1] - 244:16
**sneakers** [4] - 58:3, 58:7, 58:9, 199:21
**so-called** [1] - 229:20
**so..** [1] - 231:1
**soccer** [3] - 99:25, 206:4, 207:11
**social** [2] - 121:15, 244:15
**sock** [5] - 39:9, 52:8, 52:11, 52:18, 157:8
**socks** [9] - 34:5, 35:1, 50:1, 50:3, 51:7, 57:20, 78:7, 78:25
**soil** [2] - 78:21, 78:22
**sole** [2] - 58:18, 59:5
**solely** [1] - 72:12
**solid** [2] - 176:5, 243:10
**Solitario** [22] - 141:24, 141:25, 142:15, 146:16, 147:10, 147:14, 147:19, 147:23, 148:23, 149:2, 150:23, 159:18, 161:22, 162:14, 168:19, 168:20, 185:11, 185:12, 186:6, 186:7, 186:9, 224:5
**Solitary** [1] - 140:12
**Sombra** [2] - 184:3, 187:5
**someone** [7] - 27:4, 30:25, 69:5, 73:15, 73:21, 79:9, 174:7
**someplace** [1] - 150:2
**sometimes** [7] - 106:1, 106:9, 107:19, 131:23, 175:5, 231:21, 247:22
**somewhere** [7] - 56:2, 99:20, 100:19, 160:12, 168:23, 181:13, 182:2
**Sonia** [1] - 188:22
**soon** [4] - 91:23, 158:3, 163:5, 234:25
**sorry** [22] - 7:9, 18:12, 35:20, 43:18, 63:8, 64:19, 64:20, 71:13, 80:7, 88:14, 93:24, 98:23, 113:23, 116:17, 159:2, 181:23, 185:1, 186:11, 197:24, 203:19, 222:25, 239:22
**sort** [6] - 20:4, 93:7, 98:9, 120:11, 121:15, 233:14
**sorts** [1] - 237:24
**sounded** [2] - 246:17, 246:18
**sounds** [1] - 26:13
**South** [18] - 13:6, 14:14, 15:2, 26:19, 27:11, 71:7, 71:9, 71:10, 71:12, 71:13, 72:21, 76:3, 99:20, 129:12, 129:24, 129:25, 244:20
**south** [10] - 20:22, 23:6, 23:13, 30:16, 76:1, 76:4, 236:6, 238:6, 240:2
**southbound** [2] - 82:11, 239:6
**SOUTHERN** [1] - 1:1
**Southern** [3] - 1:23, 113:23, 249:12
**southern** [1] - 17:6
**southwest** [1] - 78:3
**Southwest** [4] - 81:4, 82:17, 239:25
**Spanish** [6] - 4:17, 91:4, 91:9, 91:12, 95:21, 141:18
**speakers** [1] - 84:14
**speaking** [3] - 95:1, 97:2, 226:11
**special** [4] - 4:8, 98:16, 189:11, 189:12
**Special** [5] - 128:1, 133:18, 215:18, 220:2, 220:17
**specific** [1] - 221:2
**specifically** [3] - 72:16, 165:20, 209:16
**specifics** [2] - 115:19, 126:16
**speed** [8] - 236:10, 236:14, 237:18, 237:20, 239:15, 240:23, 241:1, 241:21
**spell** [4] - 12:18, 70:16, 92:18, 230:8
**spent** [13] - 36:2, 36:4, 36:6, 42:7, 42:8, 42:11, 42:17, 42:22, 44:23, 46:4,

