UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 22-CR-60078-6

UNITED STATES OF AMERICA, Miami, Florida

January 24, 2025

vs.

9:08 a.m. - 5:14 p.m.

WILBER VIGIL-BENITEZ, Volume 4

Defendant. Pages 1 to 120

---

JURY TRIAL
BEFORE THE HONORABLE RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

BRIAN DOBBINS
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEYS
UNITED STATES ATTORNEY'S OFFICE
99 NE 4th Street
Miami, Florida 33132

FOR THE DEFENDANT:

JOSEPH S. ROSENBAUM
KIMBERLY ACEVEDO
ROSENBAUM & ACEVEDO, LLP
100 S.E. 2nd Street
Suite 3400
Miami, Florida 33131

STENOGRAPHICALLY REPORTED BY:

ILONA LUPOWITZ, RMR, CRR
Official Court Reporter to:
The Honorable Rodolfo A. Ruiz, II
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

# I N D E X


| WITNESS | Page |
|---|---|
| Andrew Gianino | |
| CONTINUED DIRECT EXAMINATION BY MR. DOBBINS: | 7 |
| CROSS-EXAMINATION BY MS. ACEVEDO: | 45 |
| REDIRECT EXAMINATION BY MR. DOBBINS: | 48 |
| Melvin Cruz-Ortiz | |
| DIRECT EXAMINATION BY MS. SMUKLER: | 51 |

GOVERNMENT'S EXHIBITS

| Exhibit | Received |
|---|---|
| 34 | 10 |
| 35 | 11 |
| 36 | 13 |
| 37 | 14 |
| 38 | 15 |
| 39 | 16 |
| 41-B and 41-C | 18 |
| 43 | 26 |
| 44-A through 44-G | 28 |
| 46-A through 46-G | 39 |
| 48 | 41 |
| 50 | 56 |
| 51 | 58 |
| 52 | 59 |
| 53 | 63 |
| 54 | 64 |
| 55 | 65 |
| 56 | 66 |
| 59 | 69 |
| 57 | 72 |
| 58 | 73 |
| 61 | 75 |
| 62-A through 62-D | 94 |
| 60 | 99 |

DEFENDANT'S EXHIBITS

(No exhibits marked.)

(Call to the Order of the Court.)

THE COURT: Good morning. We are here this morning in Case No. 22-60078, the ongoing trial in the matter of the United States of America versus Wilber Vigil-Benitez. Let's get appearances, please, on behalf of the government.

MR. DOBBINS: Good morning, Your Honor. Brian Dobbins and Elena Smukler on behalf of the United States. Also present at counsel table is Special Agent Nathan Ferguson of the Federal Bureau of Investigation.

THE COURT: Good morning. And on behalf of the defendant?

MR. ROSENBAUM: Good morning, Your Honor. Joe Rosenbaum and Kimberly Acevedo on behalf of Wilber Vigil-Benitez, who is present in the courtroom.

THE COURT: As I do every day of trial, Mr. Vigil-Benitez, I want to make sure you're following along and able to hear everything. So please, if the translation is not coming through clearly, I know you've been using the services of the Spanish interpreter throughout trial, if there's a problem with the equipment, will you please let me know?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Very good. A brief update. So we have all our jurors present and accounted for except one. I had to go ahead and make an executive decision early this morning. Juror

No. 9, who you may recall, was the one who came in yesterday regarding panic attacks.

She had a very serious panic attack last night and was not able to sleep, said that the images that she had been watching during the trial are giving her, essentially, a lot of problems.

She was in shambles when she called this morning. There was just no way I could even get her here. So I've excused her from the trial, especially because I know that we still have a medical examiner to go and we have other images that have been proffered as potential exhibits.

I don't think it's getting any better for her. It looks like it's getting worse. This is why we impaneled four alternates. So I just want to make sure that no one has any strong objection to the Court's decision. But she was pretty panicked about having to come in another day.

She tried her best yesterday afternoon and said that when she got home yesterday evening, she just had a full-blown panic and anxiety attack and could not sleep the night.

Any concerns from the government on excusing her?

MR. DOBBINS: No, Your Honor. I think that was a wise decision.

THE COURT: Yeah, I don't think we need her here.

Anything from the defense?

MR. ROSENBAUM: No, Your Honor.

THE COURT: All right. So she's not with us. So we're at 15. And I think that's probably for the best. All right.

Any housekeeping, starting with the government, before we continue on?

I know that Mr. Dobbins -- and I appreciate you were going to try to see if we could limit a little bit of the forthcoming testimony or get at least the audio clips set up.

MR. DOBBINS: I did my best, Your Honor. We'll see how it works.

THE COURT: All right. I appreciate that.

Anything else though? Any other concerns?

MR. DOBBINS: No, Your Honor, nothing from the government.

THE COURT: All right. Great.

I think if my memory serves me right, Mr. Dobbins, from my notes, we left off around page 101.

Am I right on that?

MR. DOBBINS: I think it was 101 or 102.

THE COURT: Yeah, that's what I have. I just want to make sure we're all in the same place when we bring our jurors out. I'll prompt them to open up to 101 since that's where we left off.

All right. And then on the defense, any updates on CJA issues?

MS. ACEVEDO: I have been excused.

THE COURT: Very good. You know, I want you on the CJA panel, so if I need to make some phone calls to help you get through that, if this is holding you up, let me know. Okay? But I really appreciate it, and anything I can do to help you with that when the trial is over, let me know. Okay?

MS. ACEVEDO: Thank you, Your Honor.

THE COURT: Thank you so much for accommodating us.

Anything else on the defense side, Mr. Rosenbaum, any other concerns?

MR. ROSENBAUM: No, Your Honor.

THE COURT: All right. Excellent. We're going to go ahead and round up our jurors, please.

THE COURT SECURITY OFFICER: All rise for the jury.

THE COURT: Thank you very much.

(Jury enters at 9:12 a.m.)

THE COURT: Please be seated, everyone.

Good morning, ladies and gentlemen of the jury. I hope everyone had a nice evening. You have your binders in your chairs. If you want to open up where we left off, we're going to begin or resume the testimony that we left off with yesterday.

We're at about page 101 or thereabouts, so if you want to go ahead and turn to that. I see that everyone has their notepads, as well. We will go ahead and resume the testimony of the witness, and the schedule today will, of course, be as

it's been the last few days. We'll take a break here in the mid-morning for you-all, and then go until the lunch hour.

One thing that I wanted to mention is, you know, I just want to thank you guys. I know it's been a pretty fulsome week since Tuesday, and you guys have kept your attention and focus.

I know the weekend is in sight, but I do want you guys to know that I checked in with the lawyers and we are absolutely on, if not ahead, of schedule. So I want to let you guys know, you know, in terms of next week, I know we made sure you were all available until next Friday. I have zero concerns at this time that we're going to make that schedule, if not beat it. Okay?

So we're going to keep pressing on. I know we're covering a lot of information. But given your attention and your focus, it's what's letting us keep things moving. So I really want to thank you guys for that.

So with that, I'm going to turn it back to Mr. Dobbins, and we'll pick up where we left off with our witness. So with that, Mr. Dobbins, the floor is yours and we can continue on with Detective Gianino.

MR. DOBBINS: Thank you, Your Honor.

(Government witness, Andrew Gianino, previously duly sworn.)

CONTINUED DIRECT EXAMINATION

BY MR. DOBBINS:

Q. Detective Gianino, I believe we left off yesterday -- we were still on the first time you went to interview the defendant, along with Special Agent Ferguson and Juan Miranda from CBP?
A. That's correct.
Q. On January 28th of 2023.
A. That's correct.
Q. I believe we left off at about page 101, but I would like us to turn now to page 103. We're going to start around -- about a third of the way -- third of the way down. This is at 2 hours, 33 minutes, and 20 seconds.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. Okay. We can stop it there. Let's move on to page 105, at about -- again, a third of the way down. This is going to be 2 hours and 36 minutes. Sorry, a little ahead of that.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. Okay. In those two clips we've played so far, one, there's a talk, the defendant says that at some point they went to a club that night.
During the investigation and your interviews with Tirado-Silva and others, was there a mention of any kind of

club that they might have gone to?
A. I don't remember as much a club. I remember they talked about watching a boxing event at a bar. I don't know if that's what they're referring to when he says club.
Q. Okay.
A. But there was a boxing event on TV, and that's why I questioned him about that.
Q. And what about the significance of the bicycle? Was that something that was significant to the investigation?
A. It was. It was consistent with what we learned that the victim was riding at the time of his encounter, keeping in mind initially he noted he was on foot, and then he corrected himself by saying the victim was on a bicycle.
Q. All right. Let's go ahead and move to page 110, please.
Now, before we start this clip, had -- in addition to the lineup with Fearless that the defendant identified, which was Government's Exhibit 33 that we went through yesterday, was there another lineup that had been shown to him that he kind of indicated that maybe he knew somebody in that one too?
A. Correct.
Q. Okay. So we're going to go with 2 hours, 41 minutes, and 35 seconds.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:

Q. All right. I'm going to pause it there for a second.

MR. DOBBINS: Your Honor, without objection, the government would move into evidence Government's Exhibit 34.

THE COURT: No objection?

MR. ROSENBAUM: No objection.

THE COURT: All right. That will be admitted.

(Government Exhibit 34 was received in evidence.)

MR. DOBBINS: If I may have the ELMO, please.

BY MR. DOBBINS:

Q. All right. So we just heard you say for the record -- so at this point, is he identifying somebody in this photo lineup that we're about to show?

A. That's correct.

Q. So showing you Government's Exhibit 34. Let's zoom out. All right. We've got one, two, three, four, five, six.

Is this the photo lineup that was shown to the defendant on January 18?

A. It was.

Q. All right. And who did he identify?

A. The third photograph as Wilson -- Wilson Tirado-Silva.

Q. I notice you didn't make him mark his initials or anything there?

A. He didn't. I captured his identification audibly on the statement.

MR. DOBBINS: All right.

Can we go back to the lectern, please?

We'll continue.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. We'll stop there.

MR. DOBBINS: Your Honor, without objection, the government at this time would move Government's Exhibit 35 into evidence.

MR. ROSENBAUM: No objection.

THE COURT: All right. That will be admitted.

(Government Exhibit 35 was received in evidence.)

MR. DOBBINS: If I may have the ELMO, please.

BY MR. DOBBINS:

Q. All right. So was this another photo lineup that you and Special Agent Ferguson were showing the defendant at this time?

A. Yes, it was.

Q. All right. Showing you Government's Exhibit 35. One, two, three, four, five, six.

Who did the defendant identify?

A. He identified photo No. 4. And my initials with the date and time. I'm sorry, the date and time so noted on the bottom left-hand corner. And that would be Bigfoot, Melvin David Cruz-Ortiz.

Q. And whose initials are these right here (indicating)?

A. They would defendant's.

MR. DOBBINS: Can we go back to the lectern, please? I'll hit play.

We're still on page 115.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. So now the defendant has admitted that at some point he's handed a knife?

A. That's correct.

Q. Let's move ahead to page 117. Starting at around the top of the page, this is going to 2 hours and 50 minutes and 0 seconds.

Hold on a second. Let me get to it.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. We'll stop it there.

Let's now move to page 118, 2 hours, 52 minutes, and 45 seconds.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. We'll stop it there. But now he's been shown another series of photographs; is that correct?

A. That is correct.

MR. DOBBINS: Your Honor, without objection, at this time the government would move into evidence Government's Exhibit 36.

MR. ROSENBAUM: No objection.

THE COURT: All right. That will be admitted.

(Government Exhibit 36 was received in evidence.)

BY MR. DOBBINS:

Q. All right. Showing you Government's Exhibit 36. Apologize. Let me get my papers out of the way. All right. Six photos. One, two, three, four, five, six.

Who did he identify there, as you stated in the recording, at No. 5?

A. The fifth photograph as being Ardilla, and he initialed the bottom of the page.

Q. And did the investigation learn what Ardilla's real name was?

A. We did. That would be Kevin Gamez-Melendez.

Q. All right. Let's keep playing.

MR. DOBBINS: If I could go back to the lectern. Still on page 121.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. We're going to stop there on page 123. All

right.

So at this point, had the defendant been shown another series of photographs?

A. He was.

Q. All right.

MR. DOBBINS: Your Honor, without objection, the government would move into evidence Government's Exhibit 37.

MR. ROSENBAUM: No objection.

THE COURT: Thank you. That will be admitted.

(Government Exhibit 37 was received in evidence.)

MR. DOBBINS: If I may have the ELMO, please.

BY MR. DOBBINS:

Q. All right. Here we go again. Government's Exhibit 37, photo 1, 2, 3, 4, 5, 6.

Who did the defendant pick out here in Government's Exhibit 4?

A. Picture No. 4, which he initialed on the bottom "WV."

Q. Thank you. Picture 4 of Government's Exhibit 37, sorry.

And who did the investigation learn who that person was?

A. He's known as Chango. His known name, legal name is José Gamez-Maravilla.

Q. Okay. And when we cut it off there, the defendant was saying that he believed Chango lived at the house where this initially started; is that right?

A. That is correct.

Q. All right. And based on your investigation and the interviews you've conducted, is that so far consistent with what you had learned?
A. That is accurate.
Q. Going to keep playing. Page 128.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. Okay. Let's stop it there.
Now you've shown him another series of photographs, right?
A. Yes, sir.
Q. Now, this one, he had a little trouble picking out one photo in this one, right?
A. That's correct. He picked No. 3 and No. 6.
Q. All right.
MR. DOBBINS: Your Honor, at this time the government would move into evidence, without objection, Government's Exhibit 38.
MR. ROSENBAUM: No objection.
THE COURT: All right. 38 will be admitted.
(Government Exhibit 38 was received in evidence.)
BY MR. DOBBINS:
Q. All right. Thank you. 38, one, two, three, four, five, six.
All right. We'll start with No. 6.

Does that picture have any relevance to the investigation that you know of?
A. Not that I am aware of.
Q. But what about No. 3?
A. It does. He initialed the bottom, "WV."
Q. All right.
Is this person known to the investigation?
A. It is -- or he is.
Q. And what was that person's nickname and name, if you know it, if you remember?
A. Discreto was his street name, and his legal name is Erick Villatoro-Cruz.
Q. All right. Thank you. We're going to back it up a little bit because there's always like a little ten-second delay.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. All right. Let's stop it there. Are you showing him another series of photographs at this point?
A. We did.
MR. DOBBINS: Your Honor, without objection, the government would move into evidence Government's Exhibit 39.
THE COURT: No objection? That will be admitted at this time.
(Government Exhibit 39 was received in evidence.)

MR. DOBBINS: If we may have the ELMO, please?

BY MR. DOBBINS:

Q. All right. Here we go again. One, two, three, four, five, six.

All right. Going back to 4, whose initials are that at the bottom?

A. The defendant's, "WV."

Q. Okay. And did No. 4 have some significance or relevance to the investigation?

A. He did.

Q. What was his street nickname and/or real name, if you recall?

A. His street nickname was Blue, and his legal name is Hugo or Ugo (pronouncing) Martinez.

Q. Okay. I'm going to keep playing.

MR. DOBBINS: If we could go back, sorry, to the lectern.

THE WITNESS: What page, Mr. Dobbins?

BY MR. DOBBINS:

Q. We're still on page 130. We're going to let it run a little bit. We're going to take this to about, I believe, page 133. So start on page 130 where it kind of left off towards the bottom.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:
Q. All right. So before we get into the cars, was he shown a series of Facebook pictures at this point?
A. He was.
Q. All right.
MR. DOBBINS: And if I may have the ELMO again, please.
BY MR. DOBBINS:
Q. Now, we'd already seen Government's Exhibit 41-A in evidence, and he had identified -- the defendant had identified himself in this picture where?
A. In the center, wearing the white shirt and the baseball cap.
Q. Okay. And at this point, then, now you're going back to this photo, but also showing him some other photos from Facebook, correct?
A. That's correct.
MR. DOBBINS: Your Honor, without objection, the government at this time would move into evidence Government's Exhibits 41-B and 41-C.
THE COURT: 41-B and C?
MR. ROSENBAUM: No objection.
THE COURT: All right. Those will be admitted.
(Government Exhibits 41-B and 41-C were received in evidence.)
BY MR. DOBBINS:

Q. All right. Let's start with 41-B.

All right. I believe this is the one you're referencing when he says it looks like one -- the guy with the backwards baseball cap might be the guy on my left, or something like that, right?

A. That's correct.

Q. All right. And then I'll just quickly show 41-C.

In 41-C, who's in this photograph?

A. The subject in the -- further away from the lens is Bigfoot, and the person closer to the right, I believe, is Discreto.

Q. Okay. And what about in Government's Exhibit 41-B?

A. On the far left wearing the baseball cap backwards is Blue. The person taking what appears to be a selfie, I believe, is Discreto. And on the back right, I believe that is Power.

Q. Okay. Now, he doesn't really talk about the guy taking the selfie or the guy in the back right with the white T-shirt on, right?

A. That's correct.

Q. He's talking about the guy wearing the blue T-shirt with the backwards cap? Because there's two guys with the backwards baseball caps, that's the reason.

A. That is correct. Blue shirt, backwards baseball cap on the left in the photo.

Q. All right. And who does he say that is?

A. Hugo. Street name of Blue.
Q. All right. But more importantly, I'm saying who does he say it is in this photograph because then he compares it back to this photograph, right?
A. On the back right, black shirt, he also identified him as Hugo.
Q. Right. This guy right here (indicating)?
A. That's correct.
Q. All right. And at that point he's saying that that picture was taken when they were on their way to somewhere?
A. They were on their way to Maryland.
Q. And to your knowledge, is that where the defendant lived at the time, or he lived in Maryland at some point?
A. Right. He lived in Maryland at some point.
Q. All right.

MR. DOBBINS: If we could go back to the lectern, please.

BY MR. DOBBINS:
Q. All right. Now we're going to turn to page 134, please, starting roughly at the top. This is going to be at 3 hours, 10 minutes, and 54 seconds, give or take with the delay that we always have.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. We'll pause it there.

The defendant says he doesn't remember if the car was red or grey.

Did there come a time during the investigation when you learned of a grey car that was relevant to the investigation?

A. I did.

Q. All right. And what was that grey car?

A. It was a car owned by Ardilla, Kevin Gamez-Melendez.

Q. All right. And is that the person who the defendant just said is the one that was driving the car that night?

A. That's correct.

Q. All right. Was there also a red car that became relevant to the investigation?

A. There was.

Q. And who -- and why was that red car relevant to the investigation?

A. It was driven by a co-defendant, Hugo, and it also traveled to the homicide scene.

Q. All right. And when -- and did we do some research on that and pull the DMV records?

A. That is correct.

Q. All right. I'm going to continue playing.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. Let's stop it there. Now turn to page 142, about a third of the way down. This is going to be at 3 hours, 19 minutes, 35 seconds. Lag time.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. We'll stop it there and move to page 144, almost to the bottom, the last two speakers, starting with you there, Detective Gianino, AG. And this is going to be 3 hours, 22 minutes, and 53 seconds.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. Now we're going to move ahead to page 146. Going to the bottom, two speakers, again, AG. This is 3 hours and 26 minutes, 0 seconds.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. So now at this point, the defendant's telling you, what, that it's possible he could have done what?

A. It's possible that he could have participated, and that if he participated, it was quick and possibly the torso area.

Q. The torso area of what?

A. Of the victim's body.

Q. And what would it -- why was that relevant? Where would that -- why would he bring up the torso or why was he asked -- what was his participation with the torso, I guess, is what I mean to ask.

A. The relevance is that we knew where the victim had been stabbed, and we were trying to compare his testimony to the injuries of the victim.

Q. So he was saying that he may have stabbed him in the torso?

A. Maybe; torso.

Q. Couple of times?

A. Correct.

Q. All right. Let's turn to page 152. We're going to start at 3 hours, 31 minutes, and 45 seconds. Start at around the top of the page.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. Let's now move to page 160. This will be about two-thirds of the way down, starting at 3 hours, 44 minutes, and 54 seconds.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. Let's jump to page 164, please. Start roughly at the top of the page, the first time that Detective Gianino is speaking,

AG. This is going to be at 3 hours, 48 minutes, and 15 seconds.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. So at that point I know Agent Miranda is saying Wilson.

But was the defendant pointing to a picture of somebody when he's saying the person had burned the clothes or taken the clothes, to dispose of them?

A. I don't remember if he was pointing to the photo, but he was referring to Sombra, who is Wilson Tirado-Silva.

Q. Okay. Let's move to page 169. This is going to be about a third of the way down the page, first time Special Agent Ferguson, NF, speaks, 3 hours, 53 minutes, and 15 seconds.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. We'll stop it there. Let's move to page 174. Going to the bottom of the page, the last time that NF is speaking. This is going to be 3 hours, 59 minutes, and 10 seconds.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. Now, yesterday we also talked about the time that you went

to interview the defendant again, on June 28th of 2023.

Do you recall that?

A. What was the year you said, sir?

Q. 2023.

A. Yes.

Q. June 28th.

A. Correct.

MR. DOBBINS: Judge, just let me know when you think it's a good time to break.

THE COURT: Let's go about another ten minutes or so, and then we'll break.

MR. DOBBINS: Okay.

BY MR. DOBBINS:

Q. All right. And again, just to remind everybody, who was present at that interview?

A. Special Agent Nate Ferguson, CBP Officer Davis Hernandez, acting as the interpreter, and myself.

Q. Okay. And yesterday we talked about how that meeting -- that interview was recorded, and we introduced Government's Exhibit 42-A and B into evidence.

So if you have the transcript, 42-B with you, I'd like you to turn to that now. And if everybody in the jury could turn to tab 42-B, which is Exhibit 42-B. You don't have a tab. You just have the document.

All right. Now, did you read him what are commonly

referred to, again, as his Miranda rights at this time?
A. The rights were read to the defendant, which he acknowledged.
Q. Okay. And if we could start on page 5. We'll start at 3 minutes and 31 seconds.
(Audio was published.)
(Audio was paused.)
MR. DOBBINS: Your Honor, without objection, the government would introduce Government's Exhibit 43.
THE COURT: All right. No objection?
MR. ROSENBAUM: No.
THE COURT: All right. We'll move that in.
(Government Exhibit 43 was received in evidence.)
MR. DOBBINS: If we can move it to the ELMO, please.
BY MR. DOBBINS:
Q. All right. Detective Gianino, I'm showing you Government's Exhibit 43.
Do you recognize this exhibit?
A. I do.
Q. All right. And what are we looking at here?
A. It's the Spanish version of the Miranda rights that were read to the defendant and which he initialed and signed.
Q. Okay. And is that his signature or the way he signed there at the bottom where it says "firma"?
A. The printing, it is.

Q. Okay. And also he initialed after all of those rights?
A. He did.
Q. And I notice this one, the one that we did -- that you did on January 18th was in English. Obviously it was read to him in Spanish.
This one, however, is in Spanish, correct?
A. That is correct.
Q. All right. Did he waive his rights and agree to answer questions?
A. He did.
Q. All right. So why don't we go ahead and turn to page 17.
We're going to start at the top of the page. We're going to start roughly around 13 minutes and 3 seconds.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. Okay. Let's pause it there.
At this time were you showing him a series of photographs?
A. Yes.
Q. Okay. Now, because you'd done the lineups the last time, were these lineups the six-pack, or were they something else?
A. They were singles.
Q. Okay.
A. Not a six-pack.
MR. DOBBINS: Your Honor, I believe without objection

the government would move into evidence Government's Exhibit 44-A through 44-G, as in golf.

MR. ROSENBAUM: No objection.

THE COURT: All right. Those will be admitted.

(Government Exhibits 44-A through 44-G were received in evidence.)

BY MR. DOBBINS:

Q. All right. If we could turn back to page 17 of the transcript.

Detective, if you look about two-thirds down, the defendant is saying this is Fearless, and you say, What photo? Was that number one?

A. Okay.

Q. All right. I'm showing you 44-A --

MR. DOBBINS: If I can have the ELMO. Thank you.

BY MR. DOBBINS:

Q. This is marked with a 1.

What is this picture we're looking at here?

A. That is the photograph that he identified as Fearless.

Q. All right. So this is -- and these were the numbers that were assigned.

That's why you're citing to him on the recording?

A. Correct, to memorialize his selections.

Q. All right. And this is the person he identified as Fearless?

A. That is correct.
Q. And again, do we know Fearless's first name?
A. Andy Tovar.
Q. Now, if you turn to page 18 he's saying -- on another photo he's saying he don't have nothing -- I'm sorry. He said he had nothing to do with this whole matter. What he did was the next day he gathered all the things and -- unintelligible or inaudible. And he was asked what the nickname was. He said: I don't know. And he said: Did you remember what country he was from? He said: I think he was from New York, but he was Dominican. And then somebody says, that's Photo 2. I think that's maybe Special Agent Ferguson.
Showing you Government's Exhibit 44-B.
Is this Photo 2 that was shown to the defendant?
A. It is.
Q. Okay. And again, the defendant didn't appear to remember this person's nickname, right?
A. Correct. He knew him as being Dominican.
Q. Okay. And who was this person? Did you learn from the investigation who this person was?
A. That's Sombra, William [sic] Tirado-Silva.
Q. Wilson?
A. Correct. I said Wilson.
Q. I think you said William.
A. You're right.

Q. And do we know where Wilson Tirado-Silva is from originally?
A. Yes. Dominican Republic.
Q. All right. He also referred to this as the guy that gathered up all the things the next day or something, is what he said, right?
A. That's correct.
Q. All right. If we move to photo 3, which I think they're still talking about at the bottom of page 18, he says, I know this guy, but I don't remember his name. Who is he associated with? And he said: He's associated with Fearless. And he says, they were in the same gang.
I'm going to show -- and then somebody says, that's Photo 3, I believe Special Agent Ferguson. I'm showing you 44-C.
Who is 3?
A. 3 is Ardilla.
Q. Okay. And again, he couldn't remember at this time -- on this date he couldn't remember his name. But in the previous interview he had identified this person as being named what?
A. Ardilla, Squirrel.
Q. All right. Moving to Exhibit 44-D, also on page 19, you reference photo 4.
And who is in photo No. 4?
A. Bigfoot.

