UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 22-CR-60078-6

UNITED STATES OF AMERICA, Miami, Florida

January 27, 2025

vs.

9:07 a.m. - 5:07 p.m.

WILBER VIGIL-BENITEZ, Volume 5

Defendant. Pages 1 to 227

---

JURY TRIAL
BEFORE THE HONORABLE RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:
BRIAN DOBBINS
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEYS
UNITED STATES ATTORNEY'S OFFICE
99 NE 4th Street
Miami, Florida 33132

FOR THE DEFENDANT:
JOSEPH S. ROSENBAUM
KIMBERLY ACEVEDO
ROSENBAUM & ACEVEDO, LLP
100 S.E. 2nd Street
Suite 3400
Miami, Florida 33131

STENOGRAPHICALLY REPORTED BY:

ILONA LUPOWITZ, RMR, CRR
Official Court Reporter to:
The Honorable Rodolfo A. Ruiz, II
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

I N D E X


| WITNESS | Page |
|---|---|
| CONTINUED DIRECT EXAMINATION BY MS. SMUKLER: | 8 |
| CROSS-EXAMINATION BY MS. ACEVEDO: | 19 |
| REDIRECT EXAMINATION BY MS. SMUKLER: | 52 |
| Marcela Chiste | |
| VOIR DIRE EXAMINATION BY MS. SMUKLER: | 61 |
| DIRECT EXAMINATION BY MS. SMUKLER: | 63 |
| CROSS-EXAMINATION BY MR. ROSENBAUM: | 79 |
| REDIRECT EXAMINATION BY MS. SMUKLER: | 80 |
| Kevin Gamez-Melendez | |
| DIRECT EXAMINATION BY MR. DOBBINS: | 86 |
| CROSS-EXAMINATION BY MR. ROSENBAUM: | 157 |
| REDIRECT EXAMINATION BY MR. DOBBINS: | 177 |

GOVERNMENT'S EXHIBITS

| Exhibit | Received |
|---|---|
| 79-C | 9 |
| 49 | 15 |
| 87 | 55 |
| 88 | 57 |
| 76 | 70 |
| 77-A through H | 72 |
| 63 | 99 |
| 64 through 66 | 114 |
| 67 through 69 | 118 |
| 79-B | 121 |
| 72 | 125 |
| 70 and 71 | 148 |
| 81-A and 81-B | 198 |

DEFENDANT'S EXHIBITS

(No exhibits marked.)

(Call to the Order of the Court.)

THE COURT: Good morning, everyone. Please be seated. All right, then. We'll go ahead and get started. This is case number 22-60078, United States of America versus Wilber Vigil-Benitez.

Let's get appearances, please, on behalf of the government.

MR. DOBBINS: Good morning, Your Honor. On behalf of the United States, Brian Dobbins and Elena Smukler. Also present at counsel table is Special Agent Nathan Ferguson of the Federal Bureau of Investigation.

THE COURT: Good morning to you-all.

And on behalf of Mr. Vigil-Benitez?

MR. ROSENBAUM: Good morning, Your Honor. Joe Rosenbaum and Kimberly Acevedo on behalf of Wilber Vigil-Benitez, who's present before the Court.

THE COURT: Good morning to you-all.

So my understanding is our witness should be brought back hopefully in a little bit. We let the marshals know that we need to have him retake the stand.

Before he arrives, let's just take care of any housekeeping concerns. Any issues on behalf of the government?

I know Ms. Smukler had a little bit left to go when we broke on Friday, and so we'll wrap that up and then turn it over to the defense.

Any other issues?

MS. SMUKLER: No, Your Honor.

THE COURT: All right. Great.

How about on the defense side?

MR. ROSENBAUM: Yes.

THE COURT: The microphone, please, Mr. Rosenbaum. We can't hear you.

MR. ROSENBAUM: The witness -- I spoke to Mr. Dobbins this morning. There's one area that this witness should not go into.

THE COURT: Okay.

MR. ROSENBAUM: And I think if we discuss it, and he's instructed by the government -- if he's instructed by the government not to go into it or the Court assists us, that's fine with us. We don't want to have a problem.

THE COURT: Sure. What would that area be? Does the government know, in particular?

MR. DOBBINS: Judge, it's about -- you know, part of this is that these witnesses that were part of -- that were down here that were part of GLCS, I believe this defendant came down because he was on the run from the law, that he had also potentially participated in additional violent crimes, including murder up in Maryland, in the Virginia area. And, you know, we redacted some of the defendant's statement where he referenced one of those incidents. We had not -- we were

careful to stay away from this with Mr. Tirado and also with this witness and with future witnesses, but in an abundance of caution, we thought maybe it would be a good idea.

I was also letting them know, though, I didn't want them to accidentally open the door through cross-examination, you know, about that. So Mr. Rosenbaum's suggestion was that we be allowed to just speak to him before we bring out the jury. But, obviously, I also wanted to let them know, like, just to be careful not to open the door where we've been avoiding it, that subject.

THE COURT: Yeah, and I have no issue. And, quite frankly, he's here now; he's been brought back into court. We can instruct him right here before we bring our jury in.

So, you know, Mr. Rosenbaum, is that really just the main concern, is the circumstances surrounding his decision to come down south? I mean, that's really what it is, right?

MR. ROSENBAUM: Because he said he heard, but there's no evidence or proof, and I don't want him to blurt that out. We're not going to go into any questions regarding why Vigil came down to South Florida.

THE COURT: Okay.

Yes, Ms. Smukler, you wanted to add something?

MS. SMUKLER: Yes. Just to be clear, the defendant -- he heard from the defendant. So I just want to make sure, also, there are no questions that asks about it because if he

is asked, then I think he should answer truthfully. So there's also after this incident. The -- I think the witness is aware of another act of violence by this defendant. So as long as he's not asked, but -- I don't think it'll be an issue.

THE COURT: Yeah, I think -- let's look, we have to be careful not to touch it, and let's not open the door.

Mr. Cruz-Ortiz, I have the interpreter -- can I have the interpreter set up for him, ready to go? Can we translate for him?

We're just discussing some questions that we're going to finish up asking you, first from the government and then the defense. And in asking those questions, we are going to be very clear to stay away from things you may have heard regarding why Mr. Vigil-Benitez came down from the Maryland, Virginia area. So we're talking about whether it came directly from him telling you or other sources that there may have been acts of violence committed in the Maryland, Virginia area that led him to flee law enforcement and come down to South Florida.

There also may be -- or you may have knowledge of incidents that happened, after what's being discussed at this trial, that were allegedly committed by Vigil-Benitez. I just want you to know that the government and the defense are going to work to stay away from asking any questions that would open up the opportunity to even discuss those things. And I would ask that you make an effort not to mention them in response to

any question.

Do you understand?

THE WITNESS: Yes.

THE COURT: Okay. So I think he's been instructed by the Court. We shouldn't have any issues. Obviously, if it looks like we're heading in that way, we have the benefit of a translation, like I can jump in here and stop it. But I think he knows. And just let's just steer clear of it.

And, obviously, for the defense, don't open the door, we won't have any problems. All right?

Okay. Was there anything else? I think that was it?

MR. ROSENBAUM: That's it.

THE COURT: Okay, great. I think our jurors are ready. We can go round them up. Thank you.

THE COURT SECURITY OFFICER: All rise for the jury, please.

(Jury enters at 9:12 a.m.)

THE COURT: Please be seated, ladies and gentlemen. Good morning, everyone. I know we're all getting situated. All right. Hope everyone had a nice, relaxing weekend.

Did those that wanted some donuts get some donuts?

THE JURORS: Yes.

THE COURT: Yes? Okay, good. You got it, guys. You-all deserve it. I know how hard everyone has been working to stay focused and how much of an interruption this is

regarding your daily lives. So on behalf of the lawyers and myself, thank you guys, again, for all your hard work.

You may recall when we broke on Friday, we were almost towards the end of the direct examination of the witness by the government. Ms. Smukler was entering into a separate area of questioning, so it made sense to take a little break. I'm going to turn it back to her now, and then we'll turn it over to the defense to do their cross-examination.

The witness continues to be under oath from last week, of course. And you're all, again, to be guided by the Spanish-to-English translation, which is being provided for you, as we discussed last week.

Everyone seems to have their binders and their notepads, so we're ready to go. All right, folks. So we're going to turn it back over to the government.

Counsel, the floor is yours.

CONTINUED DIRECT EXAMINATION

BY MS. SMUKLER:

Q. Good morning, Mr. Cruz-Ortiz.

A. Good morning.

Q. Prior to the weekend break, we were discussing the murder that happened in Boca.

Do you remember that?

A. Yes, I remember.

Q. Okay. And you mentioned that there were two cars that

traveled to and from Boca; is that correct?
A. Yes.
Q. What kind of car was the car that you went there in, Blue's car?
A. A Toyota Celica.
MS. SMUKLER: Your Honor, if I can have access to the ELMO for just the witness?
THE COURT: Sure.
BY MS. SMUKLER:
Q. I'm showing you what's been marked as Government's 79-C for identification.
Do you recognize this?
A. Yes.
Q. And what are we looking at in this photograph?
A. Blue on the hood of his car.
MS. SMUKLER: At this time, the government introduces 79-C into evidence, without objection.
MS. ACEVEDO: No objection.
THE COURT: All right. Thank you.
(Government Exhibit 79-C was received in evidence.)
THE COURT: That is admitted. Do you want to publish?
MS. SMUKLER: Yes, please.
THE COURT: All right. We can publish to the jury.
BY MS. SMUKLER:
Q. Now, you also testified that the victim was traveling in

Kevin's car, right?
A. Yes.
Q. And you mentioned that the defendant yelled at the victim -- Solitario yelled at the victim to get out of the car?
A. Yes.
Q. Did the victim get out of the car on his own?
A. He was helped.
Q. What do you mean "he was helped"?
A. We pulled him out of the car.
Q. Okay. Who pulled him out of the car?
A. Solitario.
Q. Okay. And you said that after that, the victim ran, and Solitario, Discreto, and Kevin went after him.
Do you remember that?
A. Yes.
Q. And you testified that you saw Kevin stab or slash the victim in the face with his machete?
A. Yes.
Q. Do you know who was the first one to actually stab the victim?
A. Kevin.
Q. Okay. And did you see Solitario and Discreto begin to stab him right after?
MS. ACEVEDO: Objection. Leading and suggesting.
THE COURT: Overruled.

You may answer.

THE WITNESS: No.

BY MS. SMUKLER:

Q. So when did you see them begin to stab him?

A. The victim later came back, and then everybody started.

Q. When you say he "came back," what do you mean?

THE INTERPRETER: This is the interpreter. May I just clarify something with him?

MS. SMUKLER: Yes.

THE WITNESS: The victim came back to and kind of began to struggle, and that's when everybody started to stab him.

BY MS. SMUKLER:

Q. Okay. And you said that, ultimately, everyone was involved in stabbing the victim, except for Fearless, who shot him?

A. Yes.

Q. Okay. Now, we talked about how, then, everyone went back to the trailer, right?

A. Yes, that's right.

Q. Okay. And at the time you were living there with Fearless, Solitario, Sombra, and Ardilla, right?

A. Yes.

Q. Okay. How long after the murder in Boca did Fearless and Solitario leave South Florida?

A. About a month after.

Q. Okay. Did you ever see Solitario again?

A. Yes.
Q. And where was that?
A. In Maryland.
Q. Okay. Why were you in Maryland?
A. I was heading to New York, and I had an accident.
Q. And what about your accident caused you to reconnect with Solitario?
A. He lived close to the area.
Q. Okay. Did he help you?
A. You could say yes.
Q. Okay. So I need you to say how or if Solitario asked -- helped you.
A. Well, I don't know if you would call a friend --
THE INTERPRETER: This is the interpreter. I'm going to start over.
THE WITNESS: Well, I don't know if you could call it help, but he was my friend, or at least I considered him my friend. So I called him, and he came out to help us.
BY MS. SMUKLER:
Q. So I asked if you reconnected, but did you actually stay in touch with Solitario after he left South Florida?
A. Little.
Q. Okay. Now, why were you in the northeast?
A. After the last murder of the moreno, I rose up to homeboy.
Q. You're talking about the murder of Chrislet?

A. Yes.
Q. Okay. So when you moved up to homeboy, is that when you got jumped into MS-13?
A. That's correct.
Q. Okay. And where did the jumping-in take place?
A. New York.
Q. Okay. Who went with you in the car to New York to get jumped-in?
A. There was -- we was various people, several people.
Q. Okay. Who were those people?
A. Well, there were three women, myself, Solitario, and another person.
Q. Okay. Did Solitario go with you to get jumped-in?
A. No.
Q. Did he wait for you to get jumped-in, in the car?
A. Yes, that's how it went.
Q. Are other cliques allowed to participate in the jumping-in of a member from another clique?
THE INTERPRETER: Could you please repeat the question?
BY MS. SMUKLER:
Q. Are different cliques allowed to participate in the jumping-in of a member from a clique that's different than theirs?
A. No, that's precisely why I went to New York, because there weren't enough homeboys here of that -- of the same clique.

Q. Okay. Was Solitario in a different clique?
A. Yes.
Q. So was he allowed to participate in your jumping-in?
A. No.
Q. Okay. Is that why he waited in the car?
A. That's correct.
Q. Okay. So he was still -- I'll rephrase.
Okay. Now, you were ultimately arrested and charged in this case and charged with several murders, correct?
A. Well, I was arrested in Maryland, but it was not because of this case.
Q. But later on, years later, you were charged with the murder that occurred in Boca?
A. Yes.
Q. Okay. And you were also charged with the murder of Chrislet and with Joel, right?
A. Yes.
Q. And when you were arrested, you spoke with -- did you -- were you interviewed by an FBI agent?
A. Several.
Q. Okay. And were you initially forthcoming about your participation in the Boca murder?
A. Yes.
Q. Did you initially admit to stabbing the victim?
A. No.

Q. Okay. So later on, when you pled guilty, did you admit to stabbing the victim?
A. Yes.
Q. Okay. And when you pled guilty, did you enter into a plea agreement with the government?
A. Yes.
MS. SMUKLER: One moment.
At this time the government moves Exhibit 49 in evidence without objection.
MS. ACEVEDO: No objection, Your Honor.
THE COURT: Thank you. That will be admitted.
(Government Exhibit 49 was received in evidence.)
BY MS. SMUKLER:
Q. When you pled guilty in this case, did you agree to cooperate with the government?
A. Yes.
Q. And what did that mean?
A. It said in the agreement that I had to be a witness.
Q. Okay. Now, as a witness, were there any rules about what you have to say?
A. Yes. Speak the truth.
Q. Okay. Now, I'm showing you Exhibit 49.
Is this the plea agreement that you signed? I'm going to show you the last page.
A. Yes.

Q. Okay. Now, I want to direct your attention to paragraph 7 of the agreement. And I'm going to highlight -- it says: The defendant agrees that he shall cooperate fully with this office by providing truthful and complete information and testimony.
Is that your understanding of what you agreed to do?
A. Yes.
Q. Okay. I'm going to show you now the continuation of that paragraph on page 4. It says: That the defendant agrees that he will not protect any person or entity through false information or omission, that he will not falsely implicate any person or entity, and that he will not commit any further crimes.
Are you allowed to protect anyone?
A. No.
Q. Are you allowed to falsely implicate someone?
A. No.
Q. Now, when you signed this plea agreement, were you asked to testify in general or against a particular person?
A. No, just to tell the truth.
Q. Okay. Now, were there any promises made to you regarding your cooperation?
A. No.
Q. Were you promised a reduction in your sentence?
A. No.
Q. Are you hoping for a reduction in your sentence?

A. Yes.
Q. But do you understand that you're not guaranteed a reduction?
A. That is right.
Q. If you lie, do you think that you will get a reduction in your sentence?
A. No, I could get more.
Q. Okay. Now, who determines if you get a reduction in your sentence?
A. The judge.
Q. Okay. I actually want to turn to page 5 -- I'm sorry. Actually, page 4.
Do you think the government has to file a motion for reduction of sentence?
A. No.
Q. And does the judge have to grant a motion to reduce your sentence or follow the government's recommendations?
A. No.
Q. Okay. In fact, paragraph 9 says -- well, paragraph 8 says: The defendant understands and agrees that nothing in this agreement requires this office to file any such motions.
Correct?
A. Yes.
Q. And then paragraph 9 says that: The defendant acknowledges -- understands and acknowledges that the Court is

under no obligation of any type to reduce the defendant's sentence because of defendant's cooperation, right?
A. Yes, I understand.
MS. SMUKLER: Okay. One moment.
(Discussion was held off the record.)
BY MS. SMUKLER:
Q. Mr. Cruz-Ortiz, do you remember having a Facebook name, Thiago Silva?
A. Yes.
Q. Okay. Now, are there any rules in MS-13 against cooperating with law enforcement?
A. I'm sorry. I didn't understand.
Q. Are there any rules in MS-13 against cooperating with law enforcement?
A. Yes, you never cooperate with the authorities.
Q. By testifying in this case, what consequences are you facing?
A. Well, I could be killed.
Q. Do you know what the term "greenlit" means?
A. Yes.
Q. What does that mean?
A. Just that, that wherever they see you, they'll kill you.
Q. Okay. As a result of testifying in this case, do you believe that you'll be greenlit?
A. Yes.

MS. SMUKLER: No further questions. Thank you.
THE COURT: Thank you. Cross-examination.
MS. ACEVEDO: Yes, Your Honor.

CROSS-EXAMINATION

BY MS. ACEVEDO:
Q. Good morning, Mr. Cruz.
A. Good morning.
Q. You indicated that you were arrested in Maryland.
A. Yes.
Q. And after that, you were deported back to El Salvador?
A. That's right.
Q. And that was in what year?
A. In 2016.
Q. And did you stay in El Salvador?
A. Just a short time.
Q. And after that, what country did you go to?
A. Mexico.
Q. How long did you stay in Mexico?
A. You could say six years, until the day I was caught.
Q. And while in Mexico, you continued to be an active member of MS-13?
A. Yes, but we didn't have any activities.
Q. And how did you end up back in the United States?
A. The Mexican authorities handed me to the U.S. authorities.
Q. And that's in connection with the murders in this case?

A. That's right.
Q. Now, you'll agree with me that there are a lot of different cliques in MS-13?
A. Yes.
Q. You were a member of the GLCS clique?
A. That's right.
Q. And Tirado, or Sombra, was the one that explained to you what the rules of the GLCS are.
A. Yes.
Q. And the GLCS, it's pretty strict.
A. Yes, you could say so.
Q. And one of the things that you learned is what you would need to do to raise in ranks.
A. Yes.
Q. Because when you first started associating with GLCS, you start off at a really low rank.
A. Yes.
Q. That's the paro rank, right?
A. Yes.
Q. And as a paro, you don't call the shots. You have to do whatever you're told?
A. Of course.
Q. And you don't like being told what to do?
THE INTERPRETER: Can you repeat the question, please?
BY MS. ACEVEDO:

Q. You don't like being told what to do?
A. No.
Q. So you wanted to rise in ranks.
A. Yes.
Q. And you knew the only way to do that, based on the rules explained to you by Sombra, is you had to commit murders.
A. Yes.
Q. So the first murder was Joel Canizales-Lara, right?
A. Yes, I remember.
Q. Now, when you were arrested in Mexico and extradited to the U.S., you met with special agents and detectives regarding different murders, right?
A. Yes.
Q. And one of the murders that they asked you about was Joel Canizales-Lara?
A. Yes.
Q. Now, at first, you said that you knew Joel.
A. Yes, we were friends.
Q. And you said that he disappeared out of the blue.
A. No.
Q. All right. So let's -- let's think back to February of 2023. When you first met with law enforcement with regards to the reason they extradited you back to the United States, they asked you about different people?
A. Yes.

Q. Different criminal activity?
A. Yes.
Q. And they didn't start off asking you about Joel.
A. No.
Q. But after over two hours into the conversation, they asked you if you knew Joel Canizales-Lara.
A. It was more than two hours.
Q. Okay. But eventually, they did ask you about Joel.
A. Yes.
Q. And you told them the same thing you just said now, that, yeah, I knew Joel. He was a friend.
A. Yes, yes.
Q. But you weren't immediately forthcoming about having killed him.
A. Well, they were three hours there, and at the end, I did accept it.
Q. You did. At the end, you did.
A. Yes.
Q. But when they first asked about him, isn't it true that you denied it, that you said he just disappeared out of the blue and you were deported and you haven't learned anything about him since?
A. Yes.
Q. Okay. And Joel, you said it, he was a friend.
You guys used to play soccer together, right?

A. Yes.
Q. And now on direct examination here in this trial, you said that your involvement in Joel's murder is that you took him to the place where he was eventually murdered.
A. Yes. I did take him there, but I didn't know -- I didn't know that we were going to kill him.
Q. Okay. Before the incident happened, you spoke with Tirado about Joel, right?
A. Yes.
Q. And you knew that Tirado was going to contact El Salvador regarding Joel?
A. He had already contacted them.
Q. And Tirado told you that El Salvador had approved a beating with no time limit?
A. That's right.
Q. Now, the beatings typically will have a time limit.
A. Yes, they do.
Q. So when Tirado told you that it was a no-time-limit beating, that meant that it was until that's it, that was the end of him?
A. When I took him there, he told me it was only going to be to talk. And once we got there, he told us about the plans.
Q. Okay. So he told you about the plans once you guys got there.
A. Yes.

Q. But before Joel was killed?
A. Yes.
Q. And focusing back on your involvement, you did more than just help him get there.
A. Well, the same. We buried him there.
Q. Before he was buried, you, Sombra, and Mariachi beat up Joel.
A. No.
Q. All right. We -- moments ago, we just saw the factual proffer that you signed when you entered a plea of guilty in this case.
MS. SMUKLER: Objection. The factual proffer has not been introduced.
THE COURT: I don't know that we've introduced that proffer. Only the plea, I thought.
MS. SMUKLER: That's right.
THE COURT: Yeah, okay.
BY MS. ACEVEDO:
Q. Moments ago, we just saw the plea agreement.
A. Yes.
Q. And when you signed that plea agreement, you also signed a factual proffer.
A. Yes.
Q. And you reviewed that factual proffer with your attorney.
A. Yes, that's right.

Q. In fact, your attorney's sitting in court today, isn't he?
A. Yes.
Q. And it's a nine-page document that's written in English, but it was translated for you.
A. Yes.
Q. And the factual proffer goes through all of the relevant facts for these three murders that you pled guilty to.
A. Yes.
Q. And when you changed your plea, you swore to the Court that everything that's in this factual proffer is true and accurate.
A. It is.
Q. Okay. So I'll ask you once more: Did you punch and kick Canizales the night that he was killed?
A. No.

MS. ACEVEDO: Your Honor, may I have the ELMO just for the witness? Or may I approach? Either way.

THE COURT: No, no. For the witness, just if you need to for the witness, that's fine.

BY MS. ACEVEDO:
Q. Okay. Do you recognize this document?
A. Yes.
Q. Okay. And I'm going to show you the last page.
Is this your signature?
A. Yes.
Q. I want to direct your attention to page 7, this part here

(indicating).

MS. SMUKLER: Your Honor, I would object to improper impeachment. This paragraph talks about another defendant's statement.

THE COURT: Let's go ahead and ask some questions first and see where you're going with this, please.

BY MS. ACEVEDO:

Q. Okay. So you reviewed this entire document with your attorney.

A. Yes. He also translated it for me.

Q. And you were very careful in making sure that everything that was in here was correct.

A. Yes, even though my attorney's Spanish is not that good, but I did understand it.

Q. And in fact, you paid attention to every detail so that there was even a part of it that you crossed out and initialed because what was said wasn't correct.

A. Yes.

Q. And anything that you left in there was because it was correct.

A. Yes.

Q. This was your factual proffer. This wasn't the factual proffer for another defendant.

A. Yes.

Q. Okay. So if you left something in here, it's because it

was accurate.
A. From what I understood, yes.
Q. Okay. So in your factual proffer, you admitted --
MS. SMUKLER: Your Honor, objection. If we can go sidebar.
THE COURT: Yeah, come sidebar.
(Sidebar conference was indiscernible and/or inaudible due to technical difficulties. See page 49, line 22, through page 52, line 7.)
THE COURT: All right. You may proceed when you're ready.
MS. ACEVEDO: Thank you.
BY MS. ACEVEDO:
Q. All right. So in addition to getting Canizales to the location where he was ultimately killed, you also held down his feet while he was being stabbed by Mariachi, correct?
A. Correct.
Q. So unlike what you said on direct, you did a lot more than just get him there.
A. That's what I said on direct.
Q. Okay. All right. Just want to make sure that I heard that part, that you held down his feet while he was being stabbed.
A. Yes.
Q. And let's jump ahead to Chrislet Ondina. You also knew Ondina.

A. Yes.
Q. In fact, you've indicated that he was a good person.
A. When I met him, we would get together to smoke and things like that.
Q. Okay. And he was nice to you. He would give you food and water sometimes?
A. The day of the murder, he brought me some water and a sandwich.
Q. And that day, you had already discussed with Sombra killing Ondina.
A. Well, telling you the truth, that had already been talked about before. It's just that it had not happened.
Q. Okay. And you had on you a machete.
A. Yes.
Q. You usually had a machete on you.
A. If I didn't have a machete, I would have a knife.
Q. Okay. And -- but that night, you had the machete?
A. Yes.
Q. And when you had an opportunity to do so, you took the machete and you struck him on the head.
A. On the neck or the head.
Q. Okay. You struck him with the machete about three times.
A. Yes.
Q. And again, this was someone you knew?
THE INTERPRETER: From the interpreter, can you repeat?

BY MS. ACEVEDO:
Q. And again, this was someone that you knew.
A. Not for a very long time, but I did know him.
Q. Okay. Would you agree with me that he didn't do anything to you personally to deserve what happened to him?
A. No.
Q. No, he didn't, or no, you don't agree with me?
A. I agree that he didn't do anything.
Q. Now, the night of Gerson's murder, you guys were all smoking that night, right?
A. Yes.
Q. And where the murder happened, it was dark.
A. Yes, it was night.
Q. Okay. And there were a lot of people involved.
A. Yes.
Q. There was a lot going on very quickly.
A. You could say that. Everything happened very quickly.
Q. And when things happen like that, it's impossible to see exactly everything that happened.
A. Well, and besides that, you're under the effects of drugs, alcohol.
Q. So you remember as much as you possibly can, but a lot of what you think happened, you assume happened.
A. No, I'm not supposing. I saw what happened.
Q. You saw everything that happened that night?

A. You could say about the murder, yes. But what they were talking about in the car, that, I have no idea.
Q. Okay. Because, yeah, let's talk about the cars.
Which car were you in, again?
A. Blue's.
Q. You were in Blue's car. That's the red one, right?
A. Yes.
THE INTERPRETER: Just a second.
BY MS. ACEVEDO:
Q. All right. So who was driving Blue's car?
A. Blue.
Q. And who was his front passenger?
A. Chango.
Q. Who was sitting in the back seat?
A. Me and Power.
Q. Was there anyone else in that car on the way to the murder?
A. No.
Q. Who did the other car belong to?
A. Kevin.
Q. Kevin. And was Kevin driving the car?
A. Yes.
Q. Who was his front passenger?
A. Fearless.
Q. And who was sitting in the back?
A. The victim, Solitario, and Discreto.

Q. Now, when you were first interviewed by law enforcement, this wasn't the seating arrangement in the vehicles that you described, right?
A. That's what I said.
Q. So it's your testimony today that this seating arrangement in these two vehicles is what you originally told law enforcement back in February of 23rd?
A. Yes.
Q. All right. We'll come back to that.
One other question about that interview: That interview was recorded, right?
A. Yes.
Q. Okay. Now, those two vehicles didn't get there at exactly the same time.
A. No.
Q. Now, I know I'm asking you to think about almost ten years ago, but isn't it --
A. I wish I could go back 20.
Q. You and me both.
Isn't it true, though, that the car with the victim, the one that Kevin was driving, got there first?
A. No.
Q. When you were interviewed back in '23, closer in time to the event, didn't you tell law enforcement that the victim's car got there first?

A. I don't remember very well.
Q. So let's think of things around that that can help you with that.
When the car that you were in, Blue's car arrived, the victim was already running.
THE INTERPRETER: This is the interpreter. I want to confirm.
THE WITNESS: No, they hadn't arrived yet.
BY MS. ACEVEDO:
Q. All right.
MS. ACEVEDO: Just one moment, please.
THE COURT: Sure.
(Discussion was held off the record.)
BY MS. ACEVEDO:
Q. All right. So during the interview, your first interview with law enforcement regarding these cases, they asked you a series of questions with regards who was in what car and which car got there first.
Do you remember them asking those types of questions?
A. Yes.
Q. And when they asked who was in Blue's car, do you remember saying that it was Chango in the front, and in the back it was the victim and two other guys?
A. But it was not in Blue's car.
Q. But do you remember saying that to law enforcement in

February of '23?
A. No.
Q. Okay. You indicated that you remembered that it was recorded.
A. Yes.
Q. If I show you a transcript of that interview, will it help refresh your recollection?
A. Could be.
Q. Okay.
MS. ACEVEDO: Your Honor, if I may have the ELMO?
THE COURT: Sure.
BY MS. ACEVEDO:
Q. Now, there's two columns. The one on the left is the original text, based on the original language.
MS. SMUKLER: What page is this?
MS. ACEVEDO: So the pages aren't numbered, but if you look at the -- there's a time stamp for the time of the interview. It's the one that starts at 3 hours, 52 minutes, and 05 seconds.
THE COURT: Your screens are off, folks, correct?
THE JURORS: Yes.
THE COURT: Yeah, okay.
MS. ACEVEDO: And this is on the February 6, 2023, interview.
BY MS. ACEVEDO:

Q. All right. So it starts with: So who was in the car with Blue --

MS. SMUKLER: Actually, Your Honor, if he could just review it quietly.

THE COURT: Yeah, give him a chance to review it. Point him where you want him to go.

MS. SMUKLER: Can you read that all right? Do you want me to make that bigger?

THE COURT: Just let him refresh, and then you can ask him questions.

(Discussion was held off the record.)

BY MS. ACEVEDO:

Q. Did you have a chance to review it?

A. Yes.

Q. And you'll agree with me that you told law enforcement that the victim was in Blue's car, occupied by Blue, Chango, Discreto, and some other person named Giovanni.

A. I lied a lot in that interview.

Q. Okay. So, Mr. Cruz, how do we know when you're lying and when you're saying the truth?

THE INTERPRETER: This is the interpreter. I need to clarify something.

THE WITNESS: I wasn't sworn in. I mean, I also respect God. And if you take a close look, there are names there that don't even exist.

BY MS. ACEVEDO:
Q. Okay. We know Blue exists. Chango. Right?
A. (Witness nods.)
Q. I know you're nodding, but this is all being transcribed by our wonderful court reporter, but she can't take it down unless you say it.
So we know Blue exists.
A. Yes.
Q. We know Chango exists.
A. Yes.
Q. We know Discreto exists. We know there was a victim.
A. Yes, but was not in the car.
Q. Well, the victim was transported in a car.
A. Yes, but not in Blue's.
Q. All right. Moving along to something else that they asked you about. Law enforcement also asked you about who was in the other car. It started on that page that I had up, and it continues.
Do you recall telling law enforcement that in Ardilla's car, Fearless was the passenger?
A. Yes.
Q. That was true, wasn't it?
A. Yes.
Q. So you said some truthful things to law enforcement back in February of '23.

A. Yes, but others that were not.
Q. I agree. Like when you -- like when you denied knowing what happened to Lara --
MS. SMUKLER: Objection. Argumentative.
THE COURT: Overruled.
Go ahead.
BY MS. ACEVEDO:
Q. And then eventually you told them the truth.
A. Well, at first I didn't want to talk, but then they told me, well, we know this and we know that.
Q. Okay. Now, another question that they asked you was -- okay. So there's five people in one car and four in the other. Was that it? And you said yes.
You would agree with me that that was truthful, right?
A. Yes.
Q. So then, do you remember telling law enforcement that the car with the victim got there first?
A. Yes. At the time, that's what I said.
Q. Okay. So you had told law enforcement that the car with the victim got there first, and the car you were riding in got there second.
A. That's what I said.
Q. Okay. And when the victim got out of the car, he started to run away.
A. Yes.

Q. And that you-all started running after the victim.
A. Not everyone, but at the time, that's what I said.
Q. You saw Ardilla catch up to the victim.
A. Yes.
Q. And you also saw Ardilla strike the victim in the face with a large knife.
A. Yes.
Q. Was that knife -- it was as large as the one that you used with Ondina?
A. It's the same one.
Q. So it was a machete?
A. Yes.
Q. And you would agree with me that after that, things happened rather quickly?
A. We could say that.
Q. This was the second murder that you were involved in?
A. That's right.
Q. To reach homeboy status, you needed three murders?
A. In our clique, yes.
Q. So -- and the only reason you were there is because you wanted to get credit for that murder.
A. That day, I was looking at the cancha, and he just happened to be there.
MS. ACEVEDO: If I can ask the interpreter for assistance. The term "cancha."

THE WITNESS: Cancha is the territory.

BY MS. ACEVEDO:

Q. So -- but -- again, the reason you were involved in this murder is because you wanted to rise in ranks.

A. Well, I was already in -- in the group or the gang, so I was gonna go up anyway. Well, whether it was him or anyone else, I was gonna be climbing up because I didn't like, you know, being a cat or being under somebody else.

Q. Okay. But since he was there, you didn't have to find someone else. You took care of that one.

A. We could say that.

Q. And you stabbed him in the head. And the only injury you sustained was a self-inflicted wound. So when you stab someone in the head, you're going through bone. It's a lot of force you had to use for that, right? So your hand slipped and you cut yourself on the blade?

So what I described; is that correct?

A. From -- what I didn't understand is, which victim?

Q. Oh, I'm talking about the -- Gerson.

A. Yes.

Q. Okay. And Blue was there?

A. Yes.

Q. At that point, Blue was not a homeboy?

A. There was only -- at that place, there was only two homeboys. Everybody else was of a lower rank.

Q. And those two homeboys were Wilber and Fearless, correct?
A. Yes.
Q. All right. So let's talk about everyone else there that wanted to raise in rank, starting with Blue.
Blue needed credit to rise in rank, correct?
A. Yes.
Q. How many times did he stab the victim?
A. Two or three times.
THE INTERPRETER: This is the interpreter. The question I asked was how many times did you stab the victim?
MS. ACEVEDO: Correct. And the question is how many times did Blue stab the victim?
THE WITNESS: I don't know. I'm speaking for myself. He could have done it 100 times, 20 times. I don't know.
BY MS. ACEVEDO:
Q. Okay. Do you know where Blue stabbed the victim?
A. No.
Q. Who's next? Let's see. Chango.
Do you know how many times Chango stabbed the victim?
A. No.
Q. Do you know where Chango stabbed the victim?
A. No.
Q. Do you know how many times Ardilla stabbed the victim?
A. No.
Q. You know he did at least one for sure.

A. Yes.
Q. Because it was a large knife. It was hard to miss that one.
It was before everything got started, right?
A. That was the first time. The victim was running, and that's what I saw.
Q. Who else was there, Power?
A. Yes.
Q. Do you know how many times Power stabbed the victim?
A. No.
Q. Do you know where Power stabbed the victim?
A. No.
THE INTERPRETER: Just a moment, please.
BY MS. ACEVEDO:
Q. Discreto was also there, correct?
A. Yes.
Q. How many times did Discreto stab the victim?
A. I don't know.
Q. Do you know where Discreto stabbed the victim?
A. No.
Q. Did you see Discreto stab the victim?
A. All of us were stabbing.
Q. Did you see Discreto stab the victim?
MS. SMUKLER: That's been asked and answered.
THE COURT: Overruled.

THE WITNESS: If I was aware that he was doing it? No. We were all doing it.

BY MS. ACEVEDO:

Q. Okay. So you assume that Discreto stabbed the victim, but you didn't actually see him stab the victim.

A. Well, I saw all of them stabbing the victim, but I don't know how many times they were stabbing him or where they were stabbing him.

Q. Okay. So let's focus on Discreto for a moment.

Where did you see Discreto -- when you saw him stab the victim, where did he stab him?

A. He was stabbed all over the place. Maybe Discreto stabbed him on the back, in the head too.

Q. Maybe, but I'm not asking you about maybe.

My question is whether or not you saw Discreto with the knife in his hand, pierce it through the victim's body?

MS. ACEVEDO: Objection. Asked and answered.

THE COURT: Go ahead and finish the question and translate.

Objection overruled.

He may answer.

THE WITNESS: Yes.

BY MS. ACEVEDO:

Q. Where did he stab him?

A. I don't know.

Q. Okay. But you saw this?
A. Yes.
Q. Okay. I wasn't there. So that's why I'm relying on what you saw, your description, so I can go see it in my mind's eye.
A. Because I was there, that's why I'm telling you that all of us were stabbing him.
Q. I understand that's what you're saying. But I'm asking you what you saw.
MS. SMUKLER: Objection, Your Honor. There's no question.
THE COURT: Sustained.
MS. SMUKLER: Asked and answered.
THE COURT: Let's move. Let's move along.
Sustained.
MS. ACEVEDO: All right.
BY MS. ACEVEDO:
Q. So I asked you about Chango, Ardilla, Power, Discreto.
Did Fearless stab the victim?
A. No.
Q. Okay. But you just said that everyone was stabbing the victim.
A. Except Fearless.
Q. Okay. What did Fearless -- Fearless shot the victim, yes?
A. Yes.
Q. How many times did he shoot the victim?

A. Twice.
Q. Where?
A. In the face.
Q. Did you see Fearless shoot the victim?
A. Yes. I took the victim up to the place.
Q. What does that mean?
A. I dragged him from one leg, and then Fearless shot him with the shots.
Q. Okay. So you dragged the victim from the road to -- closer to the water; is that right?
A. Yes.
Q. Okay. And Fearless shot him positioned where you dragged the body to.
A. Yes.
Q. How close was Fearless to the victim when he shot him?
A. He was in front of the victim. The only thing is, that the victim was already on the ground.
Q. So the victim is laying on the floor.
Is he face up or face down?
A. He was face up.
Q. And let's pretend for a moment that the victim is right here (indicating).
Can you see the glove?
A. Yes.
Q. I can move it to wherever you can see it.

Can you see it there?
A. Yes.
Q. The glove will be the victim's face. Let's pretend for a moment that I'm Fearless.
Was Fearless at this distance from the victim's face or closer or further?
A. At that distance.
Q. All right. And did Fearless -- was he standing up straight, as I'm standing?
A. Yes.
Q. Did he lean in closer to the body, or did he shoot him straight up, standing straight up?
A. He stayed up, standing up.
Q. So Fearless shot him twice in the face from this distance (indicating)?
A. Yes.
Q. Where were you standing when you saw this happen?
A. If you're there, I was about on the other side.
Q. All right. This glove will now be where Fearless is standing.
Where were you? Tell me where to keep going.
A. Right there, where you are.
Q. Okay. So would you say this is about 8 to 10 feet?
A. You could say so.
Q. From where Fearless was?

A. Yes.
Q. Where were the cars?
A. Kind of on this side (indicating).
Q. So the road, is it where the wall is, or was it further back?
A. It wasn't that far there. But you could say it was kind of outside of here.
Q. About how many feet away would you say the cars were from where you and Fearless were standing?
A. About 15 meters.
Q. When law enforcement asked you about Fearless shooting the victim, you told him that you were in the car.
A. I want to say, again, I lied.
Q. So you did, in fact, see Fearless shoot the victim in the face two times?
A. Yes.
Q. You saw it with your own eyes?
A. Yes.
Q. Now, Wilber got stabbed that night.
THE INTERPRETER: From the interpreter: Can you repeat the question?
BY MS. ACEVEDO:
Q. Wilber got stabbed that night, correct?
A. Yeah, he was cut.
Q. You didn't see when he was cut or stabbed.

A. No.
Q. You saw him after he was already bleeding.
A. He realized that when we were already in the car.
Q. All right. When you met with law enforcement, you told them that you saw -- that there were so many things going on, one of the guys even got stabbed, referring to Wilber, right?
A. Yes.
Q. And he was walking towards the car, had blood all over his shirt, and he was so out of it that he told you, I got shot.
A. Yes.
Q. But we know that Wilber didn't get shot.
A. We know that.
Q. He got stabbed instead.
A. Yes. It could have been himself -- he, himself, or someone else.
Q. So when you saw him and he's like, I got shot, you helped him get in the car.
A. He got in the car. He then raised his shirt and just had this little cut.
Q. Okay. But -- so -- and just to clarify, you didn't see when that cut happened?
A. No.
Q. All right. And you got some of his blood on you, too, didn't you? Some of Wilber's blood on you.
A. No.

Q. No, you don't remember that, or no, you didn't?
A. I didn't have his blood -- I had my own blood, because I was cleaning my hand from the cut that I had on my shirt.
MS. ACEVEDO: If I can have just one moment, please.
THE COURT: Sure.
BY MS. ACEVEDO:
Q. All right. So I had asked you who you saw stab the victim, and I went through some of them. Now, let's focus on Wilber.
Where did you physically see Wilber stab the victim?
A. I don't know.
Q. Okay. Now, you pled guilty to three murders.
A. Yes. Those were the ones in which I participated.
Q. All right. And you recognize that this is a trial proceeding.
A. Yes.
Q. And this trial is against Wilber.
A. That's right.
Q. It's not against anybody else.
A. Yes.
Q. And the government is the one that called you here as a witness to testify.
A. That's right.
Q. And they called you as a witness because they're hoping that your testimony can help prove the case against Wilber.
MS. SMUKLER: Objection. Speculation.

THE COURT: Overruled.
You may answer.
If he knows.
THE WITNESS: Well, no.
BY MS. ACEVEDO:
Q. Why do you believe the government called you here?
A. Because I was on the scene of the crime.
Q. Okay. And in the case that you pled guilty to, you're looking at a mandatory life sentence.
A. Yes.
Q. How old are you?
A. 28.
Q. Okay. And is it fair to say that you don't want to spend the rest of your life in prison?
A. If that's what has to happen, there's no problem.
Q. Okay. But what do you want?
A. Nothing.
Q. You don't want anything at all?
A. No.
Q. Okay. So when the time comes for your sentence, and it'll be in front of this judge, you wouldn't have any feelings about him sentencing you to mandatory life.
A. Let it be whatever God wants.
Q. Okay. And are you also telling me that you can care less if the government files a motion for you to receive a sentence

that's less than mandatory life?

A. No.

Q. No, you can care less, or --

A. No.

Q. Okay. All right.

MS. ACEVEDO: If I can have just one more brief moment?

THE COURT: Please, go ahead.

(Discussion was held off the record.)

MS. ACEVEDO: I have no further questions for the witness.

THE COURT: Thank you. Ladies and gentlemen of the jury, let's take a brief break here before the redirect. It's 11:00 o'clock. We'll go ahead and take a 15-minute break. Leave everything in your chairs, go ahead and stretch out, use the restroom, and we'll be back to finish up with this witness.

You are excused.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 11:01 a.m.)

THE COURT: We'll go ahead and take a brief recess, as well, for those who need to use the restroom.

(Court recessed at 11:02 a.m.)

THE COURT: Please be seated, everyone. Before I bring the jury out, briefly, the equipment on our sidebar appears to not be working well. We've already called IT. There's some buzzing or feedback that is affecting my court reporter's

ability to hear. So for purposes of the record, I just want to clarify the discussion we had at sidebar.

There was an objection by Ms. Smukler as to improper impeachment, primarily relying on a passage from the factual proffer that the witness signed, Melvin David Cruz-Ortiz, that recounted what law enforcement, I believe, told them -- or if my memory serves me right -- if it was maybe -- Mr. Dobbins, you can correct me -- it was either law enforcement that told Tirado or Tirado that told him directly.

MR. DOBBINS: It was recounting what Tirado-Silva had told law enforcement about the events of that night.

THE COURT: Thank you. And that passage was utilized in an attempt to impeach the witness, Mr. Cruz-Ortiz, but as I noted at sidebar, the next page in the proffer indicated exactly what Cruz-Ortiz said happened and, therefore, he was not being inconsistent. So the Court sustained Ms. Smukler's objection for improper impeachment.

But I wanted to make sure, Ms. Acevedo, you were seeking to use as impeachment the passage that reflected what Tirado had said regarding the kicking and the punching; is that right?

MS. ACEVEDO: Correct, Your Honor. And the reason that -- the basis for that is that this is Mr. Cruz-Ortiz's factual proffer. He adopted everything that is in here. In fact, he made -- on that same paragraph that starts on page 7

but ends on page 8, that recounts what Tirado told law enforcement about what happened that night. Mr. Cruz-Ortiz strikes out part of the sentence and initials it, thereby showing that he's correcting what he felt was incorrect or inaccurate within the statement. Because it is, after all, his factual proffer.

THE COURT: Very good. Yes. And as the Court noted, that correction dealt with a factual detail regarding some sneakers or something to that effect, on the next page. As the Court explained at sidebar, the adoption and the signature and ratification of the factual proffer does not mean that we lose context within the proffer. The proffer is adopted because what he said he was told that Tirado said, he doesn't dispute that. The issue is for impeachment purposes, whether he was being inconsistent about what he observed and what he saw was not present in that line of questioning. He was consistent and, therefore, the page after the section you relied on by the defense is consistent with the witness's testimony.

And so that earlier part, it would be textbook improper impeachment. We don't let it in to contradict him if it's not a statement that he, himself, has made. Just because he signed the proffer doesn't transform it into proper impeachment. It lacked a foundation. It really didn't lack a connection to his statements because it was what someone else told him.

So that was the Court's reasoning. But I just wanted

to put it back on the record because I think only a piece of that was caught at sidebar due to the equipment malfunction.

So now that we've taken care of that, if we have any further sidebars -- we're going to have someone come up over lunch -- just give us a moment so my court reporter can bring the machine over sidebar because that equipment is making some noise.

All right. So I think we've taken care of that, needed to clear up the record.

With that, I think, Ms. Smukler, are you ready to go here?

MS. SMUKLER: Yes, Your Honor.

THE COURT: All right. Let's go ahead and bring in the jury, please.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury enters at 11:21 a.m.)

THE COURT: All right. Please be seated, everyone. We're going to turn it now back to the government for the redirect of the witness.

Ms. Smukler, floor is yours.

MS. SMUKLER: Thank you, Your Honor.

REDIRECT EXAMINATION

BY MS. SMUKLER:

Q. Mr. Cruz-Ortiz, you were asked on cross whether GLCS is pretty strict.

Is MS-13 pretty strict?
A. Yes.
Q. And is one of the rules of MS-13 that chavalas, or rivals, have to be killed?
A. Yes.
Q. And is that at any level of membership?
A. Any level.
Q. Okay. Now, you gave a statement to law enforcement when you were deported from Mexico and extradited back to the United States, right?
A. Yes.
Q. And you testified that was in February of 2023?
A. Yes.
MS. SMUKLER: If I can have the ELMO, please.
BY MS. SMUKLER:
Q. I'm showing you Exhibit 49, which is already in evidence.
So you signed this plea agreement on December 9th of 2024, correct?
A. Yes.
Q. So 22 months -- almost two years after you gave your initial statement to police?
A. That's correct.
Q. Okay. When you gave your statement to the police in February 2023, did you know what evidence the police had against you?

A. Yes, they showed me.
Q. But did you have the full discovery or the full evidence that you later received in this case?
A. They never gave them to me.
Q. Okay. So in February 2023, did you know what you had been charged with already?
A. Yes.
Q. And again, this was two years before you pled guilty and agreed to cooperate. Almost two years.
A. That's right.
Q. Okay. And even in that statement, you talked about Solitario?
MS. ACEVEDO: Objection. Leading.
THE COURT: Overruled.
THE WITNESS: I'm sorry. Pardon me?
THE COURT: State the question again. Go ahead.
BY MS. SMUKLER:
Q. In that statement in February, you talked about Solitario.
A. Yes.
MS. SMUKLER: Your Honor, at this time, the government would move Exhibit 87, I believe.
THE COURT: I don't know if it's 87.
MS. SMUKLER: It's a rebuttal exhibit, Your Honor.
BY MS. SMUKLER:
Q. Part of your statement --

THE COURT: But is it -- you want to have it as 87, not 86? Okay. That's fine.

MS. SMUKLER: Yes.

THE COURT: All right. Okay.

BY MS. SMUKLER:

Q. A part of your statement --

MS. SMUKLER: And I also have a transcript to provide the jury, Your Honor.

(Government Exhibit 87 was received in evidence.)

MS. SMUKLER: If I can pass it out?

THE COURT: You may.

MS. ACEVEDO: Your Honor, the defense has an objection to this exhibit.

THE COURT: Objection is on what grounds?

MS. ACEVEDO: This is bolstering.

THE COURT: Overruled. Publish it.

MS. SMUKLER: If I can have access to the HDMI cable?

THE INTERPRETER: This is the interpreter. May I please have one?

MS. SMUKLER: Yes.

(Audio was published.)

(Audio was paused.)

BY MS. SMUKLER:

Q. So well before you had cooperated with the government, you told law enforcement about Solitario's involvement.

A. Yes. Because they told me that there was a recording of a call, and on that call I had said a lot of things too.
Q. Okay. A lot of things about what happened on the night of the murder?
A. Yes.
Q. Okay. I'm also showing you what's in evidence as Government's Exhibit 58.
MS. SMUKLER: If I can have the ELMO, please.
BY MS. SMUKLER:
Q. And during your statement, you identified photograph No. 6 as Solitario.
Is this the lineup that you signed identifying Solitario in photograph No. 6 during that interview?
A. Yes.
Q. Okay. Now, you were also asked about who was in which car on the way to the murder, right?
A. Yes.
Q. And I want to turn back to that February 6, 2023, statement.
And during that statement, you said that the victim and Solitario were in the same car.
A. Yes.
MS. SMUKLER: Your Honor, at this time the government would introduce a translation from the statement as Government's Exhibit 88.

MS. ACEVEDO: Same objection from the defense, Your Honor, bolstering.

THE COURT: Understood. That'll be overruled and admitted.

(Government Exhibit 88 was received in evidence.)

MS. SMUKLER: If I could just have the ELMO. Thank you.

BY MS. SMUKLER:

Q. And you said the victim and Solitario were there, I think?

THE INTERPRETER: This is the interpreter. Let me repeat that for him.

THE WITNESS: I just didn't want to incriminate myself or incriminate others, as well.

BY MS. SMUKLER:

Q. Okay. But back in 2023, you told the detectives that the victim and Solitario were in the same car.

A. Yes.

Q. And the defense asked you about this name, Geovanni.

A. He doesn't exist.

Q. Okay. I want to show you what's in evidence that was introduced during the defendant's examination. It's Government's Exhibit 83.

Can you see this? Can you read to the jury the name underneath the picture of Solitario?

A. I just now found out his name. I didn't know what his name

was.
Q. Okay. So what is it?
A. Wilber Geovanni.
Q. Okay. Thank you.
Now, you don't know how many times -- or you testified you don't know how many times each person involved stabbed the victim, right?
A. That's right.
Q. What was the victim doing as he was being stabbed?
A. Well, he struggled, but he didn't say anything.
Q. Was he moving at all?
A. Yes.
Q. And were you able to see every single place he was stabbed?
A. No.
Q. Do you know how many times he was stabbed?
A. No.
Q. While this was happening, were you keeping count of how many times each person was stabbing the victim?
A. I didn't take the time for that.
Q. Okay. Now, you testified that the -- that Solitario realized he was bleeding when he was in the car.
Did he accuse anyone, at that time, of intentionally stabbing him?
A. No.
Q. And were you concerned that he could die as a result of his

cut?
A. He was the one that said he was gonna die, but I told him, no, that it was a minor cut.
Q. Was the cut approximately the same as the cut you received?
A. Maybe a little larger, but in different parts or different areas.
Q. Okay. And you also received the cut during the stabbing of the victim?
A. Yes, but I didn't tell anyone. I kept it to myself.
Q. Okay. Now, if you don't care what sentence you're going to receive in this case, why are you here?

THE INTERPRETER: This is the interpreter. I want to make sure.

THE WITNESS: I spoke with my attorney, and he told me that probably it wouldn't be necessary for me to come here, because we were all going to plead guilty.

BY MS. SMUKLER:
Q. Okay. So you didn't think you were going to have to testify?
A. No.
Q. Now that you're here testifying, what is the number one rule that the government asked of you?
A. To tell the truth.

MS. SMUKLER: One moment.

(Discussion was held off the record.)

MS. SMUKLER: No further questions.

THE COURT: Thank you very much. You are excused.

All right. Ladies and gentlemen of the jury, we're going to, as we've done before, go to about 12:30 or so. So we're going to have the government in just a moment call the next witness.

I just want to remind you-all, as we've concluded now with the testimony of Mr. Melvin Cruz-Ortiz, many of you of course heard about evidence of criminal activities, including violent acts, that were allegedly committed by MS-13. And as I've told you in the past, that evidence may be similar to the crime with which the defendant is currently charged. I want to remind you-all that the evidence is relevant and that the government is required to prove that the defendant was an associate or member of a racketeering enterprise, and the evidence may be considered by you for that limited purpose.

Again, to the extent there's direct evidence of the involvement of the defendant, you are to consider that as you would with any other witness. The important thing is when we talk about similar act evidence that is not direct, that you understand it's being used for a limited purpose.

Do you-all understand that?

I know we've gone over that before, but it's important that I remind you.

With that, I turn it back to the government.

Government's next witness.

MS. SMUKLER: Dr. Chiste.

THE COURT: All right. Doctor, come on up.

You can come around, Doctor, and we'll swear you in before you're seated.

(Government witness, Marcela Chiste, duly sworn.)

THE COURTROOM DEPUTY: Please be seated. Speak into the microphone. Say and spell your name for the record.

THE WITNESS: Marcela Chiste, C-h-i-s-t-e.

MS. SMUKLER: May I proceed?

THE COURT: You may.

MS. SMUKLER: Thank you.

VOIR DIRE EXAMINATION

BY MS. SMUKLER:

Q. Dr. Chiste, can you please introduce yourself to the members of the jury, and let them know what you do for a living?

A. I am an associate medical examiner for the Palm Beach Medical Examiner's Office in West Palm Beach, Florida.

Q. How long have you been an associate medical examiner at that office?

A. Since April of last year.

Q. Prior to working at the Palm Beach Medical Examiner's Office, where did you previously work?

A. Prior to that, I worked for the Broward County Medical

Examiner's Office for four years.
Q. And can you tell the members of the jury the duties of a medical examiner?
A. The medical examiner is a doctor who determines the cause and manner of death.
Q. Okay. What kind of education did you receive to become a doctor and then to become a medical examiner?
A. I did medical school in Brazil, which is where I'm from. Following that, I did residency in anatomic and clinical pathology at the Mount Sinai Medical Center in Miami Beach, Florida. Following that, I did a year of forensic pathology fellowship at the Hillsborough County Medical Examiner's Office in Tampa, Florida.
Q. And is that what you were doing up until you worked in the Broward Medical Examiner's Office?
A. No. Prior to working for Broward, I worked in Palm Beach for three years. And before that, I worked for Volusia County in Daytona Beach for two and a half years.
Q. Okay. So how many total years have you worked as a medical examiner?
A. Ten years.
Q. Okay. How many autopsies have you completed throughout your career?
A. I would say I do roughly 200 cases a year. So it would be around 2,000 cases.

Q. Okay. Have you ever testified in the area of forensic pathology?
A. Yes, I have.
Q. And have you testified as an expert in the area of forensic pathology before?
A. Yes, I have.
MS. SMUKLER: At this time I would like to qualify Dr. Chiste as an expert in forensic pathology.
THE COURT: You may proceed.

DIRECT EXAMINATION

BY MS. SMUKLER:
Q. What is forensic pathology?
A. Forensic pathology is a specialty of pathology that focuses on determining the cause and manner of death.
Q. Okay. You mentioned the term "cause of death."
What does that term mean?
A. Cause of death is an injury or disease that initiates a chain of events leading to the death of an individual.
Q. You also mentioned "manner of death."
What is the manner of death?
A. Manner of death is how it came about. There are five choices to pick from: Homicide, suicide, accident, natural, and undetermined.
Q. Now, how do you determine the cause and manner of death?
A. Depends on the case. Sometimes by reviewing medical

records. Sometimes by performing an autopsy.
Q. What is an autopsy?
A. An autopsy consists of an examination of a dead body, looking for injury or disease.
Q. You mentioned sometimes it's not an autopsy.
Are you required by statute to conduct an autopsy every time someone dies?
A. No. Only on sudden and unexpected deaths, like homicide, suicides, accidents, these type of deaths. Not all natural deaths require an autopsy.
Q. Generally, how is an autopsy performed?
A. An autopsy consists of an external examination where I write down on the body diagram all scars, tattoos, any signs of injury or disease. Then we proceed to an internal examination where the body is opened by a Y-shaped incision, the chest wall is removed, and each organ is removed, one by one, and it's dissected, looking for injury and/or disease. The same thing we do with the head; an incision is made across the back of the head. The skull is exposed, it is removed, and the brain is taken out and dissected, looking for injury or disease.
Q. Is the autopsy photographed?
A. Yes.
Q. I think you mentioned diagrams are made; is that correct?
A. Yes.
Q. What is the purpose of making diagrams of the autopsy?

A. For documentation of the injuries.
Q. So are all the injuries on a decedent noted on the diagram?
A. They should be.
Q. Okay. And are those diagrams kept in the normal course of the business of the medical examiner's office?
A. Yes.
Q. And are they made at or near the time of the autopsy?
A. Yes.
Q. Okay. Does the medical examiner's office also produce a report of the autopsy?
A. Yes.
Q. And what does that report describe?
A. It documents the injury or disease found on the body.
Q. Okay. Is evidence also collected during the course of an autopsy?
A. Yes.
Q. What types of evidence might you collect during an autopsy?
A. If the body comes -- it depends on the body and on the type of case. If it's, for example, a homicide, if it comes with clothing, the clothing is removed and is collected. Sometimes fingernail clippings are collected, samples of the hair. If there is a bullet, a bullet will be collected. Blood sample will be collected. Also depending on the case, a sexual assault kit might be done, as well.
Q. Does the medical examiners keep the evidence?

A. No. It's turned in to law enforcement.
Q. Okay. Now, is each investigation assigned a case number?
A. Yes.
Q. Are you familiar or have you reviewed the report for Case Number 15-0577?
A. Yes, I have.
Q. Okay. How did your office get involved in Case 15-0577?
A. I believe law enforcement --
Can I refer to the report?
MS. SMUKLER: Your Honor, permission to allow the expert to review her report?
THE COURT: Granted. You may take a look to refresh your recollection, and then you can answer.
THE WITNESS: Law enforcement contacted our office regarding this case.
BY MS. SMUKLER:
Q. Okay.
MS. SMUKLER: One moment.
Your Honor, at this time the government would introduce Exhibit 86 with no objection, I believe.
THE COURT: All right.
MR. ROSENBAUM: No objection.
THE COURT: What is 86? No objection.
MR. ROSENBAUM: It's a stipulation.
THE COURT: Stipulation? Okay. Go ahead.

MS. SMUKLER: Yes. If I could just publish by reading, Your Honor?

THE COURT: Yes, granted.

MS. SMUKLER: Stipulation of legal identification of the victim, the United States of America and the defendant, Wilber Vigil-Benitez, stipulate that the body examined under Medical-Examiner Case 15-0577 is the body of Gerson Vasquez-Portillo.

And that's signed by Brian Dobbins, Assistant United States Attorney; Joseph Rosenbaum, counsel for the defendant; and the defendant.

BY MS. SMUKLER:

Q. Now, when did you specifically get involved in the Case 15-0577?

A. At the end of the last month, this case was assigned for me so that I can testify as a substitute witness.

Q. You said last month.

When was the autopsy in this case completed?

A. Let me check the report. The autopsy was performed on May 4, 2015.

Q. Okay. So did you conduct the autopsy in this case?

A. I did not.

Q. Okay. Did you review the autopsy to be able to testify today in court?

A. Yes, I did.

Q. And is that something that you're able to do as a forensic pathologist and expert?
A. Yes.
Q. Okay. What materials did you review specifically to be able to testify in court?
A. I reviewed the entire case file and the autopsy pictures.
Q. Okay. Is there a diagram that's part of the case file?
A. Yes.
Q. And you said photographs, as well?
A. Yes.
Q. And did you review those documents prior to testifying today?
A. Yes.
Q. Based on your review, was the victim in this case who was previously mentioned Gerson Vasquez-Portillo?
A. Yes.
Q. And where was this autopsy performed?
A. At the Palm Beach Medical Examiner's Office.
Q. And do you know approximately what time on -- and if you can say the day again of the autopsy?
A. Yes. May 4, 2015, 0908 hours.
Q. So it's 9:08 a.m.?
A. Yes.
Q. Okay. What was the victim's age at the time of the autopsy?

A. The victim was 22 years old.
Q. And how tall was the victim?
A. He was 5'6.
Q. How much did the victim weigh?
A. 146 pounds.
Q. Okay. Did the victim have evidence of injury?
A. Yes.
Q. Can you describe generally the injury, and then we'll get into specifics?
A. Yes. The decedent had a gunshot wound of the head and numerous stab wounds.
Q. Okay. How many sharp wounds or stab wounds would you say were observed on the body?
A. I counted at least 100.
Q. Okay. Now, of the 100 stab wounds, could you tell what type of wounds or what kind of injuries they were?
A. Yes, they are sharp-force injuries.
Q. What does that mean?
A. They're cuts. In this case, there were three types. There were stab wounds, incised wounds, and chop wounds. Stab wounds are caused by a pointed instrument. It's a cut caused by pointed instrument. The length of the wound inside the body is longer than the length of the wound on the skin.

Incised wounds are also a cut caused by a sharp-edged instrument. The length of the wound of the skin is longer than

the length of the wound inside the body.

A chop wound is also a cut that has a bone underneath that's broken. It is caused by a heavy sharp-edged instrument, for example, like a machete, an axe, or a meat cleaver.

Q. So can you tell if different types of knives were used to cause these injuries?

A. It looks like it.

Q. Okay.

MS. SMUKLER: One moment.

Your Honor, at this time the government would introduce Exhibit 76. It's a composite comprising of A through C, with no objection.

MR. ROSENBAUM: No objection.

THE COURT: That will be admitted.

(Government Exhibit 76 was received in evidence.)

BY MS. SMUKLER:

Q. Dr. Chiste, I'm showing you what's in evidence as Government's Exhibit 76-A.

What's observed in this photograph?

A. This is a picture taken during the autopsy. You can see the right side of the decedent's face, and you can see all these cuts on the right side. These are chop wounds. Underneath, there's a bone that's broken.

Q. And could you tell from looking at these photographs and from the report what type of injuries or stab wounds these are

comprised of?
A. They're chop wounds.
Q. And what types of knives usually make chop wounds?
A. Usually a heavy, sharp-edged instrument.
Q. Okay. I'm showing you Government's 76-B.
What are we looking at in this photograph?
A. This is the right side of the decedent's chest and abdomen.
Q. And can you tell us a little about the types of wounds observed to his chest and abdomen?
A. Yeah. All of these holes, these are cuts. These are stab wounds.
Q. Okay. So is it your opinion that they're made from different types of weapons than what we observed to the face?
A. Yes.
Q. And I'm showing you Government's Exhibit 76.
What are we observing in this photograph?
A. This is a picture showing the decedent's abdomen, and you can see there are holes. These are also stab wounds.
Q. Okay. And what kind of weapons traditionally make stab wounds?
A. Pointed instruments, like knife.
Q. Okay. Now, did the wounds -- the sharp stab wounds -- or sorry -- the sharp wound injuries cause damage to the victim's organs?
A. Yes, it did.

Q. What kind of damage was caused, the victim's organs?
A. It went through the spleen, the liver, the left lung, the left kidney. It also went through bones, the bones of the spine and the ribs and also the pelvic area.
Q. Did any of the wounds enter and exit the body?
A. Some of them did.
Q. Okay. Did you observe any -- or did the report discuss wounds on extremities?
A. Yes.
Q. What does that mean?
A. These are called defensive wounds. Defensive wounds are wounds that are inflicted to a victim when they're trying to protect themselves from an assailant. They usually involve the hands, the forearms, the legs, the feet. They could be a cut. It could be a scratch. It could be a bruise, a broken fingernail, or even a broken bone.

MS. SMUKLER: One moment.

(Discussion was held off the record.)

MS. SMUKLER: At this time the government would introduce Exhibit 77, which is composite comprising of 77-A through H.

MR. ROSENBAUM: No objection.

THE COURT: All right. That'll be admitted.

(Government Exhibits 77-A through H were received in evidence.)

BY MS. SMUKLER:
Q. Now, Dr. Chiste, I want to go through the diagrams that you reviewed and that were made during this autopsy and discuss the wounds that were observed. Okay?
So I'm going to show you first Government's Exhibit 77-A. And just so you know, if it helps you, the screen, you can touch it, actually, and show -- if there's something that you want to show or point to, you can do that. It'll display on the screen. Okay?
So can you describe what we're looking at in Exhibit 77-A?
A. Yes. This is a body diagram showing the decedent's head and neck. You can see the top, the front, the back, and the sides. And each one of these is a sharp-force injury, and it's labeled with a letter of the alphabet.
Q. Okay. I'm showing you Government's Exhibit 77-B.
MS. SMUKLER: One moment.
BY MS. SMUKLER:
Q. Can you describe what we're looking at in 77-B?
A. This is another body diagram. This time it's showing the full body, front, back, and sides. And again, all these -- these wounds, the sharp-force injuries, are labeled with a letter.
Q. Okay. So each of these consist of a different wound of the 100 or so wounds that you mentioned?
A. Correct.

Q. Okay. I'm showing you Government's Exhibit 77-C, if you could explain what we're looking at here.
A. This is another body diagram. This one is showing the wounds on the decedent's back, also labeled with letters.
Q. Okay. So separate to the wounds to the front of the body, the decedent also had wounds to his back?
A. Yes.
Q. Okay. And all of these letters constitute a separate wound?
A. Yes.
Q. Okay. I'm showing you Government's Exhibit 77-D.
Give me a second to zoom out.
What are we looking at in this photograph?
A. Another body diagram showing the wounds located on the decedent's lower back, gluteal regions, and the right lateral abdomen, also labeled with letters.
Q. So just to be clear -- I'm showing you, again, 77-D. These are in addition to the ones documented in 77-C?
A. Correct.
Q. Okay. I'm showing you Government's Exhibit 77-E.
What do we see in this photograph -- or diagram, sorry?
A. This body diagram shows the wounds of the extremities, also labeled with letters.
Q. Is this the defensive wounds that you discussed?
A. They are shown in this picture, yes.

Q. Okay. And did you observe defendant -- did the examiner observe defensive wounds to the victim's hands?
A. Yes.
Q. And can you show us where that would be in this photograph -- or diagram, sorry.
A. I believe there is another diagram that shows it a bit better.
Q. Okay. I can wait.
I'm showing you Government's 77-F.
What does this photograph show?
A. These are more wounds. These ones are mainly located in the lower extremities.
Q. And are each of these letters part of the stab wounds that were counted --
A. Yes.
Q. -- by you?
A. Yes.
Q. I'm showing you Government's 77-G.
What are we looking at in this photograph?
A. This is the body diagram showing the wounds on his hands. These are consistent with defensive wounds.
Q. Now, I want to turn to Government's 77-H.
What does 77-H show?
A. This is the body diagram showing the head, but this one is showing where the gunshot wound was located, which is -- it was

in the left eye.
Q. So can you talk about the gunshot wound that was observed during the autopsy?
A. Yes. There was a gunshot wound. The entrance was in the left eye, and the exit was on the back of the right side of the head. This wound had evidence of close range. It had stippling. Once a gun is discharged, the gun powder particles, some of them get burned. They turn into soot, which is a black powder. That can be deposited on the skin. That is evidence of close range.
The gun powder particles that don't get burned, they touch the skin, creating tiny abrasions around the wound. This is called stippling. That is also evidence of close range, in the case that the muzzle of the gun was within 2 feet of the decedent's skin. In this case, around the left eye, there is an area of stippling.
Q. Can you just show on the screen where you're showing the stippling? Yeah.
A. Around the left eye (indicating).
Q. Is that where the gunshot was also -- the entrance wound was?
A. Yes.
Q. Okay. Can you also show on the screen where the exit wound was?
A. Yes, right here (indicating).

Q. Now, could the victim have died from the stab wounds if he had not been shot to the head?
A. Yes, he could.
Q. Okay. In this case, was there any physical evidence recovered?
A. I will to refer to the report.
Q. No problem.
A. Do you mean like a bullet? Is that what you mean?
Q. Any physical evidence that was provided to law enforcement.
A. Yeah. There was evidence that -- do you want me to talk about all of them? List them?
Q. Yes. Just briefly, if you can just --
A. Yes. In this case, a white sheet, which is -- once the body is at the scene, they put the body on a white sheet before putting it inside the body bag. That sheet is saved and sent to law enforcement, and it's submitted as evidence. At the scene, also, they put hand bags around his hands to preserve the evidence. Those hand bags were also sent, submitted as evidence. A fingerprint card was done. A set of palm prints. A blood DNA card. Nail clippings from the right and left hand. Hair standards, which are hair samples which are collected from the scalp or the pubic region. All his clothing. He came with socks, pants, a T-shirt, underwear. He had an earring and a bracelet. And also, a sexual assault kit was done on him.
Q. Is that standard?

A. Not in every case.
Q. Okay. Was all the evidence that you just mentioned provided to law enforcement?
A. Yes, it was.
Q. Okay. Now, was toxicology also performed on this victim?
A. Yes, it was.
Q. And did it show that he was under the influence of alcohol?
A. Yes.
Q. Okay. Now, based on your review of the report, the diagram, and the photographs in this case, do you have an opinion as to the cause of death of the victim?
A. Yes.
Q. What is that?
A. I agree with Dr. Williams. The cause of death is multiple sharp-force injuries and gunshot wound of left eye.
Q. Okay. And can you contribute his death to any one single injury?
A. No.
Q. Now, what is the manner of death?
A. The manner of death is homicide.
MS. SMUKLER: Okay. One moment.
(Discussion was held off the record.)
BY MS. SMUKLER:
Q. Dr. Chiste, just want to clarify, you mentioned that each of the sharp wound injuries is noted on the diagrams by a

different letter.
Why are some of the letters multiple -- I see some with four on 77-A. Some with two on 77-B.
Can you explain that?
A. Yes. Because it starts with A and goes all the way through Z, and then it has to start over again, and then it's double A, double B, and then so on.
Q. Okay. So because it's 100, it would have been multiple letters and alphabets?
A. Correct.
Q. Okay. Thank you.
MS. SMUKLER: No further questions.
THE COURT: Thank you. Cross-examination.

CROSS-EXAMINATION

BY MR. ROSENBAUM:
Q. Good morning, Doctor.
A. Good morning.
Q. Now, other than you said there was alcohol in the victim's blood, was there any evidence of any other substances?
A. Yeah. He had metabolites of cocaine and marijuana.
Q. And marijuana. Okay.
And the gunshot wound to the left eye, you only found evidence of one gunshot?
A. Yes.
Q. Okay. And do you know if that was postmortem?

A. It was not postmortem.
Q. The victim was still alive when that was -- received the shot?
A. Yes.
Q. Okay. Other than the shot, were any of the wounds, the chopping wounds on the face, immediately fatal to him?
A. No. Not immediately fatal, no.
Q. Okay. Including the gunshot wound, was anything in any of the wounds immediately fatal?
A. The gunshot wound would be immediately fatal. The gunshot -- the stab wounds of the chest and abdomen, it went through vital organs. It would have been fatal, but it needs some time so that the organs can bleed out.
Q. Okay. What about Government's 76-A, the chop wounds to the face? Any of these immediately fatal?
A. No.
Q. These are survivable wounds?
A. Yes.
Q. Okay.
MR. ROSENBAUM: Thank you. I have no further questions.
THE COURT: Thank you.
Any redirect?
MS. SMUKLER: Yes, Your Honor.

REDIRECT EXAMINATION

BY MS. SMUKLER:

Q. Dr. Chiste, you were asked during cross-examination if the stab wounds would have been immediately fatal.

Could the stab wounds have -- could -- I'm sorry.

Could the victim have died from the stab wounds if he had not been shot to the head?

A. He could.

Q. Okay. And again, can you contribute his death to any one injury?

A. It's a combination of them.

Q. Okay. So just because it was not immediately fatal, could he have died as a result of the number of stab wounds observed in his body?

A. He could.

Q. No further questions. Thank you.

THE COURT: Thank you.

Ladies and gentlemen of the jury, what I'm going to go ahead and do -- because it's about 12:10, almost 12:15, I can do a little housekeeping with the lawyers. We're going to go ahead and break now, and I'm going to have you guys come back at 1:30. So we'll take about an hour and 15 for lunch, and then come back and pick up where we left off instead of trying to pick up with a new witness right now. It's a little close to the break.

A few reminders. Of course, I know you guys know them

well, but it bears repeating. You've heard quite a bit of evidence from last week into this morning. No discussion with each other, please, about anything you've seen, anything you've heard. No discussion with outside individuals, family and friends. No social media posting about anything you've seen or heard.

Remember, when you leave to lunch, if you see the lawyers and they avoid you, take no offense from that. They have to under ethical rules.

Let's go ahead and make sure that you take all your binders. You can now leave the binders in the jury room when you return because we're done with those transcripts for now. But you can bring your notepads back in, of course. Leave them there, though, when you go to lunch.

And again, no independent research regarding any of the science, the people, the places, the things that we've seen.

So everyone, please, back in the jury room by 1:30.

You are all excused.

THE COURT SECURITY OFFICER: All rise.

(Jury exits at 12:12 p.m.)

THE COURT: Everyone, please be seated.

Thank you very much, Doctor. You are excused. Thank you. Have a great day.

All right. Before we go ahead and take our break, just so I can get a sense of planning, who do we have on deck this

afternoon, Mr. Dobbins?

MR. DOBBINS: Judge, we had -- the DNA expert had an issue today, so we have Kevin Gamez-Melendez ready to go.

THE COURT: Okay.

MR. DOBBINS: And then --

THE COURT: Ferguson if we need to?

MR. DOBBINS: Ferguson if we need to, Your Honor.

THE COURT: Okay. But we don't have Parker until tomorrow morning then?

MR. DOBBINS: She will be here tomorrow morning, yes, sir.

THE COURT: Okay. All right. So let's plan on having Mr. Gamez-Melendez take the stand then when we get back from lunch.

Any housekeeping concerns before we break?

MR. DOBBINS: No, Your Honor. I would just point out those are our last two witnesses. After Mr. Melendez, that'll be our last two. So we're on pace for wrapping up tomorrow, as we --

THE COURT: Yeah, I think it works out well that we have -- if we do Gamez-Melendez this afternoon, we just have Ferguson and Parker. Then we can do Parker tomorrow morning, complete Parker tomorrow and presumably, regardless of what time it is tomorrow -- again, we have to check in with the defense and see what's going on with Mr. Vigil-Benitez. But I

don't see a reason why we wouldn't be finishing testimony tomorrow, potentially having our charging conference tomorrow afternoon to figure out our last details, and closing on Wednesday morning. I think that's what we're looking at right now.

All right. Anything on the defense before we break?

MR. ROSENBAUM: No, Your Honor.

THE COURT: All right. We'll see you back here at 1:30. I have a change of plea at 1:00, single defendant. So just make a little bit of space for me so I can do that. I'd appreciate it.

All right. We're in recess.

THE COURT SECURITY OFFICER: All rise.

(Court recessed at 12:15 p.m.)

(Back on the record at 1:58 p.m.)

THE COURT: All right. Everybody ready to go? We're going to bring in our jurors. Everyone set? Government's ready to go?

MR. DOBBINS: Yes, Your Honor. I'm sorry, I should've checked with the marshals. But is the other witness in the back?

Yes, we're ready.

THE COURT: Okay. Very good.

MR. DOBBINS: You wanted to bring him out first or --

THE COURT: Yeah, it might be easier. Let's go ahead

and put him on the stand already, if it's easier for you-all.

THE U.S. MARSHAL: They're in the elevator now, Judge.

THE COURT: Oh, okay. All right. So let's just get our jurors seated and as soon as he comes in, we'll set him up.

Let's go round them up, please.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury enters at 1:59 p.m.)

THE COURT: Please be seated, everyone.

I hope everyone had a good lunch break. Did those who wanted coffee get coffee? Yes?

THE JURORS: Yes. Thank you.

THE COURT: Okay. Very good. You're welcome, guys.

All right. So we're going to turn it back to the government for our next witness.

MR. DOBBINS: Your Honor, the government would call to the stand Kevin Gamez-Melendez.

THE COURT: All right. So, ladies and gentlemen, we're going to wait. Our marshals will be escorting Mr. Gamez-Melendez in in just a moment. Okay?

We'll swear him in in just a moment.

THE COURTROOM DEPUTY: Please raise your right hand.

(Government witness Kevin Gamez-Melendez duly sworn.)

THE COURT: You may be seated. Go ahead and make sure you speak into the microphone. Go ahead and sit down.

THE WITNESS: Thank you.

THE COURT: You're welcome.

You may proceed whenever you're ready.

MR. DOBBINS: Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. DOBBINS:

Q. Sir, would you please state your name and spell your last name for the record?

A. Yes, sir. Kevin Ricardo Gamez-Melendez.

Q. And can you just spell your last name, please?

A. G-a-m-e-z, Gamez.

Q. Mr. Gamez, can you tell the members of the jury how old you are?

A. I'm 31 years old.

Q. And where were you born?

A. I was born in El Salvador.

Q. When did you come to the United States?

A. I came to the United States in 2006.

Q. And how old were you when you came to the United States?

A. I was 12 years old.

Q. Who did you come with?

A. I came with my sister.

Q. Is she older or younger than you?

A. She's older than me.

Q. How old was she approximately when you made this trip?

A. About 37, 38.

Q. Okay. Was she 37 and 38 at the time?
A. Oh, no. I'm sorry. She was 17 years old at the time.
Q. Okay. Now, when you came to the United States, did you come via plane, boat, or across land?
A. We crossed the land on bus.
Q. Okay. And where did you cross the -- into the United States?
A. It was in the side of Texas.
Q. Okay. And how did you get into the United States? How did you cross?
A. We crossed illegally, through the river.
Q. Okay. Now, were you and your sister doing this on your own, or had someone been paying for you to make this trip?
A. Our parents were paying for us to come over here to get a better life.
Q. And who were they paying?
A. It was called a coyote.
Q. Now, when you first got into Texas, what happened?
A. We got apprehended by somebody who said he was part of ICE and sent us back to Mexico.
Q. Okay. So did you go back to El Salvador at that point?
A. No, we did not.
Q. What did you do?
A. We stayed in Mexico and tried to cross the border again.
Q. Okay. Were you successful the second time?

A. Yes, sir.
Q. About how long from the time that you were sent back to Mexico did it take for you to come back to the United States?
A. About two weeks.
Q. And when you came into the United States both times, did you have legal status to enter?
A. No, sir.
Q. Okay. Who did you meet with when you came into the United States the second time, into Texas?
A. I met my dad.
Q. And where was he?
A. He was in Houston, Texas.
Q. All right. And once you met up with your father in Houston, Texas, where did you go?
A. We came to South Florida.
Q. Okay. And is that where you grew up?
A. Yes, sir.
Q. All right. What part of South Florida?
A. Broward County, in the city of Oakland Park.
Q. Can you tell the members of the jury how far you went in school?
A. I went to 10th grade.
Q. And what happened in 10th grade?
A. I had to get kicked out because my GPA was low.
Q. Okay. And what high school did you go to?

A. Northeast High School.
Q. After you got kicked out of high school, did you try going to any other types of schools?
A. I did. I signed up for an alternative school.
Q. Okay. And what happened when you went to the alternative school?
A. I had some issues with some of the students, as well, and security guard advised me to look somewhere else.
Q. Okay. So is that the last time you tried to go to school?
A. Yes, sir.
Q. All right. What did you do after that? How did you make a living?
A. I found me a job at a restaurant.
Q. Doing what?
A. Dishwashing.
Q. Okay. After you dropped out of school and while you were working, at some point, did you move out from your parents' house?
A. Yes, I did. As soon as I started working, I moved out with a couple of co-workers.
Q. And just approximately, again, what area of Broward County were you living in at that point?
A. Margate.
Q. Okay. Now, prior to getting kicked out of high school, had you met an individual by the name of Wilson Tirado-Silva?

A. Yes, sir.
Q. And how did you meet Wilson Tirado-Silva?
A. I met him in the tryouts for soccer.
Q. Okay. And did you guys become friends?
A. Yes.
Q. All right. Would you and Wilson hang out with anybody in the Oakland Park area either after school or sometimes even during school, when you were supposed to be in school?
A. Yes, we did.
Q. And who are those people? What do they call themselves?
A. MS.
Q. Okay. Did they tell you that they were a specific branch of MS?
A. Yes.
Q. What was that?
A. Guanacos Lil Cycos.
Q. Now, prior to meeting people -- they call themselves Guanacos Lil Cycos, did you meet anybody else that said they were members of MS?
A. There was a few.
Q. Okay. And were they from a different branch than the Guanacos Lil Cycos?
A. Yes, they were.
Q. What were they called?
A. Bosques, LA, and Cabañas.

Q. Okay. Now, when you went to -- did there come a time when Wilson disappeared for a while?
A. Yes.
Q. Okay. Do you know what happened to him?
A. He went to prison.
Q. Okay. So prior to Wilson going to prison, were there other people in the Oakland Park area who claimed -- that you would hang out with that claimed that they were MS?
A. Yes, but they were retired.
Q. Okay. But before they retired, what subdivision or branch would they say that they were in?
A. Guanacos.
Q. Okay. Have you heard the term OPLS?
A. Yes, sir.
Q. What does OPLS stand for?
A. Oakland Park.
Q. What does the LS stand for?
A. Locos Salvatrucha.
Q. Okay. And how do you know what OPLS is?
A. When Wilson was with us, that's the name of the branch that had put to the clique.
Q. Okay. And can you tell the members of the jury what a clique is?
A. It's a group of people that belong to a bigger organization.

Q. Okay. And what's the bigger organization?
A. The MS-13.
Q. Okay. Now, when Wilson returned from prison, did he start talking to you and others about joining the Guanacos Lil Cycos?
A. Yes, sir.
Q. Okay. And does that have also an acronym as well?
A. Pardon me?
Q. Does that have an abbreviation as well? Similar to OPLS, does that have an abbreviation?
A. Yes, sir.
Q. What's the abbreviation?
A. GLCS.
Q. Okay. Do you recall when it is that Wilson -- approximately when Wilson got out of prison?
A. 2014.
Q. Okay. And when he came to you, what was he -- what was he trying to do with you?
A. He was trying to recruit me to the new GLCS.
Q. Okay. Was he trying to recruit anybody else?
A. Yes.
Q. Who else?
A. A guy named Melvin and a guy named Miguel.
Q. Okay. Did Melvin have a nickname?
A. Yes, sir.
Q. What was that nickname?

A. Bigfoot.
Q. What about Miguel? Did Miguel have a nickname?
A. Yes, sir.
Q. What was that nickname?
A. Mariachi.
Q. And had you met Melvin and Miguel prior to Wilson trying to recruit you guys to GLCS?
A. No, sir.
Q. Okay. Did you only meet them through Wilson, or did you meet them through somebody else?
A. It was through somebody else, but it was just like -- just per saying this to each other.
Q. Okay. Do you remember that person's name?
A. Yes.
Q. What was it?
A. Leonardo Lemus.
Q. All right. Was Leonardo also a member of MS?
A. He was part of the OPLS.
Q. Now, prior to Wilson coming back, had you been hanging out with Leonardo Lamus and other people in the OPLS?
A. Yes.
Q. All right. What would you guys do normally when you would hang out with them?
A. We'll go to the beach and smoke weed.
Q. But when Wilson comes back, did he try to ask you to assist

him with doing anything or moving into someplace or anything like that?
A. He asked me to give him rides because I was the only one with a car.
Q. All right. And what car did you have?
A. I had a Mitsubishi Lancer.
Q. And what color was it?
A. Gray.
Q. Showing you Government's Exhibit 61 in evidence.
MR. DOBBINS: If I may have the ELMO, please?
BY MR. DOBBINS:
Q. Do you recognize that vehicle?
A. Yes, sir.
Q. What is that?
A. It's the Lancer, Mitsubishi.
Q. All right. Is that your car?
A. Yes.
Q. What did Wilson explain to you were the different levels of membership or it being -- trying to get membership in GLCS and MS-13?
A. You've got to commit crimes to -- in order to level up.
Q. Okay. Well, let's go through the levels first, and then we'll talk about what you had to do.
So what were the levels that he told you about?
A. First, it's observacion, which is pretty much like a

lookout. You just look out for the people we're trying to recruit. Then we have chequeos, which is one step before you become a full member. And that means you're already committing crimes, as well. But that's more -- more into a full membership than just a lookout, which you got no attachment to it. And for last, we got homeboy, which is full members. And in order to become a full member, you had to do multiple crimes.
Q. Okay. When you say "crimes," what kind of crimes are we talking about?
A. Extortion, sell drugs, attack an enemy, even by the means of killing them, as well.
Q. Okay. Was there a name for the enemy?
A. Yes, sir.
Q. What was that called?
A. Chavala.
Q. And what were the -- what were considered the enemies of MS-13?
A. They were considered chavalas.
Q. But what kind of groups? What were the names of those groups?
A. We had the 18th Street Gang, which is the main one.
Q. All right. So when Wilson came back, did he designate you as any kind of specific rank?
A. Yes.

Q. What was your rank?
A. Lookout.
Q. Okay. So that was what you called the observacion?
A. Observacion.
Q. Okay. And you said he would ask you to sell drugs.
What kind of drugs did he ask -- did Wilson ask you to sell?
A. Marijuana.
Q. Okay. And what would you do with the money that you made from selling the marijuana?
A. I would give it back to him.
Q. To "him" is who?
A. And the people back from El Salvador, that ones that were incarcerated.
Q. I'm sorry. But when you said you had to give it back to "him," who were you talking about?
A. About Wilson.
Q. Okay. And then you said something about sending it back to El Salvador?
A. Yes.
Q. Okay. What would you do if you talked about -- well, you talked, also, about committing extortion.
Who would you extort?
A. Businesses. Most of the time, businesses.
Q. Okay. What about any rival drug dealers or independent

drug dealers who were in your territory?
A. Them, as well.
Q. So what would you do? What would you tell them?
A. They gotta pay a certain percentage in order to sell drugs in our territory.
Q. And what about the businesses, what would you tell them?
A. Tell them about the same thing, they gotta pay a percentage to receive protection in case anybody else want to come and extortion them, as well.
Q. Okay. Did you have a term for that?
A. Yes.
Q. What was that called?
A. Renta.
Q. Okay. Does that mean rent, in English?
A. Yes.
Q. Okay. I know you talked about how you dropped out of school, but you speak English well enough that you feel comfortable testifying without a Spanish interpreter here today, right?
A. Yes, sir.
Q. Okay. Now, what would -- what would you do with the money -- the rent that was paid from the extortion victims?
A. Sometimes we use it to buy weapons, as well.
Q. Okay. And who would collect it, though? Would it be you, or would it be someone else?

A. It would be Wilson.
Q. And when you say you would "use it to buy weapons," what kind of weapons are you talking about?
A. Handguns and knives.
Q. Now, I notice that today you're here wearing a brown jumpsuit.
Where are you currently living?
A. I live in FDC Miami.
Q. Okay. And why are you in FDC Miami?
A. Because I pled guilty to the charge.
Q. And what charge was that?
A. Murder in aid of racketeering.
Q. And do you know who it was that you -- do you know the name of the person that was murdered?
A. Yes, sir.
Q. And what was that?
A. Gerson.
Q. Okay. And have you pled guilty in that case?
A. Yes, sir.
Q. And did you do so pursuant to a plea agreement?
A. Pardon?
Q. Did you do so pursuant to a plea agreement?
A. Yes.
Q. All right.
MR. DOBBINS: Your Honor, without objection, the

government would move into evidence Government's Exhibit 63.

THE COURT: No objection?

MR. ROSENBAUM: No objection.

THE COURT: All right. That'll be admitted at this time.

(Government Exhibit 63 was received in evidence.)

BY MR. DOBBINS:

Q. Showing you on the overhead, page 1, and then I'm going to show you the last page, which I believe is page 7.

Do you recognize this document, sir?

A. Yes, sir.

Q. And what is this document?

A. It's the plea agreement.

Q. And is this the plea agreement that you signed in your case?

A. Yes, sir.

Q. All right. Now, in your case, were you charged with any murders besides that murder of Gerson?

A. No, sir.

Q. Okay. And within this plea agreement, it states what you're facing as a result of pleading guilty, right? Your maximum sentence?

A. Yes, sir.

Q. And a mandatory minimum sentence, right?

A. Yes, sir.

Q. So turning to page 2, paragraph 3: What was both the maximum term of imprisonment and the statutory mandatory minimum term of imprisonment that were you facing?
A. Death.
Q. Well, according to the plea agreement, though, what was the maximum and the statutory mandatory minimum you were facing?
A. It will be life.
Q. All right. Now -- because prior to pleading guilty, the death penalty had been waived at that point, correct?
A. Yes, sir.
Q. All right. Now, in addition to pleading guilty and facing a statutory minimum term of life, are you -- did you agree to cooperate with the government in any way?
A. Yes, sir.
Q. All right. And turning to paragraph 7, on page 3, and then we'll go to paragraphs 8 and 9.
Is that the extent of the cooperation agreement that you and your attorneys have agreed to with the United States Government?
A. Yes, sir.
Q. Okay. What is your understanding of what you have to do -- well, let me ask you this: Why are you cooperating with the U.S. Government?
A. First of all, I don't want to do a life sentence. Second, I want to help the family, you know, to have closure to this.

And also, because I felt sorry about what I did.
Q. Okay. So let's talk about this, the first reason you gave where you said that you didn't want to do a life sentence.
What are you hoping to receive as a result of your cooperation?
A. A number, any number.
Q. All right. So what is it that you -- what's stated in this plea agreement, what is it that you have to do to try to earn a sentence reduction in your case?
A. I have gotta tell the truth about what happened on the night in question.
Q. So on paragraph 7, it says that you basically have to provide all truthful and complete information and testimony when called upon by the U.S. Attorney's Office, right?
A. Yes, sir.
Q. All right. And that included appearing at any grand jury proceedings, hearings, trials, or other judicial proceedings as may be required by the U.S. Attorney's Office, right?
A. Yes.
Q. And on page 4, paragraph 7, it continues. It states that: In addition, you agree you won't protect anybody or falsely implicate or accuse anybody, and you won't commit any additional crimes.
A. Yes, sir.
Q. And that's your understanding of what you have to do.

A. Yes.
Q. Okay. And what's your understanding of who it is that has to file the motion for you to even begin the process of trying to receive a sentence reduction?
A. The prosecutor.
Q. Okay. And can you force the U.S. Attorney's Office to file any such motion on your behalf?
A. No, sir.
Q. And have -- has the U.S. Attorney's Office made you any promises as to whether or not any motion will be filed?
A. Yes, sir.
Q. We have? What are the promises?
A. If I tell the truth, file the 5K1.
Q. All right. Have we promised that we would definitely file that 5K1, or we said that's an option?
A. That's an option.
Q. Okay. And has the U.S. Attorney made any promises as to what any kind of recommendation would be made, even if they decide to file any kind of motion?
A. No, sir.
Q. All right. Even if a motion is filed by the U.S. Attorney's Office, who is it up to whether or not to grant that motion and give you a sentence reduction?
A. The judge.
Q. All right. And who is the judge in your case?

A. Honorable Ruiz.
Q. Same judge that's here today?
A. Yes, sir.
Q. Now, does the judge have to grant any such motion if the government files it?
A. No, sir.
Q. All right. And even if the judge decides to grant the motion, is the judge required to give you any specific amount or time off?
A. No.
Q. In addition, I just wanted to go back to -- we'll start with paragraph 8. It says here: The defendant understands and agrees that nothing in this agreement requires this office to file any motions, and that it's the office's assessment that would be binding as to what the -- as to the manner of your cooperation.
So in that paragraph there, it says there's no agreement that the government -- U.S. Attorney's Office will file a motion on your behalf. Right?
A. Yes.
Q. Okay. And then paragraph 9: You understand that the Court is under no obligation to grant any such motion filed by the U.S. Attorney's Office, right?
A. Correct.
Q. It also states: The Court is not under any obligation to

reduce the defendant's sentence of any type based on your cooperation.
A. Yes, sir.
Q. This plea agreement doesn't bind the Court in any way, right?
A. Right.
Q. Okay. Now, in addition, do you have -- do you currently have legal status in the United States?
A. No, sir.
Q. Okay. So as a result, you acknowledge in paragraph 10 that even if by pleading guilty this has some sort of impact on your immigration status in the United States, you would not try to seek to have this conviction vacated. Right?
A. Right.
Q. Okay. And in addition, in paragraph 11, it talks about your rights to appeal any sentence you may get. And as part of your plea agreement, you agreed not to appeal any sentence you may get in this case, right?
A. That's correct.
Q. All right. Before we get into the murder of Gerson, I wanted to talk to you a little bit more about MS-13 as a whole.
What were some of the rules you were taught that you would need to know to become a member of MS-13?
A. First and always, you've got to respect La Mara.
Q. And what is La Mara?

A. It's the whole organization, the MS-13.
Q. I'm sorry. Could you just repeat that?
A. The whole MS-13.
Q. The whole of MS-13 is referred to as La Mara?
A. La Mara, yes.
Q. Okay.
A. You also gotta hunt down rivals. And also, you've got to recruit. You've got to recruit new people. You can also defend the Mara when somebody talking bad about it.
Q. Okay. So you have to show loyalty to La Mara.
A. Yes, sir.
Q. You have to hunt down rivals -- and do what with them, when you find rivals?
A. Kill them.
Q. And you also have to defend MS-13, La Mara, when somebody's even talking bad about them?
A. Yes, sir.
Q. Are there any rules about either talking to the police or cooperating with the police?
A. Yes.
Q. What are those rules?
A. There's zero tolerance for anybody who talks to the police or assists any law enforcement.
Q. What does that mean, there's zero tolerance? What happens?
A. If you get -- if you talk to the police, like I'm doing it

right now, or testify, that means I will be greenlit, and I will be killed if anybody from La Mara finds me.
Q. Okay. So by testifying here today, you could be greenlit?
A. Yes, sir.
Q. And that means you're marked for death?
A. Yes.
Q. You talked about the different levels -- I think you talked about observacion and chequeo. What would happen when you -- when and if you became a homeboy?
A. What would happen?
Q. Yeah. I'm sorry. Let me ask it this way: Did you eventually become a homeboy within MS-13?
A. Yes, sir.
Q. Are you a homeboy with GLCS?
A. Yes, sir.
Q. Okay. And when you moved from chequeo to become a homeboy, what had to happen?
A. I had to get jumped in.
Q. Okay. What does that mean, to be jumped in?
A. You get beat up for 13 seconds. Like an initiation to be part of the whole MS-13.
Q. And who performs the beating?
A. Pardon me?
Q. Who beats you?
A. It has to be three full members from the clique or from the

Mara.
Q. Okay. Now, back when Wilson recruited you as an observacion, did -- did he tell you whether he was a homeboy or not?
A. Yes.
Q. What was he?
A. A homeboy.
Q. Okay. And is there even ranks within the homeboys of leadership?
A. Yes.
Q. What is that called?
A. First Word.
Q. All right. And was Wilson considered a leader of GLCS in Oakland Park?
A. Yes, sir.
Q. So would he have been the First Word or something else?
A. He was the First Word.
Q. You said that you had been living with some friends or some -- I'm sorry, excuse me -- some co-workers after you moved out and started working. Did there come a time when you moved somewhere else?
A. Yes.
Q. All right. Where did you move?
A. I moved back to the area of Oakland Park, to a mobile home with a friend.

Q. Okay. And did somebody else besides -- let me ask you this: Was that friend a member or associate of MS-13?
A. Not the owner of the mobile home.
Q. Okay. Did somebody else come and live with you in that mobile home besides you and your friend?
A. Yes.
Q. And who was that person?
A. Wilson.
Q. Do you remember the general area or address of that mobile home park?
A. Yes.
Q. What was it?
A. It was Andrews and McNab. Andrews Avenue and McNab.
Q. Okay. Now, while you were living there -- or maybe even prior, before you lived there -- did Mariachi and Bigfoot and Wilson do something that you knew about that elevated them or -- within MS-13?
A. Yes, sir.
Q. What did they do?
A. They had killed somebody.
Q. Okay. Did you know who it was they killed?
A. Yes, sir.
Q. Okay. Who was that, if you know his name?
A. Joel.
Q. All right. And did you participate in that murder?

A. No, sir.
Q. All right. And then in early 2015, did Wilson commit another murder that you were aware of?
A. Yes, sir.
Q. And who was that person that was killed?
A. Omar.
Q. Okay. Now, Joel, do you know if Joel was a chavala or why he was killed?
A. No, he was killed for false -- false claiming.
Q. False claiming what?
A. Being in MS-13.
Q. All right. What about Omar? Do you know why Omar was killed?
A. He was assumed to be an 18th Street Gang member.
Q. So a chavala?
A. Yes.
Q. All right. Now, were you with Wilson that night when he killed Omar?
A. Yes.
Q. Okay. What were you doing?
A. I was driving my car.
Q. Okay. Who else was with you?
A. Bigfoot and Mariachi.
Q. And did there come a time when Wilson and somebody else got out of that car to go see where Omar was?

A. Yes.
Q. Who was the other person that got out of the car?
A. Mariachi.
Q. And when they came back, what did you do?
A. We would drive away.
Q. Now, after Omar was killed, did there come a time when somebody -- another GLCS member came down from up north?
A. Yes, sir.
Q. And who was that GLCS member?
A. He go by the name of Fearless.
Q. And where was Fearless from?
A. Virginia.
Q. Okay. And when Fearless came down, do you know how he got down here?
A. He rode the Greyhound bus.
Q. When Fearless came down, where did he stay?
A. He came to stay with me.
Q. Okay. In that mobile home?
A. In the same mobile home.
Q. Okay. And who else was still there?
A. Wilson was still there.
Q. What about your other friend that wasn't involved with MS-13?
A. Yes, he was still there.
Q. Okay. Now, did you get to know Fearless?

A. A little bit.
Q. And what did you learn about Fearless's rank within MS-13, in GLCS specifically?
A. He was a really high rank in the GLCS.
Q. Would you consider him to be higher rank than Wilson?
A. Yes.
Q. Do you know why Fearless had come down?
A. I did not know at the moment.
Q. Okay. So how long did -- would you say that Wilson -- I'm sorry -- that Fearless stayed down here before returning to Virginia, approximately?
A. Approximately two months.
Q. Okay. Now, when Fearless was down there, did you -- down here, did you talk to him?
A. Yes.
Q. Okay. Did he further try to recruit you or help you or give you knowledge about what -- about how MS-13 worked?
A. Yes.
Q. All right. At that time, how many jobs did you have?
A. I had two.
Q. Okay. Were they both restaurant jobs?
A. No. One was glass polishing, and the other one was the restaurant.
Q. Okay. What time of the day would you do the glass polishing?

A. That would be from 7:00 to 3:30. And then from 4:30 to 11:00.
Q. 4:30 p.m. until 11:00 p.m.?
A. 11:00 p.m., yes, sir.
Q. That was the time at the restaurant?
A. Yes, sir.
Q. And when you worked at the restaurant, what did you do with your car?
A. I let Fearless borrow it.
Q. And then what would you do when you got off your shift?
A. I would call him to come pick me up, and we just hang out for a little bit and go back to sleep.
Q. And would it just be Fearless that would pick you up, or would there be other people in the car with you?
A. It would be other people. It would be Wilson, Bigfoot, Mariachi most of the time.
Q. So you, Wilson, and Fearless were living in one trailer. Where was Bigfoot living at this time?
A. He was living nearby in another mobile home.
Q. In the same trailer park?
A. The same trailer park.
Q. And what had happened to Mariachi at this point?
A. He separated from us.
Q. Now, did there come a time when somebody else came down from up north shortly after Fearless had come down?

A. Yes, sir.
Q. And what was that person's name?
A. At that moment, I knew him by the name of Solitario.
Q. Okay. And do you know how he got down here?
A. He also rode the bus.
Q. And did he appear to know Fearless?
A. Yes.
Q. All right. How would you describe their relationship?
A. Like, best friends.
Q. When Solitario came down here, where did he stay?
A. He stayed with us, with Fearless, Wilson, and I.
Q. All in that mobile home?
A. Yes.
Q. All right. Did that stay like that for a long time, or did somebody, at some point, move somewhere else?
A. After the murder of Gerson, Fearless and Solitario left.
Q. Okay. About how long, approximately, was it that they left after that murder?
A. About two weeks; two, three weeks.
Q. Now, were you recently shown some photographs by law enforcement when you agreed to cooperate?
A. Yes, sir.
Q. All right.
(Discussion was held off the record.)
MR. DOBBINS: Your Honor, without objection, the

government would move into evidence Government's Exhibit 64, 65, and 66 into evidence.

MR. ROSENBAUM: No objection.

THE COURT: Thank you. Those will be admitted at this time.

(Government Exhibits 64 through 66 were received in evidence.)

BY MR. DOBBINS:

Q. Showing you Government's Exhibit 64. I know it's a little blurry. I'll see if we can focus it here. There we go.

All right. One, two, three, four, five, six.

On photograph 3, is that your initials there?

A. Yes, sir.

Q. All right. And who did you identify in this photograph?

A. Wilson Tirado.

Q. All right. Did he have another nickname that you knew him by?

A. Sombra.

Q. Same thing with Government's Exhibit 65. One, two, three, four, five, and six.

Did you write your name there on that one?

A. Yes, sir.

Q. Okay. And who did you identify in photograph 4?

A. Melvin Cruz, known as Bigfoot.

Q. Okay. And again, just so we're clear, at the time you --

at the time of Gerson's murder, you, Fearless, Solitario, Sombra, and another person, were living in that trailer.
A. Yes.
Q. And Bigfoot was living where?
A. He was living nearby.
Q. Okay. Also in a trailer?
A. In the same trailer park.
Q. And one other thing I'd point out: These dates, so far, this is May 20th of 2022, and it's dated?
A. Yes.
Q. All right. Is that the date you were arrested in this case?
A. Yes, sir.
Q. Okay. And showing you Government's Exhibit 66. One -- let me let it focus here. I'm sorry. There we go.
All right. One, two, three, four, five, six.
Did you identify somebody in No. 3?
A. No.
Q. Okay. Nobody was identified in that one, right?
A. Correct.
Q. All right. So let's go to the night of the murder, if we can.
What were you doing that night prior to the murder?
A. I was at work.
Q. Okay. And same thing? Did you get off around 11 or so

p.m.?
A. Yes, sir.
Q. And who picked you up?
A. Fearless.
Q. And was anybody else in the car with Fearless when he picked you up?
A. Yes. It was Solitario, Bigfoot -- and Bigfoot.
Q. I think you said Bigfoot twice.
A. Yes. Yes, Solitario, Bigfoot and Fearless.
Q. Okay. So three people picked you up?
A. Yes.
Q. All right. And where did you go after they picked you up?
A. We went back home so I could change.
Q. Okay.
A. And then they told me we were going to somebody else's house. Fearless told me we were going to somebody else's house.
Q. Do you know ultimately whose house you went to?
A. Yes.
Q. What was that person's name or nickname?
A. He goes by the name of Chango.
Q. Okay. Had you met Chango previously?
A. Before that night, yes.
Q. Okay. And how had you met Chango?
A. Through another guy.

Q. And who was that person?
A. Discreto.
Q. Okay. Were Discreto and Chango associates or homeboys of MS-13?
A. They were associates.
Q. Okay. Were they associates of GLCS or something else?
A. No, another clique.
Q. Okay. And when you had first met them, what would you guys do?
A. We just introduce ourselves.
Q. Okay. When they tell you, we're going to go to Chango's house, where did you ultimately go?
A. We'd go to Chango's house.
Q. Okay. Did you go anywhere else?
A. No, sir.
Q. And once you got to Chango's house, what were you doing?
A. We were just hanging out in the backyard.
Q. Okay. Was anybody doing anything illegal at that point?
A. We were smoking marijuana.
Q. Okay. You say you were smoking --
A. Marijuana.
Q. Okay. And how long would you say, approximately, you feel like you were at Chango's house?
A. Pardon me?
Q. How long would you say you were at Chango's house,

approximately?
A. Like about six hours.
Q. Okay. Now, did there come a time when Chango started talking about someone or something else?
A. Yes. When somebody pulled up in a bicycle, that's when he started with that conversation.
Q. Okay. So before we get there, let's talk about who all was at Chango's house.
A. Okay.
Q. So we know it's you.
A. It's me, Bigfoot, Solitario, Fearless, Wilson, another guy by the name of Power, Blue, and Chango himself, and Discreto.
Q. Okay. All right. Showing you Government's Exhibit 67 -- oh, sorry.
MR. DOBBINS: Your Honor, without objection, the government would move Government's Exhibit 67 through 69 into evidence.
MR. ROSENBAUM: No objection.
THE COURT: That will be moved in at this time.
(Government Exhibits 67 through 69 were received in evidence.)
BY MR. DOBBINS:
Q. All right. Here we go. 67, ready? One, two, three, four, five, six.
Did you identify somebody there in No. 4?

A. Yes, sir.
Q. Who is that?
A. That's Blue.
Q. All right. Did you know him by any other name?
A. Yes, by Hugo.
Q. Hugo?
A. Yes.
Q. And who was -- because I think you mentioned Chango and Discreto.
Who was Blue?
A. Blue is the other guy who had a car that night.
Q. Okay.
A. And he --
Q. We'll get to that in a second.
What was -- was Blue considered an associate or member or homeboy of MS-13?
A. He was an associate.
Q. Okay. Was he GLCS or something else?
A. No, he was something else.
Q. Okay. Do you know what it was?
A. LA.
Q. The LA clique?
A. LA clique, yes.
Q. And when had you met Blue? Had you just met him that night, or had you met him previously with Chango and Discreto?

A. I met him previously.
Q. Okay. And did you know where he lived, by any chance?
A. Yes.
Q. Okay. If not the address, do you recall the general area?
A. Yes, 441 and Commercial Boulevard.
Q. Okay. Now, you said that Blue had a vehicle.
A. Yes, sir.
Q. All right. So we had talked about your gray Mitsubishi Lancer.
What was Blue's vehicle?
A. It was a Toyota Celica, color red.
Q. Okay. And do you recall anything about that car, other than the color?
A. Yes.
Q. What?
A. That's the car I used to move Fearless and Solitario back to Virginia.
Q. Okay. We'll get to that in a second.
MR. DOBBINS: Let me have the ELMO just for the witness, please.
BY MR. DOBBINS:
Q. Showing you what's been marked as Government's Exhibit 79-B for identification.
Do you recognize what's in that picture?
A. Yes, sir.

Q. Okay. Can you tell us what's in that picture?
A. It's a Toyota Celica.
Q. And who does that belong to? Who did that belong to back in 2015?
A. To Hugo.
Q. Okay. And showing you Government's Exhibit 79-C, which is already in evidence.
Do you recognize that picture, as well?
A. Yes, sir.
Q. All right. And what are we looking at in that picture?
A. Hugo.
MR. DOBBINS: Your Honor, at this time Government's 79-C is already in evidence, but we move Government's 79-B into evidence.
MR. ROSENBAUM: No objection.
THE COURT: All right. That'll be moved in at this time.
(Government Exhibit 79-B was received in evidence.)
MR. DOBBINS: If I may publish? Thank you.
THE COURT: Granted.
BY MR. DOBBINS:
Q. Again, just looking at 79-B in evidence, can you tell us what we're looking at in this picture?
A. Hugo's car.
Q. All right. This is the red Toyota Celica you were

describing?
A. Yes, sir.
Q. All right. And then I showed you 79-C.
What are we looking at, again, in that picture?
A. We're looking at a picture of the car and Hugo himself.
Q. Okay. So we were talking about Hugo and Hugo had a car.
We'll talk about some other people over there that night. Okay?
A. Okay.
Q. Showing you Government's 68 in evidence. One, two, three, four, five, six.
Who did you identify in No. 4?
A. Chango.
Q. And do you recall -- I know you said you went to Chango's house, but do you recall the area where Chango lived?
A. Yes.
Q. Can you tell the members of the jury where that was?
A. I think it was in Kimberly and 10th Avenue.
Q. All right. I want to show you one more, Government's Exhibit 69. It's one, two, three, four, five, six.
Who did you identify in No. 3?
A. Discreto.
Q. Now, I had asked you what clique Blue was in.
Do you recall what clique Chango was in?
A. He was also in the LA clique.

Q. What about Discreto?
A. He was in Cabañas clique.
Q. Okay. And were either of those three guys, were they homeboys or just associates?
A. They were associates at the moment.
Q. Okay. So what does that mean? Do you know what their ranks were?
A. Yes. They were -- they were observacion at the moment.
Q. Okay. Now, were you shown a couple of other lineups by law enforcement that you could not make an ID on?
A. Yes, sir.
Q. Okay. But who else did you say was present at the house? So we had you, Fearless. You've told us about Chango, Blue, Discreto.
And who else was there?
A. Power.
Q. Okay. And who was Power?
A. Power is another guy that was -- that participated. He's also a homeboy now.
Q. Was he a homeboy at the time, back in 2015, when the murder happened?
A. He was a chequeo.
Q. Okay. And what clique was he in, GLCS or something else?
A. Something else.
Q. Do you recall what it was?

A. Bosques.
Q. Bosques. What about -- so after Power, who else was there? I think you also said Wilson was there?
A. Yes, Wilson.
Q. So Sombra, Fearless. And who else from either your area or the area where you were living?
A. It was Wilson, Fearless, Solitario, Chango, Discreto, Hugo, Power, Bigfoot, and I.
Q. Okay. And I meant to ask you: When Solitario came down, did you learn whether he was GLCS or not?
A. No, he was not.
Q. And what was he?
A. Delicias Locos.
Q. Okay. And do you know where they were based out of or where he was based out of, before he came down to be with Fearless?
A. No.
Q. Okay. Now, did there come a time at another meeting with law enforcement where you did identify a picture with some other people?
A. Yes.
MR. DOBBINS: Your Honor, without objection the government would move Government's Exhibit 72 into evidence.
THE COURT: No objection?
MR. ROSENBAUM: No objection.

THE COURT: That will be admitted.

(Government Exhibit 72 was received in evidence.)

BY MR. DOBBINS:

Q. I'm going to show it here on the overhead.

Do you recognize those initials up in the upper right-hand corner?

A. Yes, sir.

Q. And whose initials are those?

A. Those are mine.

Q. All right. And who did you identify in this picture? Let's go from left to right. Who's over there on the left?

A. That's Discreto.

Q. You also wrote another name for him.

A. Yes, Erick. That's his government name.

Q. So you did know his -- either you knew his first name or you later learned his first name, right?

A. I learned his name.

Q. Okay. What about in the middle?

A. The middle one, that's Solitario.

Q. Okay. And what about the person on the right?

A. On the right, it's Hugo.

Q. And you also wrote something else there.

A. Yes. Bermudez, which is his last name that I know of. And his nickname which is Blue.

Q. Okay. Who took this picture?

A. I did.
Q. All right. And when did you take this picture?
A. I took that picture when we were on the way back to Maryland from Florida. I was about to go drop him off -- go drop off Solitario and Fearless.
Q. Okay. And whose car were you driving?
A. I was driving Hugo's car.
Q. And why were you driving Hugo's car?
A. I think it was the most convenient car to go.
Q. Okay. But why were you driving and not Hugo?
A. Oh, because I was the only one driving with a valid driver's license at that moment.
Q. Okay. Now, let's talk -- let's go back to that night.
So you're at Chango's house, and you said something about a guy showing up on a bicycle.
A. Yes, sir.
Q. Okay. So tell us what happens. What does Chango say when that person showed up on a bicycle?
A. He said, That's him.
Q. What did he mean by "that's him"?
A. He had talked about some rivals, some 18th Street guys that he met up at work.
Q. This is Chango?
A. That's Chango, yes, sir.
Q. So Chango was talking about some 18th Street rivals that

Chango had met at his work?
A. Yes.
Q. Did you know what kind of work he did?
A. He did finishing, mudding, the drywall.
Q. Drywall?
A. Drywall finishing.
Q. Drywall installation?
So why had Chango been talking about some people that he worked with that he thought were 18th Street rivals?
A. Because they were 18th Street Gang members so -- as one of the rules is hunt down the rivals.
Q. Okay. Had you ever seen this person before?
A. Never in my life.
Q. Now, are you guys -- describe where you were with Chango's house. Are you in the house, are you outside the house, where are you about?
A. At this point, when the guy pulled up in a bike, we on the side of the house. And when he came in through the gate, I went out to my car to smoke a cigarette. And then I came back inside. Inside the gate.
Q. All right. And what did you see or hear happen next?
A. When I come back, everybody saying that we have to get back in the car because we about to go look for some weed, some marijuana.
Q. Okay. And what did you think was happening at that point?

A. At the beginning, I really thought we were gonna go look for more weed. But then the address that I was given, it was way too far, so I realized it was something else since he was a 18th Street Gang member.
Q. So you said the address you were given. Who gave you the address?
A. Chango.
Q. Okay. And what did you do with that address?
A. I put it on my cell phone and follow it.
Q. All right. And did you hear anybody talking to the person on the bicycle? Well, you later learned this person's name was Gerson, right?
A. Yes.
Q. Is that only after you were charged?
A. After I was charged, yes.
Q. Okay. We'll just refer to him as Gerson for now. Okay?
So did you hear anybody talking to Gerson, or did you hear Gerson say anything prior to them saying, Let's go get some more weed?
THE WITNESS: Yes. It was Fearless, Wilson, and Sombra that were really talking to him.
BY MR. DOBBINS:
Q. I think you said Fearless, Wilson, and Sombra. Did you mean to say Sombra or Wilson twice?
A. I'm sorry. I meant Chango.

Q. Okay. So Chango and who else?
A. Chango, Wilson, and Fearless.
Q. Okay. And what were they saying? What did you hear them saying?
A. They were trying to get information out of him to see who -- who he hang out with and what he claim.
Q. And what did you hear the person that you later learned was Gerson say, if anything?
A. Yes.
Q. What did you hear him say?
A. I did not hear him say anything. I didn't hear him. But when I got back, he was already -- they already had planned, because he was intoxicated. They had already planned to take him.
Q. Okay. When you say "intoxicated," what do you mean by that? Was he high? Was he drunk? Both?
A. He was really drunk.
Q. Okay. So who tells you we're gonna go get some more weed?
A. Fearless.
Q. Okay. And so who gets into your car?
A. Discreto, Solitario, Fearless, and Gerson.
Q. The victim?
A. The victim. Yes, sir.
Q. And so where is Fearless sitting?
A. He's sitting behind the driver's seat -- in the passenger

seat.
Q. I'm sorry. You said behind the driver's seat, then you said in the passenger's seat?
A. Yes, behind the driver. Like, me, I'm driving. I got Discreto to my right, the front passenger. Then in the back, behind me, is Fearless. The victim is in the middle. And Solitario is at the other door, which is the right side.
Q. All right. So Solitario is behind Discreto?
A. Yes, sir.
Q. Okay. And Fearless is behind you?
A. Yes.
Q. And Gerson is sitting in the middle?
A. In the middle.
Q. Okay. And Chango's already given you the coordinates or the address at this point?
A. Yes, he has.
Q. And where did those guys go?
A. They got into Hugo's car and drove away.
Q. Okay. So who did you see get into Hugo's car?
A. Hugo, Bigfoot, Chango, and Power.
Q. What happened to Sombra?
A. He couldn't go with us because he was wearing an ankle monitor. He couldn't leave the Broward County area.
Q. Okay. So at that point, where do you start driving to?
A. North on 441.

Q. Okay. And where do you ultimately arrive?
A. Next to a canal.
Q. Okay. Is that in Boca Raton, in another county?
A. Yes, sir.
Q. All right. I'm going to show you some pictures that have already been introduced into evidence. I'll start with 1-C.
Do you recognize this area?
A. Yes, sir.
Q. All right. What is it -- what is this area that we're looking at in this picture?
A. That's the road where the victim was left at.
Q. Okay. Is this the road you drove on when you arrived that night?
A. Yes, sir.
Q. I'm going to show you a couple other pictures here. We've got 1-F and 1-G.
Do you recognize those -- that perspective in those photos?
A. Yes, sir.
Q. What was it about those perspectives that remind you of that night?
A. The ramp, the boat ramp.
Q. Why was the boat ramp significant to you?
A. Because it was mentioned after the victim was killed.
Q. Okay. Showing you 1-H. Do you see the edge of the boat ramp there in that picture?

A. Yes.
Q. You can actually touch the screen. Do you want to circle it for the members of the jury, please?
A. (Witness complies.)
Q. Now, does that boat ramp stick out in your mind because is that somewhere near when you arrived you parked your car?
A. Yes.
Q. Can you indicate on here where you parked your car?
A. (Witness complies.)
Q. So when you arrive here, about how long do you think it took you to get up there from Chango's house, approximately? I know it was a while ago.
A. Approximately, 20 to 30 minutes.
Q. Thank you. Now, once you arrive, was the other car -- was Hugo's car already there, or Blue's car already there, or were you the first to arrive?
A. Yes, Hugo's car was already there.
Q. And were they -- and on the drive up, did you hear anybody talking to the victim, Gerson?
A. No. He fell asleep when -- as soon as he got in the car.
Q. Okay. Did he fall asleep on top of somebody, or did he fall asleep leaning back?
A. Yeah, he fell asleep on Solitario's left shoulder.
Q. Okay. Did you hear Fearless, Solitario, or Discreto talking about the fact that the victim, Gerson, had fallen

asleep?
A. Yes, they kind of were -- Fearless was kind of joking with Solitario, but Solitario was pissed off.
Q. Why was Solitario pissed off?
A. Because he didn't want to have the rival, the chavala, on him.
Q. Okay. And when you say Fearless was joking with him, what was Fearless saying?
A. Like, that was his baby.
Q. All right. So you arrive at the scene, and where are the people in Hugo's car? Are they still in Hugo's car or did they get out? Had they already gotten out?
A. They were already out.
Q. Okay. And when you parked, what happens next?
A. Everybody started getting out of the car, Discreto, Fearless, and Solitario and the victim was not the last -- because I was the last. But when -- as I'm getting out of the car, Solitario hits the door and yanks the victim out and go for the neck.
Q. What do you mean he went for the neck?
A. He went to stab him in the neck.
Q. Now, on the drive up, had there been a discussion about killing the victim, Gerson?
A. No. Fearless say something about if anybody who doesn't participate, then they're gonna be the next one. But he didn't

really say, like, kill him, but it was understood.
Q. Why was it understood?
A. Because at that time I found out he was -- he used to hang out with the 18th Street Gangs, and any associates of the rival gang is equal or the same.
Q. Okay. So as you were driving up and you heard these things, did you know what was about to happen?
A. Yes.
Q. Okay. Were you armed?
A. Pardon me?
Q. Were you armed? Did you have a weapon?
A. I had a knife.
Q. What kind of knife did you have?
A. I had a big fishing knife.
Q. Okay. And when you say "big," would you say it was a long blade?
A. About 12 to 16 inches.
Q. And did it have a sharp edge?
A. Yes.
Q. Okay. And where did you have that knife?
A. I had it under my seat, in the car.
Q. Okay. So your car pulls up. People start getting out. And you said -- who yanked the victim, Gerson, out?
A. Solitario.
Q. And you said he did what to the victim?

A. Stab him in the neck.
Q. And then what happens next?
A. And then everybody just jumped in to assist him with killing the victim.
Q. Okay. When you say everyone, who do you mean?
A. Pardon me?
Q. When you say everyone jumped in, who do you mean?
A. I mean, Bigfoot, Power, Discreto, Hugo, Chango, myself, and Solitario, as well.
Q. When you say you jumped in, what are you doing? What do you mean by that? What are you doing?
A. We're stabbing him.
Q. What's the victim, Gerson, doing while you're trying to stab him?
A. He's just twisting around.
Q. Okay. Is he doing anything with his arms or hands to try to protect himself?
A. He just raised them a little bit (indicating).
Q. Is he -- when you say he's twisting around, is he trying to, like, spin away from the attack?
A. Yeah, he trying to avoid the blows.
Q. And was he able to do that?
A. No.
Q. Why not?
A. It was too many of us.

Q. Would you say that you were all lined up, or were you surrounding him like a circle?
A. He was in the middle of the circle.
Q. Okay. And what are you -- what are you -- when you say -- because you said -- I think you used the term "hit." He was trying to avoid getting hit. What do you mean by that? Are you punching him, or are you doing something else to him?
A. Hitting him with the knife.
Q. Okay. And did everybody that was in the circle seem to have a knife at that point?
A. Yes.
Q. And did you see other people, everybody that was in that circle, trying to stab him?
A. Yes, sir.
Q. Did there come a time when he went to the ground, the victim?
A. Yes, sir.
Q. And did you do anything to him at that point? Did you do anything to him at that point?
A. Yes.
Q. What did you do?
A. I hit him a few times.
Q. When you say you "hit him," what did you do? What do you mean by that?
A. I hit him with the small machete.

Q. Okay. You described it as a fishing knife?
A. Yes.
Q. But it could be also described as a small machete?
A. Correct.
Q. Okay. Where did you hit him with the machete?
A. In the face.
Q. And did something happen as a result of you hitting him in the face?
A. Well, his tooth popped out.
Q. Did anybody else do anything to the body of the victim, Gerson, after he was on the ground?
A. Fearless shot him.
Q. And did you see Fearless shoot him?
A. I did not.
Q. Okay. Where were you -- what were you doing at the time that Fearless shot him?
A. I was getting the car ready to leave.
Q. Okay. Why did you guys stop stabbing the victim, Gerson?
A. Why did we stop?
Q. Yeah. Why?
A. It was about to get -- the sun was about to come out. It was, like, about 5:30, 5:30-ish, and we just wanted to get out of there before anybody see us.
Q. Prior to that, when you were pulling up on that road, that's kind of a remote area, right? That's not a -- there's

not like a lot of houses with street lights around, right?
A. Correct.
Q. Okay. Did you talk about there being a canal on one side?
A. Yes.
Q. And then -- and you were on that kind of -- it's kind of like a dirt road that you were on, right?
A. Yes, sir.
Q. All right. How could you see what you were doing when you pulled up there and, you know, Hugo's car was already there?
A. The moonlight was still bright enough to see.
Q. And then later, you said now the sun starts -- it starts getting lighter out because the sun's about to come up?
A. Yeah, it was about the time when the sun starts to come up, so we needed to hurry and get out of there.
Q. What were you worried about happening if you didn't get out of there before the sun came up?
A. Somebody would see us and report it to the law.
Q. Okay. So you get into the car. And how did you know that Fearless shot somebody or shot the victim, Gerson?
A. He was the only one with a gun.
Q. Did you hear something at that time, when you got in the car?
A. Yes.
Q. What did you hear?
A. One shot.

Q. And when you got in the car, was anybody else getting in the car at the same time as you were?
A. Yes.
Q. Who?
A. It was Discreto, Bigfoot, and Solitario. They were in the back seat of my car.
Q. Where did Fearless go?
A. Oh, Fearless came and sat in the front seat.
Q. So the front passenger seat?
A. Yes.
Q. Okay. So in the back seat now you have Bigfoot, Discreto, and Solitario?
A. Yes.
Q. Okay. And when that happened, was anybody talking about what had just happened?
A. Yes. Solitario was freaked out. He was scared because he got stabbed by mistake.
Q. Okay. Did he say something else had happened?
A. Yes. He said he thought that Fearless had shot him. He started questioning Fearless: Why did he shoot me? Why did he shoot me?
Q. What did Fearless say in response?
A. He said, I didn't shot you.
Q. Okay. And why did Solitario think that he had been shot?
A. Because he was bleeding from his chest.

Q. Okay. And at that point, did the guys in the back seat take a look at it to see what was going on?
A. Yes.
Q. All right. And --
A. It was just a minor cut.
Q. Okay. And so as a result of that, did anything need to be done with Solitario at that point?
A. Just patch him up.
Q. Other than saying, Hey, Fearless, I think you shot me. Why did you shoot me? Did he say why did anybody stab me? Or why did -- is he accusing anybody of stabbing him at that point?
A. No. At that moment, he just asked Fearless, Why did you shoot me?
Q. Okay. So where did you go after the murder was committed?
A. We went back to the mobile home where I was staying in Andrews and McNab.
Q. Okay. So in your car you had Fearless, Solitario, Discreto, and Bigfoot.
A. Yes.
Q. And you. And did anybody else show up at your -- at the trailer?
A. Yes. It was Power, Blue, and Chango.
Q. And was anybody -- where was Sombra at this point?
A. He was already at the house.
Q. Okay. And what did you guys do when you got to your

trailer?
A. A lot of us changed clothes, and we gave it to Sombra.
Q. Why did you do that?
A. Because it had stains of blood.
Q. Okay. Do you know what Sombra did with it?
A. I think he threw them away, yes.
Q. Now, you said that two weeks later -- or approximately two weeks later that Fearless and Solitario left to return back up north.
A. Yes.
Q. All right. And why were they leaving to go back up north; do you know?
A. I don't know.
Q. Okay. Why did you, Hugo, or Blue, and Discreto go back with them?
A. Hugo, because the car. Me? Because I had a driver license. And Discreto, he had a girlfriend up in Maryland.
Q. Okay. And so on that trip is when you took that picture that we saw in Government's Exhibit 72?
A. Yes, sir.
Q. So I know we've got Discreto, Solitario, and Blue here. Where was Fearless when this picture was taken?
A. Front passenger seat.
Q. After the murder and before you made this road trip, did Solitario seem like he was upset with anybody?

A. He was upset after he found out that Fearless didn't shoot him, but somebody had stabbed him.
Q. Okay.
A. So he was trying to find out who it was.
Q. Why was he trying to do that?
A. I don't know. But he didn't find out who did it.
Q. Did Fearless have any problems with Solitario between the murder and the time that you guys went up to -- back to Maryland?
A. No, sir.
Q. Did any of the other guys, Sombra, or any of the other associates, you, Bigfoot, Discreto, Hugo, anybody else have any problems with Solitario?
A. No, we did not.
Q. So other than the fact that he was -- he was trying to figure out who had cut him, there was no real beef there, right?
A. Correct.
Q. There was no talk about this being as a result of any punishment or anything like that for Solitario?
A. No, sir.
Q. And are you familiar with what happens if you violate rules in MS-13?
A. Yes.
Q. What happens?

A. You get disciplined.
Q. Okay. When you get disciplined, what happens?
A. If you keep doing the same thing, then they go to the ultimate which is get you a green light.
Q. Okay. But before a green light, is there -- are there other intermediate steps?
A. Yes, they discuss being disciplined. You get beat up.
Q. All right. So you drive Solitario and Fearless up to -- and Discreto up to the Maryland area. Did you drop Fearless off in Maryland too, or did you drop him off in another place?
A. I drop him off in Virginia.
Q. Okay. And then after that, did Sombra have to disappear for a while?
A. He did.
Q. Okay. What happened with that? Why did he have to disappear?
A. He left because he tried to stab somebody else.
Q. Okay. And then did you find out he had later been arrested for that and, ultimately, was serving a state sentence?
A. Yes, sir.
Q. Okay. And did something happen to Bigfoot, where Bigfoot disappeared?
A. He went up north.
Q. Okay. And Mariachi had already separated.
A. Yes.

Q. So who did that leave behind for GLCS in Oakland Park?
A. Me.
Q. Anybody else?
A. Nobody else.
Q. All right. And at this point, were you considered an observacion, a chequeo, a homeboy, what?
A. A chequeo.
Q. Okay. And was there any decision made to do something for your rank or membership status since you were the only one down here?
A. Fearless did.
Q. What did Fearless decide to do?
A. To make me a full member.
Q. Okay. Make you a homeboy?
A. Yes.
Q. And what happened as a result -- what had to happen as a result of you becoming a homeboy?
A. Most of the time, you've got to kill somebody.
Q. Okay.
A. But this time, he talked with the people -- Fearless talked with the people back in El Salvador, where the base was, and they agreed to put me as a homeboy.
Q. Now, prior to the murder of the victim, Gerson, you were an observacion, right?
A. Yes.

Q. So had you moved up to chequeo because of your participation in that murder?
A. Yes.
Q. Do you know if Fearless had to report your participation to anybody?
A. Yes.
Q. Who did he report it to?
A. Some guy named Pony, back in El Salvador.
Q. And is Pony considered to be -- or at the time, was Pony one of the GLCS leaders in El Salvador?
A. Yes.
Q. Okay. Did you hear if Fearless had to report the others' participation, who were in different cliques, to their leadership?
A. Yes.
Q. Okay. And how did you know that that happened?
A. Because he would call the other people when he was in Florida.
Q. So you were able to overhear that conversation or parts of it?
A. Yes.
Q. Now, to become a member -- to become a homeboy in GLCS, I believe you told us earlier you had to be jumped in; is that correct?
A. Yes.

Q. All right. Did you get jumped in down here in Florida or somewhere else?
A. I got jumped-in in Virginia.
Q. Okay. Why did you get jumped in in Virginia?
A. Because there was no homeboys or full members down in South Florida.
Q. Okay. And I believe earlier you said you needed at least three; is that right?
A. Yes.
Q. To jump you in.
A. Correct.
Q. All right. When you went up to Virginia, where -- do you remember where in Virginia you went?
A. Manassas.
Q. And when you went to Manassas, who did you meet with?
A. I met with an observacion because Fearless had arranged for me to stay there for two days.
Q. Okay. And was Fearless there too?
A. No.
Q. Okay. Who participated in -- who jumped you in?
A. Some other members of the other clique, from another clique, and one from my clique.
Q. And who are those -- who are those names, if you remember?
A. I remember one of them was named White Criminal.
Q. Okay. When you went up to get jumped in, did you ever see

Solitario again?
A. Yes.
Q. How did you see Solitario again?
A. He came when I got jumped-in.
Q. What did he do? Did he participate in jumping you in, or did he do something else?
A. Yes, he did.
Q. I'm sorry?
A. Participate jumping me in.
Q. Okay. Now, at least at the time that he jumped you in, that means that he had to be what rank within MS-13?
A. He was already a homeboy.
Q. You had said that when Solitario came down, he and Fearless appeared to be best friends.
After the murder and on the way back up, did they still appear to be good friends?
A. Yes.
MR. DOBBINS: One moment, Your Honor.
THE COURT: Sure.
(Discussion was held off the record.)
BY MR. DOBBINS:
Q. All right. After you decided to cooperate with law enforcement -- I've shown you a couple of photographic lineups you were shown.
I want to talk to you -- there were two that you were shown

that you could not make an ID, right?
A. Yes.
Q. All right. So just --
MR. DOBBINS: Your Honor, without objection, the government would move into evidence Government's Exhibit 70 and 71.
THE COURT: No objection on those?
MR. ROSENBAUM: No objection.
THE COURT: All right. Those will be admitted.
(Government Exhibits 70 and 71 were received in evidence.)
BY MR. DOBBINS:
Q. All right. So showing you 71, one, two, three, four, five, six.
You didn't make any markings because you didn't identify anybody there, right?
A. That is correct.
Q. All right. And Government's 71 in evidence, one, two, three, four, five, six.
You didn't make any markings on those exhibits because you didn't recognize anybody there, right?
A. Correct.
Q. All right. And then in the second session is when you were shown Government's Exhibit 72, right? And that's when you identified these three individuals in the back, including

Solitario.
A. Yes, sir.
Q. All right. Now, prior to your arrest in this case, did you, at some point, receive a phone call from Sombra and he was claiming to be locked up in a state facility?
A. Yes, sir.
Q. All right. And did he talk to you about MS-13 and some of these murders, including the murder of Gerson?
A. Yes.
Q. All right. And did you later find out that that phone call had been recorded?
A. Correct.

(Discussion was held off the record.)

MR. DOBBINS: Your Honor, before the government tries to move the next piece of evidence in, I believe we need to have a discussion about this exhibit. The defense is going to object. I didn't know if Your Honor wanted to take maybe a break for the jury.

THE COURT: Let's take advantage of the issue so I can give my jurors a break.

Go ahead, folks. Leave your notepads on your chairs. Go ahead and use the restroom. We'll be with you in just a moment.

THE COURT SECURITY OFFICER: All rise.

(Jury exits at 3:37 p.m.)

THE COURT: All right. What is the next exhibit issue?

MR. DOBBINS: Judge, the government was going to try to submit Government's Exhibit 81-A and 81-B, which is the redacted transcript, for this. This is a call that Tirado-Silva made. It was a controlled call made to the witness on June 3rd of 2021, so prior to his arrest. It is -- they discuss certain things about the murder of Gerson. And the government believes that this is a -- even though Tirado-Silva was cooperating at that point, it should come in as a co-conspirator statement at that point because at the time, the witness, Gamez-Melendez, did not know that Tirado was cooperating and believed that this was in furtherance of MS-13 in general. But also, they were talking initially about the fact that they had found Joel Canizales-Lara's body and then were talking about other crimes.

And I believe the defense wants to object to it. So I thought maybe it would be a good time to just hear it.

THE COURT: Sure. I would surmise that the defense objection is similar to one we had heard earlier in the trial, that this was no longer in furtherance.

Is that the main objection?

MR. ROSENBAUM: Correct. The homicide was in 2015, May 2nd or 3rd, this is 2021. Everyone's dispersed. People have been arrested. It's not in furtherance of anything. It's just a conversation to try to get evidence on the -- Tirado was the

-- placed a call with the police. He called Ardilla, Gamez, I think his name is, and he just wanted to get him to implicate -- to admit to certain things. It has nothing to do with my client, and it's not in furtherance of the conspiracy. It was --

THE COURT: I don't have a transcript of it, so I can't see. I don't know if you have one, you want to approach so I can take a look, that would be helpful.

MR. DOBBINS: Yes, Your Honor.

MR. ROSENBAUM: You're showing him the 26 pages or the --

MR. DOBBINS: I believe you may have part of it in Government's 81-B.

THE COURT: I mean, my binder doesn't have anything in there under Tab 81, other than a picture of the CD. I just checked.

MR. DOBBINS: Sure, Judge.

MR. ROSENBAUM: I have a copy of 81 if you need it.

That's what you want to introduce, all of 81-B? That's what you want to introduce?

THE COURT: That's the one, right, 81-B? Or I thought that was the marked one. That's the exhibit number, right?

MR. DOBBINS: The recording is 81-A.

THE COURT: Oh, okay, But the transcript's B.

MR. DOBBINS: The recording is 81-A. The transcript is

81-B.

THE COURT: Got it.

MR. DOBBINS: We redacted a lot of it in the beginning, although there is some mention of this defendant, primarily because they're talking about people being in jail, including this defendant.

THE COURT: Can you direct me, Mr. Dobbins, maybe to the section where, as you stated, there's some additional discussion about the discovery of the victim?

MR. DOBBINS: Well, I think this was a part of the series of calls. So this is, like, the second call in that series. So I don't think they actually talk about Joel in the preamble to this call. It's only later -- but they talk primarily about Gerson and the others in this call.

THE COURT: What's the government's response in terms of how much time has passed? I mean, I'm just -- the timeline here, it seems to be quite later on. I'm just trying to get a better sense of -- if it's just general conversation about gang activity, I don't know how much this looks like it's a continuation of the enterprise. I mean, I'm flipping through it here. And I can see at least -- it looks like maybe on page 12, it looks like there may be a discussion of the stabbing. Let's see.

MR. DOBBINS: I think they just talk generally. It has been a long time, I acknowledge that, Your Honor. They talk a

lot about -- they basically just -- it's just general talk about members of the group and certain things that happened. Obviously, at the time, Tirado-Silva is being directed to try to elicit facts specific to the -- to each murder that only the participants would know. So I wouldn't necessarily say that it's -- you know, it's close -- you know, it's very close in time, obviously, to it. It's more they're sort of recapping it.

THE COURT: But again, you would advance it for your burden in terms of the continuing enterprise, more than anything else?

MR. DOBBINS: Well, we were trying -- we were trying to say that it would come in as co-conspirator statement, but it would also show that they're talking about events of the murder when he doesn't know that he's under arrest. But if Your Honor believes that that's not appropriate at this time, we could hold off on admitting it and then just see where the cross goes. Because I think at this point it's very general, but there are some details in there that corroborate -- corroborate the witness, and that's why -- part of the reason we're trying to introduce it.

THE COURT: Yeah. You know what? I think at this point -- I mean, I would prefer -- it doesn't appear to me -- there is some very generalized statements.

MR. DOBBINS: Okay.

THE COURT: I think we'd still have -- you'd be right from a co-conspirator admissibility issue. I'm just also -- I don't want to say it's duplicative. It's just more about the sequence and the amount of time. I'm looking at some of the statements and they are quite general.

I would prefer, if we can -- if the government does not believe this is something necessarily vital at this point and you want to revisit it in your redirect, I mean, I'm fine with that. And let's see where cross goes.

MR. DOBBINS: Okay.

THE COURT: I think that would be -- the Court would prefer to address it at that point. Right now I don't necessarily know how comfortable I feel that you would need it.

MR. DOBBINS: Understood, Your Honor.

THE COURT: All right. That's fair. Let's take advantage, if we're on the break. And if we need to use the restroom, we might as well now. So let's take five here to use the restroom before we pick up where we left off.

THE COURT SECURITY OFFICER: All rise.

(Court recessed at 3:44 p.m.)

(Back on the record at 3:53 p.m.)

THE COURT: All right. We have everybody back. Let's round them up.

THE COURT SECURITY OFFICER: All rise for the jury, please.

(Jury enters at 3:54 p.m.)

THE COURT: All right. Please be seated, everyone.

All right, folks, we're going to turn it back to the government so they can continue their examination.

Mr. Dobbins, the floor is yours.

MR. DOBBINS: Yes, Your Honor.

BY MR. DOBBINS:

Q. What happened to your car, your gray Mitsubishi Lancer?

A. It got confiscated.

Q. Okay. Sometime after the murder of Gerson?

A. Yes, sir.

Q. Okay. And after you were elevated to the rank of homeboy in Virginia, did you come back down here to Southern District of Florida and Broward County?

A. Yes.

Q. All right. And were you provided with any instructions when you came down here?

A. Yes.

Q. What were those instructions?

A. To recruit more people.

Q. Okay. And were you able to do that?

A. No.

Q. So because GLCS was low on membership here in Broward County, did you have to commit another murder besides the murder of Gerson to be elevated to homeboy?

A. No, sir.
Q. All right. You testified a little bit earlier about -- that -- I asked if Solitario had any -- made any accusations against anybody about what happened that night. And you said he was just trying to find out who had stabbed or cut him.
Do you recall that?
A. Yes, sir.
Q. All right. Now, why was he doing that?
A. I do not have an idea why.
Q. Okay. Did he seem angry with Fearless about it?
A. No.
Q. Okay. And despite that fact of what happened that night and the fact that he got cut, did he continue to live in your trailer or your mobile home?
A. Yes.
Q. Okay. With you?
A. With me, Fearless, and Wilson.
Q. Until you took him back up to Maryland and dropped Fearless off in Virginia.
A. Yes, sir.
Q. And he was still in the same car with you and Fearless, Hugo, and Discreto for that whole ride up?
A. Yes, sir.
MR. DOBBINS: No further questions, Your Honor. I pass the witness.

THE COURT: Thank you.
Cross-examination.

CROSS-EXAMINATION

BY MR. ROSENBAUM:
Q. Your nickname is what?
A. Cautela.
Q. Spell that for me.
A. C-a-u-t-e-l-a, Cautela.
Q. And what does that mean?
A. Cautious.
Q. Cautious?
A. Yes.
Q. And before that, you were called Ardilla?
A. Ardilla.
Q. What does that mean?
A. Squirrel.
Q. Okay. Now, before testifying here today, how many times have you met with the prosecution team here, the lawyers and the agents?
A. Three times.
Q. Three times?
A. Yes.
Q. Okay. And that was done in this building?
A. Yes.
Q. Okay. And when was the last time you met with them before

today?
A. About two weeks ago.
Q. Okay. And when was the first time you met with them?
A. About a month ago.
Q. Okay. And they got you prepared for today, correct?
A. Correct.
Q. They went over what a trial is like?
A. Yes.
Q. They went over the questions they're going to ask you?
A. Yes.
Q. They prepared you for my questions, possibly?
A. Yes, sir.
Q. Okay. Now, you were arrested back in May of 2022, correct?
A. That is correct.
Q. All right. And you were arrested for the murder of Gerson?
A. Yes, sir.
Q. Okay. And when they arrested you, they read your Miranda rights, and you agreed to talk to Special Agent Ferguson sitting at that table, right?
A. Right.
Q. And also, you spoke to a BSO detective, Andrew Gianino, correct?
A. Correct.
Q. And one of the things they talked to you about was Omar's murder, correct?

A. Correct.
Q. You're not charged in that murder, are you?
A. No, sir.
Q. Okay. But you're the one who gave the ride that night to Tirado, Cruz, and Cabrera, correct?
A. Correct.
Q. And you took them to the place where they murdered Omar, right?
A. Right.
Q. And eventually -- you didn't know ahead of time they were gonna murder Omar. That's what you're telling us?
A. I did not know.
Q. But you knew afterwards.
A. Afterwards, yes.
Q. But you still stayed close to Tirado -- that's Tirado-Wilson, correct?
A. Correct.
Q. Sombra? You stayed close to Bigfoot. This's Cruz, right?
A. Correct.
Q. And you stayed close to Cabrera, correct? That's what, Mariachi?
A. Yes.
Q. Knowing they had committed a murder?
A. Right.
Q. And they told you how they did it, right?

A. Yes.
Q. Then they started talking to you about the murder of Joel, correct?
A. Correct.
Q. And you told them you didn't know much about that, right?
A. Right.
Q. You heard about it, though, correct?
A. Yes, sir.
Q. And it was the same people you continued to associate with after you learned about that murder, right?
A. Right.
Q. Okay. Then they started asking you about the murder of Gerson, correct?
A. That is correct.
Q. And you told them you didn't know anything about it, right?
A. I invoked my right to an attorney.
Q. You stopped talking to them?
A. Yes.
Q. And they started playing for you a call that you were recorded on, correct?
A. Yes.
Q. And that's the reason you stopped talking to them, correct?
A. Yes.
Q. And you didn't talk again to the agents or to the prosecutors or anybody in the government until you decided to

enter a plea of guilty to one murder and cooperate with the government, correct?
A. That is correct.
Q. And now we're talking the end of 2024, in December, correct?
A. Yes, sir.
Q. And that's the plea agreement that we saw before?
A. Yes.
Q. Okay. And then, after you signed the plea agreement -- or around the time you signed the plea agreement, you sat down with Mr. Dobbins, Ms. Smukler, Special Agent Ferguson, and BSO Detective Andrew Gianino, correct?
A. Correct.
Q. And your defense lawyer, who is sitting in the back row there, was with you, as well. Correct?
A. Yes, sir.
Q. Okay. Now, during this meeting, they talked about the -- questioned you about the murder of Omar again, correct?
A. Correct.
Q. And when you left that night, you were driving. You thought you were just going to smoke marijuana, right?
A. Yes.
Q. In fact, your group, the GLCS of MS-13, when you guys get together, you smoke a lot of marijuana, don't you?
A. Yes, we do.

Q. And you buy a lot of marijuana.
A. Yes.
Q. And sometimes you sell it even, right?
A. Right.
Q. Okay. In fact, the night of the -- skipping ahead to the Gerson murder.
After you got off work, you went to Chango's house. You said you were there for about six hours?
A. About.
Q. And there was a lot of smoking of dope, correct?
A. Yes.
Q. Okay. A lot of marijuana.
A. Yes.
Q. Who was doing the rolling?
A. It'll be anybody of us.
Q. When you do the smoking there, when you roll, you use cigars and empty them out and roll big --
A. Yes.
Q. Big joints?
A. Normal size.
Q. Who does that?
Excuse me?
A. Normal size. The size of the cigar.
Q. Cigar. But not a little joint.
A. No.

Q. Okay. And who usually does that? Who did it for you that night, at Chango's house?
A. We really don't pay attention to who rolls up. We just smoke.
Q. Did you do it?
A. No.
Q. But who -- you don't remember who did the rolling?
A. I do not.
Q. Okay. And were you sitting next to Solitario?
A. No.
Q. Okay. Did you see him smoke that night?
A. Yes.
Q. Okay. Do you know what supe, the term, supe?
A. Supe?
Q. Shotgun.
A. I mean, okay, yes.
Q. What is that? Tell us what that is.
A. That's when you put the joint backwards in your mouth and you blow it out, so all the smoke can come on the other side.
Q. And where does that smoke go?
A. It goes to another person, to get you higher.
Q. Okay. So you take the joint and you put the lit end in your mouth, right?
A. Correct.
Q. And then you cup your hands, and you go close to the mouth

of the person who's next to you, right?
A. Right.
Q. And you blow into that, right, into the lit end of the joint?
A. Yeah.
Q. And what does that do?
A. It gets you high.
Q. It gets the other person really high, right?
A. Right.
Q. It supercharges it, correct?
A. Yes.
Q. Okay. And you guys normally do that, right?
A. Normally.
Q. And you were doing it the night at Chango's house, correct?
A. I do not recall if we did it or not, but we normally do it.
Q. All right. Something that normally happens?
A. Yes.
Q. Okay. And if you're not used to smoking marijuana, that can get you really high.
A. Yes.
Q. Okay. Now, the night of Omar's murder, you told the prosecution team that when you left in your car, you thought you were going to smoke marijuana, correct?
A. That is correct.
Q. And you did not know they were going to kill Omar

Gutierrez, right?
A. That is correct.
Q. Okay. And when you got near the park or near Gutierrez's house, Wilson and Mariachi got out of the car, right?
A. Right.
Q. And then they came back sometime later, and you drove them to the beach and then home, right?
A. Yes.
Q. They didn't tell you that night what happened, correct?
A. No.
Q. But later, Tirado, Sombra, told you how he had struck Gutierrez, Omar Gutierrez, with the machete a couple of times.
A. Yes.
Q. Did you see the machete at all that night?
A. I did not see the machete that night.
Q. Was that the same machete that you used on Gerson?
A. No.
Q. You had your own machete?
A. Yes.
Q. So in the Gerson murder, Gerson came into Chango's house, right?
A. Yes.
Q. You didn't know who he was?
A. I did not know.
Q. You really didn't know what was going on at that point,

right?
A. Correct.
Q. You had just gotten off work.
A. Yeah.
Q. You were tired, right?
A. Yeah.
Q. And you were relaxing.
A. Yes.
Q. And you were smoking marijuana.
A. That is correct.
Q. And talking to the people that you know, your friends of MS-13, right?
A. Yes.
Q. Okay. And at some point, someone said we need to get more marijuana, right?
A. Right.
Q. And that's the reason everybody left Chango's house and got into the two cars.
That was the -- what was being said to get everybody out of the house, right?
A. Right.
Q. Okay. And before you got out of the house, were people getting knives?
A. No.
Q. You didn't see anyone getting knives from the kitchen or

anything like that?
A. No. We didn't even go inside the house. We were just hanging out outside.
Q. Okay. And that's when you got into the two cars, right?
A. Correct.
Q. And you were driving the gray car?
A. Yes.
Q. And Blue was driving the red Celica, right?
A. Yes, sir.
Q. Okay. And you said in your car Discreto was in the right front passenger seat?
A. Yes.
Q. Fearless was behind you in the back?
A. Yes.
Q. Gerson was in the middle?
A. Yes.
Q. And Solitario was to his right in the back, right?
A. Yes, sir.
Q. And Blue's car knew the way there and they left first?
A. Right.
Q. They gave you the address or the points on a map, and you put it in your phone and were able to figure out where to go, right?
A. Yes, sir.
Q. Okay. And when you got to the point they told you to go to

on that road, by the canal, Blue's car was already there.
A. Yes.
Q. And they were out of the car, correct?
A. That is correct.
Q. And the lights of his car were off, correct?
A. Yes.
Q. And when you pulled up, you turned your car off and turned your lights off, correct?
A. That is correct.
Q. Now, there's no streetlights in this area, right?
A. No.
Q. It's kind of a wooded area?
A. Yes.
Q. Kind of far from places, right?
A. Yes.
Q. All right. And it's nighttime. It's 3:00 or 4:00 in the morning, right?
A. Yes.
Q. And it's dark. And the only light you might have is from the moon, correct?
A. Correct.
Q. All right. Now, you said during this debriefing that when everybody got out of your car, Solitario pulled the victim, Gerson, out of your car.
A. Yes, that is correct.

Q. Okay. He didn't just run out of the car on his own, right?
A. Right.
Q. Okay. And you told us here today that Solitario was the first one to stab him in the neck, correct?
A. Yes.
Q. First one to stab him, period.
A. Period.
Q. Did he stab him in the car?
A. No.
Q. Where did he stab him?
A. Next to the car.
Q. How many times?
A. I do not know.
Q. Do not know.
Now, isn't it a fact that with your machete, you were the first one to hit Gerson?
A. If it's a fact?
Q. Yes.
A. No.
Q. Isn't that true?
A. It's not true.
Q. You're not the first one to do it.
A. Correct.
MR. ROSENBAUM: Is the ELMO on? Thank you.
This is Government's 76-A.

BY MR. ROSENBAUM:
Q. This is a picture of Gerson with the chop marks of the machete on the left side of his face.
Is that what you did?
A. Yes.
Q. How many times did you slice him?
A. About three times, on the face.
Q. And you knocked one of his teeth out, right?
A. Correct.
Q. You saw the tooth come out, right?
A. I saw the spark. I didn't see the tooth come out.
Q. And when you hit him, you said he was laying on the ground already.
A. Yes.
Q. He wasn't standing up?
A. He wasn't standing up anymore.
Q. So if other members of MS-13 that were there that night said you were the first one to hit him, attack him with this machete while he was standing up, they'd be wrong?
A. They're gonna be wrong.
Q. You've also stated that Solitario dragged Gerson closer to the canal.
A. No, I did not.
Q. You didn't say that?
A. No.

Q. There was a lot of blood that night, right?
A. Yes.
Q. And when you got back to Chango's house -- not Chango's house -- to your house, where you were living --
A. Correct.
Q. -- and Wilson was already there, Tirado was there, Sombra was there, your clothes were covered in blood, correct?
A. Not mine.
Q. You didn't have any blood on your clothes?
A. No. I only had blood on my hand.
Q. On your hand?
A. Yes.
Q. Did your hand get cut?
A. No.
Q. That was from striking Gerson with the machete?
A. Yes.
Q. And earlier in your testimony, you said one of the reasons you're cooperating, besides trying to avoid a mandatory life sentence, is because you feel sorry for what you did.
A. Yes, sir.
Q. You didn't feel sorry that night, when you were hacking him with your machete, did you?
A. No.
Q. What did you feel when you were whacking this kid with your machete?

A. I did not feel anything.
MR. DOBBINS: Objection.
THE COURT: Overruled.
You can answer.
BY MR. ROSENBAUM:
Q. You didn't feel anything?
A. No.
Q. Did you feel hate?
A. No.
Q. Nothing? No emotion at all?
A. I just felt like if I didn't participate, I was gonna be next to him.
Q. Did you ever hear Fearless say anything to anybody to get in there and do something?
A. Yes.
Q. Who did he say that to?
A. To everyone in general.
Q. To everyone.
Did everyone have a knife that night?
A. I remember one person did not have a knife, but somebody passed it to him. I do not remember who it was, but it was somebody.
Q. Okay. Now, you said everyone took part in the stabbing?
A. Yes. Except Fearless.
Q. Okay. Because Fearless was the boss, right?

A. Yes.
Q. Now, did you see everybody stab him?
A. Yes.
Q. And did you see Bigfoot stab him?
A. Yes.
Q. Where did Bigfoot stab him?
A. I cannot point out where he stabbed him, but he did stab him.
Q. Was Gerson standing up or laying down?
A. Standing up.
Q. What part of the body did he stab him in?
A. I believe it was the torso.
Q. Okay. How about Power? Did you see him stab Gerson?
A. Yes.
Q. Where did he stab him?
A. On the body.
Q. Do you know how many times?
A. No.
Q. Did you see Power actually stab him?
A. Yes.
Q. How about Discreto?
A. Him also.
Q. Did you see him stab Gerson?
A. Yes.
Q. Where? What part of the body?

A. In the body.
Q. Do you know how many times?
A. No, I do not.
Q. How about Blue or Hugo? Same question.
A. Yes, sir.
Q. You saw him stab him?
A. Yes.
Q. Where? What part of the body?
A. In the body.
Q. Do you know how many times?
A. No, sir.
Q. How about Chango?
A. He also participated?
Q. Where did he stab Gerson?
A. Anywhere he could find around the body.
Q. Did you see him actually stab him?
A. Yes, sir.
Q. You were that close to him when he was stabbing him?
A. Yes.
Q. Do you know how many times?
A. No, I do not.
Q. Okay. And he stabbed him on the torso as well?
A. Yes.
Q. Who was stabbing him in the head?
A. I don't know.

Q. You know he was stabbed in the head, besides your artwork.
A. I don't know.
Q. You don't know. Okay.
You heard a shot, right?
A. I heard a shot.
Q. How many shots?
A. One.
Q. And where were you when you heard the shot?
A. I was turning the car to go back to where we came from.
Q. Okay. Were you in your car yet?
A. Yes.
Q. Who else was in your car when you heard the shot?
A. It was -- they were not in the car, but Solitario was there. Bigfoot was next to my car. Solitario and Bigfoot was next to my car.
Q. How far was your car from the body of Gerson?
A. Approximately ten yards.
Q. About 30 feet, from where I am to you?
A. Around so.
Q. Around that? Okay.
Bigfoot wasn't closer, was he?
A. Pardon?
Q. Bigfoot was by your car, you said, right?
A. Yes.
Q. Okay. And you didn't see the shot. How do you know that

Fearless shot him?
A. He was the only one with the gun that night.
Q. And do you know where he shot him at the time you heard the shot?
A. When I heard the shot, I did not know.
Q. You found out later?
A. I found out later.
Q. That he shot him in the face?
A. Yes.
Q. Now, you said Solitario was cut. Right?
A. Yes, sir.
Q. You didn't see how it happened.
A. I did not.
Q. No one ever admitted to being the one that cut Solitario, right?
A. That is correct.
Q. You don't know if it was a stab or a cut, do you?
A. Right.
Q. Okay. And you don't know who did it or why it happened, correct?
A. That is correct.
Q. And no one's ever come forward to say they were the one and why they did it, correct?
A. Right.
Q. And you got back to the house with Sombra, or

Tirado-Wilson, whatever his name is. He told you that he had gotten rid of Gerson's bicycle, correct?
A. Yes.
Q. And then you were home for the night.
A. Yes, sir.
Q. You smoked some more marijuana, and you went to sleep, correct?
A. That is correct.
MR. ROSENBAUM: Can I have a moment, Your Honor?
THE COURT: You may.
(Discussion was held off the record.)
MR. ROSENBAUM: No further questions.
THE COURT: Thank you.
Redirect?

REDIRECT EXAMINATION

BY MR. DOBBINS:
Q. Mr. Gamez, you were asked on cross a lot about smoking marijuana.
Do you recall that line of questioning?
A. Yes.
Q. Okay. And you said part of that was that you don't recall who had rolled the marijuana into the cigars for when you guys would smoke, right?
A. Correct.
Q. Is that because you would smoke marijuana quite frequently?

A. Yes.
Q. All right. And did everybody in the group smoke marijuana quite frequently?
A. Everyone.
Q. Did that include Sombra?
A. Yes.
Q. That include Fearless?
A. Yes.
Q. That include Solitario?
A. Yes, sir.
Q. You were asked a lot about shotgunning or supercharging by blowing it into each other's faces.
Do you recall that line of questioning?
A. Yes, sir.
Q. And you said -- your response was, I believe: We normally do that. I can't recall if we did it the night of the murder.
A. Correct.
Q. Okay. And then you were asked on cross that if you don't usually shotgun it, then that could get you really high.
Do you recall that?
A. Yes.
Q. Again, you said that this is a practice you guys normally did when you were smoking marijuana, right?
A. Yes, sir.
Q. Is that just you or everybody in the group?

A. It kind of became popular in La Mara to give shotguns. So we do it.
Q. So amongst MS-13 members and associates, this is a popular way to inhale marijuana smoke.
A. Yes.
Q. Okay. And so, again, were members of the group, prior to the night of the murder, like Wilson and Bigfoot, Wilson and Melvin, were they used to doing it that way?
A. Yes.
Q. What about Fearless, when he came down?
A. He would also.
Q. What about Solitario, when he came down?
A. He would also get some shotguns.
Q. Okay. So it's not like if he did do it the night of the murder, that was the first time that everybody was learning to shotgun marijuana, right?
A. Correct.
Q. All right. And how much weed would you say that you guys would smoke on an average night?
A. One time, I count about 15 joints.
Q. 15.
A. 15, yes.
Q. Is that average or is that above average?
A. A little above the average.
Q. What would you say the average was?

A. Maybe ten.
Q. Ten.
A. Yes.
Q. Is that per person, or is that amongst the group?
A. Since we were in a group, like -- we were living together, so it was all of us at that time.
Q. Did Fearless say, Hey, I don't want to do that?
A. No.
Q. Did Solitario say, Hey, I don't want to do that?
A. No.
Q. So everybody was smoking weed?
A. Yes.
Q. Regular occurrence?
A. Yes.
Q. And you knew you were smoking weed that night. You just don't know if you guys were shotgunning it?
A. Correct.
Q. All right. You were asked on cross how many times you met with the prosecution team in this case.
Do you recall that line of questioning?
A. Yes, sir.
Q. All right. And you were asked -- I think you said you met with us three times; is that right?
A. Yes.
Q. All right. And you were asked if we went over the

questions, and even if potentially went over the questions that we thought defense might ask you, right?
A. Yes.
Q. All right. At any time did Special Agent Ferguson, Detective Gianino, AUSA Elena Smukler and myself, did at any time we tell you how to answer or what to say?
A. No, sir.
Q. All right. What was the only rule we told you you had to follow?
A. Tell the truth and nothing but the truth.
Q. You were asked a lot of questions on cross about who did what during the murder of Gerson.
Do you recall that line of questioning?
A. Yes, sir.
Q. All right. You were asked if Bigfoot had stabbed Gerson, and you said yes.
A. Yes.
Q. Okay. And you said you thought it was in the torso.
A. Yes, sir.
Q. Right. But you couldn't say how many times, right?
A. That is correct.
Q. And same thing with Power, Discreto, Blue, and Chango -- excuse me. Power, Discreto, and Blue, you said they stabbed him somewhere in the body.
Do you recall that line of questioning?

A. Yes.
Q. All right. And why is it that you can't tell members of the jury where on the body Discreto, Power, and Blue were stabbing the victim?
A. Because we were not focusing on each other. We were just focusing on what we was doing.
Q. Was the victim standing perfectly still while this is happening on Gerson, or is he doing something?
A. No, he moving around, twisting, putting his arms up.
Q. He's not just standing like a statue, right?
A. Correct.
Q. You said he's putting his hands up. He's moving around.
What is he doing? Is he twisting? Is he turning?
A. He's doing all of that, twisting, turning, trying to evade the knives.
Q. And, in fact, in the discussion with Sombra, you described it a certain way, right?
A. Yes.
Q. That the victim was reacting like a what?
A. A piñata.
Q. You were asked about where Chango stabbed the victim, and you said anywhere he could find a place.
A. Yes.
Q. Is that what you-all were doing?
A. Yes.

Q. What does that mean, anywhere you could find a place?
A. Anywhere where the blow would land, it was okay, as long as you hit the guy, the victim.
Q. And you were also asked about whether Fearless had participated in the stabbing.
Do you recall that line of questioning?
A. Yes.
Q. I notice you weren't asked if Solitario participated in the stabbing. But I'll ask you: Did Solitario participate in the stabbing?
A. Yes.
Q. All right. And did you see where he was stabbing him?
A. The part what I remember, it was on the right side of the neck.
Q. And that was at the very beginning, right?
A. Yes.
Q. Okay. And after that, did you see Solitario still in the group, standing around the victim in a circle, trying to stab?
A. Yes.
Q. And again, I know you said you weren't focusing on this. You're seeing this as you're trying to stab the victim, but are you sitting there saying, you know what, I've got to take notes later, let me count how many times Blue stabs him, or let me count how many times Bigfoot stabs him? Are you doing that?
A. No.

Q. You were asked also if everybody had a knife.
Do you recall that line of questioning?
A. Yes.
Q. And you said you remembered one person didn't have a knife, but someone passed it to him. But you can't remember who that was.
A. That is correct.
Q. All right. But do you know one person that didn't have to be passed a knife?
A. Yes.
Q. Who was that?
A. It was between Chango and Power.
Q. Okay. That's where the knife got passed?
A. Yes.
Q. Okay. Did Solitario have to be passed a knife?
A. No.
Q. Okay. Who's the person that grabs the victim, Gerson, out of the car?
A. Solitario.
Q. And who's the person that strikes the victim, Gerson, first after he's outside the car?
A. That was Solitario.
Q. Okay. You were asked about the lighting conditions, so let's talk about that a little bit more.
You guys arrived to the scene, and it's already, at this

point, starting to be early morning, correct?
A. Yes.
Q. All right. And in fact, when you said you arrived there, you turned your lights off, right?
A. Yes.
Q. You were asked that on cross.
And this is a rural area, with a canal on one side, right?
A. Yes, sir.
Q. So how, again, was it that you're able to see what's going on after you turn your lights on the car off?
A. The moonlight.
Q. Okay. Was it bright enough for you to see what was going on?
A. Yes.
Q. And what about at the end, just prior to Fearless shooting the victim, Gerson, what was going on with the lighting conditions?
A. We kept the lights off.
Q. All right. But what's happening in the -- with the moonlight and the other light?
A. Oh, it's -- it's about to change. It's about to be daytime.
Q. Okay. So it was starting to be kind of almost like dawn?
A. Yes.
Q. You said no one -- you were asked on cross if anyone had

ever admitted to cutting or stabbing Solitario.

Do you recall that line of questioning?

A. Yes, sir.

Q. All right. Did anybody know who had cut him?

A. Up to this day, no.

Q. Okay. Based on that, do you think it was intentional or an accident?

A. It was an accident.

Q. And this cut, you said you weren't sure if he was cut or if he was stabbed.

But he was staying with you in that trailer, right?

A. Yes.

Q. All right. I mean, did he have to go to the hospital?

A. No, he did not.

Q. Did he need stitches?

A. No.

Q. Did he have to get a blood transfusion?

A. No, sir.

Q. I mean, when you saw how -- when you lifted up his shirt to look and see what had happened, because he thought he had been shot, was it, like, gushing blood in your car, in the back seat of your car?

A. No, sir.

Q. All right. And again, if it had been intentional, would that have been a problem?

A. Yes.
Q. Why is that?
A. Because you cannot harm a brother.
Q. Not without permission, right?
A. Not without permission.
Q. You were asked on cross if Fearless had told people to get in there.
Do you recall that line of questioning?
A. Yes.
Q. And you said that was to everybody.
A. Yes.
Q. All right. You didn't feel like that was directed at one person, specifically?
A. No, sir.
Q. Okay. Did you feel that applied to you, as well?
A. Yes.
Q. Bigfoot?
A. Yes. At the moment, I thought it was for us because we were brand-new. So it was directly to us.
Q. Okay. Why do you say that, because you were "brand-new"? Why would you think that that meant it was directed to you?
A. Because he had -- we didn't have any -- any kills under our belt, and Fearless, Sombra -- well, Sombra was not there. But Fearless and Solitario were already homeboys.
Q. Okay.

A. They already had done work for La Mara.
Q. So why did you guys need to -- the people that weren't homeboys, why did they need to get in there and assist with the kill?
A. We needed some credits to prove our loyalty and to gain entrance.
Q. Okay. You were asked on cross, prior to leaving Chango's house, if you saw anybody gathering knives or going into the house to get knives.
Do you recall that line of questioning?
A. Yes.
Q. All right. And you said you never went into the house; is that right?
A. That is right.
Q. Okay. So where were you hanging out for most of this time?
A. Outside the house.
Q. Is this, like -- is there, like, a yard? Is there a sidewalk? What is it that you guys are hanging out at?
A. It's like a side yard.
Q. Side yard?
A. Yes.
Q. Okay. But you do know who lived there, right?
A. Yes.
Q. And who was that?
A. Chango.

Q. Okay. So did you see if Chango went in or out of the house?
A. I do not recall.
Q. Okay. And so sitting here today, you don't know if Chango went into the house, at any point.
A. Pardon?
Q. You don't know if Chango went into the house at any point.
A. No, sir.
Q. Okay. You were asked on cross about where Bigfoot and Solitario were when you said -- I believe you said you were turning your car around.
Do you recall that line of questioning?
A. Yes.
Q. Okay. And you said that both -- I'm sorry -- both Bigfoot and Solitario were near your car at that time.
A. Yes.
Q. Okay. And you were in the car.
A. Correct.
Q. And the car was running.
A. Yes.
Q. And that's -- you had turned the car around to leave.
A. Yes.
Q. And that's when you heard the shot.
A. Correct.
Q. Okay. But you didn't see the shot.

A. I did not.
Q. All right. But sitting there in your car, you don't know what Bigfoot or Solitario could have seen at that moment, right?
A. That is right.
Q. Because I believe you said on cross that from where you are to where Mr. Rosenbaum, and now where I am, is approximately how far your car was away from the victim's body.
A. Yes.
MR. DOBBINS: One moment.
THE COURT: Sure.
(Discussion was held off the record.)
BY MR. DOBBINS:
Q. Okay. So you were asked on cross about what you told the police from the time you were arrested, right?
A. Yes.
Q. And how you stopped talking when you heard a call between you and Sombra?
A. Yes, sir.
Q. And then you were asked on cross about how almost two years later, you decide you want to plead guilty and try to cooperate, right?
A. Correct.
Q. All right. And that you're asked on cross about all the times that you met with the prosecution and the agents since

then, right?
A. Yes.
Q. Okay. But you had talked to Sombra prior to being arrested, right?
A. Yes.
Q. All right. And in fact, during that call, you mentioned -- you talked about -- some about the murder of Gerson, right?
A. Yes, sir.
Q. And during that call, you also talked about someone else being a participant in that case, right? In that murder.
A. Yes.
Q. And who was that?
MR. ROSENBAUM: Objection. Outside the scope.
THE COURT: Overruled.
You can answer.
THE WITNESS: Who else was involved in that?
BY MR. DOBBINS:
Q. Who else did you talk about in that phone call; do you remember?
A. About Bigfoot and -- and Solitario being there.
Q. And, in fact, that call was recorded, right?
A. Yes.
Q. And we've since played that call for you, and you've listened to it, right?
A. Yes, sir.

MR. DOBBINS: Your Honor, at this time, the government would try to move into evidence Government's Exhibit 81-A and 81-B.

THE COURT: Your prior objection, I'm assuming it still stands?

MR. ROSENBAUM: I'm not clear of the exhibit itself. I'm a little confused now. I do not have a problem with it, but I need clarification.

THE COURT: I believe it's the ones we discussed prior.

MR. DOBBINS: Yes, Your Honor.

THE COURT: Yeah, yeah. So it's the transcript, B?

MR. ROSENBAUM: But I was handed -- I really need a sidebar on this, Judge, because I'm not --

THE COURT: Why don't you give him a copy real quick and give him --

MR. ROSENBAUM: I have copies here.

THE COURT: Here. Go ahead and make sure that we're looking at the same thing, please.

(Discussion was held off the record.)

THE COURT: Ladies and gentlemen of the jury, let me handle this for a second. Do me a favor. This is going to take five minutes. Leave your notepads where they are. Take a quick break for me, please.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 4:42 p.m.)

THE COURT: All right. Please be seated just so we can handle this and avoid any issues. I know that sidebar is supposedly fixed, but just so we can clean this up real quick.

MR. ROSENBAUM: Okay.

THE COURT: So do we understand what we're talking about here? This is the controlled call now that was -- you brought up earlier, Mr. Dobbins? I didn't know if you were going to actually try to move it in now, so I needed to address it for objections.

MR. DOBBINS: I was trying to lay the foundation, Your Honor, that this is now a prior consistent statement. Because I believe it was brought up in -- you know, directly impeached, but he says that he's met with us numerous times and that, you know, it's been over two years since the time he was arrested, and so we were bringing this part up. There's really only one brief part that we'd be wanting to play.

THE COURT: Okay.

MR. DOBBINS: And it's the part that starts, just for the record, on page -- it starts at the bottom of page 4, but it really gets started on page 5, and it's only that one page. It's a very brief --

THE COURT: Okay. Let me take a look.

MR. DOBBINS: I'm sorry. It also goes to -- and page 8 and 9.

THE COURT: This is very brief. And based upon the

cross, I can see a little more clarity as to what it's being used for here. We've also talked about co-conspirator statements, other issues that I think resolve any concerns about admissibility for this portion of the transcript.

I don't know if you want to have an objection still on the record for this specific portion, Mr. Rosenbaum.

MR. ROSENBAUM: I do. However, I have what was marked as 81, Government's 81-B, is another transcript. This, what he's referring to, is the beginning of 81-B, but is not included in 81-B.

THE COURT: Yeah, because --

MR. ROSENBAUM: So that's where my confusion lies.

THE COURT: Right.

MR. ROSENBAUM: I have no problem with 81-B, the whole thing that's marked -- going in. I have no problem with that one. But then I get this yesterday, which I've already had 81-B, which is the mostly redacted copy that you're looking at, which is supposed to be the first 20 minutes of what is 81-B, but not attached to it. That's why I'm confused.

THE COURT: Just so that we're clear, I think it's two things. 81-B is two parts, if you will. I know what you're talking about. We have first the unclassified cover sheet and the side-by-side transcription translation.

And then, just so that I'm clear, Mr. Dobbins, the controlled call that comes after that is still the same

exhibit, but it's a separate part of the end with redactions.

MR. DOBBINS: What actually happened, Judge, was it's a 38-minute phone call.

THE COURT: Okay.

MR. DOBBINS: It's all one call. The problem was that initially, in preparation for trial, the FBI linguist had just done from minute marker 20 to minute marker 38. Obviously weed turned over the recording, and then we also turned over the draft summary. We realized there was additional -- the first twenty minutes also needed to be fully translated. I believe we sent that over in a format on the -- on Tuesday of last week. Sorry, Wednesday of last week, January 22nd. We got the finalized version. We had to then finalize it by adding the speakers, which we were able to do this weekend and get it to defense. But this is just a revised version of what we had turned over.

THE COURT: Okay.

MR. DOBBINS: And then, in addition, I redacted everything that didn't have to do -- there were some references in here as to certain individuals being in prison and references there. So we redacted all of that.

So it's actually -- this is -- what you're looking at there, that's got all the redactions, is the first 20 minutes. And then the part with the FBI cover sheet is the second half of the conversation. They do talk in the second half of the

conversation about the murder of Gerson, but there's not -- mentions of the defendant are in the beginning, in the first packet, and that's the packet that we would be seeking. Obviously we would put in the whole thing, but we're not --

THE COURT: We're not going to play that extra --

MR. DOBBINS: We're not going to play all that part. If the defense wants, for completeness, to put in the rest of it, the second half back, we were going to include that in the jury's exhibits.

THE COURT: Okay. So I think I have a better clarity now, Mr. Rosenbaum, because I was with you a little bit confused as to exactly what the difference is.

MR. ROSENBAUM: I understand. So I have the same objection as before.

THE COURT: Got it.

MR. ROSENBAUM: However, if you're overruling me, I want the whole thing in.

THE COURT: Gotcha. I'm with you. We're going to overrule, and we're going to bring in the whole thing, but we're only going to be publishing and playing this portion. We don't need to be putting that whole thing in. Okay?

MR. DOBBINS: Right. The jury will get both packets.

THE COURT: Right. But I'm saying for now, for this redirect, you're just going to be playing that one little piece, right?

MR. ROSENBAUM: And at closing, I'm free to use whatever I want.

THE COURT: It's in. You got it. It's in.

All right. So again, for the prior reasons expressed on the record, I don't have a concern for its relevance, the continuing nature of the exchange regarding Solitario and then the co-conspirator statement. And then, now we have a better sense of its use because of the clarification on cross. So I'm fine with this. This is going to be 81-B is now moved in in toto, and we'll allow you guys to focus on what starts at the end of 4, really, the beginning of 5 through 8, with redactions. So it's quite brief.

All right. I'm assuming, then, Mr. Dobbins, that's the last piece of questioning for this witness?

MR. DOBBINS: Yeah, maybe three additional questions after that, and then we're done.

THE COURT: Got it. I don't think, based on what you told me yesterday, that the testimony of your agent, Special Agent Ferguson, is very long, right?

MR. DOBBINS: Actually, I think it will be a little bit like --

THE COURT: Not that I would call him now. I'm saying looking ahead at tomorrow, I have Ferguson and the DNA expert. I don't believe that that's going to take my whole day is what I'm trying to get a sense of.

MR. DOBBINS: It will not take your whole day. That's correct. I just don't think it will be like a 15-minute presentation.

THE COURT: That's fine. We'll call him tomorrow. We're going to end with this witness today. I just wanted to plan ahead before I tell the jurors that we're done after this witness finishes. That's all.

MR. ROSENBAUM: Can you give the curative instruction after this witness testifies?

THE COURT: Absolutely, I'll give it again. You got it.

All right. Let's go ahead and if we could round up the jurors so we can finish this witness, please.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury enters at 4:49 p.m.)

THE COURT: Please be seated, everyone. Thank you for your patience. We're going to turn it back to the government to finish their line of questioning.

Mr. Dobbins, the floor is yours.

MR. DOBBINS: Yes, Your Honor. At this time, the government would admit Government's 81-A and 81-B into evidence.

THE COURT: Understanding the prior objection that's overruled, they will be admitted at this time.

(Government Exhibits 81-A and 81-B were received in

evidence.)

MR. DOBBINS: Your Honor, I made packets for the jury. Do you want me to pass them out?

THE COURT: You may, yes.

MR. DOBBINS: All right. So if we could -- I just have three clips in the first packets, whichever, two packets here. We're only going to deal with the first packet. If I may have the lectern laptop, please?

Your Honor, may I approach and give the witness a copy?

THE COURT: You may.

MR. DOBBINS: All right. Starting with clip 1. This is going to be on page 1.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. Do you recognize who's speaking in that phone call?

A. Yes, sir.

Q. And who is it that's talking?

A. It's me and Wilson Tirado.

Q. Okay. Are you the one that ended that part, where you said, No, I'm not home?

A. Yes.

Q. Okay. If we could all turn to -- it's technically the bottom of page 4, but we'll start with the top of page 5. It's the minute marker, 4 minutes and 40 seconds.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. Okay. When Wilson's talking about Solitario and the guy that stayed with us with Fearless, and the guy that stayed with us at José's place, who is he referring to there?

A. José is my friend.

Q. Okay. And who is Solitario that he's talking about there?

A. The defendant in this trial.

Q. Okay. Let's play the next clip, which starts on page 8. Bottom of page 8, going into page 9.

(Audio was published.)

(Audio was paused.)

BY MR. DOBBINS:

Q. In that portion of the call, are you talking about how Solitario may have gotten cut or stabbed?

A. Yes, sir.

Q. All right. And what did you say in response to Tirado's question?

A. We all got excited about the stabbing, so he might have got stabbed.

Q. Okay. Did you say it was an accident or intentional?

A. It was an accident.

Q. All right. You were asked on cross, again, about the reasons you're doing this.

Do you recall that line of questioning?
A. Yes, sir.
Q. About how you're trying to avoid a life sentence.
Do you recall that?
A. Yes.
Q. All right. Again, based on what we saw in that plea agreement, your plea agreement, are there any promises that have been made to you outside of that plea agreement?
A. No, sir.
Q. Okay. And has anybody promised you anything other than what was in that plea agreement or what we've stated here today?
A. No.
Q. Okay. And ultimately, who determines whether you get a reduced sentence or not?
A. The Honorable Judge.
Q. Is your cooperation or your receiving a reduced sentence, is that contingent on any outcome of any case or any trial that comes up?
A. No.
Q. What do you have to do to earn a potential reduced sentence in this case?
A. Tell the truth.
MR. DOBBINS: No further questions, Your Honor. Thank you.

THE COURT: Thank you very much. You are excused.

Ladies and gentlemen of the jury, as we conclude with that last witness, I will once again remind you that to the extent you heard evidence of criminal activity allegedly committed by MS-13, which are similar to what the defendant is currently charged with, I want to remind you that that evidence is relevant and that the government is required to prove that the defendant was an associate or member of a racketeering enterprise, and the evidence may be considered by you for the limited purpose of assisting you in determining whether MS-13 is a racketeering enterprise and the defendant was an associate or member of MS-13. Remember, of course, you may analyze any direct evidence of defendant's participation in the murder charged in the indictment that was touched on by any witness, but when it comes to things that aren't directly connected to that but related to MS-13, that evidence has to be analyzed by you in that limited capacity.

Do you-all understand?

I appreciate that again.

So it is 5:00 o'clock. We're going to call it for today. A bit of an update as to where we are.

Right now, we expect that tomorrow, the government may be concluding their case-in-chief. So we are significantly ahead of schedule. Of course, there's still some work to be done, but I can guarantee you now that we will definitely have

this in your hands before the end of the week, which was my goal. So I wanted to let you guys know that we're moving along at a very good pace.

Again, we still have another important day of testimony tomorrow. I want you guys to keep your minds open until the very end of the case. Remember that the defendant does not have to put on a case. If they choose not to put on a case, you should still keep an open mind until the very end when you're hearing the instructions on the law from me and you're hearing the closing arguments of the lawyers. But for now it looks like we have one more day of testimony from the government. And then we'll check in tomorrow afternoon, when that's done, and see what our timeline and schedule looks like. Okay? But I wanted to get you guys that information if you're looking ahead to the end of the week.

Now, tomorrow we'll begin, as we've begun every day, at 9:00. If anyone is running late, please do me the favor of letting me know, putting in a phone call. We will, again, try to break, probably tomorrow around mid-morning, I'll take a break around 11:00, and then I will certainly break similar to the same time we've done each day at lunch, and we'll go until about 5:00. If we end a little early, depending on the sequence of things, perhaps we let you guys go a little early. We'll know more tomorrow on how things play out.

Remember, of course, I know I sound like a broken

record with this stuff, but it's very, very important, especially because we are truly in the homestretch of the case. I want you guys to remember, again, not to discuss what you've heard, what you've seen with each other, with family or friends. Do not conduct any independent research regarding people, places, or things that you've heard about in this case. Do not get on social media to discuss any involvement with the case. Avoid the lawyers, they'll avoid you, coming in tomorrow in the morning and on any breaks, as they have throughout the trial. And please make sure you leave your notepads in the jury room. You guys also got some new handouts today. Perhaps the easiest thing to do is maybe find wherever your binders are in there and tuck that away. All of this stuff is transcripts that you guys can go back and look at, at the end when you're deliberating. You're all going to have those sets, along with everything else that's been admitted, all the pictures, everything else will go back. It'll be up to you how much you guys want to go back through that, but I want you-all to have your own copies of the transcripts.

All right. Everyone, have a great evening. We'll see tomorrow at 9:00 a.m.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 5:05 p.m.)

THE COURT: All right. Everyone, please be seated.

Just housekeeping before we break. Let's see how we do

tomorrow, and what time we're able to wrap up with our witnesses. Certainly, as I stated to the jury, if we end a little bit early, I will take that opportunity to colloquy the defendant.

I don't know, Mr. Rosenbaum, it's probably quite early, but I certainly would encourage to have that conversation with your client today, before we leave, or maybe tomorrow morning, after we hear from everybody else, since I'm going to colloquy him tomorrow as to whether or not he plans on testifying. It looks like we are going to be able to make that call tomorrow. But again, if he decides to testify, unless we end extremely early, I wouldn't expect him to be put on tomorrow. And certainly, if he decides not to testify and we end a little earlier, we'll use that time to go through charge conference and figure out any details that we have left to handle for the jury instructions. Right now, it does look like we're on pace to close on Wednesday.

So that's the plan. If anything changes tomorrow, we'll touch base. The 11:00 o'clock break is because I have a calendar call from 11:00 until, like, 11:30 at most. We tend to a break at that time, anyway. And then we'll have our usual lunch break. Let me double-check. I just have one meeting at 1:30 that will be quite brief. So I expect we'll go until about 12:30 and have everybody come back by 1:45. So that's the plan.

All right. Any other concerns, housekeeping issues with the government? Starting with the government, anything else, guys?

MR. DOBBINS: No, Your Honor. Thank you.

THE COURT: All right. You got it.

Mr. Rosenbaum, Ms. Acevedo, anything else?

MR. ROSENBAUM: No, Your Honor.

THE COURT: Okay, guys. You're free to leave everything in here. We'll see you tomorrow.

(Court recessed at 5:07 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

DATE: January 27, 2024

/s/Ilona Lupowitz

ILONA LUPOWITZ, RMR, CRR
Official Court Reporter
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

## '

**'23** [3] - 31:23, 33:1, 35:25

## /

**/s/Ilona** [1] - 206:18

## 0

**05** [1] - 33:19
**0908** [1] - 68:21

## 1

**1** [4] - 1:8, 99:8, 199:11, 199:12
**1-C** [1] - 131:6
**1-F** [1] - 131:16
**1-G** [1] - 131:16
**1-H** [1] - 131:24
**10** [2] - 44:23, 104:10
**100** [6] - 1:18, 39:14, 69:14, 69:15, 73:24, 79:8
**10th** [3] - 88:22, 88:23, 122:18
**11** [2] - 104:15, 115:25
**11-2** [2] - 1:24, 206:21
**114** [1] - 2:19
**118** [1] - 2:19
**11:00** [7] - 49:13, 112:2, 112:3, 112:4, 203:20, 205:19, 205:20
**11:01** [1] - 49:18
**11:02** [1] - 49:21
**11:21** [1] - 52:16
**11:30** [1] - 205:20
**12** [3] - 86:19, 134:17, 152:22
**121** [1] - 2:20
**125** [1] - 2:20
**12:10** [1] - 81:18
**12:12** [1] - 82:20
**12:15** [2] - 81:18, 84:14
**12:30** [2] - 60:4, 205:24
**13** [1] - 106:20
**146** [1] - 69:5
**148** [1] - 2:21
**15** [6] - 2:16, 45:10, 81:21, 179:20, 179:21, 179:22
**15-0577** [4] - 66:5, 66:7, 67:7, 67:14
**15-minute** [2] - 49:13, 198:2
**157** [1] - 2:11
**16** [1] - 134:17
**17** [1] - 87:2
**177** [1] - 2:12
**18th** [8] - 95:22, 109:14, 126:21, 126:25, 127:9, 127:10, 128:4, 134:4
**19** [1] - 2:5
**198** [1] - 2:21
**1:00** [1] - 84:9
**1:30** [4] - 81:21, 82:17, 84:9, 205:23
**1:45** [1] - 205:24
**1:58** [1] - 84:15
**1:59** [1] - 85:7

## 2

**2** [2] - 76:14, 100:1
**2,000** [1] - 62:25
**20** [6] - 31:18, 39:14, 132:13, 194:18, 195:7, 195:23
**200** [1] - 62:24
**2006** [1] - 86:17
**2014** [1] - 92:15
**2015** [6] - 67:20, 68:21, 109:2, 121:4, 123:20, 150:22
**2016** [1] - 19:13
**2021** [2] - 150:6, 150:23
**2022** [2] - 115:9, 158:13
**2023** [7] - 21:22, 33:23, 53:12, 53:24, 54:5, 56:18, 57:15
**2024** [3] - 53:17, 161:4, 206:18
**2025** [1] - 1:5
**20th** [1] - 115:9
**22** [3] - 27:8, 53:20, 69:1
**22-60078** [1] - 3:4
**22-CR-60078-6** [1] - 1:2
**22nd** [1] - 195:12
**23rd** [1] - 31:7
**26** [1] - 151:10
**27** [2] - 1:5, 206:18
**28** [1] - 48:12
**2nd** [2] - 1:18, 150:23

## 3

**3** [6] - 33:18, 100:1, 100:15, 114:12, 115:17, 122:21
**30** [2] - 132:13, 175:18
**305** [2] - 1:25, 206:22
**31** [1] - 86:13
**33128** [2] - 1:24, 206:22
**33131** [1] - 1:19
**33132** [1] - 1:15
**3400** [1] - 1:18
**37** [2] - 86:25, 87:1
**38** [3] - 86:25, 87:1, 195:7
**38-minute** [1] - 195:3
**3:00** [1] - 168:16
**3:30** [1] - 112:1
**3:37** [1] - 149:25
**3:44** [1] - 154:20
**3:53** [1] - 154:21
**3:54** [1] - 155:1
**3rd** [2] - 150:6, 150:23

## 4

**4** [12] - 16:8, 17:12, 67:20, 68:21, 101:20, 114:23, 118:25, 122:12, 193:19, 197:11, 199:24, 199:25
**40** [1] - 199:25
**400** [2] - 1:23, 206:21
**441** [2] - 120:5, 130:25
**49** [6] - 2:16, 15:8, 15:12, 15:22, 27:8, 53:16
**4:00** [1] - 168:16
**4:30** [2] - 112:1, 112:3
**4:42** [1] - 192:25
**4:49** [1] - 198:15
**4th** [1] - 1:15

## 5

**5** [5] - 1:7, 17:11, 193:20, 197:11, 199:24
**5'6** [1] - 69:3
**52** [3] - 2:5, 27:9, 33:18
**523-5737** [2] - 1:25, 206:22
**55** [1] - 2:16
**57** [1] - 2:17
**58** [1] - 56:7
**5:00** [2] - 202:20, 203:22
**5:05** [1] - 204:23
**5:07** [2] - 1:6, 206:10
**5:30** [1] - 137:22
**5:30-ish** [1] - 137:22
**5K1** [2] - 102:13, 102:15

## 6

**6** [4] - 33:23, 56:10, 56:13, 56:18
**61** [2] - 2:7, 94:9
**63** [4] - 2:8, 2:18, 99:1, 99:6
**64** [4] - 2:19, 114:1, 114:6, 114:9
**65** [2] - 114:2, 114:19
**66** [4] - 2:19, 114:2, 114:6, 115:14
**67** [5] - 2:19, 118:13, 118:16, 118:20, 118:23
**68** [1] - 122:10
**69** [4] - 2:19, 118:16, 118:20, 122:20

## 7

**7** [8] - 16:1, 25:25, 27:9, 50:25, 99:9, 100:15, 101:12, 101:20
**70** [4] - 2:17, 2:21, 148:5, 148:10
**71** [5] - 2:21, 148:6, 148:10, 148:13, 148:18
**72** [6] - 2:18, 2:20, 124:23, 125:2, 141:19, 148:24
**76** [4] - 2:17, 70:11, 70:15, 71:15
**76-A** [3] - 70:18, 80:14, 169:25
**76-B** [1] - 71:5
**77** [1] - 72:20
**77-A** [6] - 2:18, 72:20, 72:24, 73:5, 73:10, 79:3
**77-B** [3] - 73:15, 73:18, 79:3
**77-C** [2] - 74:1, 74:18
**77-D** [2] - 74:11, 74:17
**77-E** [1] - 74:20
**77-F** [1] - 75:9
**77-G** [1] - 75:18
**77-H** [2] - 75:22, 75:23
**79** [1] - 2:8
**79-B** [5] - 2:20, 120:22, 121:14, 121:18, 121:22
**79-C** [7] - 2:15, 9:10, 9:17, 9:20, 121:6, 121:13, 122:3
**7:00** [1] - 112:1

## 8

**8** [10] - 2:4, 17:19, 44:23, 51:1, 100:16, 103:12, 193:23, 197:11, 200:10, 200:11
**80** [1] - 2:9
**81** [3] - 151:15, 151:18, 194:8
**81-A** [7] - 2:21, 150:3, 151:23, 151:25, 192:2, 198:21, 198:25
**81-B** [17] - 2:21, 150:3, 151:13, 151:19, 151:21, 152:1, 192:3, 194:8, 194:9, 194:10, 194:14, 194:17, 194:18, 194:21, 197:9, 198:21, 198:25
**83** [1] - 57:22
**86** [4] - 2:11, 55:2, 66:20, 66:23
**87** [5] - 2:16, 54:21, 54:22, 55:1, 55:9
**88** [3] - 2:17, 56:25, 57:5

## 9

**9** [7] - 2:15, 17:19, 17:24, 100:16, 103:21, 193:24, 200:11
**99** [2] - 1:15, 2:18
**9:00** [2] - 203:17, 204:21

**9:07** [1] - 1:6
**9:08** [1] - 68:22
**9:12** [1] - 7:17
**9th** [1] - 53:17

## A

**a.m** [7] - 1:6, 7:17, 49:18, 49:21, 52:16, 68:22, 204:21
**abbreviation** [3] - 92:8, 92:9, 92:11
**abdomen** [5] - 71:7, 71:9, 71:17, 74:16, 80:11
**ability** [1] - 50:1
**able** [12] - 58:13, 67:23, 68:1, 68:5, 135:22, 145:19, 155:21, 167:22, 185:9, 195:14, 205:1, 205:10
**above-entitled** [1] - 206:16
**abrasions** [1] - 76:12
**absolutely** [1] - 198:10
**abundance** [1] - 5:2
**accept** [1] - 22:16
**access** [2] - 9:6, 55:17
**accident** [7] - 12:5, 12:6, 63:22, 186:7, 186:8, 200:22, 200:23
**accidentally** [1] - 5:5
**accidents** [1] - 64:9
**according** [1] - 100:5
**accurate** [3] - 25:10, 27:1, 206:15
**accusations** [1] - 156:3
**accuse** [2] - 58:22, 101:22
**accusing** [1] - 140:11
**ACEVEDO** [49] - 1:17, 1:17, 2:5, 9:18, 10:24, 15:10, 19:3, 19:5, 20:25, 24:18, 25:15, 25:19, 26:7, 27:12, 27:13, 29:1, 30:9, 32:9, 32:11, 32:14, 33:10, 33:12, 33:16, 33:23, 33:25, 34:12, 35:1, 36:7, 37:24, 38:2, 39:11, 39:15, 40:14, 41:3, 41:17, 41:23, 42:15, 42:16, 45:22, 47:4, 47:6, 48:5, 49:6, 49:9, 50:22, 54:13, 55:12, 55:15, 57:1
**Acevedo** [3] - 3:15, 50:18, 206:6
**acknowledge** [2] - 104:10, 152:25
**acknowledges** [2] - 17:25
**acronym** [1] - 92:6
**act** [2] - 6:3, 60:20
**active** [1] - 19:20
**activities** [2] - 19:22, 60:9
**activity** [3] - 22:1, 152:19, 202:4
**acts** [2] - 6:17, 60:10
**add** [1] - 5:22
**adding** [1] - 195:13
**addition** [8] - 27:14, 74:18, 100:11, 101:21, 103:11, 104:7, 104:15, 195:18
**additional** [5] - 4:22, 101:23, 152:8, 195:9, 197:15
**address** [10] - 108:9, 120:4, 128:2, 128:5, 128:6, 128:8, 130:15, 154:12, 167:21, 193:8
**admissibility** [2] - 154:2, 194:4
**admit** [4] - 14:24, 15:1, 151:3, 198:21
**admitted** [14] - 9:21, 15:11, 27:3, 57:4, 70:14, 72:23, 99:4, 114:4, 125:1, 148:9, 176:14, 186:1, 198:24, 204:16
**admitting** [1] - 153:17
**adopted** [2] - 50:24, 51:12
**adoption** [1] - 51:10
**advance** [1] - 153:9
**advantage** [2] - 149:19, 154:16
**advised** [1] - 89:8
**affecting** [1] - 49:25
**afternoon** [4] - 83:1, 83:21, 84:3, 203:12
**afterwards** [2] - 159:13, 159:14
**age** [1] - 68:24
**Agent** [5] - 3:10, 158:18, 161:11, 181:4, 197:19
**agent** [2] - 14:19, 197:18
**agents** [4] - 21:11, 157:19, 160:24, 190:25
**ago** [6] - 24:9, 24:19, 31:17, 132:12, 158:2, 158:4
**agree** [12] - 15:14, 20:2, 29:4, 29:7, 29:8, 34:15, 36:2, 36:14, 37:13, 78:14, 100:12, 101:21
**agreed** [7] - 16:5, 54:9, 100:18, 104:17, 113:21, 144:22, 158:18
**agreement** [28] - 15:5, 15:18, 15:23, 16:2, 16:17, 17:21, 24:19, 24:21, 53:17, 98:20, 98:22, 99:13, 99:14, 99:20, 100:5, 100:17, 101:8, 103:13, 103:17, 104:4, 104:17, 161:7, 161:9, 161:10, 201:7, 201:8, 201:11
**agrees** [4] - 16:3, 16:8, 17:20, 103:13
**ahead** [29] - 3:3, 26:5, 27:24, 36:6, 41:18, 49:7, 49:13, 49:14, 49:19, 52:13, 54:16, 66:25, 81:18, 81:20, 82:10, 82:24, 84:25, 85:23, 85:24, 149:21, 149:22, 159:10, 162:5, 192:17, 197:23, 198:6, 198:12, 202:24, 203:15
**aid** [1] - 98:12
**alcohol** [3] - 29:21, 78:7, 79:18
**alive** [1] - 80:2
**allegedly** [3] - 6:21, 60:10, 202:4
**allow** [2] - 66:10, 197:10
**allowed** [6] - 5:7, 13:17, 13:21, 14:3, 16:13, 16:15
**almost** [6] - 8:3, 31:16, 53:20, 81:18, 185:23, 190:20
**Almost** [1] - 54:9
**alphabet** [1] - 73:14
**alphabets** [1] - 79:9
**alternative** [2] - 89:4, 89:5
**AMERICA** [1] - 1:4
**America** [2] - 3:4, 67:5
**amount** [2] - 103:8, 154:4
**analyze** [1] - 202:12
**analyzed** [1] - 202:16
**anatomic** [1] - 62:9
**Andrew** [2] - 158:21, 161:12
**Andrews** [3] - 108:13, 140:16
**angry** [1] - 156:10
**ankle** [1] - 130:22
**answer** [8] - 6:1, 11:1, 41:21, 48:2, 66:13, 172:4, 181:6, 191:15
**answered** [3] - 40:24, 41:17, 42:12
**anyway** [2] - 38:6, 205:21
**appeal** [2] - 104:16, 104:17
**appear** [3] - 113:6, 147:16, 153:23
**APPEARANCES** [1] - 1:11
**appearances** [1] - 3:6
**appeared** [1] - 147:14
**appearing** [1] - 101:16
**applied** [1] - 187:15
**appreciate** [2] - 84:11, 202:19
**apprehended** [1] - 87:19
**approach** [3] - 25:16, 151:7, 199:9
**appropriate** [1] - 153:16
**approved** [1] - 23:13
**April** [1] - 61:22
**Ardilla** [8] - 11:20, 37:3, 37:5, 39:23, 42:17, 151:1, 157:13, 157:14
**Ardilla's** [1] - 35:19
**area** [28] - 4:9, 4:16, 4:23, 6:15, 6:17, 8:5, 12:8, 63:1, 63:4, 72:4, 76:16, 89:21, 90:7, 91:7, 107:24, 108:9, 120:4, 122:15, 124:5, 124:6, 130:23, 131:7, 131:9, 137:25, 143:9, 168:10, 168:12, 185:7
**areas** [1] - 59:6
**argumentative** [1] - 36:4
**arguments** [1] - 203:10
**armed** [2] - 134:9, 134:11
**arms** [2] - 135:16, 182:9
**arranged** [1] - 146:16
**arrangement** [2] - 31:2, 31:5
**arrest** [3] - 149:3, 150:6, 153:15
**arrested** [14] - 14:8, 14:10, 14:18, 19:8, 21:10, 115:11, 143:18, 150:24, 158:13, 158:15, 158:17, 190:15, 191:4, 193:14
**arrive** [5] - 131:1, 132:10, 132:14, 132:16, 133:10
**arrived** [6] - 32:4, 32:8, 131:12, 132:6, 184:25, 185:3
**arrives** [1] - 3:21
**artwork** [1] - 175:1
**asleep** [5] - 132:20, 132:21, 132:22, 132:23, 133:1
**assailant** [1] - 72:13
**assault** [2] - 65:24, 77:24
**assessment** [1] - 103:14
**assigned** [2] - 66:2, 67:15
**assist** [3] - 93:25, 135:3, 188:3
**assistance** [1] - 37:25
**ASSISTANT** [1] - 1:14
**Assistant** [1] - 67:9
**assisting** [1] - 202:10
**assists** [2] - 4:14, 105:23
**associate** [9] - 60:15, 61:18, 61:20, 108:2, 119:15, 119:17, 160:9, 202:8, 202:11
**associates** [8] - 117:3, 117:5, 117:6, 123:4, 123:5, 134:4, 142:12, 179:3
**associating** [1] - 20:15
**assume** [2] - 29:23, 41:4
**assumed** [1] - 109:14
**assuming** [2] - 192:4, 197:13
**attached** [1] - 194:19
**attachment** [1] - 95:5
**attack** [3] - 95:11, 135:20, 170:18
**attempt** [1] - 50:13
**attention** [4] - 16:1, 25:25, 26:15, 163:3
**Attorney** [2] - 67:10, 102:17

**attorney** [4] - 24:24, 26:9, 59:14, 160:16
**ATTORNEY'S** [1] - 1:14
**Attorney's** [7] - 101:14, 101:18, 102:6, 102:9, 102:22, 103:18, 103:23
**attorney's** [2] - 25:1, 26:13
**ATTORNEYS** [1] - 1:14
**attorneys** [1] - 100:18
**Audio** [8] - 55:21, 55:22, 199:13, 199:14, 200:1, 200:2, 200:12, 200:13
**AUSA** [1] - 181:5
**authorities** [3] - 18:15, 19:24
**autopsies** [1] - 62:22
**autopsy** [25] - 64:1, 64:2, 64:3, 64:5, 64:6, 64:10, 64:11, 64:12, 64:21, 64:25, 65:7, 65:10, 65:15, 65:17, 67:18, 67:19, 67:21, 67:23, 68:6, 68:17, 68:20, 68:25, 70:20, 73:3, 76:3
**Avenue** [4] - 1:23, 108:13, 122:18, 206:21
**average** [5] - 179:19, 179:23, 179:24, 179:25
**avoid** [8] - 82:8, 135:21, 136:6, 171:18, 193:2, 201:3, 204:8
**avoiding** [1] - 5:10
**aware** [3] - 6:2, 41:1, 109:3
**axe** [1] - 70:4

## B

**baby** [1] - 133:9
**backwards** [1] - 163:18
**backyard** [1] - 117:17
**bad** [2] - 105:9, 105:16
**bag** [1] - 77:15
**bags** [2] - 77:17, 77:18
**base** [2] - 144:21, 205:19
**based** [11] - 21:5, 33:14, 68:14, 78:9, 104:1, 124:14, 124:15, 186:6, 193:25, 197:17, 201:6
**basis** [1] - 50:23
**beach** [2] - 93:24, 165:7
**Beach** [7] - 61:18, 61:19, 61:23, 62:10, 62:16, 62:18, 68:18
**bears** [1] - 82:1
**beat** [3] - 24:6, 106:20, 143:7
**beating** [3] - 23:13, 23:19, 106:22
**beatings** [1] - 23:16
**beats** [1] - 106:24
**became** [2] - 106:9, 179:1
**become** [10] - 62:6, 62:7, 90:4, 95:3, 95:7, 104:23, 106:12, 106:16, 145:22
**becoming** [1] - 144:17
**beef** [1] - 142:16
**BEFORE** [1] - 1:10
**began** [1] - 11:10
**begin** [4] - 10:22, 11:4, 102:3, 203:16
**beginning** [6] - 128:1, 152:3, 183:15, 194:9, 196:2, 197:11
**begun** [1] - 203:16
**behalf** [8] - 3:6, 3:8, 3:13, 3:15, 3:22, 8:1, 102:7, 103:19
**behind** [8] - 129:25, 130:2, 130:4, 130:6, 130:8, 130:10, 144:1, 167:13
**believes** [2] - 150:8, 153:16
**belong** [4] - 30:18, 91:24, 121:3
**belt** [1] - 187:23
**benefit** [1] - 7:6
**BENITEZ** [1] - 1:7
**Benitez** [7] - 3:5, 3:13, 3:16, 6:14, 6:21, 67:6, 83:25
**Bermudez** [1] - 125:23
**best** [2] - 113:9, 147:14
**better** [5] - 75:7, 87:15, 152:18, 196:10, 197:7
**between** [3] - 142:7, 184:12, 190:17
**bicycle** [5] - 118:5, 126:15, 126:18, 128:11, 177:2
**big** [4] - 134:14, 134:15, 162:17, 162:19
**Bigfoot** [36] - 93:1, 108:15, 109:23, 112:15, 112:18, 114:24, 115:4, 116:7, 116:8, 116:9, 118:11, 124:8, 130:20, 135:8, 139:5, 139:11, 140:18, 142:12, 143:21, 159:18, 173:4, 173:6, 175:14, 175:21, 175:23, 179:7, 181:15, 183:24, 187:17, 189:9, 189:14, 190:3, 191:20
**bigger** [3] - 34:8, 91:24, 92:1
**bike** [1] - 127:17
**bind** [1] - 104:4
**binder** [1] - 151:14
**binders** [4] - 8:13, 82:11, 204:12
**binding** [1] - 103:15
**bit** [15] - 3:19, 3:23, 75:6, 82:1, 84:10, 104:21, 111:1, 112:12, 135:18, 156:2, 184:24, 196:11, 197:20, 202:21, 205:3
**black** [1] - 76:8
**blade** [2] - 38:16, 134:16
**bleed** [1] - 80:13
**bleeding** [3] - 46:2, 58:21, 139:25
**blood** [15] - 46:8, 46:23, 46:24, 47:2, 65:22, 77:20, 79:19, 141:4, 171:1, 171:7, 171:9, 171:10, 186:17, 186:21
**blow** [3] - 163:19, 164:3, 183:2
**blowing** [1] - 178:12
**blows** [1] - 135:21
**Blue** [27] - 34:2, 34:16, 35:2, 35:7, 38:21, 38:23, 39:4, 39:12, 39:16, 118:12, 119:3, 119:10, 119:15, 119:24, 120:6, 122:23, 123:13, 125:24, 140:22, 141:14, 141:21, 167:8, 174:4, 181:22, 181:23, 182:3, 183:23
**blue** [6] - 9:15, 21:19, 22:20, 30:11, 39:5, 119:11
**Blue's** [13] - 9:3, 30:5, 30:6, 30:10, 32:4, 32:21, 32:24, 34:16, 35:14, 120:10, 132:15, 167:19, 168:1
**blurry** [1] - 114:10
**blurt** [1] - 5:18
**boat** [5] - 87:4, 131:21, 131:22, 131:24, 132:5
**Boca** [6] - 8:22, 9:1, 11:22, 14:13, 14:22, 131:3
**body** [41] - 41:16, 43:13, 44:11, 64:3, 64:13, 64:15, 65:13, 65:18, 67:6, 67:7, 69:13, 69:22, 70:1, 72:5, 73:11, 73:19, 73:20, 74:3, 74:5, 74:14, 74:22, 75:20, 75:24, 77:14, 77:15, 81:13, 137:10, 150:14, 173:11, 173:16, 173:25, 174:1, 174:8, 174:9, 174:15, 175:16, 181:24, 182:3, 190:8
**bolstering** [2] - 55:15, 57:2
**bone** [4] - 38:14, 70:2, 70:23, 72:16
**bones** [2] - 72:3
**border** [1] - 87:24
**born** [2] - 86:14, 86:15
**borrow** [1] - 112:9
**Bosques** [3] - 90:25, 124:1, 124:2
**boss** [1] - 172:25
**bottom** [3] - 193:19, 199:24, 200:11
**Boulevard** [1] - 120:5
**bracelet** [1] - 77:24
**brain** [1] - 64:19
**branch** [4] - 90:12, 90:21, 91:10, 91:20
**brand** [2] - 187:19, 187:20
**brand-new** [2] - 187:19, 187:20
**Brazil** [1] - 62:8
**break** [21] - 8:6, 8:21, 49:12, 49:13, 81:20, 81:24, 82:24, 83:15, 84:6, 85:9, 149:18, 149:20, 154:16, 192:23, 203:19, 203:20, 204:25, 205:19, 205:21, 205:22
**breaks** [1] - 204:9
**BRIAN** [1] - 1:13
**Brian** [2] - 3:9, 67:9
**brief** [8] - 49:6, 49:12, 49:19, 193:16, 193:21, 193:25, 197:12, 205:23
**briefly** [2] - 49:23, 77:12
**bright** [2] - 138:10, 185:12
**bring** [9] - 5:7, 5:13, 49:22, 52:5, 52:13, 82:13, 84:17, 84:24, 196:19
**bringing** [1] - 193:15
**broke** [2] - 3:24, 8:3
**broken** [5] - 70:3, 70:23, 72:15, 72:16, 203:25
**brother** [1] - 187:3
**brought** [5] - 3:18, 5:12, 28:7, 193:7, 193:12
**Broward** [8] - 61:25, 62:15, 62:16, 88:19, 89:21, 130:23, 155:14, 155:23
**brown** [1] - 98:5
**bruise** [1] - 72:15
**BSO** [2] - 158:21, 161:11
**building** [1] - 157:23
**bullet** [3] - 65:22, 77:8
**burden** [1] - 153:10
**Bureau** [1] - 3:11
**buried** [2] - 24:5, 24:6
**burned** [2] - 76:8, 76:11
**bus** [3] - 87:5, 110:15, 113:5
**business** [1] - 65:5
**businesses** [3] - 96:24, 97:6
**buy** [3] - 97:23, 98:2, 162:1
**buzzing** [1] - 49:25
**BY** [85] - 1:20, 2:4, 2:5, 2:5, 2:7, 2:8, 2:8, 2:9, 2:11, 2:11, 2:12, 8:18, 9:9, 9:24, 11:3, 11:12, 12:19, 13:20, 15:13, 18:6, 19:5, 20:25, 24:18, 25:19, 26:7, 27:13, 29:1, 30:9, 32:9, 32:14, 33:12, 33:25, 34:12, 35:1, 36:7,

38:2, 39:15, 40:14, 41:3, 41:23, 42:16, 45:22, 47:6, 48:5, 52:23, 53:15, 54:17, 54:24, 55:5, 55:23, 56:9, 57:8, 57:14, 59:17, 61:14, 63:11, 66:16, 67:12, 70:16, 73:1, 73:17, 78:23, 79:15, 81:1, 86:5, 94:11, 99:7, 114:8, 118:22, 120:21, 121:21, 125:3, 128:22, 147:21, 148:12, 155:7, 157:4, 170:1, 172:5, 177:16, 190:13, 191:17, 199:15, 200:3, 200:14

## C

**C-h-i-s-t-e** [1] - 61:9
**Cabañas** [2] - 90:25, 123:2
**cable** [1] - 55:17
**Cabrera** [2] - 159:5, 159:20
**calendar** [1] - 205:20
**canal** [5] - 131:2, 138:3, 168:1, 170:22, 185:7
**cancha** [3] - 37:22, 37:25, 38:1
**Canizales** [6] - 21:8, 21:15, 22:6, 25:13, 27:14, 150:14
**Canizales-Lara** [3] - 21:8, 21:15, 22:6
**Canizales-Lara's** [1] - 150:14
**cannot** [2] - 173:7, 187:3
**capacity** [1] - 202:17
**car** [129] - 9:3, 9:4, 9:15, 10:1, 10:4, 10:6, 10:9, 10:10, 13:7, 13:15, 14:5, 30:2, 30:4, 30:6, 30:10, 30:16, 30:18, 30:20, 31:20, 31:25, 32:4, 32:17, 32:18, 32:21, 32:24, 34:1, 34:16, 35:12, 35:13, 35:17, 35:20, 36:12, 36:17, 36:19, 36:20, 36:23, 45:12, 46:3, 46:8, 46:17, 46:18, 56:15, 56:21, 57:16, 58:21, 94:4, 94:5, 94:16, 109:21, 109:25, 110:2, 112:8, 112:14, 116:5, 119:11, 120:12, 120:16, 121:24, 122:5, 122:6, 126:6, 126:7, 126:8, 126:9, 127:19, 127:23, 129:20, 130:18, 130:19, 132:6, 132:8, 132:14, 132:15, 132:17, 132:20, 133:11, 133:15, 133:18, 134:21, 134:22, 137:17, 138:9, 138:18, 138:22, 139:1, 139:2, 139:6, 140:17, 141:16, 155:8, 156:21, 164:22, 165:4, 167:6, 167:10, 167:19, 168:1, 168:3, 168:5, 168:7, 168:23, 168:24, 169:1, 169:8, 169:11, 175:9, 175:10, 175:12, 175:13, 175:14, 175:15, 175:16, 175:23, 184:18, 184:21, 185:10, 186:21, 186:22, 189:11, 189:15, 189:17, 189:19, 189:21, 190:2, 190:8
**card** [2] - 77:19, 77:20
**care** [7] - 3:21, 38:10, 48:24, 49:3, 52:3, 52:8, 59:10
**career** [1] - 62:23
**careful** [4] - 5:1, 5:9, 6:6, 26:11
**cars** [6] - 8:25, 30:3, 45:2, 45:8, 166:18, 167:4
**case** [50] - 3:3, 14:9, 14:11, 15:14, 18:16, 18:23, 19:25, 24:11, 47:24, 48:8, 54:3, 59:11, 63:25, 65:19, 65:23, 66:2, 66:15, 67:15, 67:18, 67:21, 68:6, 68:7, 68:14, 69:19, 76:14, 76:15, 77:4, 77:13, 78:1, 78:10, 97:8, 98:18, 99:15, 99:17, 101:9, 102:25, 104:18, 115:12, 149:3, 180:19, 191:10, 201:18, 201:22, 202:23, 203:6, 203:7, 204:2, 204:6, 204:8
**CASE** [1] - 1:2
**Case** [4] - 66:4, 66:7, 67:7, 67:13
**case-in-chief** [1] - 202:23
**cases** [3] - 32:16, 62:24, 62:25
**cat** [1] - 38:8
**catch** [1] - 37:3
**caught** [2] - 19:19, 52:2
**caused** [6] - 12:6, 69:21, 69:24, 70:3, 72:1
**Cautela** [2] - 157:6, 157:8
**CAUTELA** [1] - 157:8
**caution** [1] - 5:3
**cautious** [2] - 157:10, 157:11
**CD** [1] - 151:15
**Celica** [5] - 9:5, 120:11, 121:2, 121:25, 167:8
**cell** [1] - 128:9
**Center** [1] - 62:10
**certain** [6] - 97:4, 150:7, 151:3, 153:2, 182:17, 195:20
**certainly** [4] - 203:20, 205:2, 205:6, 205:13
**certify** [1] - 206:14
**chain** [1] - 63:18
**chairs** [2] - 49:14, 149:21
**chance** [3] - 34:5, 34:13, 120:2
**change** [3] - 84:9, 116:13, 185:21
**changed** [2] - 25:9, 141:2
**changes** [1] - 205:18
**Chango** [43] - 30:13, 32:22, 34:16, 35:2, 35:9, 39:18, 39:19, 39:21, 42:17, 116:21, 116:22, 116:24, 117:3, 118:3, 118:12, 119:8, 119:25, 122:13, 122:15, 122:24, 123:13, 124:7, 126:17, 126:23, 126:24, 126:25, 127:1, 127:8, 128:7, 128:25, 129:1, 129:2, 130:20, 135:8, 140:22, 174:12, 181:22, 182:21, 184:12, 188:25, 189:1, 189:4, 189:7
**Chango's** [19] - 117:11, 117:13, 117:16, 117:23, 117:25, 118:8, 122:14, 126:14, 127:14, 130:14, 132:11, 162:7, 163:2, 164:14, 165:20, 166:17, 171:3, 188:7
**charge** [3] - 98:10, 98:11, 205:14
**charged** [12] - 14:8, 14:9, 14:12, 14:15, 54:6, 60:12, 99:17, 128:14, 128:15, 159:2, 202:6, 202:14
**charging** [1] - 84:2
**chavala** [4] - 95:16, 109:7, 109:15, 133:5
**chavalas** [2] - 53:3, 95:19
**check** [4] - 67:19, 83:24, 203:12, 205:22
**checked** [2] - 84:20, 151:16
**chequeo** [6] - 106:8, 106:16, 123:22, 144:6, 144:7, 145:1
**chequeos** [1] - 95:2
**chest** [5] - 64:15, 71:7, 71:9, 80:11, 139:25
**chief** [1] - 202:23
**Chiste** [10] - 2:6, 61:2, 61:6, 61:9, 61:15, 63:8, 70:17, 73:2, 78:24, 81:2
**choices** [1] - 63:22
**choose** [1] - 203:7
**chop** [7] - 69:20, 70:2, 70:22, 71:2, 71:3, 80:14, 170:2
**chopping** [1] - 80:6
**Chrislet** [3] - 12:25, 14:16, 27:24
**cigar** [2] - 162:23, 162:24
**cigarette** [1] - 127:19
**cigars** [2] - 162:17, 177:22
**circle** [6] - 132:2, 136:2, 136:3, 136:9, 136:13, 183:18
**circumstances** [1] - 5:15
**city** [1] - 88:19
**claim** [1] - 129:6
**claimed** [2] - 91:7, 91:8
**claiming** [3] - 109:9, 109:10, 149:5
**clarification** [2] - 192:8, 197:8
**clarify** [5] - 11:8, 34:22, 46:20, 50:2, 78:24
**clarity** [2] - 194:1, 196:10
**clean** [1] - 193:3
**cleaning** [1] - 47:3
**clear** [9] - 5:23, 6:13, 7:8, 52:9, 74:17, 114:25, 192:6, 194:20, 194:24
**cleaver** [1] - 70:4
**client** [2] - 151:4, 205:7
**climbing** [1] - 38:7
**clinical** [1] - 62:9
**clip** [2] - 199:11, 200:10
**clippings** [2] - 65:21, 77:20
**clips** [1] - 199:6
**clique** [20] - 13:18, 13:22, 13:25, 14:1, 20:5, 37:19, 91:21, 91:23, 106:25, 117:7, 119:22, 119:23, 122:23, 122:24, 122:25, 123:2, 123:23, 146:21, 146:22
**cliques** [4] - 13:17, 13:21, 20:3, 145:13
**close** [15] - 12:8, 34:24, 43:15, 76:6, 76:10, 76:13, 81:23, 153:6, 159:15, 159:18, 159:20, 163:25, 174:18, 205:17
**closer** [6] - 31:23, 43:9, 44:6, 44:11, 170:21, 175:21
**closing** [3] - 84:3, 197:1, 203:10
**closure** [1] - 100:25
**clothes** [3] - 141:2, 171:7, 171:9
**clothing** [3] - 65:20, 77:22
**co** [7] - 89:20, 107:19, 150:10, 153:13, 154:2, 194:2, 197:7
**co-conspirator** [5] - 150:10, 153:13, 154:2, 194:2, 197:7
**co-workers** [2] - 89:20, 107:19
**cocaine** [1] - 79:20
**coffee** [2] - 85:10
**collect** [2] - 65:17, 97:24
**collected** [6] - 65:14, 65:20,

65:21, 65:22, 65:23, 77:21
**colloquy** [2] - 205:3, 205:8
**color** [3] - 94:7, 120:11, 120:13
**columns** [1] - 33:13
**combination** [1] - 81:10
**comfortable** [2] - 97:18, 154:13
**coming** [2] - 93:19, 204:8
**Commercial** [1] - 120:5
**commit** [6] - 16:11, 21:6, 94:21, 101:22, 109:2, 155:24
**committed** [6] - 6:17, 6:21, 60:10, 140:14, 159:23, 202:5
**committing** [2] - 95:3, 96:22
**complete** [3] - 16:4, 83:23, 101:13
**completed** [2] - 62:22, 67:18
**completeness** [1] - 196:7
**complies** [2] - 132:4, 132:9
**composite** [2] - 70:11, 72:20
**comprised** [1] - 71:1
**comprising** [2] - 70:11, 72:20
**concern** [2] - 5:15, 197:5
**concerned** [1] - 58:25
**concerns** [4] - 3:22, 83:15, 194:3, 206:1
**conclude** [1] - 202:2
**concluded** [1] - 60:7
**concluding** [1] - 202:23
**conditions** [2] - 184:23, 185:17
**conduct** [3] - 64:6, 67:21, 204:5
**conference** [3] - 27:7, 84:2, 205:14
**confirm** [1] - 32:7
**confiscated** [1] - 155:9
**confused** [3] - 192:7, 194:19, 196:12
**confusion** [1] - 194:12
**connected** [1] - 202:15
**connection** [2] - 19:25, 51:23
**consequences** [1] - 18:16
**consider** [2] - 60:18, 111:5
**considered** [9] - 12:17, 60:16, 95:17, 95:19, 107:13, 119:15, 144:5, 145:9, 202:9
**consist** [1] - 73:23
**consistent** [4] - 51:16, 51:18, 75:21, 193:11
**consists** [2] - 64:3, 64:12
**conspiracy** [1] - 151:4
**conspirator** [5] - 150:10, 153:13, 154:2, 194:2, 197:7
**constitute** [1] - 74:8
**contact** [1] - 23:10
**contacted** [2] - 23:12, 66:14
**context** [1] - 51:12
**contingent** [1] - 201:18
**continuation** [2] - 16:7, 152:20
**continue** [2] - 155:4, 156:13
**CONTINUED** [2] - 2:4, 8:17
**continued** [2] - 19:20, 160:9
**continues** [3] - 8:9, 35:18, 101:20
**continuing** [2] - 153:10, 197:6
**contradict** [1] - 51:20
**contribute** [2] - 78:16, 81:8
**controlled** [3] - 150:5, 193:6, 194:25
**convenient** [1] - 126:9
**conversation** [8] - 22:5, 118:6, 145:19, 150:25, 152:18, 195:25, 196:1, 205:6
**conviction** [1] - 104:13
**cooperate** [9] - 15:15, 16:3, 18:15, 54:9, 100:13, 113:21, 147:22, 161:1, 190:22
**cooperated** [1] - 55:24
**cooperating** [7] - 18:11, 18:13, 100:22, 105:19, 150:9, 150:12, 171:18
**cooperation** [7] - 16:21, 18:2, 100:17, 101:5, 103:16, 104:2, 201:17
**coordinates** [1] - 130:14
**copies** [2] - 192:16, 204:19
**copy** [4] - 151:18, 192:14, 194:17, 199:9
**corner** [1] - 125:6
**correct** [110] - 9:1, 13:4, 14:6, 14:9, 17:22, 26:12, 26:17, 26:20, 27:16, 27:17, 33:20, 38:17, 39:1, 39:5, 39:11, 40:15, 45:23, 50:8, 50:22, 53:18, 53:22, 64:23, 73:25, 74:19, 79:10, 100:9, 103:24, 104:19, 115:20, 137:4, 138:2, 142:18, 145:24, 146:11, 148:17, 148:22, 149:12, 150:22, 158:5, 158:6, 158:13, 158:14, 158:22, 158:23, 158:25, 159:1, 159:5, 159:6, 159:16, 159:17, 159:19, 159:20, 160:3, 160:4, 160:7, 160:13, 160:14, 160:20, 160:22, 161:2, 161:3, 161:5, 161:12, 161:13, 161:15, 161:18, 161:19, 162:10, 163:24, 164:10, 164:14, 164:23, 164:24, 165:2, 165:9, 166:2, 166:10, 167:5, 168:3, 168:4, 168:5, 168:8, 168:9, 168:20, 168:21, 168:25, 169:4, 169:23, 170:9, 171:5, 171:7, 176:16, 176:20, 176:21, 176:23, 177:2, 177:7, 177:8, 177:24, 178:17, 179:17, 180:17, 181:21, 182:11, 184:7, 185:1, 189:18, 189:24, 190:23, 198:2
**correcting** [1] - 51:4
**correction** [1] - 51:8
**corroborate** [2] - 153:19
**counsel** [3] - 3:10, 8:16, 67:10
**count** [4] - 58:17, 179:20, 183:23, 183:24
**counted** [2] - 69:14, 75:14
**country** [1] - 19:16
**County** [8] - 61:25, 62:12, 62:17, 88:19, 89:21, 130:23, 155:14, 155:24
**county** [1] - 131:3
**couple** [5] - 89:20, 123:9, 131:15, 147:23, 165:12
**course** [10] - 8:10, 20:22, 60:9, 65:4, 65:14, 81:25, 82:13, 202:12, 202:24, 203:25
**court** [7] - 5:12, 25:1, 35:5, 49:25, 52:5, 67:24, 68:5
**Court** [21] - 1:21, 1:22, 3:1, 3:16, 4:14, 7:5, 17:25, 25:9, 49:21, 50:16, 51:7, 51:10, 84:14, 103:21, 103:25, 104:4, 154:11, 154:20, 206:10, 206:19, 206:20
**COURT** [168] - 1:1, 3:2, 3:12, 3:17, 4:3, 4:6, 4:11, 4:16, 5:11, 5:21, 6:5, 7:4, 7:13, 7:15, 7:18, 7:23, 9:8, 9:19, 9:21, 9:23, 10:25, 15:11, 19:2, 24:14, 24:17, 25:17, 26:5, 27:6, 27:10, 32:12, 33:11, 33:20, 33:22, 34:5, 34:9, 36:5, 40:25, 41:18, 42:11, 42:13, 47:5, 48:1, 49:7, 49:11, 49:17, 49:19, 49:22, 50:12, 51:7, 52:13, 52:15, 52:17, 54:14, 54:16, 54:22, 55:1, 55:4, 55:11, 55:14, 55:16, 57:3, 60:2, 61:3, 61:11, 63:9, 66:12, 66:21, 66:23, 66:25, 67:3, 70:14, 72:23, 79:13, 80:22, 81:16, 82:19, 82:21, 83:4, 83:6, 83:8, 83:12, 83:20, 84:8, 84:13, 84:16, 84:23, 84:25, 85:3, 85:6, 85:8, 85:12, 85:17, 85:23, 86:1, 99:2, 99:4, 114:4, 118:19, 121:16, 121:20, 124:24, 125:1, 147:19, 148:7, 148:9, 149:19, 149:24, 150:1, 150:18, 151:6, 151:14, 151:21, 151:24, 152:2, 152:7, 152:15, 153:9, 153:22, 154:1, 154:11, 154:15, 154:19, 154:22, 154:24, 155:2, 157:1, 172:3, 177:10, 177:13, 190:11, 191:14, 192:4, 192:9, 192:11, 192:14, 192:17, 192:20, 192:24, 193:1, 193:5, 193:17, 193:22, 193:25, 194:11, 194:13, 194:20, 195:4, 195:17, 196:5, 196:10, 196:15, 196:18, 196:23, 197:3, 197:17, 197:22, 198:4, 198:10, 198:14, 198:16, 198:23, 199:4, 199:10, 202:1, 204:22, 204:24, 206:5, 206:8
**Court's** [1] - 51:25
**COURTROOM** [2] - 61:7, 85:21
**cover** [2] - 194:22, 195:24
**covered** [1] - 171:7
**coyote** [1] - 87:17
**creating** [1] - 76:12
**credit** [2] - 37:21, 39:5
**credits** [1] - 188:5
**crime** [2] - 48:7, 60:12
**crimes** [9] - 4:22, 16:12, 94:21, 95:4, 95:8, 95:9, 101:23, 150:15
**Criminal** [1] - 146:24
**criminal** [3] - 22:1, 60:9, 202:4
**cross** [28] - 5:5, 8:8, 19:2, 52:24, 79:13, 81:2, 87:6, 87:10, 87:24, 153:17, 154:9, 157:2, 177:17, 178:18, 180:18, 181:11, 185:6, 185:25, 187:6, 188:7, 189:9, 190:6, 190:14, 190:20, 190:24, 194:1, 197:8, 200:24
**CROSS** [6] - 2:5, 2:8, 2:11, 19:4, 79:14, 157:3
**cross-examination** [6] - 5:5, 8:8, 19:2, 79:13, 81:2, 157:2
**CROSS-EXAMINATION** [6] - 2:5, 2:8, 2:11, 19:4, 79:14, 157:3

**crossed** [3] - 26:16, 87:5, 87:11
**CRR** [2] - 1:21, 206:19
**Cruz** [15] - 6:7, 8:19, 18:7, 19:6, 34:19, 50:5, 50:13, 50:15, 50:23, 51:2, 52:24, 60:8, 114:24, 159:5, 159:18
**Cruz-Ortiz** [9] - 6:7, 8:19, 18:7, 50:5, 50:13, 50:15, 51:2, 52:24, 60:8
**Cruz-Ortiz's** [1] - 50:23
**cup** [1] - 163:25
**curative** [1] - 198:8
**cut** [27] - 38:16, 45:24, 45:25, 46:19, 46:21, 47:3, 59:1, 59:3, 59:4, 59:7, 69:21, 69:24, 70:2, 72:14, 140:5, 142:16, 156:5, 156:13, 171:13, 176:10, 176:14, 176:17, 186:4, 186:9, 200:16
**cuts** [3] - 69:19, 70:22, 71:10
**cutting** [1] - 186:1
**Cycos** [4] - 90:16, 90:18, 90:22, 92:4

## D

**dad** [1] - 88:10
**daily** [1] - 8:1
**damage** [2] - 71:23, 72:1
**dark** [2] - 29:12, 168:19
**DATE** [1] - 206:18
**date** [1] - 115:11
**dated** [1] - 115:9
**dates** [1] - 115:8
**David** [1] - 50:5
**dawn** [1] - 185:23
**days** [1] - 146:17
**daytime** [1] - 185:22
**Daytona** [1] - 62:18
**dead** [1] - 64:3
**deal** [1] - 199:7
**dealers** [2] - 96:25, 97:1
**dealt** [1] - 51:8
**death** [18] - 62:5, 63:14, 63:15, 63:17, 63:18, 63:19, 63:20, 63:21, 63:24, 78:11, 78:14, 78:16, 78:19, 78:20, 81:8, 100:4, 100:9, 106:5
**deaths** [3] - 64:8, 64:9, 64:10
**debriefing** [1] - 168:22
**decedent** [3] - 65:2, 69:10, 74:6
**decedent's** [7] - 70:21, 71:7, 71:17, 73:11, 74:4, 74:15, 76:15
**December** [2] - 53:17, 161:4
**decide** [3] - 102:19, 144:12, 190:21
**decided** [2] - 147:22, 160:25
**decides** [3] - 103:7, 205:11, 205:13
**decision** [2] - 5:15, 144:8
**deck** [1] - 82:25
**defend** [2] - 105:9, 105:15
**defendant** [28] - 4:20, 5:23, 5:24, 6:3, 10:3, 16:3, 16:8, 17:20, 17:24, 26:23, 60:12, 60:14, 60:18, 67:5, 67:10, 67:11, 75:1, 84:9, 103:12, 152:4, 152:6, 196:2, 200:9, 202:5, 202:8, 202:11, 203:6, 205:4
**Defendant** [1] - 1:8
**DEFENDANT** [1] - 1:16
**DEFENDANTS** [1] - 2:23
**defendant's** [7] - 4:24, 18:1, 18:2, 26:3, 57:21, 104:1, 202:13
**defense** [19] - 3:25, 4:4, 6:12, 6:22, 7:9, 8:8, 51:18, 55:12, 57:1, 57:18, 83:25, 84:6, 149:16, 150:16, 150:18, 161:14, 181:2, 195:15, 196:7
**defensive** [5] - 72:11, 74:24, 75:2, 75:21
**definitely** [2] - 102:14, 202:25
**deliberating** [1] - 204:15
**Delicias** [1] - 124:13
**denied** [2] - 22:20, 36:2
**deported** [3] - 19:10, 22:21, 53:9
**deposited** [1] - 76:9
**DEPUTY** [2] - 61:7, 85:21
**describe** [6] - 65:12, 69:8, 73:10, 73:18, 113:8, 127:14
**described** [5] - 31:3, 38:17, 137:1, 137:3, 182:16
**describing** [1] - 122:1
**description** [1] - 42:4
**deserve** [2] - 7:24, 29:5
**designate** [1] - 95:23
**despite** [1] - 156:12
**detail** [2] - 26:15, 51:8
**details** [3] - 84:3, 153:19, 205:15
**detective** [1] - 158:21
**Detective** [2] - 161:12, 181:5
**detectives** [2] - 21:11, 57:15
**determine** [1] - 63:24
**determines** [3] - 17:8, 62:4, 201:14
**determining** [2] - 63:14, 202:10
**diagram** [14] - 64:13, 65:2, 68:7, 73:11, 73:19, 74:3, 74:14, 74:21, 74:22, 75:5, 75:6, 75:20, 75:24, 78:10
**diagrams** [5] - 64:23, 64:25, 65:4, 73:2, 78:25
**die** [2] - 58:25, 59:2
**died** [3] - 77:1, 81:5, 81:12
**dies** [1] - 64:7
**difference** [1] - 196:12
**different** [17] - 13:21, 13:22, 14:1, 20:2, 21:12, 21:24, 22:1, 59:5, 70:5, 71:13, 73:23, 79:1, 90:21, 94:18, 106:7, 145:13
**difficulties** [1] - 27:8
**DIRE** [2] - 2:7, 61:13
**direct** [10] - 8:4, 16:1, 23:2, 25:25, 27:18, 27:20, 60:17, 60:20, 152:7, 202:13
**DIRECT** [6] - 2:4, 2:8, 2:11, 8:17, 63:10, 86:4
**directed** [3] - 153:3, 187:12, 187:21
**directly** [5] - 6:15, 50:9, 187:19, 193:12, 202:15
**dirt** [1] - 138:6
**disappear** [2] - 143:12, 143:16
**disappeared** [4] - 21:19, 22:20, 91:2, 143:22
**discharged** [1] - 76:7
**disciplined** [3] - 143:1, 143:2, 143:7
**discovery** [2] - 54:2, 152:9
**Discreto** [46] - 10:13, 10:22, 30:25, 34:17, 35:11, 40:15, 40:17, 40:19, 40:21, 40:23, 41:4, 41:9, 41:10, 41:12, 41:15, 42:17, 117:2, 117:3, 118:12, 119:9, 119:25, 122:22, 123:1, 123:14, 124:7, 125:12, 129:21, 130:5, 130:8, 132:24, 133:15, 135:8, 139:5, 139:11, 140:18, 141:14, 141:17, 141:21, 142:12, 143:9, 156:22, 167:10, 173:21, 181:22, 181:23, 182:3
**discuss** [8] - 4:12, 6:24, 72:7, 73:3, 143:7, 150:7, 204:3, 204:7
**discussed** [5] - 6:20, 8:12, 28:9, 74:24, 192:9
**discussing** [2] - 6:10, 8:21
**Discussion** [13] - 18:5, 32:13, 34:11, 49:8, 59:25, 72:18, 78:22, 113:24, 147:20, 149:13, 177:11, 190:12, 192:19
**discussion** [8] - 50:2, 82:2, 82:4, 133:22, 149:16, 152:9, 152:22, 182:16
**disease** [6] - 63:17, 64:4, 64:14, 64:17, 64:20, 65:13
**Dishwashing** [1] - 89:15
**dispersed** [1] - 150:23
**display** [1] - 73:8
**dispute** [1] - 51:13
**dissected** [2] - 64:17, 64:20
**distance** [3] - 44:5, 44:7, 44:14
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [5] - 1:22, 1:23, 155:13, 206:20, 206:20
**DIVISION** [1] - 1:2
**DNA** [3] - 77:20, 83:2, 197:23
**DOBBINS** [80] - 1:13, 2:11, 2:12, 3:8, 4:18, 50:10, 83:2, 83:5, 83:7, 83:10, 83:16, 84:19, 84:24, 85:15, 86:3, 86:5, 94:10, 94:11, 98:25, 99:7, 113:25, 114:8, 118:15, 118:22, 120:19, 120:21, 121:12, 121:19, 121:21, 124:22, 125:3, 128:22, 147:18, 147:21, 148:4, 148:12, 149:14, 150:2, 151:9, 151:12, 151:17, 151:23, 151:25, 152:3, 152:10, 152:24, 153:12, 153:25, 154:10, 154:14, 155:6, 155:7, 156:24, 172:2, 177:16, 190:10, 190:13, 191:17, 192:1, 192:10, 193:10, 193:18, 193:23, 195:2, 195:5, 195:18, 196:6, 196:22, 197:15, 197:20, 198:1, 198:20, 199:2, 199:5, 199:11, 199:15, 200:3, 200:14, 201:24, 206:4
**Dobbins** [12] - 3:9, 4:8, 50:7, 67:9, 83:1, 152:7, 155:5, 161:11, 193:7, 194:24, 197:13, 198:19
**Doctor** [3] - 61:4, 79:16, 82:22
**doctor** [3] - 61:3, 62:4, 62:7
**document** [5] - 25:3, 25:20, 26:8, 99:10, 99:12
**documentation** [1] - 65:1
**documented** [1] - 74:18
**documents** [2] - 65:13, 68:11
**done** [15] - 39:14, 60:4,

65:24, 77:19, 77:24, 82:12, 140:7, 157:23, 188:1, 195:7, 197:16, 198:6, 202:25, 203:13, 203:21
**donuts** [2] - 7:21
**door** [6] - 5:5, 5:9, 6:6, 7:9, 130:7, 133:18
**dope** [1] - 162:10
**double** [3] - 79:6, 79:7, 205:22
**double-check** [1] - 205:22
**down** [39] - 4:20, 4:21, 5:16, 5:20, 6:14, 6:18, 27:15, 27:22, 35:5, 43:19, 64:13, 85:24, 105:7, 105:12, 110:7, 110:13, 110:14, 110:16, 111:7, 111:10, 111:13, 112:24, 112:25, 113:4, 113:10, 124:9, 124:15, 127:11, 144:9, 146:1, 146:5, 147:13, 155:13, 155:17, 161:10, 173:9, 179:10, 179:12
**Dr** [8] - 61:2, 61:15, 63:8, 70:17, 73:2, 78:14, 78:24, 81:2
**draft** [1] - 195:9
**dragged** [4] - 43:7, 43:9, 43:12, 170:21
**drive** [4] - 110:5, 132:18, 133:22, 143:8
**driver** [2] - 130:4, 141:16
**driver's** [3] - 126:12, 129:25, 130:2
**driving** [15] - 30:10, 30:20, 31:21, 109:21, 126:6, 126:7, 126:8, 126:10, 126:11, 130:4, 130:24, 134:6, 161:20, 167:6, 167:8
**drop** [5] - 126:4, 126:5, 143:9, 143:10, 143:11
**dropped** [3] - 89:16, 97:16, 156:18
**drove** [3] - 130:18, 131:12, 165:6
**drug** [2] - 96:25, 97:1
**drugs** [5] - 29:20, 95:11, 96:5, 96:6, 97:4
**drunk** [2] - 129:16, 129:17
**drywall** [4] - 127:4, 127:5, 127:6, 127:7
**due** [2] - 27:8, 52:2
**duly** [2] - 61:6, 85:22
**duplicative** [1] - 154:3
**during** [18] - 32:15, 56:10, 56:13, 56:20, 57:21, 59:7, 65:14, 65:17, 70:20, 73:3, 76:3, 81:2, 90:8, 161:17, 168:22, 181:12, 191:6, 191:9
**duties** [1] - 62:2

**E**

**early** [7] - 109:2, 185:1, 203:22, 203:23, 205:3, 205:5, 205:12
**earn** [2] - 101:8, 201:21
**earring** [1] - 77:23
**easier** [2] - 84:25, 85:1
**easiest** [1] - 204:12
**edge** [2] - 131:24, 134:18
**edged** [3] - 69:24, 70:3, 71:4
**education** [1] - 62:6
**effect** [1] - 51:9
**effects** [1] - 29:20
**effort** [1] - 6:25
**either** [7] - 25:16, 50:8, 90:7, 105:18, 123:3, 124:5, 125:15
**El** [11] - 19:10, 19:14, 23:10, 23:13, 86:15, 87:21, 96:13, 96:19, 144:21, 145:8, 145:10
**Elena** [2] - 3:9, 181:5
**ELENA** [1] - 1:13
**elevated** [3] - 108:16, 155:12, 155:25
**elevator** [1] - 85:2
**elicit** [1] - 153:4
**ELMO** [9] - 9:7, 25:15, 33:10, 53:14, 56:8, 57:6, 94:10, 120:19, 169:24
**emotion** [1] - 172:10
**empty** [1] - 162:17
**encourage** [1] - 205:6
**end** [22] - 8:4, 19:23, 22:15, 22:17, 23:20, 67:15, 161:4, 163:22, 164:3, 185:15, 195:1, 197:11, 198:5, 203:1, 203:6, 203:8, 203:15, 203:22, 204:14, 205:2, 205:11, 205:13
**ended** [1] - 199:20
**ends** [1] - 51:1
**enemies** [1] - 95:17
**enemy** [2] - 95:11, 95:13
**enforcement** [34] - 6:18, 18:11, 18:14, 21:22, 31:1, 31:7, 31:24, 32:16, 32:25, 34:15, 35:16, 35:19, 35:24, 36:16, 36:19, 45:11, 46:4, 50:6, 50:8, 50:11, 51:2, 53:8, 55:25, 66:1, 66:8, 66:14, 77:9, 77:16, 78:3, 105:23, 113:21, 123:10, 124:19, 147:23
**English** [4] - 8:11, 25:3, 97:14, 97:17
**enter** [4] - 15:4, 72:5, 88:6, 161:1
**entered** [1] - 24:10
**entering** [1] - 8:5
**enterprise** [5] - 60:15, 152:20, 153:10, 202:9, 202:11
**enters** [5] - 7:17, 52:16, 85:7, 155:1, 198:15
**entire** [2] - 26:8, 68:6
**entitled** [1] - 206:16
**entity** [2] - 16:9, 16:11
**entrance** [3] - 76:4, 76:20, 188:6
**equal** [1] - 134:5
**equipment** [3] - 49:23, 52:2, 52:6
**Erick** [1] - 125:14
**escorting** [1] - 85:18
**especially** [1] - 204:2
**ethical** [1] - 82:9
**evade** [1] - 182:14
**evening** [1] - 204:20
**event** [1] - 31:24
**events** [3] - 50:11, 63:18, 153:14
**eventually** [5] - 22:8, 23:4, 36:8, 106:12, 159:10
**evidence** [68] - 5:18, 9:17, 9:20, 15:9, 15:12, 53:16, 53:24, 54:2, 55:9, 56:6, 57:5, 57:20, 60:9, 60:11, 60:13, 60:16, 60:17, 60:20, 65:14, 65:17, 65:25, 69:6, 70:15, 70:17, 72:25, 76:6, 76:9, 76:13, 77:4, 77:9, 77:10, 77:16, 77:18, 77:19, 78:2, 79:19, 79:23, 82:2, 94:9, 99:1, 99:6, 114:1, 114:2, 114:7, 118:17, 118:21, 121:7, 121:13, 121:14, 121:18, 121:22, 122:10, 124:23, 125:2, 131:6, 148:5, 148:11, 148:18, 149:15, 150:25, 192:2, 198:22, 199:1, 202:4, 202:6, 202:9, 202:13, 202:16
**exactly** [4] - 29:19, 31:13, 50:15, 196:12
**EXAMINATION** [20] - 2:4, 2:5, 2:5, 2:7, 2:8, 2:8, 2:9, 2:11, 2:11, 2:12, 8:17, 19:4, 52:22, 61:13, 63:10, 79:14, 80:25, 86:4, 157:3, 177:15
**examination** [13] - 5:5, 8:4, 8:8, 19:2, 23:2, 57:21, 64:3, 64:12, 64:14, 79:13, 81:2, 155:4, 157:2
**examined** [1] - 67:6
**examiner** [7] - 61:18, 61:20, 62:3, 62:4, 62:7, 62:20, 75:1
**Examiner** [1] - 67:7
**examiner's** [2] - 65:5, 65:9
**Examiner's** [6] - 61:19, 61:23, 62:1, 62:12, 62:15, 68:18
**examiners** [1] - 65:25
**example** [2] - 65:19, 70:4
**except** [3] - 11:14, 42:22, 172:24
**exchange** [1] - 197:6
**excited** [1] - 200:20
**excuse** [3] - 107:19, 162:22, 181:23
**excused** [5] - 49:16, 60:2, 82:18, 82:22, 202:1
**exhibit** [7] - 54:23, 55:13, 149:16, 150:1, 151:22, 192:6, 195:1
**Exhibit** [44] - 2:14, 9:20, 15:8, 15:12, 15:22, 53:16, 54:21, 55:9, 56:7, 56:25, 57:5, 57:22, 66:20, 70:11, 70:15, 70:18, 71:15, 72:20, 73:5, 73:10, 73:15, 74:1, 74:11, 74:20, 94:9, 99:1, 99:6, 114:1, 114:9, 114:19, 115:14, 118:13, 118:16, 120:22, 121:6, 121:18, 122:20, 124:23, 125:2, 141:19, 148:5, 148:24, 150:3, 192:2
**Exhibits** [5] - 72:24, 114:6, 118:20, 148:10, 198:25
**EXHIBITS** [2] - 2:13, 2:23
**exhibits** [3] - 2:24, 148:20, 196:9
**exist** [2] - 34:25, 57:19
**exists** [4] - 35:2, 35:7, 35:9, 35:11
**exit** [3] - 72:5, 76:5, 76:23
**exits** [5] - 49:18, 82:20, 149:25, 192:25, 204:23
**expect** [3] - 202:22, 205:12, 205:23
**expert** [6] - 63:4, 63:8, 66:11, 68:2, 83:2, 197:23
**explain** [3] - 74:2, 79:4, 94:18
**explained** [3] - 20:7, 21:6, 51:10
**exposed** [1] - 64:19
**expressed** [1] - 197:4
**extent** [3] - 60:17, 100:17, 202:4
**external** [1] - 64:12
**extort** [1] - 96:23
**extortion** [4] - 95:11, 96:22, 97:9, 97:22
**extra** [1] - 196:5
**extradited** [3] - 21:10, 21:23, 53:9

**extremely** [1] - 205:11
**extremities** [3] - 72:8, 74:22, 75:12
**eye** [7] - 42:4, 76:1, 76:5, 76:15, 76:19, 78:15, 79:22
**eyes** [1] - 45:17

## F

**face** [19] - 10:17, 37:5, 43:3, 43:19, 43:20, 44:3, 44:5, 44:14, 45:15, 70:21, 71:13, 80:6, 80:15, 137:6, 137:8, 170:3, 170:7, 176:8
**Facebook** [1] - 18:7
**faces** [1] - 178:12
**facility** [1] - 149:5
**facing** [5] - 18:17, 99:21, 100:3, 100:6, 100:11
**fact** [19] - 17:19, 25:1, 26:15, 28:2, 45:14, 50:25, 132:25, 142:15, 150:14, 156:12, 156:13, 161:23, 162:5, 169:15, 169:17, 182:16, 185:3, 191:6, 191:21
**facts** [2] - 25:7, 153:4
**factual** [14] - 24:9, 24:12, 24:22, 24:24, 25:6, 25:10, 26:22, 27:3, 50:4, 50:24, 51:6, 51:8, 51:11
**fair** [2] - 48:13, 154:15
**fall** [2] - 132:21, 132:22
**fallen** [1] - 132:25
**false** [4] - 16:9, 109:9, 109:10
**falsely** [3] - 16:10, 16:15, 101:21
**familiar** [2] - 66:4, 142:22
**family** [3] - 82:4, 100:25, 204:4
**far** [7] - 45:6, 88:20, 115:8, 128:3, 168:14, 175:16, 190:8
**fatal** [8] - 80:6, 80:7, 80:9, 80:10, 80:12, 80:15, 81:3, 81:11
**father** [1] - 88:13
**favor** [2] - 192:21, 203:17
**FBI** [3] - 14:19, 195:6, 195:24
**FDC** [2] - 98:8, 98:9
**fearless** [3] - 30:23, 116:4, 116:16
**Fearless** [105] - 11:14, 11:19, 11:22, 35:20, 39:1, 42:18, 42:22, 42:23, 43:4, 43:7, 43:12, 43:15, 44:4, 44:5, 44:8, 44:14, 44:19, 44:25, 45:9, 45:11, 45:14, 110:10, 110:11, 110:13, 110:16, 110:25, 111:7, 111:10, 111:13, 112:9, 112:13, 112:17, 112:25, 113:6, 113:11, 113:16, 115:1, 116:5, 116:9, 118:11, 120:16, 123:13, 124:5, 124:7, 124:16, 126:5, 128:20, 128:23, 129:2, 129:19, 129:21, 129:24, 130:6, 130:10, 132:24, 133:2, 133:7, 133:8, 133:16, 133:24, 137:12, 137:13, 137:16, 138:19, 139:7, 139:8, 139:19, 139:20, 139:22, 140:9, 140:12, 140:17, 141:8, 141:22, 142:1, 142:7, 143:8, 143:9, 144:11, 144:12, 144:20, 145:4, 145:12, 146:16, 146:18, 147:13, 156:10, 156:17, 156:18, 156:21, 167:13, 172:13, 172:24, 172:25, 176:1, 178:7, 179:10, 180:7, 183:4, 185:15, 187:6, 187:23, 187:24, 200:5
**Fearless's** [1] - 111:2
**February** [10] - 21:21, 31:7, 33:1, 33:23, 35:25, 53:12, 53:24, 54:5, 54:18, 56:18
**Federal** [1] - 3:11
**feedback** [1] - 49:25
**feelings** [1] - 48:21
**feet** [7] - 27:16, 27:22, 44:23, 45:8, 72:14, 76:14, 175:18
**fell** [2] - 132:20, 132:23
**fellowship** [1] - 62:12
**felt** [3] - 51:4, 101:1, 172:11
**Ferguson** [9] - 3:10, 83:6, 83:7, 83:22, 158:18, 161:11, 181:4, 197:19, 197:23
**few** [3] - 81:25, 90:20, 136:22
**figure** [4] - 84:3, 142:16, 167:22, 205:15
**file** [11] - 17:13, 17:21, 68:6, 68:7, 102:3, 102:6, 102:13, 102:14, 102:19, 103:14, 103:18
**filed** [3] - 102:10, 102:21, 103:22
**files** [2] - 48:25, 103:5
**finalize** [1] - 195:13
**finalized** [1] - 195:13
**fine** [6] - 4:15, 25:18, 55:2, 154:8, 197:9, 198:4
**fingernail** [2] - 65:21, 72:16
**fingerprint** [1] - 77:19
**finish** [5] - 6:11, 41:18, 49:15, 198:13, 198:18
**finishes** [1] - 198:7
**finishing** [3] - 84:1, 127:4, 127:6
**first** [46] - 6:11, 10:19, 20:15, 21:8, 21:17, 21:22, 22:19, 26:5, 31:1, 31:21, 31:25, 32:15, 32:18, 36:9, 36:17, 36:20, 40:5, 73:5, 84:24, 87:18, 94:22, 94:25, 100:24, 101:2, 104:24, 107:12, 117:8, 125:15, 125:16, 132:16, 158:3, 167:19, 169:4, 169:6, 169:16, 169:22, 170:18, 179:15, 184:20, 194:18, 194:22, 195:9, 195:23, 196:2, 199:6, 199:7
**First** [2] - 107:16, 107:17
**fishing** [2] - 134:14, 137:1
**five** [12] - 36:12, 63:21, 114:11, 114:20, 115:16, 118:24, 122:11, 122:20, 148:13, 148:19, 154:17, 192:22
**fixed** [1] - 193:3
**flee** [1] - 6:18
**flipping** [1] - 152:20
**floor** [5] - 8:16, 43:18, 52:20, 155:5, 198:19
**FLORIDA** [1] - 1:1
**Florida** [21] - 1:4, 1:15, 1:19, 1:23, 1:24, 5:20, 6:18, 11:23, 12:21, 61:19, 62:11, 62:13, 88:15, 88:18, 126:4, 145:18, 146:1, 146:6, 155:14, 206:20, 206:22
**focus** [5] - 41:9, 47:8, 114:10, 115:15, 197:10
**focused** [1] - 7:25
**focuses** [1] - 63:13
**focusing** [4] - 24:3, 182:5, 182:6, 183:20
**folks** [4] - 8:14, 33:20, 149:21, 155:3
**follow** [3] - 17:17, 128:9, 181:9
**following** [2] - 62:9, 62:11
**food** [1] - 28:5
**FOR** [2] - 1:13, 1:16
**force** [6] - 38:14, 69:17, 73:13, 73:21, 78:15, 102:6
**forearms** [1] - 72:14
**foregoing** [1] - 206:14
**forensic** [7] - 62:11, 63:1, 63:4, 63:8, 63:12, 63:13, 68:1
**format** [1] - 195:11
**FORT** [1] - 1:2
**forthcoming** [2] - 14:21, 22:13
**forward** [1] - 176:22
**foundation** [2] - 51:23, 193:10
**four** [11] - 36:12, 62:1, 79:3, 114:11, 114:20, 115:16, 118:23, 122:11, 122:20, 148:13, 148:19
**frankly** [1] - 5:12
**freaked** [1] - 139:16
**free** [2] - 197:1, 206:8
**frequently** [2] - 177:25, 178:3
**Friday** [2] - 3:24, 8:3
**friend** [10] - 12:13, 12:17, 12:18, 22:11, 22:24, 107:25, 108:2, 108:5, 110:22, 200:7
**friends** [9] - 21:18, 82:5, 90:4, 107:18, 113:9, 147:14, 147:16, 166:11, 204:5
**front** [13] - 30:12, 30:22, 32:22, 43:16, 48:21, 73:12, 73:20, 74:5, 130:5, 139:8, 139:9, 141:23, 167:11
**full** [10] - 54:2, 73:20, 95:3, 95:4, 95:6, 95:7, 106:25, 144:13, 146:5
**fully** [2] - 16:3, 195:10
**furtherance** [4] - 150:12, 150:20, 150:24, 151:4
**future** [1] - 5:2

## G

**gain** [1] - 188:5
**GAMEZ** [1] - 86:10
**Gamez** [13] - 2:10, 83:3, 83:13, 83:21, 85:16, 85:19, 85:22, 86:8, 86:10, 86:11, 150:11, 151:1, 177:17
**Gamez-Melendez** [9] - 2:10, 83:3, 83:13, 83:21, 85:16, 85:19, 85:22, 86:8, 150:11
**gang** [3] - 38:5, 134:5, 152:18
**Gang** [4] - 95:22, 109:14, 127:10, 128:4
**Gangs** [1] - 134:4
**gate** [2] - 127:18, 127:20
**gathering** [1] - 188:8
**general** [9] - 16:18, 108:9, 120:4, 150:13, 152:18, 153:1, 153:18, 154:5, 172:17
**generalized** [1] - 153:24
**generally** [3] - 64:11, 69:8, 152:24
**gentlemen** [7] - 7:18, 49:11, 60:3, 81:17, 85:17, 192:20, 202:2
**Geovanni** [2] - 57:18, 58:3

**Gerson** [53] - 38:19, 67:7, 68:15, 98:17, 99:18, 104:20, 113:16, 128:12, 128:16, 128:17, 128:18, 129:8, 129:21, 130:12, 132:19, 132:25, 133:23, 134:23, 135:13, 137:11, 137:18, 138:19, 144:23, 149:8, 150:7, 152:14, 155:10, 155:25, 158:15, 160:13, 162:6, 165:16, 165:20, 167:15, 168:24, 169:16, 170:2, 170:21, 171:15, 173:9, 173:13, 173:23, 174:14, 175:16, 181:12, 181:15, 182:8, 184:17, 184:20, 185:16, 191:7, 196:1
**Gerson's** [3] - 29:9, 115:1, 177:2
**Gianino** [3] - 158:21, 161:12, 181:5
**Giovanni** [1] - 34:17
**girlfriend** [1] - 141:17
**given** [3] - 128:2, 128:5, 130:14
**glass** [2] - 111:22, 111:24
**GLCS** [25] - 4:20, 20:5, 20:8, 20:10, 20:15, 52:24, 92:12, 92:18, 93:7, 94:19, 106:14, 107:13, 110:7, 110:9, 111:3, 111:4, 117:6, 119:18, 123:23, 124:10, 144:1, 145:10, 145:22, 155:23, 161:23
**glove** [3] - 43:23, 44:3, 44:19
**gluteal** [1] - 74:15
**goal** [1] - 203:2
**God** [2] - 34:24, 48:23
**gonna** [9] - 38:6, 38:7, 59:2, 128:1, 129:18, 133:25, 159:11, 170:20, 172:11
**Gotcha** [1] - 196:18
**gotta** [4] - 97:4, 97:7, 101:10, 105:7
**government** [67] - 3:7, 3:22, 4:13, 4:14, 4:17, 6:11, 6:22, 8:5, 8:15, 9:16, 9:20, 15:5, 15:8, 15:12, 15:15, 17:13, 47:20, 48:6, 48:25, 52:18, 54:20, 55:9, 55:24, 56:23, 57:5, 59:22, 60:5, 60:14, 60:25, 66:19, 70:10, 70:15, 72:19, 72:24, 85:14, 85:15, 99:1, 99:6, 100:13, 103:5, 103:18, 114:1, 114:6, 118:16, 118:20, 121:18, 124:23, 125:2, 125:14, 148:5, 148:10, 149:14, 150:2, 150:8, 154:6, 155:4, 160:25, 161:2, 192:1, 198:17, 198:21, 198:25, 202:7, 202:22, 203:12, 206:2
**GOVERNMENT** [1] - 1:13
**Government** [4] - 61:6, 85:22, 100:19, 100:23
**Government's** [41] - 9:10, 56:7, 56:25, 57:22, 70:18, 71:5, 71:15, 73:5, 73:15, 74:1, 74:11, 74:20, 75:9, 75:18, 75:22, 80:14, 94:9, 99:1, 114:1, 114:9, 114:19, 115:14, 118:13, 118:16, 120:22, 121:6, 121:13, 121:14, 122:10, 122:19, 124:23, 141:19, 148:5, 148:18, 148:24, 150:3, 151:13, 169:25, 192:2, 194:8, 198:21
**government's** [4] - 17:17, 61:1, 84:17, 152:15
**GOVERNMENT'S** [1] - 2:13
**GPA** [1] - 88:24
**grabs** [1] - 184:17
**grade** [2] - 88:22, 88:23
**grand** [1] - 101:16
**grant** [5] - 17:16, 102:22, 103:4, 103:7, 103:22
**granted** [3] - 66:12, 67:3, 121:20
**gray** [4] - 94:8, 120:8, 155:8, 167:6
**Great** [1] - 4:3
**great** [3] - 7:13, 82:23, 204:20
**green** [2] - 143:4, 143:5
**greenlit** [4] - 18:19, 18:24, 106:1, 106:3
**grew** [1] - 88:16
**Greyhound** [1] - 110:15
**ground** [4] - 43:17, 136:15, 137:11, 170:12
**grounds** [1] - 55:14
**group** [10] - 38:5, 91:24, 153:2, 161:23, 178:2, 178:25, 179:6, 180:4, 180:5, 183:18
**groups** [2] - 95:20, 95:21
**Guanacos** [5] - 90:16, 90:18, 90:22, 91:12, 92:4
**guarantee** [1] - 202:25
**guaranteed** [1] - 17:2
**guard** [1] - 89:8
**guided** [1] - 8:10
**guilty** [17] - 15:1, 15:4, 15:14, 24:10, 25:7, 47:11, 48:8, 54:8, 59:16, 98:10, 98:18, 99:21, 100:8, 100:11, 104:11, 161:1, 190:21
**gun** [6] - 76:7, 76:11, 76:14, 138:20, 176:2
**gunshot** [11] - 69:10, 75:25, 76:2, 76:4, 76:20, 78:15, 79:22, 79:23, 80:8, 80:10, 80:11
**gushing** [1] - 186:21
**Gutierrez** [3] - 165:1, 165:12
**Gutierrez's** [1] - 165:3
**guy** [12] - 92:22, 116:25, 118:11, 119:11, 123:18, 126:15, 127:17, 145:8, 183:3, 200:4, 200:5
**guys** [43] - 7:23, 8:2, 22:25, 23:23, 29:9, 32:23, 46:6, 81:20, 81:25, 85:12, 90:4, 93:7, 93:22, 117:8, 123:3, 126:21, 127:14, 130:17, 137:18, 140:1, 140:25, 142:8, 142:11, 161:23, 164:12, 177:22, 178:22, 179:18, 180:16, 184:25, 188:2, 188:18, 197:10, 203:2, 203:5, 203:14, 203:23, 204:3, 204:11, 204:14, 204:18, 206:3, 206:8

## H

**hacking** [1] - 171:21
**hair** [3] - 65:21, 77:21
**half** [4] - 62:18, 195:24, 195:25, 196:8
**hand** [11] - 38:15, 41:16, 47:3, 77:17, 77:18, 77:20, 85:21, 125:5, 171:10, 171:11, 171:13
**handed** [2] - 19:24, 192:12
**handguns** [1] - 98:4
**handle** [3] - 192:21, 193:2, 205:15
**handouts** [1] - 204:11
**hands** [8] - 72:14, 75:2, 75:20, 77:17, 135:16, 163:25, 182:12, 203:1
**hang** [6] - 90:6, 91:8, 93:23, 112:11, 129:6, 134:3
**hanging** [5] - 93:19, 117:17, 167:3, 188:15, 188:18
**hard** [3] - 7:24, 8:2, 40:2
**harm** [1] - 187:3
**hate** [1] - 172:8
**HDMI** [1] - 55:17
**head** [15] - 28:20, 28:21, 38:12, 38:14, 41:13, 64:18, 64:19, 69:10, 73:11, 75:24, 76:6, 77:2, 81:6, 174:24, 175:1
**heading** [2] - 7:6, 12:5
**hear** [19] - 4:7, 50:1, 127:21, 128:10, 128:17, 129:3, 129:7, 129:10, 129:11, 132:18, 132:24, 138:21, 138:24, 145:12, 150:17, 172:13, 205:8
**heard** [23] - 5:17, 5:24, 6:13, 27:21, 60:9, 82:1, 82:4, 82:6, 91:13, 134:6, 150:19, 160:7, 175:4, 175:5, 175:8, 175:12, 176:3, 176:5, 189:23, 190:17, 202:4, 204:4, 204:6
**hearing** [2] - 203:9, 203:10
**hearings** [1] - 101:17
**heavy** [2] - 70:3, 71:4
**held** [15] - 18:5, 27:15, 27:22, 32:13, 34:11, 49:8, 59:25, 72:18, 78:22, 113:24, 147:20, 149:13, 177:11, 190:12, 192:19
**help** [9] - 12:9, 12:17, 12:18, 24:4, 32:2, 33:6, 47:24, 100:25, 111:16
**helped** [4] - 10:7, 10:8, 12:12, 46:16
**helpful** [1] - 151:8
**helps** [1] - 73:6
**hereby** [1] - 206:14
**high** [9] - 88:25, 89:2, 89:24, 111:4, 129:16, 164:7, 164:8, 164:19, 178:19
**High** [1] - 89:1
**higher** [2] - 111:5, 163:21
**highlight** [1] - 16:2
**Hillsborough** [1] - 62:12
**himself** [6] - 46:14, 51:21, 118:12, 122:5, 135:17
**hit** [10] - 136:5, 136:6, 136:22, 136:23, 136:25, 137:5, 169:16, 170:12, 170:18, 183:3
**hits** [1] - 133:18
**hitting** [2] - 136:8, 137:7
**hold** [1] - 153:17
**holes** [2] - 71:10, 71:18
**home** [14] - 107:24, 108:3, 108:5, 108:10, 110:18, 110:19, 112:19, 113:12, 116:13, 140:15, 156:14, 165:7, 177:4, 199:21
**homeboy** [22] - 12:24, 13:2, 37:18, 38:23, 95:6, 106:9, 106:12, 106:14, 106:16, 107:3, 107:7, 119:16, 123:19, 123:20, 144:6, 144:14, 144:17, 144:22, 145:22, 147:12, 155:12, 155:25
**homeboys** [9] - 13:25,

38:25, 39:1, 107:8, 117:3, 123:4, 146:5, 187:24, 188:3
**homestretch** [1] - 204:2
**homicide** [5] - 63:22, 64:8, 65:19, 78:20, 150:22
**Honor** [57] - 3:8, 3:14, 4:2, 9:6, 15:10, 19:3, 25:15, 26:2, 27:4, 33:10, 34:3, 42:9, 50:22, 52:12, 52:21, 54:20, 54:23, 55:8, 55:12, 56:23, 57:2, 66:10, 66:19, 67:2, 70:10, 80:24, 83:7, 83:16, 84:7, 84:19, 85:15, 86:3, 98:25, 113:25, 118:15, 121:12, 124:22, 147:18, 148:4, 149:14, 149:17, 151:9, 152:25, 153:15, 154:14, 155:6, 156:24, 177:9, 192:1, 192:10, 193:11, 198:20, 199:2, 199:9, 201:24, 206:4, 206:7
**honorable** [1] - 103:1
**HONORABLE** [1] - 1:10
**Honorable** [2] - 1:22, 201:16
**hood** [1] - 9:15
**hope** [2] - 7:20, 85:9
**hopefully** [1] - 3:19
**hoping** [3] - 16:25, 47:23, 101:4
**hospital** [1] - 186:13
**hour** [1] - 81:21
**hours** [7] - 22:5, 22:7, 22:15, 33:18, 68:21, 118:2, 162:8
**house** [39] - 89:18, 116:16, 116:17, 116:18, 117:12, 117:13, 117:16, 117:23, 117:25, 118:8, 122:15, 123:12, 126:14, 127:15, 127:18, 132:11, 140:24, 162:7, 163:2, 164:14, 165:4, 165:20, 166:17, 166:20, 166:22, 167:2, 171:3, 171:4, 176:25, 188:8, 188:9, 188:12, 188:16, 189:2, 189:5, 189:7
**housekeeping** [5] - 3:22, 81:19, 83:15, 204:25, 206:1
**houses** [1] - 138:1
**Houston** [2] - 88:12, 88:14
**Hugo** [17] - 119:5, 119:6, 121:5, 121:11, 122:5, 122:6, 124:7, 125:21, 126:10, 130:20, 135:8, 141:14, 141:16, 142:12, 156:22, 174:4
**Hugo's** [10] - 121:24, 126:7, 126:8, 130:18, 130:19, 132:15, 132:17, 133:11, 138:9
**hunt** [3] - 105:7, 105:12, 127:11
**hurry** [1] - 138:14

**I**

**ICE** [1] - 87:19
**ID** [2] - 123:10, 148:1
**idea** [3] - 5:3, 30:2, 156:9
**identification** [3] - 9:11, 67:4, 120:23
**identified** [3] - 56:10, 115:19, 148:25
**identify** [9] - 114:14, 114:23, 115:17, 118:25, 122:12, 122:21, 124:19, 125:10, 148:15
**identifying** [1] - 56:12
**II** [2] - 1:10, 1:22
**illegal** [1] - 117:18
**illegally** [1] - 87:11
**ILONA** [2] - 1:21, 206:19
**immediately** [8] - 22:13, 80:6, 80:7, 80:9, 80:10, 80:15, 81:3, 81:11
**immigration** [1] - 104:12
**impact** [1] - 104:11
**impeach** [1] - 50:13
**impeached** [1] - 193:12
**impeachment** [7] - 26:3, 50:4, 50:17, 50:19, 51:14, 51:20, 51:22
**implicate** [4] - 16:10, 16:15, 101:22, 151:3
**important** [4] - 60:19, 60:23, 203:4, 204:1
**impossible** [1] - 29:18
**imprisonment** [2] - 100:2, 100:3
**improper** [4] - 26:2, 50:3, 50:17, 51:19
**inaccurate** [1] - 51:5
**inaudible** [1] - 27:7
**incarcerated** [1] - 96:14
**inches** [1] - 134:17
**incident** [2] - 6:2, 23:7
**incidents** [2] - 4:25, 6:20
**incised** [2] - 69:20, 69:24
**incision** [2] - 64:15, 64:18
**include** [4] - 178:5, 178:7, 178:9, 196:8
**included** [2] - 101:16, 194:10
**including** [6] - 4:23, 60:9, 80:8, 148:25, 149:8, 152:5
**inconsistent** [2] - 50:16, 51:15
**incorrect** [1] - 51:4
**incriminate** [2] - 57:12, 57:13
**independent** [3] - 82:15, 96:25, 204:5
**indicate** [1] - 132:8
**indicated** [4] - 19:8, 28:2, 33:3, 50:14
**indicating** [1] - 44:15
**indicating)** [6] - 26:1, 43:22, 45:3, 76:19, 76:25, 135:18
**indictment** [1] - 202:14
**indiscernible** [1] - 27:7
**individual** [2] - 63:18, 89:25
**individuals** [3] - 82:4, 148:25, 195:20
**inflicted** [2] - 38:13, 72:12
**influence** [1] - 78:7
**information** [5] - 16:4, 16:10, 101:13, 129:5, 203:14
**inhale** [1] - 179:4
**initial** [1] - 53:21
**initialed** [1] - 26:16
**initials** [4] - 51:3, 114:12, 125:5, 125:8
**initiates** [1] - 63:17
**initiation** [1] - 106:20
**injuries** [10] - 65:1, 65:2, 69:16, 69:17, 70:6, 70:25, 71:23, 73:21, 78:15, 78:25
**injury** [12] - 38:12, 63:17, 64:4, 64:14, 64:17, 64:20, 65:13, 69:6, 69:8, 73:13, 78:17, 81:9
**inside** [6] - 69:22, 70:1, 77:15, 127:20, 167:2
**installation** [1] - 127:7
**instead** [2] - 46:13, 81:22
**instruct** [1] - 5:13
**instructed** [3] - 4:13, 7:4
**instruction** [1] - 198:8
**instructions** [4] - 155:16, 155:19, 203:9, 205:16
**instrument** [5] - 69:21, 69:22, 69:25, 70:3, 71:4
**instruments** [1] - 71:21
**intentional** [3] - 186:6, 186:24, 200:22
**intentionally** [1] - 58:22
**intermediate** [1] - 143:6
**internal** [1] - 64:14
**INTERPRETER** [14] - 11:7, 12:14, 13:19, 20:24, 28:25, 30:8, 32:6, 34:21, 39:9, 40:13, 45:20, 55:18, 57:10, 59:12
**interpreter** [14] - 6:7, 6:8, 11:7, 12:14, 28:25, 32:6, 34:21, 37:24, 39:9, 45:20, 55:18, 57:10, 59:12, 97:18
**interruption** [1] - 7:25
**interview** [9] - 31:10, 32:15, 33:6, 33:18, 33:24, 34:18, 56:13
**interviewed** [3] - 14:19, 31:1, 31:23
**intoxicated** [2] - 129:13, 129:15
**introduce** [9] - 56:24, 61:15, 66:19, 70:10, 72:20, 117:10, 151:19, 151:20, 153:21
**introduced** [4] - 24:13, 24:14, 57:21, 131:6
**introduces** [1] - 9:16
**Investigation** [1] - 3:11
**investigation** [1] - 66:2
**invoked** [1] - 160:16
**involve** [1] - 72:13
**involved** [9] - 11:13, 29:14, 37:16, 38:3, 58:6, 66:7, 67:13, 110:22, 191:16
**involvement** [5] - 23:3, 24:3, 55:25, 60:18, 204:7
**issue** [7] - 5:11, 6:4, 51:14, 83:3, 149:19, 150:1, 154:2
**issues** [7] - 3:22, 4:1, 7:5, 89:7, 193:2, 194:3, 206:1
**IT** [1] - 49:24
**it'll** [5] - 6:4, 48:20, 73:8, 162:15, 204:17
**itself** [1] - 192:6

**J**

**jail** [1] - 152:5
**January** [3] - 1:5, 195:12, 206:18
**job** [1] - 89:13
**jobs** [2] - 111:19, 111:21
**Joe** [1] - 3:14
**Joel** [19] - 14:16, 21:8, 21:14, 21:17, 22:3, 22:6, 22:8, 22:11, 22:24, 23:8, 23:11, 24:1, 24:7, 108:24, 109:7, 150:14, 152:12, 160:2
**Joel's** [1] - 23:3
**joining** [1] - 92:4
**joint** [4] - 162:24, 163:18, 163:22, 164:4
**joints** [2] - 162:19, 179:20
**joking** [2] - 133:2, 133:7
**JOSEPH** [1] - 1:16
**Joseph** [1] - 67:10
**José** [1] - 200:7
**José's** [1] - 200:6
**Judge** [5] - 85:2, 151:17, 192:13, 195:2, 201:16
**judge** [12] - 4:18, 17:10, 17:16, 48:21, 83:2, 102:24, 102:25, 103:2, 103:4, 103:7,

103:8, 150:2
JUDGE [1] - 1:10
judicial [1] - 101:17
jump [3] - 7:7, 27:24, 146:10
jumped [17] - 13:3, 13:8, 13:13, 13:15, 106:18, 106:19, 135:3, 135:7, 135:10, 145:23, 146:1, 146:3, 146:4, 146:20, 146:25, 147:4, 147:10
jumped-in [5] - 13:8, 13:13, 13:15, 146:3, 147:4
jumping [6] - 13:5, 13:17, 13:22, 14:3, 147:5, 147:9
jumping-in [4] - 13:5, 13:17, 13:22, 14:3
jumpsuit [1] - 98:6
June [1] - 150:6
jurors [6] - 7:13, 84:17, 85:4, 149:20, 198:6, 198:13
JURORS [3] - 7:22, 33:21, 85:11
jury [37] - 5:8, 5:13, 7:15, 9:23, 49:12, 49:17, 49:23, 52:14, 52:15, 55:8, 57:23, 60:3, 61:16, 62:2, 81:17, 82:11, 82:17, 85:6, 86:11, 88:20, 91:22, 101:16, 122:17, 132:3, 149:18, 154:24, 182:3, 192:20, 192:24, 196:22, 198:14, 199:2, 202:2, 204:11, 204:22, 205:2, 205:16
Jury [10] - 7:17, 49:18, 52:16, 82:20, 85:7, 149:25, 155:1, 192:25, 198:15, 204:23
JURY [1] - 1:9
jury's [1] - 196:9

**K**

keep [5] - 44:21, 65:25, 143:3, 203:5, 203:8
keeping [1] - 58:17
kept [3] - 59:9, 65:4, 185:18
Kevin [12] - 2:10, 10:13, 10:16, 10:21, 30:19, 30:20, 31:21, 83:3, 85:16, 85:22, 86:8
Kevin's [1] - 10:1
kick [1] - 25:12
kicked [3] - 88:24, 89:2, 89:24
kicking [1] - 50:20
kid [1] - 171:24
kidney [1] - 72:3
kill [7] - 18:22, 23:6, 105:14, 134:1, 144:18, 164:25, 188:4
killed [16] - 18:18, 22:13, 24:1, 25:13, 27:15, 53:4, 106:2, 108:20, 108:21, 109:5, 109:8, 109:9, 109:13, 109:18, 110:6, 131:23
killing [4] - 28:9, 95:12, 133:23, 135:4
kills [1] - 187:22
Kimberly [2] - 3:15, 122:18
KIMBERLY [1] - 1:17
kind [26] - 9:3, 11:10, 45:3, 45:6, 62:6, 69:16, 71:19, 72:1, 95:9, 95:20, 95:24, 96:6, 98:3, 102:18, 102:19, 127:3, 133:2, 134:13, 137:25, 138:5, 168:12, 168:14, 179:1, 185:23
kit [2] - 65:24, 77:24
kitchen [1] - 166:25
knife [20] - 28:16, 37:6, 37:8, 40:2, 41:16, 71:21, 134:12, 134:13, 134:14, 134:20, 136:8, 136:10, 137:1, 172:19, 172:20, 184:1, 184:4, 184:9, 184:13, 184:15
knives [8] - 70:5, 71:3, 98:4, 166:23, 166:25, 182:15, 188:8, 188:9
knocked [1] - 170:8
knowing [2] - 36:2, 159:23
knowledge [2] - 6:19, 111:17
known [1] - 114:24
knows [2] - 7:8, 48:3

**L**

LA [5] - 90:25, 119:21, 119:22, 119:23, 122:25
labeled [5] - 73:14, 73:21, 74:4, 74:16, 74:23
lack [1] - 51:23
lacked [1] - 51:23
ladies [7] - 7:18, 49:11, 60:3, 81:17, 85:17, 192:20, 202:2
Lamus [1] - 93:20
Lancer [4] - 94:6, 94:15, 120:9, 155:8
land [3] - 87:4, 87:5, 183:2
language [1] - 33:14
laptop [1] - 199:8
Lara [4] - 21:8, 21:15, 22:6, 36:3
Lara's [1] - 150:14
large [3] - 37:6, 37:8, 40:2
larger [1] - 59:5
last [25] - 8:9, 8:12, 12:24, 15:24, 25:22, 61:22, 67:15, 67:17, 82:2, 83:17, 83:18, 84:3, 86:6, 86:9, 89:9, 95:6, 99:9, 125:23, 133:16, 133:17, 157:25, 195:11, 195:12, 197:14, 202:3
late [1] - 203:17
lateral [1] - 74:15
LAUDERDALE [1] - 1:2
law [37] - 4:21, 6:18, 18:11, 18:13, 21:22, 31:1, 31:6, 31:24, 32:16, 32:25, 34:15, 35:16, 35:19, 35:24, 36:16, 36:19, 45:11, 46:4, 50:6, 50:8, 50:11, 51:1, 53:8, 55:25, 66:1, 66:8, 66:14, 77:9, 77:16, 78:3, 105:23, 113:20, 123:9, 124:19, 138:17, 147:22, 203:9
lawyer [1] - 161:14
lawyers [6] - 8:1, 81:19, 82:8, 157:18, 203:10, 204:8
lay [1] - 193:10
laying [3] - 43:18, 170:12, 173:9
leader [1] - 107:13
leaders [1] - 145:10
leadership [2] - 107:9, 145:14
leading [2] - 54:13, 63:18
Leading [1] - 10:24
lean [1] - 44:11
leaning [1] - 132:22
learn [2] - 111:2, 124:10
learned [7] - 20:12, 22:21, 125:16, 125:17, 128:11, 129:7, 160:10
learning [1] - 179:15
least [6] - 12:17, 39:25, 69:14, 146:7, 147:10, 152:21
leave [14] - 11:23, 49:14, 82:7, 82:11, 82:13, 130:23, 137:17, 144:1, 149:21, 189:21, 192:22, 204:10, 205:7, 206:8
leaving [2] - 141:11, 188:7
lectern [1] - 199:8
led [1] - 6:18
left [30] - 3:23, 12:21, 26:19, 26:25, 33:13, 72:2, 72:3, 76:1, 76:5, 76:15, 76:19, 77:20, 78:15, 79:22, 81:22, 113:16, 113:17, 125:11, 131:11, 132:23, 141:8, 143:17, 154:18, 161:20, 164:22, 166:17, 167:19, 170:3, 205:15
leg [1] - 43:7
legal [3] - 67:4, 88:6, 104:8
legs [1] - 72:14
Lemus [1] - 93:16
length [4] - 69:22, 69:23, 69:25, 70:1
Leonardo [3] - 93:16, 93:17, 93:20
less [3] - 48:24, 49:1, 49:3
letter [3] - 73:14, 73:22, 79:1
letters [7] - 74:4, 74:8, 74:16, 74:23, 75:13, 79:2, 79:9
letting [2] - 5:4, 203:18
level [3] - 53:6, 53:7, 94:21
levels [4] - 94:18, 94:22, 94:24, 106:7
license [2] - 126:12, 141:17
lie [1] - 17:5
lied [2] - 34:18, 45:13
lies [1] - 194:12
life [12] - 48:9, 48:14, 48:22, 49:1, 87:15, 100:7, 100:12, 100:24, 101:3, 127:13, 171:18, 201:3
lifted [1] - 186:19
light [4] - 143:4, 143:5, 168:19, 185:20
lighter [1] - 138:12
lighting [2] - 184:23, 185:16
lights [6] - 138:1, 168:5, 168:8, 185:4, 185:10, 185:18
Lil [4] - 90:16, 90:18, 90:22, 92:4
limit [3] - 23:14, 23:16, 23:18
limited [4] - 60:16, 60:21, 202:10, 202:17
line [16] - 27:8, 27:9, 51:16, 177:19, 178:13, 180:20, 181:13, 181:25, 183:6, 184:2, 186:2, 187:8, 188:10, 189:12, 198:18, 201:1
lined [1] - 136:1
lineup [1] - 56:12
lineups [2] - 123:9, 147:23
linguist [1] - 195:6
list [1] - 77:11
listened [1] - 191:24
lit [2] - 163:22, 164:3
live [3] - 98:8, 108:4, 156:13
lived [5] - 12:8, 108:15, 120:2, 122:15, 188:22
liver [1] - 72:2
lives [1] - 8:1
living [16] - 11:19, 61:17, 89:12, 89:22, 98:7, 107:18, 108:14, 112:17, 112:18, 112:19, 115:2, 115:4, 115:5, 124:6, 171:4, 180:5

**LLP** [1] - 1:17
**located** [3] - 74:14, 75:11, 75:25
**location** [1] - 27:15
**locked** [1] - 149:5
**Locos** [2] - 91:18, 124:13
**look** [14] - 6:5, 33:17, 34:24, 66:12, 89:8, 95:1, 127:23, 128:1, 140:2, 151:8, 186:20, 193:22, 204:14, 205:16
**looking** [26] - 9:14, 37:22, 48:9, 64:4, 64:17, 64:20, 70:24, 71:6, 73:10, 73:18, 74:2, 74:13, 75:19, 84:4, 121:10, 121:22, 121:23, 122:4, 122:5, 131:10, 154:4, 192:18, 194:17, 195:22, 197:23, 203:15
**lookout** [3] - 95:1, 95:5, 96:2
**looks** [8] - 7:6, 70:7, 152:19, 152:21, 152:22, 203:11, 203:13, 205:10
**lose** [1] - 51:11
**low** [3] - 20:16, 88:24, 155:23
**lower** [3] - 38:25, 74:15, 75:12
**loyalty** [2] - 105:10, 188:5
**LS** [1] - 91:17
**lunch** [8] - 52:5, 81:21, 82:7, 82:14, 83:14, 85:9, 203:21, 205:22
**lung** [1] - 72:2
**Lupowitz** [1] - 206:18
**LUPOWITZ** [2] - 1:21, 206:19
**lying** [1] - 34:19

## M

**machete** [23] - 10:17, 28:13, 28:15, 28:16, 28:17, 28:20, 28:22, 37:11, 70:4, 136:25, 137:3, 137:5, 165:12, 165:14, 165:15, 165:16, 165:18, 169:15, 170:3, 170:19, 171:15, 171:22, 171:25
**machine** [1] - 52:6
**main** [3] - 5:15, 95:22, 150:21
**malfunction** [1] - 52:2
**Manassas** [2] - 146:14, 146:15
**mandatory** [7] - 48:9, 48:22, 49:1, 99:24, 100:2, 100:6, 171:18
**manner** [9] - 62:5, 63:14, 63:19, 63:20, 63:21, 63:24, 78:19, 78:20, 103:15
**map** [1] - 167:21
**Mara** [11] - 104:24, 104:25, 105:4, 105:5, 105:9, 105:10, 105:15, 106:2, 107:1, 179:1, 188:1
**Marcela** [3] - 2:6, 61:6, 61:9
**Margate** [1] - 89:23
**Mariachi** [11] - 24:6, 27:16, 93:5, 108:15, 109:23, 110:3, 112:16, 112:22, 143:24, 159:21, 165:4
**marijuana** [23] - 79:20, 79:21, 96:8, 96:10, 117:19, 117:21, 127:24, 161:21, 161:24, 162:1, 162:12, 164:18, 164:23, 166:9, 166:15, 177:6, 177:18, 177:22, 177:25, 178:2, 178:23, 179:4, 179:16
**marked** [7] - 2:24, 9:10, 106:5, 120:22, 151:22, 194:7, 194:15
**marker** [3] - 195:7, 199:25
**markings** [2] - 148:15, 148:20
**marks** [1] - 170:2
**MARSHAL** [1] - 85:2
**marshals** [3] - 3:19, 84:20, 85:18
**Maryland** [13] - 4:23, 6:14, 6:17, 12:3, 12:4, 14:10, 19:8, 126:4, 141:17, 142:9, 143:9, 143:10, 156:18
**materials** [1] - 68:4
**matter** [1] - 206:16
**maximum** [3] - 99:22, 100:2, 100:6
**McNab** [3] - 108:13, 140:16
**mean** [38] - 5:16, 10:8, 11:6, 15:17, 18:21, 34:23, 43:6, 51:11, 63:16, 69:18, 72:10, 77:8, 97:14, 105:24, 106:19, 123:6, 126:20, 128:24, 129:15, 133:20, 135:5, 135:7, 135:8, 135:11, 136:6, 136:24, 151:14, 152:16, 152:20, 153:23, 154:8, 157:9, 157:15, 163:16, 183:1, 186:13, 186:19
**means** [6] - 18:19, 95:3, 95:11, 106:1, 106:5, 147:11
**meant** [4] - 23:19, 124:9, 128:25, 187:21
**meat** [1] - 70:4
**media** [2] - 82:5, 204:7
**medical** [11] - 61:18, 61:20, 62:3, 62:4, 62:7, 62:8, 62:19, 63:25, 65:5, 65:9, 65:25
**Medical** [8] - 61:19, 61:23, 61:25, 62:10, 62:12, 62:15, 67:7, 68:18
**Medical-Examiner** [1] - 67:7
**meet** [6] - 88:8, 90:2, 90:18, 93:9, 93:10, 146:15
**meeting** [4] - 90:17, 124:18, 161:17, 205:22
**Melendez** [10] - 2:10, 83:3, 83:13, 83:17, 83:21, 85:16, 85:19, 85:22, 86:8, 150:11
**Melvin** [7] - 50:5, 60:8, 92:22, 92:23, 93:6, 114:24, 179:8
**member** [19] - 13:18, 13:22, 19:20, 20:5, 60:15, 93:17, 95:3, 95:7, 104:23, 108:2, 109:14, 110:7, 110:9, 119:15, 128:4, 144:13, 145:22, 202:8, 202:12
**members** [18] - 61:16, 62:2, 86:11, 88:20, 90:19, 91:22, 95:6, 106:25, 122:17, 127:10, 132:3, 146:5, 146:21, 153:2, 170:17, 179:3, 179:6, 182:2
**membership** [6] - 53:6, 94:19, 95:5, 144:9, 155:23
**memory** [1] - 50:7
**mention** [2] - 6:25, 152:4
**mentioned** [13] - 8:25, 10:3, 63:15, 63:19, 64:5, 64:23, 68:15, 73:24, 78:2, 78:24, 119:8, 131:23, 191:6
**mentions** [1] - 196:2
**met** [26] - 21:11, 21:22, 28:3, 46:4, 88:10, 88:13, 89:25, 90:3, 93:6, 116:22, 116:24, 117:8, 119:24, 119:25, 120:1, 126:22, 127:1, 146:16, 157:18, 157:25, 158:3, 180:18, 180:22, 190:25, 193:13
**metabolites** [1] - 79:20
**meters** [1] - 45:10
**Mexican** [1] - 19:24
**Mexico** [8] - 19:17, 19:18, 19:20, 21:10, 53:9, 87:20, 87:24, 88:3
**Miami** [10] - 1:4, 1:15, 1:19, 1:23, 1:24, 62:10, 98:8, 98:9, 206:21, 206:22
**microphone** [3] - 4:6, 61:8, 85:24
**mid** [1] - 203:19
**mid-morning** [1] - 203:19
**middle** [7] - 125:18, 125:19, 130:6, 130:12, 130:13, 136:3, 167:15
**might** [7] - 65:17, 65:24, 84:25, 154:17, 168:19, 181:2, 200:20
**Miguel** [4] - 92:22, 93:2, 93:6
**mind** [2] - 132:5, 203:8
**mind's** [1] - 42:4
**minds** [1] - 203:5
**mine** [2] - 125:9, 171:8
**minimum** [4] - 99:24, 100:3, 100:6, 100:12
**minor** [2] - 59:3, 140:5
**minute** [3] - 195:7, 199:25
**minutes** [7] - 33:18, 132:13, 192:22, 194:18, 195:10, 195:23, 199:25
**Miranda** [1] - 158:17
**miss** [1] - 40:2
**mistake** [1] - 139:17
**Mitsubishi** [4] - 94:6, 94:15, 120:8, 155:8
**mobile** [10] - 107:24, 108:3, 108:5, 108:9, 110:18, 110:19, 112:19, 113:12, 140:15, 156:14
**moment** [31] - 15:7, 18:4, 32:11, 40:13, 41:9, 43:21, 44:4, 47:4, 49:6, 52:5, 59:24, 60:5, 66:18, 70:9, 72:17, 73:16, 78:21, 85:19, 85:20, 111:8, 113:3, 123:5, 123:8, 126:12, 140:12, 147:18, 149:23, 177:9, 187:18, 190:3, 190:10
**moments** [2] - 24:9, 24:19
**money** [2] - 96:9, 97:22
**monitor** [1] - 130:23
**month** [4] - 11:24, 67:15, 67:17, 158:4
**months** [2] - 53:20, 111:12
**moon** [1] - 168:20
**moonlight** [3] - 138:10, 185:11, 185:20
**moreno** [1] - 12:24
**morning** [23] - 3:2, 3:8, 3:12, 3:14, 3:17, 4:9, 7:19, 8:19, 8:20, 19:6, 19:7, 79:16, 79:17, 82:2, 83:9, 83:10, 83:22, 84:4, 168:17, 185:1, 203:19, 204:9, 205:7
**most** [6] - 96:24, 112:16, 126:9, 144:18, 188:15, 205:20
**mostly** [1] - 194:17
**motion** [13] - 17:13, 17:16, 48:25, 102:3, 102:7, 102:10, 102:19, 102:21, 102:23, 103:4, 103:8, 103:19, 103:22
**motions** [2] - 17:21, 103:14

**Mount** [1] - 62:10
**mouth** [3] - 163:18, 163:23, 163:25
**move** [17] - 42:13, 43:25, 54:21, 89:17, 99:1, 107:23, 113:15, 114:1, 118:16, 120:16, 121:13, 124:23, 148:5, 149:15, 192:2, 193:8
**moved** [10] - 13:2, 89:19, 106:16, 107:19, 107:20, 107:24, 118:19, 121:16, 145:1, 197:9
**moves** [1] - 15:8
**moving** [6] - 35:15, 58:11, 94:1, 182:9, 182:12, 203:2
**MR** [122] - 2:8, 2:11, 2:11, 2:12, 3:8, 3:14, 4:5, 4:8, 4:12, 4:18, 5:17, 7:12, 50:10, 66:22, 66:24, 70:13, 72:22, 79:15, 80:20, 83:2, 83:5, 83:7, 83:10, 83:16, 84:7, 84:19, 84:24, 85:15, 86:3, 86:5, 94:10, 94:11, 98:25, 99:3, 99:7, 113:25, 114:3, 114:8, 118:15, 118:18, 118:22, 120:19, 120:21, 121:12, 121:15, 121:19, 121:21, 124:22, 124:25, 125:3, 128:22, 147:18, 147:21, 148:4, 148:8, 148:12, 149:14, 150:2, 150:22, 151:9, 151:10, 151:12, 151:17, 151:18, 151:23, 151:25, 152:3, 152:10, 152:24, 153:12, 153:25, 154:10, 154:14, 155:6, 155:7, 156:24, 157:4, 169:24, 170:1, 172:2, 172:5, 177:9, 177:12, 177:16, 190:10, 190:13, 191:13, 191:17, 192:1, 192:6, 192:10, 192:12, 192:16, 193:4, 193:10, 193:18, 193:23, 194:7, 194:12, 194:14, 195:2, 195:5, 195:18, 196:6, 196:13, 196:16, 196:22, 197:1, 197:15, 197:20, 198:1, 198:8, 198:20, 199:2, 199:5, 199:11, 199:15, 200:3, 200:14, 201:24, 206:4, 206:7
**MS** [136] - 2:4, 2:5, 2:5, 2:7, 2:8, 2:9, 4:2, 5:23, 8:18, 9:6, 9:9, 9:16, 9:18, 9:22, 9:24, 10:24, 11:3, 11:9, 11:12, 12:19, 13:20, 15:7, 15:10, 15:13, 18:4, 18:6, 19:1, 19:3, 19:5, 20:25, 24:12, 24:16, 24:18, 25:15, 25:19, 26:2, 26:7, 27:4, 27:12, 27:13, 29:1, 30:9, 32:9, 32:11, 32:14, 33:10, 33:12, 33:15, 33:16, 33:23, 33:25, 34:3, 34:7, 34:12, 35:1, 36:4, 36:7, 37:24, 38:2, 39:11, 39:15, 40:14, 40:24, 41:3, 41:17, 41:23, 42:9, 42:12, 42:15, 42:16, 45:22, 47:4, 47:6, 47:25, 48:5, 49:6, 49:9, 50:22, 52:12, 52:21, 52:23, 53:14, 53:15, 54:13, 54:17, 54:20, 54:23, 54:24, 55:3, 55:5, 55:7, 55:10, 55:12, 55:15, 55:17, 55:20, 55:23, 56:8, 56:9, 56:23, 57:1, 57:6, 57:8, 57:14, 59:17, 59:24, 60:1, 61:2, 61:10, 61:12, 61:14, 63:7, 63:11, 66:10, 66:16, 66:18, 67:1, 67:4, 67:12, 70:9, 70:16, 72:17, 72:19, 73:1, 73:16, 73:17, 78:21, 78:23, 79:12, 80:24, 81:1, 90:11, 90:13, 90:19, 91:8, 93:17
**MS-13** [39] - 13:3, 18:10, 18:13, 19:21, 20:3, 53:1, 53:3, 60:10, 92:2, 94:20, 95:18, 104:21, 104:23, 105:1, 105:3, 105:4, 105:15, 106:12, 106:21, 108:2, 108:17, 109:11, 110:23, 111:2, 111:17, 117:4, 119:16, 142:23, 147:11, 149:7, 150:12, 161:23, 166:12, 170:17, 179:3, 202:5, 202:10, 202:12, 202:16
**mudding** [1] - 127:4
**multiple** [4] - 78:14, 79:2, 79:8, 95:7
**murder** [65] - 4:23, 8:21, 11:22, 12:24, 12:25, 14:12, 14:15, 14:22, 21:8, 23:3, 28:7, 29:9, 29:12, 30:1, 30:16, 37:16, 37:21, 38:4, 56:4, 56:16, 98:12, 99:18, 104:20, 108:25, 109:3, 113:16, 113:18, 115:1, 115:21, 115:23, 123:20, 140:14, 141:24, 142:8, 144:23, 145:2, 147:15, 149:8, 150:7, 153:4, 153:14, 155:10, 155:24, 155:25, 158:15, 158:25, 159:2, 159:11, 159:23, 160:2, 160:10, 160:12, 161:1, 161:18, 162:6, 164:21, 165:20, 178:16, 179:7, 179:15, 181:12, 191:7, 191:10, 196:1, 202:13
**murdered** [3] - 23:4, 98:14, 159:7
**murders** [10] - 14:9, 19:25, 21:6, 21:12, 21:14, 25:7, 37:18, 47:11, 99:18, 149:8
**muzzle** [1] - 76:14

## N

**nail** [1] - 77:20
**name** [32] - 18:7, 57:18, 57:23, 57:25, 61:8, 86:6, 86:7, 86:9, 89:25, 91:20, 93:13, 95:13, 98:13, 108:23, 110:10, 113:2, 113:3, 114:21, 116:20, 116:21, 118:12, 119:4, 125:13, 125:14, 125:15, 125:16, 125:17, 125:23, 128:11, 151:2, 177:1
**named** [5] - 34:17, 92:22, 145:8, 146:24
**names** [3] - 34:24, 95:20, 146:23
**Nathan** [1] - 3:10
**natural** [2] - 63:22, 64:9
**nature** [1] - 197:6
**NE** [1] - 1:15
**near** [5] - 65:7, 132:6, 165:3, 189:15
**nearby** [2] - 112:19, 115:5
**necessarily** [3] - 153:5, 154:7, 154:13
**necessary** [1] - 59:15
**neck** [8] - 28:21, 73:12, 133:19, 133:20, 133:21, 135:1, 169:4, 183:14
**need** [21] - 3:20, 12:11, 20:13, 25:17, 34:21, 49:20, 83:6, 83:7, 104:23, 140:6, 149:15, 151:18, 154:13, 154:16, 166:14, 186:15, 188:2, 188:3, 192:8, 192:12, 196:21
**needed** [8] - 37:18, 39:5, 52:8, 138:14, 146:7, 188:5, 193:8, 195:10
**needs** [1] - 80:12
**never** [4] - 18:15, 54:4, 127:13, 188:12
**New** [4] - 12:5, 13:6, 13:7, 13:24
**new** [6] - 81:23, 92:18, 105:8, 187:19, 187:20, 204:11
**next** [20] - 39:18, 50:14, 51:9, 60:6, 61:1, 85:14, 127:21, 131:2, 133:14, 133:25, 135:2, 149:15, 150:1, 163:9, 164:1, 169:11, 172:12, 175:14, 175:15, 200:10
**nice** [2] - 7:20, 28:5
**nickname** [8] - 92:23, 92:25, 93:2, 93:4, 114:16, 116:20, 125:24, 157:5
**night** [45] - 25:13, 28:17, 29:9, 29:10, 29:13, 29:25, 45:19, 45:23, 50:11, 51:2, 56:3, 101:11, 109:17, 115:21, 115:23, 116:23, 119:11, 119:25, 122:7, 126:13, 131:13, 131:20, 156:4, 156:12, 159:4, 161:20, 162:5, 163:2, 163:11, 164:14, 164:21, 165:9, 165:14, 165:15, 170:17, 171:1, 171:21, 172:19, 176:2, 177:4, 178:16, 179:7, 179:14, 179:19, 180:15
**nighttime** [1] - 168:16
**nine** [1] - 25:3
**nine-page** [1] - 25:3
**NO** [1] - 1:2
**no-time-limit** [1] - 23:18
**nobody** [2] - 115:19, 144:4
**noise** [1] - 52:7
**normal** [3] - 65:4, 162:20, 162:23
**normally** [7] - 93:22, 164:12, 164:13, 164:15, 164:16, 178:15, 178:22
**north** [6] - 110:7, 112:25, 130:25, 141:9, 141:11, 143:23
**North** [2] - 1:23, 206:21
**northeast** [1] - 12:23
**Northeast** [1] - 89:1
**noted** [4] - 50:14, 51:7, 65:2, 78:25
**notepads** [5] - 8:14, 82:13, 149:21, 192:22, 204:10
**notes** [1] - 183:22
**nothing** [6] - 17:20, 48:17, 103:13, 151:3, 172:10, 181:10
**notice** [2] - 98:5, 183:8
**Number** [1] - 66:5
**number** [7] - 3:4, 59:21, 66:2, 81:12, 101:6, 151:22
**numbered** [1] - 33:16
**numerous** [2] - 69:11, 193:13

## O

**o'clock** [3] - 49:13, 202:20, 205:19
**Oakland** [7] - 88:19, 90:7,

91:7, 91:16, 107:14, 107:24, 144:1
**oath** [1] - 8:9
**object** [3] - 26:2, 149:17, 150:16
**objection** [43] - 9:17, 9:18, 15:9, 15:10, 24:12, 27:4, 36:4, 41:20, 42:9, 50:3, 50:17, 54:13, 55:12, 55:14, 57:1, 66:20, 66:22, 66:23, 70:12, 70:13, 72:22, 98:25, 99:2, 99:3, 113:25, 114:3, 118:15, 118:18, 121:15, 124:22, 124:24, 124:25, 148:4, 148:7, 148:8, 150:19, 150:21, 172:2, 191:13, 192:4, 194:5, 196:14, 198:23
**Objection** [3] - 10:24, 41:17, 47:25
**objections** [1] - 193:9
**obligation** [3] - 18:1, 103:22, 103:25
**observacion** [9] - 94:25, 96:3, 96:4, 106:8, 107:3, 123:8, 144:6, 144:24, 146:16
**observe** [3] - 72:7, 75:1, 75:2
**observed** [8] - 51:15, 69:13, 70:19, 71:9, 71:13, 73:4, 76:2, 81:12
**observing** [1] - 71:16
**obviously** [7] - 5:8, 7:5, 7:9, 153:3, 153:7, 195:7, 196:4
**occupied** [1] - 34:16
**occurred** [1] - 14:13
**occurrence** [1] - 180:13
**OF** [2] - 1:1, 1:4
**offense** [1] - 82:8
**office** [8] - 16:3, 17:21, 61:21, 65:5, 65:9, 66:7, 66:14, 103:13
**OFFICE** [1] - 1:14
**Office** [13] - 61:19, 61:24, 62:1, 62:12, 62:15, 68:18, 101:14, 101:18, 102:6, 102:9, 102:22, 103:18, 103:23
**office's** [1] - 103:14
**OFFICER** [12] - 7:15, 49:17, 52:15, 82:19, 84:13, 85:6, 149:24, 154:19, 154:24, 192:24, 198:14, 204:22
**Official** [2] - 1:21, 206:19
**old** [8] - 48:11, 69:1, 86:11, 86:13, 86:18, 86:19, 86:24, 87:2
**older** [2] - 86:22, 86:23
**Omar** [11] - 109:6, 109:12, 109:18, 109:25, 110:6, 159:7, 159:11, 161:18, 164:25, 165:12
**Omar's** [2] - 158:24, 164:21
**omission** [1] - 16:10
**once** [9] - 23:22, 23:23, 25:12, 76:7, 77:13, 88:13, 117:16, 132:14, 202:3
**Ondina** [4] - 27:24, 27:25, 28:10, 37:9
**one** [108] - 4:9, 4:25, 10:19, 15:7, 18:4, 20:7, 20:12, 21:14, 30:6, 31:10, 31:21, 32:11, 33:13, 33:18, 36:12, 37:8, 37:10, 38:10, 39:25, 40:3, 43:7, 46:6, 47:4, 47:20, 49:6, 53:3, 55:19, 59:2, 59:21, 59:24, 64:16, 66:18, 70:9, 72:17, 73:13, 74:3, 75:24, 78:16, 78:21, 79:23, 81:8, 94:3, 95:2, 95:22, 111:22, 112:17, 114:11, 114:19, 114:21, 115:8, 115:14, 115:16, 115:19, 118:23, 122:10, 122:19, 122:20, 125:19, 126:11, 127:10, 133:25, 138:3, 138:20, 138:25, 144:9, 145:10, 146:22, 146:24, 147:18, 148:13, 148:18, 150:19, 151:7, 151:21, 151:22, 158:24, 159:4, 161:1, 169:4, 169:6, 169:16, 169:22, 170:8, 170:18, 171:17, 172:20, 175:7, 176:2, 176:14, 176:22, 179:20, 184:4, 184:8, 185:7, 185:25, 187:12, 190:10, 193:15, 193:20, 194:16, 195:5, 196:24, 199:20, 203:11, 205:22
**One** [1] - 73:16
**one's** [1] - 176:22
**ones** [5] - 47:12, 74:18, 75:11, 96:13, 192:9
**open** [7] - 5:5, 5:9, 6:6, 6:23, 7:9, 203:5, 203:8
**opened** [1] - 64:15
**opinion** [2] - 71:12, 78:11
**OPLS** [6] - 91:13, 91:15, 91:19, 92:8, 93:18, 93:20
**opportunity** [3] - 6:24, 28:19, 205:3
**option** [2] - 102:15, 102:16
**order** [3] - 94:21, 95:7, 97:4
**Order** [1] - 3:1
**organ** [1] - 64:16
**organization** [3] - 91:25, 92:1, 105:1
**organs** [4] - 71:24, 72:1, 80:12, 80:13
**original** [2] - 33:14
**originally** [1] - 31:6
**Ortiz** [9] - 6:7, 8:19, 18:7, 50:5, 50:13, 50:15, 51:2, 52:24, 60:8
**Ortiz's** [1] - 50:23
**others'** [1] - 145:12
**ourselves** [1] - 117:10
**outcome** [1] - 201:18
**outside** [8] - 45:7, 82:4, 127:15, 167:3, 184:21, 188:16, 191:13, 201:8
**overhead** [2] - 99:8, 125:4
**overhear** [1] - 145:19
**overrule** [1] - 196:19
**overruled** [11] - 10:25, 36:5, 40:25, 41:20, 48:1, 54:14, 55:16, 57:3, 172:3, 191:14, 198:24
**overruling** [1] - 196:16
**own** [7] - 10:6, 45:17, 47:2, 87:13, 165:18, 169:1, 204:19
**owner** [1] - 108:3

## P

**p.m** [17] - 1:6, 82:20, 84:14, 84:15, 85:7, 112:3, 112:4, 116:1, 149:25, 154:20, 154:21, 155:1, 192:25, 198:15, 204:23, 206:10
**pace** [3] - 83:18, 203:3, 205:16
**packet** [3] - 196:3, 199:7
**packets** [4] - 196:22, 199:2, 199:6
**Page** [1] - 2:2
**page** [34] - 15:24, 16:8, 17:11, 17:12, 25:3, 25:22, 25:25, 27:8, 27:9, 33:15, 35:17, 50:14, 50:25, 51:1, 51:9, 51:17, 99:8, 99:9, 100:1, 100:15, 101:20, 152:22, 193:19, 193:20, 193:23, 199:12, 199:24, 200:10, 200:11
**Pages** [1] - 1:8
**pages** [2] - 33:16, 151:10
**paid** [2] - 26:15, 97:22
**Palm** [5] - 61:18, 61:19, 61:23, 62:16, 68:18
**palm** [1] - 77:19
**pants** [1] - 77:23
**paragraph** [16] - 16:1, 16:8, 17:19, 17:24, 26:3, 50:25, 100:1, 100:15, 101:12, 101:20, 103:12, 103:17, 103:21, 104:10, 104:15
**paragraphs** [1] - 100:16
**pardon** [9] - 54:15, 92:7, 98:21, 106:23, 117:24, 134:10, 135:6, 175:22, 189:6
**parents** [1] - 87:14
**parents'** [1] - 89:17
**park** [5] - 108:10, 112:20, 112:21, 115:7, 165:3
**Park** [7] - 88:19, 90:7, 91:7, 91:16, 107:14, 107:24, 144:1
**parked** [3] - 132:6, 132:8, 133:14
**Parker** [4] - 83:8, 83:22, 83:23
**paro** [2] - 20:18, 20:20
**part** [33] - 4:18, 4:19, 4:20, 25:25, 26:16, 27:22, 51:3, 51:19, 54:25, 55:6, 68:7, 75:13, 87:19, 88:18, 93:18, 104:16, 106:21, 151:12, 152:10, 153:20, 172:23, 173:11, 173:25, 174:8, 177:21, 183:13, 193:15, 193:16, 193:18, 195:1, 195:24, 196:6, 199:20
**participant** [1] - 191:10
**participants** [1] - 153:5
**participate** [9] - 13:17, 13:21, 14:3, 108:25, 133:25, 147:5, 147:9, 172:11, 183:9
**participated** [7] - 4:22, 47:12, 123:18, 146:20, 174:13, 183:5, 183:8
**participation** [5] - 14:22, 145:2, 145:4, 145:13, 202:13
**particles** [2] - 76:7, 76:11
**particular** [2] - 4:17, 16:18
**parts** [3] - 59:5, 145:19, 194:21
**pass** [3] - 55:10, 156:24, 199:3
**passage** [3] - 50:4, 50:12, 50:19
**passed** [6] - 152:16, 172:21, 184:5, 184:9, 184:13, 184:15
**passenger** [8] - 30:12, 30:22, 35:20, 129:25, 130:5, 139:9, 141:23, 167:11
**passenger's** [1] - 130:3
**past** [1] - 60:11
**patch** [1] - 140:8
**pathologist** [1] - 68:2
**pathology** [8] - 62:10, 62:11, 63:2, 63:5, 63:8, 63:12, 63:13
**patience** [1] - 198:17
**paused** [4] - 55:22, 199:14, 200:2, 200:13
**pay** [3] - 97:4, 97:7, 163:3
**paying** [3] - 87:13, 87:14, 87:16
**pelvic** [1] - 72:4

**penalty** [1] - 100:9
**people** [36] - 13:9, 13:10, 21:24, 29:14, 36:12, 82:16, 90:10, 90:17, 91:7, 91:24, 93:20, 95:1, 96:13, 105:8, 112:14, 112:15, 116:10, 122:7, 124:20, 127:8, 133:11, 134:22, 136:12, 144:20, 144:21, 145:17, 150:23, 152:5, 155:20, 160:9, 166:11, 166:22, 187:6, 188:2, 204:6
**per** [2] - 93:12, 180:4
**percentage** [2] - 97:4, 97:7
**perfectly** [1] - 182:7
**performed** [4] - 64:11, 67:19, 68:17, 78:5
**performing** [1] - 64:1
**performs** [1] - 106:22
**perhaps** [1] - 203:23
**Perhaps** [1] - 204:11
**period** [2] - 169:6, 169:7
**permission** [3] - 66:10, 187:4, 187:5
**person** [29] - 13:12, 16:9, 16:11, 16:18, 28:2, 34:17, 58:6, 58:18, 98:14, 108:7, 109:5, 110:2, 115:2, 117:1, 125:20, 126:18, 127:12, 128:10, 129:7, 163:21, 164:1, 164:8, 172:20, 180:4, 184:4, 184:8, 184:17, 184:20, 187:13
**person's** [4] - 93:13, 113:2, 116:20, 128:11
**personally** [1] - 29:5
**perspective** [1] - 131:17
**perspectives** [1] - 131:19
**phone** [8] - 128:9, 149:4, 149:10, 167:22, 191:18, 195:3, 199:16, 203:18
**photograph** [14] - 9:14, 56:10, 56:13, 70:19, 71:6, 71:16, 74:13, 74:21, 75:5, 75:10, 75:19, 114:12, 114:14, 114:23
**photographed** [1] - 64:21
**photographic** [1] - 147:23
**photographs** [4] - 68:9, 70:24, 78:10, 113:20
**photos** [1] - 131:17
**physical** [2] - 77:4, 77:9
**physically** [1] - 47:9
**pick** [6] - 63:22, 81:22, 81:23, 112:11, 112:13, 154:18
**picked** [4] - 116:3, 116:6, 116:10, 116:12
**picture** [22] - 57:24, 70:20, 71:17, 74:25, 120:24, 121:1, 121:8, 121:10, 121:23, 122:4, 122:5, 124:19, 125:10, 125:25, 126:2, 126:3, 131:10, 131:25, 141:18, 141:22, 151:15, 170:2
**pictures** [4] - 68:6, 131:5, 131:15, 204:16
**piece** [4] - 52:1, 149:15, 196:25, 197:14
**pierce** [1] - 41:16
**pissed** [2] - 133:3, 133:4
**piñata** [1] - 182:20
**place** [11] - 13:5, 23:4, 38:24, 41:12, 43:5, 58:13, 143:10, 159:7, 182:22, 183:1, 200:6
**placed** [1] - 151:1
**places** [3] - 82:16, 168:14, 204:6
**plan** [4] - 83:12, 198:6, 205:18, 205:25
**plane** [1] - 87:4
**planned** [2] - 129:12, 129:13
**planning** [1] - 82:25
**plans** [3] - 23:22, 23:23, 205:9
**play** [6] - 22:25, 193:16, 196:5, 196:6, 200:10, 203:24
**played** [1] - 191:23
**playing** [3] - 160:19, 196:20, 196:24
**plea** [27] - 15:4, 15:23, 16:17, 24:10, 24:15, 24:19, 24:21, 25:9, 53:17, 84:9, 98:20, 98:22, 99:13, 99:14, 99:20, 100:5, 101:8, 104:4, 104:17, 161:1, 161:7, 161:9, 161:10, 201:6, 201:7, 201:8, 201:11
**plead** [2] - 59:16, 190:21
**pleading** [4] - 99:21, 100:8, 100:11, 104:11
**pled** [9] - 15:1, 15:4, 15:14, 25:7, 47:11, 48:8, 54:8, 98:10, 98:18
**point** [38] - 34:6, 38:23, 73:8, 83:16, 87:21, 89:17, 89:22, 100:9, 112:22, 113:15, 115:8, 117:18, 127:17, 127:25, 130:15, 130:24, 136:10, 136:18, 136:19, 140:1, 140:7, 140:11, 140:23, 144:5, 149:4, 150:9, 150:10, 153:18, 153:23, 154:7, 154:12, 165:25, 166:14, 167:25, 173:7, 185:1, 189:5, 189:7
**pointed** [3] - 69:21, 69:22, 71:21
**points** [1] - 167:21
**police** [9] - 53:21, 53:23, 53:24, 105:18, 105:19, 105:22, 105:25, 151:1, 190:15
**polishing** [2] - 111:22, 111:25
**Pony** [3] - 145:8, 145:9
**popped** [1] - 137:9
**popular** [2] - 179:1, 179:3
**Portillo** [2] - 67:8, 68:15
**portion** [4] - 194:4, 194:6, 196:20, 200:15
**positioned** [1] - 43:12
**possibly** [2] - 29:22, 158:11
**posting** [1] - 82:5
**postmortem** [2] - 79:25, 80:1
**potential** [1] - 201:21
**potentially** [3] - 4:22, 84:2, 181:1
**pounds** [1] - 69:5
**powder** [3] - 76:7, 76:9, 76:11
**Power** [17] - 30:15, 40:7, 40:9, 40:11, 42:17, 118:12, 123:17, 124:2, 124:8, 130:20, 135:8, 140:22, 173:13, 173:19, 181:22, 182:3, 184:12
**power** [3] - 123:16, 123:18, 181:23
**practice** [1] - 178:22
**preamble** [1] - 152:13
**precisely** [1] - 13:24
**prefer** [3] - 153:23, 154:6, 154:12
**preparation** [1] - 195:6
**prepared** [2] - 158:5, 158:11
**present** [4] - 3:10, 3:16, 51:16, 123:12
**presentation** [1] - 198:3
**preserve** [1] - 77:17
**presumably** [1] - 83:23
**pretend** [2] - 43:21, 44:3
**pretty** [4] - 20:10, 52:25, 53:1, 94:25
**previously** [5] - 61:24, 68:15, 116:22, 119:25, 120:1
**primarily** [3] - 50:4, 152:4, 152:14
**prints** [1] - 77:19
**prison** [6] - 48:14, 91:5, 91:6, 92:3, 92:14, 195:20
**problem** [8] - 4:15, 48:15, 77:7, 186:25, 192:7, 194:14, 194:15, 195:5
**problems** [3] - 7:10, 142:7, 142:13
**proceed** [5] - 27:10, 61:10, 63:9, 64:14, 86:2
**proceeding** [1] - 47:14
**proceedings** [3] - 101:17, 206:15
**process** [1] - 102:3
**produce** [1] - 65:9
**proffer** [18] - 24:10, 24:12, 24:15, 24:22, 24:24, 25:6, 25:10, 26:22, 26:23, 27:3, 50:5, 50:14, 50:24, 51:6, 51:11, 51:12, 51:22
**promised** [3] - 16:23, 102:14, 201:10
**promises** [5] - 16:20, 102:10, 102:12, 102:17, 201:7
**proof** [1] - 5:18
**proper** [1] - 51:22
**prosecution** [4] - 157:18, 164:22, 180:19, 190:25
**prosecutor** [1] - 102:5
**prosecutors** [1] - 160:25
**protect** [5] - 16:9, 16:13, 72:13, 101:21, 135:17
**protection** [1] - 97:8
**prove** [4] - 47:24, 60:14, 188:5, 202:7
**provide** [2] - 55:7, 101:13
**provided** [4] - 8:11, 77:9, 78:3, 155:16
**providing** [1] - 16:4
**pubic** [1] - 77:22
**publish** [5] - 9:21, 9:23, 55:16, 67:1, 121:19
**published** [4] - 55:21, 199:13, 200:1, 200:12
**publishing** [1] - 196:20
**pulled** [7] - 10:9, 10:10, 118:5, 127:17, 138:9, 168:7, 168:23
**pulling** [1] - 137:24
**pulls** [1] - 134:22
**punch** [1] - 25:12
**punching** [2] - 50:20, 136:7
**punishment** [1] - 142:20
**purpose** [4] - 60:16, 60:21, 64:25, 202:10
**purposes** [2] - 50:1, 51:14
**pursuant** [2] - 98:20, 98:22
**put** [15] - 52:1, 77:14, 77:17, 85:1, 91:21, 128:9, 144:22, 163:18, 163:22, 167:22, 196:4, 196:7, 203:7, 205:12
**putting** [5] - 77:15, 182:9, 182:12, 196:21, 203:18

## Q


**qualify** [1] - 63:7
**questioned** [1] - 161:18
**questioning** [17] - 8:6, 51:16, 139:20, 177:19, 178:13, 180:20, 181:13, 181:25, 183:6, 184:2, 186:2, 187:8, 188:10, 189:12, 197:14, 198:18, 201:1
**questions** [24] - 5:19, 5:25, 6:10, 6:12, 6:23, 19:1, 26:5, 32:17, 32:19, 34:10, 49:9, 60:1, 79:12, 80:21, 81:15, 156:24, 158:9, 158:11, 177:12, 181:1, 181:11, 197:15, 201:24
**quick** [3] - 192:14, 192:23, 193:3
**quickly** [3] - 29:16, 29:17, 37:14
**quietly** [1] - 34:4
**quite** [9] - 5:11, 82:1, 152:17, 154:5, 177:25, 178:3, 197:12, 205:5, 205:23


## R


**racketeering** [4] - 60:15, 98:12, 202:8, 202:11
**raise** [3] - 20:13, 39:4, 85:21
**raised** [2] - 46:18, 135:18
**ramp** [5] - 131:21, 131:22, 131:25, 132:5
**ran** [1] - 10:12
**range** [3] - 76:6, 76:10, 76:13
**rank** [13] - 20:16, 20:18, 38:25, 39:4, 39:5, 95:24, 96:1, 111:2, 111:4, 111:5, 144:9, 147:11, 155:12
**ranks** [5] - 20:13, 21:3, 38:4, 107:8, 123:7
**rather** [1] - 37:14
**ratification** [1] - 51:11
**Raton** [1] - 131:3
**reach** [1] - 37:18
**reacting** [1] - 182:19
**read** [3] - 34:7, 57:23, 158:17
**reading** [1] - 67:1
**ready** [12] - 6:8, 7:13, 8:14, 27:11, 52:10, 83:3, 84:16, 84:18, 84:22, 86:2, 118:23, 137:17
**real** [3] - 142:16, 192:14, 193:3
**realized** [4] - 46:3, 58:21, 128:3, 195:9
**really** [18] - 5:14, 5:16, 20:16, 51:23, 111:4, 128:1, 128:21, 129:17, 134:1, 163:3, 164:8, 164:19, 165:25, 178:19, 192:12, 193:15, 193:20, 197:11
**reason** [9] - 21:23, 37:20, 38:3, 50:22, 84:1, 101:2, 153:20, 160:22, 166:17
**reasoning** [1] - 51:25
**reasons** [3] - 171:17, 197:4, 200:25
**rebuttal** [1] - 54:23
**recapping** [1] - 153:7
**receive** [7] - 48:25, 59:11, 62:6, 97:8, 101:4, 102:4, 149:4
**received** [17] - 9:20, 15:12, 54:3, 55:9, 57:5, 59:4, 59:7, 70:15, 72:24, 80:2, 99:6, 114:6, 118:20, 121:18, 125:2, 148:10, 198:25
**Received** [1] - 2:14
**receiving** [1] - 201:17
**recently** [1] - 113:20
**recess** [2] - 49:19, 84:12
**recessed** [4] - 49:21, 84:14, 154:20, 206:10
**recognize** [12] - 9:12, 25:20, 47:13, 94:12, 99:10, 120:24, 121:8, 125:5, 131:7, 131:17, 148:21, 199:16
**recollection** [2] - 33:7, 66:13
**recommendation** [1] - 102:18
**recommendations** [1] - 17:17
**reconnect** [1] - 12:6
**reconnected** [1] - 12:20
**record** [24] - 18:5, 32:13, 34:11, 49:8, 50:1, 52:1, 52:9, 59:25, 61:8, 72:18, 78:22, 84:15, 86:7, 113:24, 147:20, 149:13, 154:21, 177:11, 190:12, 192:19, 193:19, 194:6, 197:5, 204:1
**recorded** [5] - 31:11, 33:4, 149:11, 160:20, 191:21
**recording** [4] - 56:1, 151:23, 151:25, 195:8
**records** [1] - 64:1
**recounted** [1] - 50:6
**recounting** [1] - 50:10
**recounts** [1] - 51:1
**recovered** [1] - 77:5
**recruit** [8] - 92:18, 92:19, 93:7, 95:2, 105:8, 111:16, 155:20
**recruited** [1] - 107:2
**red** [4] - 30:6, 120:11, 121:25, 167:8
**redacted** [6] - 4:24, 150:4, 152:3, 194:17, 195:18, 195:21
**redactions** [3] - 195:1, 195:23, 197:12
**REDIRECT** [6] - 2:5, 2:9, 2:12, 52:22, 80:25, 177:15
**redirect** [6] - 49:12, 52:19, 80:23, 154:8, 177:14, 196:24
**reduce** [3] - 17:16, 18:1, 104:1
**reduced** [3] - 201:15, 201:17, 201:21
**reduction** [9] - 16:23, 16:25, 17:3, 17:5, 17:8, 17:14, 101:9, 102:4, 102:23
**refer** [3] - 66:9, 77:6, 128:16
**referenced** [1] - 4:25
**references** [2] - 195:19, 195:21
**referred** [1] - 105:4
**referring** [3] - 46:6, 194:9, 200:6
**reflected** [1] - 50:19
**refresh** [3] - 33:7, 34:9, 66:12
**regarding** [13] - 5:19, 6:14, 8:1, 16:20, 21:11, 23:11, 32:16, 50:20, 51:8, 66:15, 82:15, 197:6, 204:5
**regardless** [1] - 83:23
**regards** [2] - 21:22, 32:17
**region** [1] - 77:22
**regions** [1] - 74:15
**regular** [1] - 180:13
**related** [1] - 202:16
**relationship** [1] - 113:8
**relaxing** [2] - 7:20, 166:7
**relevance** [1] - 197:5
**relevant** [3] - 25:6, 60:13, 202:7
**relied** [1] - 51:17
**relying** [2] - 42:3, 50:4
**remember** [28] - 8:23, 8:24, 10:14, 18:7, 21:9, 29:22, 32:1, 32:19, 32:21, 32:25, 36:16, 47:1, 82:7, 93:13, 108:9, 146:13, 146:23, 146:24, 163:7, 172:20, 172:21, 183:13, 184:5, 191:19, 202:12, 203:6, 203:25, 204:3
**remembered** [2] - 33:3, 184:4
**remind** [6] - 60:7, 60:13, 60:24, 131:19, 202:3, 202:6
**reminders** [1] - 81:25
**remote** [1] - 137:25
**removed** [4] - 64:16, 64:19, 65:20
**rent** [2] - 97:14, 97:22
**renta** [1] - 97:13
**repeat** [6] - 13:19, 20:24, 28:25, 45:20, 57:11, 105:2
**repeating** [1] - 82:1
**rephrase** [1] - 14:7
**report** [14] - 65:10, 65:12, 66:4, 66:9, 66:11, 67:19, 70:25, 72:7, 77:6, 78:9, 138:17, 145:4, 145:7, 145:12
**REPORTED** [1] - 1:20
**reporter** [2] - 35:5, 52:5
**Reporter** [2] - 1:21, 206:19
**reporter's** [1] - 49:25
**require** [1] - 64:10
**required** [5] - 60:14, 64:6, 101:18, 103:8, 202:7
**requires** [2] - 17:21, 103:13
**research** [2] - 82:15, 204:5
**residency** [1] - 62:9
**resolve** [1] - 194:3
**respect** [2] - 34:24, 104:24
**response** [5] - 6:25, 139:22, 152:15, 178:15, 200:18
**rest** [2] - 48:14, 196:7
**restaurant** [5] - 89:13, 111:21, 111:23, 112:5, 112:7
**restroom** [5] - 49:15, 49:20, 149:22, 154:17, 154:18
**result** [11] - 18:23, 58:25, 81:12, 99:21, 101:4, 104:10, 137:7, 140:6, 142:19, 144:16, 144:17
**retake** [1] - 3:20
**retired** [2] - 91:9, 91:10
**return** [2] - 82:12, 141:8
**returned** [1] - 92:3
**returning** [1] - 111:10
**review** [9] - 34:4, 34:5, 34:13, 66:11, 67:23, 68:4, 68:11, 68:14, 78:9
**reviewed** [5] - 24:24, 26:8, 66:4, 68:6, 73:3
**reviewing** [1] - 63:25
**revised** [1] - 195:15
**revisit** [1] - 154:8
**ribs** [1] - 72:4
**Ricardo** [1] - 86:8
**rid** [1] - 177:2
**ride** [2] - 156:22, 159:4
**rides** [1] - 94:3
**riding** [1] - 36:20
**right-hand** [1] - 125:5
**rights** [2] - 104:16, 158:18
**rise** [15] - 7:15, 21:3, 38:4,

39:5, 49:17, 52:15, 82:19, 84:13, 85:6, 149:24, 154:19, 154:24, 192:24, 198:14, 204:22
**rival** [3] - 96:25, 133:5, 134:4
**rivals** [8] - 53:3, 105:7, 105:12, 105:13, 126:21, 126:25, 127:9, 127:11
**river** [1] - 87:11
**RMR** [2] - 1:21, 206:19
**road** [8] - 43:9, 45:4, 131:11, 131:12, 137:24, 138:6, 141:24, 168:1
**rode** [2] - 110:15, 113:5
**RODOLFO** [1] - 1:10
**Rodolfo** [1] - 1:22
**roll** [2] - 162:16, 162:17
**rolled** [1] - 177:22
**rolling** [2] - 162:14, 163:7
**rolls** [1] - 163:3
**room** [3] - 82:11, 82:17, 204:11
**Room** [2] - 1:24, 206:21
**rose** [1] - 12:24
**Rosenbaum** [9] - 3:15, 4:6, 5:14, 67:10, 190:7, 194:6, 196:11, 205:5, 206:6
**ROSENBAUM** [45] - 1:16, 1:17, 2:8, 2:11, 3:14, 4:5, 4:8, 4:12, 5:17, 7:12, 66:22, 66:24, 70:13, 72:22, 79:15, 80:20, 84:7, 99:3, 114:3, 118:18, 121:15, 124:25, 148:8, 150:22, 151:10, 151:18, 157:4, 169:24, 170:1, 172:5, 177:9, 177:12, 191:13, 192:6, 192:12, 192:16, 193:4, 194:7, 194:12, 194:14, 196:13, 196:16, 197:1, 198:8, 206:7
**Rosenbaum's** [1] - 5:6
**roughly** [1] - 62:24
**round** [4] - 7:14, 85:5, 154:23, 198:12
**row** [1] - 161:14
**RUIZ** [1] - 1:10
**Ruiz** [2] - 1:22, 103:1
**rule** [2] - 59:22, 181:8
**rules** [12] - 15:19, 18:10, 18:13, 20:8, 21:5, 53:3, 82:9, 104:22, 105:18, 105:21, 127:11, 142:22
**run** [3] - 4:21, 36:24, 169:1
**running** [5] - 32:5, 37:1, 40:5, 189:19, 203:17
**rural** [1] - 185:7

## S

**S.E** [1] - 1:18
**Salvador** [11] - 19:10, 19:14, 23:10, 23:13, 86:15, 87:21, 96:13, 96:19, 144:21, 145:8, 145:10
**Salvatrucha** [1] - 91:18
**sample** [1] - 65:22
**samples** [2] - 65:21, 77:21
**sandwich** [1] - 28:8
**sat** [2] - 139:8, 161:10
**saved** [1] - 77:15
**saw** [29] - 10:16, 24:9, 24:19, 29:24, 29:25, 37:3, 37:5, 40:6, 41:6, 41:10, 41:15, 42:1, 42:4, 42:8, 44:17, 45:17, 46:2, 46:5, 46:16, 47:7, 51:15, 141:19, 161:7, 170:10, 170:11, 174:6, 186:19, 188:8, 201:6
**scalp** [1] - 77:22
**scared** [1] - 139:16
**scars** [1] - 64:13
**scene** [5] - 48:7, 77:14, 77:17, 133:10, 184:25
**schedule** [2] - 202:24, 203:13
**School** [1] - 89:1
**school** [13] - 62:8, 88:21, 88:25, 89:2, 89:4, 89:6, 89:9, 89:16, 89:24, 90:7, 90:8, 97:17
**schools** [1] - 89:3
**science** [1] - 82:16
**scope** [1] - 191:13
**scratch** [1] - 72:15
**screen** [5] - 73:6, 73:9, 76:17, 76:23, 132:2
**screens** [1] - 33:20
**seat** [14] - 30:14, 129:25, 130:1, 130:2, 130:3, 134:21, 139:6, 139:8, 139:9, 139:11, 140:1, 141:23, 167:11, 186:21
**seated** [14] - 3:2, 7:18, 49:22, 52:17, 61:5, 61:7, 82:21, 85:4, 85:8, 85:23, 155:2, 193:1, 198:16, 204:24
**seating** [2] - 31:2, 31:5
**second** [15] - 30:8, 36:21, 37:16, 74:12, 87:25, 88:9, 100:24, 119:14, 120:18, 148:23, 152:11, 192:21, 195:24, 195:25, 196:8
**seconds** [3] - 33:19, 106:20, 199:25
**section** [2] - 51:17, 152:8
**SECURITY** [12] - 7:15, 49:17, 52:15, 82:19, 84:13, 85:6, 149:24, 154:19, 154:24, 192:24, 198:14, 204:22
**security** [1] - 89:8
**see** [78] - 10:22, 11:4, 11:25, 18:22, 26:6, 27:8, 29:18, 39:18, 40:21, 40:23, 41:5, 41:10, 42:4, 43:4, 43:23, 43:25, 44:1, 45:14, 45:25, 46:20, 47:9, 57:23, 58:13, 70:20, 70:21, 71:18, 73:12, 74:21, 79:2, 82:7, 83:25, 84:1, 84:8, 109:25, 114:10, 127:21, 129:5, 130:19, 131:24, 136:12, 137:13, 137:23, 138:8, 138:10, 138:17, 140:2, 146:25, 147:3, 151:7, 152:21, 152:23, 153:17, 154:9, 163:11, 165:14, 165:15, 166:25, 170:11, 173:2, 173:4, 173:13, 173:19, 173:23, 174:16, 175:25, 176:12, 183:12, 183:17, 185:9, 185:12, 186:20, 189:1, 189:25, 194:1, 203:13, 204:20, 204:25, 206:9
**seeing** [1] - 183:21
**seek** [1] - 104:13
**seeking** [2] - 50:19, 196:3
**seem** [3] - 136:9, 141:25, 156:10
**self** [1] - 38:13
**self-inflicted** [1] - 38:13
**sell** [5] - 95:11, 96:5, 96:7, 97:4, 162:3
**selling** [1] - 96:10
**sending** [1] - 96:18
**sense** [5] - 8:6, 82:25, 152:18, 197:8, 197:25
**sent** [5] - 77:15, 77:18, 87:20, 88:2, 195:11
**sentence** [28] - 16:23, 16:25, 17:6, 17:9, 17:14, 17:17, 18:2, 48:9, 48:20, 48:25, 51:3, 59:10, 99:22, 99:24, 100:24, 101:3, 101:9, 102:4, 102:23, 104:1, 104:16, 104:17, 143:19, 171:19, 201:3, 201:15, 201:17, 201:21
**sentencing** [1] - 48:22
**separate** [4] - 8:5, 74:5, 74:8, 195:1
**separated** [2] - 112:23, 143:24
**sequence** [2] - 154:4, 203:23
**series** [3] - 32:17, 152:11, 152:12
**serves** [1] - 50:7
**serving** [1] - 143:19
**session** [1] - 148:23
**set** [4] - 6:8, 77:19, 84:17, 85:4
**sets** [1] - 204:15
**several** [3] - 13:9, 14:9, 14:20
**sexual** [2] - 65:23, 77:24
**shall** [1] - 16:3
**shaped** [1] - 64:15
**sharp** [12] - 69:12, 69:17, 69:24, 70:3, 71:4, 71:22, 71:23, 73:13, 73:21, 78:15, 78:25, 134:18
**sharp-edged** [3] - 69:24, 70:3, 71:4
**sharp-force** [4] - 69:17, 73:13, 73:21, 78:15
**sheet** [5] - 77:13, 77:14, 77:15, 194:22, 195:24
**shift** [1] - 112:10
**shirt** [5] - 46:9, 46:18, 47:3, 77:23, 186:19
**shoot** [10] - 42:25, 43:4, 44:11, 45:14, 137:13, 139:20, 139:21, 140:10, 140:13, 142:1
**shooting** [2] - 45:11, 185:15
**short** [1] - 19:15
**shortly** [1] - 112:25
**shot** [35] - 11:14, 42:23, 43:7, 43:12, 43:15, 44:14, 46:9, 46:11, 46:16, 77:2, 80:3, 80:5, 81:6, 137:12, 137:16, 138:19, 138:25, 139:19, 139:23, 139:24, 140:9, 175:4, 175:5, 175:8, 175:12, 175:25, 176:1, 176:3, 176:4, 176:5, 176:8, 186:21, 189:23, 189:25
**shotgun** [3] - 163:15, 178:19, 179:16
**shotgunning** [2] - 178:11, 180:16
**shotguns** [2] - 179:1, 179:13
**shots** [3] - 20:20, 43:8, 175:6
**should've** [1] - 84:19
**shoulder** [1] - 132:23
**show** [22] - 15:24, 16:7, 25:22, 33:6, 57:20, 73:5, 73:7, 73:8, 75:4, 75:10, 75:23, 76:17, 76:23, 78:7, 99:9, 105:10, 122:19, 125:4, 131:5, 131:15, 140:20, 153:14

**showed** [3] - 54:1, 122:3, 126:18
**showing** [36] - 9:10, 15:22, 51:4, 53:16, 56:6, 70:17, 71:5, 71:15, 71:17, 73:11, 73:15, 73:19, 74:1, 74:3, 74:11, 74:14, 74:17, 74:20, 75:9, 75:18, 75:20, 75:24, 75:25, 76:17, 94:9, 99:8, 114:9, 115:14, 118:13, 120:22, 121:6, 122:10, 126:15, 131:24, 148:13, 151:10
**shown** [7] - 74:25, 113:20, 123:9, 147:23, 147:24, 147:25, 148:24
**shows** [2] - 74:22, 75:6
**side** [19] - 4:4, 44:18, 45:3, 70:21, 70:22, 71:7, 76:5, 87:8, 127:18, 130:7, 138:3, 163:19, 170:3, 183:13, 185:7, 188:19, 188:20, 194:23
**side-by-side** [1] - 194:23
**sidebar** [10] - 27:5, 27:6, 49:23, 50:2, 50:14, 51:10, 52:2, 52:6, 192:13, 193:2
**Sidebar** [1] - 27:7
**sidebars** [1] - 52:4
**sides** [2] - 73:13, 73:20
**sidewalk** [1] - 188:18
**signature** [2] - 25:23, 51:10
**signed** [14] - 15:23, 16:17, 24:10, 24:21, 50:5, 51:21, 53:17, 56:12, 67:9, 89:4, 99:14, 161:9, 161:10
**significant** [1] - 131:22
**significantly** [1] - 202:23
**signs** [1] - 64:13
**Silva** [7] - 18:8, 50:10, 89:25, 90:2, 150:5, 150:9, 153:3
**similar** [6] - 60:11, 60:20, 92:8, 150:19, 202:5, 203:20
**Sinai** [1] - 62:10
**single** [3] - 58:13, 78:16, 84:9
**sister** [2] - 86:21, 87:12
**sit** [1] - 85:24
**sitting** [12] - 25:1, 30:14, 30:24, 129:24, 129:25, 130:12, 158:19, 161:14, 163:9, 183:22, 189:4, 190:2
**situated** [1] - 7:19
**six** [11] - 19:19, 114:11, 114:20, 115:16, 118:2, 118:24, 122:11, 122:20, 148:14, 148:19, 162:8
**size** [3] - 162:20, 162:23
**skin** [5] - 69:23, 69:25, 76:9, 76:12, 76:15
**skipping** [1] - 162:5
**skull** [1] - 64:19
**slash** [1] - 10:16
**sleep** [2] - 112:12, 177:6
**slice** [1] - 170:6
**slipped** [1] - 38:15
**small** [2] - 136:25, 137:3
**smoke** [15] - 28:3, 93:24, 127:19, 161:21, 161:24, 163:4, 163:11, 163:19, 163:20, 164:23, 177:23, 177:25, 178:2, 179:4, 179:19
**smoked** [1] - 177:6
**smoking** [11] - 29:10, 117:19, 117:20, 162:10, 162:16, 164:18, 166:9, 177:17, 178:23, 180:11, 180:15
**SMUKLER** [85] - 1:13, 2:4, 2:5, 2:7, 2:8, 2:9, 4:2, 5:23, 8:18, 9:6, 9:9, 9:16, 9:22, 9:24, 11:3, 11:9, 11:12, 12:19, 13:20, 15:7, 15:13, 18:4, 18:6, 19:1, 24:12, 24:16, 26:2, 27:4, 33:15, 34:3, 34:7, 36:4, 40:24, 42:9, 42:12, 47:25, 52:12, 52:21, 52:23, 53:14, 53:15, 54:17, 54:20, 54:23, 54:24, 55:3, 55:5, 55:7, 55:10, 55:17, 55:20, 55:23, 56:8, 56:9, 56:23, 57:6, 57:8, 57:14, 59:17, 59:24, 60:1, 61:2, 61:10, 61:12, 61:14, 63:7, 63:11, 66:10, 66:16, 66:18, 67:1, 67:4, 67:12, 70:9, 70:16, 72:17, 72:19, 73:1, 73:16, 73:17, 78:21, 78:23, 79:12, 80:24, 81:1
**Smukler** [9] - 3:9, 3:23, 5:22, 8:5, 50:3, 52:10, 52:20, 161:11, 181:5
**Smukler's** [1] - 50:16
**sneakers** [1] - 51:9
**soccer** [2] - 22:25, 90:3
**social** [2] - 82:5, 204:7
**socks** [1] - 77:23
**Solitario** [92] - 10:4, 10:11, 10:13, 10:22, 11:20, 11:23, 11:25, 12:7, 12:11, 12:21, 13:11, 13:13, 14:1, 30:25, 54:12, 54:18, 56:11, 56:12, 56:21, 57:9, 57:16, 57:24, 58:20, 113:3, 113:10, 113:16, 115:1, 116:7, 116:9, 118:11, 120:16, 124:7, 124:9, 125:19, 126:5, 129:21, 130:7, 130:8, 132:24, 133:3, 133:4, 133:16, 133:18, 134:24, 135:9, 139:5, 139:12, 139:16, 139:24, 140:7, 140:17, 141:8, 141:21, 141:25, 142:7, 142:13, 142:20, 143:8, 147:1, 147:3, 147:13, 149:1, 156:3, 163:9, 167:17, 168:23, 169:3, 170:21, 175:13, 175:14, 176:10, 176:14, 178:9, 179:12, 180:9, 183:8, 183:9, 183:17, 184:15, 184:19, 184:22, 186:1, 187:24, 189:10, 189:15, 190:3, 191:20, 197:6, 200:4, 200:8, 200:16
**Solitario's** [2] - 55:25, 132:23
**Sombra** [28] - 11:20, 20:7, 21:6, 24:6, 28:9, 114:18, 115:2, 124:5, 128:20, 128:23, 128:24, 130:21, 140:23, 141:2, 141:5, 142:11, 143:12, 149:4, 159:18, 165:11, 171:6, 176:25, 178:5, 182:16, 187:23, 190:18, 191:3
**someone** [15] - 16:15, 28:24, 29:2, 38:10, 38:13, 46:14, 51:24, 52:4, 64:7, 87:13, 97:25, 118:4, 166:14, 184:5, 191:9
**someplace** [1] - 94:1
**sometime** [2] - 155:10, 165:6
**sometimes** [8] - 28:6, 63:25, 64:1, 64:5, 65:20, 90:7, 97:23, 162:3
**somewhere** [6] - 89:8, 107:21, 113:15, 132:6, 146:2, 181:24
**soon** [3] - 85:4, 89:19, 132:20
**soot** [1] - 76:8
**sorry** [25] - 17:11, 18:12, 54:15, 71:23, 74:21, 75:5, 81:4, 84:19, 87:2, 96:15, 101:1, 105:2, 106:11, 107:19, 111:10, 115:15, 118:14, 128:25, 130:2, 147:8, 171:19, 171:21, 189:14, 193:23, 195:12
**sort** [2] - 104:11, 153:7
**sound** [1] - 203:25
**sources** [1] - 6:16
**south** [1] - 5:16
**South** [7] - 5:20, 6:18, 11:23, 12:21, 88:15, 88:18, 146:5
**Southern** [3] - 1:23, 155:13, 206:20
**SOUTHERN** [1] - 1:1
**space** [1] - 84:10
**Spanish** [3] - 8:11, 26:13, 97:18
**Spanish-to-English** [1] - 8:11
**spark** [1] - 170:11
**speakers** [1] - 195:14
**speaking** [2] - 39:13, 199:16
**Special** [5] - 3:10, 158:18, 161:11, 181:4, 197:18
**special** [1] - 21:11
**specialty** [1] - 63:13
**specific** [5] - 90:12, 95:24, 103:8, 153:4, 194:6
**specifically** [4] - 67:13, 68:4, 111:3, 187:13
**specifics** [1] - 69:9
**speculation** [1] - 47:25
**spell** [4] - 61:8, 86:6, 86:9, 157:7
**spend** [1] - 48:13
**spin** [1] - 135:20
**spine** [1] - 72:4
**spleen** [1] - 72:2
**Squirrel** [1] - 157:16
**stab** [61] - 10:16, 10:19, 10:22, 11:4, 11:11, 38:13, 39:7, 39:10, 39:12, 40:17, 40:21, 40:23, 41:5, 41:10, 41:11, 41:24, 42:18, 47:7, 47:9, 69:11, 69:12, 69:15, 69:20, 70:25, 71:10, 71:18, 71:19, 71:22, 75:13, 77:1, 80:11, 81:3, 81:4, 81:5, 81:12, 133:21, 135:1, 135:14, 136:13, 140:10, 143:17, 169:4, 169:6, 169:8, 169:10, 173:2, 173:4, 173:6, 173:7, 173:11, 173:13, 173:15, 173:19, 173:23, 174:6, 174:14, 174:16, 176:17, 183:18, 183:21
**stabbed** [34] - 27:16, 27:22, 38:12, 39:16, 39:19, 39:21, 39:23, 40:9, 40:11, 40:19, 41:4, 41:12, 45:19, 45:23, 45:25, 46:6, 46:13, 58:6, 58:9, 58:13, 58:15, 139:17, 142:2, 156:5, 173:7, 174:22, 175:1, 181:15, 181:23, 182:21, 186:10, 200:16, 200:21
**stabbing** [26] - 11:14, 14:24, 15:2, 40:22, 41:6, 41:7, 41:8, 42:6, 42:20, 58:18, 58:23, 59:7, 135:12, 137:18, 140:11, 152:23,

172:23, 174:18, 174:24, 182:4, 183:5, 183:9, 183:10, 183:12, 186:1, 200:20
**stabs** [2] - 183:23, 183:24
**stains** [1] - 141:4
**stamp** [1] - 33:17
**stand** [6] - 3:20, 83:13, 85:1, 85:16, 91:15, 91:17
**standard** [1] - 77:25
**standards** [1] - 77:21
**standing** [15] - 44:8, 44:9, 44:12, 44:13, 44:17, 44:20, 45:9, 170:15, 170:16, 170:19, 173:9, 173:10, 182:7, 182:10, 183:18
**stands** [1] - 192:5
**start** [10] - 12:15, 20:16, 22:3, 79:6, 92:3, 103:11, 130:24, 131:6, 134:22, 199:24
**started** [18] - 3:3, 11:5, 11:11, 20:15, 35:17, 36:23, 37:1, 40:4, 89:19, 107:20, 118:3, 118:6, 133:15, 139:20, 160:2, 160:12, 160:19, 193:20
**starting** [5] - 39:4, 185:1, 185:23, 199:11, 206:2
**starts** [11] - 33:18, 34:1, 50:25, 79:5, 138:11, 138:13, 193:18, 193:19, 197:10, 200:10
**state** [4] - 54:16, 86:6, 143:19, 149:5
**statement** [19] - 4:24, 26:4, 51:5, 51:21, 53:8, 53:21, 53:23, 54:11, 54:18, 54:25, 55:6, 56:10, 56:19, 56:20, 56:24, 150:10, 153:13, 193:11, 197:7
**statements** [4] - 51:24, 153:24, 154:5, 194:3
**STATES** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**States** [21] - 1:22, 3:4, 3:9, 19:23, 21:23, 53:10, 67:5, 67:10, 86:16, 86:17, 86:18, 87:3, 87:7, 87:9, 88:3, 88:5, 88:9, 100:18, 104:8, 104:12, 206:20
**states** [3] - 99:20, 101:20, 103:25
**statue** [1] - 182:10
**status** [5] - 37:18, 88:6, 104:8, 104:12, 144:9
**statute** [1] - 64:6
**statutory** [3] - 100:2, 100:6, 100:12
**stay** [12] - 5:1, 6:13, 6:23, 7:25, 12:20, 19:14, 19:18, 110:16, 110:17, 113:10, 113:14, 146:17
**stayed** [9] - 44:13, 87:24, 111:10, 113:11, 159:15, 159:18, 159:20, 200:5
**staying** [2] - 140:15, 186:11
**steer** [1] - 7:8
**STENOGRAPHICALLY** [1] - 1:20
**step** [1] - 95:2
**steps** [1] - 143:6
**stick** [1] - 132:5
**still** [19] - 14:7, 80:2, 110:20, 110:21, 110:24, 133:11, 138:10, 147:15, 154:1, 156:21, 159:15, 182:7, 183:17, 192:4, 194:5, 194:25, 202:24, 203:4, 203:8
**stippling** [4] - 76:7, 76:13, 76:16, 76:18
**stipulate** [1] - 67:6
**stipulation** [3] - 66:24, 66:25, 67:4
**stitches** [1] - 186:15
**stop** [3] - 7:7, 137:18, 137:19
**stopped** [3] - 160:17, 160:22, 190:17
**straight** [3] - 44:9, 44:12
**street** [1] - 138:1
**Street** [10] - 1:15, 1:18, 95:22, 109:14, 126:21, 126:25, 127:9, 127:10, 128:4, 134:4
**streetlights** [1] - 168:10
**stretch** [1] - 49:14
**strict** [3] - 20:10, 52:25, 53:1
**strike** [1] - 37:5
**strikes** [2] - 51:3, 184:20
**striking** [1] - 171:15
**struck** [3] - 28:20, 28:22, 165:11
**struggle** [1] - 11:11
**struggled** [1] - 58:10
**students** [1] - 89:7
**stuff** [2] - 204:1, 204:13
**subdivision** [1] - 91:10
**subject** [1] - 5:10
**submit** [1] - 150:3
**submitted** [2] - 77:16, 77:18
**substances** [1] - 79:19
**substitute** [1] - 67:16
**successful** [1] - 87:25
**sudden** [1] - 64:8
**suggesting** [1] - 10:24
**suggestion** [1] - 5:6
**suicide** [1] - 63:22
**suicides** [1] - 64:9
**Suite** [1] - 1:18
**summary** [1] - 195:9
**sun** [4] - 137:21, 138:11, 138:13, 138:16
**sun's** [1] - 138:12
**supe** [3] - 163:13, 163:14
**supercharges** [1] - 164:10
**supercharging** [1] - 178:11
**supposed** [2] - 90:8, 194:18
**supposedly** [1] - 193:3
**supposing** [1] - 29:24
**surmise** [1] - 150:18
**surrounding** [2] - 5:15, 136:2
**survivable** [1] - 80:17
**sustained** [4] - 38:13, 42:11, 42:14, 50:16
**swear** [2] - 61:4, 85:20
**swore** [1] - 25:9
**sworn** [3] - 34:23, 61:6, 85:22

## T

**T-shirt** [1] - 77:23
**Tab** [1] - 151:15
**table** [2] - 3:10, 158:19
**talks** [3] - 26:3, 104:15, 105:22
**tall** [1] - 69:2
**Tampa** [1] - 62:13
**tattoos** [1] - 64:13
**taught** [1] - 104:22
**team** [3] - 157:18, 164:22, 180:19
**technical** [1] - 27:8
**technically** [1] - 199:23
**teeth** [1] - 170:8
**ten** [5] - 31:16, 62:21, 175:17, 180:1, 180:2
**tend** [1] - 205:20
**term** [11] - 18:19, 37:25, 63:15, 63:16, 91:13, 97:10, 100:2, 100:3, 100:12, 136:5, 163:13
**terms** [2] - 152:15, 153:10
**territory** [3] - 38:1, 97:1, 97:5
**testified** [8] - 9:25, 10:16, 53:12, 58:5, 58:20, 63:1, 63:4, 156:2
**testifies** [1] - 198:9
**testify** [9] - 16:18, 47:21, 59:19, 67:16, 67:23, 68:5, 106:1, 205:11, 205:13
**testifying** [8] - 18:16, 18:23, 59:21, 68:11, 97:18, 106:3, 157:17, 205:9
**testimony** [11] - 16:4, 31:5, 47:24, 51:18, 60:8, 84:1, 101:13, 171:17, 197:18, 203:4, 203:11
**Texas** [5] - 87:8, 87:18, 88:9, 88:12, 88:14
**text** [1] - 33:14
**textbook** [1] - 51:19
**that'll** [5] - 57:3, 72:23, 83:17, 99:4, 121:16
**THE** [209] - 1:10, 1:13, 1:16, 3:2, 3:12, 3:17, 4:3, 4:6, 4:11, 4:16, 5:11, 5:21, 6:5, 7:3, 7:4, 7:13, 7:15, 7:18, 7:22, 7:23, 9:8, 9:19, 9:21, 9:23, 10:25, 11:2, 11:7, 11:10, 12:14, 12:16, 13:19, 15:11, 19:2, 20:24, 24:14, 24:17, 25:17, 26:5, 27:6, 27:10, 28:25, 30:8, 32:6, 32:8, 32:12, 33:11, 33:20, 33:21, 33:22, 34:5, 34:9, 34:21, 34:23, 36:5, 38:1, 39:9, 39:13, 40:13, 40:25, 41:1, 41:18, 41:22, 42:11, 42:13, 45:20, 47:5, 48:1, 48:4, 49:7, 49:11, 49:17, 49:19, 49:22, 50:12, 51:7, 52:13, 52:15, 52:17, 54:14, 54:15, 54:16, 54:22, 55:1, 55:4, 55:11, 55:14, 55:16, 55:18, 57:3, 57:10, 57:12, 59:12, 59:14, 60:2, 61:3, 61:7, 61:9, 61:11, 63:9, 66:12, 66:14, 66:21, 66:23, 66:25, 67:3, 70:14, 72:23, 79:13, 80:22, 81:16, 82:19, 82:21, 83:4, 83:6, 83:8, 83:12, 83:20, 84:8, 84:13, 84:16, 84:23, 84:25, 85:2, 85:3, 85:6, 85:8, 85:11, 85:12, 85:17, 85:21, 85:23, 85:25, 86:1, 99:2, 99:4, 114:4, 118:19, 121:16, 121:20, 124:24, 125:1, 128:20, 147:19, 148:7, 148:9, 149:19, 149:24, 150:1, 150:18, 151:6, 151:14, 151:21, 151:24, 152:2, 152:7, 152:15, 153:9, 153:22, 154:1, 154:11, 154:15, 154:19, 154:22, 154:24, 155:2, 157:1, 172:3, 177:10, 177:13, 190:11, 191:14, 191:16, 192:4, 192:9, 192:11, 192:14, 192:17, 192:20, 192:24, 193:1, 193:5, 193:17, 193:22, 193:25, 194:11, 194:13, 194:20, 195:4, 195:17, 196:5, 196:10,

196:15, 196:18, 196:23, 197:3, 197:17, 197:22, 198:4, 198:10, 198:14, 198:16, 198:23, 199:4, 199:10, 202:1, 204:22, 204:24, 206:5, 206:8
**theirs** [1] - 13:23
**themselves** [3] - 72:13, 90:10, 90:17
**thereby** [1] - 51:3
**therefore** [2] - 50:15, 51:17
**Thiago** [1] - 18:8
**this's** [1] - 159:18
**three** [29] - 13:11, 22:15, 25:7, 28:22, 37:18, 39:8, 47:11, 62:17, 69:19, 106:25, 113:19, 114:11, 114:19, 115:16, 116:10, 118:23, 122:10, 122:20, 123:3, 146:8, 148:13, 148:19, 148:25, 157:20, 157:21, 170:7, 180:23, 197:15, 199:6
**threw** [1] - 141:6
**throughout** [2] - 62:22, 204:9
**timeline** [2] - 152:16, 203:13
**tiny** [1] - 76:12
**Tirado** [27] - 5:1, 20:7, 23:7, 23:10, 23:13, 23:18, 50:9, 50:10, 50:20, 51:1, 51:13, 89:25, 90:2, 114:15, 150:5, 150:9, 150:11, 150:25, 153:3, 159:5, 159:15, 159:16, 165:11, 171:6, 177:1, 199:19
**Tirado's** [1] - 200:18
**Tirado-Silva** [6] - 50:10, 89:25, 90:2, 150:5, 150:9, 153:3
**Tirado-Wilson** [2] - 159:16, 177:1
**tired** [1] - 166:5
**today** [19] - 25:1, 31:5, 67:24, 68:12, 83:3, 97:19, 98:5, 103:2, 106:3, 157:17, 158:1, 158:5, 169:3, 189:4, 198:5, 201:12, 202:21, 204:11, 205:7
**together** [4] - 22:25, 28:3, 161:24, 180:5
**tolerance** [2] - 105:22, 105:24
**tomorrow** [25] - 83:9, 83:10, 83:18, 83:22, 83:23, 83:24, 84:2, 197:23, 198:4, 202:22, 203:5, 203:12, 203:16, 203:19, 203:24, 204:8, 204:21, 205:1, 205:7, 205:9, 205:10, 205:12, 205:18, 206:9
**took** [12] - 23:3, 23:21, 28:19, 38:10, 43:5, 125:25, 126:3, 132:11, 141:18, 156:18, 159:7, 172:23
**tooth** [3] - 137:9, 170:10, 170:11
**top** [3] - 73:12, 132:21, 199:24
**torso** [3] - 173:12, 174:22, 181:18
**total** [1] - 62:19
**toto** [1] - 197:10
**touch** [6] - 6:6, 12:21, 73:7, 76:11, 132:2, 205:19
**touched** [1] - 202:14
**towards** [2] - 8:4, 46:8
**toxicology** [1] - 78:5
**Toyota** [4] - 9:5, 120:11, 121:2, 121:25
**traditionally** [1] - 71:19
**trailer** [11] - 11:17, 112:17, 112:20, 112:21, 115:2, 115:6, 115:7, 140:21, 141:1, 156:14, 186:11
**transcribed** [1] - 35:4
**transcript** [8] - 33:6, 55:7, 150:4, 151:6, 151:25, 192:11, 194:4, 194:8
**transcript's** [1] - 151:24
**transcription** [2] - 194:23, 206:15
**transcripts** [3] - 82:12, 204:13, 204:19
**transform** [1] - 51:22
**transfusion** [1] - 186:17
**translate** [2] - 6:8, 41:19
**translated** [3] - 25:4, 26:10, 195:10
**translation** [4] - 7:7, 8:11, 56:24, 194:23
**transported** [1] - 35:13
**traveled** [1] - 9:1
**traveling** [1] - 9:25
**TRIAL** [1] - 1:9
**trial** [10] - 6:21, 23:2, 47:13, 47:16, 150:19, 158:7, 195:6, 200:9, 201:18, 204:10
**trials** [1] - 101:17
**tried** [3] - 87:24, 89:9, 143:17
**tries** [1] - 149:14
**trip** [4] - 86:24, 87:13, 141:18, 141:24
**true** [6] - 22:19, 25:10, 31:20, 35:22, 169:20, 169:21
**truly** [1] - 204:2
**truth** [11] - 15:21, 16:19, 28:11, 34:20, 36:8, 59:23, 101:10, 102:13, 181:10, 201:23
**truthful** [4] - 16:4, 35:24, 36:14, 101:13
**truthfully** [1] - 6:1
**try** [13] - 89:2, 93:25, 101:8, 104:12, 111:16, 135:16, 150:2, 150:25, 153:3, 190:21, 192:2, 193:8, 203:18
**trying** [30] - 72:12, 81:22, 92:17, 92:18, 92:19, 93:6, 94:19, 95:1, 102:3, 129:5, 135:13, 135:19, 135:21, 136:6, 136:13, 142:4, 142:5, 142:15, 152:17, 153:12, 153:20, 156:5, 171:18, 182:14, 183:18, 183:21, 193:10, 197:25, 201:3
**tryouts** [1] - 90:3
**tuck** [1] - 204:13
**Tuesday** [1] - 195:11
**turn** [15] - 3:24, 8:7, 8:15, 17:11, 52:18, 56:18, 60:25, 75:22, 76:8, 85:13, 155:3, 185:10, 198:17, 199:23
**turned** [8] - 66:1, 168:7, 185:4, 189:21, 195:8, 195:16
**turning** [6] - 100:1, 100:15, 175:9, 182:13, 182:14, 189:11
**twenty** [1] - 195:10
**twice** [4] - 43:1, 44:14, 116:8, 128:24
**twisting** [5] - 135:15, 135:19, 182:9, 182:13, 182:14
**two** [43] - 8:25, 22:5, 22:7, 31:6, 31:13, 32:23, 33:13, 38:24, 39:1, 39:8, 45:15, 53:20, 54:8, 54:9, 62:18, 79:3, 83:17, 83:18, 88:4, 111:12, 111:20, 113:19, 114:11, 114:19, 115:16, 118:23, 122:10, 122:20, 141:7, 146:17, 147:25, 148:13, 148:18, 158:2, 166:18, 167:4, 190:20, 193:14, 194:20, 194:21, 199:6
**type** [6] - 18:1, 64:9, 65:18, 69:16, 70:25, 104:1
**types** [8] - 32:19, 65:17, 69:19, 70:5, 71:3, 71:8, 71:13, 89:3
**typically** [1] - 23:16

## U

**U.S** [12] - 19:24, 21:11, 85:2, 100:23, 101:14, 101:18, 102:6, 102:9, 102:17, 102:21, 103:18, 103:23
**ultimate** [1] - 143:4
**ultimately** [8] - 11:13, 14:8, 27:15, 116:18, 117:12, 131:1, 143:19, 201:14
**unclassified** [1] - 194:22
**under** [13] - 8:9, 18:1, 29:20, 38:8, 67:6, 78:7, 82:9, 103:22, 103:25, 134:21, 151:15, 153:15, 187:22
**underneath** [3] - 57:24, 70:2, 70:23
**understood** [5] - 27:2, 57:3, 134:1, 134:2, 154:14
**underwear** [1] - 77:23
**undetermined** [1] - 63:23
**unexpected** [1] - 64:8
**UNITED** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**United** [21] - 1:22, 3:4, 3:9, 19:23, 21:23, 53:9, 67:5, 67:9, 86:16, 86:17, 86:18, 87:3, 87:6, 87:9, 88:3, 88:5, 88:8, 100:18, 104:8, 104:12, 206:20
**unless** [2] - 35:5, 205:11
**unlike** [1] - 27:18
**up** [101] - 3:24, 4:23, 6:8, 6:11, 6:24, 7:14, 12:24, 13:2, 19:23, 24:6, 35:17, 37:3, 38:6, 38:7, 43:5, 43:19, 43:20, 44:8, 44:12, 44:13, 49:15, 52:4, 52:9, 61:3, 62:14, 81:22, 81:23, 83:18, 85:4, 85:5, 88:13, 88:16, 89:4, 94:21, 102:22, 106:20, 110:7, 112:11, 112:13, 112:25, 116:3, 116:6, 116:10, 116:12, 118:5, 125:5, 126:15, 126:18, 126:22, 127:17, 132:11, 132:18, 133:22, 134:6, 134:22, 136:1, 137:24, 138:9, 138:12, 138:13, 138:16, 140:8, 140:20, 141:8, 141:11, 141:17, 142:8, 143:7, 143:8, 143:9, 143:23, 145:1, 146:12, 146:25, 147:15, 149:5, 154:18, 154:23, 156:18, 156:22, 163:3, 168:7, 170:15, 170:16, 170:19, 173:9, 173:10, 182:9, 182:12, 186:5, 186:19, 193:3, 193:7, 193:12, 193:15, 198:12, 201:19, 204:17, 205:1
**update** [1] - 202:21
**upper** [1] - 125:5

**upset** [2] - 141:25, 142:1
**usual** [1] - 205:21
**utilized** [1] - 50:12

## V

**vacated** [1] - 104:13
**valid** [1] - 126:11
**various** [1] - 13:9
**Vasquez** [2] - 67:8, 68:15
**Vasquez-Portillo** [2] - 67:8, 68:15
**vehicle** [3] - 94:12, 120:6, 120:10
**vehicles** [3] - 31:2, 31:6, 31:13
**version** [2] - 195:13, 195:15
**versus** [1] - 3:4
**via** [1] - 87:4
**victim** [110] - 9:25, 10:4, 10:6, 10:12, 10:17, 10:20, 11:5, 11:10, 11:14, 14:24, 15:2, 30:25, 31:20, 32:5, 32:23, 34:16, 35:11, 35:13, 36:17, 36:20, 36:23, 37:1, 37:3, 37:5, 38:18, 39:7, 39:10, 39:12, 39:16, 39:19, 39:21, 39:23, 40:5, 40:9, 40:11, 40:17, 40:19, 40:21, 40:23, 41:4, 41:5, 41:6, 41:11, 42:18, 42:21, 42:23, 42:25, 43:4, 43:5, 43:9, 43:15, 43:16, 43:17, 43:18, 43:21, 45:12, 45:14, 47:7, 47:9, 56:20, 57:9, 57:16, 58:7, 58:9, 58:18, 59:8, 67:5, 68:14, 69:1, 69:2, 69:4, 69:6, 72:12, 77:1, 78:5, 78:11, 80:2, 81:5, 129:22, 129:23, 130:6, 131:11, 131:23, 132:19, 132:25, 133:16, 133:18, 133:23, 134:23, 134:25, 135:4, 135:13, 136:16, 137:10, 137:18, 138:19, 144:23, 152:9, 168:23, 182:4, 182:7, 182:19, 182:21, 183:3, 183:18, 183:21, 184:17, 184:20, 185:16
**victim's** [10] - 31:24, 41:16, 44:3, 44:5, 68:24, 71:23, 72:1, 75:2, 79:18, 190:8
**victims** [1] - 97:22
**Vigil** [8] - 3:5, 3:13, 3:16, 5:19, 6:14, 6:21, 67:6, 83:25
**VIGIL** [1] - 1:7
**Vigil-Benitez** [7] - 3:5, 3:13, 3:16, 6:14, 6:21, 67:6, 83:25
**VIGIL-BENITEZ** [1] - 1:7
**violate** [1] - 142:22
**violence** [2] - 6:3, 6:17
**violent** [2] - 4:22, 60:10
**Virginia** [13] - 4:23, 6:15, 6:17, 110:12, 111:11, 120:17, 143:11, 146:3, 146:4, 146:12, 146:13, 155:13, 156:19
**vital** [2] - 80:12, 154:7
**VOIR** [2] - 2:7, 61:13
**Volume** [1] - 1:7
**Volusia** [1] - 62:17
**vs** [1] - 1:5

## W

**wait** [3] - 13:15, 75:8, 85:18
**waited** [1] - 14:5
**waived** [1] - 100:9
**walking** [1] - 46:8
**wall** [2] - 45:4, 64:15
**wants** [3] - 48:23, 150:16, 196:7
**water** [3] - 28:6, 28:7, 43:10
**weapon** [1] - 134:11
**weapons** [5] - 71:13, 71:19, 97:23, 98:2, 98:3
**wearing** [2] - 98:5, 130:22
**Wednesday** [3] - 84:4, 195:12, 205:17
**weed** [9] - 93:24, 127:23, 128:2, 128:19, 129:18, 179:18, 180:11, 180:15, 195:7
**week** [7] - 8:9, 8:12, 82:2, 195:12, 203:1, 203:15
**weekend** [3] - 7:20, 8:21, 195:14
**weeks** [6] - 88:4, 113:19, 141:7, 141:8, 158:2
**weigh** [1] - 69:4
**welcome** [2] - 85:12, 86:1
**West** [1] - 61:19
**whacking** [1] - 171:24
**whichever** [1] - 199:6
**White** [1] - 146:24
**white** [2] - 77:13, 77:14
**whole** [13] - 104:21, 105:1, 105:3, 105:4, 106:21, 156:22, 194:14, 196:4, 196:17, 196:19, 196:21, 197:24, 198:1
**WILBER** [1] - 1:7
**Wilber** [13] - 3:4, 3:15, 39:1, 45:19, 45:23, 46:6, 46:11, 47:8, 47:9, 47:16, 47:24, 58:3, 67:6
**Wilber's** [1] - 46:24
**Williams** [1] - 78:14
**Wilson** [48] - 89:25, 90:2, 90:6, 91:2, 91:6, 91:20, 92:3, 92:13, 92:14, 93:6, 93:9, 93:19, 93:25, 94:18, 95:23, 96:6, 96:17, 98:1, 107:2, 107:13, 108:8, 108:16, 109:2, 109:17, 109:24, 110:21, 111:5, 111:9, 112:15, 112:17, 113:11, 114:15, 118:11, 124:3, 124:4, 124:7, 128:20, 128:23, 128:24, 129:2, 156:17, 159:16, 165:4, 171:6, 177:1, 179:7, 199:19
**Wilson's** [1] - 200:4
**wish** [1] - 31:18
**witness** [43] - 3:18, 4:8, 4:9, 5:2, 6:2, 8:4, 8:9, 9:7, 15:18, 15:19, 25:16, 25:17, 25:18, 35:3, 47:21, 47:23, 49:10, 49:15, 50:5, 50:13, 52:19, 60:6, 60:19, 61:1, 61:6, 67:16, 81:23, 84:20, 85:14, 85:22, 120:20, 150:6, 150:11, 153:20, 156:25, 197:14, 198:5, 198:7, 198:9, 198:13, 199:9, 202:3, 202:14
**WITNESS** [20] - 2:3, 7:3, 11:2, 11:10, 12:16, 32:8, 34:23, 38:1, 39:13, 41:1, 41:22, 48:4, 54:15, 57:12, 59:14, 61:9, 66:14, 85:25, 128:20, 191:16
**Witness** [2] - 132:4, 132:9
**witness's** [1] - 51:18
**witnesses** [4] - 4:19, 5:2, 83:17, 205:2
**women** [1] - 13:11
**wonderful** [1] - 35:5
**wooded** [1] - 168:12
**Word** [3] - 107:12, 107:16, 107:17
**workers** [2] - 89:20, 107:19
**works** [1] - 83:20
**worried** [1] - 138:15
**wound** [22] - 38:13, 69:10, 69:22, 69:23, 69:25, 70:1, 70:2, 71:23, 73:23, 74:9, 75:25, 76:2, 76:4, 76:6, 76:12, 76:20, 76:23, 78:15, 78:25, 79:22, 80:8, 80:10
**wounds** [50] - 69:11, 69:12, 69:15, 69:16, 69:20, 69:24, 70:22, 70:25, 71:2, 71:3, 71:8, 71:11, 71:18, 71:20, 71:22, 72:5, 72:8, 72:11, 72:12, 73:4, 73:21, 73:24, 74:4, 74:5, 74:6, 74:14, 74:22, 74:24, 75:2, 75:11, 75:13, 75:20, 75:21, 77:1, 80:5, 80:6, 80:9, 80:11, 80:14, 80:17, 81:3, 81:4, 81:5, 81:12
**wrap** [2] - 3:24, 205:1
**wrapping** [1] - 83:18
**write** [2] - 64:13, 114:21
**written** [1] - 25:3
**wrote** [2] - 125:13, 125:22

## Y

**Y-shaped** [1] - 64:15
**yanked** [1] - 134:23
**yanks** [1] - 133:18
**yard** [3] - 188:17, 188:19, 188:20
**yards** [1] - 175:17
**year** [4] - 19:12, 61:22, 62:11, 62:24
**years** [17] - 14:12, 19:19, 31:16, 53:20, 54:8, 54:9, 62:1, 62:17, 62:18, 62:19, 62:21, 69:1, 86:13, 86:19, 87:2, 190:20, 193:14
**yelled** [2] - 10:3, 10:4
**yesterday** [2] - 194:16, 197:18
**York** [4] - 12:5, 13:6, 13:7, 13:24
**you-all** [11] - 3:12, 3:17, 7:24, 37:1, 60:7, 60:13, 60:22, 85:1, 182:24, 202:18, 204:18
**younger** [1] - 86:22
**yourself** [2] - 38:16, 61:15

## Z

**zero** [2] - 105:22, 105:24
**zoom** [1] - 74:12