46:15, 46:19, 64:6
**spokesperson** [1] - 177:17
**spot** [3] - 119:5, 238:14, 240:13
**sprayed** [1] - 53:20
**spreading** [1] - 174:14
**squad** [4] - 72:13, 72:14, 72:25, 74:5
**square** [2] - 76:25, 242:6
**stab** [7] - 36:13, 59:11, 63:19, 111:9, 111:11, 139:9, 218:17
**stabbed** [14] - 59:12, 111:6, 111:8, 112:3, 127:3, 138:15, 168:21, 190:9, 190:12, 190:14, 199:13, 199:14, 199:15, 204:22
**stabbing** [5] - 165:3, 169:9, 190:22, 193:11, 219:8
**stabbings** [1] - 25:25
**stable** [1] - 76:9
**stabs** [2] - 28:15, 139:7
**stain** [2] - 34:10, 68:11
**stamps** [1] - 245:21
**stanchion** [27] - 38:10, 38:13, 40:7, 42:12, 42:21, 44:23, 46:5, 49:25, 50:13, 50:25, 51:4, 51:17, 51:20, 51:23, 52:4, 52:5, 52:7, 52:10, 52:13, 52:14, 52:18, 52:20, 52:21, 52:23, 53:3, 53:5
**stanchions** [3] - 49:17, 49:18, 50:17
**stand** [11] - 5:15, 12:10, 92:9, 148:11, 155:3, 167:22, 181:1, 225:18, 230:4, 230:6, 247:5
**standard** [2] - 18:8, 76:3
**standards** [1] - 56:22
**standing** [1] - 155:17
**stands** [1] - 101:6
**start** [34] - 16:20, 30:11, 31:25, 43:10, 46:8, 54:12, 94:18, 96:7, 101:10, 106:20, 128:12, 129:22, 129:23, 130:4, 130:21, 130:22, 135:1, 156:25, 157:1, 157:4, 159:25, 160:2, 160:3, 160:10, 161:3, 186:8, 195:13, 225:15, 234:24, 238:21, 240:12, 243:7, 245:19
**started** [13] - 25:3, 64:7, 89:24, 90:24, 92:3, 96:12, 155:24, 165:3, 207:11, 214:3, 214:4, 246:3
**starting** [3] - 46:1, 116:14, 178:12
**starts** [5] - 177:12, 235:22, 240:10, 240:22, 241:19
**State** [4] - 231:10, 231:18, 232:18, 238:8
**state** [10] - 92:18, 112:18, 113:21, 123:16, 125:22, 217:1, 218:6, 231:23, 232:4, 232:17
**statement** [4] - 117:1, 163:25, 198:13, 216:14
**statements** [4] - 113:10, 163:19, 216:13, 245:20
**STATES** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**States** [18] - 1:22, 4:3, 4:7, 5:2, 6:24, 6:25, 11:2, 93:1, 93:3, 93:7, 93:8, 93:12, 116:5, 119:15, 166:12, 166:18, 176:17, 249:12
**stationary** [1] - 237:1
**stationed** [1] - 18:19
**status** [7] - 10:18, 119:15, 123:9, 200:13, 200:22, 222:14, 235:12
**statute** [1] - 231:15
**stay** [15] - 22:8, 22:12, 98:11, 100:13, 108:22, 119:15, 121:14, 140:8, 142:18, 144:11, 149:5, 149:6, 172:21, 239:3, 244:16
**stayed** [2] - 81:16, 158:21
**staying** [2] - 148:23, 243:3
**steadfast** [3] - 9:23, 9:25, 11:20
**steer** [2] - 121:3, 245:5
**STENOGRAPHICALLY** [1] - 1:20
**step** [6] - 67:10, 106:16, 107:7, 107:12, 107:19, 175:8
**stepped** [1] - 163:13
**sticker** [2] - 63:14, 63:15
**still** [22] - 75:6, 79:13, 81:22, 96:1, 143:25, 148:12, 163:6, 163:9, 163:12, 164:3, 164:14, 165:1, 166:12, 169:22, 192:4, 202:18, 211:9, 237:2, 237:7, 238:14, 240:13, 245:24
**stippling** [3] - 65:11, 65:12, 66:3
**stomach** [6] - 131:3, 139:10, 168:21, 181:25, 186:10, 186:11
**stone** [1] - 188:19
**stood** [1] - 203:6
**stop** [5] - 149:20, 163:8, 214:5, 234:25
**stopped** [2] - 214:6, 240:11
**Stoppers** [2] - 85:23, 87:11
**store** [4] - 158:11, 204:14, 204:21, 234:1
**straight** [1] - 245:2
**strap** [1] - 235:20
**Street** [24] - 1:15, 1:18, 126:15, 127:23, 133:10, 133:12, 133:13, 133:14, 140:3, 140:5, 155:23, 156:13, 156:15, 156:21, 158:3, 202:22, 203:21, 203:22, 236:5, 236:7, 237:8, 239:25, 242:4, 242:11
**street** [5] - 132:11, 132:15, 138:7, 151:18, 156:14
**streets** [1] - 240:2
**stretch** [1] - 67:5
**stretches** [1] - 76:14
**strict** [1] - 107:6
**strike** [1] - 174:6
**strikes** [1] - 174:7
**struck** [1] - 203:6
**structure** [2] - 10:19, 106:20
**stuff** [12] - 15:7, 103:22, 104:7, 104:8, 104:14, 104:15, 105:6, 145:13, 157:9, 166:11, 174:11, 174:13
**stupid** [2] - 106:10, 106:13
**subject** [2] - 23:14, 85:10
**subjects** [1] - 85:16
**submitted** [2] - 38:17, 83:21
**substance** [6] - 34:11, 35:4, 39:13, 39:15, 58:23, 68:11
**substances** [1] - 39:17
**sudden** [1] - 155:21
**suffered** [1] - 202:6
**Suite** [1] - 1:18
**sunken** [1] - 66:2
**supervise** [1] - 13:11
**supervised** [2] - 13:13, 13:19
**supervisor** [3] - 13:21, 14:9, 14:17
**supine** [1] - 76:21
**supplemental** [1] - 29:21
**supposed** [6] - 99:7, 100:2, 106:1, 184:4, 223:9, 223:17
**supposedly** [1] - 14:18
**surrounding** [5] - 33:10, 33:22, 35:3, 35:5, 73:10
**surveillance** [1] - 79:18
**survival** [1] - 204:24
**suspect** [2] - 84:7, 84:20
**suspected** [1] - 82:3
**sustained** [1] - 88:5
**swab** [2] - 56:22, 56:23
**swabbed** [7] - 66:8, 66:9, 68:25, 69:2, 69:3, 69:9, 69:21
**swabbing** [1] - 69:7
**swabs** [1] - 69:19
**sway** [1] - 75:9
**swear** [2] - 12:14, 92:10
**switchblade** [3] - 205:6, 205:8, 205:9
**sworn** [7] - 6:15, 12:16, 24:5, 70:11, 70:14, 92:14, 230:7
**symbolize** [1] - 184:24
**system** [6] - 63:15, 232:5, 232:25, 233:5, 235:8, 235:10