Q. And so 1 through 4 is where at the bottom of page 19 the defendant says they were all of the Guanacos.
A. Correct.
Q. Now, on page 20 you start showing him photo No. 5, which you announce on page 21 at the bottom. I just want to show 44-E in evidence, which is marked with a 5.
We've seen this photo before, right?
A. I have.
Q. All right. And the defendant's seen this photograph prior -- on the previous occasion in January of 2023?
A. He did.
Q. All right. And again, who does he identify as sitting in the center?
A. Himself, white shirt, baseball hat.
Q. All right. And then the conversations about how he might need to see some other photos to figure out who the other individuals are in the back seat of that car, right?
A. Right.
Q. So at that point he's shown 44-F, which is photograph 6, right?
A. Yes.
Q. Okay. And again, who are the individuals in this photograph? Describe what they're wearing?
A. On the far left as we're looking at the photograph, baseball hat backwards, blue shirt, is Blue. In the center,

the hat backwards is Discreto. And on the far right, wearing no hat, in the white shirt, would be Power.

Q. All right. Now, at this point he says that he believes that these two -- both of -- two of the guys in this photo might be the two guys in the back.

A. He does.

Q. All right. And who is it that he indicates might be the two guys in the back?

A. The two subjects on the left of the photograph, black hat backwards, blue shirt, Hugo. The one in the center taking the selfie, hat backwards, tank top, as being Discreto.

MR. DOBBINS: Your Honor, did you want to take that break now?

THE COURT: Yep. Let's go ahead and do that now.

Ladies and gentlemen, if you would please go ahead and leave your binders at the page number that we left off on, in your chairs. We will go ahead and take a 15-minute break at this time.

Please go ahead and use the restroom, stretch out. You can also leave your notepads in your chairs, so that way you have them set up when you return.

Enjoy your break, folks.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 11:03 a.m.)

THE COURT: All right. Please be seated, everyone.

We'll also be on a break here for 15 minutes. If you need to step out and use the restroom, feel free.

THE WITNESS: Thank you.

THE COURT: You're welcome.

(Court recessed at 11:04 a.m.)

(Back on the record at 11:24 a.m.)

THE COURT: Please be seated, everyone. All right. We're going to go ahead and round up our jurors, please.

MR. ROSENBAUM: Before we do that?

THE COURT: Yes.

MR. ROSENBAUM: During the break, there were several jurors out there --

THE COURT: Okay.

MR. ROSENBAUM: -- and they were using the restroom with the family.

THE COURT: Sure.

MR. ROSENBAUM: -- with one of the witnesses. If we could -- if they're going to be allowed out during the breaks, I understand at lunch, then we need instructions that people here go up or down so there's no, you know, mixing.

THE COURT: Yeah, I mean, they have their own restrooms, so I'm not really sure. I think they might have wanted to stretch out. If they're using another restroom, I'll instruct them, unless it was occupied, they should try to use the one that's private so they don't have to interact with

anybody. But I'll mention it to them.

MR. DOBBINS: Judge, I spoke to the family and asked them, in the future on breaks, if they could just make sure they use the bathroom two or three floors up or down and just come back and then not to linger out there, just to come back into the courtroom so there's no possibility of interaction. They assured me that they did not interact with anybody.

THE COURT: No, I appreciate that. If they could just steer clear, I think that works. Okay. Very good. We'll bring them all in.

MS. SMUKLER: Judge, for scheduling purposes, what time are we going until?

THE COURT: Probably 12:30, so we have about an hour, give or take.

(Jury enters at 11:26 a.m.)

THE COURT: Please be seated, everyone, as you're coming in.

All right. Did everybody who wanted coffee get coffee? Yes? Okay, very good. So we're going to pick up where we left off. We're going to go for about another hour, depending where we're at. Maybe we'll push it a little bit closer to 12:40 before we take our lunch break. Okay? So we can make some more progress.

Just a brief word, I know a number of you may have needed to also step out to use one of the other restrooms.

Just be aware, please, again, not only do we have the lawyers that are walking around and potential witnesses and other court personnel, no one should be interacting with you at any point, and steer clear of anybody else.

But to the extent possible, try to use, whenever you can, the restroom that we have here for you guys inside the jury room. Okay? So with that, we'll turn it back to the government.

MR. DOBBINS: Thank you, Your Honor.

BY MR. DOBBINS:

Q. All right. So when we left off, we had shown those pictures. I believe we can go ahead --

MR. DOBBINS: I'm sorry. We don't need it. We can go to the lectern.

We'll start it again at about minute marker 19. I believe this is going to be -- we were on page, what, 23? Sorry, 24.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. Just to stop you there, he's now talking about -- he had started talking about a grey car, and the owner worked at the restaurant and they would go pick him up.

Did we learn about a grey car, again, in this version?

A. There was.

Q. Who was the owner of that car?
A. Kevin Gamez -- it was Ardilla --
Q. Okay.
A. -- Melendez.
Q. Then he starts talking about a red car, and this is where you say: 5, far right, black shirt.
Who are you referring to there?
A. He's referring to Hugo Martinez, also known as Blue.
Q. All right. And that picture 5, again, and that's -- Government's Exhibit 44-E, that was picture 5?
A. It was. A picture of the three males in the back seat of a car, and he would have been the one on the far right, black shirt.
Q. Like he just said in the transcript?
A. Yes.
MR. DOBBINS: Okay. If we can go back to the -- thank you. Hit play.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. Let's pause it there. We're going to move ahead to page 42, about halfway down the page, this will be minute marker 32 minutes and 30 seconds.
(Audio was published.)
(Audio was paused.)

BY MR. DOBBINS:
Q. All right. We'll just pause it. Again, number 3, 44-C in evidence.
MR. DOBBINS: If I could have the ELMO, please.
BY MR. DOBBINS:
Q. Who is that?
A. That's Ardilla, Kevin Gamez-Melendez.
Q. And he said that the people in the grey car were who?
A. Himself, Fearless, Ardilla, who is the driver, and the other person he says might be the person from the house.
Q. All right. And also, did he say the guy that they were taking?
A. Correct, and the victim. That would have been five total occupants.
MR. DOBBINS: Let's go ahead and hit play.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. I just want to stop it there. When he says, I believe it was this one, is he motioning to a picture?
A. Yes, he is.
Q. And which picture was that again?
A. He's motioning to the photograph of the -- I believe the driver of the second car.
Q. But he says, I believe it was this car. And you asked him,

what was the outside color of the car?
A. Correct.
Q. All right. Was he looking at that picture with the back seat, where they're all sitting in the back?
A. That was the red car, yes.
MR. DOBBINS: Okay. Let's go back to the lectern, please.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. I'll stop it there. If we can now turn to page 58. This is going to be minute marker 44:10.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. All right. Let's go ahead to page 64, about a third of the way down, 48 minutes and 45 seconds.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. Okay. Let's skip ahead now to page 77. I'm sorry. Yes, page 77. It's going to be about minute marker 59.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:

Q. Okay. Moving ahead, we're going to skip ahead to page 82, starting with, about halfway down, this is 1 hour and 2 minutes, 45 seconds.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. Okay. We'll stop it there. Let's move ahead now to page 106. This is 1 hour and 24 minutes.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. Let me go ahead and pause it here.

Were you showing the defendant another series of photographs at this point?

A. We were.

MR. DOBBINS: Your Honor, without objection, at this time the government would move into evidence Government's Exhibit 46-A through G, as in golf.

MR. ROSENBAUM: No objection.

THE COURT: All right. Those will be admitted.

(Government Exhibits 46-A through 46-G were received in evidence.)

BY MR. DOBBINS:

Q. And just showing it on the ELMO, just briefly, what is -- what are these pictures we're looking here -- looking at?

A. Different angles of the crime scene.
Q. This is the one in Boca Raton?
A. That is correct.
Q. And you guys chose to letter these for this part of the conversation?
A. That's correct.
MR. DOBBINS: All right. If we could go back to the lectern, please.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. Okay. So just there, he acknowledged that that was the scene where they were, where the murder was committed?
A. He did. That's correct.
Q. Now, I'd like to move ahead to page 113. This is 1 hour, 32 minutes and 30 seconds.
(Audio was published.)
(Audio was paused.)
BY MR. DOBBINS:
Q. I'm sorry. Before we get to that -- so at that point are you taking the defendant's DNA sample?
A. Special Agent Ferguson collected the DNA.
Q. All right. And did he agree to sign a consent form for that sample to be taken?
A. He did.

MR. DOBBINS: Your Honor, without objection, the government would introduce Government's Exhibit 48.

MR. ROSENBAUM: No objection.

THE COURT: All right. We'll admit that at this time.

(Government Exhibit 48 was received in evidence.)

BY MR. DOBBINS:

Q. Showing you Government's Exhibit 48. And where it says consent to search the defendant, two buccal swabs, what does that indicate?

A. Buccal swabs are basically sterilized Q-tips used to collect DNA.

Q. Did he sign that -- this form?

A. He did. Bottom right-hand side, he signed it.

Q. Okay. And prior to collecting the DNA -- I apologize. If we could turn back to page 109 in the transcripts. This is minute marker 1 hour and 20 minutes. It'll begin playing at page 110.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. All right. Moving ahead, we can go to -- let's start on page 133. I'm sorry. Page 137, minute marker 1 hour, 54 minutes, and 50 seconds. About two-thirds of the way down.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:
Q. Okay. So now you're starting to move on and show some other pictures at that point, right?
A. Correct.
Q. And at this point does Special Agent Ferguson start to talk about other people that he's looking at, other gangs, other gang activity with MS-13?
A. Yes, he is.
MR. DOBBINS: One moment.
(Discussion was held off the record.)
MR. DOBBINS: No further questions, Your Honor. I'll pass the witness.
THE COURT: All right. I think at this time we'll go ahead and take our break. It's just about 12:30. Then we'll pick up with cross-examination of this witness.
Ladies and gentlemen, when we take our break now, I just want to remind you, of course, regarding all the rules that have been governing your conduct from the very beginning. You've heard quite a bit of evidence, especially through this last witness.
I urge you not to be speaking about what you've heard and what you've seen with each other. The time will come at the end of the case where you are permitted to deliberate with one another. So you should continue not to discuss the case with one another at this time.

Of course, no independent research. No looking up people, places, or things. No discussion about this case with anyone, whether it be family, friends, or anyone else. Stay off social media, as all of you have done.

When you go to lunch, again, the lawyers and folks might be here outside the courtroom. Please remember to avoid them. They will avoid you. Take no offense from that.

We'll keep the binders in your chairs so you don't have to lug them back and forth. In the event that defense counsel wishes to reference anything, I want it to be easy. But I would ask you go ahead and take your notepads and leave them in the jury room before you break.

So we're going to get a little bit more of a break today than we did the other day. I want everyone to be back in the jury room by 2:15. We're hoping to start at 2:30, and then we're going to go until about 5:00 o'clock, and we'll be done for the day.

We'll take a break around 4:15 in the middle of that window. Okay? That's our plan now. So you're going to have a little bit more time for lunch. And if you need to stretch out, make some phone calls, check in with work, check in with home, you have that time. Okay? So with that, we'll go ahead and take a break at this time. Have a wonderful lunch, everyone. You're excused.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 12:30 p.m.)

THE COURT: All right. Please be seated, everyone. We'll go ahead at this time and take our lunch break. Just so that we can plan ahead briefly, my understanding is to the extent we can wrap up with our detective this afternoon, that we do have another witness standing by.

I know, if my memory serves me right, that it was Melvin Cruz-Ortiz that needs the services of the interpreter; is that right?

MR. DOBBINS: That's right, Your Honor. The interpreters are here, and my understanding is Cruz-Ortiz is available to be brought up.

THE COURT: All right. Very good. Okay. So we'll hopefully get to him here in the middle of the afternoon, once we're done with cross and any redirect.

All right. I have two sentencings, so if we could clear the table, please. Single defendants. We don't need a ton of room, but just make some space, please, so I can take care of those. All right? We're in recess.

(Court recessed at 12:31 p.m.)

(Back on the record at 2:51 p.m.)

THE COURT: All our jurors are back and accounted for. We're going to turn it over to cross-examination. Everybody ready to go? Yes?

Okay. Let's round them up, please. Thank you.

(Jury enters at 2:51 p.m.)

THE COURT: Please be seated, everyone, as you're coming in. I hope everybody had a nice break.

So we are going to turn it over to the defense to conduct their cross-examination of the detective, and we'll pick up with that.

I want to let you guys know, I know it's been, again, a long week, so everyone stay locked in for me here. I know the weekend is in sight. And so I don't want anybody to kind of get into that Friday afternoon mode. It's very important we get everybody paying close attention, as you guys have from the very beginning. And we'll try to take a little break here in an hour or two, hour and a half or so, for you guys to stretch out. Did everybody that needed coffee get coffee? We sent some more in, right. Okay. Very good. All right, guys.

With that, I'll turn it to the defense. Ms. Acevedo, the floor is yours.

MS. ACEVEDO: Thank you, Your Honor.

CROSS-EXAMINATION

BY MS. ACEVEDO:

Q. Good afternoon, Detective.

A. Good afternoon, ma'am.

Q. All right. You'll agree with me that Wilber did not have to speak with you that day on January 2023.

A. On either occasion, he did not have to speak with me.

Q. Correct. And he had the right to remain silent.
A. He did.
Q. And he had the right to have an attorney present during the interview.
A. He did.
Q. But he elected to waive those rights and speak with you.
A. That is correct.
Q. All right. And on that first occasion that you interviewed him, in January of 2023, that would have been almost eight years after the incident.
A. Correct.
Q. And it's the first time you ever met him?
A. That is correct.
Q. So as you testified during direct, first you establish a rapport.
A. Yes, ma'am.
Q. And you start off very broad.
A. I don't follow you.
Q. So your questioning, you didn't go straight into the date of the incident, right?
A. That's correct.
Q. And knowing that this wasn't something -- that you weren't asking about something that happened just the day before, right?
A. Correct.

Q. Or the week before?
A. I think the first hour, maybe hour and 30 minutes, the lead was Special Agent Ferguson getting a background on MS and the defendant. But, no, we weren't asking anything about the day before. That's correct.
Q. And you were asking about things -- both you and Special Agent Ferguson were asking about things that happened many, many years prior to the date of the interview?
A. That's correct.
Q. And in your experience, it often takes a while to get a complete and truthful statement from any suspect?
A. It varies. I've done interviews from homicides that occurred in '75 to current date. So each interview is independent of the previous one. People's memories are better than others. So I would say, it varies.
Q. Generally speaking, though, it takes, let's say, a few hours?
A. Again, my response is the same. I mean, it depends upon the individual witness. Are we referring to a suspect in a crime versus the victim of a crime. I think that may impact their memory, potentially.
Q. Your interview, the length of the interviews with Wilber, though, in the grand scheme of things, in all your years of being a detective, wasn't one that you look back and you're like, wow, that one was particularly long?

A. No, it was not particularly long. I happened to conduct longer interviews than probably many investigators, giving them the ability to speak for as long as they're willing to speak.
Q. And you also interviewed Tirado, a/k/a Sombra.
A. Correct.
Q. That was in -- the first time you interviewed him was in August of 2020?
A. I believe that's the correct date.
Q. And when you met with him, you made it clear that you were going to pursue murder charges against him with or without his cooperation?
A. That is correct.
MS. ACEVEDO: I have no further questions. Thank you.
THE COURT: Thank you. Any redirect?

REDIRECT EXAMINATION

BY MR. DOBBINS:
Q. Just briefly. You were asked on cross about the fact that you were asking him -- asking the defendant -- excuse me -- about an incident that had occurred approximately eight years prior to the time that you guys interviewed him?
A. That's correct.
Q. All right. And you were asked about, like, initially starting off with background, and then working your way to the incident to try to build rapport and so on. Right?
A. That is correct.

Q. Okay. And despite the fact that it was approximately eight years prior to when you interviewed the defendant, was he able to provide fairly detailed -- fairly detailed accounts that matched many of the details you learned in the investigation?
A. As the jury heard for themselves, over the two interviews, his details were rather spot on.
Q. And then the last question I wanted to ask you is, you know, you were asked on cross about -- you had told Sombra, Wilson Tirado-Silva, that you were prepared to charge him whether he told you anything or not; is that correct?
A. I was. That's true.
Q. But that was as to only two of the four murders, right?
A. Correct. We were unaware of the involvement on the others. And I had no jurisdiction on the third -- on the fourth.
Q. So the two murders you were going to -- ready to charge him with were what? Which two murders?
A. The murder of Chrislet Ondina, which is a Broward County case, and the murder of Omar Gutierrez, which is a Broward County case.
Q. Okay.
A. We were unaware of the murder of Joel --
Q. Joel Canizales-Lara?
A. That's the one. We were unaware of that homicide.
Q. And what was the only reason you were made aware of that homicide?

A. Through his cooperation.
Q. Through whose cooperation?
A. Through Wilson Tirado-Silva.
Q. Thank you very much.

MR. DOBBINS: No further questions.

THE COURT: Thank you very much, Detective. You are excused.

THE WITNESS: Thank you, Your Honor.

THE COURT: Government's next witness?

MS. SMUKLER: The government calls Melvin David Cruz-Ortiz.

THE COURT: All right. Gracie, if we could swear in our interpreters.

(Susana Starosta and Maria Carmen Fernandez, duly sworn to interpret from English to Spanish and Spanish to English as follows:)

THE COURT: Ladies and gentlemen, the one thing I want you to be aware of, as you can tell, we're going to have a live translation for you on the next witness because it's going to be from Spanish to English. That's why they're positioned this way.

The one thing I want to remind you of is, some of you may speak Spanish, and I can tell just from you following along the transcripts on the last detective, some of you do speak Spanish.

One thing you should always be mindful of is, you are all guided by the English translation. Okay? So even if you're listening to it in Spanish, as sometimes happens to me and you're already translating in your head, you should only be focused on what the English translation is of any testimony, that includes the transcripts you see and everything else.

We all have to be guided by the same testimony, so it makes sense. If for whatever reason some of you anticipate that there's a translation not coming through clearly or there's some issue, you could just raise your hand. But I anticipate no issues. Okay?

I just wanted to let you know so you can tune your ear to the translation. Everybody understand? All right. Very good.

Whenever you're ready, Madam Interpreter, let me know.

THE INTERPRETER: I'm ready.

THE COURT: All right. The government may proceed.

(Government witness, Melvin Cruz-Ortiz, duly sworn.)

THE COURT: Thank you. Ms. Smukler, the floor is yours.

MS. SMUKLER: Thank you.

DIRECT EXAMINATION

BY MS. SMUKLER:

Q. Good afternoon. Could you please state your name to the members of the jury?

A. Melvin David Cruz-Ortiz.
Q. Mr. Cruz-Ortiz, do you go by any nicknames?
A. Yes.
Q. What nickname?
A. Bigfoot.
Q. Okay. And where were you born?
A. El Salvador.
Q. How old were you when you left El Salvador?
A. 14, 15.
Q. Who did you live with in El Salvador?
A. With my grandparents.
Q. Okay. And you said you moved to the United States when you were 14 or 15.
Where did you go when you arrived in the United States?
A. I came to the United States.
Q. And where in the United States did you move to?
A. Florida.
Q. Who did you live with when you first moved to the United States?
A. Some -- aunt and uncle.
Q. Now, you mentioned Florida.
Where in Florida did you move to?
A. Broward County.
Q. Do you know the name of the city that you moved to?
A. Oakland Park.

Q. Okay. Now, did you attend school when you first arrived in the United States?
A. No.
Q. Did you ever attend school in the United States?
A. No.
Q. So is it fair to say that you stopped -- your education stopped when you were in El Salvador at about 14 years old?
A. No, before.
Q. So what age did you stop going to school?
A. About 12 years old.
Q. Okay. Now, I see that you're using an interpreter.
Do you speak any English?
A. No.
Q. Do you understand some words?
A. Yes.
Q. But do you speak English?
A. No.
Q. I also see that you're wearing a jumpsuit.
Are you currently in custody?
A. That's right.
Q. And where are you in custody?
A. Well, I know it as FDC Miami.
Q. Okay. How long have you been in custody?
A. Almost two years.
Q. And is that a result of being charged in a criminal case?

A. Yes.
Q. Now, you were charged in that case with several other individuals, so today I want to talk about some of the individuals you were charged with and how you know them. Okay?
A. Okay.
Q. Are you familiar with someone by the name of Kevin Gamez-Melendez?
A. Yes.
Q. What was his nickname?
A. Ardilla.
Q. Okay. Now, was Ardilla someone that you considered a friend?
A. Of course.
Q. Approximately how long after arriving in the United States did you meet Ardilla?
A. About a month later.
Q. And can you briefly describe for the jury how you met Ardilla?
A. I met him coming out of a house. He was in his van and he intercepted me on the way, and he asked me some questions.
Q. Okay. Was he with other people?
A. Yes.
Q. Do you know if Kevin or Ardilla was in a gang at the time that you met him?
A. No.

Q. No, you don't know, or no, he did not?
A. No, I didn't know that he belonged to a gang.
Q. At the time that you met him, did he belong to a gang?
A. I don't know.
Q. Okay. What about you? Did you belong to a gang when you met Ardilla?
A. No.
Q. Okay. Did you later learn that Ardilla had been part of a -- of a gang?
A. Well, he mentioned something like that.
Q. What did he tell you?
A. That he belonged to a group called OPLS.
Q. And do you know what OPLS stood for?
A. Oakland Park La Mara Salvatrucha.
Q. Okay. Were you a member of OPLS?
A. No.
Q. And do you know if OPLS was part of MS-13?
A. No.
Q. No, they were not?
A. I don't know.

MS. SMUKLER: At this time, the government would introduce Exhibit 50, without defense objection.

THE COURT: No objection on that one?

MS. ACEVEDO: No, Your Honor.

THE COURT: All right. That will be admitted.

MS. SMUKLER: If I could have the ELMO.
(Government Exhibit 50 was received in evidence.)
BY MS. SMUKLER:
Q. Mr. Cruz-Ortiz, I'm showing you six photographs; were these previously shown to you by law enforcement?
A. Yes, of course.
Q. And did you identify the person in photograph No. 5 as Kevin?
A. Yes.
Q. And is that your signature on the page?
A. Of course.
Q. Are you also familiar with someone by the name of Wilson Tirado?
A. Yes.
Q. What was Wilson Tirado's nickname?
A. Sombra.
Q. Was Sombra someone you also considered a friend?
A. Yes.
Q. Approximately how long after arriving in the United States did you meet Sombra?
A. Four or five -- four or five months later.
Q. Okay. Did you meet him after you met Ardilla?
A. Yes, of course.
Q. And how did you meet Sombra?
A. Well, Ardilla introduced me to him.

Q. Okay. So after your initial encounter with Ardilla, did you and Ardilla become friends?
A. Yes.
Q. Okay. And you said that you met Sombra through Ardilla. Were Sombra and Ardilla friends from before?
A. That's what they told me, yes.
Q. Do you know if Sombra was also a member of OPLS?
A. Yes.
Q. Okay. Now, when you met Sombra, was he a member of any gangs?
A. Of course.
Q. What gang was that?
A. GLCS.
Q. What does GLCS stand for?
A. Guanacos Lil Cycos Salvatrucha.
Q. And is GLCS part of a larger organization or gang?
A. Yes.
Q. What organization or gang is that?
A. La Mara Salvatrucha.
Q. Is that MS-13?
A. Yes.
Q. Okay. So when you met Sombra, Sombra was already a member of MS-13?
A. That's right.
Q. Were you and Ardilla members of MS-13 when you met Sombra?

A. No.

MS. SMUKLER: One moment. At this time, the government moves Exhibit 51 into evidence, without objection.

THE COURT: No objection on 51?

All right. That will be admitted.

(Government Exhibit 51 was received in evidence.)

BY MS. SMUKLER:

Q. I'm showing you Government's Exhibit 51. I'm showing you the third paragraph in that exhibit.

Do you recognize this photograph?

A. Yes.

Q. And did you write "Wilson" and sign next to or below this photograph?

A. Yes.

Q. And is this person you identified as Wilson Tirado or Sombra?

A. That's right.

Q. Now, when was the first time you learned of MS-13?

A. Since I was a kid, back in El Salvador. That's what you hear about.

Q. Were you a member when you lived in El Salvador?

A. No.

Q. When is the first time you begin to participate in the activities of MS-13?

A. After meeting Sombra.

Q. Okay. Is it fair to say that Sombra recruited you?
A. That's right.
Q. Did he also recruit Ardilla?
A. Also.
Q. Did he also recruit someone known to you as Mariachi?
A. Yes.
MS. SMUKLER: At this time, the government would move Exhibit 52 into evidence, without objection.
MS. ACEVEDO: No objection.
THE COURT: All right. 52 will be admitted.
(Government Exhibit 52 was received in evidence.)
BY MS. SMUKLER:
Q. I'm showing you Government's Exhibit 52. And I'm turning to page 3 of that exhibit.
Do you recognize the name Miguel Angel and your initials below this photograph?
A. Yes.
Q. And is that the person you identified as Mariachi?
A. That's right.
Q. Were you, Mariachi, and Sombra -- I'm sorry. You, Mariachi, and Ardilla all recruited by Sombra at the same time?
A. Yes.
Q. And when you were recruited into MS-13, did you become recruited to be a member of the GLCS clique?
A. That's right.