## T

**T-i-r-a-d-o** [1] - 92:20
**T-shirt** [2] - 60:10, 62:10
**table** [6] - 4:7, 11:3, 148:6, 148:7, 148:15, 211:10
**tables** [1] - 122:2
**talks** [4] - 119:12, 120:3, 177:20, 178:12
**tamper** [1] - 235:13
**tampered** [1] - 235:13
**tangential** [1] - 247:25
**tape** [6] - 18:21, 18:23, 27:25, 31:14, 40:9, 73:10
**tasked** [1] - 21:1
**tasking** [1] - 11:14
**tasks** [1] - 132:3
**tattoo** [11] - 181:9, 181:17, 181:18, 182:5, 182:6, 185:25, 186:2, 186:7, 186:15, 186:17, 186:19
**tattooed** [1] - 180:23
**tattoos** [13] - 9:19, 130:23, 130:25, 131:2, 131:6, 181:13, 181:19, 181:20, 185:13, 185:15, 185:24, 186:1
**taught** [2] - 104:4, 185:9
**taxes** [1] - 182:10
**tea** [2] - 204:16, 215:11
**teach** [5] - 103:21, 104:6, 104:23, 130:20
**teaching** [1] - 95:10
**team** [1] - 220:19
**tear** [3] - 59:9, 60:21, 60:25
**tears** [3] - 59:22, 61:3, 61:6
**technical** [1] - 232:1
**techniques** [1] - 25:16
**technology** [3] - 25:12, 25:21, 232:14
**ten** [7] - 30:10, 67:13, 93:11, 112:17, 123:21, 187:16, 241:2
**ten-minute** [1] - 67:13
**tends** [1] - 247:21
**tenth** [2] - 93:23, 94:1
**tenure** [1] - 10:20
**term** [2] - 8:9, 68:8