Q. Okay. I want to talk to you a little about the structure of MS-13.
Are there different levels of membership?
A. Yes.
Q. What are the levels of membership?
A. There's several. You start by paro, then observacion, chequeo, and then you become a homeboy.
Q. Okay. And at what point are you considered a full-fledged member of MS-13?
A. After you're jumped-in.
Q. What does that mean, to be "jumped-in"?
A. I don't know how to explain it.
Q. Well, is there -- what happens when you get jumped-in?
A. Well, someone from the same organization gives you a beating.
Q. For how long?
A. 13 seconds.
Q. Okay. And at what level of membership does that happen?
A. After you pass to homeboy.
Q. Okay. Is there levels of membership or leadership above homeboy?
A. Yes, the palabrero.
Q. Okay. Is the palabrero known as any other word?
A. The head.
Q. Okay. Now, how does someone move on through the different

levels of membership?
A. Well, there's several -- different cliques have different ways, but killing.
Q. Okay. So is killing the main way to move through or pass through the different levels of membership?
A. That's right.
Q. And who needs to be killed to raise through these levels of membership?
A. The rivals.
Q. Okay. Who are the rivals of MS-13?
A. 18th Street.
Q. Okay. Are rivals referred to by any particular name by members of MS-13?
A. We just call them chavalas.
Q. Chavalas?
A. Right.
Q. Now, what are the rules of membership for MS-13?
A. There's a lot, but one of them is loyalty.
Q. Okay. Are there rules about how you live your life?
A. Of course.
Q. What are the rules?
A. Well, there's many, but one of them is you live for the neighborhood and you die for the neighborhood.
Q. Okay. Now, as a new member of MS-13 or someone who is trying to gain membership, were you asked or required to do

anything?
A. Well, you join into the killing.
Q. Okay. At some point, were you asked to do anything regarding drugs?
A. Also.
Q. Okay. What did they ask you to do?
A. Sell marijuana.
Q. Okay. Who provided you with the marijuana to sell?
A. Sombra.
Q. Okay. Who set the price for how much you were going to sell the marijuana for?
A. Sombra.
Q. How much of the profits you made went to the organization?
A. All of it.
Q. So you didn't keep any of the profits?
A. No.
Q. What if you encountered someone in your neighborhood that was also selling drugs and was not part of MS-13?
A. Well, he's given, like, a warning. Or if he doesn't pay attention, he has to be taken off the road.
Q. Okay. So you said a warning. A warning to do what, to leave?
A. To stop selling or to leave.
Q. Okay. And you said if the person who is not a member of MS-13 does not stop selling, they have to go. What does that

mean?
A. Oh, you have to do something. You have to kill him.
Q. Okay. Do you know someone by the name of Chango?
A. Yes.
Q. How did you know or meet Chango?
A. We would get together to smoke and things like that.
Q. Was he a member of MS-13 or trying to gain membership into MS-13?
A. He was a member.
Q. Of what clique?
A. I don't remember.
Q. Was it the same -- was it GLCS?
A. No.
Q. Okay. So could members of different cliques hang out together?
A. Yes. Besides, we weren't that many, so we would get together from several ones.

MS. SMUKLER: At this time, the government would introduce Exhibit 53 into evidence, which defense has no objection.

MS. ACEVEDO: No objection.

THE COURT: All right. 53 will be moved in.

(Government Exhibit 53 was received in evidence.)

BY MS. SMUKLER:

Q. I'm showing you Government's Exhibit 53.

Is the photograph labeled 4, with "Chango" and your initials, the person that you identified as Chango?

A. That's right.

Q. Do you know someone by the name of Hugo or Blue?

A. Yes.

Q. And how did you know or meet Hugo or Blue?

A. The same, we would get together wherever, just for that.

Q. Was he also in MS-13?

A. Yes.

Q. Was he in GLCS?

A. No, a different clique.

MS. SMUKLER: At this time, the government would move Exhibit 54 into evidence, without objection.

THE COURT: All right. 54?

MS. ACEVEDO: No objection.

THE COURT: All right. That'll be admitted.

(Government Exhibit 54 was received in evidence.)

BY MS. SMUKLER:

Q. I'm showing you Government's Exhibit 54.

Did you identify the person in photograph No. 4 as Hugo or Blue?

A. Yes.

Q. Do you know someone by the name of Discreto?

A. Yes.

Q. And how do you know Discreto?
A. The same way.
Q. Was he in MS-13?
A. Yes.
Q. And was he in GLCS?
A. No.
MS. SMUKLER: At this time, the government would move Exhibit 55 into evidence, without objection.
MS. ACEVEDO: No objection.
THE COURT: All right. That'll be admitted.
(Government Exhibit 55 was received in evidence.)
BY MS. SMUKLER:
Q. I'm showing you Exhibit 55.
Do you recognize the person in photo No. 3 as Discreto?
A. Yes.
Q. And did you also know someone by the name of Power?
A. That's right.
Q. How did you know Power?
A. Same way.
Q. Was he a member of MS-13?
A. Yes.
Q. And was he in GLCS?
A. No.
MS. SMUKLER: At this time, the government would move 56 into evidence, without objection.

MS. ACEVEDO: No objection.

THE COURT: All right. That will be admitted.

(Government Exhibit 56 was received in evidence.)

BY MS. SMUKLER:

Q. I'm showing you six photographs shown to you.

Is the person in photograph No. 5 the person you identified as Power?

A. Yes.

Q. The people that we just mentioned, Discreto, Power, Chango, and Hugo, were they all in the same clique, or were they also in separate cliques?

A. Different ones.

Q. Okay. So other cliques were not viewed as rivals?

A. No. If they belong to the MS, no.

Q. Okay. Did Hugo or Blue have a car?

A. Yes.

Q. What kind of car did he have?

A. A Toyota Celica.

Q. Okay. Now, Mariachi, you mentioned Mariachi was recruited to MS-13.

Did he become a homeboy of MS-13?

A. No.

Q. What happened to Mariachi?

A. He asked to retire.

Q. Okay. So you said he retired. Can people just leave MS-13

whenever they want?
A. Not that I know of.
Q. So how was Mariachi able to leave MS-13?
A. Well, he asked permission from Sombra, because his girlfriend was pregnant.
Q. Okay. So what are the ways that people can leave MS-13?
A. Well, the ones I know of, it could be through iglesia, or it can be very hot, or death.
Q. Okay. So let's talk about that. So iglesia, you mean church?
A. To look for things in God.
Q. Okay. So if someone turns to God, they can leave MS-13?
A. If he does it from his heart, yes.
Q. And does MS-13 check to make sure that someone, in fact, has turned to God?
A. Not constantly, but he can be observed.
Q. Okay. Who does MS-13 worship?
A. The demon.
Q. The devil?
A. Yes.
Q. Okay. I think you said there were two other ways that people could leave MS-13.
You said death was one, right?
A. Of course.
Q. What was the other?

A. You can ask permission if things are getting very hard, that you're being looked for, being -- they're looking for you.
Q. You mean if, like, law enforcement is looking for you?
A. That's right.
Q. Okay. So I want to go back to when you became a member of MS-13.
Why did you become a member?
A. I don't know. At that time, I had problems with my family.
Q. And what about having problems in your family made you turn to MS-13?
A. I don't know. I was, like, mad and -- I don't know.
Q. Did MS become your family?
A. That's right.
Q. Okay. So when you began, did you begin as a paro?
A. Of course.
Q. And did you eventually become a homeboy?
A. Yes.
Q. So I want to talk to you about how you became a homeboy.
Did you know someone by the name of Joel?
A. Yes.
Q. Were you involved in the murder of Joel?
A. Yes.
Q. Did you take him to the place that he was murdered?
THE INTERPRETER: From the interpreter, can you repeat the question?

MS. SMUKLER: Sure.
BY MS. SMUKLER:
Q. Did you take him to the place where he was eventually murdered?
A. Yes.
Q. Was that your involvement in the case?
A. Yes.
Q. Who else was involved in murdering Joel?
A. Sombra and Mariachi.
MS. SMUKLER: One moment.
At this time, the government would move Exhibit 59 into evidence without objection.
THE COURT: No objection?
MS. ACEVEDO: No objection.
THE COURT: Thank you. That'll be admitted.
(Government Exhibit 59 was received in evidence.)
BY MS. SMUKLER:
Q. Is this the person that we just spoke about, Joel?
A. That's him.
Q. And what does it say under his name?
A. Crazy.
Q. Is that what Joel was known as, or that was his nickname?
A. We knew him as Little Crazy.
Q. Okay. Now, did being involved in the murder of Joel raise you from paro to observacion?

A. Yes.
Q. Okay. Now, I want to draw your attention to May 2nd and 3rd of 2015. That's the night a young man was killed in Boca Raton.
Who were you living with at that time?
A. We all lived in a mobile home at the time, Ardilla, Sombra, me, Fearless, and Solitario.
Q. Okay. So you said it was you, Sombra, Ardilla, Fearless, and Solitario?
A. Yes.
Q. Okay. So let's talk first about that place you were living.
What kind of residence was it?
A. A mobile home.
Q. And do you know where that mobile home was?
A. In Pompano.
Q. Okay. How long had you been living at that home at the time of the murder in Boca?
A. Not long. Maybe one or two months.
Q. Who was -- from the group that we just discussed, who was renting that mobile home?
A. Kevin and Sombra.
Q. Okay. Why did you move in with them?
A. Well, because where I lived, there lived a lady with her two daughters. And my lady, she had left, and I just didn't

want to stay there alone.
Q. Okay. So did you initially move in just with Sombra and Ardilla?
A. Yes.
Q. So at some point, did you meet someone by the name of Fearless?
A. Yes.
Q. Who is Fearless?
A. It was another member of the organization.
Q. And where was Fearless from?
A. Virginia.
Q. And what was Fearless's rank?
A. He was a homeboy.
Q. Do you know why Fearless came down to Miami?
A. No.
Q. And do you know how Fearless -- who Fearless knew from within the group?
A. Sombra.
Q. Okay. And how long did Fearless live in Miami -- or in South Florida?
A. About five or six months.
MS. SMUKLER: One moment.
At this time the government would move Exhibit 57 into evidence without objection.
THE COURT: No objection?

MS. ACEVEDO: No objection.

THE COURT: All right. Thank you. That will be admitted.

(Government Exhibit 57 was received in evidence.)

BY MS. SMUKLER:

Q. I'm showing you Government's Exhibit 57.

Is the person in photograph 4 the individual you identified as Fearless?

A. Yes.

Q. Did it seem to you that Fearless was of a higher rank than Sombra?

A. The same.

Q. Now, you also mentioned that Solitario lived with you in that trailer; is that right?

A. He came later, after Fearless.

Q. Do you know where he came from?

A. Maryland.

Q. And was he also friends with Sombra?

A. Not that I know of.

Q. So do you know how he knew or who he knew from in the group?

A. From what I was told, he was a friend of Fearless.

Q. And what was Solitario's rank?

A. The same, homeboy.

Q. Did Solitario have any tattoos that indicated to you that

he was a homeboy?
A. Yes.
Q. What did he have?
A. He had the MS.
Q. Okay. And do you have to have a certain rank to have a MS tattoo?
A. Yes.
MS. SMUKLER: One moment.
At this time, the government would move Exhibit 58 into evidence, without objection.
MS. ACEVEDO: No objection.
THE COURT: Thank you. That will be admitted.
(Government Exhibit 58 was received in evidence.)
BY MS. SMUKLER:
Q. I'm showing you what's in evidence as Government's 58. I'm showing you photograph 6 in that exhibit.
Is that the individual that you identified as Solitario?
A. Yes.
Q. Now, you mentioned Solitario already had an MS tattoo?
A. Yes, he had one.
Q. I'm showing you this photograph of Solitario already in evidence as Government's Exhibit 73-A and B.
Is this the MS tattoo that you observed him with?
A. Yes.
Q. Okay. And so he was already a homeboy when you met him?

A. Yes.
Q. Okay. Now, I want to talk to you about that evening of May 2nd and 3rd of 2015, the night of the murder in Boca.
Do you remember what you were doing before you went to Boca?
A. I was home.
Q. Okay. Did you go to someone's house that evening?
A. Yes. We got together at Chango's house.
Q. Who was at Chango's house?
A. Well, all of us from the gang and his family members.
Q. When you say all of us from the gang, is it everyone that we've mentioned at this point?
Let me be clear, actually, who we're talking about.
A. Yes.
Q. Was Chango there?
A. Yes.
Q. Was Blue or Hugo there?
A. Also.
Q. Discreto?
A. Also.
Q. Power?
A. Yes.
Q. Ardilla?
A. Likewise also.
Q. Okay. Solitario?

A. Also.
Q. Fearless?
A. Same.
Q. And Sombra?
A. Yes.
Q. Okay. Mariachi had already retired from the -- MS-13 at that point?
A. Yes.
Q. Did he leave after the murder of Joel?
A. A while later -- sometime later.
Q. Okay. Now, how did you get to Chango's house?
A. With Ardilla, in Ardilla's car.
MS. SMUKLER: One moment.
At this time, the government would move Exhibit 61 into evidence, without objection.
MS. ACEVEDO: No objection.
THE COURT: Thank you. 61 will be admitted.
(Government Exhibit 61 was received in evidence.)
BY MS. SMUKLER:
Q. Is this the car that you identified as Kevin or Ardilla's car?
A. Yes.
Q. Do you happen to know what kind of car it is?
A. Mitsubishi --
THE INTERPRETER: This is the interpreter, Mitsubishi,

sounds like Lancer.

THE COURT: Lancer.

THE INTERPRETER: Lancer. Thank you.

BY MS. SMUKLER:

Q. Now, what was your rank at that time?

A. Observacion.

Q. Did that mean that Solitario, Sombra, and Fearless could give you orders?

A. Yes.

Q. What were you doing at Chango's house?

A. Well, that -- that was a normal day. We were just hanging out. We were gonna watch a fight.

Q. At some point, did someone who was not part of your group or not part of MS-13 arrive?

A. Yes.

Q. Who was that?

A. A person that I don't know, but it was the one that became the victim.

Q. So you did not know the victim before that date?

A. No, it was the first time I saw him.

Q. So did anyone say anything about him that directed your attention to him?

A. Well, Chango had said that he would hang out with the chavalas or rivals.

Q. Chango said that the victim would hang out with the

chavalas?
A. Yes.
Q. Okay. So what did that mean to you?
A. Well, that he was a rival, a contrario.
Q. And what happens to the rivals?
A. Well, you kill them.
Q. Is that one of the main rules of MS-13?
A. Yes.
Q. Okay. Who did Chango say that to?
A. Well, the group of us that were there.
Q. That's the group that we went through the names earlier?
A. Yes.
Q. So did someone suggest doing something about that?
A. Well, Sombra was mentioning all that crap, and, you know, said that you can climb up or move up.
Q. Okay. So what did Sombra say had to be done?
A. Well, we had to kill him.
Q. Okay. Who was in the group that Sombra said that to?
A. The GLCS.
Q. Okay. So you said that some of the people there were not GLCS, right? Were they also present when Chango pointed out the victim?
A. Yes.
Q. Okay. And were they also present when Sombra suggested doing something to the victim?

A. Well, they're kind of, like -- since everything started, we already knew where it was heading.
Q. Where was it heading?
A. Well, that he was saying that we had to kill him.
Q. Okay. So everyone that we discussed, everyone, Chango, Discreto, Power, Blue, Solitario, Ardilla, and you, all knew that the victim had to be killed?
MS. ACEVEDO: Objection. Leading.
THE COURT: Overruled.
You may answer.
THE WITNESS: Yes.
BY MS. SMUKLER:
Q. Okay. So was there a specific plan made as to how the victim would be killed?
A. Well, like a set plan that we had? There was no plan. It was kind of, like, just done at the moment.
Q. So what was done? What happened?
A. Well, since the victim had been drinking, someone told him that we were gonna get more beer, so he got in the car and fell asleep.
Q. Okay. Before you left, was there any plan about who would get into what car?
A. No.
Q. Okay. Did anyone -- was everyone already armed with some kind of weapon?

A. No. Well, no, like I said, we weren't prepared for the situation, so some didn't have anything.
Q. Okay. So did someone make sure that everyone got weapons?
A. Yes, Chango.
Q. Okay. So before you left Chango's house, everyone was given or was made sure that they had a weapon?
MS. ACEVEDO: Objection. Leading.
THE COURT: Overruled.
THE WITNESS: Yes.
BY MS. SMUKLER:
Q. Okay. And when we say -- when I say "a weapon," what kind of weapon did everyone have?
A. Well, whoever didn't have their own blade, they were given a kitchen knife.
Q. Okay. Was that from Chango's house?
A. Yes.
Q. Okay. Whose car did the victim get into?
A. Kevin's.
Q. Is that the Mitsubishi we just discussed?
A. That's it.
Q. Okay. Was someone told to get in the car next to the victim?
A. No.
Q. Okay. And was there any plan about what would happen on the way to wherever you were going?

A. That Solitario would handle questioning him.
Q. Okay. What does that mean, "questioning him"?
A. To be sure that he was a part of the 18th.
Q. Okay. So who decided that Solitario would be the one to question him?
A. Sombra.
Q. Okay. Is there a reason that Solitario was the one chosen to question him?
A. No. Just that he was in the back.
Q. Okay. What about his rank? Could anyone of any rank question a chavala?
THE INTERPRETER: This is the interpreter. I'm going to ask him to repeat it.
THE WITNESS: The person has to be a sabedor in order to ask questions of someone.
BY MS. SMUKLER:
Q. Okay. Does that mean they need to know what questions to ask? Is that . . .
A. Yes.
Q. Okay. And what rank would that person be?
A. Well, it would have to be somebody that was a homeboy or at least that would have a "mente," as we would say.
Q. Okay. And the translation would be the mind to do that?
THE INTERPRETER: This is the interpreter. Are you asking me or him? Mente technically would be "mind," but I

don't know if that's exactly what he is referring to. That's why I didn't change the word. I can ask him if you want.

MS. SMUKLER: Yes, if you can, please.

THE WITNESS: What I mean is somebody intelligent, someone that would be qualified to do that.

BY MS. SMUKLER:

Q. Okay. And so it was determined that Solitario was qualified to interrogate or question the victim?

A. Well, we could say it that way, yes.

Q. Okay. So do you remember who got in the car with the victim, other than Solitario?

A. Well, Ardilla was driving with Fearless, Discreto.

Q. You said Ardilla was driving with Fearless and Discreto?

A. Well, they weren't all three driving, but they were in the same car.

Q. Okay. So that car had five people, just to make sure. Ardilla, Fearless, Discreto, Solitario, and the victim.

A. That's right.

Q. Okay. Was there a second car?

A. Yes, Blue's.

Q. What kind of car did he have?

A. A Toyota Celica.

Q. Do you remember what color it was?

A. Well, it was kind of, like, between a light red or pinkish color.

Q. Okay. And did you get into the Toyota Celica?
A. Yes.
Q. Who was driving the Celica?
A. Blue.
Q. Okay. So did Chango get into the Celica?
A. Also.
Q. And did Power get into the Celica?
A. The same.
Q. Did Sombra get into any of the cars?
A. No, he -- he went on his bike. Well, to be more specific, on the victim's bike.
Q. Why didn't Sombra go in the cars with you?
A. Because he was wearing a monitor, and he could only be within Broward, the Broward area.
Q. Okay.

MS. SMUKLER: Judge, did you want to take a break at 4:00?

THE COURT: Yeah. Let's go and take, if we could, just a ten-minute break, please.

Ladies and gentlemen, let's go ahead and just use this -- this is the last piece of testimony for the day before we break for the weekend. Go ahead and leave everything in your chairs. Just for the restroom so we can power through this last hour or so. Okay?

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 4:08 p.m.)

THE COURT: Please be seated, everyone.

Does he need to use the restroom, guys? I don't know if he's all right. Check with him. Yeah? Okay. Go ahead. He can take a restroom break then, as well.

Just so I can get a sense -- before we break real quick, just with the last hour that I have, give or take, Ms. Smukler, do you have a sense how much more you have on the direct of this witness?

MS. SMUKLER: I would say, maybe the full hour. Maybe a little less.

THE COURT: Okay. Yeah. I'm just trying to think that we may be just breaking with his direct. And then I don't think there's any logistical problems bringing him back for his cross on Monday, unless it's very brief, and then we can get him off.

I don't know if the defense has any sense of that. I mean if it was similar to what we just did with our last witness, I'd rather just have our marshals not have to bring him back over him and deal with the logistics, if we could. So that's why I'm asking.

MS. ACEVEDO: I anticipate it will be longer than with Detective Gianino.

THE COURT: Longer? Okay. All right.

MR. DOBBINS: I'd be shocked if it wasn't.

THE COURT: That's fine. I think what we'll do is, let's just try to finish his direct and then break for the week.

And we'll bring him back, Ms. Acevedo, and you and Mr. Rosenbaum can handle -- pick up where we left off on Monday. Okay?

MS. ACEVEDO: Okay.

THE COURT: All right. Go ahead if you guys need five. We'll be back in just a moment.

(Court recessed at 4:10 p.m.)

(Back on the record at 4:32 p.m.)

THE COURTROOM DEPUTY: All rise.

THE COURT: Please be seated, everyone.

All right. Let's round up our jurors, if we can.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury enters at 4:32 p.m.)

THE COURT: Please be seated, everyone.

All right. We'll turn it back to you, Ms. Smukler. We'll pick up where we left off.

MS. SMUKLER: Thank you, Your Honor.

BY MS. SMUKLER:

Q. We were discussing how Solitario was tasked with asking the victim questions.

What sort of questions was he supposed to be asking the victim?

A. I don't know. I wasn't there with them.
Q. Okay. What is the purpose of asking a victim or a chavala questions?
A. When you're sure, you don't have to ask.
Q. Okay. So you mean when you're sure that someone is a rival?
A. Yes.
Q. Okay. So why was the victim going to be asked questions?
A. I don't know. I couldn't tell you.
Q. Okay. Were you-all sure that he was, in fact, a member of the other gang?
A. No. I was telling you that I didn't know him.
Q. Okay. So was the purpose of the questioning to determine if the victim was a chavala?
A. Well, the one who said he was a chavala was Chango, and the one who said that he was going to die was Sombra, so I don't know.
Q. Okay. But I'm asking about the interrogation. Was the purpose of the interrogation to determine whether the victim was a chavala?
A. That's right.
Q. Okay. So, now, did you know when you got in the car where you were going?
A. No.
Q. Okay. And how long did it take you to get to your

destination?
A. About half an hour, 40 minutes.
Q. On the car ride up to the location, were you discussing what was going to happen when you arrived?
A. No.
Q. Did you know what was going to happen?
A. Well, yes. Since we left, we had something in mind of what was going to happen.
Q. What was that? What was going to happen?
A. That one way or the other, the mission was going to be done, as you could say.
Q. To kill the victim?
A. That's right.
Q. So what if it turned out he was not a chavala?
A. Well, once at the place where things happened, we approached those that came in the other car, and we asked, and they said, no, no, we know he's chavala.
Q. Okay. And the people that went in the other car were Ardilla, Solitario, Fearless and Discreto?
A. That's right.
Q. Okay. And so they confirmed that the victim should be killed, essentially.
A. Well, from the questions that we made, the victim had confirmed that he was friends with a chavala or rival.
Q. All right. So whose car arrived first to that location?

A. Blue's.
Q. That's the car you were in?
A. Yes.
Q. How long after until the other car arrived?
A. Ten, 15 minutes later.
Q. Okay. And were you all already outside the car when Ardilla's car arrived?
A. Yes.
Q. Okay. So who got out of Ardilla's car?
A. All of them got out. Only the victim who was asleep.
Q. The victim stayed inside?
A. Correct.
Q. How did the victim get out of the car?
A. Well, he woke up. Solitario started shaking him, and he said, come on out. He came out. He was -- well, he had been asleep. He was disoriented. So he started running.
Q. Did he get out on his own of the car?
A. No. Well, kind of we had to help him.
Q. Okay. When you say help him, was he grabbed and pulled out of the car?
A. Yeah, he was dragged.
Q. Who dragged him out of the car?
A. Solitario.
Q. And what was he saying exactly to him?
A. To get out of the car.

Q. Did he say that in a nice tone?
A. Get out, you son of a bitch.
Q. Okay. So he said, son of a bitch, get out of the car?
A. Yes.
Q. Okay. Did he refer to him as a chavala at any point?
A. No.
Q. Okay. So you said that the -- after Solitario dragged him or grabbed him out of the car, the victim ran away?
A. Yeah, he kind of saw the place, but since he didn't see anything, he started running away.
Q. So, did anyone follow him?
A. Yes.
Q. Who followed him?
A. Several.
Q. Who?
A. Ardilla, Discreto, Solitario.
Q. Did they catch up to him?
A. Yes, I was telling you that the victim was drunk.
Q. So what happened once they caught up to him?
A. They started stabbing him with a machete, with knives.
Q. When you say they started to stab him, did Discreto stab him?
A. No, it was Ardilla.
Q. Okay. What kind of knife did you see Ardilla with?
(Interpreter clarification.)

BY MS. SMUKLER:
Q. What kind of knife did you see Ardilla with?
A. Well, it's a big machete. We call it saca tripa, but it was a big machete.
Q. Okay. And did you see where the machete hit the victim?
A. Yes, in the face.
Q. Okay. Did you also see Solitario begin to stab the victim?
A. Well, at the moment, no, because the victim was struggling.
Q. So at some point, did everyone begin to stab the victim?
A. Yes.
Q. Okay. So I want to go through who stabbed the victim.
Did you see Ardilla stabbing the victim?
A. Yes, because he was the one with the biggest machete.
Q. Okay. And did you see Solitario stab the victim?
A. Yes.
Q. Okay. And did you see the remainder of the people, Discreto, Chango, Power, and Hugo, stab the victim?
A. Yes, all of them.
Q. How would you describe the scene, what this looked like?
A. Like a birthday party, when children are fighting for candy.
Q. Okay. So everyone was trying to stab the victim?
A. That's right.
Q. Can you describe what the victim appeared like during this part?