**terms** [1] - 226:25
**territory** [3] - 106:2, 106:8, 106:10
**test** [1] - 66:19
**tested** [3] - 39:16, 54:7, 66:15
**testify** [4] - 117:3, 164:4, 180:4, 221:6
**testifying** [1] - 128:21
**testimony** [9] - 6:5, 121:12, 201:21, 227:1, 228:12, 234:9, 246:24, 248:6, 248:7
**testing** [1] - 83:23
**tests** [1] - 25:19
**that'll** [3] - 19:18, 57:13, 225:11
**THE** [228] - 1:10, 1:13, 1:16, 4:2, 4:10, 4:15, 4:21, 4:22, 5:4, 5:8, 5:11, 5:13, 5:14, 5:16, 5:18, 9:3, 11:9, 11:11, 11:25, 12:4, 12:7, 12:8, 12:12, 12:15, 12:17, 12:19, 15:16, 15:18, 15:23, 19:16, 19:18, 22:17, 22:23, 23:19, 23:22, 23:24, 23:25, 24:2, 24:6, 24:7, 28:23, 28:25, 29:7, 29:9, 38:23, 38:25, 40:23, 41:10, 41:12, 42:1, 44:13, 45:10, 45:15, 45:18, 45:21, 45:23, 46:12, 47:1, 47:3, 48:8, 49:8, 49:10, 54:21, 57:11, 57:13, 62:3, 63:6, 66:23, 67:8, 67:10, 67:11, 67:12, 67:17, 67:20, 67:22, 70:3, 70:5, 70:7, 70:8, 70:10, 70:13, 70:15, 70:17, 70:19, 80:25, 81:1, 82:16, 82:17, 87:19, 88:5, 88:10, 89:8, 89:10, 89:14, 89:23, 90:2, 90:5, 90:17, 90:25, 91:2, 91:7, 91:11, 91:14, 91:20, 92:2, 92:4, 92:6, 92:10, 92:12, 92:15, 98:18, 98:22, 114:21, 114:23, 119:4, 119:8, 120:16, 121:21, 121:23, 122:7, 122:11, 122:13, 122:15, 134:3, 134:6, 141:3, 141:5, 146:21, 146:23, 148:21, 153:23, 153:25, 154:5, 163:15, 163:20, 164:2, 164:9, 164:13, 167:8, 167:10, 170:7, 170:9, 170:24, 171:23, 171:25, 172:6, 172:9, 172:13, 180:9, 180:11, 185:19, 187:2, 193:25, 194:2, 194:11, 194:16, 194:20, 194:22, 196:24, 197:4, 197:8, 197:11, 197:17, 197:21, 197:25, 201:8, 201:12, 201:15, 201:19, 202:1, 209:4, 209:8, 209:11, 209:23, 210:1, 210:4, 210:7, 210:17, 210:22, 211:1, 211:5, 213:12, 213:16, 213:18, 216:1, 223:14, 224:8, 224:13, 224:15, 224:21, 225:9, 225:13, 225:17, 225:22, 226:1, 226:4, 226:9, 226:20, 227:9, 227:14, 227:16, 227:17, 227:19, 228:6, 230:5, 230:8, 230:11, 230:13, 234:17, 234:19, 242:19, 242:22, 242:25, 243:1, 245:12, 245:17, 246:4, 246:13, 246:16, 246:22, 246:25, 247:4, 247:18, 248:4, 248:15, 248:18, 248:22, 248:25
**therefore** [1] - 228:25
**they've** [1] - 227:5
**thinking** [4] - 39:18, 89:17, 225:17
**thinks** [1] - 77:19
**third** [1] - 174:6
**threatening** [1] - 157:6
**three** [19] - 16:15, 21:4, 22:12, 76:25, 85:21, 130:19, 134:13, 135:18, 141:10, 147:2, 154:9, 170:15, 184:23, 184:24, 185:5, 190:10, 219:1
**three-feet** [1] - 16:15
**throughout** [3] - 13:12, 28:15, 245:6
**throw** [5] - 138:14, 165:12, 189:2, 218:18, 219:23
**throwing** [5] - 133:10, 133:12, 177:20, 217:24, 218:23
**thumb** [1] - 178:1
**Thursday** [1] - 226:3
**timeline** [1] - 225:1
**timing** [1] - 187:11
**tip** [1] - 86:1
**Tirado** [30] - 2:11, 89:17, 89:18, 92:9, 92:11, 92:14, 92:20, 115:3, 123:2, 141:9, 154:7, 171:1, 194:5, 196:2, 196:7, 196:10, 198:16, 199:1, 199:13, 203:3, 204:21, 204:22, 213:21, 224:25, 226:24, 228:12, 234:4, 242:14, 247:8, 247:24
**Tirado-Silva** [11] - 2:11, 89:17, 89:18, 92:9, 92:11, 92:14, 194:5, 224:25, 226:24, 234:4, 247:24
**Tirado-Silva's** [1] - 242:14
**tire** [1] - 17:25
**tissue** [1] - 43:17
**title** [4] - 110:13, 110:16, 231:3
**titled** [1] - 85:1
**to-do** [1] - 224:24
**today** [20] - 6:7, 61:11, 94:3, 118:15, 147:20, 180:4, 190:25, 192:18, 212:6, 212:9, 218:15, 224:24, 225:8, 226:7, 232:20, 234:9, 243:7, 243:12, 245:7, 247:16
**together** [3] - 142:10, 146:1, 208:1
**tomorrow** [12] - 225:2, 225:16, 243:6, 243:11, 243:18, 245:9, 245:14, 245:18, 246:6, 247:5, 247:16, 248:5
**tonight** [2] - 243:17, 246:1
**took** [15] - 29:23, 35:8, 39:18, 41:20, 68:15, 68:17, 68:24, 102:24, 158:25, 159:4, 159:24, 161:5, 189:25, 199:21, 219:21
**tooth** [3] - 48:14, 48:15, 48:20
**top** [14] - 36:21, 37:2, 37:10, 43:15, 62:10, 63:11, 63:17, 66:1, 138:15, 139:11, 164:6, 182:24, 206:22, 206:23
**torso** [6] - 28:15, 37:1, 111:10, 190:12, 199:14, 199:15
**total** [3] - 13:3, 113:15, 243:24
**totality** [1] - 8:24
**touch** [6] - 16:17, 28:7, 69:4, 129:8, 167:20, 209:14
**Tovar** [6] - 199:23, 200:6, 200:11, 200:16, 203:10, 205:12
**toward** [1] - 198:15
**towards** [8] - 34:6, 76:5, 76:12, 76:14, 76:15, 76:19, 200:13, 222:14
**town** [1] - 138:20
**Toyota** [2] - 150:21
**track** [2] - 85:2, 138:18
**tracking** [1] - 235:19
**tracks** [2] - 17:25, 199:8
**traffic** [3] - 13:12, 14:1, 38:11
**Trail** [2] - 238:7, 241:13
**trailer** [12] - 142:20, 142:23, 142:25, 143:2, 143:11, 143:12, 149:1, 149:7, 162:9, 162:10, 162:11, 162:17
**trailers** [1] - 143:1
**train** [1] - 138:18
**training** [5] - 25:6, 25:7, 25:10, 25:14, 78:17
**transcription** [1] - 249:7
**translation** [7] - 4:19, 172:4, 172:5, 172:16, 175:7, 175:18, 177:11
**transportation** [1] - 81:19
**transported** [1] - 38:14
**trash** [3] - 75:25, 77:15, 85:7
**travel** [3] - 18:2, 20:21, 108:20
**travels** [1] - 17:9
**tree** [2] - 20:12, 27:8
**trees** [5] - 16:9, 16:14, 27:15, 31:24, 76:13
**TRIAL** [1] - 1:9
**trial** [8] - 121:18, 210:15, 226:18, 229:25, 244:10, 244:15, 244:24, 245:6
**trials** [1] - 25:20
**tried** [4] - 69:22, 200:23, 218:11, 218:12
**Tropicana** [4] - 81:13, 82:8, 83:4, 205:20
**Tropicante** [6] - 83:5, 153:14, 157:8, 157:10, 157:13, 217:11
**trouble** [3] - 125:17, 174:16, 188:5
**truants** [1] - 14:1
**truck** [1] - 19:9
**trucks** [1] - 18:17
**true** [5] - 195:11, 196:9, 198:14, 200:17, 221:15
**truth** [8] - 116:25, 117:18, 174:24, 192:12, 192:16, 192:20, 219:14, 221:10
**try** [18] - 11:21, 84:5, 112:25, 113:17, 116:23, 117:13, 117:17, 123:7, 130:20, 139:20, 177:8, 221:16, 222:13, 225:13, 226:10, 227:12, 227:24, 230:9
**trying** [21] - 120:11, 132:4, 144:18, 152:25, 183:24, 184:12, 184:20, 197:2, 209:11, 212:25, 213:23, 218:9, 218:16, 219:24, 220:2, 220:7, 220:9, 222:8, 225:19, 245:20
**turn** [8] - 6:10, 22:5, 53:23, 67:24, 116:14, 122:24, 196:23, 197:12
**turned** [5] - 44:5, 47:6, 96:17, 137:5, 162:7
**turning** [3] - 210:11, 226:7,