A. At that time, when everybody was there, he was already on the ground. What was happening was one was stabbing, the other one -- the other one was stabbing on the other side.
Q. Okay. So is it fair to say that everyone was just looking for a place to stab the victim?
A. That's right.
Q. Now, is it your understanding that as a member of MS-13, you must participate in a murder that you're present for?
A. Yes.
Q. And is that the mission that you previously discussed?
A. Of course.
Q. Okay. So did you participate in the stabbing?
A. Well, if you realize, I'm describing the scene, but at some point, I didn't join. But since I was observing, and then I heard a voice in the back saying, okay, Big, move.
Q. Whose voice was that?
A. Fearless.
Q. Okay. And when Fearless told you to move, what did you do?
A. I went towards the victim also.
Q. Okay. Was Fearless participating in stabbing?
A. At that moment, he was an observer, or observing.
Q. Did he, ultimately, get involved in this murder?
A. Towards the end, when the victim was on the ground, since we were on a street, on a small street, we were told to move him. So we moved him. I grabbed him by a leg. We dragged

him. So we set him on the ground again, and Fearless came and shot at him twice.
Q. Okay. So Fearless was the one that ultimately shot him?
A. Yes.
Q. So was there anyone who did not participate in this?
A. No, nobody. All of them.
Q. Now, did you get hurt at all during this?
A. Yes, I cut my -- I cut myself on one of my fingers.
Q. How did that happen?
A. The same. As I was stabbing him in the head, the knife slipped from my hands, since it was a kitchen knife, and I cut my fingers.
Q. Okay. Did anyone else get hurt?
A. At that moment, we didn't pay attention, but it was towards the end.
Q. What happened at the end?
A. When we were -- when we were in the cars, Solitario started saying that he had been shot. But, no. Because when he raised his shirt, it was just a small cut.
Q. I want to show you Government's Exhibit 73. Sorry. I have to zoom in. Is this little cut here, is that what he was complaining about?
A. I couldn't tell if it was that one. At the time, I thought it was lower.
Q. Okay. Was it bleeding a lot?

A. No.
Q. Okay. Was he upset at someone, or did he accuse anyone of stabbing him?
A. No. He was just complaining that he was going to die.
Q. Okay. Do you know how he got cut?
A. It must have been at the time when we were all trying to stab the victim.
Q. Did he think that it was on purpose?
A. No. It was an accident.
Q. So is it fair to say that during the frenzy of everyone attacking the victim, like it's candy at a birthday party, that the defendant got cut?
A. Yes, you could say that it was like that.
Q. Well, based on --
A. There's no other way.
Q. Okay. So based on what you saw, did anyone intentionally cut him?
A. I can only talk for myself. From what I saw, no.
Q. Did you hear him accuse anyone of cutting him?
A. No.
Q. And how did you get cut?
A. I thought as I was stabbing the victim on his head, the knife slipped.
Q. So were you-all trying to stab him at the same time?
A. You could say so, yes.

Q. Okay. What made everyone finally stop?
A. Well, the victim was already on the floor. And as I was saying, one would stab on one side, the other would stab on the other side. That's what was -- that was what was keeping -- we were -- we kept doing, but the victim couldn't do it.
Q. But the what?
THE INTERPRETER: The victim couldn't do it.
BY MS. SMUKLER:
Q. So the victim, at some point, appeared to have died?
A. Yeah, he was on the ground already.
Q. Okay. So did Fearless tell everyone to stop, or did you all just stop on your own?
A. No, each one of his own account.
Q. Okay. And was it Fearless who directed you to move the body?
A. Yes.
Q. So who dragged the body across the way?
A. I grabbed him on one side. I think Discreto grabbed one of his hands.
Q. Okay. And did Fearless tell you where to put the victim?
A. Yes.
Q. Okay. And did he place him on the ground somewhere?
A. Well, while we were dragging him, I thought we were going to throw him into one of the canals that are close by, but, no, we just set him on the ground, and that's when he was shot.

Q. Did you see Fearless shooting the victim?
A. Yes.
Q. Was he close to the victim when he shot him?
A. Who, Fearless or us?
Q. Was Fearless close to the victim?
A. Yeah, he was right in front.
Q. And how many times did you see him shoot the victim?
A. Twice.
Q. Did you see where he shot the victim?
A. The same, in the head.

THE INTERPRETER: From interpreter, in the face.

BY MS. SMUKLER:

Q. Okay. And what happened after that?
A. Each one got into their own car.

MS. SMUKLER: Okay. One moment.

THE COURT: Sure.

MS. SMUKLER: At this time the government moves Exhibit -- sorry. It's a composite comprising of Exhibit 62-A through D without objection.

THE COURT: No objection, right?

MS. ACEVEDO: No objection.

THE COURT: Thank you. That will be admitted.

(Government Exhibits 62-A through 62-D were received in evidence.)

BY MS. SMUKLER:

Q. Do you remember being shown photographs of the scene by detectives who spoke to you?
A. (No verbal response.)
Q. And that's your initial on -- 62-C?
Sorry. And do you remember seeing 62-D and signing it with your initials?
A. Yes.
Q. Now, I'm going to show you 62-B.
What do we see in this photograph?
A. Well, the victim.
Q. Is that where you dragged the victim and Fearless ultimately shot him?
A. Yeah, because he was kind of in the middle of that avenue that goes by.
Q. You can actually point to the screen to show where he was when everyone was stabbing him.
A. Behind somewhere here (indicating).
Q. Okay. Do you see it better in this picture?
A. It was somewhere here (indicating).
Q. Okay. So that's where everyone in the group was stabbing the victim, besides Fearless?
A. Yes.
MS. SMUKLER: Judge, I notice it's almost five. I don't know if you want to --
THE COURT: Let's keep it going.

MS. SMUKLER: Okay.

THE COURT: If we can try to finish this witness, folks, you can hang in there with me, I'd like to finish the direct, if I can, and keep us a little bit more on schedule.

Go ahead.

MS. SMUKLER: Okay.

BY MS. SMUKLER:

Q. So what car did you get into after the victim was killed?

A. Kevin's.

Q. Why did you get into Kevin's car?

A. Because we all -- all of us lived in the same trailer.

Q. Okay. So you went back with Kevin?

A. Yes.

Q. Okay. Was everyone who lived in the trailer in the car, besides Sombra?

A. Yes.

Q. Okay. So that would have been you, Solitario, Kevin, and -- well, that's it, right?

A. And Fearless.

Q. And Fearless. Okay.

So where did you go?

A. To the house.

Q. Do you know where Hugo's car went?

A. Also, they followed us, at the end, we all got together in the same place.

Q. So everyone ended up coming to the trailer?
A. Yes.
Q. Where was Sombra?
A. He was waiting. He was in the trailer.
Q. Okay. Did Sombra tell you where he had been or what he had done?
A. That he had gone by and thrown away the bicycle.
Q. The victim's bicycle?
A. Right.
Q. Okay. Did you-all tell Sombra what had happened?
A. Yes.
Q. Okay. And did Sombra instruct you to do anything to ensure there was no evidence?
A. To throw away everything. Our clothes, the shoes.
Q. Do you know why?
A. Well, a lot of it was splashed with blood.
Q. The victim's blood?
A. Right.
Q. Okay. Now, because of this murder, were some of you going to be rising in level in MS-13?
A. All of us that were not homeboys went up.
Q. Did you have to -- went up a level?
A. Yes.
Q. Okay. Did you have to provide proof of the murder?
A. No. Fearless had said what he saw.

Q. Who did Fearless tell that to?
A. Sombra.
Q. And do you know who Sombra reported it to?
A. The sabedor locals.
Q. Okay. Did you ever hear or see any news of this murder?
A. Sombra showed me.
Q. What did he say?
A. Well, at the moment, he was laughing and, you know, just laughing.
Q. Like, out of pride?
A. We could say, yes.
Q. And what did he say?
A. That the -- on the news they had said that it was one of the bloodiest murders.
Q. Now, you mentioned that you raised a level, right, in MS-13 at that point?
A. I went up to chequeo.
Q. Okay. Did you eventually become a homeboy?
A. That's right.
Q. Okay. So I want to talk to you about the incident that raised you to the level of homeboy.
Were you involved in the 2015 murder of someone by the name of Chrislet?
A. Yes.
Q. Okay. What was your involvement in that murder?

A. Well, it was just Sombra and I, and you could say it was first and second offender.
Q. Okay. Which one were you?
A. Well, I was the first that attacked the victim.
Q. Was the victim a member of a rival gang?
A. Sombra told me that he was.
Q. Okay. So did killing another chavala help you to become homeboy?
A. I went up, to pass to homeboy.
Q. Okay. To pass up to the level of homeboy?
A. Yes. I just had to be jumped in, that's all.
MS. SMUKLER: One moment.
Your Honor, at this time the government would introduce into evidence Government's Exhibit 60, without objection.
MS. ACEVEDO: No objection.
THE COURT: It's admitted.
(Government Exhibit 60 was received in evidence.)
BY MS. SMUKLER:
Q. I'm showing you what's in evidence as Government's Exhibit 60.
Is this the person that you identified as Chrislet to police?
A. Yes.
Q. Okay.
MS. SMUKLER: Your Honor, can we come sidebar?

THE COURT: Sure.

(The following proceedings were held sidebar:)

THE COURT: Yes, Ms. Smukler.

MS. SMUKLER: I just -- I still have to go through his plea agreement and how he met the defendant. I actually have a lot to go, and I feel kind of rushed.

THE COURT: A lot to go?

So is this a good spot, where you're at, question wise? I mean, where are you in your questioning? I don't know if this a good spot for you to break.

MS. SMUKLER: Yeah, that's fine, Your Honor.

THE COURT: You want to end it here?

Okay. We'll break and bring them back.

(Proceedings returned to open court.)

THE COURT: Ladies and gentlemen, it's just after 5:00 o'clock. We are at a very clean breaking point in the questioning, so we will finish with the government's examination of this witness on Monday morning and then turn it over to the defense for their cross-examination. I don't want to keep you guys any longer. This weather has been somewhat lackluster today. I'd rather you guys get home sooner than later.

So here's what we're going to do. Just a couple of reminders. Of course, I know I sound a little bit like a broken record, but it is very, very important because I'm not

gonna see you-all for a few days. You're gonna get a very, very well-deserved break of this weekend.

During this weekend, family may want to ask you what has this trial been all about. Okay. It's human nature. Friends may want to know, your employer may want to know. Please remember you cannot discuss anything with anyone. That, of course, includes with each other until you guys are deliberating at the end of the case.

Remember, however, you can discuss scheduling, so you can let employers know and family know that the judge is keeping things on time, the lawyers are working hard, and we certainly expect to finish this trial next week without question. So I want you guys, if you feel you need to share that with employers, feel free to do that. Okay?

And if I have a better sense of when that might be by the end of Monday, I'll let you guys know. I'll keep evaluating it. But certainly, we're going to be inside our timetable.

Of course, when you go home, even if you have curiosity, even if you're thinking about issues in the case, which is absolutely fine, you've heard a lot of evidence, don't do any research, don't look up any people, places, or things in the case. Stay off, of course, any social media regarding your involvement in this case, as well.

On Monday we're gonna begin at 9:00. Same protocol

applies. If you're running a little late, just give me a call, so I know you're on your way. You'll all meet inside the jury room. When everyone is present and accounted for, we'll bring you guys back out, and we'll pick up where we left off.

Of course, if you see the lawyers on your way in on Monday, take no offense from that if they dodge you and they avoid you, which they must.

Now, if you could, please, it will be easier if you guys can take everything back. So take your binders. If you want to stack them somewhere in the corner of the jury room, that's fine. The important thing is when you guys deliberate if you want to go back to those binders and read anything again, I want you each to have your own copy. Your notes, as well. Keep them all in there. We're going to seal the jury room tonight. No one's going in there all weekend. It will be the same way you left it on Monday morning.

Okay. All right, everybody. You guys have been excellent. Thank you for your undivided attention. Have a great weekend. We'll see you Monday at 9:00 a.m. You are excused.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 5:09 p.m.)

THE COURT: All right. Everyone, please be seated. We'll see Mr. Ortiz on Monday.

All right. Let's just do a little brief housekeeping

before we all break for the weekend. We will finish Mr. Ortiz on Monday. Certainly, I think it'll take most of the morning. And we have to finish our direct still and get into our lengthier cross.

Who do we have, Mr. Dobbins, ready to go in the afternoon on Monday?

MR. DOBBINS: Judge, we have the medical examiner.

THE COURT: Okay.

MR. DOBBINS: And if need be, we also -- there's the potential we may try to call the DNA. But also, if need be, we have Kevin Gamez-Melendez, who is being brought over on Monday, as well. So we have three additional witnesses that we could get to on Monday if, for some reason, we finish quicker than anticipated with this witness.

THE COURT: Understood. Yeah. I think at least as long as we have one, maybe two more, I think our medical examiner and DNA is probably more than enough. I don't foresee us, even at a great clip, getting deeper in than that. And I think, at a minimum, we should be able to finish this witness and one more and then see where we're at in the afternoon.

Looking ahead just for my own schedule, the Court only has one break on Monday, a change of plea that should be relatively brief at 1:00 o'clock, so it'll be a lot shorter. Today I had two sentencings that went a little longer. So I expect that we will probably break at 12:30 and resume at

around 1:45 or so, so we should be able to make quite a bit of headway.

Just looking ahead, Mr. Dobbins, just I'm trying to plan kind of the next week a little bit further in looking at my own calendar. Besides the medical examiner, DNA and Gamez-Melendez, I mean, I don't know how many more we're going to have after that. I know we have the special agent. But I can't imagine we have that many more after that point.

MR. DOBBINS: That would be it. It would be Special Agent Ferguson to introduce some exhibits from search warrants and some other things. He, obviously, created the lineups, so he can fully identify the people in the lineups. And then that's it.

I think we have a stipulation that we will try to get -- we're doing for the identity of the victim. And then -- yeah. So that's basically it. I feel like we're on pace to potentially rest our case-in-chief on Tuesday afternoon.

THE COURT: Yeah, that would be the best. And I mean, I think what my goal would be -- obviously, I'll check with the defense team and see what we're doing in terms of testifying or anything like that. But I think in a perfect world, what I'd like to do is, even if we end a little early on Tuesday, if we're lucky, I would shut it down, let everyone go, recap, get their notes together, and we come back and close on Wednesday. That will be my plan. So even if we finish a little early on

Tuesday, we're not going to put this in the jury's hands late Tuesday or mid-Tuesday.

So you can all have a colloquy with the defendant, and we'll figure out what the defense is going to do on that front. And then we may be putting it in the jury's hands.

We can certainly -- if we end early on Tuesday or need a little bit of time on Wednesday for charge conference, we can do that. I've reviewed the jury instructions. I've gone through them already. I know there's been some filings on that. But truthfully, the defense only has maybe mere presence and one other thing.

I know that, Ms. Smukler, I think you filed something today or yesterday.

But the charge conference should not take very long at all. So we can make the most of the time. So if we're putting this in the jury's hands at some point on Wednesday, I think that's fair, and that's ahead of schedule. So that's where we're at.

So with that, I think we have a good plan with the remaining witnesses.

Anything else on the government's end before we break for the weekend? Anything else you guys can think of?

MS. SMUKLER: Judge, just I wanted to let you know what I filed was objections to the proposal.

THE COURT: Is that what it was? I didn't know.

MS. SMUKLER: Yeah.

THE COURT: I didn't know if you had proposed something else. I hadn't opened it yet.

MS. SMUKLER: I did also propose an additional instructions just so Your Honor can take a look at that.

THE COURT: Okay. Perfect. We'll workshop that at charge conference next week. That's fine.

All right. Anything else on the government's end, guys?

MR. DOBBINS: Nothing else, Your Honor.

THE COURT: And if you guys want -- I mean, we're going to lock up here. So to the extent you need to leave anything, that goes for everybody, you can leave whatever you want in the courtroom. We'll close it. No one's going to touch it. You don't need to be shipping all the boxes back if you want to leave some of the stuff here. Like I said, we don't have anything until the change of plea at 1:00, and that's all we've got on Monday.

Anything on the government -- or, excuse me -- on the defense side?

MR. ROSENBAUM: No, Your Honor.

THE COURT: We're all set?

Okay, guys. I hope everyone has a great weekend. My thanks to all the interpreters, especially, who have been working triple overtime here to get everything moving. So

thank you guys, again, and to the rest of the team.

So we'll see you-all on Monday morning at 9:00 a.m. We are in recess. Great weekend, everyone. Take care, guys.

(Court recessed at 5:14 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

DATE: January 25, 2024

/s/Ilona Lupowitz

ILONA LUPOWITZ, RMR, CRR
Official Court Reporter
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

## '

**'75** [1] - 47:13

## /

**/s/Ilona** [1] - 107:12

## 0

**0** [2] - 12:13, 22:16

## 1

**1** [9] - 1:8, 14:14, 28:17, 31:1, 39:2, 39:8, 40:15, 41:16, 41:22
**10** [3] - 2:11, 20:21, 24:21
**100** [1] - 1:18
**101** [5] - 5:16, 5:18, 5:21, 6:22, 8:8
**102** [1] - 5:18
**103** [1] - 8:9
**105** [1] - 8:15
**106** [1] - 39:8
**109** [1] - 41:15
**11** [1] - 2:12
**11-2** [2] - 1:24, 107:15
**110** [2] - 9:14, 41:17
**113** [1] - 40:15
**115** [1] - 12:4
**117** [1] - 12:11
**118** [1] - 12:19
**11:03** [1] - 32:24
**11:04** [1] - 33:5
**11:24** [1] - 33:6
**11:26** [1] - 34:15
**12** [1] - 53:10
**121** [1] - 13:21
**123** [1] - 13:25
**128** [1] - 15:5
**12:30** [4] - 34:13, 42:14, 44:1, 103:25
**12:31** [1] - 44:20
**12:40** [1] - 34:21
**13** [3] - 2:12, 27:13, 60:17
**130** [2] - 17:20, 17:22
**133** [2] - 17:22, 41:22
**134** [1] - 20:19
**137** [1] - 41:22
**14** [4] - 2:13, 52:9, 52:13, 53:7
**142** [1] - 22:1
**144** [1] - 22:7
**146** [1] - 22:14
**15** [8] - 2:13, 5:2, 24:2, 24:15, 33:1, 52:9, 52:13, 87:5
**15-minute** [1] - 32:17
**152** [1] - 23:12
**16** [1] - 2:14
**160** [1] - 23:18
**164** [1] - 23:24
**169** [1] - 24:13
**17** [2] - 27:11, 28:8
**174** [1] - 24:19
**18** [4] - 2:14, 10:17, 29:4, 30:9
**18th** [3] - 27:4, 61:11, 80:3
**19** [4] - 22:3, 30:22, 31:1, 35:15
**1:00** [2] - 103:23, 106:17
**1:45** [1] - 104:1

## 2

**2** [9] - 8:11, 8:17, 9:21, 12:12, 12:19, 14:14, 29:11, 29:14, 39:3
**20** [3] - 8:11, 31:4, 41:16
**2015** [3] - 70:3, 74:3, 98:22
**2020** [1] - 48:7
**2023** [6] - 8:6, 25:1, 25:4, 31:10, 45:24, 46:9
**2024** [1] - 107:12
**2025** [1] - 1:5
**21** [1] - 31:5
**22** [1] - 22:10
**22-60078** [1] - 3:3
**22-CR-60078-6** [1] - 1:2
**23** [1] - 35:16
**24** [3] - 1:5, 35:17, 39:8
**25** [1] - 107:12
**26** [2] - 2:15, 22:16
**28** [1] - 2:15
**28th** [3] - 8:6, 25:1, 25:6
**2:15** [1] - 43:15
**2:30** [1] - 43:15
**2:51** [2] - 44:21, 45:1
**2nd** [3] - 1:18, 70:2, 74:3

## 3

**3** [21] - 14:14, 15:14, 16:4, 20:20, 22:2, 22:9, 22:15, 23:13, 23:19, 24:1, 24:15, 24:21, 26:4, 27:13, 30:8, 30:14, 30:16, 30:17, 37:2, 59:14, 65:14
**30** [3] - 36:23, 40:16, 47:2
**305** [2] - 1:25, 107:16
**31** [2] - 23:13, 26:5
**32** [2] - 36:23, 40:16
**33** [2] - 8:11, 9:17
**33128** [2] - 1:24, 107:16
**33131** [1] - 1:19
**33132** [1] - 1:15
**34** [4] - 2:11, 10:3, 10:7, 10:14
**3400** [1] - 1:18
**35** [6] - 2:12, 9:22, 11:8, 11:12, 11:18, 22:3
**36** [5] - 2:12, 8:17, 13:4, 13:7, 13:9
**37** [5] - 2:13, 14:7, 14:10, 14:13, 14:18
**38** [5] - 2:13, 15:18, 15:20, 15:21, 15:23
**39** [4] - 2:14, 2:16, 16:22, 16:25
**3rd** [2] - 70:3, 74:3

## 4

**4** [14] - 1:7, 11:21, 14:14, 14:16, 14:17, 14:18, 17:5, 17:8, 30:23, 30:24, 31:1, 64:2, 64:21, 72:7
**40** [1] - 86:2
**400** [2] - 1:23, 107:15
**41** [2] - 2:16, 9:21
**41-A** [1] - 18:8
**41-B** [6] - 2:14, 18:19, 18:20, 18:23, 19:1, 19:12
**41-C** [5] - 2:14, 18:19, 18:23, 19:7, 19:8
**42** [1] - 36:22
**42-A** [1] - 25:20
**42-B** [3] - 25:21, 25:23
**43** [4] - 2:15, 26:9, 26:13, 26:17
**44** [1] - 23:19
**44-A** [4] - 2:15, 28:2, 28:5, 28:14
**44-B** [1] - 29:13
**44-C** [2] - 30:15, 37:2
**44-D** [1] - 30:22
**44-E** [2] - 31:6, 36:10
**44-F** [1] - 31:19
**44-G** [3] - 2:15, 28:2, 28:5
**44:10** [1] - 38:12
**45** [5] - 2:6, 12:20, 23:13, 38:17, 39:3
**46-A** [3] - 2:16, 39:18, 39:21
**46-G** [2] - 2:16, 39:21
**48** [7] - 2:6, 2:16, 24:1, 38:17, 41:2, 41:5, 41:7
**4:00** [1] - 82:17
**4:08** [1] - 83:1
**4:10** [1] - 84:10
**4:15** [1] - 43:18
**4:32** [2] - 84:11, 84:16
**4th** [1] - 1:15

## 5

**5** [10] - 13:13, 14:14, 26:4, 31:4, 31:6, 36:6, 36:9, 36:10, 56:7, 66:6
**50** [5] - 2:17, 12:12, 41:23, 55:22, 56:2
**51** [6] - 2:8, 2:17, 58:3, 58:4, 58:6, 58:8
**52** [6] - 2:18, 12:19, 59:8, 59:10, 59:11, 59:13
**523-5737** [2] - 1:25, 107:16
**53** [7] - 2:18, 22:10, 24:15, 63:19, 63:22, 63:23, 64:1
**54** [8] - 2:19, 20:21, 23:20, 41:23, 64:14, 64:15, 64:18, 64:20
**55** [4] - 2:19, 65:8, 65:11, 65:13
**56** [4] - 2:17, 2:20, 65:25, 66:3
**57** [4] - 2:21, 71:23, 72:4, 72:6
**58** [6] - 2:17, 2:21, 38:11, 73:9, 73:13, 73:15
**59** [6] - 2:18, 2:20, 24:21, 38:22, 69:11, 69:16
**5:00** [2] - 43:16, 100:16
**5:09** [1] - 102:22
**5:14** [2] - 1:6, 107:4

## 6

**6** [5] - 14:14, 15:14, 15:25, 31:19, 73:16
**60** [4] - 2:23, 99:14, 99:17, 99:20
**61** [4] - 2:22, 75:14, 75:17, 75:18
**62-A** [3] - 2:22, 94:18, 94:23
**62-B** [1] - 95:8
**62-C** [1] - 95:4
**62-D** [3] - 2:22, 94:23, 95:5
**63** [1] - 2:18
**64** [2] - 2:19, 38:16
**65** [1] - 2:19
**66** [1] - 2:20
**69** [1] - 2:20

## 7

**7** [1] - 2:5
**72** [1] - 2:21
**73** [2] - 2:21, 91:20
**73-A** [1] - 73:22
**75** [1] - 2:22
**77** [2] - 38:21, 38:22