232:20
**turns** [1] - 242:6
**TV** [1] - 232:9
**twice** [1] - 190:12
**Twitter** [1] - 244:16
**two** [61] - 16:15, 21:4, 22:12, 22:20, 34:5, 35:1, 45:23, 49:25, 53:3, 53:5, 59:14, 59:23, 79:14, 80:15, 81:11, 90:21, 96:20, 99:9, 112:9, 112:11, 112:16, 119:6, 124:22, 125:5, 125:24, 126:3, 134:13, 136:3, 136:15, 141:10, 142:16, 147:2, 150:14, 154:8, 158:23, 159:24, 162:6, 166:9, 166:11, 170:18, 171:19, 184:20, 188:12, 188:17, 189:5, 189:8, 190:21, 198:8, 208:12, 215:19, 215:22, 215:23, 216:4, 220:4, 222:6, 231:13, 232:4, 232:12, 240:2
**two-piece** [2] - 232:4, 232:12
**type** [9] - 21:3, 25:24, 26:1, 64:5, 69:4, 76:16, 145:9, 174:10, 220:14
**types** [5] - 25:21, 26:3, 105:11, 105:12
**typically** [11] - 7:7, 7:13, 7:15, 7:20, 7:25, 9:22, 10:25, 31:2, 38:13, 65:13, 66:17