## 8

**82** [1] - 39:1

## 9

**9** [1] - 4:1
**94** [1] - 2:22

**99** [2] - 1:15, 2:23
**9:00** [3] - 101:25, 102:19, 107:2
**9:08** [1] - 1:6
**9:12** [1] - 6:15

## A

**a.m** [8] - 1:6, 6:15, 32:24, 33:5, 33:6, 34:15, 102:19, 107:2
**a/k/a** [1] - 48:4
**ability** [1] - 48:3
**able** [6] - 3:17, 4:4, 49:2, 67:3, 103:19, 104:1
**above-entitled** [1] - 107:10
**absolutely** [2] - 7:8, 101:21
**accident** [1] - 92:9
**accommodating** [1] - 6:7
**account** [1] - 93:13
**accounted** [3] - 3:24, 44:22, 102:3
**accounts** [1] - 49:3
**accurate** [2] - 15:4, 107:9
**accuse** [2] - 92:2, 92:19
**ACEVEDO** [24] - 1:17, 1:17, 2:6, 5:25, 6:6, 45:18, 45:20, 48:13, 55:24, 59:9, 63:21, 64:16, 65:9, 66:1, 69:14, 72:1, 73:11, 75:16, 78:8, 79:7, 83:22, 84:7, 94:21, 99:15
**Acevedo** [3] - 3:13, 45:16, 84:4
**acknowledged** [2] - 26:3, 40:12
**acting** [1] - 25:17
**activities** [1] - 58:24
**activity** [1] - 42:7
**addition** [1] - 9:15
**additional** [2] - 103:12, 106:4
**admit** [1] - 41:4
**admitted** [22] - 10:6, 11:11, 12:8, 13:6, 14:9, 15:20, 16:23, 18:22, 28:4, 39:20, 55:25, 58:5, 59:10, 64:17, 65:10, 66:2, 69:15, 72:3, 73:12, 75:17, 94:22, 99:16
**afternoon** [10] - 4:17, 44:5, 44:14, 45:10, 45:21, 45:22, 51:24, 103:6, 103:20, 104:17
**AG** [3] - 22:9, 22:15, 24:1
**age** [1] - 53:9
**Agent** [13] - 3:8, 8:3, 11:16, 24:6, 24:14, 25:16, 29:12, 30:14, 40:22, 42:5, 47:3, 47:7, 104:10
**agent** [1] - 104:7
**agree** [3] - 27:8, 40:23, 45:23
**agreement** [1] - 100:5
**ahead** [39] - 3:25, 6:12, 6:23, 6:24, 7:8, 8:17, 9:14, 12:11, 22:14, 27:11, 32:14, 32:15, 32:17, 32:19, 33:8, 35:12, 36:21, 37:15, 38:16, 38:21, 39:1, 39:7, 39:12, 40:15, 41:21, 42:14, 43:11, 43:22, 44:3, 44:4, 82:20, 82:22, 83:4, 84:8, 96:5, 103:21, 104:3, 105:17
**allowed** [1] - 33:18
**almost** [4] - 22:8, 46:9, 53:24, 95:23
**alone** [1] - 71:1
**alternates** [1] - 4:14
**AMERICA** [1] - 1:4
**America** [1] - 3:4
**Andrew** [2] - 2:4, 7:22
**Andy** [1] - 29:3
**Angel** [1] - 59:15
**angles** [1] - 40:1
**announce** [1] - 31:5
**answer** [2] - 27:8, 78:10
**anticipate** [3] - 51:8, 51:11, 83:22
**anticipated** [1] - 103:14
**anxiety** [1] - 4:19
**apologize** [1] - 41:14
**Apologize** [1] - 13:10
**appear** [1] - 29:16
**appearances** [1] - 3:5
**APPEARANCES** [1] - 1:11
**appeared** [2] - 89:24, 93:9
**applies** [1] - 102:1
**appreciate** [4] - 5:5, 5:10, 6:4, 34:8
**approached** [1] - 86:16
**Ardilla** [38] - 13:14, 21:8, 30:17, 30:21, 36:2, 37:7, 37:9, 54:10, 54:11, 54:15, 54:18, 54:23, 55:6, 55:8, 56:22, 56:25, 57:1, 57:2, 57:4, 57:5, 57:25, 59:3, 59:21, 70:6, 70:8, 71:3, 74:23, 75:12, 78:6, 81:12, 81:13, 81:17, 86:19, 88:16, 88:23, 88:24, 89:2, 89:12
**Ardilla's** [5] - 13:16, 75:12, 75:20, 87:7, 87:9
**area** [3] - 22:23, 22:24, 82:14
**armed** [1] - 78:24
**arrive** [1] - 76:14
**arrived** [6] - 52:14, 53:1, 86:4, 86:25, 87:4, 87:7
**arriving** [2] - 54:14, 56:19
**asleep** [3] - 78:20, 87:10, 87:16
**assigned** [1] - 28:21
**ASSISTANT** [1] - 1:14
**associated** [2] - 30:10, 30:11
**assured** [1] - 34:7
**attack** [2] - 4:3, 4:19
**attacked** [1] - 99:4
**attacking** [1] - 92:11
**attacks** [1] - 4:2
**attend** [2] - 53:1, 53:4
**attention** [8] - 7:5, 7:14, 45:11, 62:20, 70:2, 76:22, 91:14, 102:18
**attorney** [1] - 46:3
**ATTORNEY'S** [1] - 1:14
**ATTORNEYS** [1] - 1:14
**audibly** [1] - 10:23
**audio** [1] - 5:7
**Audio** [74] - 8:12, 8:13, 8:18, 8:19, 9:23, 9:24, 11:3, 11:4, 12:5, 12:6, 12:15, 12:16, 12:21, 12:22, 13:22, 13:23, 15:6, 15:7, 16:15, 16:16, 17:24, 17:25, 20:23, 20:24, 21:23, 21:24, 22:4, 22:5, 22:11, 22:12, 22:17, 22:18, 23:15, 23:16, 23:21, 23:22, 24:3, 24:4, 24:16, 24:17, 24:22, 24:23, 26:6, 26:7, 27:14, 27:15, 35:18, 35:19, 36:18, 36:19, 36:24, 36:25, 37:16, 37:17, 38:8, 38:9, 38:13, 38:14, 38:18, 38:19, 38:23, 38:24, 39:4, 39:5, 39:9, 39:10, 40:9, 40:10, 40:17, 40:18, 41:18, 41:19, 41:24, 41:25
**August** [1] - 48:7
**aunt** [1] - 52:20
**available** [2] - 7:10, 44:12
**Avenue** [2] - 1:23, 107:15
**avenue** [1] - 95:13
**avoid** [3] - 43:6, 43:7, 102:7
**aware** [4] - 16:3, 35:1, 49:24, 50:18

## B

**background** [2] - 47:3, 48:23
**backwards** [9] - 19:3, 19:13, 19:21, 19:23, 31:25, 32:1, 32:10, 32:11
**bar** [1] - 9:3
**baseball** [7] - 18:11, 19:4, 19:13, 19:22, 19:23, 31:14, 31:25
**based** [3] - 15:1, 92:14, 92:16
**bathroom** [1] - 34:4
**beat** [1] - 7:12
**beating** [1] - 60:15
**became** [4] - 21:12, 68:5, 68:18, 76:17
**become** [9] - 57:2, 59:23, 60:7, 66:21, 68:7, 68:12, 68:16, 98:18, 99:7
**beer** [1] - 78:19
**BEFORE** [1] - 1:10
**began** [1] - 68:14
**begin** [7] - 6:20, 41:16, 58:23, 68:14, 89:7, 89:9, 101:25
**beginning** [2] - 42:18, 45:12
**behalf** [4] - 3:5, 3:7, 3:10, 3:13
**behind** [1] - 95:17
**believes** [1] - 32:3
**belong** [3] - 55:3, 55:5, 66:14
**belonged** [2] - 55:2, 55:12
**below** [2] - 58:12, 59:16
**BENITEZ** [1] - 1:7
**Benitez** [3] - 3:4, 3:14, 3:16
**best** [4] - 4:17, 5:2, 5:8, 104:18
**better** [4] - 4:12, 47:14, 95:18, 101:15
**between** [1] - 81:24
**bicycle** [4] - 9:8, 9:13, 97:7, 97:8
**big** [2] - 89:3, 89:4
**Big** [1] - 90:15
**Bigfoot** [4] - 11:23, 19:10, 30:25, 52:5
**biggest** [1] - 89:13
**bike** [2] - 82:10, 82:11
**binders** [5] - 6:18, 32:16, 43:8, 102:9, 102:12
**birthday** [2] - 89:20, 92:11
**bit** [12] - 5:6, 16:14, 17:21, 34:21, 42:19, 43:13, 43:20, 96:4, 100:24, 104:1, 104:4, 105:7
**bitch** [2] - 88:2, 88:3
**black** [4] - 20:5, 32:9, 36:6, 36:12
**blade** [1] - 79:13
**bleeding** [1] - 91:25
**blood** [2] - 97:16, 97:17
**bloodiest** [1] - 98:14
**blown** [1] - 4:18
**blue** [4] - 19:20, 19:23, 31:25, 32:10
**Blue** [12] - 17:13, 19:13, 20:1, 31:25, 36:8, 64:5, 64:7, 64:22, 66:15, 74:17, 78:6, 82:4
**Blue's** [1] - 81:20

**blue's** [1] - 87:1
**Boca** [5] - 40:2, 70:3, 70:18, 74:3, 74:5
**body** [3] - 22:25, 93:15, 93:17
**born** [1] - 52:6
**bottom** [14] - 11:22, 13:15, 14:17, 16:5, 17:6, 17:23, 22:8, 22:15, 24:20, 26:24, 30:9, 31:1, 31:5, 41:13
**boxes** [1] - 106:15
**boxing** [2] - 9:3, 9:6
**break** [31] - 7:1, 25:9, 25:11, 32:13, 32:17, 32:22, 33:1, 33:11, 34:22, 42:14, 42:16, 43:12, 43:13, 43:18, 43:23, 44:3, 45:3, 45:12, 82:16, 82:19, 82:22, 83:5, 83:6, 84:2, 100:10, 100:13, 101:2, 103:1, 103:22, 103:25, 105:21
**breaking** [2] - 83:13, 100:16
**breaks** [2] - 33:18, 34:3
**BRIAN** [1] - 1:13
**Brian** [1] - 3:6
**brief** [5] - 3:23, 34:24, 83:15, 102:25, 103:23
**briefly** [4] - 39:24, 44:4, 48:17, 54:17
**bring** [7] - 5:20, 23:2, 34:10, 83:19, 84:4, 100:13, 102:3
**bringing** [1] - 83:14
**broad** [1] - 46:17
**broken** [1] - 100:25
**brought** [2] - 44:12, 103:11
**Broward** [5] - 49:17, 49:18, 52:23, 82:14
**buccal** [2] - 41:8, 41:10
**build** [1] - 48:24
**Bureau** [1] - 3:9
**burned** [1] - 24:9
**BY** [87] - 1:20, 2:5, 2:6, 2:6, 2:8, 7:25, 8:14, 8:20, 9:25, 10:9, 11:5, 11:14, 12:7, 12:17, 12:23, 13:8, 13:24, 14:12, 15:8, 15:22, 16:17, 17:2, 17:19, 18:1, 18:7, 18:25, 20:18, 20:25, 21:25, 22:6, 22:13, 22:19, 23:17, 23:23, 24:5, 24:18, 24:24, 25:13, 26:15, 27:16, 28:7, 28:16, 35:10, 35:20, 36:20, 37:1, 37:5, 37:18, 38:10, 38:15, 38:20, 38:25, 39:6, 39:11, 39:23, 40:11, 40:19, 41:6, 41:20, 42:1, 45:20, 48:16, 51:23, 56:3, 58:7, 59:12, 63:25, 64:19, 65:12, 66:4, 69:2, 69:17, 72:5, 73:14, 75:19, 76:4, 78:12, 79:10, 80:16, 81:6, 84:21, 89:1, 93:8, 94:12, 94:25, 96:7, 99:18

## C

**calendar** [1] - 104:5
**canals** [1] - 93:24
**candy** [2] - 89:21, 92:11
**Canizales** [1] - 49:22
**Canizales-Lara** [1] - 49:22
**cannot** [1] - 101:6
**cap** [5] - 18:12, 19:4, 19:13, 19:21, 19:23
**caps** [1] - 19:22
**captured** [1] - 10:23
**car** [55] - 21:2, 21:5, 21:7, 21:8, 21:10, 21:12, 21:15, 31:17, 35:22, 35:24, 36:1, 36:5, 36:12, 37:8, 37:24, 37:25, 38:1, 38:5, 66:15, 66:17, 75:12, 75:20, 75:21, 75:23, 78:19, 78:22, 79:17, 79:21, 81:10, 81:15, 81:16, 81:19, 81:21, 85:22, 86:3, 86:16, 86:18, 86:25, 87:2, 87:4, 87:6, 87:7, 87:9, 87:13, 87:17, 87:20, 87:22, 87:25, 88:3, 88:8, 94:14, 96:8, 96:10, 96:14, 96:23
**care** [2] - 44:19, 107:3
**Carmen** [1] - 50:14
**cars** [4] - 18:2, 82:9, 82:12, 91:17
**Case** [1] - 3:3
**CASE** [1] - 1:2
**case** [13] - 42:23, 42:24, 43:2, 49:18, 49:19, 53:25, 54:2, 69:6, 101:8, 101:20, 101:23, 101:24, 104:17
**case-in-chief** [1] - 104:17
**catch** [1] - 88:17
**caught** [1] - 88:19
**CBP** [2] - 8:4, 25:16
**Celica** [6] - 66:18, 81:22, 82:1, 82:3, 82:5, 82:7
**center** [4] - 18:11, 31:13, 31:25, 32:10
**certain** [1] - 73:5
**certainly** [4] - 101:12, 101:17, 103:2, 105:6
**certify** [1] - 107:8
**chairs** [5] - 6:19, 32:17, 32:20, 43:8, 82:23
**change** [3] - 81:2, 103:22, 106:17
**Chango** [17] - 14:20, 14:23, 63:3, 63:5, 64:2, 64:3, 66:9, 74:15, 76:23, 76:25, 77:9, 77:21, 78:5, 79:4, 82:5, 85:15, 89:17
**Chango's** [6] - 74:8, 74:9, 75:11, 76:10, 79:5, 79:15
**charge** [5] - 49:9, 49:15, 105:7, 105:14, 106:7
**charged** [3] - 53:25, 54:2, 54:4
**charges** [1] - 48:10
**chavala** [10] - 80:11, 85:2, 85:14, 85:15, 85:20, 86:14, 86:17, 86:24, 88:5, 99:7
**chavalas** [3] - 61:14, 76:24, 77:1
**Chavalas** [1] - 61:15
**Check** [1] - 83:4
**check** [4] - 43:21, 67:14, 104:19
**checked** [1] - 7:7
**chequeo** [2] - 60:7, 98:17
**chief** [1] - 104:17
**children** [1] - 89:20
**chose** [1] - 40:4
**chosen** [1] - 80:7
**Chrislet** [3] - 49:17, 98:23, 99:21
**church** [1] - 67:10
**citing** [1] - 28:22
**city** [1] - 52:24
**CJA** [2] - 5:23, 6:1
**clarification** [1] - 88:25
**clean** [1] - 100:16
**clear** [5] - 34:9, 35:4, 44:17, 48:9, 74:13
**clearly** [2] - 3:18, 51:9
**climb** [1] - 77:15
**clip** [2] - 9:15, 103:18
**clips** [2] - 5:7, 8:21
**clique** [4] - 59:24, 63:10, 64:12, 66:10
**cliques** [4] - 61:2, 63:14, 66:11, 66:13
**close** [6] - 45:11, 93:24, 94:3, 94:5, 104:24, 106:14
**closer** [2] - 19:10, 34:21
**clothes** [3] - 24:9, 24:10, 97:14
**club** [4] - 8:23, 9:1, 9:2, 9:4
**co** [1] - 21:17
**co-defendant** [1] - 21:17
**coffee** [4] - 34:18, 45:14
**collect** [1] - 41:11
**collected** [1] - 40:22
**collecting** [1] - 41:14
**colloquy** [1] - 105:3
**color** [3] - 38:1, 81:23, 81:25
**coming** [6] - 3:18, 34:17, 45:3, 51:9, 54:19, 97:1
**committed** [1] - 40:13
**commonly** [1] - 25:25
**compare** [1] - 23:6
**compares** [1] - 20:3
**complaining** [2] - 91:22, 92:4
**complete** [1] - 47:11
**composite** [1] - 94:18
**comprising** [1] - 94:18
**concerns** [4] - 4:20, 5:11, 6:9, 7:10
**conduct** [3] - 42:18, 45:5, 48:1
**conducted** [1] - 15:2
**conference** [3] - 105:7, 105:14, 106:7
**confirmed** [2] - 86:21, 86:24
**consent** [2] - 40:23, 41:8
**considered** [3] - 54:11, 56:17, 60:8
**consistent** [2] - 9:10, 15:2
**constantly** [1] - 67:16
**continue** [5] - 5:4, 7:19, 11:2, 21:22, 42:24
**CONTINUED** [2] - 2:5, 7:24
**contrario** [1] - 77:4
**conversation** [1] - 40:5
**conversations** [1] - 31:15
**cooperation** [3] - 48:11, 50:1, 50:2
**copy** [1] - 102:13
**corner** [2] - 11:23, 102:10
**correct** [49] - 8:5, 8:7, 9:20, 10:13, 12:10, 12:25, 13:1, 14:25, 15:14, 18:15, 18:16, 19:6, 19:19, 19:23, 20:8, 21:11, 21:21, 23:11, 25:7, 27:6, 27:7, 28:23, 29:1, 29:18, 29:23, 30:7, 31:3, 37:13, 38:2, 40:3, 40:6, 40:14, 42:4, 46:1, 46:7, 46:11, 46:13, 46:21, 46:25, 47:5, 47:9, 48:5, 48:8, 48:12, 48:21, 48:25, 49:10, 49:13, 87:12
**corrected** [1] - 9:12
**counsel** [2] - 3:8, 43:9
**country** [1] - 29:9
**County** [3] - 49:17, 49:19, 52:23
**couple** [2] - 23:10, 100:23
**course** [17] - 6:25, 42:17, 43:1, 54:13, 56:6, 56:11, 56:23, 57:11, 61:20, 67:24, 68:15, 90:11, 100:24, 101:7, 101:19, 101:23, 102:5
**court** [2] - 35:2, 100:14
**Court** [10] - 1:21, 1:22, 3:1,

33:5, 44:20, 84:10, 103:21, 107:4, 107:13, 107:14
**COURT** [105] - 1:1, 3:2, 3:10, 3:15, 3:23, 4:23, 5:1, 5:10, 5:14, 5:19, 6:1, 6:7, 6:11, 6:13, 6:14, 6:16, 10:4, 10:6, 11:11, 13:6, 14:9, 15:20, 16:23, 18:20, 18:22, 25:10, 26:10, 26:12, 28:4, 32:14, 32:23, 32:25, 33:4, 33:7, 33:10, 33:13, 33:16, 33:21, 34:8, 34:13, 34:16, 39:20, 41:4, 42:13, 43:25, 44:2, 44:13, 44:22, 45:2, 48:14, 50:6, 50:9, 50:12, 50:17, 51:17, 51:19, 55:23, 55:25, 58:4, 59:10, 63:22, 64:15, 64:17, 65:10, 66:2, 69:13, 69:15, 71:25, 72:2, 73:12, 75:17, 76:2, 78:9, 79:8, 82:18, 82:25, 83:2, 83:12, 83:24, 84:1, 84:8, 84:13, 84:15, 84:17, 94:16, 94:20, 94:22, 95:25, 96:2, 99:16, 100:1, 100:3, 100:7, 100:12, 100:15, 102:21, 102:23, 103:8, 103:15, 104:18, 105:25, 106:2, 106:6, 106:11, 106:22
**Court's** [1] - 4:15
**COURTROOM** [1] - 84:12
**courtroom** [4] - 3:14, 34:6, 43:6, 106:14
**covering** [1] - 7:14
**crap** [1] - 77:14
**crazy** [1] - 69:21
**Crazy** [1] - 69:23
**created** [1] - 104:11
**crime** [3] - 40:1, 47:20
**criminal** [1] - 53:25
**CROSS** [2] - 2:6, 45:19
**cross** [9] - 42:15, 44:15, 44:23, 45:5, 48:17, 49:8, 83:15, 100:19, 103:4
**CROSS-EXAMINATION** [2] - 2:6, 45:19
**cross-examination** [4] - 42:15, 44:23, 45:5, 100:19
**CRR** [2] - 1:21, 107:13
**Cruz** [10] - 2:7, 11:24, 16:12, 44:8, 44:11, 50:11, 51:18, 52:1, 52:2, 56:4
**Cruz-Ortiz** [9] - 2:7, 11:24, 44:8, 44:11, 50:11, 51:18, 52:1, 52:2, 56:4
**curiosity** [1] - 101:20
**current** [1] - 47:13
**custody** [3] - 53:19, 53:21, 53:23
**cut** [10] - 14:22, 91:8, 91:11, 91:19, 91:21, 92:5, 92:12, 92:17, 92:21
**cutting** [1] - 92:19
**Cycos** [1] - 57:15

## D

**DATE** [1] - 107:12
**date** [8] - 11:21, 11:22, 30:19, 46:19, 47:8, 47:13, 48:8, 76:19
**daughters** [1] - 70:25
**David** [3] - 11:23, 50:10, 52:1
**Davis** [1] - 25:16
**days** [2] - 7:1, 101:1
**deal** [1] - 83:20
**death** [2] - 67:8, 67:23
**decided** [1] - 80:4
**decision** [3] - 3:25, 4:15, 4:22
**deeper** [1] - 103:18
**Defendant** [1] - 1:8
**defendant** [32] - 3:11, 8:3, 8:22, 9:16, 10:16, 11:16, 11:20, 12:8, 14:2, 14:15, 14:22, 18:9, 20:12, 21:2, 21:9, 21:17, 24:8, 25:1, 26:2, 26:22, 28:10, 29:14, 29:16, 31:2, 39:13, 41:8, 47:4, 48:18, 49:2, 92:12, 100:5, 105:3
**DEFENDANT** [2] - 1:16, 3:22
**defendant's** [5] - 12:1, 17:7, 22:20, 31:9, 40:21
**DEFENDANTS** [1] - 2:24
**defendants** [1] - 44:17
**defense** [14] - 4:24, 5:23, 6:8, 43:9, 45:4, 45:16, 55:22, 63:19, 83:17, 100:19, 104:20, 105:4, 105:10, 106:20
**delay** [2] - 16:14, 20:21
**deliberate** [2] - 42:23, 102:11
**deliberating** [1] - 101:8
**demon** [1] - 67:18
**DEPUTY** [1] - 84:12
**describe** [4] - 31:23, 54:17, 89:19, 89:24
**describing** [1] - 90:13
**deserved** [1] - 101:2
**despite** [1] - 49:1
**destination** [1] - 86:1
**detailed** [2] - 49:3
**details** [2] - 49:4, 49:6
**detective** [5] - 28:10, 44:5, 45:5, 47:24, 50:24
**Detective** [8] - 7:20, 8:1, 22:9, 23:25, 26:16, 45:21, 50:6, 83:23
**detectives** [1] - 95:2
**determine** [2] - 85:13, 85:19
**determined** [1] - 81:7
**devil** [1] - 67:19
**die** [3] - 61:23, 85:16, 92:4
**died** [1] - 93:9
**different** [9] - 40:1, 60:3, 60:25, 61:2, 61:5, 63:14, 64:12, 66:12
**DIRECT** [4] - 2:5, 2:8, 7:24, 51:22
**direct** [6] - 46:14, 83:9, 83:13, 84:2, 96:4, 103:3
**directed** [2] - 76:21, 93:14
**Discreto** [19] - 16:11, 19:11, 19:15, 32:1, 32:11, 64:24, 65:1, 65:14, 66:9, 74:19, 78:6, 81:12, 81:13, 81:17, 86:19, 88:16, 88:21, 89:17, 93:18
**discuss** [3] - 42:24, 101:6, 101:9
**discussed** [4] - 70:20, 78:5, 79:19, 90:10
**discussing** [2] - 84:22, 86:3
**Discussion** [1] - 42:10
**discussion** [1] - 43:2
**disoriented** [1] - 87:16
**dispose** [1] - 24:10
**District** [4] - 1:22, 1:23, 107:14, 107:14
**DISTRICT** [3] - 1:1, 1:1, 1:10
**DIVISION** [1] - 1:2
**DMV** [1] - 21:20
**DNA** [7] - 40:21, 40:22, 41:11, 41:14, 103:10, 103:17, 104:5
**DOBBINS** [108] - 1:13, 2:5, 2:6, 3:6, 4:21, 5:8, 5:12, 5:18, 7:21, 7:25, 8:14, 8:20, 9:25, 10:2, 10:8, 10:9, 10:25, 11:5, 11:7, 11:13, 11:14, 12:2, 12:7, 12:17, 12:23, 13:2, 13:8, 13:20, 13:24, 14:6, 14:11, 14:12, 15:8, 15:16, 15:22, 16:17, 16:21, 17:1, 17:2, 17:16, 17:19, 18:1, 18:6, 18:7, 18:17, 18:25, 20:16, 20:18, 20:25, 21:25, 22:6, 22:13, 22:19, 23:17, 23:23, 24:5, 24:18, 24:24, 25:8, 25:12, 25:13, 26:8, 26:14, 26:15, 27:16, 27:25, 28:7, 28:15, 28:16, 32:12, 34:2, 35:9, 35:10, 35:13, 35:20, 36:16, 36:20, 37:1, 37:4, 37:5, 37:15, 37:18, 38:6, 38:10, 38:15, 38:20, 38:25, 39:6, 39:11, 39:16, 39:23, 40:7, 40:11, 40:19, 41:1, 41:6, 41:20, 42:1, 42:9, 42:11, 44:10, 48:16, 50:5, 83:25, 103:7, 103:9, 104:9, 106:10
**Dobbins** [8] - 3:6, 5:5, 5:15, 7:17, 7:19, 17:18, 103:5, 104:3
**document** [1] - 25:24
**dodge** [1] - 102:6
**Dominican** [3] - 29:11, 29:18, 30:3
**done** [11] - 22:21, 27:20, 43:4, 43:16, 44:15, 47:12, 77:16, 78:16, 78:17, 86:11, 97:6
**down** [14] - 8:10, 8:16, 22:2, 23:19, 24:14, 28:10, 33:20, 34:4, 36:22, 38:17, 39:2, 41:23, 71:14, 104:23
**dragged** [6] - 87:21, 87:22, 88:7, 90:25, 93:17, 95:11
**dragging** [1] - 93:23
**draw** [1] - 70:2
**drinking** [1] - 78:18
**driven** [1] - 21:17
**driver** [2] - 37:9, 37:24
**driving** [5] - 21:10, 81:12, 81:13, 81:14, 82:3
**drugs** [2] - 62:4, 62:18
**drunk** [1] - 88:18
**duly** [3] - 7:22, 50:14, 51:18
**during** [11] - 4:5, 8:24, 21:4, 33:11, 33:18, 46:3, 46:14, 89:24, 91:7, 92:10, 101:3