## U

**U.S** [11] - 56:1, 107:25, 111:25, 117:2, 117:19, 117:22, 117:25, 118:3, 118:9, 123:12, 221:6
**ultimately** [10] - 64:8, 71:24, 79:7, 114:1, 118:10, 119:15, 120:12, 200:16, 215:17, 221:20
**unassociated** [1] - 227:5
**unattended** [1] - 26:2
**under** [6] - 68:22, 68:23, 124:3, 153:4, 195:10, 201:5
**underneath** [3] - 131:19, 134:20, 155:11
**understood** [1] - 164:13
**underwear** [2] - 59:8, 63:17
**undivided** [2] - 6:9, 243:3
**unfolded** [1] - 88:24
**uniform** [1] - 13:11
**uniformed** [1] - 73:12
**unincorporated** [1] - 72:22
**unit** [6] - 25:24, 38:17, 71:24, 86:10, 86:11, 231:7
**Unit** [2] - 21:14, 22:4
**United** [18] - 1:22, 4:3, 4:7, 5:2, 6:24, 6:25, 11:2, 93:1, 93:3, 93:7, 93:8, 93:12, 116:5, 119:15, 166:12, 166:18, 176:17, 249:12
**UNITED** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**united** [1] - 176:14
**Universal** [6] - 230:21, 230:22, 232:16, 233:20, 234:1, 234:13
**unknown** [4] - 51:12, 51:13, 51:14, 69:5
**unnoticed** [1] - 106:2
**up** [99] - 5:12, 8:2, 12:13, 18:17, 18:19, 19:3, 21:4, 35:21, 36:19, 38:3, 42:8, 42:21, 44:15, 45:21, 51:17, 52:10, 52:23, 53:5, 60:14, 67:18, 70:10, 73:25, 77:1, 84:24, 85:8, 86:15, 91:15, 94:12, 102:21, 104:24, 106:19, 106:25, 109:1, 109:5, 109:23, 110:2, 110:16, 121:10, 122:1, 122:12, 122:21, 123:16, 125:1, 125:9, 125:21, 126:24, 128:2, 132:5, 138:24, 139:2, 145:22, 146:9, 148:11, 148:18, 149:16, 149:18, 151:14, 153:15, 157:13, 166:11, 167:22, 169:14, 169:24, 170:1, 170:20, 174:25, 175:5, 175:7, 175:13, 177:24, 181:15, 182:5, 185:6, 192:14, 198:24, 200:21, 201:24, 212:17, 214:10, 214:24, 215:1, 215:2, 217:1, 217:5, 218:5, 218:17, 220:1, 220:2, 222:13, 227:13, 227:22, 234:25, 236:15, 238:25, 239:12, 242:3, 243:8, 244:18
**upbringing** [1] - 187:24
**upper** [6] - 28:15, 37:7, 61:2, 61:5, 181:25, 190:12
**ups** [1] - 19:1
**upwards** [1] - 33:10
**utilize** [1] - 18:18
**utilized** [3] - 30:24, 53:19, 53:20