## E

**ear** [1] - 51:12
**early** [4] - 3:25, 104:22, 104:25, 105:6
**easier** [1] - 102:8
**easy** [1] - 43:10
**education** [1] - 53:6
**eight** [3] - 46:9, 48:19, 49:1
**either** [1] - 45:25
**El** [6] - 52:7, 52:8, 52:10, 53:7, 58:19, 58:21
**elected** [1] - 46:6
**Elena** [1] - 3:7
**ELENA** [1] - 1:13
**ELMO** [10] - 10:8, 11:13, 14:11, 17:1, 18:6, 26:14, 28:15, 37:4, 39:24, 56:1
**employer** [1] - 101:5
**employers** [2] - 101:10, 101:14

**encounter** [2] - 9:11, 57:1
**encountered** [1] - 62:17
**end** [12] - 42:23, 90:23, 91:15, 91:16, 96:24, 100:12, 101:8, 101:16, 104:22, 105:6, 105:21, 106:8
**ended** [1] - 97:1
**enforcement** [2] - 56:5, 68:3
**English** [8] - 27:4, 50:15, 50:20, 51:2, 51:5, 53:12, 53:16
**enjoy** [1] - 32:22
**ensure** [1] - 97:12
**enters** [4] - 6:15, 34:15, 45:1, 84:16
**entitled** [1] - 107:10
**equipment** [1] - 3:20
**Erick** [1] - 16:11
**especially** [3] - 4:9, 42:19, 106:24
**essentially** [2] - 4:5, 86:22
**establish** [1] - 46:14
**evaluating** [1] - 101:17
**evening** [4] - 4:18, 6:18, 74:2, 74:7
**event** [3] - 9:3, 9:6, 43:9
**eventually** [3] - 68:16, 69:3, 98:18
**evidence** [54] - 10:3, 10:7, 11:9, 11:12, 13:3, 13:7, 14:7, 14:10, 15:17, 15:21, 16:22, 16:25, 18:9, 18:18, 18:24, 25:20, 26:13, 28:1, 28:6, 31:6, 37:3, 39:17, 39:22, 41:5, 42:19, 56:2, 58:3, 58:6, 59:8, 59:11, 63:19, 63:23, 64:14, 64:18, 65:8, 65:11, 65:25, 66:3, 69:12, 69:16, 71:24, 72:4, 73:10, 73:13, 73:15, 73:22, 75:15, 75:18, 94:24, 97:13, 99:14, 99:17, 99:19, 101:21
**exactly** [2] - 81:1, 87:24
**EXAMINATION** [8] - 2:5, 2:6, 2:6, 2:8, 7:24, 45:19, 48:15, 51:22
**examination** [5] - 42:15, 44:23, 45:5, 100:18, 100:19
**examiner** [4] - 4:10, 103:7, 103:17, 104:5
**excellent** [1] - 102:18
**Excellent** [1] - 6:11
**except** [1] - 3:24
**excuse** [2] - 48:18, 106:19
**excused** [5] - 4:9, 5:25, 43:24, 50:7, 102:20
**excusing** [1] - 4:20
**executive** [1] - 3:25
**exhibit** [4] - 26:18, 58:9, 59:14, 73:16
**Exhibit** [69] - 2:10, 9:17, 10:3, 10:7, 10:14, 11:8, 11:12, 11:18, 13:4, 13:7, 13:9, 14:7, 14:10, 14:13, 14:16, 14:18, 15:18, 15:21, 16:22, 16:25, 18:8, 19:12, 25:20, 25:23, 26:9, 26:13, 26:17, 28:2, 29:13, 30:22, 36:10, 39:18, 41:2, 41:5, 41:7, 55:22, 56:2, 58:3, 58:6, 58:8, 59:8, 59:11, 59:13, 63:19, 63:23, 64:1, 64:14, 64:18, 64:20, 65:8, 65:11, 65:13, 66:3, 69:11, 69:16, 71:23, 72:4, 72:6, 73:9, 73:13, 73:22, 75:14, 75:18, 91:20, 94:18, 99:14, 99:17, 99:20
**Exhibits** [5] - 18:19, 18:23, 28:5, 39:21, 94:23
**EXHIBITS** [2] - 2:9, 2:24
**exhibits** [3] - 2:24, 4:11, 104:10
**exits** [4] - 32:24, 44:1, 83:1, 102:22
**expect** [2] - 101:12, 103:25
**experience** [1] - 47:10
**explain** [1] - 60:12
**extent** [3] - 35:5, 44:5, 106:12

## F

**face** [2] - 89:6, 94:11
**Facebook** [2] - 18:3, 18:15
**fact** [4] - 48:17, 49:1, 67:14, 85:10
**fair** [5] - 53:6, 59:1, 90:4, 92:10, 105:17
**fairly** [2] - 49:3
**familiar** [2] - 54:6, 56:12
**family** [9] - 33:15, 34:2, 43:3, 68:8, 68:9, 68:12, 74:10, 101:3, 101:10
**far** [7] - 8:21, 15:2, 19:13, 31:24, 32:1, 36:6, 36:12
**FDC** [1] - 53:22
**fearless** [3] - 75:2, 90:17, 97:25
**Fearless** [39] - 9:16, 28:11, 28:19, 28:25, 30:11, 37:9, 70:7, 70:8, 71:6, 71:8, 71:10, 71:14, 71:16, 71:19, 72:8, 72:10, 72:15, 72:22, 76:7, 81:12, 81:13, 81:17, 86:19, 90:18, 90:20, 91:1, 91:3, 93:11, 93:14, 93:20, 94:1, 94:4, 94:5, 95:11, 95:21, 96:19, 96:20, 98:1
**Fearless's** [2] - 29:2, 71:12
**Federal** [1] - 3:9
**fell** [1] - 78:19
**Ferguson** [12] - 3:8, 8:3, 11:16, 24:15, 25:16, 29:12, 30:14, 40:22, 42:5, 47:3, 47:7, 104:10
**Fernandez** [1] - 50:14
**few** [3] - 7:1, 47:16, 101:1
**fifth** [1] - 13:14
**fight** [1] - 76:12
**fighting** [1] - 89:20
**figure** [2] - 31:16, 105:4
**filed** [2] - 105:12, 105:24
**filings** [1] - 105:9
**finally** [1] - 93:1
**fine** [5] - 84:1, 100:11, 101:21, 102:11, 106:7
**fingers** [2] - 91:8, 91:12
**finish** [10] - 84:2, 96:2, 96:3, 100:17, 101:12, 103:1, 103:3, 103:13, 103:19, 104:25
**firma** [1] - 26:24
**first** [18] - 8:2, 23:25, 24:14, 29:2, 46:8, 46:12, 46:14, 47:2, 48:6, 52:18, 53:1, 58:18, 58:23, 70:11, 76:20, 86:25, 99:2, 99:4
**five** [12] - 10:15, 11:19, 13:11, 15:23, 17:3, 37:13, 56:21, 71:21, 81:16, 84:8, 95:23
**fledged** [1] - 60:8
**floor** [4] - 7:19, 45:17, 51:19, 93:2
**floors** [1] - 34:4
**FLORIDA** [1] - 1:1
**Florida** [11] - 1:4, 1:15, 1:19, 1:23, 1:24, 52:17, 52:21, 52:22, 71:20, 107:14, 107:16
**focus** [2] - 7:5, 7:15
**focused** [1] - 51:5
**folks** [3] - 32:22, 43:5, 96:3
**follow** [2] - 46:18, 88:11
**followed** [2] - 88:13, 96:24
**following** [3] - 3:16, 50:23, 100:2
**follows** [1] - 50:16
**foot** [1] - 9:12
**FOR** [2] - 1:13, 1:16
**foregoing** [1] - 107:8
**foresee** [1] - 103:17
**form** [2] - 40:23, 41:12
**FORT** [1] - 1:2
**forth** [1] - 43:9
**forthcoming** [1] - 5:7
**four** [9] - 4:13, 10:15, 11:19, 13:11, 15:23, 17:3, 49:12, 56:21
**fourth** [1] - 49:14
**free** [2] - 33:2, 101:14
**frenzy** [1] - 92:10
**Friday** [2] - 7:10, 45:10
**friend** [3] - 54:12, 56:17, 72:22
**friends** [6] - 43:3, 57:2, 57:5, 72:18, 86:24, 101:5
**front** [2] - 94:6, 105:4
**full** [3] - 4:18, 60:8, 83:10
**full-blown** [1] - 4:18
**full-fledged** [1] - 60:8
**fully** [1] - 104:12
**fulsome** [1] - 7:4
**future** [1] - 34:3

## G

**gain** [2] - 61:25, 63:7
**Gamez** [8] - 13:18, 14:21, 21:8, 36:2, 37:7, 54:7, 103:11, 104:6
**Gamez-Maravilla** [1] - 14:21
**Gamez-Melendez** [6] - 13:18, 21:8, 37:7, 54:7, 103:11, 104:6
**gang** [14] - 30:12, 42:7, 54:23, 55:2, 55:3, 55:5, 55:9, 57:12, 57:16, 57:18, 74:10, 74:11, 85:11, 99:5
**gangs** [2] - 42:6, 57:10
**gathered** [2] - 29:7, 30:5
**generally** [1] - 47:16
**gentlemen** [6] - 6:17, 32:15, 42:16, 50:17, 82:20, 100:15
**Gianino** [8] - 2:4, 7:20, 7:22, 8:1, 22:9, 23:25, 26:16, 83:23
**girlfriend** [1] - 67:5
**given** [4] - 7:14, 62:19, 79:6, 79:13
**GLCS** [10] - 57:13, 57:14, 57:16, 59:24, 63:12, 64:11, 65:5, 65:22, 77:19, 77:21
**goal** [1] - 104:19
**God** [3] - 67:11, 67:12, 67:15
**golf** [2] - 28:2, 39:18
**gonna** [5] - 76:12, 78:19, 101:1, 101:25
**governing** [1] - 42:18
**GOVERNMENT** [1] - 1:13
**government** [56] - 3:5, 4:20, 5:3, 5:13, 10:3, 10:7, 11:8, 11:12, 13:3, 13:7, 14:7, 14:10, 15:16, 15:21, 16:22, 16:25, 18:18, 18:23, 26:9,

26:13, 28:1, 28:5, 35:8, 39:17, 39:21, 41:2, 41:5, 50:10, 51:17, 55:21, 56:2, 58:2, 58:6, 59:7, 59:11, 63:18, 63:23, 64:13, 64:18, 65:7, 65:11, 65:24, 66:3, 69:11, 69:16, 71:23, 72:4, 73:9, 73:13, 75:14, 75:18, 94:17, 94:23, 99:13, 99:17, 106:19
**Government** [2] - 7:22, 51:18
**GOVERNMENT'S** [1] - 2:9
**government's** [4] - 50:9, 100:17, 105:21, 106:8
**Government's** [35] - 9:17, 10:3, 10:14, 11:8, 11:18, 13:3, 13:9, 14:7, 14:13, 14:15, 14:18, 15:17, 16:22, 18:8, 18:18, 19:12, 25:19, 26:9, 26:16, 28:1, 29:13, 36:10, 39:17, 41:2, 41:7, 58:8, 59:13, 64:1, 64:20, 72:6, 73:15, 73:22, 91:20, 99:14, 99:19
**grabbed** [5] - 87:19, 88:8, 90:25, 93:18
**Gracie** [1] - 50:12
**grand** [1] - 47:23
**grandparents** [1] - 52:11
**great** [5] - 5:14, 102:19, 103:18, 106:23, 107:3
**grey** [6] - 21:3, 21:5, 21:7, 35:22, 35:24, 37:8
**ground** [6] - 90:2, 90:23, 91:1, 93:10, 93:22, 93:25
**group** [9] - 55:12, 70:20, 71:17, 72:21, 76:13, 77:10, 77:11, 77:18, 95:20
**Guanacos** [2] - 31:2, 57:15
**guess** [1] - 23:3
**guided** [2] - 51:2, 51:7
**Gutierrez** [1] - 49:18
**guy** [9] - 19:3, 19:4, 19:16, 19:17, 19:20, 20:7, 30:4, 30:10, 37:11
**guys** [33] - 7:4, 7:5, 7:6, 7:9, 7:16, 19:21, 32:4, 32:5, 32:8, 35:6, 40:4, 45:7, 45:11, 45:13, 45:15, 48:20, 83:3, 84:8, 100:20, 100:21, 101:7, 101:13, 101:16, 102:4, 102:9, 102:11, 102:17, 105:22, 106:9, 106:11, 106:23, 107:1, 107:3

## H

**half** [2] - 45:13, 86:2
**halfway** [2] - 36:22, 39:2
**hand** [3] - 11:23, 41:13, 51:10
**handed** [1] - 12:9
**handle** [2] - 80:1, 84:5
**hands** [5] - 91:11, 93:19, 105:1, 105:5, 105:16
**hang** [4] - 63:14, 76:23, 76:25, 96:3
**hanging** [1] - 76:11
**hard** [2] - 68:1, 101:11
**hat** [6] - 31:14, 31:25, 32:1, 32:2, 32:9, 32:11
**head** [5] - 51:4, 60:24, 91:10, 92:22, 94:10
**heading** [2] - 78:2, 78:3
**headway** [1] - 104:2
**hear** [4] - 3:17, 58:20, 92:19, 98:5
**heard** [6] - 10:10, 42:19, 42:21, 49:5, 90:15, 101:21
**heart** [1] - 67:13
**held** [2] - 42:10, 100:2
**help** [5] - 6:2, 6:4, 87:18, 87:19, 99:7
**hereby** [1] - 107:8
**Hernandez** [1] - 25:16
**higher** [1] - 72:10
**himself** [4] - 9:13, 18:10, 31:14, 37:9
**hit** [4] - 12:3, 36:17, 37:15, 89:5
**Hold** [1] - 12:14
**holding** [1] - 6:3
**home** [10] - 4:18, 43:22, 70:6, 70:14, 70:15, 70:17, 70:21, 74:6, 100:21, 101:19
**homeboy** [16] - 60:7, 60:19, 60:21, 66:21, 68:16, 68:18, 71:13, 72:24, 73:1, 73:25, 80:21, 98:18, 98:21, 99:8, 99:9, 99:10
**homeboys** [1] - 97:21
**homicide** [3] - 21:18, 49:23, 49:25
**homicides** [1] - 47:12
**Honor** [35] - 3:6, 3:12, 3:22, 4:21, 4:25, 5:8, 5:12, 6:6, 6:10, 7:21, 10:2, 11:7, 13:2, 14:6, 15:16, 16:21, 18:17, 26:8, 27:25, 32:12, 35:9, 39:16, 41:1, 42:11, 44:10, 45:18, 50:8, 55:24, 84:20, 99:13, 99:25, 100:11, 106:5, 106:10, 106:21
**HONORABLE** [1] - 1:10
**Honorable** [1] - 1:22
**hope** [3] - 6:17, 45:3, 106:23
**hopefully** [1] - 44:14
**hoping** [1] - 43:15
**hot** [1] - 67:8
**hour** [16] - 7:2, 34:13, 34:20, 39:2, 39:8, 40:15, 41:16, 41:22, 45:13, 47:2, 82:24, 83:7, 83:10, 86:2
**hours** [15] - 8:11, 8:17, 9:21, 12:12, 12:19, 20:20, 22:2, 22:9, 22:15, 23:13, 23:19, 24:1, 24:15, 24:21, 47:17
**house** [11] - 14:23, 37:10, 54:19, 74:7, 74:8, 74:9, 75:11, 76:10, 79:5, 79:15, 96:22
**housekeeping** [2] - 5:3, 102:25
**Hugo** [13] - 17:13, 20:1, 20:6, 21:17, 32:10, 36:8, 64:5, 64:7, 64:21, 66:10, 66:15, 74:17, 89:17
**Hugo's** [1] - 96:23
**human** [1] - 101:4
**hurt** [2] - 91:7, 91:13

## I

**identification** [1] - 10:23
**identified** [16] - 9:16, 11:21, 18:9, 20:5, 28:19, 28:24, 30:20, 58:15, 59:18, 64:3, 66:6, 72:7, 73:17, 75:20, 99:21
**identify** [7] - 10:19, 11:20, 13:12, 31:12, 56:7, 64:21, 104:12
**identifying** [1] - 10:11
**identity** [1] - 104:15
**iglesia** [2] - 67:7, 67:9
**II** [2] - 1:10, 1:22
**ILONA** [2] - 1:21, 107:13
**images** [2] - 4:4, 4:10
**imagine** [1] - 104:8
**impact** [1] - 47:20
**impaneled** [1] - 4:13
**important** [3] - 45:10, 100:25, 102:11
**importantly** [1] - 20:2
**inaudible** [1] - 29:8
**incident** [5] - 46:10, 46:20, 48:19, 48:24, 98:20
**includes** [2] - 51:6, 101:7
**independent** [2] - 43:1, 47:14
**indicate** [1] - 41:9
**indicated** [2] - 9:19, 72:25
**indicates** [1] - 32:7
**indicating** [2] - 11:25, 20:7
**indicating)** [2] - 95:17, 95:19
**individual** [3] - 47:19, 72:7, 73:17
**individuals** [4] - 31:17, 31:22, 54:3, 54:4
**information** [1] - 7:14
**initial** [2] - 57:1, 95:4
**initialed** [5] - 13:14, 14:17, 16:5, 26:22, 27:1
**initials** [7] - 10:21, 11:21, 11:25, 17:5, 59:15, 64:3, 95:6
**injuries** [1] - 23:7
**inside** [4] - 35:6, 87:11, 101:17, 102:2
**instruct** [2] - 33:24, 97:12
**instructions** [3] - 33:19, 105:8, 106:5
**intelligent** [1] - 81:4
**intentionally** [1] - 92:16
**interact** [2] - 33:25, 34:7
**interacting** [1] - 35:3
**interaction** [1] - 34:6
**intercepted** [1] - 54:20
**interpret** [1] - 50:15
**interpreter** [9] - 3:19, 25:17, 44:8, 53:11, 68:24, 75:25, 80:12, 80:24, 94:11
**Interpreter** [2] - 51:15, 88:25
**INTERPRETER** [8] - 51:16, 68:24, 75:25, 76:3, 80:12, 80:24, 93:7, 94:11
**interpreters** [3] - 44:11, 50:13, 106:24
**interrogate** [1] - 81:8
**interrogation** [2] - 85:18, 85:19
**interview** [9] - 8:2, 25:1, 25:15, 25:19, 30:20, 46:4, 47:8, 47:13, 47:22
**interviewed** [5] - 46:8, 48:4, 48:6, 48:20, 49:2
**interviews** [6] - 8:24, 15:2, 47:12, 47:22, 48:2, 49:5
**introduce** [6] - 26:9, 41:2, 55:22, 63:19, 99:13, 104:10
**introduced** [2] - 25:19, 56:25
**Investigation** [1] - 3:9
**investigation** [14] - 8:24, 9:9, 13:16, 14:19, 15:1, 16:1, 16:7, 17:9, 21:4, 21:5, 21:13, 21:16, 29:20, 49:4
**investigators** [1] - 48:2
**involved** [5] - 68:21, 69:8, 69:24, 90:22, 98:22
**involvement** [4] - 49:13, 69:6, 98:25, 101:24
**issue** [1] - 51:10
**issues** [3] - 5:24, 51:11, 101:20

**it'll** [3] - 41:16, 103:2, 103:23

## J

**January** [8] - 1:5, 8:6, 10:17, 27:4, 31:10, 45:24, 46:9, 107:12
**Joe** [1] - 3:12
**Joel** [9] - 49:21, 49:22, 68:19, 68:21, 69:8, 69:18, 69:22, 69:24, 75:9
**join** [2] - 62:2, 90:14
**JOSEPH** [1] - 1:16
**José** [1] - 14:20
**Juan** [1] - 8:3
**judge** [8] - 25:8, 34:2, 34:11, 82:16, 95:23, 101:10, 103:7, 105:23
**JUDGE** [1] - 1:10
**jump** [1] - 23:24
**jumped** [4] - 60:10, 60:11, 60:13, 99:11
**jumped-in** [3] - 60:10, 60:11, 60:13
**jumpsuit** [1] - 53:18
**June** [2] - 25:1, 25:6
**jurisdiction** [1] - 49:14
**juror** [1] - 3:25
**jurors** [7] - 3:24, 5:20, 6:12, 33:8, 33:12, 44:22, 84:14
**jury** [18] - 6:13, 6:17, 25:22, 32:23, 35:7, 43:12, 43:15, 43:25, 49:5, 51:25, 54:17, 82:25, 84:15, 102:2, 102:10, 102:14, 102:21, 105:8
**Jury** [8] - 6:15, 32:24, 34:15, 44:1, 45:1, 83:1, 84:16, 102:22
**JURY** [1] - 1:9
**jury's** [3] - 105:1, 105:5, 105:16

## K

**keep** [12] - 7:13, 7:15, 13:19, 15:5, 17:15, 43:8, 62:15, 95:25, 96:4, 100:20, 101:16, 102:14
**keeping** [3] - 9:11, 93:4, 101:11
**kept** [2] - 7:5, 93:5
**Kevin** [12] - 13:18, 21:8, 36:2, 37:7, 54:6, 54:23, 56:8, 70:22, 75:20, 96:12, 96:17, 103:11
**Kevin's** [3] - 79:18, 96:9, 96:10
**kid** [1] - 58:19
**kill** [5] - 63:2, 77:6, 77:17, 78:4, 86:12
**killed** [6] - 61:7, 70:3, 78:7, 78:14, 86:22, 96:8
**killing** [4] - 61:3, 61:4, 62:2, 99:7
**KIMBERLY** [1] - 1:17
**Kimberly** [1] - 3:13
**kind** [20] - 8:25, 9:18, 17:22, 45:9, 66:17, 70:13, 75:23, 78:1, 78:16, 78:25, 79:11, 81:21, 81:24, 87:18, 88:9, 88:24, 89:2, 95:13, 100:6, 104:4
**kitchen** [2] - 79:14, 91:11
**knife** [7] - 12:9, 79:14, 88:24, 89:2, 91:10, 91:11, 92:23
**knives** [1] - 88:20
**knowing** [1] - 46:22
**knowledge** [1] - 20:12
**known** [7] - 14:20, 16:7, 36:8, 59:5, 60:23, 69:22

## L

**labeled** [1] - 64:2
**lackluster** [1] - 100:21
**ladies** [5] - 6:17, 42:16, 50:17, 82:20, 100:15
**Ladies** [1] - 32:15
**lady** [2] - 70:24, 70:25
**Lag** [1] - 22:3
**Lancer** [3] - 76:1, 76:2, 76:3
**Lara** [1] - 49:22
**larger** [1] - 57:16
**last** [12] - 4:3, 7:1, 22:8, 24:20, 27:20, 42:20, 49:7, 50:24, 82:21, 82:24, 83:7, 83:18
**late** [2] - 102:1, 105:1
**LAUDERDALE** [1] - 1:2
**laughing** [2] - 98:8, 98:9
**law** [2] - 56:5, 68:3
**lawyers** [5] - 7:7, 35:1, 43:5, 101:11, 102:5
**lead** [1] - 47:2
**leadership** [1] - 60:20
**leading** [2] - 78:8, 79:7
**learn** [5] - 13:16, 14:19, 29:19, 35:24, 55:8
**learned** [5] - 9:10, 15:3, 21:5, 49:4, 58:18
**least** [3] - 5:7, 80:22, 103:15
**leave** [15] - 32:16, 32:20, 43:11, 62:22, 62:23, 66:25, 67:3, 67:6, 67:12, 67:22, 75:9, 82:22, 106:12, 106:13, 106:16
**lectern** [8] - 11:1, 12:2, 13:20, 17:17, 20:16, 35:14, 38:6, 40:8
**left** [26] - 5:16, 5:22, 6:19, 6:20, 7:18, 8:1, 8:8, 11:23, 17:22, 19:4, 19:13, 19:24, 31:24, 32:9, 32:16, 34:19, 35:11, 52:8, 70:25, 78:21, 79:5, 84:5, 84:19, 86:7, 102:4, 102:16
**left-hand** [1] - 11:23
**leg** [1] - 90:25
**legal** [3] - 14:20, 16:11, 17:13
**length** [1] - 47:22
**lengthier** [1] - 103:4
**lens** [1] - 19:9
**less** [1] - 83:11
**letter** [1] - 40:4
**letting** [1] - 7:15
**level** [6] - 60:18, 97:20, 97:22, 98:15, 98:21, 99:10
**levels** [6] - 60:3, 60:5, 60:20, 61:1, 61:5, 61:7
**life** [1] - 61:19
**light** [1] - 81:24
**Likewise** [1] - 74:24
**Lil** [1] - 57:15
**limit** [1] - 5:6
**lineup** [5] - 9:16, 9:18, 10:11, 10:16, 11:15
**lineups** [4] - 27:20, 27:21, 104:11, 104:12
**linger** [1] - 34:5
**listening** [1] - 51:3
**live** [6] - 50:18, 52:10, 52:18, 61:19, 61:22, 71:19
**lived** [11] - 14:23, 20:12, 20:13, 20:14, 58:21, 70:6, 70:24, 72:13, 96:11, 96:14
**living** [3] - 70:5, 70:12, 70:17
**LLP** [1] - 1:17
**locals** [1] - 98:4
**location** [2] - 86:3, 86:25
**lock** [1] - 106:12
**locked** [1] - 45:8
**logistical** [1] - 83:14
**logistics** [1] - 83:20
**look** [5] - 28:10, 47:24, 67:11, 101:22, 106:5
**looked** [2] - 68:2, 89:19
**looking** [14] - 26:20, 28:18, 31:24, 38:3, 39:25, 42:6, 43:1, 68:2, 68:3, 90:4, 103:21, 104:3, 104:4
**looks** [2] - 4:13, 19:3
**lower** [1] - 91:24
**loyalty** [1] - 61:18
**lucky** [1] - 104:23
**lug** [1] - 43:9
**lunch** [7] - 7:2, 33:19, 34:22, 43:5, 43:20, 43:23, 44:3
**Lupowitz** [1] - 107:12
**LUPOWITZ** [2] - 1:21, 107:13