## V

**value** [7] - 21:7, 49:1, 50:10, 51:10, 77:14, 79:7, 83:16
**van** [2] - 73:13, 78:2
**variances** [3] - 9:16, 9:18, 9:20
**varies** [1] - 7:21
**variety** [1] - 78:24
**various** [2] - 230:25, 231:1
**vary** [3] - 7:4, 7:5, 7:22
**Vasquez** [1] - 55:6
**Vasquez-Portillo** [1] - 55:6
**vehicle** [4] - 81:21, 237:23, 239:18, 242:1
**vehicles** [3] - 20:2, 20:3, 73:12
**verify** [1] - 245:25
**version** [4] - 52:10, 194:11, 194:16, 194:20
**versus** [4] - 4:3, 192:13, 192:16, 233:4
**via** [2] - 27:7, 38:15
**victim** [35] - 28:1, 35:8, 36:1, 36:13, 40:1, 44:5, 47:6, 54:9, 55:20, 56:13, 64:4, 75:2, 75:6, 75:7, 75:9, 75:11, 76:5, 79:15, 80:10, 81:5, 82:1, 82:5, 82:13, 82:21, 82:24, 83:8, 138:22, 158:10, 163:10, 163:12, 165:1, 165:6, 168:14, 169:9, 219:9
**victim's** [17] - 28:13, 36:11, 40:11, 42:18, 54:11, 56:2, 56:3, 58:11, 58:23, 60:14, 64:13, 79:24, 79:25, 80:5, 81:3, 81:19, 87:13
**victims** [1] - 188:17
**video** [20] - 18:4, 21:25, 29:18, 30:6, 30:7, 30:9, 30:11, 30:15, 31:10, 31:20, 32:7, 32:16, 32:24, 33:8, 34:4, 34:22, 79:18, 83:15, 244:5
**Video** [34] - 30:4, 30:13, 31:5, 31:8, 31:17, 31:21, 32:2, 32:5, 32:11, 32:14, 32:19, 32:22, 33:3, 33:6, 33:24, 34:2, 34:17, 34:20, 35:6, 235:1, 235:2, 237:5, 238:2, 238:11, 238:17, 238:18, 239:9, 239:10, 239:20, 240:7, 240:19, 240:20, 241:8, 241:9
**videos** [4] - 29:23, 30:1, 31:1, 33:21
**Viera** [2] - 225:16, 247:16
**Viera-Gonzalez** [2] - 225:16, 247:16
**view** [22] - 20:13, 23:10, 23:13, 32:10, 34:24, 36:1, 36:2, 36:19, 36:21, 36:24, 37:1, 38:3, 39:8, 42:8, 42:21, 49:15, 51:3, 52:25, 53:5, 60:7, 60:18, 61:2
**viewed** [3] - 63:24, 74:14, 83:15
**viewing** [1] - 64:5
**VIGIL** [1] - 1:7
**Vigil** [7] - 4:4, 4:11, 4:14, 4:16, 228:14, 228:24, 247:10
**VIGIL-BENITEZ** [1] - 1:7
**Vigil-Benitez** [6] - 4:4, 4:11, 4:14, 4:16, 228:24, 247:10
**Vigil-Benitez's** [1] - 228:14
**Vilelio** [1] - 55:6
**violate** [3] - 99:24, 104:11, 139:3
**violated** [4] - 99:23, 100:3, 189:23, 189:25
**violation** [16] - 98:1, 100:1, 107:18, 107:19, 108:2, 108:11, 112:4, 112:14, 137:10, 137:12, 137:13, 138:23, 174:19, 174:20, 189:20, 222:22
**violence** [7] - 7:17, 7:19, 7:23, 8:5, 187:8, 187:12, 213:6
**Violent** [3] - 21:12, 27:1, 27:6
**violent** [7] - 7:15, 7:17, 25:24, 72:4, 228:17, 246:19, 248:10
**Virginia** [27] - 8:18, 102:2, 102:11, 102:17, 102:21, 102:24, 103:2, 103:6, 103:22, 104:5, 104:23, 106:23, 107:2, 107:3, 107:22, 109:2, 109:11, 109:24, 131:8, 140:19, 145:15, 145:19, 145:21, 146:9, 181:22, 181:23, 183:10
**visa** [3] - 93:8, 93:9, 119:14
**visible** [3] - 36:17, 53:11, 182:2
**visit** [5] - 83:12, 125:12, 125:14, 125:21, 140:11
**visited** [3] - 82:10, 87:22, 191:12
**visiting** [1] - 83:13
**visualize** [2] - 53:13, 53:23
**visually** [1] - 76:2
**visuals** [1] - 244:19
**Volume** [1] - 1:7
**voluntarily** [1] - 120:9
**vs** [1] - 1:5

## W

**wait** [6] - 91:20, 107:20, 111:13, 159:23, 162:3, 162:6
**waited** [1] - 204:13
**waiting** [7] - 5:19, 112:16, 162:2, 162:5, 204:17, 226:6