## M

**ma'am** [2] - 45:22, 46:16
**machete** [5] - 88:20, 89:3, 89:4, 89:5, 89:13
**mad** [1] - 68:11
**Madam** [1] - 51:15
**main** [2] - 61:4, 77:7
**males** [1] - 36:11
**man** [1] - 70:3
**Mara** [2] - 55:14, 57:19
**Maravilla** [1] - 14:21
**Maria** [1] - 50:14
**Mariachi** [10] - 59:5, 59:18, 59:20, 59:21, 66:19, 66:23, 67:3, 69:9, 75:6
**marijuana** [3] - 62:7, 62:8, 62:11
**mark** [1] - 10:21
**marked** [3] - 2:24, 28:17, 31:6
**marker** [6] - 35:15, 36:23, 38:12, 38:22, 41:16, 41:22
**marshals** [1] - 83:19
**Martinez** [2] - 17:14, 36:8
**Maryland** [4] - 20:11, 20:13, 20:14, 72:17
**matched** [1] - 49:4
**matter** [3] - 3:3, 29:6, 107:10
**mean** [18] - 23:4, 33:21, 47:18, 60:11, 63:1, 67:9, 68:3, 76:7, 77:3, 80:2, 80:17, 81:4, 83:18, 85:5, 100:9, 104:6, 104:18, 106:11
**media** [2] - 43:4, 101:23
**medical** [4] - 4:10, 103:7, 103:16, 104:5
**meet** [8] - 54:15, 56:20, 56:22, 56:24, 63:5, 64:7, 71:5, 102:2
**meeting** [2] - 25:18, 58:25
**Melendez** [7] - 13:18, 21:8, 36:4, 37:7, 54:7, 103:11, 104:6
**Melvin** [6] - 2:7, 11:23, 44:8, 50:10, 51:18, 52:1
**member** [18] - 55:15, 57:7, 57:9, 57:22, 58:21, 59:24, 60:9, 61:24, 62:24, 63:7, 63:9, 65:20, 68:5, 68:7, 71:9, 85:10, 90:7, 99:5
**members** [5] - 51:25,

57:25, 61:13, 63:14, 74:10
**membership** [10] - 60:3, 60:5, 60:18, 60:20, 61:1, 61:5, 61:8, 61:17, 61:25, 63:7
**memorialize** [1] - 28:23
**memories** [1] - 47:14
**memory** [3] - 5:15, 44:7, 47:21
**mente** [1] - 80:22
**Mente** [1] - 80:25
**mention** [3] - 7:3, 8:25, 34:1
**mentioned** [8] - 52:21, 55:10, 66:9, 66:19, 72:13, 73:19, 74:12, 98:15
**mentioning** [1] - 77:14
**mere** [1] - 105:10
**met** [14] - 46:12, 48:9, 54:17, 54:19, 54:24, 55:3, 55:6, 56:22, 57:4, 57:9, 57:22, 57:25, 73:25, 100:5
**Miami** [10] - 1:4, 1:15, 1:19, 1:23, 1:24, 53:22, 71:14, 71:19, 107:15, 107:16
**mid** [2] - 7:2, 105:2
**mid-morning** [1] - 7:2
**mid-Tuesday** [1] - 105:2
**middle** [3] - 43:18, 44:14, 95:13
**might** [9] - 9:1, 19:4, 31:15, 32:5, 32:7, 33:22, 37:10, 43:6, 101:15
**Miguel** [1] - 59:15
**mind** [4] - 9:11, 80:23, 80:25, 86:7
**mindful** [1] - 51:1
**minimum** [1] - 103:19
**minute** [7] - 35:15, 36:22, 38:12, 38:22, 41:16, 41:22, 82:19
**minutes** [28] - 8:11, 8:17, 9:21, 12:12, 12:19, 20:21, 22:3, 22:10, 22:16, 23:13, 23:19, 24:1, 24:15, 24:21, 25:10, 26:5, 27:13, 33:1, 36:23, 38:17, 39:3, 39:8, 40:16, 41:16, 41:23, 47:2, 86:2, 87:5
**Miranda** [4] - 8:3, 24:6, 26:1, 26:21
**mission** [2] - 86:10, 90:10
**Mitsubishi** [3] - 75:24, 75:25, 79:19
**mixing** [1] - 33:20
**mobile** [4] - 70:6, 70:14, 70:15, 70:21
**mode** [1] - 45:10
**moment** [14] - 42:9, 58:2, 69:10, 71:22, 73:8, 75:13, 78:16, 84:9, 89:8, 90:21, 91:14, 94:15, 98:8, 99:12
**Monday** [16] - 83:15, 84:6, 100:18, 101:16, 101:25, 102:6, 102:16, 102:19, 102:24, 103:2, 103:6, 103:11, 103:13, 103:22, 106:18, 107:2
**monitor** [1] - 82:13
**month** [1] - 54:16
**months** [3] - 56:21, 70:19, 71:21
**morning** [13] - 3:2, 3:6, 3:10, 3:12, 3:25, 4:7, 6:17, 7:2, 100:18, 102:16, 103:2, 107:2
**most** [2] - 103:2, 105:15
**motioning** [2] - 37:20, 37:23
**move** [44] - 8:15, 9:14, 10:3, 11:8, 12:11, 12:19, 13:3, 14:7, 15:17, 16:22, 18:18, 22:7, 22:14, 23:18, 24:13, 24:19, 26:12, 26:14, 28:1, 30:8, 36:21, 39:7, 39:17, 40:15, 42:2, 52:16, 52:22, 59:7, 60:25, 61:4, 64:13, 65:7, 65:24, 69:11, 70:23, 71:2, 71:23, 73:9, 75:14, 77:15, 90:15, 90:18, 90:24, 93:14
**moved** [5] - 52:12, 52:18, 52:24, 63:22, 90:25
**moves** [2] - 58:3, 94:17
**moving** [5] - 7:15, 30:22, 39:1, 41:21, 106:25
**MR** [125] - 2:5, 2:6, 3:6, 3:12, 4:21, 4:25, 5:8, 5:12, 5:18, 6:10, 7:21, 7:25, 8:14, 8:20, 9:25, 10:2, 10:5, 10:8, 10:9, 10:25, 11:5, 11:7, 11:10, 11:13, 11:14, 12:2, 12:7, 12:17, 12:23, 13:2, 13:5, 13:8, 13:20, 13:24, 14:6, 14:8, 14:11, 14:12, 15:8, 15:16, 15:19, 15:22, 16:17, 16:21, 17:1, 17:2, 17:16, 17:19, 18:1, 18:6, 18:7, 18:17, 18:21, 18:25, 20:16, 20:18, 20:25, 21:25, 22:6, 22:13, 22:19, 23:17, 23:23, 24:5, 24:18, 24:24, 25:8, 25:12, 25:13, 26:8, 26:11, 26:14, 26:15, 27:16, 27:25, 28:3, 28:7, 28:15, 28:16, 32:12, 33:9, 33:11, 33:14, 33:17, 34:2, 35:9, 35:10, 35:13, 35:20, 36:16, 36:20, 37:1, 37:4, 37:5, 37:15, 37:18, 38:6, 38:10, 38:15, 38:20, 38:25, 39:6, 39:11, 39:16, 39:19, 39:23, 40:7, 40:11, 40:19, 41:1, 41:3, 41:6, 41:20, 42:1, 42:9, 42:11, 44:10, 48:16, 50:5, 83:25, 103:7, 103:9, 104:9, 106:10, 106:21
**MS** [87] - 2:6, 2:8, 5:25, 6:6, 34:11, 45:18, 45:20, 47:3, 48:13, 50:10, 51:21, 51:23, 55:21, 55:24, 56:1, 56:3, 58:2, 58:7, 59:7, 59:9, 59:12, 63:18, 63:21, 63:25, 64:13, 64:16, 64:19, 65:7, 65:9, 65:12, 65:24, 66:1, 66:4, 66:14, 68:12, 69:1, 69:2, 69:10, 69:14, 69:17, 71:22, 72:1, 72:5, 73:4, 73:5, 73:8, 73:11, 73:14, 73:19, 73:23, 75:13, 75:16, 75:19, 76:4, 78:8, 78:12, 79:7, 79:10, 80:16, 81:3, 81:6, 82:16, 83:10, 83:22, 84:7, 84:20, 84:21, 89:1, 93:8, 94:12, 94:15, 94:17, 94:21, 94:25, 95:23, 96:1, 96:6, 96:7, 99:12, 99:15, 99:18, 99:25, 100:4, 100:11, 105:23, 106:1, 106:4
**MS-13** [38] - 42:7, 55:17, 57:20, 57:23, 57:25, 58:18, 58:24, 59:23, 60:2, 60:9, 61:10, 61:13, 61:17, 61:24, 62:18, 62:25, 63:7, 63:8, 64:9, 65:3, 65:20, 66:20, 66:21, 66:25, 67:3, 67:6, 67:12, 67:14, 67:17, 67:22, 68:6, 68:10, 75:6, 76:14, 77:7, 90:7, 97:20, 98:15
**murder** [17] - 40:13, 48:10, 49:17, 49:18, 49:21, 68:21, 69:24, 70:18, 74:3, 75:9, 90:8, 90:22, 97:19, 97:24, 98:5, 98:22, 98:25
**murdered** [2] - 68:23, 69:4
**murdering** [1] - 69:8
**murders** [4] - 49:12, 49:15, 49:16, 98:14
**must** [3] - 90:8, 92:6, 102:7


## N


**name** [26] - 13:16, 14:20, 16:9, 16:11, 17:11, 17:13, 20:1, 29:2, 30:10, 30:19, 51:24, 52:24, 54:6, 56:12, 59:15, 61:12, 63:3, 64:5, 64:24, 65:16, 68:19, 69:20, 71:5, 98:22
**named** [1] - 30:20
**names** [1] - 77:11
**Nate** [1] - 25:16
**Nathan** [1] - 3:8
**nature** [1] - 101:4
**NE** [1] - 1:15
**need** [17] - 4:23, 6:2, 31:16, 33:1, 33:19, 35:13, 43:20, 44:17, 80:17, 83:3, 84:8, 101:13, 103:9, 103:10, 105:6, 106:12, 106:15
**needed** [2] - 34:25, 45:14
**needs** [2] - 44:8, 61:7
**neighborhood** [3] - 61:23, 62:17
**New** [1] - 29:10
**new** [1] - 61:24
**news** [2] - 98:5, 98:13
**next** [11] - 7:9, 7:10, 29:6, 30:5, 50:9, 50:19, 58:12, 79:21, 101:12, 104:4, 106:7
**NF** [2] - 24:15, 24:20
**nice** [3] - 6:18, 45:3, 88:1
**nickname** [9] - 16:9, 17:11, 17:13, 29:8, 29:17, 52:4, 54:9, 56:15, 69:22
**nicknames** [1] - 52:2
**night** [6] - 4:3, 4:19, 8:23, 21:10, 70:3, 74:3
**NO** [1] - 1:2
**nobody** [1] - 91:6
**normal** [1] - 76:11
**North** [2] - 1:23, 107:15
**noted** [2] - 9:12, 11:22
**notepads** [3] - 6:24, 32:20, 43:11
**notes** [3] - 5:16, 102:13, 104:24
**nothing** [4] - 5:12, 29:5, 29:6, 106:10
**notice** [3] - 10:21, 27:3, 95:23
**number** [4] - 28:12, 32:16, 34:24, 37:2
**numbers** [1] - 28:20


## O


**o'clock** [3] - 43:16, 100:16, 103:23
**Oakland** [2] - 52:25, 55:14
**objection** [55] - 4:15, 10:2, 10:4, 10:5, 11:7, 11:10, 13:2, 13:5, 14:6, 14:8, 15:17, 15:19, 16:21, 16:23, 18:17, 18:21, 26:8, 26:10, 27:25, 28:3, 39:16, 39:19, 41:1, 41:3, 55:22, 55:23, 58:3, 58:4, 59:8, 59:9, 63:20, 63:21, 64:14, 64:16, 65:8, 65:9, 65:25, 66:1, 69:12,

69:13, 69:14, 71:24, 71:25, 72:1, 73:10, 73:11, 75:15, 75:16, 78:8, 79:7, 94:19, 94:20, 94:21, 99:14, 99:15
**objections** [1] - 105:24
**observacion** [3] - 60:6, 69:25, 76:6
**observed** [2] - 67:16, 73:23
**observer** [1] - 90:21
**observing** [2] - 90:14, 90:21
**obviously** [3] - 27:4, 104:11, 104:19
**occasion** [3] - 31:10, 45:25, 46:8
**occupants** [1] - 37:14
**occupied** [1] - 33:24
**occurred** [2] - 47:13, 48:19
**OF** [2] - 1:1, 1:4
**offender** [1] - 99:2
**offense** [2] - 43:7, 102:6
**OFFICE** [1] - 1:14
**OFFICER** [6] - 6:13, 32:23, 43:25, 82:25, 84:15, 102:21
**Officer** [1] - 25:16
**Official** [2] - 1:21, 107:13
**often** [1] - 47:10
**old** [3] - 52:8, 53:7, 53:10
**Omar** [1] - 49:18
**once** [3] - 44:14, 86:15, 88:19
**Ondina** [1] - 49:17
**one** [79] - 3:24, 4:1, 4:14, 7:3, 8:21, 9:19, 10:15, 11:18, 13:11, 15:12, 15:13, 15:23, 17:3, 19:2, 19:3, 21:10, 27:3, 27:6, 28:12, 32:10, 33:17, 33:25, 34:25, 35:3, 36:12, 37:20, 40:2, 42:9, 42:24, 42:25, 47:14, 47:24, 47:25, 49:23, 50:17, 50:22, 51:1, 55:23, 58:2, 61:18, 61:22, 67:23, 69:10, 70:19, 71:22, 73:8, 73:20, 75:13, 76:17, 77:7, 80:4, 80:7, 85:15, 85:16, 86:10, 89:13, 90:2, 90:3, 91:3, 91:8, 91:23, 93:3, 93:13, 93:18, 93:24, 94:14, 94:15, 98:13, 99:3, 99:12, 103:16, 103:20, 103:22, 105:11
**one's** [2] - 102:15, 106:14
**ones** [3] - 63:17, 66:12, 67:7
**ongoing** [1] - 3:3
**open** [3] - 5:21, 6:19, 100:14
**opened** [1] - 106:3
**OPLS** [5] - 55:12, 55:13, 55:15, 55:17, 57:7
**Order** [1] - 3:1
**order** [1] - 80:14
**orders** [1] - 76:8
**organization** [5] - 57:16, 57:18, 60:14, 62:13, 71:9
**originally** [1] - 30:2
**Ortiz** [11] - 2:7, 11:24, 44:8, 44:11, 50:11, 51:18, 52:1, 52:2, 56:4, 102:24, 103:1
**outside** [3] - 38:1, 43:6, 87:6
**overruled** [2] - 78:9, 79:8
**overtime** [1] - 106:25
**own** [9] - 33:21, 79:13, 87:17, 93:12, 93:13, 94:14, 102:13, 103:21, 104:5
**owned** [1] - 21:8
**owner** [2] - 35:22, 36:1

## P

**p.m** [11] - 1:6, 44:1, 44:20, 44:21, 45:1, 83:1, 84:10, 84:11, 84:16, 102:22, 107:4
**pace** [1] - 104:16
**pack** [2] - 27:21, 27:24
**page** [57] - 5:16, 6:22, 8:8, 8:9, 8:15, 9:14, 12:4, 12:11, 12:12, 12:19, 13:15, 13:21, 13:25, 17:18, 17:20, 17:21, 17:22, 20:19, 22:1, 22:7, 22:14, 23:12, 23:14, 23:18, 23:24, 23:25, 24:13, 24:14, 24:19, 24:20, 26:4, 27:11, 27:12, 28:8, 29:4, 30:9, 30:22, 31:1, 31:4, 31:5, 32:16, 35:16, 36:22, 38:11, 38:16, 38:21, 38:22, 39:1, 39:8, 40:15, 41:15, 41:17, 41:22, 56:10, 59:14
**Page** [2] - 2:2, 15:5
**Pages** [1] - 1:8
**palabrero** [2] - 60:22, 60:23
**panel** [1] - 6:2
**panic** [3] - 4:2, 4:3, 4:19
**panicked** [1] - 4:16
**papers** [1] - 13:10
**paragraph** [1] - 58:9
**Park** [2] - 52:25, 55:14
**paro** [3] - 60:6, 68:14, 69:25
**part** [9] - 40:4, 55:8, 55:17, 57:16, 62:18, 76:13, 76:14, 80:3, 89:25
**participate** [4] - 58:23, 90:8, 90:12, 91:5
**participated** [2] - 22:22, 22:23
**participating** [1] - 90:20
**participation** [1] - 23:3
**particular** [1] - 61:12
**particularly** [2] - 47:25, 48:1
**party** [2] - 89:20, 92:11
**pass** [5] - 42:12, 60:19, 61:4, 99:9, 99:10
**pause** [6] - 10:1, 21:1, 27:17, 36:21, 37:2, 39:12
**paused** [37] - 8:13, 8:19, 9:24, 11:4, 12:6, 12:16, 12:22, 13:23, 15:7, 16:16, 17:25, 20:24, 21:24, 22:5, 22:12, 22:18, 23:16, 23:22, 24:4, 24:17, 24:23, 26:7, 27:15, 35:19, 36:19, 36:25, 37:17, 38:9, 38:14, 38:19, 38:24, 39:5, 39:10, 40:10, 40:18, 41:19, 41:25
**pay** [2] - 62:19, 91:14
**paying** [1] - 45:11
**people** [15] - 33:19, 37:8, 42:6, 43:2, 54:21, 66:9, 66:25, 67:6, 67:22, 77:20, 81:16, 86:18, 89:16, 101:22, 104:12
**people's** [1] - 47:14
**perfect** [2] - 104:21, 106:6
**permission** [2] - 67:4, 68:1
**permitted** [1] - 42:23
**person** [27] - 14:19, 16:7, 19:10, 19:14, 21:9, 24:9, 28:24, 29:19, 29:20, 30:20, 37:10, 56:7, 58:15, 59:18, 62:24, 64:3, 64:21, 65:14, 66:6, 69:18, 72:7, 76:17, 80:14, 80:20, 99:21
**person's** [2] - 16:9, 29:17
**personnel** [1] - 35:3
**phone** [2] - 6:2, 43:21
**photo** [18] - 10:11, 10:16, 11:15, 11:21, 14:14, 15:13, 18:14, 19:24, 24:11, 28:11, 29:4, 30:8, 30:23, 30:24, 31:4, 31:7, 32:4, 65:14
**Photo** [3] - 29:11, 29:14, 30:14
**photograph** [23] - 10:20, 13:14, 19:8, 20:3, 20:4, 28:19, 31:9, 31:19, 31:23, 31:24, 32:9, 37:23, 56:7, 58:10, 58:13, 59:16, 64:2, 64:21, 66:6, 72:7, 73:16, 73:21, 95:9
**photographs** [9] - 12:25, 14:3, 15:10, 16:19, 27:18, 39:14, 56:4, 66:5, 95:1
**photos** [3] - 13:11, 18:14, 31:16
**pick** [9] - 7:18, 14:15, 34:19, 35:23, 42:15, 45:6, 84:5, 84:19, 102:4
**picked** [1] - 15:14
**picking** [1] - 15:12
**Picture** [2] - 14:17, 14:18
**picture** [12] - 16:1, 18:10, 20:9, 24:8, 28:18, 36:9, 36:10, 36:11, 37:20, 37:22, 38:3, 95:18
**pictures** [4] - 18:3, 35:12, 39:25, 42:3
**piece** [1] - 82:21
**pinkish** [1] - 81:24
**place** [9] - 5:20, 68:23, 69:3, 70:11, 86:15, 88:9, 90:5, 93:22, 96:25
**places** [2] - 43:2, 101:22
**plan** [10] - 43:19, 44:4, 78:13, 78:15, 78:21, 79:24, 104:4, 104:25, 105:19
**play** [3] - 12:3, 36:17, 37:15
**played** [1] - 8:21
**playing** [5] - 13:19, 15:5, 17:15, 21:22, 41:16
**plea** [3] - 100:5, 103:22, 106:17
**point** [34] - 8:22, 10:11, 12:9, 14:2, 16:19, 18:3, 18:13, 20:9, 20:13, 20:14, 22:20, 24:6, 31:19, 32:3, 35:3, 39:14, 40:20, 42:3, 42:5, 60:8, 62:3, 71:5, 74:12, 75:7, 76:13, 88:5, 89:9, 90:14, 93:9, 95:15, 98:16, 100:16, 104:8, 105:16
**pointed** [1] - 77:21
**pointing** [2] - 24:8, 24:11
**police** [1] - 99:22
**Pompano** [1] - 70:16
**positioned** [1] - 50:20
**possibility** [1] - 34:6
**possible** [3] - 22:21, 22:22, 35:5
**possibly** [1] - 22:23
**potential** [3] - 4:11, 35:2, 103:10
**potentially** [2] - 47:21, 104:17
**power** [2] - 74:21, 82:23
**Power** [9] - 19:15, 32:2, 65:16, 65:18, 66:7, 66:9, 78:6, 82:7, 89:17
**pregnant** [1] - 67:5
**prepared** [2] - 49:9, 79:1
**presence** [1] - 105:10
**present** [9] - 3:7, 3:14, 3:24, 25:15, 46:3, 77:21, 77:24, 90:8, 102:3
**pressing** [1] - 7:13
**pretty** [2] - 4:15, 7:4
**previous** [3] - 30:19, 31:10, 47:14

previously [3] - 7:22, 56:5, 90:10
price [1] - 62:10
pride [1] - 98:10
printing [1] - 26:25
private [1] - 33:25
problem [1] - 3:20
problems [4] - 4:6, 68:8, 68:9, 83:14
proceed [1] - 51:17
proceedings [2] - 100:2, 107:9
Proceedings [1] - 100:14
proffered [1] - 4:11
profits [2] - 62:13, 62:15
progress [1] - 34:23
prompt [1] - 5:21
pronouncing [1] - 17:14
proof [1] - 97:24
proposal [1] - 105:24
propose [1] - 106:4
proposed [1] - 106:2
protocol [1] - 101:25
provide [2] - 49:3, 97:24
provided [1] - 62:8
published [37] - 8:12, 8:18, 9:23, 11:3, 12:5, 12:15, 12:21, 13:22, 15:6, 16:15, 17:24, 20:23, 21:23, 22:4, 22:11, 22:17, 23:15, 23:21, 24:3, 24:16, 24:22, 26:6, 27:14, 35:18, 36:18, 36:24, 37:16, 38:8, 38:13, 38:18, 38:23, 39:4, 39:9, 40:9, 40:17, 41:18, 41:24
pull [1] - 21:20
pulled [1] - 87:19
purpose [4] - 85:2, 85:13, 85:19, 92:8
purposes [1] - 34:11
pursue [1] - 48:10
push [1] - 34:21
put [2] - 93:20, 105:1
putting [2] - 105:5, 105:15

## Q

Q-tips [1] - 41:10
qualified [2] - 81:5, 81:8
questioned [1] - 9:7
questioning [6] - 46:19, 80:1, 80:2, 85:13, 100:9, 100:17
questions [12] - 27:9, 42:11, 48:13, 50:5, 54:20, 80:15, 80:17, 84:23, 84:24, 85:3, 85:8, 86:23
quick [2] - 22:23, 83:7
quicker [1] - 103:13
quickly [1] - 19:7
quite [2] - 42:19, 104:1