**waive** [3] - 113:9, 120:6, 123:6
**waived** [3] - 192:9, 209:24, 210:14
**waiver** [1] - 210:8
**walk** [2] - 19:1, 21:4
**walk-ups** [1] - 19:1
**walked** [5] - 5:25, 17:24, 21:2, 74:17, 162:25
**walking** [2] - 33:10, 160:10
**wallet** [6] - 55:4, 55:11, 55:18, 55:22, 75:18, 80:2
**wants** [2] - 10:10, 177:4
**warrant** [1] - 191:9
**washer** [1] - 96:1
**watch** [2] - 157:15, 206:5
**watching** [1] - 81:17
**water** [6] - 15:8, 16:15, 51:7, 51:20, 75:25, 138:18
**ways** [1] - 214:3
**weapon** [4] - 21:6, 96:20, 123:17, 202:7
**wear** [2] - 231:21, 232:10
**wearing** [6] - 94:3, 148:2, 148:8, 148:13, 202:15, 219:22
**weed** [2] - 96:13, 130:21
**week** [1] - 144:11
**weigh** [2] - 210:9, 247:11
**welcome** [2] - 122:16, 248:15
**West** [3] - 236:7, 237:7, 241:4
**west** [10] - 16:6, 16:13, 27:14, 31:11, 32:1, 32:8, 52:25, 76:11, 76:23, 82:19
**westbound** [1] - 237:15
**WhatsApp** [2] - 157:19, 208:10
**whatsoever** [1] - 189:13
**white** [11] - 34:5, 39:9, 43:13, 43:20, 50:1, 50:3, 57:20, 58:3, 60:11, 63:15, 73:11
**whole** [4] - 21:5, 160:6, 191:6, 219:14
**wide** [1] - 17:22
**Wilber** [2] - 4:3, 4:13
**WILBER** [1] - 1:7
**wildlife** [1] - 20:23
**willing** [1] - 209:12
**Wilson** [7] - 2:11, 92:9, 92:14, 92:20, 194:5, 234:4, 242:14
**window** [1] - 243:13
**wing** [2] - 153:4, 178:22
**WITNESS** [16] - 2:3, 5:16, 11:11, 12:7, 12:19, 23:24, 45:23, 46:12, 47:3, 67:11, 70:7, 70:17, 81:1, 82:17, 230:11, 242:25
**witness** [60] - 5:7, 6:9, 6:14, 12:2, 12:8, 12:16, 23:18, 23:25, 24:5, 40:22, 41:15, 44:12, 45:13, 45:17, 45:20, 47:16, 67:6, 68:1, 70:8, 70:14, 86:18, 87:2, 87:5, 89:15, 90:6, 90:10, 90:16, 90:23, 91:5, 91:18, 92:7, 92:14, 120:19, 122:22, 148:19, 170:23, 187:1, 194:22, 196:16, 197:1, 198:7, 224:17, 224:19, 225:7, 225:14, 226:11, 226:13, 227:7, 227:10, 227:21, 228:7, 228:10, 228:16, 229:10, 230:7, 242:18, 246:21
**witness's** [1] - 6:5
**witnesses** [10] - 6:1, 21:25, 26:8, 79:10, 84:18, 202:10, 226:24, 243:24, 247:8, 248:6
**woman** [4] - 188:22, 189:1, 217:25, 218:18
**wood** [1] - 17:2
**wooded** [2] - 16:7, 16:15
**Word** [30] - 11:4, 11:6, 11:15, 99:3, 99:5, 99:6, 102:14, 102:16, 103:7, 103:8, 103:12, 103:14, 104:3, 107:5, 107:6, 109:1, 109:4, 109:23, 129:6, 130:1, 131:9, 131:11, 140:19, 140:21, 140:25, 177:14, 181:21, 206:17, 206:19, 222:21
**word** [3] - 104:16, 226:11, 244:1
**words** [2] - 116:22, 243:5
**Words** [1] - 11:12
**wore** [3] - 59:21, 60:10, 63:10
**workings** [1] - 8:23
**worried** [3] - 99:17, 160:17, 246:14
**worry** [4] - 110:25, 209:15, 211:7, 244:7
**worse** [1] - 218:22
**wound** [16] - 28:17, 59:11, 64:4, 64:7, 64:8, 64:10, 64:16, 64:23, 64:25, 65:4, 65:9, 65:14, 65:16, 65:21, 66:2
**wounded** [1] - 28:14
**wounds** [8] - 28:15, 36:13, 36:14, 36:16, 37:15, 37:23, 63:19, 64:6
**wrap** [3] - 225:13, 227:22, 227:24
**wrapped** [2] - 56:25, 64:2
**wrapping** [1] - 64:2
**wraps** [2] - 17:9, 20:11
**wrist** [3] - 66:9, 68:25, 69:1
**wristband** [1] - 83:9
**write** [6] - 134:13, 134:20, 141:17, 155:11, 176:9, 214:19
**writing** [2] - 25:17, 208:10
**written** [2] - 114:16, 216:14
**wrote** [4] - 136:9, 154:25, 176:11, 215:14
**WW45** [2] - 44:23, 46:4

**Y**

**yard** [2] - 76:20, 78:1
**yards** [2] - 16:22, 17:7
**year** [12] - 25:19, 71:4, 86:21, 99:14, 112:20, 112:22, 112:24, 123:25, 128:17, 189:10
**years** [20] - 10:20, 13:3, 25:5, 30:10, 71:6, 71:7, 71:16, 71:19, 72:8, 86:23, 112:16, 112:17, 123:21, 123:24, 124:15, 187:16, 189:8, 214:21, 231:13
**yellow** [6] - 18:24, 27:24, 27:25, 73:10, 76:25, 235:5
**yesterday** [7] - 5:24, 6:20, 7:6, 7:11, 8:22, 9:18, 89:16
**York** [38] - 99:21, 99:22, 100:4, 100:6, 100:8, 100:11, 100:17, 100:20, 101:18, 102:2, 102:4, 102:10, 102:14, 102:18, 102:22, 102:25, 103:20, 103:25, 109:1, 109:4, 111:20, 111:21, 124:25, 126:24, 136:5, 145:15, 145:18, 145:20, 169:25, 170:20, 171:10, 181:21, 183:10, 190:1, 191:9, 191:12, 214:17, 218:14
**you-all** [11] - 4:15, 90:6, 120:20, 122:17, 211:11, 228:11, 229:7, 243:3, 243:5, 244:2, 249:1
**yourself** [4] - 24:11, 70:23, 127:4, 199:19

**Z**

**zero** [3] - 85:22, 173:15, 174:10
**zone** [1] - 235:10
**zoom** [6] - 16:1, 46:11, 46:24, 172:24, 181:4, 182:12