## R

raise [3] - 51:10, 61:7, 69:24
raised [3] - 91:18, 98:15, 98:21
ran [1] - 88:8
rank [8] - 71:12, 72:10, 72:23, 73:5, 76:5, 80:10, 80:20
rapport [2] - 46:15, 48:24
rather [3] - 49:6, 83:19, 100:21
Raton [2] - 40:2, 70:4
read [5] - 25:25, 26:2, 26:22, 27:4, 102:12
ready [5] - 44:24, 49:15, 51:15, 51:16, 103:5
real [3] - 13:16, 17:11, 83:6
realize [1] - 90:13
really [4] - 6:4, 7:16, 19:16, 33:22
reason [5] - 19:22, 49:24, 51:8, 80:7, 103:13
recap [1] - 104:23
Received [1] - 2:10
received [24] - 10:7, 11:12, 13:7, 14:10, 15:21, 16:25, 18:23, 26:13, 28:5, 39:21, 41:5, 56:2, 58:6, 59:11, 63:23, 64:18, 65:11, 66:3, 69:16, 72:4, 73:13, 75:18, 94:23, 99:17
recess [2] - 44:19, 107:3
recessed [4] - 33:5, 44:20, 84:10, 107:4
recognize [4] - 26:18, 58:10, 59:15, 65:14
record [6] - 10:10, 33:6, 42:10, 44:21, 84:11, 100:25
recorded [1] - 25:19
recording [2] - 13:12, 28:22
records [1] - 21:20
recruit [2] - 59:3, 59:5
recruited [5] - 59:1, 59:21, 59:23, 59:24, 66:19
red [6] - 21:2, 21:12, 21:15, 36:5, 38:5, 81:24
REDIRECT [2] - 2:6, 48:15
redirect [2] - 44:15, 48:14
refer [1] - 88:5
reference [2] - 30:23, 43:10
referencing [1] - 19:2
referred [3] - 26:1, 30:4, 61:12
referring [6] - 9:4, 24:12, 36:7, 36:8, 47:19, 81:1
regarding [4] - 4:2, 42:17, 62:4, 101:23
relatively [1] - 103:23
relevance [3] - 16:1, 17:8, 23:5
relevant [4] - 21:5, 21:12, 21:15, 23:1
remain [1] - 46:1
remainder [1] - 89:16
remaining [1] - 105:20
remember [19] - 9:2, 16:10, 21:2, 24:11, 29:9, 29:16, 30:10, 30:18, 30:19, 43:6, 63:11, 74:4, 81:10, 81:23, 95:1, 95:5, 101:6, 101:9
remind [3] - 25:14, 42:17, 50:22
reminders [1] - 100:24
renting [1] - 70:21
repeat [2] - 68:24, 80:13
REPORTED [1] - 1:20
reported [1] - 98:3
Reporter [2] - 1:21, 107:13
Republic [1] - 30:3
required [1] - 61:25
research [3] - 21:19, 43:1, 101:22
residence [1] - 70:13
response [2] - 47:18, 95:3
rest [2] - 104:17, 107:1
restaurant [1] - 35:23
restroom [8] - 32:19, 33:2, 33:14, 33:23, 35:6, 82:23, 83:3, 83:5
restrooms [2] - 33:22, 34:25
result [1] - 53:25
resume [3] - 6:20, 6:24, 103:25
retire [1] - 66:24
retired [2] - 66:25, 75:6
return [1] - 32:21
returned [1] - 100:14
reviewed [1] - 105:8
ride [1] - 86:3
riding [1] - 9:11
right-hand [1] - 41:13
rights [6] - 26:1, 26:2, 26:21, 27:1, 27:8, 46:6
rise [7] - 6:13, 32:23, 43:25, 82:25, 84:12, 84:15, 102:21
rising [1] - 97:20
rival [4] - 77:4, 85:6, 86:24, 99:5
rivals [6] - 61:9, 61:10, 61:12, 66:13, 76:24, 77:5
RMR [2] - 1:21, 107:13
road [1] - 62:20
RODOLFO [1] - 1:10
Rodolfo [1] - 1:22
room [7] - 35:7, 43:12, 43:15, 44:18, 102:3, 102:10, 102:15
Room [2] - 1:24, 107:15
Rosenbaum [3] - 3:13, 6:8, 84:5
ROSENBAUM [20] - 1:16, 1:17, 3:12, 4:25, 6:10, 10:5, 11:10, 13:5, 14:8, 15:19, 18:21, 26:11, 28:3, 33:9, 33:11, 33:14, 33:17, 39:19, 41:3, 106:21
roughly [3] - 20:20, 23:24, 27:13
round [4] - 6:12, 33:8, 44:25, 84:14
Ruiz [1] - 1:22
RUIZ [1] - 1:10
rules [5] - 42:17, 61:17, 61:19, 61:21, 77:7
run [1] - 17:20
running [3] - 87:16, 88:10, 102:1
rushed [1] - 100:6

## S

S.E [1] - 1:18
sabedor [2] - 80:14, 98:4
saca [1] - 89:3
Salvador [6] - 52:7, 52:8, 52:10, 53:7, 58:19, 58:21
Salvatrucha [3] - 55:14, 57:15, 57:19
sample [2] - 40:21, 40:24
saw [5] - 76:20, 88:9, 92:16, 92:18, 97:25
scene [6] - 21:18, 40:1, 40:13, 89:19, 90:13, 95:1
schedule [6] - 6:25, 7:8, 7:11, 96:4, 103:21, 105:17
scheduling [2] - 34:11, 101:9
scheme [1] - 47:23
school [3] - 53:1, 53:4, 53:9
screen [1] - 95:15
seal [1] - 102:14
search [2] - 41:8, 104:10
seat [3] - 31:17, 36:11, 38:4
seated [10] - 6:16, 32:25, 33:7, 34:16, 44:2, 45:2, 83:2, 84:13, 84:17, 102:23
second [6] - 10:1, 12:14, 16:14, 37:24, 81:19, 99:2
seconds [21] - 8:11, 9:22, 12:13, 12:20, 20:21, 22:3, 22:10, 22:16, 23:13, 23:20, 24:2, 24:15, 24:21, 26:5, 27:13, 36:23, 38:17, 39:3, 40:16, 41:23, 60:17

**SECURITY** [6] - 6:13, 32:23, 43:25, 82:25, 84:15, 102:21
**see** [28] - 5:6, 5:8, 6:23, 31:16, 51:6, 53:11, 53:18, 88:9, 88:24, 89:2, 89:5, 89:7, 89:12, 89:14, 89:16, 94:1, 94:7, 94:9, 95:9, 95:18, 98:5, 101:1, 102:5, 102:19, 102:24, 103:20, 104:20, 107:2
**seeing** [1] - 95:5
**seem** [1] - 72:10
**selections** [1] - 28:23
**selfie** [3] - 19:14, 19:17, 32:11
**sell** [3] - 62:7, 62:8, 62:11
**selling** [3] - 62:18, 62:23, 62:25
**sense** [5] - 51:8, 83:6, 83:8, 83:17, 101:15
**sent** [1] - 45:14
**sentencings** [2] - 44:16, 103:24
**separate** [1] - 66:11
**series** [7] - 12:25, 14:3, 15:10, 16:19, 18:3, 27:18, 39:13
**serious** [1] - 4:3
**serves** [2] - 5:15, 44:7
**services** [2] - 3:19, 44:8
**set** [7] - 5:7, 32:21, 62:10, 78:15, 91:1, 93:25, 106:22
**several** [6] - 33:11, 54:2, 60:6, 61:2, 63:17, 88:14
**shaking** [1] - 87:14
**shambles** [1] - 4:7
**share** [1] - 101:13
**shipping** [1] - 106:15
**shirt** [12] - 18:11, 19:17, 19:20, 19:23, 20:5, 31:14, 31:25, 32:2, 32:10, 36:6, 36:13, 91:19
**shocked** [1] - 83:25
**shoes** [1] - 97:14
**shoot** [1] - 94:7
**shooting** [1] - 94:1
**shorter** [1] - 103:23
**shot** [7] - 91:2, 91:3, 91:18, 93:25, 94:3, 94:9, 95:12
**show** [8] - 10:12, 19:7, 30:13, 31:5, 42:2, 91:20, 95:8, 95:15
**showed** [1] - 98:6
**showing** [28] - 10:14, 11:16, 11:18, 13:9, 16:18, 18:14, 26:16, 27:18, 28:14, 29:13, 30:14, 31:4, 39:13, 39:24, 41:7, 56:4, 58:8, 59:13, 64:1, 64:20, 65:13, 66:5, 72:6, 73:15, 73:16, 73:21, 99:19
**shown** [12] - 9:18, 10:16, 12:24, 14:2, 15:10, 18:2, 29:14, 31:19, 35:11, 56:5, 66:5, 95:1
**shut** [1] - 104:23
**sic** [1] - 29:21
**side** [7] - 6:8, 41:13, 90:3, 93:3, 93:4, 93:18, 106:20
**sidebar** [2] - 99:25, 100:2
**sight** [2] - 7:6, 45:9
**sign** [3] - 40:23, 41:12, 58:12
**signature** [2] - 26:23, 56:10
**signed** [3] - 26:22, 26:23, 41:13
**significance** [2] - 9:8, 17:8
**significant** [1] - 9:9
**signing** [1] - 95:5
**silent** [1] - 46:1
**Silva** [7] - 8:25, 10:20, 24:12, 29:21, 30:1, 49:9, 50:3
**similar** [1] - 83:18
**single** [1] - 44:17
**singles** [1] - 27:22
**sitting** [2] - 31:12, 38:4
**situation** [1] - 79:2
**six** [11] - 10:15, 11:19, 13:11, 15:24, 17:4, 27:21, 27:24, 56:4, 66:5, 71:21
**six-pack** [2] - 27:21, 27:24
**skip** [2] - 38:21, 39:1
**sleep** [2] - 4:4, 4:19
**slipped** [2] - 91:11, 92:23
**small** [2] - 90:24, 91:19
**smoke** [1] - 63:6
**SMUKLER** [59] - 1:13, 2:8, 34:11, 50:10, 51:21, 51:23, 55:21, 56:1, 56:3, 58:2, 58:7, 59:7, 59:12, 63:18, 63:25, 64:13, 64:19, 65:7, 65:12, 65:24, 66:4, 69:1, 69:2, 69:10, 69:17, 71:22, 72:5, 73:8, 73:14, 75:13, 75:19, 76:4, 78:12, 79:10, 80:16, 81:3, 81:6, 82:16, 83:10, 84:20, 84:21, 89:1, 93:8, 94:12, 94:15, 94:17, 94:25, 95:23, 96:1, 96:6, 96:7, 99:12, 99:18, 99:25, 100:4, 100:11, 105:23, 106:1, 106:4
**Smukler** [6] - 3:7, 51:19, 83:8, 84:18, 100:3, 105:12
**social** [2] - 43:4, 101:23
**Solitario** [26] - 70:7, 70:9, 72:13, 72:25, 73:17, 73:19, 73:21, 74:25, 76:7, 78:6, 80:1, 80:4, 80:7, 81:7, 81:11, 81:17, 84:22, 86:19, 87:14, 87:23, 88:7, 88:16, 89:7, 89:14, 91:17, 96:17
**Solitario's** [1] - 72:23
**Sombra** [51] - 24:12, 29:21, 48:4, 49:8, 56:16, 56:17, 56:20, 56:24, 57:4, 57:5, 57:7, 57:9, 57:22, 57:25, 58:16, 58:25, 59:1, 59:20, 59:21, 62:9, 62:12, 67:4, 69:9, 70:6, 70:8, 70:22, 71:2, 71:18, 72:11, 72:18, 75:4, 76:7, 77:14, 77:16, 77:18, 77:24, 80:6, 82:9, 82:12, 85:16, 96:15, 97:3, 97:5, 97:10, 97:12, 98:2, 98:3, 98:6, 99:1, 99:6
**someone** [27] - 54:6, 54:11, 56:12, 56:17, 59:5, 60:14, 60:25, 61:24, 62:17, 63:3, 64:5, 64:24, 65:16, 67:12, 67:14, 68:19, 71:5, 76:13, 77:13, 78:18, 79:3, 79:21, 80:15, 81:5, 85:5, 92:2, 98:22
**sometime** [1] - 75:10
**sometimes** [1] - 51:3
**somewhat** [1] - 100:20
**somewhere** [5] - 20:10, 93:22, 95:17, 95:19, 102:10
**son** [2] - 88:2, 88:3
**sooner** [1] - 100:21
**sorry** [13] - 8:17, 11:22, 14:18, 17:16, 29:5, 35:13, 35:17, 38:21, 40:20, 41:22, 59:20, 91:20, 94:18
**Sorry** [1] - 95:5
**sort** [1] - 84:24
**sound** [1] - 100:24
**sounds** [1] - 76:1
**South** [1] - 71:20
**Southern** [2] - 1:23, 107:14
**SOUTHERN** [1] - 1:1
**space** [1] - 44:18
**Spanish** [10] - 3:19, 26:21, 27:5, 27:6, 50:15, 50:20, 50:23, 50:25, 51:3
**speakers** [2] - 22:8, 22:15
**speaking** [4] - 23:25, 24:20, 42:21, 47:16
**speaks** [1] - 24:15
**Special** [11] - 3:8, 8:3, 11:16, 24:14, 29:12, 30:14, 40:22, 42:5, 47:3, 47:6, 104:9
**special** [2] - 25:16, 104:7
**specific** [2] - 78:13, 82:10
**splashed** [1] - 97:16
**spot** [3] - 49:6, 100:8, 100:10
**Squirrel** [1] - 30:21
**stab** [12] - 88:21, 89:7, 89:9, 89:14, 89:17, 89:22, 90:5, 92:7, 92:24, 93:3
**stabbed** [3] - 23:6, 23:8, 89:11
**stabbing** [11] - 88:20, 89:12, 90:2, 90:3, 90:12, 90:20, 91:10, 92:3, 92:22, 95:16, 95:20
**stack** [1] - 102:10
**stand** [1] - 57:14
**standing** [1] - 44:6
**Starosta** [1] - 50:14
**start** [19] - 8:9, 9:15, 15:25, 17:22, 19:1, 23:12, 23:13, 23:24, 26:4, 27:12, 27:13, 31:4, 35:15, 41:21, 42:5, 43:15, 46:17, 60:6
**started** [9] - 14:24, 35:22, 78:1, 87:14, 87:16, 88:10, 88:20, 88:21, 91:17
**starting** [8] - 5:3, 12:11, 20:20, 22:8, 23:19, 39:2, 42:2, 48:23
**starts** [1] - 36:5
**state** [1] - 51:24
**statement** [2] - 10:24, 47:11
**STATES** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**States** [13] - 1:22, 3:4, 3:7, 52:12, 52:14, 52:15, 52:16, 52:19, 53:2, 53:4, 54:14, 56:19, 107:14
**stay** [4] - 43:3, 45:8, 71:1, 101:23
**stayed** [1] - 87:11
**steer** [2] - 34:9, 35:4
**STENOGRAPHICALLY** [1] - 1:20
**step** [2] - 33:2, 34:25
**sterilized** [1] - 41:10
**still** [8] - 4:10, 8:2, 12:4, 13:20, 17:20, 30:9, 100:4, 103:3
**stipulation** [1] - 104:14
**stood** [1] - 55:13
**stop** [20] - 8:15, 11:6, 12:18, 12:24, 13:25, 15:9, 16:18, 22:1, 22:7, 24:19, 35:21, 37:19, 38:11, 39:7, 53:9, 62:23, 62:25, 93:1, 93:11, 93:12
**stopped** [2] - 53:6, 53:7
**straight** [1] - 46:19
**street** [6] - 16:11, 17:11, 17:13, 20:1, 90:24
**Street** [3] - 1:15, 1:18, 61:11

**stretch** [4] - 32:19, 33:23, 43:20, 45:13
**strong** [1] - 4:15
**structure** [1] - 60:1
**struggling** [1] - 89:8
**stuff** [1] - 106:16
**subject** [1] - 19:9
**subjects** [1] - 32:9
**suggest** [1] - 77:13
**suggested** [1] - 77:24
**Suite** [1] - 1:18
**supposed** [1] - 84:24
**Susana** [1] - 50:14
**suspect** [2] - 47:11, 47:19
**swabs** [2] - 41:8, 41:10
**swear** [1] - 50:12
**sworn** [3] - 7:23, 50:14, 51:18

## T

**T-shirt** [2] - 19:17, 19:20
**tab** [2] - 25:23
**table** [2] - 3:8, 44:17
**tank** [1] - 32:11
**tasked** [1] - 84:22
**tattoo** [3] - 73:6, 73:19, 73:23
**tattoos** [1] - 72:25
**team** [2] - 104:20, 107:1
**technically** [1] - 80:25
**ten** [4] - 16:14, 25:10, 82:19, 87:5
**ten-minute** [1] - 82:19
**ten-second** [1] - 16:14
**terms** [2] - 7:9, 104:20
**testified** [1] - 46:14
**testifying** [1] - 104:20
**testimony** [7] - 5:7, 6:20, 6:24, 23:6, 51:5, 51:7, 82:21
**that'll** [3] - 64:17, 65:10, 69:15
**THE** [124] - 1:10, 1:13, 1:16, 3:2, 3:10, 3:15, 3:22, 3:23, 4:23, 5:1, 5:10, 5:14, 5:19, 6:1, 6:7, 6:11, 6:13, 6:14, 6:16, 10:4, 10:6, 11:11, 13:6, 14:9, 15:20, 16:23, 17:18, 18:20, 18:22, 25:10, 26:10, 26:12, 28:4, 32:14, 32:23, 32:25, 33:3, 33:4, 33:7, 33:10, 33:13, 33:16, 33:21, 34:8, 34:13, 34:16, 39:20, 41:4, 42:13, 43:25, 44:2, 44:13, 44:22, 45:2, 48:14, 50:6, 50:8, 50:9, 50:12, 50:17, 51:16, 51:17, 51:19, 55:23, 55:25, 58:4, 59:10, 63:22, 64:15, 64:17, 65:10, 66:2, 68:24, 69:13, 69:15, 71:25, 72:2, 73:12, 75:17, 75:25, 76:2, 76:3, 78:9, 78:11, 79:8, 79:9, 80:12, 80:14, 80:24, 81:4, 82:18, 82:25, 83:2, 83:12, 83:24, 84:1, 84:8, 84:12, 84:13, 84:15, 84:17, 93:7, 94:11, 94:16, 94:20, 94:22, 95:25, 96:2, 99:16, 100:1, 100:3, 100:7, 100:12, 100:15, 102:21, 102:23, 103:8, 103:15, 104:18, 105:25, 106:2, 106:6, 106:11, 106:22
**themselves** [1] - 49:5
**thereabouts** [1] - 6:22
**thinking** [1] - 101:20
**third** [9] - 8:10, 8:16, 10:20, 22:2, 24:14, 38:16, 49:14, 58:9
**thirds** [3] - 23:18, 28:10, 41:23
**three** [9] - 10:15, 11:19, 13:11, 15:23, 17:3, 34:4, 36:11, 81:14, 103:12
**throughout** [1] - 3:19
**throw** [2] - 93:24, 97:14
**thrown** [1] - 97:7
**timetable** [1] - 101:18
**tips** [1] - 41:10
**Tirado** [10] - 8:25, 10:20, 24:12, 29:21, 30:1, 48:4, 49:9, 50:3, 56:13, 58:15
**Tirado's** [1] - 56:15
**Tirado-Silva** [7] - 8:25, 10:20, 24:12, 29:21, 30:1, 49:9, 50:3
**today** [6] - 6:25, 43:14, 54:3, 100:21, 103:24, 105:13
**together** [7] - 63:6, 63:15, 63:17, 64:8, 74:8, 96:24, 104:24
**ton** [1] - 44:18
**tone** [1] - 88:1
**tonight** [1] - 102:15
**top** [6] - 12:11, 20:20, 23:14, 23:24, 27:12, 32:11
**torso** [6] - 22:23, 22:24, 23:2, 23:3, 23:8, 23:9
**total** [1] - 37:13
**touch** [1] - 106:14
**Tovar** [1] - 29:3
**towards** [4] - 17:22, 90:19, 90:23, 91:14
**Toyota** [3] - 66:18, 81:22, 82:1
**trailer** [5] - 72:14, 96:11, 96:14, 97:1, 97:4
**transcript** [3] - 25:21, 28:9, 36:14
**transcription** [1] - 107:9
**transcripts** [3] - 41:15, 50:24, 51:6
**translating** [1] - 51:4
**translation** [7] - 3:17, 50:19, 51:2, 51:5, 51:9, 51:13, 80:23
**traveled** [1] - 21:17
**trial** [8] - 3:3, 3:15, 3:19, 4:5, 4:9, 6:5, 101:4, 101:12
**TRIAL** [1] - 1:9
**tried** [1] - 4:17
**tripa** [1] - 89:3
**triple** [1] - 106:25
**trouble** [1] - 15:12
**true** [1] - 49:11
**truthful** [1] - 47:11
**truthfully** [1] - 105:10
**try** [9] - 5:6, 33:24, 35:5, 45:12, 48:24, 84:2, 96:2, 103:10, 104:14
**trying** [8] - 23:6, 61:25, 63:7, 83:12, 89:22, 92:6, 92:24, 104:3
**Tuesday** [7] - 7:5, 104:17, 104:22, 105:1, 105:2, 105:6
**tune** [1] - 51:12
**turn** [20] - 6:23, 7:17, 8:9, 20:19, 22:1, 23:12, 25:22, 27:11, 28:8, 29:4, 35:7, 38:11, 41:15, 44:23, 45:4, 45:16, 68:9, 84:18, 100:18
**turned** [2] - 67:15, 86:14
**turning** [1] - 59:13
**turns** [1] - 67:12
**TV** [1] - 9:6
**twice** [2] - 91:2, 94:8
**two** [31] - 8:21, 10:15, 11:18, 13:11, 15:23, 17:3, 19:21, 22:8, 22:15, 23:18, 28:10, 32:4, 32:5, 32:8, 32:9, 34:4, 41:8, 41:23, 44:16, 45:13, 49:5, 49:12, 49:15, 49:16, 53:24, 67:21, 70:19, 70:25, 103:16, 103:24
**two-thirds** [3] - 23:18, 28:10, 41:23

## U

**Ugo** [1] - 17:14
**ultimately** [3] - 90:22, 91:3, 95:12
**unaware** [3] - 49:13, 49:21, 49:23
**uncle** [1] - 52:20
**under** [1] - 69:20
**understood** [1] - 103:15
**undivided** [1] - 102:18
**unintelligible** [1] - 29:7
**UNITED** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**United** [13] - 1:22, 3:4, 3:7, 52:12, 52:14, 52:15, 52:16, 52:18, 53:2, 53:4, 54:14, 56:19, 107:14
**unless** [2] - 33:24, 83:15
**up** [39] - 5:7, 5:21, 6:3, 6:12, 6:19, 7:18, 16:13, 23:2, 30:5, 32:21, 33:8, 33:20, 34:4, 34:19, 35:23, 42:15, 43:1, 44:5, 44:12, 44:25, 45:6, 77:15, 84:5, 84:14, 84:19, 86:3, 87:14, 88:17, 88:19, 97:1, 97:21, 97:22, 98:17, 99:9, 99:10, 101:22, 102:4, 106:12
**update** [1] - 3:23
**updates** [1] - 5:23
**upset** [1] - 92:2
**urge** [1] - 42:21

## V

**van** [1] - 54:19
**varies** [2] - 47:12, 47:15
**verbal** [1] - 95:3
**version** [2] - 26:21, 35:24
**versus** [2] - 3:4, 47:20
**victim** [66] - 9:11, 9:13, 23:5, 23:7, 37:13, 47:20, 76:18, 76:19, 76:25, 77:22, 77:25, 78:7, 78:14, 78:18, 79:17, 79:22, 81:8, 81:11, 81:17, 84:23, 84:25, 85:2, 85:8, 85:14, 85:19, 86:12, 86:21, 86:23, 87:10, 87:11, 87:13, 88:8, 88:18, 89:5, 89:7, 89:8, 89:9, 89:11, 89:12, 89:14, 89:17, 89:22, 89:24, 90:5, 90:19, 90:23, 92:7, 92:11, 92:22, 93:2, 93:5, 93:7, 93:9, 93:20, 94:1, 94:3, 94:5, 94:7, 94:9, 95:10, 95:11, 95:21, 96:8, 99:4, 99:5, 104:15
**victim's** [4] - 22:25, 82:11, 97:8, 97:17
**viewed** [1] - 66:13
**VIGIL** [1] - 1:7
**Vigil** [3] - 3:4, 3:14, 3:16
**VIGIL-BENITEZ** [1] - 1:7
**Vigil-Benitez** [3] - 3:4, 3:14, 3:16
**Villatoro** [1] - 16:12
**Villatoro-Cruz** [1] - 16:12
**Virginia** [1] - 71:11
**voice** [2] - 90:15, 90:16
**Volume** [1] - 1:7
**vs** [1] - 1:5

## W

**waiting** [1] - 97:4
**waive** [2] - 27:8, 46:6
**walking** [1] - 35:2
**warning** [3] - 62:19, 62:21
**warrants** [1] - 104:10
**watch** [1] - 76:12
**watching** [2] - 4:5, 9:3
**ways** [3] - 61:3, 67:6, 67:21
**weapon** [4] - 78:25, 79:6, 79:11, 79:12
**weapons** [1] - 79:3
**wearing** [7] - 18:11, 19:13, 19:20, 31:23, 32:1, 53:18, 82:13
**weather** [1] - 100:20
**Wednesday** [3] - 104:24, 105:7, 105:16
**week** [8] - 7:4, 7:9, 45:8, 47:1, 84:3, 101:12, 104:4, 106:7
**weekend** [11] - 7:6, 45:9, 82:22, 101:2, 101:3, 102:15, 102:19, 103:1, 105:22, 106:23, 107:3
**welcome** [1] - 33:4
**well-deserved** [1] - 101:2
**white** [4] - 18:11, 19:17, 31:14, 32:2
**whole** [1] - 29:6
**Wilber** [4] - 3:4, 3:13, 45:23, 47:22
**WILBER** [1] - 1:7
**William** [2] - 29:21, 29:24
**willing** [1] - 48:3
**Wilson** [13] - 10:20, 24:7, 24:12, 29:22, 29:23, 30:1, 49:9, 50:3, 56:12, 56:15, 58:12, 58:15
**window** [1] - 43:19
**wise** [2] - 4:21, 100:8
**wishes** [1] - 43:10
**witness** [17] - 6:25, 7:18, 7:22, 42:12, 42:15, 42:20, 44:6, 47:19, 50:9, 50:19, 51:18, 83:9, 83:19, 96:2, 100:18, 103:14, 103:19
**WITNESS** [8] - 2:3, 17:18, 33:3, 50:8, 78:11, 79:9, 80:14, 81:4
**witnesses** [4] - 33:17, 35:2, 103:12, 105:20
**woke** [1] - 87:14
**wonderful** [1] - 43:23
**word** [3] - 34:24, 60:23, 81:2
**words** [1] - 53:14
**works** [2] - 5:9, 34:9
**workshop** [1] - 106:6
**world** [1] - 104:21
**worse** [1] - 4:13
**worship** [1] - 67:17
**wow** [1] - 47:25
**wrap** [1] - 44:5
**write** [1] - 58:12
**WV** [3] - 14:17, 16:5, 17:7

## Y

**year** [1] - 25:3
**years** [8] - 46:10, 47:8, 47:23, 48:20, 49:2, 53:7, 53:10, 53:24
**yesterday** [9] - 4:1, 4:17, 4:18, 6:21, 8:1, 9:17, 24:25, 25:18, 105:13
**York** [1] - 29:10
**you-all** [6] - 7:2, 85:10, 92:24, 97:10, 101:1, 107:2
**young** [1] - 70:3

## Z

**zero** [1] - 7:10
**zoom** [2] - 10:14, 91:21