UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 22-CR-60078-6

UNITED STATES OF AMERICA, Miami, Florida

January 29, 2025

vs.

9:15 a.m. - 3:10 p.m.

WILBER VIGIL-BENITEZ, Volume 7

Defendant. Pages 1 to 123

---

JURY TRIAL
BEFORE THE HONORABLE RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT: BRIAN DOBBINS
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEYS
UNITED STATES ATTORNEY'S OFFICE
99 NE 4th Street
Miami, Florida 33132

FOR THE DEFENDANT: JOSEPH S. ROSENBAUM
KIMBERLY ACEVEDO
ROSENBAUM & ACEVEDO, LLP
100 S.E. 2nd Street
Suite 3400
Miami, Florida 33131

STENOGRAPHICALLY REPORTED BY:

ILONA LUPOWITZ, RMR, CRR
Official Court Reporter to:
The Honorable Rodolfo A. Ruiz, II
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

I N D E X


| CLOSING ARGUMENTS | PAGE |
|---|---|
| BY MS. SMUKLER: | 8 |
| BY MR. ROSENBAUM: | 42 |
| BY MR. DOBBINS: | 71 |
| VERDICT | 101 |


(Call to the Order of the Court.)

THE COURT: All right. Let's get started. We are here this morning in Case No. 22-60078. This is the matter of the United States of America versus Wilber Vigil-Benitez.

Let's get appearances, please, on behalf of the government.

MR. DOBBINS: Good morning, Your Honor. On behalf of the United States, Brian Dobbins, Elena Smukler, and also seated at counsel table is Special Agent Nathan Ferguson of the FBI.

THE COURT: Good morning to you-all.

On behalf of Mr. Vigil-Benitez.

MR. ROSENBAUM: Good morning, Your Honor. Joe Rosenbaum and Kimberly Acevedo on behalf of Wilber

Vigil-Benitez, who's present at counsel table.

THE COURT: All right. Good morning, Mr. Vigil-Benitez.

We didn't really go over it again yesterday, but just for the record, you've been utilizing the services of the Spanish interpreter. This is anticipating our last day of trial here. I want to make sure you're reminded, again, that if at any point the machinery that's been provided for you is not working or you need assistance with the translation, will you please let me know?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Very good.

So a few brief words. We are waiting for one last juror, but in order to advance the ball, I have provided everybody with a revised set of jury instructions. There are only two changes I want to draw your attention to. The first is what Ms. Smukler caught yesterday. For whatever reason, when I was moving over text from the old -- or, excuse me -- the revised 1959(a) instruction, a last piece of it didn't get incorporated into the current draft. You'll find that language with respect to the fifth element now in the jury instructions. So you should see that there. That was just the last part. Those last three paragraphs now show up before the knowingly and willfully instruction at the end of the 1959.

The only other thing that I made a revision to, which I

think is appropriate, is on the duress instruction. If you look at the original opening, the duress instruction insinuated or made it appear as if it was duress in toto, meaning duress applying throughout the case to all elements of the case. As far as I understand the defense theory here, it is duress in the commission of a violent crime alleged in the second superseding indictment. It is not duress generally, which, obviously, would have a much different import on other elements the government has to prove.

So I thought it would be clearer for the jury by changing the opening. So right now it reads: The defendant claims that if he committed a violent crime alleged in the second superseding indictment, first-degree murder and second-degree murder under Florida law, and aiding and abetting first-degree and second-degree murder under Florida law, he did so only because he was forced to commit the crime. That is just a tweak from yesterday, which just said with the crimes alleged, I think was the general language. So it just didn't make a lot of sense. I know what the theory is. So I just wanted to draw your attention to that. That narrows it a little bit so we know what it's applying to.

All right. So with that, anything else that you guys spotted on the government's side? Any other tweaks? I'm going to run off the rest of the copies, so I just want to check before I do it.

MR. DOBBINS: Looks good, Your Honor.

THE COURT: Looks good? All right.

Anything else, Mr. Rosenbaum?

MR. ROSENBAUM: No, Your Honor.

THE COURT: Good? All right.

Anything, Ms. Acevedo? You're good.

Go ahead and put my defendant under oath, please. Mr. Vigil-Benitez.

THE COURTROOM DEPUTY: Please raise your right hand.

(Defendant, Wilber Vigil-Benitez, duly sworn.)

THE COURT: Thank you. So, Mr. Vigil-Benitez, before we bring out our jury, we've obviously spent a lot of time working on the jury instructions. I understand there may be some objections preserved by your lawyers, but I want to make sure, number one, have you had an opportunity to review the instructions and speak to your lawyers about them?

THE DEFENDANT: Yes, Your Honor.

THE COURT: And are you satisfied, understanding that there are objections, but are you satisfied with the current version that we are going to be presenting to the jury?

THE DEFENDANT: Yes. I agree with them.

THE COURT: Very good. Thank you for that. You may be seated. Thank you. I just wanted to check with you.

Okay. So with that, folks, we're waiting for that last juror to arrive, probably going to get here any minute now.

She just called. We're going to run off copies of this master set. If you guys need it to be stapled for you because we have it clipped, let me know. We'll get Gracie out here with a stapler, and you're going to see us put them on everybody's chair.

Just to refresh everyone's recollection, the Court will go through the instructions first. And after that, I'll turn it over to you-all for your closings. We have an hour and a half set aside for both sides. And, of course, the government can split that between first and second close, as they deem fit. I'll keep the time.

Anything else before we round up these jurors and print these?

MR. DOBBINS: Nothing from the government, Your Honor.

THE COURT: All right. We're all set from the defense?

MR. ROSENBAUM: Yes, Your Honor.

THE COURT: All right, guys. We'll be right back out as soon as we get that last juror. I'll make copies.

We'll see you in just a moment.

THE COURT SECURITY OFFICER: All rise.

(Court recessed at 9:21 a.m.)

(Back on the record at 9:34 a.m.)

THE COURT: Please be seated, everyone. All right. All jurors are now present and accounted for. Instructions have been left on all the chairs. We are ready to go.

Anything left before we bring them in? Everyone ready to go?

All right. Let's round them up, please.

THE COURT SECURITY OFFICER: All rise for the jurors.

(Jury enters at 9:34 a.m.)

THE COURT: Good morning, ladies and gentlemen. Please be seated.

Hope everyone had a good evening. As you're making yourselves comfortable, you'll find in your chairs copies of instructions that we're going to review together. You are free to simply listen, if you wish, or read along with me. There's a copy for each of you. You'll be able to refer to this copy when you're back in the jury room deliberating.

You may recall, again, that both sides have rested, and our last step now, after the instructions, is for each side to present closing arguments to all of you.

I want to remind you to continue to keep an open mind until the very end, when the lawyers are done making their presentations, and, of course, while you listen to the instructions and the law. With that, we're going to get started and review this together.

* * * * * * * *

(Proceedings, 9:36 a.m. through 10:00 a.m., stenographically recorded but not transcribed.)

* * * * * * * *

THE COURT: With that, we'll turn it over to the government to begin their closings.

You may proceed whenever you're ready.

MS. SMUKLER: Thank you, Your Honor.

On May 3, 2015, Gerson Vasquez-Portillo was stabbed over 100 times by members of MS-13, including this defendant, Wilber Vigil-Benitez, or Solitario. You heard that earlier that night, on May 3, 2015, that defendant and his friends were hunting for chavalas, or rivals. And when Gerson rode by on a bicycle that night, it was time for them to "eat." It was time for them to accomplish one of the main rules of MS-13, and that's to kill rivals.

So you heard what the defendant did that night. You heard that he was tasked with interrogating the victim, finding out if he was, in fact, an MS-13 rival. You heard that he was involved in transporting the victim. The victim fell asleep on him as they transported the victim to where he would ultimately be killed. You heard that he grabbed the victim out of the car, told him to get out of the car. And you heard that he ultimately was involved in stabbing the victim, which resulted in the victim's death.

Now, this morning I want to talk to you about the evidence you saw in this case. I want to talk to you about the testimony you heard. And I want to talk to you about the law and how it applies to this case. And by the end of this

closing argument, I will have shown to you how we have proven this case beyond a reasonable doubt.

So the first thing I want to talk to you about this morning is what the government has to prove. The government read you the jury instructions in this case. And as he said, we have to prove beyond a reasonable doubt that the defendant committed the crime of murder in aid of racketeering. The first element is that the charged enterprise existed on or about the time alleged in the indictment.

Now, what is an enterprise? An enterprise includes legal entities, but it also includes nonlegal entities. That's a group of people associated for a common purpose of engaging in a course of conduct.

So what evidence did you see that MS-13 is an enterprise? You heard from the gang expert who testified about MS-13 structure, their history, how they formed in El Salvador, how they were in LA because of the civil war. You heard about the membership rules, and you heard about the symbols. And you saw some of those symbols. You saw photos that were found in Sombra's phone of the goddess symbol, of MS.

You also heard witnesses testify about the levels of membership in MS-13. You saw that people rise from paros to observaciones, to chequeos, to homeboys, to Second Words and to First Words. You heard that in many cliques you rise to the level of membership by committing violent acts, and oftentimes

those violent acts are murders, like the one that occurred here.

You also heard from witnesses who testified about the membership rules of MS-13. And again, one of the main rules is what happened on the night of the murder, kill rivals. You also saw some of those rules for yourself. You saw rules obtained from Sombra's phone that included respect the gang, never lie to your homeboys, and MS-13 is your life.

Several witnesses testified about the cliques, the meetings, membership dues, and the East Coast program. You heard about how there are different cliques throughout different regions. They meet together in a program. You heard cliques talk to the programs, and that the programs speak to the ranfleros in El Salvador.

So we've proven that the charged enterprise, MS-13, existed at the time of the indictment. So what's the next element? That the enterprise engaged in or its activities affected interstate or foreign commerce.

So you're probably asking yourself, what is interstate or foreign commerce? That just means business trade or movement between one state and another or between the United States and other countries.

So how have we proven that here? Several witnesses testified about how MS-13 is a national and international organization. You heard about how leaders make calls to other

states and other countries to get permission. You have to get permissions to become a member. You have to get permission to get tattoos. And those calls are frequently made to leaders in other states or in El Salvador.

Ardilla testified that he was asked to sell marijuana and that the proceeds from the marijuana would go to Sombra, and those proceeds would then be sent to the members in El Salvador, affecting foreign commerce.

Bigfoot and Ardilla both testified that they traveled to different states. Ardilla testified that he traveled to Virginia. Bigfoot went to New York in order to get jumped-in, or initiated into the gang. So you saw travel in interstate commerce.

Sombra testified about moving to other states to flee from law enforcement or to avoid detection and to establish cliques in other states. So again, there's an effect and an engagement in interstate commerce. And the gang expert testified that cliques pay dues to the program, and again, those dues and that money is then sent to La Ranfla in El Salvador.

So we have proven that the enterprise engaged or its activities affected interstate or foreign commerce.

The next element is that the enterprise was engaged in racketeering activity. Again, what is racketeering activity? Now, that constitutes a violation of certain offenses. In this

case, the racketeering activity alleged is possession with intent to distribute controlled substances, Hobbs Act robbery extortion, and money laundering.

So I want to talk for a few minutes about how we've proven that this gang engaged in racketeering activity. The first one is possession with intent to distribute controlled substances.

You heard Bigfoot testify that he was required to sell marijuana as a part of his membership in MS-13. You heard Ardilla testify that he also was asked to sell marijuana. Again, the proceeds went to Sombra, and then Sombra would sell them to -- send them to the Ranfla in El Salvador or to members who were incarcerated. Viera-Gonzalez, Humilde, testified that MS-13 sells marijuana, that leaders often helped to coordinate possession of marijuana. They helped to get the programs marijuana, who then distributed it to the cliques.

Extortion: That's another racketeering activity that this gang conducts. You heard Sombra testify that in order for Mariachi to leave the gang, he had to pay what ultimately was called rent. He had to pay $100, and if he didn't pay, he would be killed. Extortion.

Bigfoot also testified that people selling drugs in their territory would be warned to leave, and if they didn't warn -- they didn't leave, they would be killed.

Ardilla also testified that businesses similarly had to

be paid rent to be able to be protected in the area, and that similarly that drug dealers also had to pay in order to not be killed. So he also testified that the money from rent was used to buy weapons for the gang and that it was a way to control the territory.

And lastly, Viera-Gonzalez testified that they would extort drug dealers; in order to allow them to stay in the territory, they had to pay rent.

Now, the last way that we've shown racketeering activity is through money laundering. Several witnesses testified that MS-13 cliques send money to the ranfleros in El Salvador so that they can buy weapons. And Viera-Gonzalez also testified that money made from this extortion, what we talked about earlier, or drug selling, would be used to grow the enterprise and keep furthering the enterprise. Again, that money was often sent to El Salvador or used by the gangs to buy weapons, buy more drugs.

So we've proven that the enterprise was engaged in racketeering activity. The next element is that the defendant committed the crime of murder or aided and abetted another member of the enterprise in the murder of the victim.

So let's first talk about murder. There's two types of murder the government can prove: first-degree murder and second-degree murder, and that's murder under Florida law.

So first-degree murder is the killing of another person

when perpetrated from a premeditated design. Premeditated means to consciously decide to do so. There is not a time limit on premeditation. But the decision has to be made at the time of the killing. The mind has to be made up at the time of the killing. And like I said, the law doesn't have a specific amount of time. It just has to be made up before the killing.

But you can also find the defendant committed second-degree murder. That's the unlawful killing of a human when perpetrated by any act imminently dangerous to another and demonstrates a depraved mind without regard for human life. You know, like stabbing someone 100 times with knives would be an example of second-degree murder.

Now, I also said we can prove this by showing the defendant aided and abetted first- or second-degree murder. So let's just talk about what aided and abetted means.

A defendant aids and abets if he intentionally joins with a person to commit a crime. For example, assisting in transporting, interrogating, joining in, asking questions. A defendant is criminally responsible for the acts of another if he aids and abets the person. The defendant is responsible -- it requires proof the defendant intentionally associated with or participated in the crime, not just that he knew or was just present.

So let's talk about how the government has proven element 4, the murder of Gerson Vasquez-Portillo.

You saw Exhibit 83, and that was initially who was involved in MS-13, in South Florida, and then you saw the members of the organization that were involved in the murder. I want to talk today about each of their roles and what evidence you saw about their roles and what testimony you heard.

So let's talk first, of course, about Sombra, Wilson Tirado. You heard Wilson testify that on the night of May 3, 2015, he and the defendant and Fearless and Bigfoot were hunting for rivals. They were looking for someone to kill. It was a main rule of MS-13. It helped to grow the organization. It helped to grow the clique. It helped to establish territory. It was a way for members to show respect, to increase their membership, and maintain the membership. And so that night, they were hunting for rivals. You heard that ultimately Gerson passed by on his bicycle, and they found -- they found the person they were hunting for. They found a rival.

You heard Sombra hid the victim's bicycle so the police wouldn't find it. He couldn't participate in the murder because he was wearing an ankle monitor, so he stayed back and he hid the bicycle.

You also heard he threw away the clothing belonging to the conspirators. So when they came back, they were bloody and they had possible evidence, so he took the clothing from the

people involved in the murder, like this defendant, and he threw it away.

Let's talk about Fearless. What was his involvement in the murder? Fearless shot the victim in the head. You heard many witnesses testify about this. You saw evidence about the gunshot, and you saw firearms evidence recovered from the scene. You saw the casings and the projectile recovered from the victim's head. You also heard that he was the person who called La Ranfla in El Salvador to confirm who had been involved with the murder, to make sure they got sufficient credit and that several members were able to increase their membership because he called and confirmed it.

Now let's talk about Ardilla. What was his role? Ardilla drove the victim and the conspirators to the scene of the murder. You saw several witnesses testify about the car that was used. He struck the victim with a knife, a machete, and knocked the victim's teeth out. And you saw the teeth that were recovered on the scene.

Bigfoot, what was his involvement? You heard from several witnesses, including from Bigfoot himself, that he stabbed the victim in the head.

Chango. Chango was the one that actually flagged the victim for the conspirators. He said that he knew him, and he said he was possibly a chavala. Chango also stabbed the victim. As Bigfoot and Ardilla said, everyone stabbed the

victim.

Blue also stabbed the victim. And he drove the victim and the conspirators to and from the scene of the murder in his Celica, which several witnesses testified about.

Power, what did he do? He stabbed the victim. Again, as the defendant says in his own statement, as Bigfoot said, as Ardilla said, everyone stabbed the victim.

Discreto. Discreto chased after the victim. You might recall the testimony that when the victim is grabbed out of the car by Solitario, he runs away. Solitario, Discreto, and Ardilla chase after him. And then what does he do? He's involved in, again, stabbing the victim.

Now, what is Solitario's involvement? Well, as I mentioned, he's interrogating the victim, or he's tasked with interrogating the victim. The reason he's chosen to interrogate the victim is because he's a homeboy. There's only two homeboys that go to the scene of the murder, him and Fearless. And as Bigfoot said, he has the mind. He has the intelligence about the organization to be able to interrogate the victim, so he's tasked with interrogating the victim.

Now, you heard ultimately the victim falls asleep in the car, and so he's involved in transporting him to the scene. He tells the victim, who's sleeping, to get out of the car, and again, as Bigfoot testified, he doesn't do it nicely. He yells at him and grabs him and tells him, get out of the car, you son

of a bitch. He chases after the victim, as I just mentioned. Him, Discreto, and Ardilla chase after the victim when the victim is able to get away, and then he stabs the victim. And that was the testimony you heard from Ardilla and the testimony you heard from Bigfoot and the testimony that he ultimately said in his own statement.

Now, I want to talk about how we've proven this and some of the witnesses you heard about. So you heard from Bigfoot, Melvin Cruz-Ortiz, and you know that he signed a plea agreement. I want to talk about that plea agreement a little bit this morning. It's Exhibit 49. And you'll get a copy of all these exhibits back with you in the jury room, and you'll get a chance to see them all.

You heard that he agreed to provide truthful and complete testimony. And he said he would not falsely implicate any person or entity. In fact, if he was to say someone did something and it was a lie, he could face additional time, he could face perjury charges, and it would be a violation of his plea agreement.

You heard that the defendant understood and acknowledged that the Court is under no obligation, of any type, to reduce his sentence because of cooperation. He could get no benefit at all from cooperating. And in fact, you heard something very important. More than just the hope of receiving a benefit, Bigfoot faces a huge risk as a result of his

testimony because he said that as a result of cooperating with law enforcement, as a result of testifying, he's been greenlit.

What does greenlit mean? He's -- anyone who is in MS-13 now can kill him. So as a result of his cooperation, yes, maybe he's hopeful he could get a benefit, but actually, he faces a huge risk of being killed as a result of providing truthful testimony in this case.

Now, you heard he signed this plea agreement on December 9th of 2024. But let's talk about something that happened two years before 2024, two years before he agreed to cooperate. He spoke to law enforcement at the time of his arrest, and he said something very important. He was asked, in February 6th of 2023, two years before he agreed to provide cooperation, he was asked, did Solitario participate. And he said, yes. He was asked, was he stabbed by accident, or was it because he didn't participate. And he said, by accident.

So well before Bigfoot had gotten the discovery in this case, before Bigfoot agreed to participate with the government, before he took the stand in this case, he said this defendant participated in the murder, and he was stabbed by accident. So he's not testifying about Solitario's involvement because he's getting a benefit. It is what he has said since the beginning.

Now, let's talk about how we know his testimony is true, the corroboration. Bigfoot testified that he observes Ardilla slash the victim in the face with a machete. How do we

know that that's true? Because you heard the medical examiner testify that the victim had chop wounds to his face, and the medical examiner testified that chop wounds are caused by a heavy sharp-edged instrument like a machete. That's consistent with Bigfoot's testimony.

Bigfoot testified that he dragged the victim to the place where he was ultimately killed by Fearless. He said he grabbed by the legs. Fearless told him, drag him over, and that's where he shot him.

How do you know that's true? Because Crime Scene Investigator Chehab documented what appeared to be drag marks on scene, and she documented what she said were blood-like substances on the road where he had been dragged. You also heard Detective Robert Drake describe that he also observed the same drag marks on scene. So that's evidence that corroborates Bigfoot's statement.

You also saw that Bigfoot identified the defendant, and that was in February of 2023, well before he had agreed to cooperate with law enforcement.

Now let's talk about Ardilla. He also signs a plea agreement. And like Bigfoot, he agreed to provide truthful and complete information and testimony and agreed that he would not falsely implicate any person or entity. And like Bigfoot, while he faces -- while he may possibly receive a benefit, one that has not been guaranteed to him, he faces a substantial

risk of being killed because, like Bigfoot, he has been greenlit. So while he may get a benefit, he also may be killed as a result of his cooperation.

He acknowledged and agreed that the Court's under no obligation of any type to reduce the defendant's sentence because of defendant's cooperation. Now again, he signed this plea agreement in December of 2024. But I want to talk about something that he said well before his cooperation.

You heard that in June of 2021, Sombra, Tirado, he placed a controlled call to Ardilla. You heard that Ardilla had no idea this controlled call was being recorded by police. Police worked with Tirado -- with Sombra, who placed this call.

And what did he say during this call? He was asked about the -- what happened that night. They were talking about Solitario. And he said, if they stabbed him, it was by accident. Everyone was kind of like hyenas. So well before, in 2021, three and a half years before his cooperation, he said in a statement, he didn't even know law enforcement was listening to, that that defendant who participated in the murder was stabbed by accident because everyone was acting like hyenas. You've heard it described similarly by the witnesses in this case.

Also, what's interesting is that when he was shown a photo lineup, when Ardilla was shown a lineup by investigators, when he finally agreed to cooperate, he did not actually

identify Solitario in this more recent picture of him. So if Ardilla was just saying whatever the government wanted him to say, if he was just going to say whatever we told him to say, think about it. Think about his credibility. Why wouldn't he just identify Solitario in this picture? He didn't identify him because, I mean, Solitario looked nothing like that picture at the time. You've seen him with his shaved head at the time. He didn't look anything like that. So think about his credibility and how he doesn't just say whatever the government wants. In fact, he didn't identify him in that more recent photograph.

Let's talk about how we know what Ardilla says is the truth. He testified that he observed Solitario stabbing the victim in the head. And you heard from the medical -- I'm sorry, in the neck. And you heard from the medical examiner that there are sharp wound injuries depicted on the victim's neck. That's consistent with Ardilla's testimony about where this defendant stabbed the victim.

Now, Ardilla also did, ultimately, see a photograph where he did identify Solitario. And the reason he was able to identify him was because he was with him in this car, because he drove Hugo, or Blue's, Celica with Solitario in it to Maryland. And he remembers this photograph with Solitario sleeping in the back seat.

And you can actually see the marks of the Celica on

that picture. Ardilla testified he hit the victim in the face with a small machete, knocking the victim's tooth out, and you saw that corroborated by the crime scene investigator who collected the tooth on the scene and documented the chop wounds to his face, which were also described by the medical examiner.

Now, Bigfoot testified that the scene was like a birthday party, when children are fighting for candy. Ardilla testified similarly that everyone, including this defendant, was circling the victim and stabbing him anywhere they could find a place. They were looking for anywhere they could stab him. He told Sombra that the victim was reacting like a piñata.

The medical examiner testified and corroborated both of their accounts, that the victim was stabbed at least 100 times throughout his body, and these diagrams are just a selection of all the diagrams that show the victim's stab wounds, showing he was being circled by MS-13 members, including this defendant, that he was being stabbed anywhere they could find a place, and that it was like kids fighting for candy.

You also heard from Wilson Tirado-Silva, who also signed a plea agreement. And like the other defendants, who were initially charged in this case and now were witnesses, he agreed to provide truthful and complete information and testimony. He agreed that he wouldn't protect any person or that he would not falsely implicate any person.

He also understood and acknowledged that the Court was under no obligation to reduce his sentence because of cooperation. And he signed his plea agreement in October of 2024.

But well before that, in January of 2021, he identified this defendant. He identified him as one of the people who was involved, who came back to the trailer on the night of the murder, talking about how they had killed the defendant -- the victim, I'm sorry, Gerson.

And you heard corroboration of that testimony. You saw Sombra's path, his approximate path, from the -- disregarding the victim's bicycle that he had gotten from Chango's house to Hugo's house, and that was what he testified, that's where he dumped the bicycle. And you saw that corroborated by the records from Allied Universal, which show him in the area of Hugo's house on the night of the murder discarding the bicycle.

So we have proven that the defendant committed the crime of murder or aided and abetted another member of the enterprise in the murder of the victim.

Now, the last element the government has to prove is that the purpose in committing or conspiring to commit the crime of violence was to gain entrance to or to maintain or to increase his position in the enterprise.

And I want to talk to you a little about what this means and how we've proven this:

Increasing or maintaining membership in MS-13. So the government has to prove that his purpose was to gain entrance to -- it's not relevant here; he was already a member of MS-13 -- or to maintain or increase his position in the enterprise.

So with this defendant, what's relevant is it was important for him to maintain his position in MS-13. So you'll have the transcripts with you. You also will have his statement. And you'll hear that he was a homeboy for seven years at the time of the murder.

So it was important for him to maintain his position. Now, it's not necessary for the government to prove that this motive was his primary or sole purpose in committing the murder. You need only find that enhancing his status in the enterprise was a substantial purpose of the defendant or that he committed the crime as an integral aspect of his membership in the enterprise. And that's how we've proven this. This was an integral aspect of his membership in MS-13. Committing murders, killing rivals was an integral aspect of maintaining membership. And you heard that through many witnesses.

So let's talk a little bit about that. The number one rule of MS-13, kill chavalas. You heard that over and over and over again throughout this trial. Cruz-Ortiz, Bigfoot, testified one of the main rules of MS-13 is kill rivals. Ardilla testified, in MS-13 you have to hunt down rivals and

kill them. And this is straight from their testimony.

Viera-Gonzalez, Humilde, testified the main goal of MS-13 is to be the number one gang.

And how do you become the number one gang? By killing any rivals opposed to your territory and your will. The main rule of MS-13 is to fight and kill chavalas.

And Sombra testified that one of the most important rules of MS-13 is you're supposed to find, attack, and kill chavalas, across all cliques. Killing chavalas, killing rivals, was an integral part of this defendant's membership in MS-13.

Now, let's talk about maintaining membership and homeboys. Bigfoot testified that homeboys are the ones who qualify to interrogate chavalas. He talked about how this defendant was selected as the person tasked with interrogating the victim. Why? Because homeboys have the knowledge. He's already a full-fledged member of MS-13. So you know the rules. You know what to ask.

There's no way that this defendant didn't know that he had to kill a chavala when he saw one. They all knew that. That's what they knew was going to happen that night. They talked about how they didn't even really need to discuss a plan. They kind of came up with one. He was told to interrogate the victim, but they didn't even have to do that because that is assumed. You see a chavala, you kill them.

That's how you are a member, that's how you become a member, that's how you maintain your membership in this gang. It's an integral part of his membership.

Sombra testified that a homeboy must participate in the killing of a chavala. And Viera-Gonzalez testified that after you become a homeboy, you have to keep up with the activities of the gang and building your status. If you don't participate as a homeboy, you can get killed. And you can also improve your status. He talked about how MS-13 is a lot about respect. You lose respect if don't kill a homeboy -- a chavala. So that's part of being a homeboy is maintaining that respect. You want the people below you to respect you and look up to you.

So let's talk about the promotions, the increasing of the membership and then maintaining membership. You heard that Bigfoot and Ardilla, they both became chequeos as a result of this murder. And you heard that Blue, Chango, Power, and Discreto also increased their membership as a result of their participation in this murder.

So what about this defendant? The defendant was already a homeboy in MS-13 for seven years. He knew the rules. He knew killing chavalas was expected of him by reason of his membership of MS-13, whose number one rule is killing chavalas.

Now, beyond the statement where he admits that he was a homeboy, how do you know he was a homeboy? Because he had the

tattoos. You heard a lot about the tattoos in MS-13, and how it's only at certain levels you can get these tattoos. So he was at a significant level of membership, so much so that he was allowed to get the MS tattoo. And not just that he was allowed. He wanted it. He got the MS tattoo. He probably wore the MS tattoo. Why? Because he was a member. He was proud to be a member, a member who wanted to maintain his position, who wanted to get the respect of those in the gang.

Now, the defendant committed the murder in furtherance of his membership in MS-13. After you become a homeboy, you have to keep up the activity of building status within the gang. You don't want to lose respect. Him and Fearless were the only two homeboys there. What did Fearless do? He shot the victim. What did this defendant do? He interrogated him -- or he attempted to interrogate him, he sat next to him in the car on the way, he pulled him out of the car, and he stabbed him.

And lastly -- and very importantly -- is that after this murder, the defendant continued his involvement in the enterprise. He didn't say, Oh, my God, what are you guys doing? What are you doing? You're murdering someone? No. Because he knew what MS-13 was about. He continued to engage in the enterprise after this murder. He continued to be a part of MS-13.

How do you know that? Well, you saw his Facebook. You

saw his status updates. You saw that he posted a comment in 2017, a status update, and you heard that Bigfoot commented on that status update in 2017, two years after the murder. He continued to engage in the people -- with the people who were involved in that murder with him.

You saw that he participated in group chats that were MS-13 related after the murder, in 2017, two years after the murder. This guy doesn't say I'm out, I'm done, I don't believe in this murder thing. No, he continues to engage in group chats where people are posting about MS. They're posting devils about MS. He doesn't leave the group chats. He's a member. And you can look at the records. You can see other people leave the chat. This defendant stays a part of it, just like he stays a part of the enterprise.

Very importantly, this message he receives. You see an MS member shooting an 18th Street rival, and you may remember that the other MS-13 co-conspirators and this defendant believed that the victim was an 18th Street associate. And this picture depicts exactly what he knew had to be done that night. You have to kill a chavala. That is a rule of MS-13 the defendant knew before, and he knew after. He's receiving messages showing them. Again, he doesn't leave the group chat after this message, just like he didn't leave the enterprise.

You saw that he engaged in communications with members of MS-13, members who were with him on the night of the murder

in 2017, two years later. He's communicating with Power, Bigfoot, and Discreto.

And you saw his list of friends that's included other people in this organization, but specifically, Tovar, who's Fearless, and Hugo, who were both involved in murders. In 2017, at the time of the production of these records or even later, these -- this defendant was friends with on Facebook, people who were involved with him in this incident.

Now let's talk a little bit about the defendant's post-Miranda statement. You heard that officers met with him, agents met with him, and he agreed to speak to law enforcement. And you heard the progression of his statement. You heard how at the beginning he minimized. He said -- he was asked, did you live in Florida in 2015, and he said, not that I remember. Then he said, well, I'm going to be honest with you. If I went, I might have gone there, but that doesn't mean I went to do bad things. And then he said, so I might have been there because it's a tourist city. So the fact that I went there doesn't mean I did bad things. It could be that I was in someplace there but I don't remember exactly where.

So the beginning of his statement, he doesn't remember being in Florida, ever. Then maybe he was in Florida, but it wasn't to do bad things. But let's talk about how the statement progresses.

He was asked about whether the conspirators were shown

a picture of the victim. And it said -- he was asked when was it decided that they were going to kill the victim. And he acknowledges that what they would do was show us a picture just in case. We would look at each other and already know that person was one of those. Right?

So he acknowledged that in MS-13 you were shown a picture just in case, just in case you saw the rival later, and he acknowledges, you know what to do if you saw that person. He was a homeboy, he was a member. He knew what to do, and he knew what to do that night, kill the chavala.

He said, look, I didn't live there. They are the ones who lived there, so that's why they showed us the photos. They said they were from another gang.

And he was asked, so do you think when the group was shown pictures like that, they already understood that they had to attack them and eliminate those people? He says yes, because he understood that when you're shown a picture of a rival, the understanding is you have to attack and eliminate the person.

Now, as the statement progressed, he admitted to -- or partially admitted to -- initially to participating. He said, whether I participated or not, I don't remember. And then he was asked, do you think you participated? If I participated -- maybe I did. Not the whole time, but I arrived and then I went back. That's his initial participation.

Then he's asked, is it possible that you participated and stabbed him two or three times? And he said, that's what I mean. Maybe I did.

So he goes from I don't know if I've ever been to Florida; I didn't go there to do bad things; Maybe I participated; Oh, yeah, maybe I did stab him two or three times. So think about the defendant's statement just like you're thinking about every other witness's testimony, and think about how credible he is when initially he is lying to law enforcement, and then ultimately he starts to come forward, but then, again, minimizes his cooperation -- or participation.

He's asked, is it possible if you're a member where on the body you stabbed the victim. He said possibly it could be the body. And then they follow up, what part of the body? He says, I mean, I don't know what exactly -- that's why if by chance I participated. They ask him, do you think you grabbed him? And he doesn't say no. He says, I don't remember. Honestly, I don't remember if I grabbed him.

Well, you know who remembers whether he grabbed the victim? Bigfoot remembers. Bigfoot remembered him pulling the victim out of the car, saying, as I said before, get out of the car, and using derogatory words, and then chasing him. So he doesn't say he didn't grab the victim out of the car. He's just saying he didn't remember. But you heard testimony about someone who remembers what happened.

And you also heard from Ardilla. You heard from Ardilla that this defendant was the first one who stabbed the victim in the neck. And again, you saw those injuries. You saw that they were consistent, that he had stab wounds in the back of his neck.

Then he's asked about the knife. And he says, they handed me that, and they gave it to me. I mean, I didn't have a knife and they gave me that. And so he's asked, oh, they gave it to you. And he says, uh-huh, so that I would participate. I just know they handed me the knife. I didn't remember the photo they had shown me. So later on they clarified to me that it was that person. So he was shown a photo of the victim, we talked about that, by Chango. And he later realizes that that's the person that he had been shown.

So he's asked again, so someone gave you the knife, right? And you had to stab him. And he said, whether I did or not, I don't remember. But if I did, it was quick because I stepped away. Again, he's claiming he doesn't remember. I mean, he also didn't remember coming to Florida an hour before that either. But the people who remember, remember he participated, and they've said that from the beginning.

He's asked, does that mean you participated? He says, that's what I'm saying, that by going -- I mean, here we go. If I participated, I'm giving the possibility that it could have been, yes. So he admits to participating in this.

And then importantly he says, do you remember if the knife was foldable or just a single? This guy can't remember anything, but he remembers, the one they handed me, that was a folding knife, but I don't know about the others. That's the knife he used to stab the victim, a folding knife.

And you heard about the different types of knives that were used. You heard from the medical examiner. There is different types of wounds, different sharp wound injuries. There was the machete, the chop wounds, and there were smaller ones like the ones used by a folding knife, like the ones this defendant made.

Now he says -- talking about the knife -- they gave me the thing. As I'm telling you, whether I participated or not, only God knows. Then from there when I stepped away, I was heading to the car and they lunged at me and said, what's going on? And I told them, I'm heading to the car. Then later I hear the shot and I say, hey, who shot me? And he's asked, did the shot happen when you were there at the car? And he said, no, no, it happened when I was heading to the car.

And then he acknowledges in his next statement -- because he gave two different statements to the police. This one's months later. He has more time to think about the lies he's going to give to law enforcement. And he says, since it's their territory, they do their things there. They have their people. They dedicate themselves to that -- what they elect to

do. And they say, to do what? And he says, hunting for the enemy, let's say, for -- he knew that that's part of MS-13, hunting for the enemy.

They started going through, and they showed us on the phone the picture of this person -- again, speaking of the victim. And he was asked who were these people, were they enemies, were they friends? That's talking about the picture he was shown. And he said supposedly they were from another gang. And he was asked, so did you have to attack them? And he said, well, that's how they work. If they show them to you, if they're from one gang and you're from another, then obviously, obviously, when you see them, you have to act. This defendant knew when you see a member from another gang, maybe not obvious to other people, obvious to him, you have to act.

He's asked, how do you think you were stabbed? And he said, they came and pulled me out. Now, remember this is the second statement, so it's different than the first one. He says, I mean, when we were there, they separated me from the group. And he was asked, what was the group doing? He said, well, they were stabbing. But like I told you, I was just watching. And then they hugged me, and I -- well, I didn't feel -- like I said, I didn't feel. Suddenly I heard the gunshot, and I asked, why did you shoot me? Then he told me, this is why it happens to you, and I went to the car. Different from his first statement, right, where he says he was

already at the car when he hears the gunshot. He doesn't mention this, being hugged.

He also goes on to say -- he is asked, why did he follow you to the car? He says, because I told him they shot me, so he told me to go to the car. Again, different, because the first statement he says he didn't hear the shot until he was already back at the car. And then he's asked, how did you get stabbed. And he said, like I said, they pulled me out of there, as if I came and hugged him like this.

So this is really important. They pulled me out of there. He's admitting he's in there. So he's in the melee, he's in the frenzy, he's stabbing the victim. So if they stabbed him, which is what he's claiming in the second part of his statement, months later, it's after he's already involved, after he's already in they pull him out now, and they stab him. Well, they hug him.

Now, I want to touch on this duress defense that was read to you because I think it's an important part here. The defendant has to prove several things to prove that he acted under duress.

First of all, that there was an unlawful and present immediate and impending threat of death or serious bodily harm to the defendant or another. That's not what his statement says. His statement doesn't say he was threatened into stabbing the victim, that anyone threatened him. In fact, he

said he participated. He was pulled out, right?

But really importantly is the second thing defendant has to prove. And that is the defendant's own negligence or reckless conduct did not create a situation where the defendant would be forced to engage in a crime.

So this obviously just doesn't apply here because the defendant's own negligent or reckless conduct is exactly what created a situation where he would be not forced, but where he willingly participated in this crime. Why? Because, well, first he's a member of MS-13. So you know, as a member of MS-13, you have to kill rivals. Second, he's a homeboy at MS-13, and you know as a homeboy in MS-13 you have to kill rivals. He is a tattoo-wearing homeboy in MS-13.

He knows what has to be done. Why that night did he know it was gonna happen? Well, he gets in the car with a rival, who he had been shown a picture to. He acknowledged, obviously, when you see someone in a different gang, you have to kill them. And so he puts himself in a position recklessly, negligently, to have to kill a rival because he is part of the gang, and he puts himself that night on the field with the victim.

Now, I don't think there's really an allegation or there's been any evidence -- there's been no evidence that this defendant was specifically told he had to do this. But if this is something you're thinking about, just look at these

elements, and you have to understand that this just doesn't apply to the facts in this case.

Now, here the defendant, again, was not acting under duress. Consider his status in MS-13 and the testimony and evidence you heard. In fact, he's the first one that grabs him out of the car. Now, he says, there was a circle, and I was outside. Then they came out and gave it to me, like for me to go in. Speaking about the knife. Again, this is now later in the statement. And he was asked, they passed the knife? Yes. So before he's stabbed, right, allegedly stabbed, or hugged, he already is outside. They hand him a knife, and he goes in to participate.

He said, I don't even remember if I participated or not, but there's a possibility I may have participated. And he's asked, where, if you remember, would you have stabbed him? And what does he respond? Anywhere I think, wherever I could.

Now, why is that important? Because Ardilla testified that that's what these defendants were doing. They were just looking for a place to stab the victim anywhere they could. He was being spun around like a piñata, and they were just looking for anyplace to stab this victim. That's what Ardilla said, it was like kids at a birthday party just looking for candy.

And that's what this defendant did. He just looked for anywhere he could stab the victim, and he did. He took that folding knife, and he engaged, just like the rest of them did,

just like Bigfoot testified and just like Ardilla testified. They all participated.

Again, these are the elements of murder in aid of racketeering, and how we've proven each of them, that this defendant was involved in this enterprise that engaged in racketeering activity, that was engaged in interstate or foreign commerce, and that he murdered this victim, and he did so to maintain or increase his position in the enterprise.

Now, I want to talk to you about reasonable doubt. And I acknowledge the government's burden is heavy, but it doesn't have to prove guilt beyond all possible doubt. So unless we prove this case to you or -- you know, unless I took you in a time machine to May 3, 2015, and we went to that field in Boca and you saw all of these member of MS-13 spinning that victim around like a piñata and stabbing him, unless you were there with your own eyes, you know, like Ardilla was and like Bigfoot was, watching this defendant stab the victim, you're probably gonna have some doubt about whether this happened. And that is okay. You are allowed to have some doubt.

The question is whether you have a reasonable doubt. And so after you've listened to all this testimony, after you've seen the evidence corroborating the eyewitnesses who actually were there, the people who saw this defendant participating in this murder, you should have no reasonable doubt about whether this defendant participated in this murder.

As the judge mentioned, after you hear the closing arguments you're going to receive a verdict form. And I am confident that after you have thought about the testimony you heard in this case, the testimony of Bigfoot -- he says, I was called as a witness because I was there. He saw this defendant grabbing the victim out of the car. He saw him stabbing him.

After you think about the testimony of Ardilla, who, also, was there on the scene of the crime, who said he saw this defendant stabbing the victim in the neck. After you think about the medical examiner's testimony, who corroborates what the eyewitnesses say, who corroborates that this defendant participated.

After you reflect and think about the defendant's own statement, where he admits if he had participated, he would have stabbed him anywhere he could have with that folding knife he was given. And after you think about Sombra's testimony, who said that after this incident, all the -- all the members came back, and they were all happy about what had happened, and they were all saying what had happened.

And this defendant, they all said this defendant participated. After you've thought about all the testimony, after you have reviewed all the evidence, you'll return the only verdict that is supported by the testimony, the only verdict that is supported by the evidence in this case, and that is that the defendant is guilty of VICAR murder, murder in

aid of racketeering. Thank you.

THE COURT: Thank you very much, Ms. Smukler.

We will turn it over to the defense.

MR. ROSENBAUM: May I have a brief recess before we start?

THE COURT: Yeah, we'll take five, if you could. If you need to take a quick break to re-set up everything.

Take five, everybody. You guys all right? Hanging in there? Yeah? Okay. You need a minute? Anybody want to take a minute? Let's go ahead and do it. All right. Leave your notepads there. Just a five-minute restroom break. You can leave everything where it is, and we're going to come right back out.

THE COURT SECURITY OFFICER: All rise.

(Jury exits at 10:49 a.m.)

THE COURT: All right. Go ahead, if you guys need to use the restroom, we'll take a break here. Five minutes.

(Court recessed at 10:49 a.m.)

(Back on the record at 10:55 a.m.)

THE COURT: All right. I think we've got everyone back.

Let's see if our jurors are ready. Thank you.

(Jury enters at 10:56 a.m.)

THE COURT: Please be seated, folks. I think we have everybody back. Very good.

All right, folks. So we're going to turn it over to the defense for their closing argument at this time.

Mr. Rosenbaum, the floor is yours.

MR. ROSENBAUM: Thank you, Your Honor. May it please the Court, counsel, members of the panel. Good morning.

First of all, I'd like to thank you very much for the close attention you've paid during this trial. It's a hard job what you have, harder than anybody else in this courtroom, and we really appreciate it. I thank you on behalf of myself; my trial partner, Kimberly Acevedo; and, of course, Wilber Vigil-Benitez.

The first thing I want -- can I have the ELMO, please?

I'm going to go a little bit out of order than I planned to. But the first thing I want to clarify is this: The government, in their closing, kept saying over and over again that the No. 1 rule of MS-13 is to kill chavalas. That's not what the evidence showed in this case. That's what some of the witnesses may have said. But we know, through the Government's Exhibit 19-A, from Sombra's phone, Wilson Tirado, the homeboy, First Word, the rules of GLCS and regulations, and you saw them.

This is what came out of his phone. It's in Spanish. But there's an English translation. So this is what they pulled out of the phone. And then the government had it translated. And as we go through it, these are the rules.

You'll be able to take it back and read yourself. But nowhere in there does it say, on any page, on any line the No. 1 rule is to kill chavalas. In fact, it's not mentioned anywhere in these rules and regulations.

There's the second page, the translation. There's the next page, respect La Mara, never lie to La Mara homeboy. Respect your mother. Never associate with the enemy. Always be solid. Never lie to the hood. Love your homeboys. There is no resentment among homeboys in La Mara. The MS-13 is your life. And it goes on.

But again, that phrase that the government claims is the main rule is not even in the fellow who was running the GLCS clique down in Florida. And that's Sombra.

Then we have the next page. Again, nothing about killing your rivals. If it was a No. 1 rule, it would say, No. 1 rule. It would at least say, kill chavalas. Not mentioned at all.

And the last page, same thing. No mention at all. And you can take it back there when you deliberate, and you'll see that the government, what they want you to believe is not supported by the best evidence, which is, in fact, the rules and regulations kept in the phone of the First Word, Sombra.

Now, there's some key principles that we need to pay attention to in a criminal case, in this case. And that's going to be the jury instructions that Your Honor has already

read you, and the prosecutor touched on one of them.

First one is reasonable doubt. You've heard about reasonable doubt. The judge read it to you. The prosecutor went over it with you.

The important part here is, the last paragraph -- it's all important, but: Proof beyond a reasonable doubt is proof so convincing that you would be willing to rely and act on it without hesitation in the most important of your own affairs.

Big decisions. Buying a house, investing in a business, what courses you're taking in school, maybe, maybe getting married. The big decisions in your life. Having children or not having children. This is what they're talking about, the major decisions. Not what you're having for lunch, not what you're gonna watch on TV, not restaurant -- not what restaurant you're gonna go to, not even what car you're going to buy. Very important decisions, that's what reasonable doubt means.

Another instruction -- I'm just gonna go through a few of them: Your decision must be based only on the evidence presented during the trial. You're not to be influenced either way by sympathy or prejudice against the defendant or the government. The indictment or formal charges against a defendant isn't evidence of guilt. The judge already told you that. It is an indictment; it's like a traffic ticket. It tells you what the charges are, it informs you.

The law presumes every defendant is innocent. The defendant does not have to prove his innocence or produce any evidence at all. The defendant does not have to testify, and you cannot consider, in any way, the fact that the defendant did not testify. It's up to the government. They must prove guilt beyond a reasonable doubt. If they fail to do so, you must find Wilber not guilty.

Now, in normal life, if you have children, or you're a schoolteacher, or you work for a company and you're a supervisor, if there's a problem, if there's a disagreement, you want to hear both sides. That's normal life. This is not normal life here. These are rules we have to abide by. So if in the jury room someone decides, well, we didn't hear from Wilber, and they use that against him in determining their burden, you have to tell that juror that you can't do that. That's the law. You have a Fifth Amendment right to remain silent, and that is what's very important in this case. You can't hold it against Wilber. So if anybody does it, you've got to tell the other jurors to throw that out the door. It's not part of the verdict -- not part of the deliberation.

Credibility of witnesses: In this case, it's really important. Why? There's no physical evidence. There's no DNA. There's no fingerprints. Now, there was on some of the other murderers, for some of the other people, like that iced tea can and stuff like that, but not in the Gerson murder.

The Gerson murder, which is what Wilber's charged with, that's the only one he's charged with; unlike the other people, there is no physical evidence. There's no weapons. There's no DNA. There's no blood. There's no fingerprints. There's nothing.

The whole case rests on cold-blooded, heartless murderers. And you saw them. You only saw some of them. They picked the ones they wanted. That's all you heard from. That's what the government is relying on. That's the whole case. The foundation of their case are cold-blooded murderers who don't care about human life.

Now, the judge is going to give you this instruction: When I say you must consider all the evidence, I don't mean that you must accept all the evidence as true or accurate. You should decide whether you believe what each witness had to say and how important that testimony was. In making that decision you may believe or disbelieve any witness, in whole or in part. The number of witnesses testifying concerning a particular point does not necessarily matter.

To decide whether you believe any witness, I suggest that you ask yourself a few questions: Did the witness impress you as one who was telling the truth? Did the witness have any particular reason not to tell the truth? Did the witness have a personal interest in the outcome of the case? Did the witness seem to have a good memory? Did the witness have the

opportunity and ability to accurately observe the things he or she testified about?

And did the witness appear to understand the questions clearly and answer them directly? And did the witness's testimony differ from other testimony or other evidence? And again, this case is going to be decided on the evidence, the lack of evidence, and the conflict in the evidence. That, coupled with your common sense, which has gotten you this far in life, and the law as His Honor will instruct you. And the conflict of the evidence in this case is remarkable, as well as the lack of evidence. I'll go into it in more detail in a moment.

Another instruction that's important in this case is impeachment of witnesses because of inconsistent statements or felony convictions. So if they gave different statements at different times and they contradict each other, or they're convicted of a felony, which they all are -- everyone that came in and testified about this, as far as the people of MS-13, they're all convicted felons, every single one of them.

The one who is the CEO of the East Coast program, who had the name Humilde and then it changed to Demon, he's a convicted felon. Sombra's a convicted felon. Bigfoot's a convicted felon. And so is Ardilla. They're all convicted felons, and that's something you must consider in deciding whether you can believe all or part of their testimony or none

of it at all.

The next instruction I draw your attention to is testimony of accomplice or co-defendant with a plea agreement. Well, that's what we have here.

Now, there's something interesting that the prosecutor said. If they lie, they could get a bigger sentence. What's bigger than life? They all pled guilty to a crime, murder in aid of racketeering, and it's punishable with mandatory life. You don't get out early. You're there until you die. That is the sentence that they're facing on their pleas, all of them. So if they lie, oh, they'll be subjected to perjury. Okay. What's five years on top of life? Nothing. So don't believe that.

One of the things that was interesting, and I'll divert a little bit, at times. Bigfoot. He said, under oath, I don't care if my sentence is reduced. I don't care. If it happens, it happens. If it doesn't, it doesn't. The other ones at least said they'd like their sentence reduced to a term of years. But Bigfoot, he didn't care. He lied throughout, from the time he was arrested until he left the stand. I'll go through that in a little bit. But I found that answer quite remarkable.

The judge is going to instruct you that there's a plea agreement with the co-defendant in exchange for his testimony. Such plea bargaining, as it's called, provides for the

possibility of a lesser sentence than co-defendant would normally face. Plea bargaining is lawful and proper and the rules of this court expressly provide for it. But a witness who hopes to gain more favorable treatment may have a reason to make a false statement in order to strike a good bargain with the government.

So while a witness of that kind may be entirely truthful when testifying, you should consider the testimony with more caution than the testimony of other witnesses. And in fact, that a witness has pleaded guilty to an offense isn't evidence of the guilt of any other person.

Now, another comment about this: The law provides for this. The government can do it. They can strike deals with the worst people on earth in order to try to prove their case. I can't do that. I can't pay for a witness. I can't buy a witness.

MR. DOBBINS: Objection, Your Honor. Mischaracterization.

THE COURT: Let's move on from that. Okay. Go ahead.

Please disregard that last statement.

Go ahead, Mr. Rosenbaum.

MR. ROSENBAUM: Now, the government would like you to believe that the cooperation began when they signed the plea agreements in 2024, December and November of 2024. That's not the case. Think for a moment about Sombra's testimony. He

started cooperating with the government back in 2020. He met with the government many times over the years to cooperate. Made phone calls for them. Did other things. But Sombra didn't sign his plea agreement until October 22, '24.

The other witnesses also started cooperating well before they pled guilty. They started when they were arrested and they were giving statements to the police, and they were giving them information.

Okay. Let's talk about Sombra, Wilson Tirado-Silva. He was the First Word or the homeboy of the GLCS clique. That's the clique that's down in Broward County. Wilber was not a member of that clique. He was Delicias. He had nothing to do with GLCS other than he came down for about thirty days. Wilber is not from Broward. He's not from South Florida.

Sombra claimed they were hunting for rivals. Wilber had no dog in this fight. He didn't know the territory. He didn't know the rivals. He didn't know anything about this area. He was just down here. He had nothing to gain from hunting or killing here. It's not his clique. His clique has different rules than GLCS, different members, different programs. He was just down here as a guest.

Now, if you remember the testimony of Sombra, he said Chango showed the picture, said he was either an associate or a member of the 18th Street Gang. Sombra is the one, he told you that he went out and met with Gerson, brought him into the

house, sat there and talked to him about the fight that night, the Mayweather/Pacquiao fight, talked to him about the Tropicante, and talked to him about other things in a friendly manner in order to make sure that he was an associate or member of the 18th Street Gang.

He is the one who greenlit Gerson. He is the one who did that. Don't forget, he pled guilty to this murder. That was his main role. He couldn't go to the murder scene because he was on the monitor. He got rid of the bicycle. But he is the one who made the decision. The decision was made before they ever got in the car.

Why? Well, the whole reason for going in the cars, depending who you believe, was to get more weed, and Ardilla finally admitted to that, that they were smoking a lot of dope. Bigfoot said, we weren't smoking dope, we were drinking. And Sombra said the same thing. But Ardilla said, we smoked about 10 to 15 cigar-sized blunts when we get together. They really smoke a lot of dope. And they told the victim they needed to get some more weed, to come with us.

So that decision was made before they got in the cars. Then they all got in the cars. And what was the testimony? That Gerson was sleeping in the back seat. Wilber wasn't doing anything. He wasn't investigating, he wasn't questioning. Sombra said he did it. He was the First Word of that clique. He told you what happened. But Bigfoot and Ardilla, what did

they do? They want to please the prosecution. They want to make a case. They're putting things on Wilber that Wilber had nothing to do with. He knew nothing of the gang structure down here, of the 18th Street Gang down in Broward. It wasn't his deal. It wasn't his fight.

So when Sombra testified --

MR. DOBBINS: Objection. Showing something that's not in evidence, Judge.

THE COURT: Is that not in?

MR. ROSENBAUM: Well, it's part of the transcripts they were using on the PowerPoint. They were using --

THE COURT: Is that an admitted piece of evidence or not?

MR. ROSENBAUM: No.

THE COURT: Then do not show it.

MR. ROSENBAUM: So Sombra's testimony is like I already told you, he is the one that did it. You'll be able to recall his testimony, and it makes sense, that he was the shot-caller for GLCS and he made the decision to green-light Gerson.

And let's remember who Sombra was. Sombra committed four murders, Joel, Omar. He was involved in the Gerson murder -- the Gerson murder. And then one other murder. He also was convicted prior to attempted murder for stabbing somebody, in state prison for that, and committed an aggravated battery by beating a woman and her boyfriend with rocks. That's who

controlled the clique. It was a strict clique, run by Sombra. And that was Sombra's testimony.

And when Ardilla testified, he confirmed that. The only one who testified differently was Bigfoot.

So that's a conflict in the evidence. And since Sombra's the shot-caller, he remembers his small part in this, and Bigfoot confirming it -- I mean, Ardilla confirming it. You have to realize that Bigfoot, who's lied from the beginning, lied a lot during his testimony.

MR. DOBBINS: Objection as to characterization of lying.

THE COURT: Ladies and gentlemen of the jury, you will use your best recollection of the evidence as to whether people are telling the truth. You will look to the inconsistencies or lack thereof in the testimony. You will follow the instructions I have given you on evaluating the credibility of witnesses. All right?

Let's move on.

MR. ROSENBAUM: Let's talk about Bigfoot. Bigfoot told you and admitted that he lied to the detectives when he was first interviewed. He said he didn't care if he gets life. He doesn't care if he gets a sentence reduction.

When asked about the murder of Joel, he told the agents that he lied to Joel, who was a friend of his, to get him to where he was going to be murdered. He lied -- told you that he

lied to Joel's mother -- she came looking for him because he had disappeared, and he lied to her.

Joel and him were friends. They played soccer together. But he lied to his friend to lead him to his death.

Now, during his testimony about the Gerson murder, the prosecutor asked him where he stabbed Gerson. He changed the subject. He didn't answer it. But then the prosecutor asked another question. She asked, Did you get hurt? Did you get cut? He goes, Yes. And he slips up. And now he admits that he stabbed Gerson in the head. He said when he pushed the knife down into the head, his hand slips down onto the blade, and he got cut. So from avoiding the question, minimizing his involvement in front of you-all for whatever reason -- he pled guilty to the murder -- he then slipped up and admitted he stabbed him.

He said they weren't doing marijuana, but yet it's clear they did a lot of marijuana. He kind of minimizes his involvement.

He also testified about the shooting, when Fearless shot Gerson. He said that he was pretty close to him. He said he heard two shots. Two. Physical evidence, the little that we have, one casing, one projectile, one bullet wound. So he lies about that too. And he said he was close to it.

In fact, when Ms. Acevedo was talking to him, questioning him, Gerson's body was there, he said it was there,

it's about four feet away when he shot. It was done right in front of you. The medical examiner said she found stippling around the eye, where the bullet went in, in the left eye. And she testified that you only find stippling if it's two feet or less. This is more than two feet. It was at least four, maybe five.

Then we have Ardilla testifying that he went to the car before the shooting, before he heard the shot. And he heard one shot. And he said that Bigfoot was at the car at the time of the shooting. And I asked Ardilla, How far away were you in the car from the body of Gerson. He said, about ten yards, 30 feet. That's not right next to him, was what Bigfoot said.

Why is Bigfoot lying? He pled guilty to the murder, but yet he still can't tell the truth. He tries to minimize his own behavior, even though he has admitted to being involved in the murder and wants to shift some of the blame on the guy that came down, who has no dog in the fight. That's conflicts in the evidence. That's reasonable doubt.

Let's talk a little bit about Humilde, or Demon. The person who's the CEO, for lack of a better term, of the East Coast program. He was the First Word of the VLS, for the Virginia chapter, and then he became the head of 32 chapters. And he told you, despite there being a lot of talk about to become a homeboy, you have to commit a murder or more, he said he never committed a murder. He never committed a murder to

rise to the level of homeboy. In fact, he didn't commit a murder to become First Word, and he didn't even commit a murder until he became the head of the East Coast program and coordinated 32 cliques, from Massachusetts to North Carolina, west to Ohio.

He says there are exceptions. Not every homeboy had -- or not every person has to be -- do a murder to be elevated to homeboy status. And that's what Sombra told you too. The First Word of the clique down here, he said he never had to do a murder to become homeboy status. They needed people, and he was elevated. So these rules that you hear about are not etched in stone. And it was said that there are variables and there are exceptions.

And Demon told you that -- and this is the enterprise. He's really high up. Except for Salvador, I mean, he was it. He said that he's only been involved in one extortion, and that's the one he pled guilty to. And one murder, that's the one he pled guilty to. They don't sell drugs. Maybe a little marijuana. They don't deal in guns. I don't know what kind of enterprise it is. They don't make any money. If you believe him, they don't make a dime. And he was put on to tell you how the MS-13 works. And yet, it made no sense. What kind of business model is this? What type of enterprise is this? This isn't -- this just made no sense at all. And his testimony differed from the gang expert we heard, the guy with the long

beard. So I'm not sure. It was a little confusing.

Let's talk about Ardilla. Ardilla says that Wilber was the first person to stab Gerson. Bigfoot says the opposite. What does Bigfoot say? If you remember his testimony, Bigfoot says that the first person to get to Gerson and stab him was Ardilla.

Why did he know that? Because there's only one person who had a machete, who had a 12- to 16-inch blade. That's a regular machete.

And where did Ardilla slice him? In the face. Ardilla says three times. Well, one -- this is Government's Exhibit 76-A. One, two, three, four, five, at least. That's all this picture shows. And that's what Ardilla said. And he finally admits to doing it here, but he says the first one that stabbed him was Wilber. But that's not what Bigfoot said. Again, conflict in the evidence.

And then, when you ask the only two people that were there, that testified about who did the stabbing, where did they stab, they described it as a frenzy. They're not paying attention to what other people are doing. They don't know what's going on. They know people are there and people are stabbing, but they could never tell you who stabbed where, how many times, or what type of knife, because it was dark.

There were no lights; the car lights were off. There's no streetlights. It was 5:00 o'clock in the morning, before

the sun came up. It was dark. And they were all -- the people that involved were stabbing.

And don't forget, the ones that weren't homeboys needed this kill so they could be elevated. Remember Bigfoot? I wanted to be elevated. I want to be a homeboy. I don't want to take orders from anybody. This was their motivation. Had nothing to do with Wilber. He was a homeboy from another clique. He didn't need to do this. He did not need to do it.

Now, the government, in their closing, tried to bolster Ardilla's testimony by saying that Wilber stabbed the victim in the neck because the ME confirmed there's stab wounds in the neck. Well, sure there were. There were stab wounds all over this kid's body. This is a horrific murder, horrific. I mean, it was just horrible.

So what we have there that night are these six or seven people stabbing this poor kid, and no one's paying attention to what the other person is doing. Fearless was watching. He was the head guy there that night. He was watching. And he told people to get in, to do it, because people knew there'd be consequences if they didn't do it.

Now, let me show you Government Exhibit 81-B that's introduced into evidence by the government. This was a controlled call made by Sombra while he was assisting law enforcement, which he made to Ardilla. And on page 12, CHS is Sombra. That's a confidential human source, that's what "CHS"

means, but it's Sombra.

And Sombra says, and we were already there around 7:30, 8:00 at night, we were there already. It was to, you know, eat and that was it, and no...at least you ate while there in Boca.

And "KG" is Ardilla. Yes, eh, eh.

There, there you did hit him hard, right?

And Ardilla goes, there I did enjoy it. The kid's teeth came out.

And the question is, and you did hit him in the teeth?

Ardilla goes, yes, man, it was that, right, from the spark, it went out.

Sombra goes, unbelievable. Damn, you -- and laughs -- I would liked to have seen that. And you didn't take his eyes out with the -- with the knife? And laughs again.

Ardilla: No, man, I slashed the son of a bitch's entire back.

Sombra says, oh, you turned him over. I thought he was first -- that he was on his back at first.

And Ardilla says, no, you see, he was turning around, as a piñata, was going.

This is before Ardilla got arrested. And this is the tape that the agents played to Ardilla when they finally got to him.

Now, remember when Ardilla was on the stand, I asked him how he felt when he was hitting the victim. And he said he

didn't feel anything. But he told you, during direct exam, that he felt bad, and that's why he's here testifying in court in addition to wanting a reduction. At least he's truthful about wanting a sentence reduction. However, listening to him talk to his buddy, not in a court of law, thinking it's a private conversation, he was not very remorseful at all, years after.

The government showed you some Facebook exhibits. I'd like you to look at Government's Exhibit 80-O when you get back to the jury room. I haven't pulled it out here. Wilber posted one thing. Look at that page. Everything else, he's receiving stuff, from group chats or whatever. But on January 12, 2019, in Exhibit 80-O, the government's exhibit, which is in evidence, he said: Pure things about the devil you speak here. Seek the Lord. Seek the Lord God. He loves you. That's the post you'll find from 80-O.

Now, Wilber spoke to the agents on two occasions. The first time was in January -- on January 18, 2023. And he was interviewed by Special Agent Nathan Ferguson and Detective Andrew Gianino. These were introduced through Agent Gianino. They're in evidence. I suggest you read them, not just parts of them. But I have some parts here I'd like to share with you and go over with you.

So here they're asking Wilber about being a homeboy. And the translation is, so he's saying: Cano was the First

Word. He was the most respected. This is in the Delicias clique. And he had the connection down to El Salvador. Once he lands in jail, we lost that connection and neither of us had the knowledge and the background to step up to First Word. He said the only reason we -- meaning Wilber -- became homeboys was because it was only two of us, so he went from chequeo to homeboy without having to earn it, per se.

MR. DOBBINS: Judge, I'm just going to object. There are Post-it notes on this exhibit. I just -- I don't mean to --

THE COURT: They're not -- it's just his own flags.

MR. DOBBINS: -- disrupt anything. It's just, there's notes there.

THE COURT: Right. It's his own flags. It's okay. But let's try not to -- I think they're just some notes. It's okay. All right.

MR. ROSENBAUM: So he didn't need to do anything to be a homeboy?

Wilber goes, no, because we ended up in a situation where they put us in the program. Since the program was, I don't know, running a business, then it was -- what they didn't want was for any clique to be idle and doing nothing.

Now, they start asking him about -- Wilber says: I know. That's why I tell you I don't know what happened. This is about the Gerson murder. What happened was, because I

didn't keep up in the game. That's why this happened to me. They didn't do this to me for nothing. That was the issue. If the person who said I had told this to you, that they must have also told you that I was high, lost. I was smoking, so when it happened, I don't know. But for not participating in things, look at what happens.

Wilber further goes on to say, as said: But that day I gave in and started smoking. And they don't smoke a little, they smoke a lot. I can't get on your level because I don't drink, and I'd go crazier, right?

And then the translation is from Agent Miranda, so he's saying that while they were in the house smoking, we saw a guy walking down the street. Somebody from the house went out to talk to him, and then eventually, word got out that it was a person that we had been shown in the picture. So he's like, I was high, and I just didn't realize what was going on, like what was the commotion about since I didn't know any of the guys.

Wilber goes on further, as said: I don't remember who said it, but they said, let's go, we're going to get more weed. But supposedly, they were taking this person to get more weed. I still didn't know them. I don't recognize them. They showed me pictures, and I've had a hard time recognizing people. So they told this person to take them to get more weed.

Then Wilber says, as said: Everyone went with the

person. Everyone went together. We were going because honestly I was there. Then we got to the place, I was high and suddenly, I don't know what happened. But we arrived at a place. I mean, I don't even know that place. That's why I tell you, I don't know those places. I don't even know the name of the place. We got to a place, and I thought -- but this is like a wooded area. And as we were walking, I started to see that they grabbed the guy, and now I realize that when you don't participate in things, it brings you consequences.

So Miranda says to interpret what he says again, so he's saying: I was in the car in a ploy to buy marijuana. He said we drove, and we ended up in this field-like area, and that's when I realized that I don't know if they're going to sell weed here. So we were walking in the field, and then eventually they grabbed the guy, and then, you know, if you don't participate, you get punched. So that's what we got caught.

So you're walking, they grab him, and then what happened?

I saw that they were hitting him, but I didn't see that they had a knife. The problem is that I didn't have anything on me. I didn't have anything. Then when -- when they gave me the knife to make me do something, I didn't want to because honestly, and then suddenly, they stabbed me.

They stabbed you?

Yes. Because I didn't want to do it because I was saying, what is this? What's going on? Who was that person? I don't know. But I'll tell you something, I told him, why did you do this? I heard a gunshot, and I told him, why did you shoot me? Because I saw blood on me. I said, why? Why did you shoot me? And I went to the car, and then they all came to me telling me to wake up to tell them that was -- what was happening with me. I told them, look, they shot me because I didn't do it. I saw blood on me. I told them, look, why did you shoot me? I heard a gunshot. A gunshot is all I heard. And that I don't even remember anything.

So he's saying: When we got there, I was high. We walked in the field, they grabbed the guy, and they started hitting him. So he started bleeding. So I start -- so I realize that they were stabbing him. And he said: I don't have a knife or anything on me as they wanted me to stab them and I didn't want to. So somebody stabbed me. And while this is going on -- and then I heard a gunshot, so I thought they shot me for not participating. So I went over to the car. I was kind of passing out. So when they got back to the car, they were like what's wrong with you? And he said, I couldn't. I knew I was bleeding, and I thought I was the one that got shot.

I got into the car when I saw the blood, and I asked them to take me to the hospital, but they refused. So later,

they took me. I mean, we left. They took me and brought me back. Then they said, we're not taking you to the hospital. We'll treat you ourselves. But the next time, we won't forgive you. The next time, we won't forgive you because you were high. The only reason they didn't go further is because I wasn't part of their clique. They would have had to ask permission to do something to me. They had to talk to my clique to do something to me.

So it was easier for them to hurt me and then excuse themselves the same way. They said, next time we won't forgive you because what you've done is like rebelling against us because you're not hitting an enemy. It's obvious, if you don't do what they say, they come after you.

Do you know who stabbed you?

I don't know, no. But there were several of us. I saw that they handed me the thing. I tell you, you don't feel it. When I reacted, it was when I heard of the gunshot. And then I felt the blood coming out. Then I said to myself, they got me. It was when I heard the gunshot. I heard the gunshot.

So he is saying that while all this was going on, the stabbing, they came to him, and he didn't participate, so he thinks that they stabbed him for not participating. So when he hears the gunshot, he freaks out, looks down, and sees blood, and assumes he's shot. So he goes over to the car, and they tell him, this is your last warning. Next time we do this, you

have to participate, or it's going to be -- go worse for you.

He's saying that the reason why he believes they didn't kill him was because they were part of a different clique, and they would need approval from his clique to do something to him. So he thinks they just stabbed him as punishment. Sorry, so he requested them to go to the hospital and they said no, they will take care of the stab wound. And what did they do? They just cleaned me up, I mean, just like -- I mean, they just said are you okay and cleaned me up. And that's it. I mean, if it's to die, then fine.

It further goes on. The question is, did everybody that went from the house to the field participate and stay with the victim except him? Did everyone who went from the house to the field participate in the stabbing the victim except you?

Wilber goes: As I said, I wasn't part of their clique. I was a homeboy. They weren't anything yet. They were trying to join this clique. So they go first. Some jump first because, as I said, they need to prove what they want. So everyone participated. But as I said, I didn't have a knife. When they handed me the knife, I said, I don't know what's going on, how they started, because I still hadn't grasped what they were saying about him being from another gang.

Then it goes on to say -- Wilber says: That's when they got angry, saying I was trying to back out. And they started saying things to me. That's why this happened to me.

But at the same time, I didn't realize it.

The interpreter goes: So he's saying everyone from the house that got in the car ended up in the field. He was already in homeboy status. The others that participated were not. So he's saying they wanted to become part of the gang and demonstrate their loyalty. So they were the ones that stabbed the victim. When they handed me the knife, since I didn't belong to that clique, I didn't want to participate. So that's when they started saying, Hey, are you turning away from MS? Because you have to participate. And in his mind, he doesn't have to because he's already reached the status of homeboy.

Did Squirrel go with you -- that's Ardilla -- go with from the house to the field, from the house to the woods? And did Squirrel participate? Yes. Does he remember who grabbed -- first grabbed the victim? Do you know who was the first? No.

Who was the highest ranking of all? So he was the highest ranking of all? Yes. Him or both of you? The two homeboys were there were us because he was -- I mean, how can I put it? These people were in his clique. He was the one who controlled them. I mean, they were already there.

So status wise, him and I were homeboys; however this was his clique, his group so he was the highest ranking amongst them. He's referring to Fearless.

To the best of your memory, where were you sitting in

the car? In the back. Where? In the middle. In the middle? I was sitting in the back in the middle. Who was on your left? I think it was either him or him. One of these two. So either Bigfoot or Chango. What does he say? Yeah, one of those two. And who was to your right? And to your right? I imagine the other person, the victim.

Another line of questioning: When was it decided that they were going to kill the victim. Well, it was never decided. What they would do is show us the picture just in case. We would look at each other and already know that that person was one of those, right? So nothing was ever decided. That's why when he passed by -- when he passed by there, I was like, what are they talking about? And they had already recognized him as the one from the photo. So to my understanding, it was never determined that we were going to kill him. They showed us the picture to let us know that there was a rival in the area and that's when he came across in the fight.

When does he think the determination was made they were going to kill him? Well, I don't know. What I heard was that they asked him if they knew where they sold weed, so he said yes and he said he would take them. That's why he got in the car and said, I'd like to take you where they sell it because it was close or something like that.

Since I didn't know them, but he said he would take

them because they asked him for weed. If he knew someone, I mean, since they recognized him they obviously had to offer him something. They asked him for weed and asked him if he knew where it was sold because they were going to buy what they wanted since they were smoking and they had already run out.

So that's how he got in the car and they left. Honestly, I wasn't thinking. I was going to get weed there. I went with them. And since we always -- and since we always all got in the car together, when one of us left we all left because we didn't know.

So he's saying, I don't know when it was determined that he was going to die. I thought we actually were going to buy weed. He said we would go everywhere together. Let's go to the store. We would jump in the car and go. He said he doesn't know when it was determined that they were going to kill him or who made that determination.

Question. Who was it -- which clique had the most members participating? I think the Guanacos. That's GLCS.

THE COURT: Five minutes.

MR. ROSENBAUM: So I think you remember of the three Guanacos members, Fearless, Ardilla and Bigfoot, who was among the most aggressive out of these there in the stabbing the victim?

And since I don't have much more time, you can take these transcripts and read them and see what Wilber said. He

was interviewed on two different occasions. And you assess the viability of what he told the police in conjunction with everything else.

Now, in closing, the judge is going to give you an aiding and abetting instruction.

THE COURT: I already gave it.

MR. ROSENBAUM: Already gave it.

By finding the defendant is criminally responsible for the acts of another person requires proof that the defendant intentionally associated or participated in the crime, not just proof that defendant was simply present at the scene of the crime or knew about it. In other words, you must find beyond a reasonable doubt that the defendant was a willful participant and not merely a knowing spectator.

Now, in a few minutes I'll sit down. You won't hear from me again. I'm done. You'll hear from the prosecutor one more time. But then you get to work. This is the hard part. You've got to remember what happened during the last week or so of the testimony, go through the exhibits, and you have to make a very tough decision, whether or not Wilber is guilty or not guilty. This was a horrific murder. This is a tragedy. A young boy's life was brutally taken from him, from his family.

What I'm asking is, let's not compound the tragedy. Let's not convict Wilber for something that GLCS of Broward County did. He was there. There's no question about it. He

spoke to the police. He was really high. He doesn't believe he was involved. He was merely present. And if you find that he was merely present, it's not guilty. If you find that he did stab Gerson, but he did it because he was threatened, because he was stabbed, he was told he had to, that's also not guilty.

So this is the hard decision you have to make. Consider the witnesses you heard from, Sombra, cold-blooded. Bigfoot has lied throughout. Ardilla thought it was funny, hacking the face of Gerson. These are the government's witnesses. They're hard to take, hard to stomach, and they're doing this to try to get a reduction in their sentence. That's what they're doing.

So the only verdict that I implore you to make is one of not guilty. Thank you.

THE COURT: Thank you, Mr. Rosenbaum.

Ladies and gentlemen, how are you guys doing? Can we move to the government, or does anybody need a break? It's okay if you need one. You're all right? Yeah? Okay.

All right. Turning it back to you, Mr. Dobbins.

MR. DOBBINS: Judge, may I also get a five-minute warning?

THE COURT: You got it. Yes.

MR. DOBBINS: If I can just have one more moment.

All right. May it please the Court, opposing counsel.

Ladies and gentlemen of the jury, good afternoon.

Let's not compound the mistake of Gerson's murder by finding the defendant guilty for being merely present, or because he was threatened?

Ladies and gentlemen, you sat here for over a week listening to the evidence in this case, and I submit to you, when you evaluate all the case, it's well beyond reasonable doubt, almost to the point of no doubt that the defendant was not just merely present. He was not just some guy wandering around in the woods by the canal that night, that early morning, not knowing what was going on. Hi, what's going on? What are we doing? That's not what was happening here.

When you analyze all the evidence, you know that the defendant was an active participant. He wasn't recklessly there. He wasn't there unintentionally. He was there because he wanted to be.

So let's go through it. I wanted to focus first on our burden. Mr. Rosenbaum made a big point of talking about this last paragraph, right? You have to act without hesitation in the most important of your affairs. Right? So what does that mean? You are everyday people. You process information every day. You make decisions every day. Some are more important than others. Maybe you do more research. Maybe you require more information than you did in the past. But does that mean, like, you don't ever make a decision? No. You process the

information.

And you were all picked not just because you could be fair and impartial, but because of your life experiences and the fact that you have common sense. And that's the part, of course, that everybody skips over, which is that a reasonable doubt is a real doubt, based on your reason and common sense after you've carefully and impartially considered the evidence.

So that means you can bring in your real life experiences. That's what you do when you evaluate witnesses' credibility. You've gotten to see all of the witnesses testify in this case. You've got to see how they testified. You've gotten to hear if any promises were made to them. You've also gotten to see whether or not you believe they're telling the truth, is their testimony consistent with the other evidence in this case. Right? And that gets back to credibility of witnesses. Right? There's a whole portion there at the bottom.

You know, did the witness impress you as one who is telling the truth? Did they have any particular reason not to tell the truth? Did they have a personal interest in the outcome? Did they have a good memory? And did they have the opportunity to accurately observe what had happened? Did they understand the questions clearly? And did their testimony differ from other testimony or other evidence?

Now, you also heard that you should consider Tirado's,

which is Sombra; Gamez-Melendez, which is Ardilla; and Cruz-Ortiz, and that's Bigfoot; and also Viera-Gonzalez, who is Humilde, or Demonio. You should also consider their testimony with caution because they have plea agreements. But what do we do in every case? We introduced those plea agreements into evidence so that you can see what the promises are. We even highlight them. And what was the testimony there? They're here to testify truthfully, and if they don't, there's no possibility of any kind of sentence reduction.

Even if they do testify truthfully, their testimony, as you heard, is not contingent on the outcome of any case. It's just whether they testified truthfully and did what we asked them to do. And even then, they may still not get a sentence reduction. It's up to the government whether to file it. And even if the government files it, then it's up to the Court, the judge, who is sitting here today gets to decide what it's going to be.

So then you have to evaluate, okay, I've taken that caution, but now I've observed them. And do I still have the ability to see whether or not I believe they're telling the truth. And I submit to you, when you evaluate the evidence, as my colleague went through, you can see that they have told the truth. And they've said things the same way earlier, as well.

This also says, you know, you may have inconsistent statements. But what else does it say? It says: Keep in mind

that a simple mistake doesn't mean a witness wasn't telling the truth as he or she remembers it. People naturally tend to forget some things or remember them inaccurately. So if a witness misstated something, you must decide whether it was because of an innocent lapse in memory or an intentional deception. The significance of the misstatement may depend on whether the misstatement was about an important fact or about an unimportant detail.

So that's where we get to the testimony of the witnesses.

Now, Mr. Rosenbaum wants to go through each and every cooperator and talk to you about how they're stone-cold, cold-blooded killers, and that, therefore, you can't trust a word they say, unless they say something good for his client or to contradict somebody that said something bad about his client.

For instance, Ardilla was saying they smoked a lot of weed, so Bigfoot and Sombra must be lying because they didn't say that they were smoking weed that night. But Ardilla can't be trusted when he says that the defendant was the one that stabbed the victim in the neck and pulled him out of the car because Bigfoot, who just lied about the marijuana, is now saying that, no, no, it was Ardilla that stabbed him first.

You can't cherry-pick it. You can't. What you have to do is, you have to look at the testimony and the evidence as a

whole and find out what makes sense. And understand, too, obviously, this is an event that occurred over ten years ago. So certain things might be different. Certain accounts may be slightly different. It may be slightly different as to who stabbed whom first.

But what is consistent amongst all of the three cooperators? It's that the defendant participated. He was an active participant. He was a knowing participant. And he stabbed the victim.

Now, let's talk about the cooperators. When you compare them with each other, and then, when you compare them with the defendant's statement, I submit to you that they are remarkably consistent for the fact that this is a ten-year-old murder. And I'm going to get to that in a second.

But I did want to say one thing: I would note, again, it was emphasized over and over in Mr. Rosenbaum's closing that these are cold-blooded murderers. They're bad guys. That's right. They are bad guys. That's why we charged them. That's why we prosecuted them, so that they would pay for what they did.

They said they wanted to cooperate. They want to tell the truth. Are we really saying that Sombra is lying here today? Sombra, the guy that was -- said let me talk to you, police, I'm already serving a sentence, but I'm gonna get out in a couple years. Let me tell you about two murders that you

know I did, that I haven't admitted to yet, but I'm just gonna tell you about them so that I can now start doing another life sentence on top of what I was about to get out. He didn't have to tell law enforcement anything. But he did. He wrote them a letter and said, come talk to me.

Then on top of that he tells them about two murders that nobody knew about. One, the Boca murder that we're here for today. The other, Joel Canizales-Lara. The guy was buried. Nobody knew what had happened. That vacant lot had been transformed into a townhome community. Without Sombra's cooperation, we would have never found the body. We would never even have known that Joel was murdered.

And on top of that, what does he do? He says, I'm gonna make phone calls for you. I'll talk to Ardilla. I'll talk to Bigfoot. I'll get them to admit what they did. And guess what? He did. He's been right all along. He was right about where the body was buried. He was right about these guys will talk about the crimes. He was right about who was there. What has he lied about?

Now we sit here and we say, Ardilla and Bigfoot are two eyewitnesses, because we don't have any physical evidence, right? We don't have DNA. Well, do we need DNA? Do we need fingerprints? Everybody agrees -- even the defendant agrees he was there. He agrees with what happened. He just doesn't agree necessarily with what his participation was. But

everybody agrees what happened that night. Everybody's account is remarkably similar.

And look, again, these are -- these are homeboys within MS-13. They are bad people. They have done horrible things. Sombra has committed and participated in four murders. Bigfoot, three. Ardilla, only one. Humilde, only one. But they've committed murders. And I wish, I wish I had a teacher or a police officer, one of you, any civilian that I could have that was there that night to tell us and get on that stand and say, here's what happened, so I didn't have to rely on somebody like Sombra.

But I don't have that. Why is that? Because you, a police officer, a teacher, any other civilian, law-abiding, is not going to be present for this incident. And why is that? It's because the defendant chose who he was going to associate with. He chose to be a member in MS-13. And he chose his witnesses that night. He chose the people he was going to commit crimes with, and that's what we're left with.

And so what -- all we can do is put them up here, have them testify, and then try to show how they've been proven reliable and correct in the past.

With Sombra, because he's given us a body that nobody knew about, that he made calls, and that these guys would confess. He tipped off law enforcement that this guy was involved, the defendant. So they went and interviewed them,

and he admitted he was there. What has Sombra lied about?

Ardilla, says different things maybe than Bigfoot a little bit. And we'll get to the consistent statements in a second. But prior to that -- and Mr. Rosenbaum wants to focus on 81, right? So he focuses on the second part -- because there's two packets when you get it. The second part of that conversation is where Ardilla is talking about what he did to the victim, Gerson. But we leave out -- Mr. Rosenbaum doesn't want to talk about the first part, right, which is the part we introduced, as well, which showed -- you had all those redacted pages, but it said -- what did it say? Hey, Solitario, that night, you guys all ate. Solitario was there. He must have messed up because he got cut.

And what does Ardilla say? Yeah, I know what happened. It was an accident. It was an accident. Which is consistent with what everybody else says.

Same thing with Bigfoot. We played you what happened with his post-arrest statement. And what does he admit? He admits that the defendant participated in that stabbing. He actively participated. He stabbed him. And that, as a result, in the frenzy, he got cut.

I submit to you, when you look at that, they have not testified inconsistently about important things. Is it really that important as to who struck the first blow? Is it really that important as to who pulled the defendant -- I'm sorry --

pulled the victim out of the car? Or is it important who participated in stabbing the victim, and were they actively stabbing the victim.

And I submit to you, when you look at all the evidence, and you listen to all the testimony, their facts are remarkably consistent, not only with each other, but with the defendant's statement.

And what is that? As we said earlier, this is ten years ago. Some of these guys were interviewed seven or eight years later. And it's reasonable to believe that your memory may fade as to certain details. But again, I submit their memories are strikingly similar and confirmed by the defendant's statement. So let's go through that.

One: The defendant came down to South Florida in the Spring of 2015 from Maryland on a bus. They all said he came on a bus. He says he came on a bus.

The defendant came after Fearless. Everybody says that, including the defendant.

They all said, you see a chavala, you attack on sight. Even the defendant says that. That wasn't part of that transcript that Mr. Rosenbaum was reading. And I'll get to his statement in a second.

They all agree on the structure of MS-13 and cliques. They all talk about the different steps, paro, observacion, chequeo, homeboy, what it takes.

They all agree -- oh, the defendant also talks about the East Coast program, right? We heard about that from Humilde.

What else do we have? They all say Chango showed a picture of the victim as a rival or a potential chavala. They all say that, even the defendant. They all say that Ardilla was picked up after work, in Ardilla's gray car. They all say, even the defendant, they were hunting for chavalas. Again, that was shown in my colleague's slide, page 48, Government Exhibit 22-B, 22-minutes-and-40-second mark.

They all agree they went to a club. They all agree they were at the club for approximately a half an hour. They all agree they went to Chango's house after that. They all agree the victim arrived on a bicycle. They all agree that they talked to him, including the defendant talked to him.

They all agreed that they told the victim they were going to get weed, so get in the car. They all agreed that the victim got in Ardilla's gray car with Ardilla driving. They all agreed that Fearless was in that car. And they all agree that the defendant was sitting next to the victim the whole time on that ride up. They all agree that that ride up took approximately a half hour.

They all agree that Hugo drove his red car that night, and he had Chango and Discreto with him. They all agree -- well, all the cooperators agree that the victim was pulled out

of the car. So does the defendant. The defendant says the victim was pulled out. He can't remember who, of course. He can't remember who.

They all agree they're in a rural area by a canal. The defendant was even shown crime scene photos, and he's identified where they were, where the body was killed, where all this happened.

They all agree that the victim was in the middle of a circle while they all stabbed him. They all agree that the -- including the defendant, they agree that the defendant was in the circle. He claims he was pulled out at some point, but he claims he was in the circle, when they're spinning him around like a piñata, like kids at a birthday party fighting over candy. When Ardilla said, we're just trying to find a spot to stab him. He admits to being in the circle. And they all say that too.

They admit -- they all agree that the defendant had a knife at some point that night. They all agree -- all the cooperators agree that the defendant stabbed the victim. The defendant -- we'll get to that in a second -- it's possible I did. Only God can know. Only God can know what I did that night. I had a knife. I mean, if I did stab him, here's how it would have gone down. Here's where I would have stabbed him if I did, which I'm not saying I did, but, I mean, it's possible. But they all agreed.

They all agree that the defendant believed he was shot and asked Fearless, why did you shoot me. They all agree that the defendant was actually cut. They all agree they all went back to Tirado and Ardilla's trailer afterwards, where Fearless and the defendant were staying. They all agree that Tirado disposed of the clothes. And they all agree that they left a couple of weeks later in Hugo's red car.

Of course, that's where he's ID'd by Ardilla and in the picture that he looks at where he's being interviewed by law enforcement, and he IDs himself. And the defendant, just like everybody else, just like Bigfoot, just like Sombra, the defendant IDs every player in this case, every player, with the exception -- excuse me. The first time he doesn't ID Power. The second time, he even IDs Power. For someone that smoked a lot of weed that night, he's got a really great recall of who was there and who participated.

All right. Let's talk about the defendant's statement. So I prepared a little -- what I like to call a little wandering through the defendant's statement. I made a little timeline here because this is approximately seven hours' worth of conversation, right? I know you listened to a lot of it, and we appreciate your patience and attention.

I'm not going to read to you from the transcript, like Mr. Rosenbaum did. I just want to talk about, like, you can break his statement down into different portions, right? So

for the first 90 minutes on January 18th of 2023, easy questions, right? He gets read his Miranda warnings, so he's on his guard. He knows he's meeting with law enforcement, so he's a little careful. But, look, we're building rapport, so we're asking him general questions. We're saying what -- you know, can you tell us about these other cliques. But even that, right, what does he admit? He admits to being a member of the Delicias clique. He is a homeboy, structure of the cliques, like I've talked about. He's part of the East Coast program. He knew Fearless. Anyone who serves La Mara has to do whatever they're told. It's the equivalent to being a soldier.

And then we move into the one-hour-and-a-half mark, to about two hours. I like to call they -- this is kind of similar to, I guess, I'm sure in high school you learned about, like, the stages of grief. This is the denial phase. This is where he's not going to admit to anything because now he knows something's up, right? We're starting to focus on Florida. Never been to Florida. Never lived in Florida. When confronted with the picture where he's in Hugo's car. No, no, they came to visit me. Oh, I mean, maybe I've been to a tourist city in Florida. But even if I went there, doesn't mean I did anything wrong.

Now what happens on page 76 and page 80? This is where the whole thing starts to change, right? What's gonna happen

to me if I tell you? Will I get charged? And what did the law enforcement say, no, no promises. Can't tell you anything. I just want to know what happened.

And, you know, they tried telling him, like, look, we're not really after you. We're after these other guys. Tell us what you know. So now he's gonna play the new game. He's off of denial, right? Because they keep revealing different pieces of information. Like, we know you were there, look at this picture. Now we've got GPS and some other stuff.

And now what does he say? Well, guys, I smoked a lot of weed. I can't possibly remember what happened. They were blowing it in my face. It was a super. It got me really high. I never really smoked before, so for me to smoke that night really had an effect on me. I'm just wandering around in a haze.

But he still remembers very important details, right, despite this fact, for this 30 minutes -- actually, for the whole thing, right, despite all this weed, right? Oh, he remembers Chango showing the picture. He remembers the victim's on the bicycle. Remember he was lured into the car with the promise to get more weed. He IDs all the participants. Pretty good memory.

And of course, what do we know from Ardilla, right? He was no stranger to smoking weed. He was no stranger to shotgunning or supers, or whatever they want to call it. He

would do that every night, every night. He wasn't any stranger to that. He knew exactly what was happening. But this is his out, right? This is where he tries to say, hey, I can't possibly remember.

Then, about 2 hours and 14 minutes -- it's about two and a half hours -- now he switches up. Because now we're starting to tell him, hey, some other people have been arrested. They've been talking. They talked about you. Maybe you should tell us what happened. Well, okay. All right. Now I'm ready to tell you. Right? Now I'm ready. I did -- I was there. I was there. Okay? I do remember these things. I didn't participate in that. So because of that, I got stabbed.

So what does he do? He admits he was handed the knife. He admits he saw they're stabbing the victim. Gives a story about how he thought he was shot by Fearless. Fearless denies shooting him. All the witnesses agree to that. He said the only reason he didn't do more is because he's a homeboy. They can't do anything to him without asking permission from his clique. So this is an accidental stabbing; they can excuse it.

Then he says -- and this is important for later -- he's threatened the next day, if you hesitate again -- at this point, right, he says there's been no threats. No threats to him if he doesn't participate. What are we talking about there with that last bit from Mr. Rosenbaum, right? That's the duress instruction. We're going to get to that. There's no

threats. It's he thinks he gets shot, he says why did you shoot me. And then later they're like, well, that's because you weren't participating. Where's the threat, the do it or you die? Where does that come from? It's not. It's after the fact.

Now, he still hasn't admitted to doing it. He claims he was stabbed or cut. He claims that's because he didn't participate. So it's a punishment, it's what he's trying to say. This is a punishment. Then he tried to say, oh, I mean, I don't know who did it. Somebody must have hugged me. I remember all these other facts, but I couldn't possibly remember who did it.

And then about 2 hours and 30 minutes we get to, all right, listen, guys, maybe I participated, but it was minimal. But if I did, here's what I might have done. Right? Here's what I might have done. Because he doesn't know what the other people have told the police that he's done. So he's trying to think, okay, how can I justify this? I mean, maybe I might have done this, I might have done that. Right?

So now, of course, he talks about going to the club, victim's on the bicycle. He admits to talking to the victim and holding him there while the others get there. Page 106. He IDs all these players. And he even says -- now he knows all the players are even in other cliques, it's not just GLCS, right? Chango and Hugo are in the same clique, the LA clique.

And that none of the others that went there besides Fearless were homeboys. He knows all this. He admits, but I was in the back seat sitting next to the victim.

But he tells some very -- he lets slip, right? Ardilla let slip that he stabbed -- or Bigfoot slipped that he stabbed in the head. Bigfoot never denied stabbing the victim. I didn't know where that came from. But this defendant let slip, you know, you don't have to be ordered to attack. If you see a rival you have to act.

It's possible I stabbed him and then went back to the car. Possible I stabbed him in the torso. If I did stab him, it was quick. It was very quick. It was a love tap. My stabbing wasn't the fatal one, that's what he's trying to say there, right? I stabbed him shortly, and then I left.

I saw everything get started. I get handed a knife. Look, God -- only God knows. Only God knows if I stabbed him. Then I left. And then I left and someone lunges at me. Okay. That's how he gets cut. That's how he thinks he gets cut. It went from a hug to somebody lunged.

He keeps saying, look, it's a possibility I participated. He even knows it's a folding knife he got handed. And then here's another important part, right? They return to the trailers. Sombra takes everyone's clothes, and he says only there's little bit of blood on his clothes. Then 15 days later he returns to Maryland with Fearless and the two

guys in the back seat of Hugo's car.

Now second statement, approximately five months later, he's got time to think about what he's going to say. He's going to minimize again. He's Mirandized again. But even though he's got a story -- or he thinks he's got his story straight -- he still provides additional details. He starts out with this thing, again, I got stabbed because I didn't really participate. But he says some interesting things, right?

We talked about Ardilla's car. We talked about Chango getting the photo. But he says, you go out to control the territory. And the victim was passing by, just by chance, and the victim was drunk.

Fearless says to him, why are you letting him get that far away, as they're walking from the car. How is that a threat? How is that any kind of threat? He thought he was shot. After the fact, told -- after the fact, why did you shoot me. Oh, I really got cut. And what do they say as they're driving away? Oh, that's because of what you did. Where's the threat to force him to go commit the stabbing? It's all done. It's finished.

Page 66: If the associates didn't kill, they would have been killed. But you have to ask for permission to kill a homeboy. You have to ask for permission to kill him. He can't be touched. He keeps saying they pulled me out of the group

because I wasn't stabbing enough. He keeps saying I just -- I don't know what's going on. And he even says -- this is important, page 75, he says: This wasn't an accident, it was on purpose, because if it was an accident, accidental stabbing have consequences. Because if the defendant found out who stabbed him, he would have to fight that person, and that's why nobody took responsibility for stabbing him. Because if he had been an accident, if he had been accidentally cut, there's going to be hell to pay. You don't cut a homeboy without permission --

THE COURT: Ten minutes.

MR. DOBBINS: -- thank you.

They all got credit for the kill. He even says, there's probably DNA. My DNA is probably there.

So, ladies and gentlemen, when you all add it up, you get to the two defenses, I guess, here, which is mere presence, which is what the defense argued in opening, and now we're into -- somehow, we get to duress. It's kind of like when my little brother and I would take chocolate chip cookies that my mom had just baked and we weren't supposed to and she would say, did you do it and we would deny it -- we weren't very good kids -- that at some point she would figure out that we had and she would confront us with it and my brother would say, well, he made me do it. So it's not just he was merely present defense; it's the he-made-me-do-it defense.

Let's just talk about that because that's important here. Duress is important because so far the defense has had no burden. Repeat, the burden is all on us. But if you find that we've proven our case beyond a reasonable doubt, if you want to consider defense, then the defense does have a burden.

The defense has to prove, by a preponderance of the evidence, four different things: That there was an unlawful and present, immediate, and impending threat of death or serious bodily harm to the defendant or another.

That the defendant's own negligent or reckless conduct did not create a situation where the defendant would be forced to commit a crime.

The defendant had no reasonable legal alternative to violating the law, and that avoiding the threatened harm caused the criminal action.

Preponderance is enough evidence to persuade you defendant's claim is more likely true than not true.

I mean, all of the evidence, including the defendant's statement, he never says he was threatened, that if he didn't kill that guy, or if he didn't stab him, that he was going to get hurt. All of his statement is, I didn't know if I was participating or not. I guess I wasn't reacting fast enough. And then I thought I got shot, as I was going back to the car.

And then, when we're in the car, or the next day, they say this is what happens if you don't participate. There's no

threat. There's none. So they can't even find it in the first element. They haven't even come close to it.

And the second one, that the defendant's own negligent and reckless conduct -- I submit to you it's not negligent or reckless. It's intentional. He's intentionally hanging out with these people. It can't meet any of these elements.

The defendant didn't have to go down to Florida. He didn't have to be riding around with these guys. Mr. Rosenbaum says, not part of their clique. No dog in the fight. No dog in the fight. MS-13, support your brothers. He was showing you all those rules that Sombra had in his phone. What was one of them? Love your brothers in the Mara, right? Support your brothers.

And then the mere presence argument is equally ridiculous because using your common sense and logic and reasoning, it doesn't make any sense that this defendant is just wandering around, not knowing what's going on, super high, as, like, a vicious and violent murder is occurring right next to him?

Does that make any sense? Think about what he's saying and why his actions after the fact show that that can't be right. Because if you're not doing what you're supposed to, that's not what happens to you. That little scar is not what happens to you. If you're just merely present, you're just -- I don't know what's going on. That's what happens to you.

Right?

And what else do we know? We think he went back to the trailer and went, like, guys -- right? He admits -- they all admit, he left about two weeks later. You think he went back to the trailer and said, guys, I'm sorry, I know I really let everybody down. Is it okay if I still sleep here tonight? Still here with you, Fearless, you Sombra, and you Ardilla, it's okay? Does that make any sense? Or do you think he was sleeping pretty comfortably. He didn't have to worry about anything. Well, we know he didn't, right?

Government's 72: Two weeks later, trip back to Maryland, big road trip with the fellas. A little tired, need to catch some shut-eye. That's duress. That's duress right there, folks. He looks really stressed out. Riding back with a bunch of killers. One of them may have accidentally cut him -- or I'm sorry, one of them shot him or one of them stabbed him. No, no, I'm under so much threat. I'm going to ride back in the car.

What is that, a 17-hour drive, at least? I'm going to ride back in the car, and you know what? I'm a little tired. The Funyuns that we had for lunch made me a little sleepy. You killers just sit here. Oh, wait, you're gonna go to sleep too? I feel really comfortable. That's duress. Does this make any sense?

I submit to you, when you analyze all the evidence,

you're left with only one conclusion. It's the only conclusion that the evidence support and the only conclusion that the testimony shows. And that is that Sombra, Ardilla, Bigfoot, and in parts of his statement, the defendant were telling the truth, and that they lured Gerson that night, believing him to be a chavala.

They took him to a remote location, they yanked him out of the car, and they viciously stabbed him and slashed at him and hacked at him, until Fearless put a bullet through his head. And that's how that ended. And the defendant was a knowing, voluntary, and active participant in that stabbing.

I submit when you analyze all the evidence, that's the only thing that the evidence supports. And I ask you to find the only verdict that should be reached in this case, and that is that the defendant has been proven guilty beyond a reasonable doubt of committing murder, under Florida law, in aid of racketeering. I ask you to do that in this case.

Thank you very much for your time and attention. I know that this has been a difficult case. I know it's been difficult to listen to. But I submit to you, it's not a difficult case to decide. It's been difficult to listen to the evidence. It's been difficult to deal with some of the witnesses. But it's not a difficult case to decide. Just because there's a trial doesn't mean there's a mystery. There's no mystery here. I ask that you find the defendant

guilty. Thank you.

THE COURT: Thank you, Mr. Dobbins.

Ladies and gentlemen of the jury, that brings us just into the lunch hour. A few final instructions:

First and foremost, three of you have been serving on this jury as alternates. A little anticlimactic, but that means that your service has come to an end right now. Jurors 14, 15, and 16, if you remember your numbers, you are not going to be going back into the jury room.

But a very special instruction for the three of you. Even though you are being excused from deliberations, I'm going to continue to apply the rules that we have been keeping the entire trial to you for the time being. That means that even though you are excused, you cannot discuss this case with anyone, no family or friends, no social media posting, no independent research, until my courtroom deputy reaches out to you and lets you know that you're no longer needed.

There are circumstances where in the midst of deliberations, should an emergency arise and a juror that's deliberating needed to step out for some reason, alternates can be called back. So I need my three alternates, even though you're not gonna go to the jury room now and your service will end here, not to speak with anyone about the case and continue to remain in that cone of silence until I let you know that your service has truly come to an end.

But, again, you will not be going back to the jury room. Gracie, my courtroom deputy, will be giving the three of you certificates thanking you for your service, and also paperwork that evidences the days you were here. If you need anything else from me, don't hesitate to reach out. And as I just stated, you will get a call from us letting you know that you're fully discharged. For now, though, as alternates you need not continue deliberations.

So those three can remain in their seats. And Gracie will give you further instruction.

Everybody else, you are now going to head back in just a moment to the jury room. I am sending back to the jury room a copy of the verdict form. I'm also sending back a copy of the second superseding indictment, should you wish to review it. There will be a knock at the door, in just a little bit when you guys get settled in, with evidence. We'll bring in photos. We'll bring in everything. So just keep, you know, your ear to the door and know that we are going to bring some other materials in to you.

I believe that if it hasn't arrived yet, it should arrive momentarily. We have ordered pizza for all of you. It should be ready for you in that jury room so that you can begin eating while you begin discussing and deliberating. As you know, there is a restroom in that jury room. If one of you needs to use the restroom, do me a favor, put a pin on the

discussions until you're all in the room. I need everybody in there together talking. I don't want anybody to be separated or walk outside of the room during deliberations. Everybody understand?

All right. So my three alternates will hang back.

Everyone else, you are free at this time. Take your materials. You will begin your deliberations now.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 12:40 p.m.)

THE COURT: Gracie, can you escort them?

Go with Gracie, guys, and she's going to lead you and pick up all your personal effects, all right? And we'll make sure we have phone numbers for you so we can reach you once we figure out exactly when the case has been resolved. Okay?

Please be seated, everyone.

Briefly, I think that we want to confirm -- there was that one exhibit that we had, at the request of the defense, needs to do some redactions. I want to make sure that gets done on the Facebook.

MR. DOBBINS: Judge, I mean, it's interesting you're bringing that up. Because we redact the satanism post but now we get to reference in our closing the, hey, guys, everybody find God. I mean that's a little bit of . . .

THE COURT: I hear you. I hear you. But I'm going to allow it anyway to be redacted before it goes back. That's the

Court's ruling. I don't think we got -- we had other mentions, quite frankly, of satanism and everything. Even one of our witnesses talked about it, our cooperating witnesses. I just want to make sure that that ruling is adhered to in what goes back. I think that was the only exhibit that we made a modification to.

99.9 percent was unobjected to or stipulated to. We're going to want to make sure that we get a sanitized set of that -- those exhibits ready to go, and we can send it back. So we can just make sure that we have the right set. So let's go through that together before you let me know.

Yes, Mr. Dobbins, go ahead.

MR. DOBBINS: Yes. So 80-C was the exhibit that was redacted yesterday and sent to defense. So I don't think there's any issue with that. We have -- the exhibits are loaded onto a tablet.

THE COURT: Okay.

MR. DOBBINS: As well as we have the box to send back with any of the documents, if they want to take it back. It's been our experience that the tablet is helpful, too, because there's only one document so they could connect it. There's a cable in there. They can connect it. I believe there's a big screen TV in there.

THE COURT: We have a screen. They can just plug it right into the screen.

MR. DOBBINS: I think there's a cable that they can connect if not.

THE COURT: Yeah.

MR. DOBBINS: And so they can view that all together, or they can pass it around, if they need to. So we just need to verify with defense the exhibits. I believe defense also had one exhibit.

THE COURT: Yeah. You did, I think, as well.

MR. ROSENBAUM: I'll get it together.

THE COURT: All right. Very good.

Anything else before I break? Make sure, obviously, I think we have your numbers in case we have any questions or any issues. If you don't, make sure you leave them behind.

MR. ROSENBAUM: I have a question.

THE COURT: Yes?

MR. ROSENBAUM: Why was I limited to an hour?

THE COURT: Oh, did I cut you a little bit short?

MR. ROSENBAUM: A half hour.

THE COURT: Okay. All right. Did you need more time to read the rest of the transcript? I'm asking you, frankly.

MR. ROSENBAUM: I was going to do some other things that I didn't get to.

THE COURT: You could have asked me for more time if you needed it.

MR. ROSENBAUM: I didn't realize until I sat down that

I was cut short by half an hour.

THE COURT: All right. Well, do you need more time to put on more evidence at this point? If you're objecting, I'll bring them back out to listen to another 30 minutes.

MR. ROSENBAUM: No, I'm not going to do that.

THE COURT: All right.

MR. ROSENBAUM: I was just asking why.

THE COURT: That's fine. All right. You have no objection on that.

For what it's worth, I cut the government a bit, as well. They didn't use their full hour and a half. They didn't need it. I don't think either of you did. Those are suggested guidelines. The Court thinks you guys got enough out there.

Anything else? Doesn't sound like I have an objection on that, and the jury doesn't have to come back out for the defense.

Anything else on the defense side?

MR. ROSENBAUM: No.

THE COURT: All right. Okay. So we're going to go ahead and be in recess. Let's make sure that we have that universe of exhibits ready, and we'll send it back as soon as it is. Just please double-check it.

We are in recess.

THE COURT SECURITY OFFICER: All rise.

(Court recessed at 12:44 p.m.)

(Back on the record at 3:04 p.m.)

THE COURT: Please be seated, everyone.

All right. Our jurors have informed us that they've reached a verdict, so we're going to go ahead, if we could, and round up our jurors, please. Thank you.

THE COURTROOM DEPUTY: All rise.

(Jury enters at 3:05 p.m.)

THE COURT: Please be seated, everyone.

Ladies and gentlemen of the jury, I have been informed by the courtroom deputy that you have reached a verdict. I would ask if the foreperson could please hand the verdict form to my courtroom deputy.

All right. At this time, the Court will publish the verdict. We, the jury in this case, Case No. 22-CR-60078, United States of America v. Wilber Vigil-Benitez, unanimously find as follows: As to Count 3 of the second superseding indictment, we find the defendant, Wilber Vigil-Benitez, guilty. So say we all, signed and dated in the United States Courthouse in Miami, Florida, this 29th day of January 2025, signed by the foreperson.

At this time, ladies and gentlemen of the jury, my courtroom deputy is going to poll the jury to confirm that what I've read is everybody's verdict.

Gracie, you may go ahead.

THE COURTROOM DEPUTY: Yes, Your Honor.

Juror No. 1 is the verdict, as read, your verdict?

Answer yes or no.

JUROR NO. 1: Yes.

THE COURT: You have to answer "yes" or "no" to confirm what I've read is correct, yes.

THE COURTROOM DEPUTY: Juror No. 2, is the verdict, as read, your verdict?

JUROR NO. 2: Yes.

THE COURTROOM DEPUTY: Juror No. 3, is the verdict, as read, your verdict?

JUROR NO. 3: Yes.

THE COURTROOM DEPUTY: Juror No. 4, is the verdict, as read, your verdict?

JUROR NO. 4: Yes.

THE COURTROOM DEPUTY: Juror No. 5, is the verdict, as read, your verdict?

JUROR NO. 5: Yes.

THE COURTROOM DEPUTY: Juror No. 6, is the verdict, as read, your verdict?

JUROR NO. 6: Yes.

THE COURTROOM DEPUTY: Juror No. 7, is the verdict, as read, your verdict?

JUROR NO. 7: Yes.

THE COURTROOM DEPUTY: Juror No. 8, is the verdict, as read, your verdict?

JUROR NO. 8: Yes.

THE COURTROOM DEPUTY: Juror No. 9, is the verdict, as read, your verdict?

JUROR NO. 9: Yes.

THE COURTROOM DEPUTY: Juror No. 10, is the verdict, as read, your verdict?

JUROR NO. 10: Yes.

THE COURTROOM DEPUTY: Juror No. 11, is the verdict, as read, your verdict?

JUROR NO. 11: Yes.

THE COURTROOM DEPUTY: Juror No. 12, is the verdict, as read, your verdict?

JUROR NO. 12: Yes.

THE COURTROOM DEPUTY: They've all answered in the affirmative, Your Honor.

THE COURT: Thank you very much.

Ladies and gentlemen of the jury, I want to thank you all again for your time and consideration of this difficult case. I also want to advise all of you of some very special privileges enjoyed by jurors.

No juror can ever be required to talk about the discussions that occurred in the jury room, except by court order. For many centuries, our society has relied upon juries for the consideration of difficult cases, such as this one. We have recognized for hundreds of years that a jury's

deliberations, discussions, and votes, should remain their private affair as long as they wish it. Therefore, the law gives you a unique privilege not to speak about the jury's work. Although you are at liberty to speak with anyone about your deliberations, you are also at liberty to refuse to speak to anyone. A request to discuss either your verdict or your deliberations may come from those who are simply curious, from those who might seek to find fault with you, from the media, from the attorneys or elsewhere. It'll be up to all of you individually whether to preserve your privacy as jurors.

I have certificates here for all of you. Again, they evidence not only your attendance here but every single day and all the information you need for your employers. If you need anything else regarding your service, you have my number. Please call me. I'm happy to speak to any employers, anyone else that may have a conflict. I think some of you, I know, I think, had stuff you were trying to get to before tomorrow, so I'm happy that we were able to keep a schedule to get everyone out earlier than we anticipated.

But, you know, as both sides said, we want to thank you guys. This was a challenging case. You have been attentive; you have been focused. We've moved at a very strong speed since last week. And everyone has been locked in. I truly can't ask for anything more from members of the public. You guys have gone above and beyond. So truly, from the Southern

District of Florida, all of us here, thank you guys so much for your service.

I hope you guys have a wonderful rest of your week. You are excused. Make sure you take your stuff from the jury room. Don't leave anything in there. Gracie will give you the certificates in the jury room. Have a good day, everybody. You're excused.

THE COURT SECURITY OFFICER: All rise for the jury.

(Jury exits at 3:09 p.m.)

THE COURT: All right. Mr. Wilber Vigil-Benitez, in accordance with the jury verdict, I hereby find you guilty of Count 3 of the second superseding indictment.

We have a sentencing date of Wednesday, April 23rd, at 1:30 p.m. The Court will issue a scheduling order with regards to objection deadlines for the PSI. We'll order the presentence investigation report at this time.

With that, is there anything left for the Court to address, starting with the government?

MR. DOBBINS: No, Your Honor. Thank you.

THE COURT: Nothing else? All right.

Anything else on behalf of the defense?

MR. ROSENBAUM: No, Your Honor.

THE COURT: All right. Thank you all very much for your hard work. We are in recess, everyone. Have a great rest of your day.

(Court recessed at 3:10 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

DATE: January 30, 2024

/s/Ilona Lupowitz
ILONA LUPOWITZ, RMR, CRR
Official Court Reporter
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

## $

**$100** [1] - 13:9

## '

**'24** [1] - 50:18

## /

**/s/Ilona** [1] - 106:21

## 1

**1** [7] - 1:8, 43:5, 43:16, 44:4, 44:5, 102:15, 102:17
**10** [3] - 52:6, 103:19, 103:21
**100** [4] - 1:18, 8:20, 14:25, 24:3
**101** [1] - 2:9
**106** [1] - 88:11
**10:00** [1] - 8:12
**10:49** [2] - 42:4, 42:7
**10:55** [1] - 42:8
**10:56** [1] - 42:12
**11** [2] - 103:22, 103:24
**11-2** [2] - 1:24, 106:24
**12** [5] - 57:22, 59:13, 61:1, 103:25, 104:2
**12:40** [1] - 97:23
**12:44** [1] - 101:14
**14** [2] - 86:19, 95:22
**15** [3] - 52:6, 89:14, 95:22
**16** [1] - 95:22
**16-inch** [1] - 57:22
**17-hour** [1] - 94:8
**18** [1] - 61:7
**18th** [6] - 30:5, 30:7, 51:13, 51:19, 52:18, 84:15
**19-A** [1] - 43:8
**1959** [1] - 4:13
**1959(a** [1] - 4:8
**1:30** [1] - 106:3

## 2

**2** [4] - 86:19, 88:2, 102:20, 102:22
**2015** [6] - 8:19, 8:22, 15:23, 31:3, 40:2, 81:4
**2017** [5] - 29:16, 29:17, 29:21, 30:15, 30:20
**2019** [1] - 61:1
**2020** [1] - 50:15
**2021** [3] - 21:23, 22:6, 24:19
**2023** [4] - 20:2, 21:7, 61:7, 84:15
**2024** [7] - 19:23, 19:24, 21:21, 24:18, 50:13, 106:21
**2025** [2] - 1:5, 102:8
**22** [1] - 50:18
**22-60078** [1] - 3:3
**22-B** [1] - 81:24
**22-CR-60078** [1] - 102:3
**22-CR-60078-6** [1] - 1:2
**22-minutes-and-40-second** [1] - 81:24
**23rd** [1] - 106:2
**29** [1] - 1:5
**29th** [1] - 102:8
**2nd** [1] - 1:18

## 3

**3** [8] - 8:19, 8:22, 15:22, 40:2, 102:5, 102:23, 102:25, 106:1
**30** [5] - 56:1, 86:6, 88:2, 100:18, 106:21
**305** [2] - 1:25, 106:25
**32** [2] - 56:11, 56:18
**33128** [2] - 1:24, 106:24
**33131** [1] - 1:19
**33132** [1] - 1:15
**3400** [1] - 1:18
**3:04** [1] - 101:15
**3:05** [1] - 101:21
**3:09** [1] - 105:23
**3:10** [2] - 1:6, 106:15

## 4

**4** [3] - 15:14, 103:1, 103:3
**400** [2] - 1:23, 106:23
**42** [1] - 2:6
**48** [1] - 81:23
**49** [1] - 18:25
**4th** [1] - 1:15

## 5

**5** [2] - 103:4, 103:6
**523-5737** [2] - 1:25, 106:25
**5:00** [1] - 58:14

## 6

**6** [2] - 103:7, 103:9
**66** [1] - 90:11
**6th** [1] - 20:2

## 7

**7** [3] - 1:7, 103:10, 103:12
**72** [2] - 2:7, 93:25
**75** [1] - 90:17
**76** [1] - 85:13
**76-A** [1] - 58:1
**7:30** [1] - 59:16

## 8

**8** [3] - 2:6, 103:13, 103:15
**80** [1] - 85:13
**80-C** [1] - 99:2
**80-O** [3] - 60:23, 61:2, 61:5
**81** [1] - 79:19
**81-B** [1] - 59:10
**83** [1] - 15:15
**8:00** [1] - 59:17

## 9

**9** [2] - 103:16, 103:18
**90** [1] - 84:15
**99** [1] - 1:15
**99.9** [1] - 98:21
**9:15** [1] - 1:6
**9:21** [1] - 7:10
**9:34** [2] - 7:11, 7:19
**9:36** [1] - 8:12
**9th** [1] - 19:23

## A

**a.m** [10] - 1:6, 7:10, 7:11, 7:19, 8:12, 42:4, 42:7, 42:8, 42:12
**abets** [2] - 15:5, 15:9
**abetted** [4] - 14:9, 15:3, 15:4, 25:7
**abetting** [2] - 5:3, 70:19
**abide** [1] - 46:1
**abiding** [1] - 79:2
**ability** [2] - 47:15, 75:9
**able** [9] - 8:1, 13:15, 16:25, 18:8, 18:17, 23:9, 43:15, 53:6, 105:7
**above-entitled** [1] - 106:19
**accept** [1] - 47:3
**accident** [10] - 20:4, 20:5, 20:9, 22:5, 22:9, 80:4, 90:17, 90:18, 90:22
**accidental** [2] - 87:8, 90:18
**accidentally** [2] - 90:22, 94:4
**accomplice** [1] - 48:17
**accomplish** [1] - 8:25
**accordance** [1] - 105:25
**account** [1] - 78:15
**accounted** [1] - 7:13
**accounts** [2] - 24:3, 76:17
**accurate** [2] - 47:3, 106:18
**accurately** [2] - 47:15, 74:11
**Acevedo** [4] - 3:14, 5:20, 42:24, 55:13
**ACEVEDO** [2] - 1:17, 1:17
**acknowledge** [1] - 39:24
**acknowledged** [5] - 19:10, 21:18, 24:15, 31:20, 38:5
**acknowledges** [3] - 31:17, 31:22, 35:9
**Act** [1] - 12:16
**act** [6] - 14:23, 36:1, 36:3, 44:21, 73:8, 88:23
**acted** [1] - 37:8
**acting** [2] - 22:9, 38:17
**action** [1] - 92:4
**actions** [1] - 93:10
**active** [3] - 73:3, 76:22, 94:25
**actively** [2] - 80:9, 80:16
**activities** [3] - 11:6, 12:11, 27:20
**activity** [9] - 12:13, 12:15, 12:19, 13:6, 13:24, 14:8, 28:25, 39:20
**acts** [4] - 10:14, 10:15, 15:8, 70:23
**add** [1] - 91:4
**addition** [1] - 60:17
**additional** [2] - 19:6, 89:20
**address** [1] - 106:7
**adhered** [1] - 98:18
**admit** [6] - 78:4, 80:7, 83:6, 84:21, 85:6, 93:18
**admits** [13] - 28:13, 34:14, 41:3, 54:23, 58:3, 80:8, 83:4, 84:21, 87:2, 87:3, 88:10, 88:16, 93:17
**admitted** [10] - 32:9, 32:10, 52:3, 53:1, 54:9, 55:3, 56:4, 77:15, 79:15, 87:20
**admitting** [1] - 36:25
**advance** [1] - 4:3
**advise** [1] - 104:8
**affair** [1] - 104:16
**affairs** [2] - 44:22, 73:9
**affected** [2] - 11:7, 12:11
**affecting** [1] - 11:22
**afternoon** [1] - 72:15
**afterwards** [1] - 83:18
**Agent** [4] - 3:9, 61:8, 61:9, 62:25
**agents** [4] - 30:25, 54:12, 60:11, 61:6
**aggravated** [1] - 53:13
**aggressive** [1] - 70:11
**ago** [2] - 76:16, 80:23
**agree** [27] - 6:10, 78:14, 81:12, 81:15, 81:25, 82:2, 82:3, 82:8, 82:10, 82:12, 82:13, 82:14, 82:18, 82:22, 82:23, 82:24, 83:6, 83:7, 83:8, 83:15, 83:16, 83:17, 83:19, 83:20, 87:5
**agreed** [16] - 19:3, 19:24,

20:2, 20:7, 21:7, 21:10, 21:11, 21:18, 22:14, 24:12, 24:13, 30:25, 82:5, 82:6, 82:8, 83:14
**agreement** [11] - 18:24, 19:8, 19:22, 21:10, 21:21, 24:10, 24:17, 48:17, 49:13, 50:18
**agreements** [3] - 50:13, 74:18, 74:19
**agrees** [4] - 78:12, 78:13, 78:15
**ahead** [9] - 5:21, 41:24, 42:5, 50:8, 50:10, 99:1, 101:9, 101:18, 102:13
**aid** [5] - 9:21, 39:17, 41:15, 48:22, 95:6
**aided** [4] - 14:9, 15:3, 15:4, 25:7
**aiding** [2] - 5:3, 70:19
**aids** [2] - 15:5, 15:9
**allegation** [1] - 38:11
**alleged** [5] - 4:20, 5:1, 5:7, 9:23, 12:15
**allegedly** [1] - 38:24
**Allied** [1] - 25:4
**allow** [2] - 13:21, 98:14
**allowed** [3] - 28:18, 28:19, 40:8
**almost** [1] - 72:22
**alternates** [5] - 95:20, 96:9, 96:10, 96:21, 97:19
**alternative** [1] - 92:2
**Amendment** [1] - 46:5
**AMERICA** [1] - 1:4
**America** [2] - 3:4, 102:4
**amount** [1] - 14:20
**analyze** [3] - 73:2, 94:14, 95:1
**Andrew** [1] - 61:9
**angry** [1] - 67:13
**ankle** [1] - 16:10
**answer** [5] - 47:18, 49:10, 54:21, 102:16, 102:18
**answered** [1] - 104:3
**anticipated** [1] - 105:8
**anticipating** [1] - 3:20
**anticlimactic** [1] - 95:20
**anyplace** [1] - 39:10
**anyway** [1] - 98:14
**appear** [2] - 4:17, 47:17
**APPEARANCES** [1] - 1:11
**appearances** [1] - 3:5
**appeared** [1] - 20:25
**applies** [1] - 9:14
**apply** [3] - 37:20, 38:16, 96:1
**applying** [2] - 4:18, 5:10
**appreciate** [2] - 42:23, 84:11
**appropriate** [1] - 4:15
**approval** [1] - 66:18
**approximate** [1] - 24:25
**April** [1] - 106:2
**Ardilla** [75] - 11:19, 11:23, 11:24, 12:24, 13:14, 17:2, 17:3, 17:14, 17:21, 17:25, 18:16, 18:18, 20:14, 21:9, 21:24, 22:13, 22:16, 23:1, 23:8, 23:15, 23:21, 26:14, 28:5, 33:15, 33:16, 39:6, 39:10, 39:15, 40:5, 40:21, 48:12, 52:2, 52:5, 52:14, 53:17, 53:21, 55:21, 55:24, 57:16, 57:20, 57:24, 58:2, 59:13, 59:19, 59:21, 59:24, 60:4, 60:8, 60:10, 60:11, 60:13, 68:1, 70:10, 71:23, 74:15, 76:6, 76:8, 76:12, 78:3, 78:9, 78:20, 79:16, 79:21, 80:3, 81:20, 82:7, 83:3, 83:22, 86:12, 88:18, 93:21, 94:17
**Ardilla's** [6] - 23:6, 58:24, 81:21, 82:7, 83:18, 89:24
**area** [7] - 13:15, 25:4, 51:7, 63:21, 64:1, 69:6, 82:18
**argued** [1] - 91:6
**argument** [3] - 9:15, 42:16, 93:3
**ARGUMENTS** [1] - 2:5
**arguments** [2] - 8:5, 40:16
**arise** [1] - 96:8
**arrest** [2] - 20:1, 80:7
**arrested** [4] - 49:9, 50:20, 60:10, 86:22
**arrive** [2] - 6:14, 97:10
**arrived** [4] - 32:13, 63:17, 82:3, 97:9
**aside** [1] - 6:23
**asleep** [2] - 9:5, 18:10
**aspect** [3] - 26:5, 26:7, 26:8
**assess** [1] - 70:15
**assistance** [1] - 3:23
**ASSISTANT** [1] - 1:14
**assisting** [2] - 15:6, 59:12
**associate** [5] - 30:7, 43:21, 51:12, 51:18, 79:4
**associated** [3] - 10:1, 15:10, 70:24
**associates** [1] - 90:11
**assumed** [1] - 27:14
**assumes** [1] - 66:13
**ate** [2] - 59:18, 80:1
**attack** [6] - 26:22, 32:5, 32:7, 35:23, 81:8, 88:22
**attempted** [2] - 29:4, 53:12
**attendance** [1] - 105:1
**attention** [9] - 4:5, 5:9, 42:21, 44:13, 48:16, 58:9, 59:5, 84:11, 95:7
**attentive** [1] - 105:10
**ATTORNEY'S** [1] - 1:14
**attorneys** [1] - 104:23
**ATTORNEYS** [1] - 1:14
**Avenue** [2] - 1:23, 106:23
**avoid** [1] - 12:4
**avoiding** [2] - 55:1, 92:3

## B

**background** [1] - 61:18
**bad** [9] - 31:6, 31:8, 31:12, 32:19, 60:16, 76:4, 77:6, 77:7, 78:18
**baked** [1] - 91:9
**ball** [1] - 4:3
**bargain** [1] - 49:19
**bargaining** [2] - 49:14, 49:16
**based** [2] - 45:8, 73:20
**battery** [1] - 53:13
**beard** [1] - 57:15
**beating** [1] - 53:14
**became** [4] - 28:5, 56:11, 56:17, 61:19
**become** [9] - 11:16, 26:18, 27:15, 27:20, 28:24, 56:13, 56:16, 56:24, 67:19
**BEFORE** [1] - 1:10
**began** [1] - 50:12
**begin** [4] - 8:16, 97:11, 97:12, 97:21
**beginning** [5] - 20:11, 31:2, 31:10, 34:10, 53:23
**behalf** [6] - 3:5, 3:7, 3:12, 3:14, 42:23, 106:10
**behavior** [1] - 56:4
**behind** [1] - 100:2
**believes** [1] - 66:16
**belong** [1] - 67:22
**belonging** [1] - 16:12
**below** [1] - 28:1
**benefit** [6] - 19:12, 19:14, 19:19, 20:11, 21:13, 21:16
**BENITEZ** [1] - 1:7
**Benitez** [12] - 3:4, 3:12, 3:15, 3:17, 5:22, 5:24, 5:25, 8:21, 42:25, 102:4, 102:6, 105:24
**best** [3] - 44:10, 54:2, 68:14
**better** [1] - 56:9
**between** [3] - 6:24, 11:10
**beyond** [11] - 9:16, 9:20, 28:13, 39:25, 44:20, 45:20, 71:1, 72:21, 91:18, 95:4, 105:14
**bicycle** [11] - 8:24, 16:5, 16:8, 16:11, 25:1, 25:3, 25:5, 51:23, 82:3, 86:9, 88:10
**big** [5] - 44:23, 44:25, 73:7, 94:1, 99:11
**Bigfoot** [65] - 11:23, 11:25, 12:22, 13:11, 15:23, 17:8, 17:9, 17:14, 17:20, 18:7, 18:13, 18:19, 18:23, 19:14, 20:6, 20:7, 20:13, 20:20, 21:6, 21:10, 21:12, 21:15, 23:20, 26:12, 27:2, 28:5, 29:16, 30:16, 33:9, 39:15, 40:5, 40:18, 49:4, 49:8, 52:4, 52:14, 53:18, 53:21, 53:22, 54:8, 55:23, 56:1, 56:2, 57:17, 57:18, 58:4, 58:18, 68:18, 70:10, 71:23, 74:16, 76:7, 76:11, 78:4, 78:9, 78:20, 79:16, 80:6, 83:25, 88:19, 88:20, 94:17
**bigfoot's** [1] - 48:11
**Bigfoot's** [2] - 20:19, 21:5
**bigger** [2] - 48:20, 48:21
**birthday** [3] - 23:21, 39:11, 83:2
**bit** [15] - 5:10, 18:25, 26:10, 30:23, 43:2, 49:4, 49:10, 56:8, 79:17, 87:13, 89:13, 97:4, 98:12, 100:6, 100:24
**bitch** [1] - 18:15
**bitch's** [1] - 60:4
**blade** [2] - 54:25, 57:22
**blame** [1] - 56:5
**bleeding** [2] - 65:3, 65:11
**blood** [8] - 21:1, 46:18, 64:19, 64:23, 65:13, 66:7, 66:12, 89:13
**blood-like** [1] - 21:1
**blooded** [5] - 46:20, 46:24, 71:22, 76:2, 77:6
**bloody** [1] - 16:13
**blow** [1] - 80:13
**blowing** [1] - 86:1
**blue** [1] - 17:16
**Blue** [1] - 28:6
**Blue's** [1] - 23:11
**blunts** [1] - 52:6
**Boca** [3] - 40:2, 59:18, 77:21
**bodily** [2] - 37:11, 91:23
**body** [11] - 24:4, 33:2, 33:3, 55:14, 55:25, 59:2, 77:25, 78:6, 79:11, 82:20
**bolster** [1] - 58:23
**bottom** [1] - 74:6
**box** [1] - 99:7
**boy's** [1] - 71:11
**boyfriend** [1] - 53:14
**break** [6] - 41:21, 41:25, 42:6, 72:7, 84:14, 99:25
**BRIAN** [1] - 1:13
**Brian** [1] - 3:8

**brief** [2] - 4:2, 41:18
**briefly** [1] - 98:5
**bring** [7] - 6:1, 7:15, 73:22, 97:5, 97:6, 97:7, 100:18
**bringing** [1] - 98:10
**brings** [2] - 63:23, 95:17
**brother** [2] - 91:8, 91:12
**brothers** [3] - 92:24, 93:1, 93:2
**brought** [2] - 51:14, 65:15
**Broward** [4] - 50:25, 51:3, 52:18, 71:13
**brutally** [1] - 71:11
**buddy** [1] - 60:19
**building** [3] - 27:21, 28:25, 84:18
**bullet** [3] - 55:11, 55:17, 94:23
**bunch** [1] - 94:4
**burden** [6] - 39:24, 46:4, 73:7, 91:17, 91:19
**buried** [2] - 77:23, 78:6
**bus** [3] - 81:4, 81:5
**business** [4] - 11:9, 44:24, 57:12, 62:10
**businesses** [1] - 13:14
**buy** [9] - 13:18, 14:1, 14:5, 14:6, 45:5, 50:4, 63:25, 69:18, 70:2
**buying** [1] - 44:23
**BY** [4] - 1:20, 2:6, 2:6, 2:7

## C

**cable** [2] - 99:11, 99:15
**caller** [2] - 53:7, 53:20
**canal** [2] - 72:24, 82:18
**candy** [4] - 23:21, 24:8, 39:11, 83:3
**Canizales** [1] - 77:22
**Canizales-Lara** [1] - 77:22
**cannot** [2] - 45:18, 96:3
**Cano** [1] - 61:14
**car** [63] - 9:8, 17:4, 17:24, 18:11, 18:12, 18:14, 23:10, 29:5, 33:10, 33:11, 33:12, 35:4, 35:5, 35:7, 35:8, 36:13, 36:15, 36:18, 36:19, 36:21, 38:4, 38:20, 40:20, 45:4, 51:25, 55:21, 55:23, 55:25, 58:13, 63:25, 64:20, 65:8, 65:9, 65:13, 66:13, 67:17, 68:15, 69:12, 69:20, 69:23, 70:3, 76:10, 80:15, 81:21, 82:6, 82:7, 82:8, 82:12, 82:15, 83:21, 85:9, 86:9, 88:25, 89:15, 89:24, 90:4, 92:12, 92:13, 94:7, 94:9, 94:22
**care** [7] - 46:25, 49:5, 49:8, 54:10, 54:11, 66:21
**careful** [1] - 84:18
**carefully** [1] - 73:21
**Carolina** [1] - 56:18
**cars** [3] - 52:1, 52:9, 52:10
**case** [55] - 4:18, 9:12, 9:14, 9:16, 9:19, 12:15, 19:21, 20:7, 20:8, 22:11, 24:11, 31:18, 31:21, 38:16, 40:1, 40:18, 41:13, 43:6, 44:13, 46:6, 46:10, 46:20, 46:24, 47:13, 47:20, 47:24, 48:2, 50:3, 50:14, 52:16, 68:24, 72:20, 72:21, 73:25, 74:4, 74:19, 74:25, 84:1, 91:18, 95:3, 95:6, 95:8, 95:10, 95:12, 96:3, 96:12, 98:3, 100:1, 102:3, 104:8, 105:10
**CASE** [1] - 1:2
**Case** [2] - 3:3, 102:3
**cases** [1] - 104:13
**casing** [1] - 55:11
**casings** [1] - 16:21
**catch** [1] - 94:2
**caught** [2] - 4:6, 64:6
**caused** [2] - 20:17, 92:3
**caution** [3] - 49:23, 74:18, 75:8
**Celica** [3] - 17:18, 23:11, 23:14
**centuries** [1] - 104:12
**CEO** [2] - 48:9, 56:9
**certain** [5] - 12:14, 28:16, 76:17, 80:25
**certificates** [3] - 96:17, 104:25, 105:20
**certify** [1] - 106:17
**chair** [1] - 6:19
**chairs** [2] - 7:14, 7:23
**challenging** [1] - 105:10
**chance** [3] - 19:2, 33:5, 90:1
**change** [1] - 85:14
**changed** [2] - 48:10, 54:20
**changes** [1] - 4:5
**changing** [1] - 4:25
**Chango** [12] - 17:11, 17:13, 28:6, 34:2, 51:12, 68:18, 81:18, 82:13, 86:8, 88:14, 89:24
**Chango's** [2] - 25:1, 82:2
**chapter** [1] - 56:11
**chapters** [1] - 56:11
**characterization** [1] - 53:24
**charged** [7] - 9:22, 11:4, 24:11, 46:15, 46:16, 77:7, 85:15
**charges** [3] - 19:7, 45:11, 45:14
**chase** [2] - 17:25, 18:16
**chased** [1] - 17:22
**chases** [1] - 18:15
**chasing** [1] - 33:11
**chat** [2] - 30:2, 30:11
**chats** [4] - 29:20, 29:24, 29:25, 61:1
**chavala** [10] - 17:13, 27:9, 27:14, 27:19, 27:24, 30:9, 31:24, 81:8, 81:19, 94:20
**chavalas** [12] - 8:23, 26:11, 26:20, 26:23, 27:3, 28:11, 28:12, 43:5, 43:17, 44:5, 81:22
**check** [3] - 5:13, 6:12, 101:11
**Chehab** [1] - 20:25
**chequeo** [2] - 61:20, 81:14
**chequeos** [2] - 10:12, 28:5
**cherry** [1] - 76:13
**cherry-pick** [1] - 76:13
**children** [4] - 23:21, 45:1, 45:22
**chip** [1] - 91:8
**chocolate** [1] - 91:8
**chop** [4] - 20:16, 20:17, 23:18, 34:23
**chose** [4] - 79:4, 79:5, 79:6
**chosen** [1] - 18:4
**CHS** [2] - 59:13, 59:14
**cigar** [1] - 52:6
**cigar-sized** [1] - 52:6
**circle** [5] - 38:20, 82:23, 82:25, 83:1, 83:4
**circled** [1] - 24:6
**circling** [1] - 23:23
**circumstances** [1] - 96:7
**city** [2] - 31:7, 85:11
**civil** [1] - 10:6
**civilian** [2] - 78:22, 79:2
**claim** [1] - 92:6
**claimed** [1] - 51:4
**claiming** [2] - 34:7, 37:2
**claims** [6] - 5:1, 43:25, 82:25, 83:1, 87:20, 87:21
**clarified** [1] - 34:1
**clarify** [1] - 43:3
**cleaned** [2] - 66:22, 66:23
**clear** [1] - 55:6
**clearer** [1] - 4:24
**clearly** [2] - 47:18, 74:12
**client** [2] - 76:3, 76:5
**clipped** [1] - 6:17
**clique** [29] - 16:1, 44:2, 50:24, 50:25, 51:1, 51:8, 52:13, 53:15, 56:23, 58:22, 61:16, 62:11, 65:20, 65:22, 66:17, 66:18, 67:4, 67:6, 67:22, 68:9, 68:12, 70:6, 84:22, 87:8, 88:14, 92:23
**cliques** [14] - 10:13, 10:23, 10:25, 11:2, 12:5, 12:7, 13:5, 13:25, 26:23, 56:18, 81:12, 84:20, 84:23, 88:13
**close** [6] - 6:24, 42:21, 55:9, 55:12, 69:13, 92:16
**closing** [9] - 8:5, 9:15, 40:15, 42:16, 43:4, 58:23, 70:18, 77:5, 98:11
**CLOSING** [1] - 2:5
**closings** [2] - 6:22, 8:16
**clothes** [3] - 83:20, 89:12, 89:13
**clothing** [2] - 16:12, 16:14
**club** [3] - 81:25, 82:1, 88:9
**co** [4] - 30:6, 48:17, 49:13, 49:15
**co-conspirators** [1] - 30:6
**co-defendant** [3] - 48:17, 49:13, 49:15
**Coast** [6] - 10:24, 48:9, 56:10, 56:17, 81:16, 84:23
**cold** [6] - 46:20, 46:24, 71:22, 76:1, 76:2, 77:6
**cold-blooded** [5] - 46:20, 46:24, 71:22, 76:2, 77:6
**colleague** [1] - 75:11
**colleague's** [1] - 81:23
**collected** [1] - 23:18
**comfortable** [2] - 7:23, 94:12
**comfortably** [1] - 93:23
**coming** [2] - 34:8, 66:7
**comment** [2] - 29:15, 50:1
**commented** [1] - 29:16
**commerce** [7] - 11:7, 11:9, 11:22, 12:2, 12:6, 12:11, 39:21
**commission** [1] - 4:20
**commit** [9] - 5:5, 15:6, 25:10, 56:13, 56:15, 56:16, 79:7, 90:9, 92:1
**committed** [13] - 5:1, 9:21, 14:9, 14:21, 25:6, 26:5, 28:23, 53:9, 53:13, 56:14, 78:19, 78:21
**committing** [5] - 10:14, 25:10, 26:2, 26:7, 95:5
**common** [5] - 10:1, 47:22, 73:18, 73:20, 93:4
**commotion** [1] - 63:6
**communicating** [1] - 30:15
**communications** [1] - 30:13
**community** [1] - 77:24
**company** [1] - 45:23
**compare** [2] - 76:25
**complete** [3] - 19:4, 21:11, 24:12
**compound** [2] - 71:12,

72:16
**concerning** [1] - 47:7
**conclusion** [3] - 94:15, 94:16
**conduct** [5] - 10:2, 37:18, 37:21, 91:24, 92:18
**conducts** [1] - 13:7
**cone** [1] - 96:13
**confess** [1] - 79:13
**confident** [1] - 40:17
**confidential** [1] - 59:14
**confirm** [4] - 16:23, 98:5, 102:11, 102:18
**confirmed** [4] - 17:1, 53:17, 58:25, 81:1
**confirming** [2] - 53:21
**conflict** [5] - 47:21, 47:24, 53:19, 58:5, 105:5
**conflicts** [1] - 56:6
**confront** [1] - 91:12
**confronted** [1] - 85:9
**confusing** [1] - 57:15
**conjunction** [1] - 70:16
**connect** [3] - 99:10, 99:11, 99:16
**connection** [2] - 61:16, 61:17
**consciously** [1] - 14:16
**consequences** [3] - 59:9, 63:23, 90:19
**consider** [9] - 38:18, 45:18, 47:2, 48:13, 49:22, 71:22, 74:14, 74:17, 91:19
**consideration** [2] - 104:7, 104:13
**considered** [1] - 73:21
**consistent** [9] - 20:18, 23:6, 33:18, 74:3, 76:20, 77:2, 79:17, 80:4, 80:20
**conspirators** [6] - 16:13, 17:3, 17:12, 17:17, 30:6, 31:14
**conspiring** [1] - 25:10
**constitutes** [1] - 12:14
**contingent** [1] - 74:25
**continue** [4] - 8:6, 96:1, 96:12, 96:22
**continued** [4] - 29:8, 29:11, 29:12, 29:18
**continues** [1] - 29:23
**contradict** [2] - 48:5, 76:4
**control** [2] - 13:18, 89:25
**controlled** [7] - 12:16, 12:20, 21:24, 21:25, 53:15, 59:12, 68:10
**conversation** [3] - 60:20, 79:21, 84:10
**convict** [1] - 71:13
**convicted** [7] - 48:6, 48:8, 48:11, 48:12, 53:12
**convictions** [1] - 48:4
**convincing** [1] - 44:21
**cookies** [1] - 91:8
**cooperate** [5] - 19:25, 21:8, 22:14, 50:16, 77:10
**cooperating** [5] - 19:12, 19:15, 50:15, 50:19, 98:17
**cooperation** [11] - 19:11, 19:18, 20:3, 21:17, 21:20, 21:22, 22:6, 24:17, 32:25, 50:12, 77:25
**cooperator** [1] - 76:1
**cooperators** [4] - 76:21, 76:24, 82:14, 83:8
**coordinate** [1] - 13:3
**coordinated** [1] - 56:18
**copies** [4] - 5:13, 6:15, 7:7, 7:23
**copy** [5] - 8:1, 18:25, 97:2
**correct** [2] - 79:10, 102:19
**corroborated** [3] - 23:17, 24:2, 25:3
**corroborates** [3] - 21:4, 40:24, 40:25
**corroborating** [1] - 40:11
**corroboration** [2] - 20:13, 24:24
**counsel** [4] - 3:9, 3:15, 42:19, 72:14
**Count** [2] - 102:5, 106:1
**countries** [2] - 11:11, 11:15
**County** [2] - 50:25, 71:14
**couple** [2] - 77:14, 83:21
**coupled** [1] - 47:22
**course** [10] - 6:23, 8:8, 10:2, 15:21, 42:24, 73:19, 82:16, 83:22, 86:12, 88:9
**courses** [1] - 44:24
**Court** [19] - 1:21, 1:22, 3:1, 6:20, 7:10, 19:10, 24:15, 42:7, 42:19, 72:14, 75:4, 101:2, 101:14, 102:2, 106:3, 106:6, 106:15, 106:22, 106:22
**court** [4] - 49:17, 60:16, 60:19, 104:11
**COURT** [61] - 1:1, 3:2, 3:11, 3:16, 4:1, 5:16, 5:19, 5:25, 6:7, 6:11, 7:4, 7:6, 7:9, 7:12, 7:18, 7:20, 8:15, 41:16, 41:20, 42:3, 42:5, 42:9, 42:13, 50:8, 52:23, 53:1, 53:4, 54:1, 61:25, 62:3, 70:8, 70:20, 72:5, 72:12, 90:25, 95:16, 97:22, 97:24, 98:13, 99:6, 99:13, 99:17, 99:22, 99:24, 100:4, 100:6, 100:8, 100:12, 100:16, 100:20, 100:22, 101:8, 101:13, 101:16, 101:22, 102:18, 104:5, 105:22, 105:24, 106:9, 106:12
**Court's** [2] - 21:18, 98:15
**Courthouse** [1] - 102:8
**courtroom** [6] - 42:22, 96:5, 96:16, 101:24, 102:1, 102:11
**COURTROOM** [15] - 5:23, 101:20, 102:14, 102:20, 102:23, 103:1, 103:4, 103:7, 103:10, 103:13, 103:16, 103:19, 103:22, 103:25, 104:3
**crazier** [1] - 62:24
**create** [2] - 37:18, 91:25
**created** [1] - 37:22
**credibility** [6] - 22:18, 22:23, 46:10, 54:5, 73:24, 74:4
**credible** [1] - 32:23
**credit** [2] - 16:25, 91:2
**crime** [19] - 4:20, 5:1, 5:5, 9:21, 14:9, 15:6, 15:11, 23:17, 25:7, 25:11, 26:5, 37:19, 37:23, 40:22, 48:21, 70:24, 71:1, 82:19, 92:1
**Crime** [1] - 20:24
**crimes** [3] - 5:6, 78:7, 79:7
**criminal** [2] - 44:13, 92:4
**criminally** [2] - 15:8, 70:22
**CRR** [2] - 1:21, 106:21
**Cruz** [3] - 18:23, 26:12, 74:16
**Cruz-Ortiz** [3] - 18:23, 26:12, 74:16
**curious** [1] - 104:21
**current** [2] - 4:9, 6:8
**cut** [15] - 54:23, 55:1, 80:2, 80:10, 83:17, 87:21, 89:7, 90:7, 90:22, 90:23, 94:4, 100:6, 100:15, 100:24

## D

**damn** [1] - 60:1
**dangerous** [1] - 14:23
**dark** [2] - 58:12, 58:15
**DATE** [1] - 106:21
**date** [1] - 106:2
**dated** [1] - 102:7
**days** [3] - 51:2, 89:14, 96:18
**deadlines** [1] - 106:4
**deal** [3] - 52:19, 57:8, 95:11
**dealers** [2] - 13:16, 13:21
**deals** [1] - 50:2
**death** [4] - 9:10, 37:11, 54:18, 91:22
**December** [3] - 19:23, 21:21, 50:13
**deception** [1] - 75:20
**decide** [7] - 14:16, 47:4, 47:9, 75:5, 75:18, 95:10, 95:12
**decided** [5] - 31:16, 47:20, 68:21, 68:23, 68:25
**decides** [1] - 46:2
**deciding** [1] - 48:13
**decision** [10] - 14:17, 45:8, 47:5, 51:24, 52:9, 53:8, 71:9, 71:21, 73:14
**decisions** [5] - 44:23, 44:25, 45:2, 45:5, 73:11
**dedicate** [1] - 35:14
**deem** [1] - 6:24
**defendant** [116] - 4:25, 5:21, 8:20, 8:22, 9:2, 9:20, 14:8, 14:21, 15:3, 15:5, 15:8, 15:9, 15:10, 15:23, 16:15, 17:20, 19:9, 20:8, 21:6, 22:8, 23:7, 23:22, 24:6, 24:20, 24:22, 25:6, 25:20, 26:4, 27:4, 27:8, 28:9, 28:23, 29:3, 29:8, 30:2, 30:6, 30:10, 30:21, 33:16, 34:25, 36:2, 37:8, 37:12, 37:16, 37:18, 38:13, 38:17, 39:12, 39:19, 40:6, 40:12, 40:14, 40:19, 40:23, 40:25, 41:9, 41:14, 45:10, 45:12, 45:15, 45:16, 45:17, 45:18, 48:17, 49:13, 49:15, 70:22, 70:23, 70:25, 71:2, 72:17, 72:22, 73:3, 76:9, 76:21, 78:12, 79:4, 79:14, 80:8, 80:14, 81:3, 81:6, 81:7, 81:9, 81:15, 81:20, 81:22, 82:4, 82:9, 82:15, 82:19, 82:24, 83:6, 83:8, 83:9, 83:15, 83:17, 83:19, 83:24, 84:1, 88:21, 90:19, 91:23, 91:25, 92:2, 92:21, 93:5, 94:18, 94:24, 95:4, 95:14, 102:6
**Defendant** [2] - 1:8, 5:24
**DEFENDANT** [4] - 1:16, 3:25, 6:6, 6:10
**defendant's** [17] - 21:19, 21:20, 26:24, 30:23, 32:21, 37:17, 37:21, 41:2, 77:1, 80:20, 81:2, 84:6, 84:8, 91:24, 92:6, 92:7, 92:17
**defendants** [2] - 24:10, 39:7
**defense** [19] - 4:19, 7:4, 37:6, 41:17, 42:16, 91:6, 91:13, 91:14, 91:16, 91:19, 91:20, 98:6, 99:3, 99:20, 101:5, 101:6, 106:10
**defenses** [1] - 91:5
**degree** [10] - 5:2, 5:3, 5:4,

14:12, 14:13, 14:14, 14:22, 15:1, 15:3
**deliberate** [1] - 44:8
**deliberating** [3] - 8:2, 96:9, 97:12
**deliberation** [1] - 46:9
**deliberations** [8] - 95:25, 96:8, 96:22, 97:17, 97:21, 104:15, 104:19, 104:21
**Delicias** [3] - 51:1, 61:15, 84:22
**Demon** [3] - 48:10, 56:8, 57:3
**Demonio** [1] - 74:17
**demonstrate** [1] - 67:20
**demonstrates** [1] - 14:24
**denial** [2] - 85:5, 85:21
**denied** [1] - 88:20
**denies** [1] - 87:4
**deny** [1] - 91:10
**depicted** [1] - 23:5
**depicts** [1] - 30:8
**depraved** [1] - 14:24
**DEPUTY** [15] - 5:23, 101:20, 102:14, 102:20, 102:23, 103:1, 103:4, 103:7, 103:10, 103:13, 103:16, 103:19, 103:22, 103:25, 104:3
**deputy** [5] - 96:5, 96:16, 101:24, 102:1, 102:11
**derogatory** [1] - 33:11
**describe** [1] - 21:3
**described** [3] - 22:10, 23:19, 58:8
**design** [1] - 14:15
**despite** [3] - 56:12, 86:6, 86:7
**detail** [2] - 47:25, 75:22
**details** [3] - 80:25, 86:5, 89:20
**detection** [1] - 12:4
**Detective** [2] - 21:3, 61:8
**detectives** [1] - 54:9
**determination** [2] - 69:8, 70:5
**determined** [3] - 69:4, 69:25, 70:4
**determining** [1] - 46:3
**devil** [1] - 61:3
**devils** [1] - 29:25
**diagrams** [2] - 24:4, 24:5
**die** [4] - 48:23, 66:24, 70:1, 87:18
**differ** [2] - 47:19, 74:13
**differed** [1] - 57:14
**different** [27] - 4:22, 10:25, 11:1, 11:24, 34:20, 34:22, 35:10, 36:6, 36:14, 36:19, 38:6, 48:4, 48:5, 51:9, 66:17, 70:15, 76:17, 76:18, 79:16, 81:13, 84:14, 85:22, 91:21
**differently** [1] - 53:18
**difficult** [8] - 95:8, 95:9, 95:10, 95:11, 95:12, 104:7, 104:13
**dime** [1] - 57:10
**direct** [1] - 60:15
**directly** [1] - 47:18
**disagreement** [1] - 45:24
**disappeared** [1] - 54:16
**disbelieve** [1] - 47:6
**discarding** [1] - 25:5
**discharged** [1] - 96:21
**discovery** [1] - 20:6
**Discreto** [7] - 17:22, 17:24, 18:16, 28:7, 30:16, 82:13
**discuss** [3] - 27:11, 96:3, 104:20
**discussing** [1] - 97:12
**discussions** [3] - 97:15, 104:11, 104:15
**disposed** [1] - 83:20
**disregard** [1] - 50:9
**disregarding** [1] - 24:25
**disrupt** [1] - 62:1
**distribute** [2] - 12:16, 12:20
**distributed** [1] - 13:5
**District** [5] - 1:22, 1:23, 105:15, 106:22, 106:23
**DISTRICT** [3] - 1:1, 1:1, 1:10
**divert** [1] - 49:3
**DIVISION** [1] - 1:2
**DNA** [6] - 46:12, 46:18, 78:11, 91:3
**DOBBINS** [19] - 1:13, 2:7, 3:7, 5:15, 7:3, 50:6, 52:21, 53:24, 61:22, 62:1, 72:10, 72:13, 91:1, 98:9, 99:2, 99:7, 99:15, 99:18, 106:8
**Dobbins** [4] - 3:8, 72:9, 95:16, 99:1
**document** [1] - 99:10
**documented** [3] - 20:25, 21:1, 23:18
**documents** [1] - 99:8
**dog** [4] - 51:5, 56:6, 92:23
**done** [15] - 8:7, 29:22, 30:8, 38:3, 55:15, 65:25, 71:5, 78:18, 88:4, 88:5, 88:6, 88:8, 90:10, 98:8
**door** [3] - 46:8, 97:4, 97:7
**dope** [3] - 52:3, 52:4, 52:7
**double** [1] - 101:11
**double-check** [1] - 101:11
**doubt** [21] - 9:16, 9:20, 39:23, 39:25, 40:7, 40:8, 40:9, 40:14, 44:16, 44:17, 44:20, 45:5, 45:20, 56:7, 71:2, 72:22, 73:20, 91:18, 95:5
**down** [22] - 26:14, 44:2, 50:25, 51:2, 51:7, 51:10, 52:17, 52:18, 54:25, 56:6, 56:23, 61:16, 63:2, 66:12, 71:4, 81:3, 83:12, 84:14, 92:21, 93:20, 100:14
**draft** [1] - 4:9
**drag** [3] - 20:22, 20:25, 21:4
**dragged** [2] - 20:20, 21:2
**Drake** [1] - 21:3
**draw** [3] - 4:5, 5:9, 48:16
**drink** [1] - 62:24
**drinking** [1] - 52:4
**drive** [1] - 94:8
**driving** [2] - 82:7, 90:8
**drove** [5] - 17:3, 17:16, 23:11, 64:1, 82:12
**drug** [3] - 13:16, 13:21, 14:3
**drugs** [3] - 13:11, 14:6, 57:7
**drunk** [1] - 90:2
**dues** [3] - 10:24, 12:7, 12:8
**duly** [1] - 5:24
**dumped** [1] - 25:3
**duress** [15] - 4:15, 4:16, 4:17, 4:19, 4:21, 37:6, 37:9, 38:18, 87:14, 91:7, 91:16, 94:2, 94:12
**during** [8] - 22:2, 42:21, 45:9, 53:23, 54:19, 60:15, 71:7, 97:17

## E

**ear** [1] - 97:7
**early** [2] - 48:23, 72:24
**earn** [1] - 61:21
**earth** [1] - 50:3
**easier** [1] - 65:23
**East** [6] - 10:24, 48:9, 56:9, 56:17, 81:16, 84:23
**easy** [1] - 84:15
**eat** [2] - 8:24, 59:17
**eating** [1] - 97:12
**edged** [1] - 20:18
**effect** [2] - 12:5, 86:3
**effects** [1] - 98:1
**eight** [1] - 80:23
**either** [7] - 34:9, 45:9, 51:12, 68:17, 101:1, 104:20
**El** [10] - 10:5, 11:3, 11:18, 11:22, 12:9, 13:1, 14:1, 14:5, 16:23, 61:16
**elect** [1] - 35:14
**element** [8] - 4:10, 9:22, 11:6, 12:12, 14:8, 15:14, 25:9, 92:16
**elements** [5] - 4:18, 4:22, 38:15, 39:17, 92:20
**ELENA** [1] - 1:13
**Elena** [1] - 3:8
**elevated** [4] - 56:21, 56:25, 58:18, 58:19
**eliminate** [2] - 32:5, 32:7
**ELMO** [1] - 43:1
**elsewhere** [1] - 104:23
**emergency** [1] - 96:8
**emphasized** [1] - 77:5
**employers** [2] - 105:2, 105:4
**end** [6] - 4:13, 8:7, 9:14, 95:21, 96:12, 96:14
**ended** [4] - 62:8, 64:1, 67:17, 94:24
**enemies** [1] - 35:21
**enemy** [4] - 35:16, 35:17, 43:21, 66:1
**enforcement** [14] - 12:4, 19:16, 19:25, 21:8, 22:7, 30:25, 32:24, 35:12, 59:13, 77:18, 79:13, 83:24, 84:17, 85:16
**engage** [4] - 29:11, 29:18, 29:23, 37:19
**engaged** [9] - 11:6, 12:10, 12:12, 12:19, 14:7, 30:13, 39:14, 39:19, 39:20
**engagement** [1] - 12:6
**engaging** [1] - 10:1
**English** [1] - 43:12
**enhancing** [1] - 26:3
**enjoy** [1] - 59:21
**enjoyed** [1] - 104:9
**enterprise** [26] - 9:22, 9:24, 10:4, 11:4, 11:6, 12:10, 12:12, 14:4, 14:7, 14:10, 25:8, 25:12, 25:19, 26:4, 26:6, 29:9, 29:12, 30:3, 30:12, 39:19, 39:22, 57:3, 57:9, 57:12
**enters** [3] - 7:19, 42:12, 101:21
**entire** [2] - 60:5, 96:2
**entirely** [1] - 49:21
**entities** [2] - 9:25
**entitled** [1] - 106:19
**entity** [2] - 19:5, 21:12
**entrance** [2] - 25:11, 25:16
**equally** [1] - 93:3
**equivalent** [1] - 84:25
**escort** [1] - 97:24
**establish** [2] - 12:4, 16:1
**etched** [1] - 57:1
**evaluate** [4] - 72:21, 73:23, 75:7, 75:10
**evaluating** [1] - 54:5
**evening** [1] - 7:22

**event** [1] - 76:16
**eventually** [2] - 63:3, 64:4
**everyday** [1] - 73:10
**everywhere** [1] - 70:2
**evidence** [60] - 9:12, 10:3, 15:19, 16:14, 16:19, 16:20, 21:4, 38:12, 38:19, 40:11, 41:11, 41:13, 43:6, 44:10, 45:8, 45:12, 45:17, 46:11, 46:17, 47:2, 47:3, 47:19, 47:20, 47:21, 47:24, 47:25, 49:25, 52:22, 53:1, 53:19, 54:2, 55:10, 56:7, 58:5, 59:11, 61:3, 61:10, 72:20, 73:2, 73:21, 74:3, 74:13, 74:20, 75:10, 76:14, 78:10, 80:18, 91:21, 92:5, 92:7, 94:14, 94:16, 95:1, 95:2, 95:11, 97:5, 100:17, 105:1
**evidences** [1] - 96:18
**exactly** [6] - 30:8, 31:9, 33:4, 37:21, 86:16, 98:3
**exam** [1] - 60:15
**examiner** [7] - 20:15, 20:17, 23:4, 23:19, 24:2, 34:21, 55:16
**examiner's** [1] - 40:24
**example** [2] - 15:1, 15:6
**except** [4] - 57:4, 67:2, 67:3, 104:11
**exception** [1] - 84:2
**exceptions** [2] - 56:20, 57:2
**exchange** [1] - 49:13
**excuse** [4] - 4:7, 65:23, 84:2, 87:8
**excused** [4] - 95:25, 96:3, 105:18, 105:21
**exhibit** [6] - 61:2, 61:23, 98:6, 98:19, 99:2, 99:21
**Exhibit** [8] - 15:15, 18:25, 43:8, 58:1, 59:10, 60:23, 61:2, 81:24
**exhibits** [7] - 19:1, 60:22, 71:8, 98:23, 99:4, 99:20, 101:10
**existed** [2] - 9:22, 11:5
**exits** [3] - 42:4, 97:23, 105:23
**expected** [1] - 28:11
**experience** [1] - 99:9
**experiences** [2] - 73:17, 73:23
**expert** [3] - 10:4, 12:6, 57:14
**expressly** [1] - 49:17
**extort** [1] - 13:21
**extortion** [5] - 12:17, 13:6, 13:10, 14:2, 57:5
**eye** [3] - 55:17, 94:2
**eyes** [2] - 40:5, 60:2
**eyewitnesses** [3] - 40:11, 40:25, 78:10

**F**

**face** [10] - 19:6, 19:7, 20:14, 20:16, 23:15, 23:19, 49:16, 57:24, 71:24, 86:1
**Facebook** [4] - 29:14, 30:21, 60:22, 98:8
**faces** [4] - 19:14, 19:20, 21:13, 21:14
**facing** [1] - 48:24
**fact** [21] - 9:4, 19:5, 19:12, 22:24, 31:7, 37:14, 38:19, 43:17, 44:10, 45:18, 49:24, 55:13, 56:15, 73:18, 75:21, 77:2, 86:6, 87:19, 90:6, 93:10
**facts** [3] - 38:16, 80:19, 87:25
**fade** [1] - 80:25
**fail** [1] - 45:20
**fair** [1] - 73:17
**falls** [1] - 18:10
**false** [1] - 49:19
**falsely** [3] - 19:4, 21:12, 24:14
**family** [2] - 71:11, 96:4
**far** [6] - 4:19, 47:22, 48:7, 55:24, 90:4, 91:16
**fast** [1] - 92:11
**fatal** [1] - 89:2
**fault** [1] - 104:22
**favor** [1] - 97:14
**favorable** [1] - 49:18
**FBI** [1] - 3:10
**Fearless** [25] - 15:23, 16:17, 16:18, 18:7, 20:21, 20:22, 29:1, 29:2, 30:19, 55:8, 59:6, 68:13, 70:10, 81:6, 82:8, 83:16, 83:18, 84:24, 87:4, 88:15, 89:14, 90:3, 93:21, 94:23
**February** [2] - 20:2, 21:7
**feet** [4] - 55:15, 55:18, 55:19, 56:1
**fell** [1] - 9:5
**fellas** [1] - 94:1
**fellow** [1] - 44:1
**felon** [3] - 48:11, 48:12
**felons** [2] - 48:8, 48:13
**felony** [2] - 48:4, 48:6
**felt** [3] - 60:14, 60:16, 66:7
**Ferguson** [2] - 3:9, 61:8
**few** [6] - 4:2, 12:18, 45:7, 47:10, 71:4, 95:18
**field** [9] - 38:9, 40:2, 64:1, 64:3, 65:2, 67:1, 67:3, 67:17, 68:2
**field-like** [1] - 64:1
**Fifth** [1] - 46:5
**fifth** [1] - 4:10
**fight** [10] - 26:20, 51:5, 51:15, 51:16, 52:19, 56:6, 69:7, 90:20, 92:23, 92:24
**fighting** [3] - 23:21, 24:8, 83:2
**figure** [2] - 91:11, 98:3
**file** [1] - 75:3
**files** [1] - 75:4
**final** [1] - 95:18
**finally** [4] - 22:14, 52:3, 58:3, 60:11
**fine** [2] - 66:24, 100:22
**fingerprints** [3] - 46:12, 46:18, 78:12
**finished** [1] - 90:10
**firearms** [1] - 16:20
**First** [10] - 10:13, 43:9, 44:11, 50:24, 52:13, 56:10, 56:16, 56:23, 61:14, 61:18
**first** [44] - 4:5, 5:2, 5:4, 6:21, 6:24, 9:17, 9:22, 12:20, 14:11, 14:12, 14:14, 15:3, 15:21, 33:16, 36:6, 36:14, 36:20, 37:10, 37:24, 38:19, 42:20, 43:1, 43:3, 44:16, 54:10, 57:17, 57:19, 58:3, 60:7, 61:7, 67:6, 68:4, 73:6, 76:12, 76:19, 79:23, 80:13, 84:2, 84:15, 92:15, 95:19
**first-degree** [4] - 5:2, 5:4, 14:12, 14:14
**fit** [1] - 6:25
**five** [10] - 41:20, 41:22, 41:25, 42:6, 49:1, 55:20, 58:1, 70:8, 72:10, 89:16
**five-minute** [2] - 41:25, 72:10
**flagged** [1] - 17:11
**flags** [2] - 61:25, 62:3
**fledged** [1] - 27:6
**flee** [1] - 12:3
**floor** [1] - 42:17
**FLORIDA** [1] - 1:1
**Florida** [27] - 1:4, 1:15, 1:19, 1:23, 1:24, 5:3, 5:4, 14:13, 15:16, 31:3, 31:11, 32:19, 34:8, 44:2, 51:3, 81:3, 85:7, 85:8, 85:11, 92:21, 95:5, 102:8, 105:15, 106:23, 106:24
**focus** [3] - 73:6, 79:18, 85:7
**focused** [1] - 105:11
**focuses** [1] - 79:19
**foldable** [1] - 34:16
**folding** [6] - 34:18, 34:19, 34:24, 39:14, 41:4, 89:10
**folks** [4] - 6:13, 42:13, 42:15, 94:3
**follow** [3] - 33:3, 36:18, 54:4
**follows** [1] - 102:5
**FOR** [2] - 1:13, 1:16
**force** [1] - 90:9
**forced** [4] - 5:5, 37:19, 37:22, 91:25
**foregoing** [1] - 106:17
**foreign** [5] - 11:7, 11:9, 11:22, 12:11, 39:21
**foremost** [1] - 95:19
**foreperson** [2] - 101:25, 102:9
**forget** [3] - 51:21, 58:17, 75:17
**forgive** [3] - 65:17, 65:18, 65:24
**form** [3] - 40:16, 97:2, 101:25
**formal** [1] - 45:11
**formed** [1] - 10:5
**FORT** [1] - 1:2
**forward** [1] - 32:24
**foundation** [1] - 46:24
**four** [6] - 53:10, 55:15, 55:19, 58:1, 78:19, 91:21
**frankly** [2] - 98:16, 100:9
**freaks** [1] - 66:12
**free** [2] - 7:24, 97:20
**frenzy** [3] - 37:1, 58:8, 80:10
**frequently** [1] - 11:17
**friend** [2] - 54:13, 54:18
**friendly** [1] - 51:17
**friends** [6] - 8:22, 30:17, 30:21, 35:21, 54:17, 96:4
**front** [2] - 55:2, 55:16
**full** [2] - 27:6, 100:25
**full-fledged** [1] - 27:6
**fully** [1] - 96:21
**funny** [1] - 71:23
**Funyuns** [1] - 94:10
**furtherance** [1] - 28:23
**furthering** [1] - 14:4

**G**

**gain** [4] - 25:11, 25:16, 49:18, 51:7
**game** [2] - 62:15, 85:20
**Gamez** [1] - 74:15
**Gamez-Melendez** [1] - 74:15
**gang** [24] - 10:4, 10:21, 12:1, 12:6, 12:19, 13:7, 13:8, 13:18, 26:17, 26:18, 27:16, 27:21, 28:22, 29:1, 32:2, 35:23, 35:25, 36:2, 38:6, 38:9, 52:17, 57:14, 67:11,

67:19
**Gang** [3] - 51:13, 51:19, 52:18
**gangs** [1] - 14:5
**general** [2] - 5:7, 84:19
**generally** [1] - 4:21
**gentlemen** [10] - 7:20, 54:1, 72:6, 72:15, 72:19, 91:4, 95:17, 101:23, 102:10, 104:6
**Gerson** [25] - 8:19, 8:23, 15:14, 16:5, 24:23, 46:14, 46:15, 51:14, 51:20, 52:11, 53:8, 53:10, 53:11, 54:19, 54:20, 54:24, 55:9, 55:25, 57:17, 57:19, 62:14, 71:18, 71:24, 79:22, 94:19
**Gerson's** [2] - 55:14, 72:16
**Gianino** [2] - 61:9
**given** [3] - 41:5, 54:5, 79:11
**GLCS** [9] - 43:9, 44:2, 50:24, 51:2, 51:9, 53:8, 70:7, 71:13, 88:13
**goal** [1] - 26:16
**God** [9] - 29:9, 35:3, 61:4, 83:10, 89:5, 98:12
**goddess** [1] - 10:9
**gonna** [12] - 38:4, 40:7, 45:3, 45:4, 45:7, 77:13, 77:15, 78:3, 85:14, 85:20, 94:11, 96:11
**Gonzalez** [6] - 13:2, 13:20, 14:1, 26:16, 27:19, 74:16
**government** [35] - 3:6, 4:23, 6:23, 7:3, 8:16, 9:18, 14:12, 15:13, 20:7, 22:16, 22:23, 25:9, 25:16, 26:1, 43:4, 43:13, 43:25, 44:9, 45:11, 45:19, 46:23, 49:20, 50:2, 50:11, 50:15, 50:16, 58:23, 59:11, 60:22, 72:7, 75:3, 75:4, 100:24, 106:7
**Government** [2] - 59:10, 81:23
**GOVERNMENT** [1] - 1:13
**Government's** [4] - 43:8, 57:25, 60:23, 93:25
**government's** [4] - 5:12, 39:24, 61:2, 71:24
**GPS** [1] - 85:23
**grab** [2] - 33:12, 64:7
**grabbed** [11] - 9:7, 17:23, 20:22, 33:5, 33:7, 33:8, 63:22, 64:4, 65:2, 68:3, 68:4
**grabbing** [1] - 40:20
**grabs** [2] - 18:14, 38:19
**Gracie** [7] - 6:17, 96:16, 96:23, 97:24, 97:25, 102:13, 105:19
**grasped** [1] - 67:10
**gray** [2] - 81:21, 82:7
**great** [2] - 84:4, 106:13
**green** [1] - 53:8
**green-light** [1] - 53:8
**greenlit** [4] - 19:16, 19:17, 21:16, 51:20
**grief** [1] - 85:5
**group** [11] - 10:1, 29:20, 29:24, 29:25, 30:11, 32:3, 36:8, 61:1, 68:12, 90:14
**grow** [3] - 14:3, 15:25, 16:1
**Guanacos** [2] - 70:7, 70:10
**guaranteed** [1] - 21:14
**guard** [1] - 84:17
**guess** [4] - 78:5, 85:4, 91:5, 92:11
**guest** [1] - 51:10
**guidelines** [1] - 101:2
**guilt** [4] - 39:25, 45:12, 45:20, 49:25
**guilty** [20] - 41:14, 45:21, 48:21, 49:24, 50:20, 51:21, 55:3, 56:2, 57:6, 57:7, 71:9, 71:10, 71:17, 71:20, 72:4, 72:17, 95:4, 95:15, 102:7, 105:25
**guns** [1] - 57:8
**gunshot** [11] - 16:20, 36:12, 36:15, 64:18, 64:24, 65:7, 66:6, 66:8, 66:12
**guy** [14] - 29:22, 34:16, 56:5, 57:14, 59:7, 63:1, 63:22, 64:4, 65:2, 72:23, 77:12, 77:22, 79:13, 92:9
**guys** [29] - 5:11, 6:16, 7:6, 29:9, 41:22, 42:5, 63:7, 72:6, 77:6, 77:7, 78:6, 79:12, 80:1, 80:23, 85:19, 85:24, 88:3, 89:15, 92:22, 93:17, 93:19, 97:5, 97:25, 98:11, 101:2, 105:10, 105:14, 105:15, 105:17

## H

**hacked** [1] - 94:23
**hacking** [1] - 71:24
**half** [9] - 6:23, 22:6, 82:1, 82:11, 85:2, 86:20, 100:7, 100:15, 100:25
**hand** [4] - 5:23, 38:25, 54:25, 101:25
**handed** [9] - 33:21, 33:24, 34:17, 66:5, 67:9, 67:21, 87:2, 89:4, 89:11
**hang** [1] - 97:19
**hanging** [1] - 92:19
**Hanging** [1] - 41:22
**happy** [3] - 41:7, 105:4, 105:7
**hard** [8] - 42:21, 59:20, 63:12, 71:6, 71:21, 71:25, 106:13
**harder** [1] - 42:22
**harm** [3] - 37:11, 91:23, 92:3
**haze** [1] - 86:4
**he-made-me-do-it** [1] - 91:14
**head** [13] - 16:18, 16:22, 17:10, 22:21, 23:3, 54:24, 54:25, 56:11, 56:17, 59:7, 88:20, 94:24, 96:25
**heading** [3] - 35:4, 35:5, 35:8
**hear** [12] - 25:23, 35:6, 36:20, 40:15, 45:25, 46:2, 56:25, 71:4, 71:5, 74:1, 98:13
**heard** [80] - 8:21, 9:2, 9:3, 9:4, 9:7, 9:8, 9:13, 10:4, 10:6, 10:7, 10:10, 10:13, 10:17, 10:25, 11:1, 11:14, 12:22, 12:23, 13:7, 15:20, 15:22, 16:4, 16:8, 16:12, 16:18, 16:22, 17:8, 18:10, 18:18, 18:19, 18:22, 19:3, 19:9, 19:12, 19:22, 20:15, 21:3, 21:23, 21:24, 22:10, 23:3, 23:4, 24:9, 24:24, 26:9, 26:11, 28:4, 28:6, 28:15, 29:16, 30:24, 31:1, 33:13, 33:15, 34:20, 34:21, 36:11, 38:19, 40:18, 44:16, 46:22, 55:10, 55:22, 57:14, 64:18, 64:24, 65:7, 66:6, 66:8, 69:9, 71:22, 74:14, 74:25, 81:16
**hears** [2] - 36:15, 66:12
**heartless** [1] - 46:20
**heavy** [2] - 20:18, 39:24
**hell** [1] - 90:23
**helped** [5] - 13:3, 13:4, 15:25, 16:1
**helpful** [1] - 99:9
**hereby** [2] - 105:25, 106:17
**hesitate** [2] - 87:10, 96:19
**hesitation** [2] - 44:22, 73:8
**Hi** [1] - 72:25
**hid** [2] - 16:8, 16:11
**high** [10] - 57:4, 62:18, 63:5, 63:16, 65:1, 65:19, 71:15, 85:4, 86:1, 93:6
**highest** [3] - 68:6, 68:7, 68:12
**highlight** [1] - 74:21
**himself** [4] - 17:9, 38:7, 38:9, 83:24
**history** [1] - 10:5
**hit** [3] - 23:15, 59:20, 59:23
**hitting** [4] - 60:14, 64:9, 65:3, 66:1
**Hobbs** [1] - 12:16
**hold** [1] - 46:7
**holding** [1] - 88:11
**homeboy** [36] - 18:5, 25:23, 27:18, 27:20, 27:22, 27:24, 27:25, 28:10, 28:14, 28:24, 31:23, 37:25, 38:1, 38:2, 43:9, 43:20, 50:24, 56:13, 56:15, 56:20, 56:22, 56:24, 58:19, 58:21, 61:13, 61:21, 62:7, 67:5, 67:18, 67:25, 81:14, 84:22, 87:6, 90:13, 90:23
**homeboys** [15] - 10:12, 10:22, 18:6, 27:2, 27:5, 29:2, 43:22, 43:23, 58:17, 61:19, 68:8, 68:11, 78:17, 88:16
**honest** [1] - 31:4
**honestly** [4] - 33:7, 63:16, 64:13, 69:21
**Honor** [17] - 3:7, 3:13, 3:25, 5:15, 5:18, 6:6, 7:3, 7:5, 8:18, 42:18, 44:14, 47:23, 50:6, 102:14, 104:4, 106:8, 106:11
**HONORABLE** [1] - 1:10
**Honorable** [1] - 1:22
**hood** [1] - 43:22
**hope** [3] - 7:22, 19:13, 105:17
**hopeful** [1] - 19:19
**hopes** [1] - 49:18
**horrible** [2] - 59:3, 78:18
**horrific** [3] - 59:2, 71:10
**hospital** [3] - 65:14, 65:16, 66:20
**hour** [10] - 6:22, 34:8, 82:1, 82:11, 85:2, 95:18, 100:5, 100:7, 100:15, 100:25
**hours** [4] - 85:3, 86:19, 86:20, 88:2
**hours'** [1] - 84:9
**house** [13] - 25:1, 25:2, 25:5, 44:23, 51:15, 63:1, 63:2, 67:1, 67:2, 67:17, 68:2, 82:2
**hug** [2] - 37:5, 89:8
**huge** [2] - 19:14, 19:20
**hugged** [5] - 36:10, 36:16, 36:23, 38:24, 87:24
**Hugo** [4] - 23:11, 30:19, 82:12, 88:14
**Hugo's** [5] - 25:2, 25:5, 83:21, 85:9, 89:15
**human** [4] - 14:22, 14:24, 46:25, 59:14
**Humilde** [7] - 13:2, 26:16, 48:10, 56:8, 74:17, 78:20, 81:17
**hundreds** [1] - 104:14

**hunt** [1] - 26:14
**hunting** [9] - 8:23, 15:24, 16:4, 16:6, 35:15, 35:17, 51:4, 51:8, 81:22
**hurt** [3] - 54:22, 65:23, 92:10
**hyenas** [2] - 22:5, 22:10

## I

**iced** [1] - 46:13
**ID** [1] - 84:2
**ID'd** [1] - 83:22
**idea** [1] - 21:25
**identified** [4] - 21:6, 24:19, 24:20, 82:20
**identify** [6] - 22:15, 22:19, 22:24, 23:9, 23:10
**idle** [1] - 62:11
**IDs** [5] - 83:24, 84:1, 84:3, 86:10, 88:12
**II** [2] - 1:10, 1:22
**ILONA** [2] - 1:21, 106:21
**imagine** [1] - 68:19
**immediate** [2] - 37:11, 91:22
**imminently** [1] - 14:23
**impartial** [1] - 73:17
**impartially** [1] - 73:21
**impeachment** [1] - 48:3
**impending** [2] - 37:11, 91:22
**implicate** [3] - 19:4, 21:12, 24:14
**implore** [1] - 72:3
**import** [1] - 4:22
**important** [29] - 19:13, 20:1, 25:21, 25:25, 26:21, 36:24, 37:7, 39:6, 44:19, 44:20, 44:22, 45:5, 46:6, 46:11, 47:5, 48:2, 73:9, 73:11, 75:21, 80:12, 80:13, 80:14, 80:15, 86:5, 87:9, 89:11, 90:17, 91:15, 91:16
**importantly** [4] - 29:7, 30:4, 34:15, 37:16
**impress** [2] - 47:10, 74:7
**improve** [1] - 27:22
**inaccurately** [1] - 75:17
**incarcerated** [1] - 13:2
**incident** [3] - 30:22, 41:6, 79:3
**included** [2] - 10:21, 30:17
**includes** [2] - 9:24, 9:25
**including** [8] - 8:20, 17:9, 23:22, 24:6, 81:7, 82:4, 82:24, 92:7
**inconsistencies** [1] - 54:3
**inconsistent** [2] - 48:3, 75:13
**inconsistently** [1] - 80:12
**incorporated** [1] - 4:9
**increase** [5] - 16:3, 16:25, 25:12, 25:18, 39:22
**increased** [1] - 28:7
**increasing** [2] - 25:15, 28:3
**independent** [1] - 96:5
**indictment** [9] - 4:21, 5:2, 9:23, 11:5, 45:11, 45:13, 97:3, 102:6, 106:1
**individually** [1] - 104:24
**influenced** [1] - 45:9
**information** [8] - 21:11, 24:12, 50:22, 73:10, 73:13, 73:15, 85:22, 105:2
**informed** [2] - 101:17, 101:23
**informs** [1] - 45:14
**initial** [1] - 32:14
**initiated** [1] - 12:1
**injuries** [3] - 23:5, 33:17, 34:22
**innocence** [1] - 45:16
**innocent** [2] - 45:15, 75:19
**insinuated** [1] - 4:16
**instance** [1] - 76:6
**instruct** [2] - 47:23, 49:12
**instruction** [12] - 4:8, 4:13, 4:15, 4:16, 45:7, 47:1, 48:2, 48:16, 70:19, 87:14, 95:24, 96:24
**instructions** [13] - 4:4, 4:10, 6:2, 6:5, 6:21, 7:13, 7:24, 8:4, 8:9, 9:19, 44:14, 54:5, 95:18
**instrument** [1] - 20:18
**integral** [5] - 26:5, 26:7, 26:8, 26:24, 27:17
**intelligence** [1] - 18:8
**intent** [2] - 12:16, 12:20
**intentional** [2] - 75:19, 92:19
**intentionally** [4] - 15:5, 15:10, 70:24, 92:19
**interest** [2] - 47:13, 74:9
**interesting** [5] - 22:12, 48:19, 49:3, 89:22, 98:9
**international** [1] - 11:13
**interpret** [1] - 63:24
**interpreter** [2] - 3:20, 67:16
**interrogate** [5] - 18:5, 18:8, 27:3, 27:13, 29:4
**interrogated** [1] - 29:3
**interrogating** [6] - 9:3, 15:7, 18:3, 18:4, 18:9, 27:4
**interstate** [6] - 11:7, 11:8, 12:1, 12:6, 12:11, 39:20
**interviewed** [6] - 54:10, 61:8, 70:15, 79:14, 80:23, 83:23
**introduced** [4] - 59:11, 61:9, 74:19, 79:24
**investigating** [1] - 52:12
**investigation** [1] - 106:5
**Investigator** [1] - 20:25
**investigator** [1] - 23:17
**investigators** [1] - 22:13
**investing** [1] - 44:23
**involved** [20] - 9:5, 9:9, 15:16, 15:17, 16:15, 16:24, 18:1, 18:11, 24:21, 29:19, 30:19, 30:22, 37:3, 39:19, 53:10, 56:4, 57:5, 58:16, 71:16, 79:14
**involvement** [7] - 16:17, 17:8, 18:2, 20:10, 29:8, 55:2, 55:7
**issue** [3] - 62:16, 99:4, 106:3
**issues** [1] - 100:2
**it'll** [1] - 104:23

## J

**jail** [1] - 61:17
**January** [8] - 1:5, 24:19, 61:1, 61:7, 84:15, 102:8, 106:21
**job** [1] - 42:21
**Joe** [1] - 3:13
**Joel** [6] - 53:10, 54:12, 54:13, 54:17, 77:22, 78:1
**Joel's** [1] - 54:15
**join** [1] - 67:6
**joining** [1] - 15:7
**joins** [1] - 15:5
**JOSEPH** [1] - 1:16
**Judge** [2] - 52:22, 98:9
**judge** [9] - 40:15, 44:17, 45:12, 47:1, 49:12, 61:22, 70:18, 72:10, 75:5
**JUDGE** [1] - 1:10
**jump** [2] - 67:6, 70:3
**jumped** [1] - 11:25
**jumped-in** [1] - 11:25
**June** [1] - 21:23
**juries** [1] - 104:12
**Juror** [9] - 102:15, 102:20, 102:23, 103:1, 103:4, 103:7, 103:10, 103:13, 103:22
**juror** [9] - 4:3, 6:14, 7:7, 46:4, 96:8, 103:16, 103:19, 103:25, 104:10
**JUROR** [12] - 102:17, 102:22, 102:25, 103:3, 103:6, 103:9, 103:12, 103:15, 103:18, 103:21, 103:24, 104:2
**jurors** [10] - 7:1, 7:13, 7:18, 42:11, 46:8, 95:21, 101:17, 101:19, 104:9, 104:24
**JURY** [1] - 1:9
**jury** [35] - 4:4, 4:10, 4:24, 6:1, 6:2, 6:9, 8:2, 9:19, 19:1, 44:14, 46:2, 54:1, 60:24, 72:15, 95:17, 95:20, 95:23, 96:11, 96:15, 97:1, 97:11, 97:13, 97:22, 101:4, 101:23, 102:3, 102:10, 102:11, 104:6, 104:11, 105:18, 105:20, 105:22, 105:25
**Jury** [6] - 7:19, 42:4, 42:12, 97:23, 101:21, 105:23
**jury's** [2] - 104:14, 104:17
**justify** [1] - 88:7

## K

**keep** [10] - 6:25, 8:6, 14:4, 27:20, 28:25, 62:15, 75:14, 85:21, 97:6, 105:7
**keeping** [1] - 96:1
**keeps** [3] - 89:9, 90:14, 90:15
**kept** [2] - 43:4, 44:11
**key** [1] - 44:12
**KG** [1] - 59:19
**kid** [1] - 59:5
**kid's** [2] - 59:2, 59:21
**kids** [4] - 24:8, 39:11, 83:2, 91:10
**kill** [33] - 9:1, 10:19, 15:24, 19:18, 26:11, 26:13, 26:15, 26:20, 26:22, 27:9, 27:14, 27:24, 30:9, 31:16, 31:24, 37:25, 38:1, 38:7, 38:8, 43:5, 43:17, 44:5, 58:18, 66:17, 68:22, 69:5, 69:9, 70:5, 90:11, 90:12, 90:13, 91:2, 92:9
**killed** [12] - 9:7, 13:10, 13:13, 13:17, 19:20, 20:21, 21:15, 21:16, 24:22, 27:22, 82:20, 90:12
**killers** [3] - 76:2, 94:4, 94:11
**killing** [14] - 14:14, 14:18, 14:19, 14:20, 14:22, 26:8, 26:18, 26:23, 27:19, 28:11, 28:12, 44:4, 51:8
**Kimberly** [2] - 3:14, 42:24
**KIMBERLY** [1] - 1:17
**kind** [11] - 22:5, 27:12, 49:21, 55:6, 57:8, 57:11, 65:9, 74:23, 85:3, 90:5, 91:7
**knife** [30] - 17:5, 33:20, 33:22, 33:24, 34:4, 34:16, 34:18, 34:19, 34:24, 35:1, 38:22, 38:23, 38:25, 39:14, 41:4, 54:25, 58:12, 60:3,

64:10, 64:12, 65:5, 67:8, 67:9, 67:21, 83:7, 83:11, 87:2, 89:4, 89:10
**knives** [2] - 14:25, 34:20
**knock** [1] - 97:4
**knocked** [1] - 17:6
**knocking** [1] - 23:16
**knowing** [5] - 71:3, 72:25, 76:22, 93:6, 94:25
**knowingly** [1] - 4:12
**knowledge** [2] - 27:5, 61:18
**known** [1] - 78:1
**knows** [9] - 35:3, 38:3, 84:17, 85:6, 88:12, 88:16, 89:5, 89:10

## L

**LA** [2] - 10:6, 88:14
**lack** [4] - 47:21, 47:25, 54:4, 56:9
**ladies** [10] - 7:20, 54:1, 72:6, 72:15, 72:19, 91:4, 95:17, 101:23, 102:10, 104:6
**lands** [1] - 61:17
**language** [2] - 4:9, 5:7
**lapse** [1] - 75:19
**Lara** [1] - 77:22
**last** [18] - 3:20, 4:2, 4:8, 4:11, 4:12, 6:13, 7:7, 8:4, 13:23, 25:9, 44:7, 44:19, 50:9, 66:14, 71:7, 73:8, 87:13, 105:12
**lastly** [2] - 13:20, 29:7
**LAUDERDALE** [1] - 1:2
**laughs** [2] - 60:1, 60:3
**laundering** [2] - 12:17, 13:24
**law** [29] - 5:3, 5:4, 8:9, 9:13, 12:4, 14:13, 14:19, 19:16, 19:25, 21:8, 22:7, 30:25, 32:24, 35:12, 45:15, 46:5, 47:23, 50:1, 59:12, 60:19, 77:18, 79:2, 79:13, 83:23, 84:17, 85:15, 92:3, 95:5, 104:16
**law-abiding** [1] - 79:2
**lawful** [1] - 49:16
**lawyers** [3] - 6:3, 6:5, 8:7
**lead** [2] - 54:18, 97:25
**leaders** [3] - 11:14, 11:17, 13:3
**learned** [1] - 85:4
**least** [8] - 24:3, 44:5, 49:7, 55:19, 58:1, 59:18, 60:17, 94:8
**leave** [12] - 13:8, 13:12, 13:13, 29:25, 30:2, 30:11, 30:12, 41:24, 42:1, 79:22, 100:2, 105:19
**left** [17] - 7:14, 7:15, 49:9, 55:17, 65:15, 68:16, 69:20, 69:23, 79:7, 83:20, 89:3, 89:6, 93:18, 94:15, 106:6
**legal** [2] - 9:25, 92:2
**legs** [1] - 20:22
**less** [1] - 55:19
**lesser** [1] - 49:15
**letter** [1] - 77:19
**letting** [2] - 90:3, 96:20
**level** [4] - 10:14, 28:17, 56:15, 62:23
**levels** [2] - 10:10, 28:16
**liberty** [2] - 104:18, 104:19
**lie** [6] - 10:22, 19:6, 43:20, 43:22, 48:20, 48:25
**lied** [13] - 49:8, 53:22, 53:23, 54:9, 54:13, 54:14, 54:15, 54:16, 54:18, 71:23, 76:11, 78:8, 79:15
**lies** [2] - 35:11, 55:12
**life** [17] - 10:22, 14:24, 43:24, 44:25, 45:22, 45:25, 46:1, 46:25, 47:23, 48:21, 48:22, 49:1, 54:10, 71:11, 73:17, 73:22, 77:16
**light** [1] - 53:8
**lights** [2] - 58:13
**likely** [1] - 92:6
**limit** [1] - 14:17
**limited** [1] - 100:5
**line** [2] - 43:16, 68:21
**lineup** [2] - 22:13
**list** [1] - 30:17
**listen** [7] - 7:25, 8:8, 80:19, 88:3, 95:9, 95:10, 100:18
**listened** [2] - 40:10, 84:10
**listening** [3] - 22:8, 60:18, 72:20
**live** [2] - 31:3, 31:25
**lived** [2] - 32:1, 85:8
**LLP** [1] - 1:17
**loaded** [1] - 99:5
**location** [1] - 94:21
**locked** [1] - 105:12
**logic** [1] - 93:4
**look** [23] - 4:16, 22:22, 28:1, 30:1, 31:18, 31:25, 38:14, 54:3, 60:23, 60:25, 62:20, 64:22, 64:23, 68:24, 76:14, 78:17, 80:11, 80:18, 84:18, 85:18, 85:23, 89:5, 89:9
**looked** [2] - 22:20, 39:12
**looking** [6] - 15:24, 23:24, 39:8, 39:9, 39:11, 54:15
**looks** [5] - 5:15, 5:16, 66:12, 83:23, 94:3
**Lord** [2] - 61:4
**lose** [2] - 27:24, 29:1
**lost** [2] - 61:17, 62:18
**love** [3] - 43:22, 89:1, 93:1
**loves** [1] - 61:4
**loyalty** [1] - 67:20
**lunch** [3] - 45:2, 94:10, 95:18
**lunged** [2] - 35:4, 89:8
**lunges** [1] - 89:6
**LUPOWITZ** [2] - 1:21, 106:21
**Lupowitz** [1] - 106:21
**lured** [2] - 86:9, 94:19
**lying** [5] - 32:23, 53:25, 56:2, 76:7, 77:11

## M

**machete** [7] - 17:5, 20:14, 20:18, 23:16, 34:23, 57:22, 57:23
**machine** [1] - 40:2
**machinery** [1] - 3:22
**main** [8] - 8:25, 10:18, 15:25, 26:13, 26:16, 26:19, 44:1, 51:22
**maintain** [8] - 16:3, 25:11, 25:18, 25:21, 25:25, 27:16, 28:21, 39:22
**maintaining** [5] - 25:15, 26:8, 27:1, 27:25, 28:4
**major** [1] - 45:2
**man** [2] - 59:24, 60:4
**mandatory** [1] - 48:22
**manner** [1] - 51:18
**Mara** [5] - 43:20, 43:23, 84:24, 93:1
**Mariachi** [1] - 13:8
**marijuana** [12] - 11:19, 11:20, 12:23, 12:24, 13:3, 13:4, 13:5, 55:5, 55:6, 57:8, 63:25, 76:11
**mark** [2] - 81:24, 85:2
**marks** [3] - 20:25, 21:4, 23:14
**married** [1] - 44:25
**Maryland** [4] - 23:12, 81:4, 89:14, 94:1
**Massachusetts** [1] - 56:18
**master** [1] - 6:16
**materials** [2] - 97:8, 97:21
**matter** [3] - 3:3, 47:8, 106:19
**Mayweather/Pacquiao** [1] - 51:16
**ME** [1] - 58:25
**mean** [37] - 19:17, 22:20, 31:5, 31:8, 32:17, 33:4, 33:21, 34:8, 34:11, 34:12, 36:7, 47:2, 53:21, 57:4, 59:2, 61:23, 63:18, 65:15, 66:22, 66:23, 68:8, 68:10, 69:16, 73:10, 73:13, 75:15, 83:11, 83:13, 85:10, 85:12, 87:23, 88:7, 92:7, 95:13, 98:9, 98:12
**meaning** [2] - 4:17, 61:19
**means** [9] - 11:9, 14:16, 15:4, 25:14, 45:6, 59:15, 73:22, 95:21, 96:2
**media** [2] - 96:4, 104:22
**medical** [9] - 20:15, 20:17, 23:3, 23:4, 23:19, 24:2, 34:21, 40:24, 55:16
**meet** [2] - 11:1, 92:20
**meeting** [1] - 84:17
**meetings** [1] - 10:24
**melee** [1] - 36:25
**Melendez** [1] - 74:15
**Melvin** [1] - 18:23
**member** [23] - 11:16, 14:10, 25:7, 25:17, 27:6, 27:15, 28:20, 28:21, 30:1, 30:5, 31:23, 33:1, 36:2, 37:24, 40:3, 51:1, 51:13, 51:18, 79:5, 84:21
**members** [15] - 8:20, 11:21, 13:1, 15:17, 16:2, 16:25, 24:6, 30:13, 30:14, 41:6, 42:19, 51:9, 70:7, 70:10, 105:13
**membership** [23] - 10:7, 10:11, 10:14, 10:18, 10:24, 12:23, 16:3, 17:1, 25:15, 26:5, 26:7, 26:9, 26:24, 27:1, 27:16, 27:17, 28:4, 28:7, 28:12, 28:17, 28:24
**memories** [1] - 81:1
**memory** [6] - 47:14, 68:14, 74:10, 75:19, 80:24, 86:11
**mention** [2] - 36:16, 44:7
**mentioned** [5] - 18:3, 18:15, 40:15, 43:17, 44:6
**mentions** [1] - 98:15
**mere** [2] - 91:5, 93:3
**merely** [7] - 71:3, 71:16, 71:17, 72:17, 72:23, 91:13, 93:13
**message** [2] - 30:4, 30:12
**messages** [1] - 30:11
**messed** [1] - 80:2
**met** [4] - 30:24, 30:25, 50:15, 51:14
**Miami** [8] - 1:4, 1:15, 1:19, 1:23, 1:24, 102:8, 106:23, 106:24
**middle** [4] - 68:15, 68:16, 82:22
**midst** [1] - 96:7
**might** [9] - 17:22, 31:5, 31:6, 76:17, 88:4, 88:5, 88:7,

88:8, 104:22
**mind** [6] - 8:6, 14:18, 14:24, 18:7, 67:24, 75:14
**minimal** [1] - 88:3
**minimize** [2] - 56:3, 89:18
**minimized** [1] - 31:2
**minimizes** [2] - 32:25, 55:6
**minimizing** [1] - 55:1
**minute** [5] - 6:14, 41:23, 41:24, 41:25, 72:10
**minutes** [10] - 12:18, 42:6, 70:8, 71:4, 84:15, 86:6, 86:19, 88:2, 90:25, 100:18
**Miranda** [4] - 30:24, 62:25, 63:24, 84:16
**Mirandized** [1] - 89:18
**mischaracterization** [1] - 50:7
**misstated** [1] - 75:18
**misstatement** [2] - 75:20, 75:21
**mistake** [2] - 72:16, 75:15
**model** [1] - 57:12
**modification** [1] - 98:20
**mom** [1] - 91:8
**moment** [5] - 7:8, 48:1, 50:14, 72:13, 97:1
**momentarily** [1] - 97:10
**money** [8] - 12:8, 12:17, 13:17, 13:24, 13:25, 14:2, 14:5, 57:9
**monitor** [2] - 16:10, 51:23
**months** [3] - 35:11, 37:3, 89:16
**morning** [12] - 3:3, 3:7, 3:11, 3:13, 3:16, 7:20, 9:11, 9:18, 18:25, 42:19, 58:14, 72:25
**most** [6] - 26:21, 44:22, 61:15, 70:6, 70:11, 73:9
**mother** [2] - 43:21, 54:15
**motivation** [1] - 58:20
**motive** [1] - 26:2
**move** [4] - 50:8, 54:7, 72:7, 85:2
**moved** [1] - 105:11
**movement** [1] - 11:10
**moving** [2] - 4:7, 12:3
**MR** [42] - 2:6, 2:7, 3:7, 3:13, 5:15, 5:18, 7:3, 7:5, 41:18, 42:18, 50:6, 50:11, 52:21, 52:24, 53:3, 53:5, 53:24, 54:8, 61:22, 62:1, 62:6, 70:9, 70:21, 72:10, 72:13, 91:1, 98:9, 99:2, 99:7, 99:15, 99:18, 99:23, 100:3, 100:5, 100:7, 100:10, 100:14, 100:19, 100:21, 101:7, 106:8, 106:11
**MS** [10] - 2:6, 8:18, 10:9, 28:18, 28:19, 28:20, 29:24, 29:25, 30:5, 67:23
**MS-13** [57] - 8:20, 8:25, 9:4, 10:3, 10:5, 10:11, 10:18, 10:22, 11:4, 11:13, 12:23, 13:3, 13:25, 15:16, 15:25, 19:18, 24:6, 25:15, 25:18, 25:21, 26:7, 26:11, 26:13, 26:14, 26:17, 26:20, 26:22, 26:25, 27:6, 27:23, 28:10, 28:12, 28:15, 28:24, 29:11, 29:13, 29:21, 30:6, 30:9, 30:14, 31:20, 35:16, 37:24, 37:25, 38:1, 38:2, 38:18, 40:3, 43:5, 43:23, 48:7, 57:11, 78:18, 79:5, 81:12, 92:24
**murder** [79] - 5:2, 5:3, 5:4, 9:21, 10:19, 14:9, 14:10, 14:11, 14:12, 14:13, 14:14, 14:22, 15:1, 15:3, 15:14, 15:17, 16:9, 16:15, 16:18, 16:24, 17:4, 17:17, 18:6, 20:9, 22:9, 24:22, 25:5, 25:7, 25:8, 25:24, 26:3, 28:6, 28:8, 28:23, 29:8, 29:12, 29:17, 29:19, 29:21, 29:22, 29:23, 30:14, 39:17, 40:13, 40:14, 41:14, 46:14, 46:15, 48:21, 51:21, 51:22, 53:10, 53:11, 53:12, 54:12, 54:19, 55:3, 56:2, 56:5, 56:13, 56:14, 56:16, 56:21, 56:24, 57:6, 59:2, 62:14, 71:10, 72:16, 77:3, 77:21, 93:7, 95:5
**murdered** [3] - 39:21, 54:14, 78:1
**murderers** [4] - 46:13, 46:21, 46:24, 77:6
**murdering** [1] - 29:10
**murders** [8] - 10:15, 26:8, 30:19, 53:10, 77:14, 77:20, 78:19, 78:21
**must** [13] - 27:18, 45:8, 45:19, 45:21, 47:2, 47:3, 48:13, 62:17, 71:1, 75:18, 76:7, 80:1, 87:24
**mystery** [2] - 95:13, 95:14

## N

**name** [2] - 48:10, 63:20
**narrows** [1] - 5:9
**Nathan** [2] - 3:9, 61:8
**national** [1] - 11:13
**naturally** [1] - 75:16
**NE** [1] - 1:15
**necessarily** [2] - 47:8, 78:14
**necessary** [1] - 26:1
**neck** [8] - 23:4, 23:6, 33:17, 33:19, 40:23, 58:25, 59:1, 76:10
**need** [29] - 3:23, 6:16, 26:3, 27:11, 41:21, 41:23, 42:5, 44:12, 58:22, 62:6, 66:18, 67:7, 72:7, 72:8, 78:11, 94:1, 96:10, 96:18, 96:22, 97:15, 99:19, 100:8, 100:16, 101:1, 105:2
**needed** [6] - 52:7, 56:24, 58:17, 96:6, 96:9, 100:13
**needs** [2] - 97:14, 98:7
**negligence** [1] - 37:17
**negligent** [4] - 37:21, 91:24, 92:17, 92:18
**negligently** [1] - 38:8
**never** [17] - 10:22, 43:20, 43:21, 43:22, 56:14, 56:23, 58:11, 68:22, 69:4, 77:25, 78:1, 85:8, 86:2, 88:20, 92:8
**new** [1] - 85:20
**New** [1] - 11:25
**next** [18] - 11:5, 12:12, 14:8, 29:4, 35:9, 43:20, 44:3, 48:16, 56:1, 65:17, 65:18, 65:24, 66:14, 82:9, 87:10, 88:17, 92:13, 93:7
**nicely** [1] - 18:13
**night** [33] - 8:22, 8:24, 9:2, 10:19, 15:22, 16:4, 22:3, 24:21, 25:5, 27:10, 30:9, 30:14, 31:24, 38:3, 38:9, 51:15, 59:4, 59:7, 59:17, 72:24, 76:8, 78:15, 78:23, 79:6, 80:1, 82:12, 83:7, 83:11, 84:4, 86:2, 86:15, 94:19
**NO** [13] - 1:2, 102:17, 102:22, 102:25, 103:3, 103:6, 103:9, 103:12, 103:15, 103:18, 103:21, 103:24, 104:2
**no...at** [1] - 59:18
**nobody** [4] - 77:21, 77:23, 79:11, 90:21
**none** [3] - 48:14, 88:15, 92:15
**nonlegal** [1] - 9:25
**normal** [3] - 45:22, 45:25, 46:1
**normally** [1] - 49:16
**North** [3] - 1:23, 56:18, 106:23
**note** [1] - 77:4
**notepads** [1] - 41:25
**notes** [3] - 61:23, 62:2, 62:4
**nothing** [14] - 7:3, 22:20, 44:3, 46:19, 49:1, 51:1, 51:7, 52:17, 58:21, 62:11, 62:16, 68:25, 106:9
**November** [1] - 50:13
**nowhere** [1] - 43:15
**number** [7] - 6:4, 26:10, 26:17, 26:18, 28:12, 47:7, 105:3
**numbers** [3] - 95:22, 98:2, 100:1

## O

**o'clock** [1] - 58:14
**oath** [2] - 5:21, 49:4
**object** [1] - 61:22
**objecting** [1] - 100:17
**objection** [6] - 50:6, 52:21, 53:24, 100:23, 101:3, 106:4
**objections** [2] - 6:3, 6:8
**obligation** [3] - 19:10, 21:19, 24:16
**observacion** [1] - 81:13
**observaciones** [1] - 10:12
**observe** [2] - 47:15, 74:11
**observed** [3] - 21:3, 23:2, 75:8
**observes** [1] - 20:13
**obtained** [1] - 10:21
**obvious** [3] - 36:3, 66:1
**obviously** [9] - 4:22, 6:1, 36:1, 37:20, 38:6, 69:16, 76:16, 99:25
**occasions** [2] - 61:6, 70:15
**occurred** [3] - 10:15, 76:16, 104:11
**occurring** [1] - 93:7
**October** [2] - 24:17, 50:18
**OF** [2] - 1:1, 1:4
**offense** [1] - 49:24
**offenses** [1] - 12:14
**offer** [1] - 69:16
**OFFICE** [1] - 1:14
**officer** [2] - 78:22, 79:2
**OFFICER** [6] - 7:9, 7:18, 42:3, 97:22, 101:13, 105:22
**officers** [1] - 30:24
**Official** [2] - 1:21, 106:22
**often** [2] - 13:3, 14:5
**oftentimes** [1] - 10:14
**Ohio** [1] - 56:19
**old** [2] - 4:7, 77:2
**Omar** [1] - 53:10
**once** [2] - 61:16, 98:2
**one** [84] - 4:2, 6:4, 8:25, 10:15, 10:18, 11:10, 12:20, 17:11, 21:13, 24:20, 26:10, 26:13, 26:17, 26:18, 26:21, 27:9, 27:12, 28:12, 31:19, 33:16, 34:17, 35:25, 36:6, 38:19, 44:15, 44:16, 46:16, 47:11, 48:8, 48:9, 49:3,

51:13, 51:20, 51:24, 53:6, 53:11, 53:18, 55:11, 55:23, 57:5, 57:6, 57:7, 57:21, 57:25, 58:1, 58:3, 60:25, 65:11, 68:9, 68:17, 68:18, 68:25, 69:3, 69:23, 71:5, 72:3, 72:8, 72:13, 74:7, 76:9, 77:4, 77:21, 78:20, 78:22, 81:3, 85:2, 89:2, 92:17, 92:25, 94:4, 94:5, 94:15, 97:13, 98:6, 98:16, 99:10, 99:21, 104:13
**one's** [2] - 35:11, 59:5
**one-hour-and-a-half** [1] - 85:2
**ones** [9] - 27:2, 31:25, 34:24, 46:22, 49:6, 58:17, 67:20
**open** [1] - 8:6
**opening** [3] - 4:16, 4:25, 91:6
**opportunity** [3] - 6:4, 47:15, 74:11
**opposed** [1] - 26:19
**opposing** [1] - 72:14
**opposite** [1] - 57:17
**order** [12] - 4:3, 11:25, 13:7, 13:16, 13:21, 43:2, 49:19, 50:3, 51:18, 104:12, 106:3, 106:4
**Order** [1] - 3:1
**ordered** [2] - 88:22, 97:10
**orders** [1] - 58:20
**organization** [5] - 11:14, 15:17, 15:25, 18:8, 30:18
**original** [1] - 4:16
**Ortiz** [3] - 18:23, 26:12, 74:16
**ourselves** [1] - 65:17
**outcome** [3] - 47:13, 74:10, 74:25
**outside** [3] - 38:21, 38:25, 97:17
**own** [12] - 17:20, 18:20, 37:17, 37:21, 40:5, 41:2, 44:22, 56:4, 61:25, 62:3, 91:24, 92:17

## P

**p.m** [8] - 1:6, 97:23, 101:14, 101:15, 101:21, 105:23, 106:3, 106:15
**packets** [1] - 79:20
**PAGE** [1] - 2:5
**page** [13] - 43:16, 43:19, 43:20, 44:3, 44:7, 59:13, 60:25, 81:23, 85:13, 88:11, 90:11, 90:17
**pages** [1] - 79:25
**Pages** [1] - 1:8
**paid** [2] - 13:15, 42:21
**panel** [1] - 42:19
**paperwork** [1] - 96:18
**paragraph** [2] - 44:19, 73:8
**paragraphs** [1] - 4:12
**paro** [1] - 81:13
**paros** [1] - 10:11
**part** [34] - 4:11, 12:23, 26:24, 27:17, 27:25, 29:12, 30:2, 30:3, 33:3, 35:16, 37:2, 37:7, 38:8, 44:19, 46:9, 47:6, 48:14, 52:24, 53:20, 65:20, 66:17, 67:4, 67:19, 71:6, 73:18, 79:19, 79:20, 79:23, 81:9, 84:23, 89:11, 92:23
**partially** [1] - 32:10
**participant** [5] - 71:2, 73:3, 76:22, 94:25
**participants** [1] - 86:11
**participate** [22] - 16:9, 20:3, 20:5, 20:7, 27:18, 27:21, 33:24, 39:1, 63:23, 64:5, 66:10, 66:15, 67:1, 67:3, 67:22, 67:24, 68:3, 87:1, 87:12, 87:22, 89:22, 92:14
**participated** [34] - 15:11, 20:9, 22:8, 29:20, 32:11, 32:12, 32:15, 32:20, 33:5, 34:10, 34:11, 34:13, 35:2, 37:15, 37:23, 39:2, 39:3, 39:16, 40:14, 41:1, 41:3, 41:10, 67:8, 67:18, 70:24, 76:21, 78:19, 80:8, 80:9, 80:16, 84:5, 88:3, 89:10
**participating** [9] - 32:10, 34:14, 40:13, 62:19, 65:8, 66:11, 70:7, 87:17, 92:11
**participation** [4] - 28:8, 32:14, 32:25, 78:14
**particular** [3] - 47:7, 47:12, 74:8
**partner** [1] - 42:24
**parts** [3] - 61:10, 61:11, 94:18
**party** [3] - 23:21, 39:11, 83:2
**pass** [1] - 99:19
**passed** [4] - 16:5, 38:23, 69:1
**passing** [2] - 65:9, 90:1
**past** [2] - 73:13, 79:10
**path** [2] - 24:25
**patience** [1] - 84:11
**pay** [10] - 12:7, 13:8, 13:9, 13:16, 13:22, 44:12, 50:4, 77:8, 90:23
**paying** [2] - 58:8, 59:5
**people** [41] - 10:1, 10:11, 13:11, 16:15, 24:20, 28:1, 29:18, 29:24, 30:2, 30:18, 30:22, 32:5, 34:9, 35:14, 35:20, 36:3, 40:12, 46:13, 46:16, 48:7, 50:3, 54:2, 56:24, 58:6, 58:9, 58:10, 58:15, 59:5, 59:8, 63:12, 68:9, 73:10, 75:16, 78:18, 79:6, 86:21, 88:6, 92:20
**per** [1] - 61:21
**percent** [1] - 98:21
**perjury** [2] - 19:7, 48:25
**permission** [7] - 11:15, 11:16, 65:21, 87:7, 90:12, 90:13, 90:24
**permissions** [1] - 11:16
**perpetrated** [2] - 14:15, 14:23
**person** [33] - 14:14, 15:6, 15:9, 16:6, 16:22, 19:5, 21:12, 24:13, 24:14, 27:4, 31:19, 31:22, 32:8, 34:1, 34:3, 35:19, 49:25, 56:9, 56:21, 57:17, 57:19, 57:21, 59:6, 62:17, 63:4, 63:10, 63:13, 63:15, 64:16, 68:20, 68:25, 70:23, 90:20
**personal** [3] - 47:13, 74:9, 98:1
**persuade** [1] - 92:5
**phase** [1] - 85:5
**phone** [11] - 10:9, 10:21, 35:19, 43:8, 43:11, 43:13, 44:11, 50:17, 78:3, 92:25, 98:2
**photo** [5] - 22:13, 33:25, 34:2, 69:3, 89:25
**photograph** [3] - 22:25, 23:8, 23:12
**photos** [4] - 10:8, 32:1, 82:19, 97:6
**phrase** [1] - 43:25
**physical** [4] - 46:11, 46:17, 55:10, 78:10
**pick** [2] - 76:13, 98:1
**picked** [3] - 46:22, 73:16, 81:21
**picture** [22] - 22:15, 22:19, 22:20, 23:15, 30:8, 31:15, 31:17, 31:21, 32:6, 35:19, 35:21, 38:5, 51:12, 58:2, 63:4, 68:23, 69:5, 81:19, 83:23, 85:9, 85:23, 86:8
**pictures** [2] - 32:4, 63:12
**piece** [2] - 4:8, 53:1
**pieces** [1] - 85:22
**pin** [1] - 97:14
**pizza** [1] - 97:10
**piñata** [5] - 24:1, 39:9, 40:4, 60:9, 83:2
**place** [9] - 20:21, 23:24, 24:7, 39:8, 63:16, 63:18, 63:20
**placed** [2] - 21:24, 22:1
**places** [1] - 63:19
**plan** [1] - 27:12
**planned** [1] - 43:3
**play** [1] - 85:20
**played** [3] - 54:17, 60:11, 80:6
**player** [2] - 84:1
**players** [2] - 88:12, 88:13
**plea** [16] - 18:23, 18:24, 19:8, 19:22, 21:9, 21:21, 24:10, 24:17, 48:17, 49:12, 49:14, 49:16, 50:12, 50:18, 74:18, 74:19
**pleaded** [1] - 49:24
**pleas** [1] - 48:24
**pled** [7] - 48:21, 50:20, 51:21, 55:2, 56:2, 57:6, 57:7
**ploy** [1] - 63:25
**plug** [1] - 99:13
**point** [9] - 3:22, 47:8, 72:22, 73:7, 82:25, 83:7, 87:11, 91:11, 100:17
**police** [11] - 16:8, 21:25, 22:1, 35:10, 50:21, 70:16, 71:15, 77:13, 78:22, 79:2, 88:6
**poll** [1] - 102:11
**poor** [1] - 59:5
**Portillo** [2] - 8:19, 15:14
**portion** [1] - 74:5
**portions** [1] - 84:14
**position** [7] - 25:12, 25:18, 25:21, 25:25, 28:22, 38:7, 39:22
**possession** [3] - 12:15, 12:20, 13:4
**possibility** [5] - 34:13, 39:3, 49:15, 74:23, 89:9
**possible** [8] - 16:14, 32:15, 33:1, 39:25, 83:9, 83:14, 88:24, 88:25
**possibly** [6] - 17:13, 21:13, 33:2, 85:25, 86:18, 87:25
**post** [4] - 30:24, 61:5, 80:7, 98:10
**Post** [1] - 61:23
**post-arrest** [1] - 80:7
**Post-it** [1] - 61:23
**post-Miranda** [1] - 30:24
**posted** [2] - 29:15, 60:24
**posting** [3] - 29:24, 96:4
**potential** [1] - 81:19
**power** [1] - 17:19
**Power** [4] - 28:6, 30:15, 84:2, 84:3
**PowerPoint** [1] - 52:25
**prejudice** [1] - 45:10

**premeditated** [2] - 14:15
**premeditation** [1] - 14:17
**prepared** [1] - 84:7
**preponderance** [2] - 91:20, 92:5
**presence** [2] - 91:5, 93:3
**present** [14] - 3:15, 7:13, 8:5, 15:12, 37:10, 70:25, 71:16, 71:17, 72:17, 72:23, 79:3, 91:13, 91:22, 93:13
**presentations** [1] - 8:8
**presented** [1] - 45:9
**presentence** [1] - 106:5
**presenting** [1] - 6:9
**preserve** [1] - 104:24
**preserved** [1] - 6:3
**presumes** [1] - 45:15
**pretty** [2] - 55:9, 93:23
**Pretty** [1] - 86:11
**primary** [1] - 26:2
**principles** [1] - 44:12
**print** [1] - 7:1
**prison** [1] - 53:13
**privacy** [1] - 104:24
**private** [2] - 60:20, 104:16
**privilege** [1] - 104:17
**privileges** [1] - 104:9
**problem** [2] - 45:24, 64:10
**proceed** [1] - 8:17
**proceedings** [1] - 106:18
**Proceedings** [1] - 8:12
**proceeds** [3] - 11:20, 11:21, 12:25
**process** [2] - 73:10, 73:14
**produce** [1] - 45:16
**production** [1] - 30:20
**program** [10] - 10:24, 11:1, 12:7, 48:9, 56:10, 56:17, 62:9, 81:16, 84:24
**programs** [4] - 11:2, 13:4, 51:10
**progressed** [1] - 32:9
**progresses** [1] - 31:13
**progression** [1] - 31:1
**projectile** [2] - 16:21, 55:11
**promise** [1] - 86:10
**promises** [3] - 74:1, 74:20, 85:16
**promotions** [1] - 28:3
**proof** [5] - 15:10, 44:20, 70:23, 70:25
**proper** [1] - 49:16
**prosecuted** [1] - 77:8
**prosecution** [1] - 52:15
**prosecutor** [6] - 44:15, 44:17, 48:19, 54:20, 54:21, 71:5
**protect** [1] - 24:13
**protected** [1] - 13:15
**proud** [1] - 28:21
**prove** [18] - 4:23, 9:18, 9:20, 14:12, 15:2, 25:9, 25:16, 26:1, 37:8, 37:17, 39:25, 40:1, 45:16, 45:19, 50:3, 67:7, 91:20
**proven** [15] - 9:15, 11:4, 11:12, 12:10, 12:19, 14:7, 15:13, 18:21, 25:6, 25:14, 26:6, 39:18, 79:9, 91:18, 95:4
**provide** [5] - 19:3, 20:2, 21:10, 24:12, 49:17
**provided** [2] - 3:22, 4:3
**provides** [3] - 49:14, 50:1, 89:20
**providing** [1] - 19:20
**PSI** [1] - 106:4
**public** [1] - 105:13
**publish** [1] - 102:2
**pull** [1] - 37:4
**pulled** [14] - 29:5, 36:5, 36:22, 36:24, 37:15, 43:13, 60:24, 76:10, 80:14, 80:15, 82:14, 82:16, 82:25, 90:14
**pulling** [1] - 33:9
**punched** [1] - 64:5
**punishable** [1] - 48:22
**punishment** [3] - 66:19, 87:22, 87:23
**pure** [1] - 61:3
**purpose** [6] - 10:1, 25:10, 25:16, 26:2, 26:4, 90:18
**pushed** [1] - 54:24
**put** [9] - 5:21, 6:18, 57:10, 62:9, 68:9, 79:8, 94:23, 97:14, 100:17
**puts** [2] - 38:7, 38:9
**putting** [1] - 52:16

## Q

**qualify** [1] - 27:3
**questioning** [3] - 52:12, 55:14, 68:21
**questions** [7] - 15:7, 47:10, 47:17, 74:12, 84:16, 84:19, 100:1
**quick** [4] - 34:6, 41:21, 89:1
**quite** [2] - 49:10, 98:16

## R

**racketeering** [13] - 9:21, 12:13, 12:15, 12:19, 13:6, 13:23, 14:8, 39:18, 39:20, 41:15, 48:22, 95:6
**raise** [1] - 5:23
**Ranfla** [3] - 12:8, 13:1, 16:23
**ranfleros** [2] - 11:3, 13:25
**ranking** [3] - 68:6, 68:7, 68:12
**rapport** [1] - 84:18
**re** [1] - 41:21
**re-set** [1] - 41:21
**reach** [2] - 96:19, 98:2
**reached** [4] - 67:25, 95:3, 101:18, 101:24
**reaches** [1] - 96:5
**reacted** [1] - 66:6
**reacting** [2] - 23:25, 92:11
**read** [25] - 7:25, 9:19, 37:7, 43:15, 44:15, 44:17, 61:10, 70:14, 84:12, 84:16, 100:9, 102:12, 102:15, 102:19, 102:21, 102:24, 103:2, 103:5, 103:8, 103:11, 103:14, 103:17, 103:20, 103:23, 104:1
**reading** [1] - 81:10
**reads** [1] - 4:25
**ready** [9] - 7:14, 7:15, 8:17, 42:11, 86:24, 97:11, 98:23, 101:10
**real** [2] - 73:20, 73:22
**realize** [6] - 53:22, 63:5, 63:22, 65:4, 67:15, 100:14
**realized** [1] - 64:2
**realizes** [1] - 34:3
**really** [23] - 3:18, 27:11, 36:24, 37:16, 38:11, 42:23, 46:10, 52:6, 57:4, 71:15, 77:11, 80:12, 80:13, 84:4, 85:19, 86:1, 86:2, 86:3, 89:22, 90:7, 93:19, 94:3, 94:12
**reason** [15] - 4:6, 18:4, 23:9, 28:11, 47:12, 49:18, 52:1, 55:2, 61:19, 65:19, 66:16, 73:20, 74:8, 87:6, 96:9
**reasonable** [18] - 9:16, 9:20, 39:23, 40:9, 40:13, 44:16, 44:17, 44:20, 45:5, 45:20, 56:7, 71:2, 72:21, 73:19, 80:24, 91:18, 92:2, 95:5
**reasoning** [1] - 93:5
**rebelling** [1] - 65:25
**receive** [2] - 21:13, 40:16
**receives** [1] - 30:4
**receiving** [3] - 19:13, 30:10, 60:25
**recent** [2] - 22:15, 22:24
**recess** [4] - 41:18, 101:9, 101:12, 106:13
**recessed** [4] - 7:10, 42:7, 101:14, 106:15
**reckless** [5] - 37:18, 37:21, 91:24, 92:18, 92:19
**recklessly** [2] - 38:7, 73:3
**recognize** [1] - 63:11
**recognized** [3] - 69:3, 69:16, 104:14
**recognizing** [1] - 63:12
**recollection** [2] - 6:20, 54:2
**record** [4] - 3:19, 7:11, 42:8, 101:15
**recorded** [2] - 8:13, 21:25
**records** [3] - 25:4, 30:1, 30:20
**recovered** [3] - 16:20, 16:21, 17:7
**red** [2] - 82:12, 83:21
**redact** [1] - 98:10
**redacted** [3] - 79:24, 98:14, 99:3
**redactions** [1] - 98:7
**reduce** [3] - 19:11, 21:19, 24:16
**reduced** [2] - 49:5, 49:7
**reduction** [6] - 54:11, 60:17, 60:18, 72:1, 74:23, 75:3
**refer** [1] - 8:1
**reference** [1] - 98:11
**referring** [1] - 68:13
**reflect** [1] - 41:2
**refresh** [1] - 6:20
**refuse** [1] - 104:19
**refused** [1] - 65:14
**regard** [1] - 14:24
**regarding** [1] - 105:3
**regards** [1] - 106:3
**regions** [1] - 11:1
**regular** [1] - 57:23
**regulations** [3] - 43:9, 43:18, 44:11
**related** [1] - 29:21
**relevant** [2] - 25:17, 25:20
**reliable** [1] - 79:10
**relied** [1] - 104:12
**rely** [2] - 44:21, 78:24
**relying** [1] - 46:23
**remain** [4] - 46:5, 96:13, 96:23, 104:15
**remarkable** [2] - 47:24, 49:11
**remarkably** [3] - 77:2, 78:16, 80:19
**remember** [39] - 30:5, 31:3, 31:9, 31:10, 32:11, 33:6, 33:7, 33:13, 33:25, 34:6, 34:7, 34:8, 34:9, 34:15, 34:16, 36:5, 39:2, 39:4, 51:11, 53:9, 57:18, 58:18, 60:13, 63:8, 64:25, 68:3, 70:9, 71:7, 75:17, 82:16, 82:17, 85:25, 86:9, 86:18,

86:25, 87:25, 88:1, 95:22
**remembered** [1] - 33:9
**remembers** [10] - 23:12, 33:8, 33:9, 33:14, 34:17, 53:20, 75:16, 86:5, 86:8
**remind** [1] - 8:6
**reminded** [1] - 3:21
**remorseful** [1] - 60:20
**remote** [1] - 94:21
**rent** [4] - 13:9, 13:15, 13:17, 13:22
**Repeat** [1] - 91:17
**report** [1] - 106:5
**REPORTED** [1] - 1:20
**Reporter** [2] - 1:21, 106:22
**request** [2] - 98:6, 104:20
**requested** [1] - 66:20
**require** [1] - 73:12
**required** [2] - 12:22, 104:10
**requires** [2] - 15:10, 70:23
**research** [2] - 73:12, 96:5
**resentment** [1] - 43:23
**resolved** [1] - 98:3
**respect** [11] - 4:10, 10:21, 16:2, 27:23, 27:24, 27:25, 28:1, 28:22, 29:1, 43:20, 43:21
**respected** [1] - 61:15
**respond** [1] - 39:5
**responsibility** [1] - 90:21
**responsible** [3] - 15:8, 15:9, 70:22
**rest** [5] - 5:13, 39:14, 100:9, 105:17, 106:13
**restaurant** [2] - 45:3, 45:4
**rested** [1] - 8:3
**restroom** [4] - 41:25, 42:6, 97:13, 97:14
**rests** [1] - 46:20
**result** [9] - 19:14, 19:15, 19:16, 19:18, 19:20, 21:17, 28:5, 28:7, 80:9
**resulted** [1] - 9:9
**return** [2] - 41:11, 89:12
**returns** [1] - 89:14
**revealing** [1] - 85:21
**review** [4] - 6:4, 7:24, 8:10, 97:3
**reviewed** [1] - 41:11
**revised** [2] - 4:4, 4:8
**revision** [1] - 4:14
**rid** [1] - 51:23
**ride** [4] - 82:10, 94:7, 94:9
**ridiculous** [1] - 93:4
**riding** [2] - 92:22, 94:3
**rise** [10] - 7:9, 7:18, 10:11, 10:13, 42:3, 56:15, 97:22, 101:13, 101:20, 105:22
**risk** [3] - 19:14, 19:20, 21:15
**rival** [10] - 9:4, 16:7, 30:5, 31:21, 32:7, 38:5, 38:8, 69:6, 81:19, 88:23
**rivals** [15] - 8:23, 9:1, 10:19, 15:24, 16:4, 26:8, 26:13, 26:14, 26:19, 26:24, 37:25, 38:2, 44:4, 51:4, 51:6
**RMR** [2] - 1:21, 106:21
**road** [2] - 21:2, 94:1
**robbery** [1] - 12:16
**Robert** [1] - 21:3
**rocks** [1] - 53:14
**rode** [1] - 8:23
**Rodolfo** [1] - 1:22
**RODOLFO** [1] - 1:10
**role** [2] - 17:2, 51:22
**roles** [2] - 15:18, 15:19
**room** [16] - 8:2, 19:1, 46:2, 60:24, 95:23, 96:11, 96:16, 97:1, 97:11, 97:13, 97:15, 97:17, 104:11, 105:19, 105:20
**Room** [2] - 1:24, 106:24
**Rosenbaum** [13] - 3:14, 5:17, 42:17, 50:10, 72:5, 73:7, 75:25, 79:18, 79:22, 81:10, 84:13, 87:13, 92:22
**ROSENBAUM** [26] - 1:16, 1:17, 2:6, 3:13, 5:18, 7:5, 41:18, 42:18, 50:11, 52:24, 53:3, 53:5, 54:8, 62:6, 70:9, 70:21, 99:23, 100:3, 100:5, 100:7, 100:10, 100:14, 100:19, 100:21, 101:7, 106:11
**Rosenbaum's** [1] - 77:5
**round** [3] - 7:1, 7:17, 101:19
**Ruiz** [1] - 1:22
**RUIZ** [1] - 1:10
**rule** [10] - 15:25, 26:11, 26:20, 28:12, 30:9, 43:5, 43:16, 44:1, 44:4, 44:5
**rules** [20] - 8:25, 10:7, 10:18, 10:20, 26:13, 26:22, 27:6, 28:10, 43:9, 43:14, 43:18, 44:10, 46:1, 49:17, 51:9, 56:25, 92:25, 96:1
**ruling** [2] - 98:15, 98:18
**run** [4] - 5:13, 6:15, 53:15, 69:19
**running** [2] - 44:1, 62:10
**runs** [1] - 17:24
**rural** [1] - 82:18

## S

**S.E** [1] - 1:18
**Salvador** [11] - 10:5, 11:3, 11:18, 11:22, 12:9, 13:1, 14:1, 14:5, 16:23, 57:4, 61:16
**sanitized** [1] - 98:22
**sat** [4] - 29:4, 51:15, 72:19, 100:14
**satanism** [2] - 98:10, 98:16
**satisfied** [2] - 6:7, 6:8
**saw** [46] - 9:12, 10:8, 10:11, 10:20, 12:1, 15:15, 15:16, 15:19, 16:19, 16:20, 16:21, 17:4, 17:6, 21:6, 23:17, 24:24, 25:3, 27:9, 29:14, 29:15, 29:20, 30:13, 30:17, 31:21, 31:22, 33:17, 33:18, 40:3, 40:12, 40:19, 40:20, 40:22, 43:10, 46:21, 63:1, 64:9, 64:19, 64:23, 65:13, 66:4, 87:3, 89:4
**scar** [1] - 93:12
**Scene** [1] - 20:24
**scene** [15] - 16:21, 17:3, 17:7, 17:17, 18:6, 18:11, 21:1, 21:4, 23:17, 23:18, 23:20, 40:22, 51:22, 70:25, 82:19
**schedule** [1] - 105:7
**scheduling** [1] - 106:3
**school** [2] - 44:24, 85:4
**schoolteacher** [1] - 45:23
**screen** [3] - 99:12, 99:13, 99:14
**se** [1] - 61:21
**seat** [4] - 23:13, 52:11, 88:17, 89:15
**seated** [8] - 3:9, 6:12, 7:12, 7:21, 42:13, 98:4, 101:16, 101:22
**seats** [1] - 96:23
**second** [26] - 4:20, 5:2, 5:3, 5:4, 6:24, 14:13, 14:22, 15:1, 15:3, 36:6, 37:2, 37:16, 37:25, 43:19, 77:3, 79:18, 79:19, 79:20, 81:11, 83:9, 84:3, 89:16, 92:17, 97:3, 102:5, 106:1
**Second** [1] - 10:12
**second-degree** [6] - 5:3, 5:4, 14:13, 14:22, 15:1, 15:3
**SECURITY** [6] - 7:9, 7:18, 42:3, 97:22, 101:13, 105:22
**see** [27] - 4:11, 6:18, 7:8, 10:3, 19:2, 23:8, 23:14, 27:14, 30:1, 30:4, 36:1, 36:2, 38:6, 42:11, 44:8, 60:8, 63:22, 64:9, 70:14, 73:24, 73:25, 74:2, 74:20, 75:9, 75:11, 81:8, 88:22
**seek** [3] - 61:4, 104:22
**seem** [1] - 47:14
**sees** [1] - 66:12
**selected** [1] - 27:4
**selection** [1] - 24:4
**sell** [7] - 11:19, 12:22, 12:24, 12:25, 57:7, 64:3, 69:12
**selling** [2] - 13:11, 14:3
**sells** [1] - 13:3
**send** [5] - 13:1, 13:25, 98:23, 99:7, 101:10
**sending** [2] - 97:1, 97:2
**sense** [13] - 5:8, 47:22, 53:7, 57:11, 57:13, 73:18, 73:20, 76:15, 93:4, 93:5, 93:9, 93:22, 94:13
**sent** [4] - 11:21, 12:8, 14:5, 99:3
**sentence** [15] - 19:11, 21:19, 24:16, 48:20, 48:24, 49:5, 49:7, 49:15, 54:11, 60:18, 72:1, 74:23, 75:2, 77:13, 77:17
**sentencing** [1] - 106:2
**separated** [2] - 36:7, 97:16
**serious** [2] - 37:11, 91:23
**serves** [1] - 84:24
**service** [6] - 95:21, 96:11, 96:14, 96:17, 105:3, 105:16
**services** [1] - 3:19
**serving** [2] - 77:13, 95:19
**set** [7] - 4:4, 6:16, 6:23, 7:4, 41:21, 98:22, 98:24
**settled** [1] - 97:5
**seven** [5] - 25:23, 28:10, 59:4, 80:23, 84:9
**several** [9] - 10:23, 11:12, 13:24, 16:25, 17:4, 17:9, 17:18, 37:8, 66:4
**share** [1] - 61:11
**sharp** [3] - 20:18, 23:5, 34:22
**sharp-edged** [1] - 20:18
**shaved** [1] - 22:21
**shift** [1] - 56:5
**shoot** [7] - 36:12, 64:19, 64:20, 64:24, 83:16, 87:16, 90:7
**shooting** [5] - 30:5, 55:8, 55:22, 55:24, 87:5
**short** [2] - 100:6, 100:15
**shortly** [1] - 89:3
**shot** [24] - 16:18, 20:23, 29:2, 35:6, 35:7, 36:18, 36:20, 53:7, 53:20, 55:9, 55:15, 55:22, 55:23, 64:22, 65:8, 65:12, 66:13, 83:15, 87:4, 87:15, 90:6, 92:12, 94:5
**shot-caller** [2] - 53:7, 53:20
**shotgunning** [1] - 86:14

**shots** [1] - 55:10
**show** [11] - 4:12, 16:2, 24:5, 25:4, 31:17, 35:24, 53:4, 59:10, 68:23, 79:9, 93:10
**showed** [9] - 32:1, 35:18, 43:6, 51:12, 60:22, 63:11, 69:5, 79:24, 81:18
**showing** [6] - 15:2, 24:5, 30:11, 52:21, 86:8, 92:24
**shown** [16] - 9:15, 13:23, 22:12, 22:13, 31:14, 31:20, 32:4, 32:6, 33:25, 34:1, 34:3, 35:22, 38:5, 63:4, 81:23, 82:19
**shows** [2] - 58:2, 94:17
**shut** [1] - 94:2
**shut-eye** [1] - 94:2
**side** [3] - 5:12, 8:4, 101:6
**sides** [4] - 6:23, 8:3, 45:25, 105:9
**sight** [1] - 81:8
**sign** [1] - 50:18
**signed** [8] - 18:23, 19:22, 21:20, 24:10, 24:17, 50:12, 102:7, 102:9
**significance** [1] - 75:20
**significant** [1] - 28:17
**signs** [1] - 21:9
**silence** [1] - 96:13
**silent** [1] - 46:6
**Silva** [2] - 24:9, 50:23
**similar** [3] - 78:16, 81:1, 85:4
**similarly** [4] - 13:14, 13:16, 22:10, 23:22
**simple** [1] - 75:15
**simply** [3] - 7:25, 70:25, 104:21
**single** [3] - 34:16, 48:8, 105:1
**sit** [3] - 71:4, 78:9, 94:11
**sitting** [5] - 68:14, 68:16, 75:5, 82:9, 88:17
**situation** [4] - 37:18, 37:22, 62:8, 91:25
**six** [1] - 59:4
**sized** [1] - 52:6
**skips** [1] - 73:19
**slash** [1] - 20:14
**slashed** [2] - 60:4, 94:22
**sleep** [2] - 93:20, 94:11
**sleeping** [4] - 18:12, 23:13, 52:11, 93:23
**sleepy** [1] - 94:10
**slice** [1] - 57:24
**slide** [1] - 81:23
**slightly** [2] - 76:18
**slip** [3] - 88:18, 88:19, 88:21
**slipped** [2] - 55:3, 88:19
**slips** [2] - 54:23, 54:25
**small** [2] - 23:16, 53:20
**smaller** [1] - 34:23
**smoke** [4] - 52:7, 62:22, 62:23, 86:2
**smoked** [5] - 52:5, 76:6, 84:3, 85:24, 86:2
**smoking** [8] - 52:3, 52:4, 62:18, 62:22, 63:1, 69:19, 76:8, 86:13
**SMUKLER** [3] - 1:13, 2:6, 8:18
**Smukler** [3] - 3:8, 4:6, 41:16
**soccer** [1] - 54:17
**social** [1] - 96:4
**society** [1] - 104:12
**sold** [2] - 69:10, 69:18
**soldier** [1] - 85:1
**sole** [1] - 26:2
**solid** [1] - 43:22
**Solitario** [14] - 8:21, 17:24, 20:3, 22:4, 22:15, 22:19, 22:20, 23:2, 23:9, 23:11, 23:12, 79:25, 80:1
**Solitario's** [2] - 18:2, 20:10
**Sombra** [46] - 11:20, 12:3, 12:25, 13:7, 15:21, 16:8, 21:23, 22:1, 23:25, 26:21, 27:18, 44:2, 44:11, 50:17, 50:23, 51:4, 51:11, 51:13, 52:5, 52:13, 52:20, 53:9, 53:15, 56:22, 59:12, 59:14, 59:15, 59:16, 60:1, 60:6, 71:22, 74:15, 76:7, 77:11, 77:12, 78:19, 78:25, 79:11, 79:15, 83:25, 89:12, 92:25, 93:21, 94:17
**Sombra's** [11] - 10:9, 10:21, 24:25, 41:5, 43:8, 48:11, 50:14, 53:5, 53:16, 53:20, 77:24
**someone** [11] - 14:25, 15:24, 19:5, 29:10, 33:14, 34:4, 38:6, 46:2, 69:15, 84:3, 89:6
**someplace** [1] - 31:9
**something's** [1] - 85:7
**son** [2] - 18:14, 60:4
**soon** [2] - 7:7, 101:10
**sorry** [6] - 23:4, 24:23, 66:19, 80:14, 93:19, 94:5
**sound** [1] - 101:3
**source** [1] - 59:14
**South** [3] - 15:16, 51:3, 81:3
**SOUTHERN** [1] - 1:1
**Southern** [3] - 1:23, 105:14, 106:23
**Spanish** [2] - 3:20, 43:11
**spark** [1] - 59:25
**speaking** [1] - 35:19
**Speaking** [1] - 38:22
**special** [2] - 95:24, 104:8
**Special** [2] - 3:9, 61:8
**specific** [1] - 14:19
**specifically** [2] - 30:18, 38:13
**spectator** [1] - 71:3
**speed** [1] - 105:11
**spent** [1] - 6:1
**spinning** [2] - 40:3, 83:1
**split** [1] - 6:24
**spot** [1] - 83:3
**spotted** [1] - 5:12
**Spring** [1] - 81:4
**spun** [1] - 39:9
**Squirrel** [2] - 68:1, 68:3
**stab** [23] - 23:24, 24:5, 32:20, 33:18, 34:5, 34:19, 37:4, 39:8, 39:10, 39:13, 40:6, 57:17, 57:19, 58:8, 58:25, 59:1, 65:5, 66:21, 71:18, 83:4, 83:11, 88:25, 92:9
**stabbed** [59] - 8:19, 17:10, 17:13, 17:14, 17:16, 17:19, 17:21, 20:4, 20:9, 22:4, 22:9, 23:7, 24:3, 24:7, 29:6, 32:16, 33:2, 33:16, 36:4, 36:22, 37:2, 38:24, 39:4, 41:4, 54:20, 54:24, 55:4, 58:4, 58:11, 58:24, 64:13, 64:14, 65:6, 66:3, 66:11, 66:19, 67:20, 71:19, 76:10, 76:12, 76:19, 76:23, 80:9, 82:23, 83:8, 83:12, 87:1, 87:21, 88:19, 88:24, 88:25, 89:3, 89:5, 89:21, 90:20, 94:6, 94:22
**stabbing** [32] - 9:9, 14:25, 18:1, 23:2, 23:23, 36:9, 37:1, 37:14, 40:4, 40:20, 40:23, 53:12, 58:7, 58:11, 58:16, 59:5, 65:4, 66:10, 67:3, 70:11, 80:8, 80:16, 80:17, 87:3, 87:8, 88:20, 89:2, 90:9, 90:15, 90:18, 90:21, 94:25
**stabs** [1] - 18:17
**stages** [1] - 85:5
**stand** [4] - 20:8, 49:9, 60:13, 78:23
**stapled** [1] - 6:16
**stapler** [1] - 6:18
**start** [4] - 41:19, 62:12, 65:3, 77:16
**started** [14] - 3:2, 8:10, 35:18, 50:15, 50:19, 50:20, 62:22, 63:21, 65:2, 65:3, 67:10, 67:14, 67:23, 89:4
**starting** [3] - 85:7, 86:21, 106:7
**starts** [3] - 32:24, 85:14, 89:20
**state** [2] - 11:10, 53:13
**statement** [35] - 17:20, 18:20, 21:5, 22:7, 25:23, 28:13, 30:24, 31:1, 31:10, 31:13, 32:9, 32:21, 35:9, 36:6, 36:14, 36:20, 37:3, 37:12, 37:13, 38:23, 41:3, 49:19, 50:9, 77:1, 80:7, 80:21, 81:2, 81:11, 84:6, 84:8, 84:14, 89:16, 92:8, 92:10, 94:18
**statements** [6] - 35:10, 48:3, 48:4, 50:21, 75:14, 79:17
**STATES** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**states** [5] - 11:15, 11:18, 11:24, 12:3, 12:5
**States** [7] - 1:22, 3:4, 3:8, 11:11, 102:4, 102:7, 106:22
**status** [13] - 26:3, 27:21, 27:23, 28:25, 29:15, 29:16, 29:17, 38:18, 56:22, 56:24, 67:18, 67:25, 68:11
**stay** [2] - 13:21, 67:1
**stayed** [1] - 16:10
**staying** [1] - 83:19
**stays** [2] - 30:2, 30:3
**stenographically** [1] - 8:13
**STENOGRAPHICALLY** [1] - 1:20
**step** [3] - 8:4, 61:18, 96:9
**stepped** [2] - 34:7, 35:3
**steps** [1] - 81:13
**still** [10] - 56:3, 63:11, 67:10, 75:2, 75:8, 86:5, 87:20, 89:20, 93:20, 93:21
**stippling** [2] - 55:16, 55:18
**stipulated** [1] - 98:21
**stomach** [1] - 71:25
**stone** [2] - 57:1, 76:1
**stone-cold** [1] - 76:1
**store** [1] - 70:3
**story** [3] - 87:3, 89:19
**straight** [2] - 26:15, 89:20
**stranger** [3] - 86:13, 86:15
**Street** [7] - 1:15, 1:18, 30:5, 30:7, 51:13, 51:19, 52:18
**street** [1] - 63:2
**streetlights** [1] - 58:14
**stressed** [1] - 94:3
**strict** [1] - 53:15
**strike** [2] - 49:19, 50:2
**strikingly** [1] - 81:1
**strong** [1] - 105:11
**struck** [2] - 17:5, 80:13

**structure** [4] - 10:5, 52:17, 81:12, 84:22
**stuff** [5] - 46:14, 61:1, 85:23, 105:6, 105:18
**subject** [1] - 54:21
**subjected** [1] - 48:25
**submit** [10] - 72:20, 75:10, 77:1, 80:11, 80:18, 80:25, 92:18, 94:14, 95:1, 95:9
**substances** [3] - 12:16, 12:21, 21:2
**substantial** [2] - 21:14, 26:4
**suddenly** [3] - 36:11, 63:17, 64:13
**sufficient** [1] - 16:24
**suggest** [2] - 47:9, 61:10
**suggested** [1] - 101:1
**Suite** [1] - 1:18
**sun** [1] - 58:15
**super** [2] - 86:1, 93:6
**supers** [1] - 86:14
**superseding** [5] - 4:21, 5:2, 97:3, 102:5, 106:1
**supervisor** [1] - 45:24
**support** [3] - 92:24, 93:1, 94:16
**supported** [3] - 41:12, 41:13, 44:10
**supports** [1] - 95:2
**supposed** [3] - 26:22, 91:9, 93:11
**supposedly** [2] - 35:22, 63:10
**switches** [1] - 86:20
**sworn** [1] - 5:24
**symbol** [1] - 10:9
**symbols** [2] - 10:7, 10:8
**sympathy** [1] - 45:10

# T

**table** [2] - 3:9, 3:15
**tablet** [2] - 99:5, 99:9
**talks** [2] - 81:15, 88:9
**tap** [1] - 89:1
**tape** [1] - 60:11
**tasked** [4] - 9:3, 18:3, 18:9, 27:4
**tattoo** [4] - 28:18, 28:19, 28:20, 38:2
**tattoo-wearing** [1] - 38:2
**tattoos** [4] - 11:17, 28:15, 28:16
**tea** [1] - 46:14
**teacher** [2] - 78:21, 79:2
**teeth** [4] - 17:6, 59:22, 59:23
**ten** [5] - 55:25, 76:16, 77:2, 80:22, 90:25
**ten-year-old** [1] - 77:2
**tend** [1] - 75:16
**term** [2] - 49:7, 56:9
**territory** [8] - 13:12, 13:19, 13:22, 16:2, 26:19, 35:13, 51:5, 90:1
**testified** [48] - 10:4, 10:17, 10:23, 11:13, 11:19, 11:23, 11:24, 12:3, 12:7, 13:2, 13:11, 13:14, 13:17, 13:20, 13:25, 14:2, 17:18, 18:13, 20:13, 20:17, 20:20, 23:2, 23:15, 23:20, 23:22, 24:2, 25:2, 26:13, 26:14, 26:16, 26:21, 27:2, 27:18, 27:19, 39:6, 39:15, 47:16, 48:7, 52:20, 53:17, 53:18, 55:8, 55:18, 58:7, 73:25, 75:1, 80:12
**testify** [14] - 10:10, 12:22, 12:24, 13:7, 15:22, 16:19, 17:4, 20:16, 45:17, 45:19, 73:24, 74:22, 74:24, 79:9
**testifying** [6] - 19:16, 20:10, 47:7, 49:22, 55:21, 60:16
**testimony** [58] - 9:13, 15:19, 17:23, 18:18, 18:19, 19:4, 19:15, 19:21, 20:12, 20:19, 21:11, 23:6, 24:13, 24:24, 26:15, 32:22, 33:13, 38:18, 40:10, 40:17, 40:18, 40:21, 40:24, 41:5, 41:10, 41:12, 47:5, 47:19, 48:14, 48:17, 49:13, 49:22, 49:23, 50:14, 51:11, 52:10, 53:5, 53:7, 53:16, 53:23, 54:4, 54:19, 57:13, 57:18, 58:24, 71:8, 74:3, 74:12, 74:13, 74:17, 74:21, 74:24, 75:23, 76:14, 80:19, 94:17
**text** [1] - 4:7
**thanking** [1] - 96:17
**THE** [81] - 1:10, 1:13, 1:16, 3:2, 3:11, 3:16, 3:25, 4:1, 5:16, 5:19, 5:23, 5:25, 6:6, 6:7, 6:10, 6:11, 7:4, 7:6, 7:9, 7:12, 7:18, 7:20, 8:15, 41:16, 41:20, 42:3, 42:5, 42:9, 42:13, 50:8, 52:23, 53:1, 53:4, 54:1, 61:25, 62:3, 70:8, 70:20, 72:5, 72:12, 90:25, 95:16, 97:22, 97:24, 98:13, 99:6, 99:13, 99:17, 99:22, 99:24, 100:4, 100:6, 100:8, 100:12, 100:16, 100:20, 100:22, 101:8, 101:13, 101:16, 101:20, 101:22, 102:14, 102:18, 102:20, 102:23, 103:1, 103:4, 103:7, 103:10, 103:13, 103:16, 103:19, 103:22, 103:25, 104:3, 104:5, 105:22, 105:24, 106:9, 106:12
**themselves** [2] - 35:14, 65:24
**theory** [2] - 4:19, 5:8
**there'd** [1] - 59:8
**therefore** [2] - 76:2, 104:16
**thereof** [1] - 54:4
**they've** [7] - 34:10, 75:12, 78:21, 79:9, 86:22, 101:17, 104:3
**thinking** [4] - 32:22, 38:14, 60:19, 69:21
**thinks** [6] - 66:11, 66:19, 87:15, 89:7, 89:19, 101:2
**thirty** [1] - 51:2
**threat** [8] - 37:11, 87:17, 90:5, 90:9, 91:22, 92:15, 94:6
**threatened** [7] - 37:13, 37:14, 71:18, 72:18, 87:10, 92:3, 92:8
**threats** [3] - 87:11, 87:15
**three** [15] - 4:12, 22:6, 32:16, 32:20, 57:25, 58:1, 70:9, 76:20, 78:20, 95:19, 95:24, 96:10, 96:16, 96:23, 97:19
**threw** [2] - 16:12, 16:16
**throughout** [6] - 4:18, 10:25, 24:4, 26:12, 49:8, 71:23
**throw** [1] - 46:8
**ticket** [1] - 45:13
**timeline** [1] - 84:9
**tipped** [1] - 79:13
**Tirado** [8] - 15:22, 21:23, 22:1, 24:9, 43:8, 50:23, 83:18, 83:19
**Tirado's** [1] - 74:14
**Tirado-Silva** [2] - 24:9, 50:23
**tired** [2] - 94:1, 94:9
**today** [4] - 15:18, 75:5, 77:12, 77:22
**together** [12] - 7:24, 8:10, 11:1, 52:6, 54:18, 63:15, 69:23, 70:2, 97:16, 98:25, 99:18, 99:23
**tomorrow** [1] - 105:6
**tonight** [1] - 93:20
**took** [9] - 16:14, 20:8, 39:13, 40:1, 65:15, 82:10, 90:21, 94:21
**tooth** [2] - 23:16, 23:18
**top** [4] - 49:1, 77:17, 77:20, 78:2
**torso** [1] - 88:25
**toto** [1] - 4:17
**touch** [1] - 37:6
**touched** [2] - 44:15, 90:14
**tough** [1] - 71:9
**tourist** [2] - 31:7, 85:11
**Tovar** [1] - 30:18
**townhome** [1] - 77:24
**trade** [1] - 11:9
**traffic** [1] - 45:13
**tragedy** [2] - 71:10, 71:12
**trailer** [4] - 24:21, 83:18, 93:17, 93:19
**trailers** [1] - 89:12
**transcribed** [1] - 8:13
**transcript** [3] - 81:10, 84:12, 100:9
**transcription** [1] - 106:18
**transcripts** [3] - 25:22, 52:24, 70:14
**transformed** [1] - 77:24
**translated** [1] - 43:14
**translation** [5] - 3:23, 43:12, 43:19, 61:14, 62:25
**transported** [1] - 9:6
**transporting** [3] - 9:5, 15:7, 18:11
**travel** [1] - 12:1
**traveled** [2] - 11:23, 11:24
**treat** [1] - 65:17
**treatment** [1] - 49:18
**trial** [7] - 3:21, 26:12, 42:21, 42:24, 45:9, 95:13, 96:2
**TRIAL** [1] - 1:9
**tried** [3] - 58:23, 85:18, 87:23
**tries** [2] - 56:3, 86:17
**trip** [2] - 93:25, 94:1
**Tropicante** [1] - 51:17
**true** [6] - 20:13, 20:15, 20:24, 47:3, 92:6
**truly** [3] - 96:14, 105:12, 105:14
**trust** [1] - 76:2
**trusted** [1] - 76:9
**truth** [13] - 23:2, 47:11, 47:12, 54:3, 56:3, 74:3, 74:8, 74:9, 75:10, 75:12, 75:16, 77:11, 94:19
**truthful** [6] - 19:3, 19:21, 21:10, 24:12, 49:22, 60:17
**truthfully** [3] - 74:22, 74:24, 75:1
**try** [4] - 50:3, 62:4, 72:1, 79:9
**trying** [7] - 67:5, 67:13, 83:3, 87:22, 88:6, 89:2, 105:6
**turn** [4] - 6:21, 8:15, 41:17, 42:15

**turned** [1] - 60:6
**turning** [3] - 60:8, 67:23, 72:9
**TV** [2] - 45:3, 99:12
**tweak** [1] - 5:6
**tweaks** [1] - 5:12
**two** [35] - 4:5, 14:11, 18:6, 19:24, 20:2, 29:2, 29:17, 29:21, 30:15, 32:16, 32:20, 35:10, 55:10, 55:18, 55:19, 58:1, 58:6, 61:6, 61:20, 68:7, 68:17, 68:18, 70:15, 77:14, 77:20, 78:9, 79:20, 85:3, 86:19, 89:14, 91:5, 93:18, 93:25
**type** [4] - 19:11, 21:19, 57:12, 58:12
**types** [3] - 14:11, 34:20, 34:22

## U

**ultimately** [9] - 9:6, 9:9, 13:8, 16:5, 18:10, 18:19, 20:21, 23:8, 32:24
**unanimously** [1] - 102:4
**unbelievable** [1] - 60:1
**under** [12] - 5:3, 5:4, 5:21, 14:13, 19:10, 21:18, 24:16, 37:9, 38:17, 49:4, 94:6, 95:5
**understood** [4] - 19:9, 24:15, 32:4, 32:6
**unimportant** [1] - 75:22
**unintentionally** [1] - 73:4
**unique** [1] - 104:17
**UNITED** [5] - 1:1, 1:4, 1:10, 1:14, 1:14
**United** [7] - 1:22, 3:4, 3:8, 11:10, 102:4, 102:7, 106:22
**Universal** [1] - 25:4
**universe** [1] - 101:10
**unlawful** [3] - 14:22, 37:10, 91:21
**unless** [4] - 39:25, 40:1, 40:4, 76:3
**unlike** [1] - 46:16
**unobjected** [1] - 98:21
**up** [38] - 4:12, 7:1, 7:17, 14:18, 14:20, 27:12, 27:20, 28:1, 28:25, 33:3, 41:21, 45:19, 54:23, 55:3, 57:4, 58:15, 61:18, 62:8, 62:15, 64:1, 64:21, 66:22, 66:23, 67:17, 75:3, 75:4, 79:8, 80:2, 81:21, 82:10, 85:7, 86:20, 91:4, 98:1, 98:10, 101:19, 104:23
**update** [2] - 29:16, 29:17
**updates** [1] - 29:15
**utilizing** [1] - 3:19

## V

**vacant** [1] - 77:23
**variables** [1] - 57:1
**Vasquez** [2] - 8:19, 15:14
**Vasquez-Portillo** [2] - 8:19, 15:14
**verdict** [38] - 40:16, 41:12, 41:13, 46:9, 72:3, 95:3, 97:2, 101:18, 101:24, 101:25, 102:3, 102:12, 102:15, 102:20, 102:21, 102:23, 102:24, 103:1, 103:2, 103:4, 103:5, 103:7, 103:8, 103:10, 103:11, 103:13, 103:14, 103:16, 103:17, 103:19, 103:20, 103:22, 103:23, 103:25, 104:1, 104:20, 105:25
**VERDICT** [1] - 2:9
**verify** [1] - 99:20
**version** [1] - 6:9
**versus** [1] - 3:4
**viability** [1] - 70:16
**VICAR** [1] - 41:14
**vicious** [1] - 93:7
**viciously** [1] - 94:22
**victim** [99] - 9:3, 9:5, 9:6, 9:7, 9:9, 14:10, 16:18, 17:3, 17:5, 17:10, 17:12, 17:14, 17:15, 17:16, 17:19, 17:21, 17:22, 17:23, 18:1, 18:3, 18:4, 18:5, 18:9, 18:10, 18:12, 18:15, 18:16, 18:17, 20:14, 20:16, 20:20, 23:3, 23:7, 23:15, 23:23, 23:25, 24:3, 24:23, 25:8, 27:5, 27:13, 29:3, 30:7, 31:15, 31:16, 33:2, 33:9, 33:10, 33:12, 33:17, 34:2, 34:19, 35:20, 37:1, 37:14, 38:10, 39:8, 39:10, 39:13, 39:21, 40:3, 40:6, 40:20, 40:23, 52:7, 58:24, 60:14, 67:2, 67:3, 67:21, 68:4, 68:20, 68:22, 70:12, 76:10, 76:23, 79:22, 80:15, 80:16, 80:17, 81:19, 82:3, 82:5, 82:7, 82:9, 82:14, 82:16, 82:22, 83:8, 87:3, 88:10, 88:17, 88:20, 90:1, 90:2
**victim's** [10] - 9:10, 16:8, 16:22, 17:6, 23:5, 23:16, 24:5, 25:1, 86:9, 88:10
**Viera** [6] - 13:2, 13:20, 14:1, 26:16, 27:19, 74:16
**Viera-Gonzalez** [6] - 13:2, 13:20, 14:1, 26:16, 27:19, 74:16
**view** [1] - 99:18
**VIGIL** [1] - 1:7
**Vigil** [12] - 3:4, 3:12, 3:15, 3:17, 5:22, 5:24, 5:25, 8:21, 42:25, 102:4, 102:6, 105:24
**VIGIL-BENITEZ** [1] - 1:7
**Vigil-Benitez** [12] - 3:4, 3:12, 3:15, 3:17, 5:22, 5:24, 5:25, 8:21, 42:25, 102:4, 102:6, 105:24
**violating** [1] - 92:3
**violation** [2] - 12:14, 19:7
**violence** [1] - 25:11
**violent** [5] - 4:20, 5:1, 10:14, 10:15, 93:7
**Virginia** [2] - 11:25, 56:11
**visit** [1] - 85:10
**VLS** [1] - 56:10
**Volume** [1] - 1:7
**voluntary** [1] - 94:25
**votes** [1] - 104:15
**vs** [1] - 1:5

## W

**wait** [1] - 94:11
**waiting** [2] - 4:2, 6:13
**wake** [1] - 64:21
**walk** [1] - 97:17
**walked** [1] - 65:2
**walking** [5] - 63:2, 63:21, 64:3, 64:7, 90:4
**wandering** [4] - 72:23, 84:8, 86:3, 93:6
**wants** [4] - 22:24, 56:5, 75:25, 79:18
**war** [1] - 10:6
**warn** [1] - 13:13
**warned** [1] - 13:12
**warning** [2] - 66:14, 72:11
**warnings** [1] - 84:16
**watch** [1] - 45:3
**watching** [4] - 36:10, 40:6, 59:6, 59:7
**weapons** [4] - 13:18, 14:1, 14:6, 46:17
**wearing** [2] - 16:10, 38:2
**Wednesday** [1] - 106:2
**weed** [19] - 52:2, 52:8, 63:9, 63:10, 63:13, 64:3, 69:10, 69:15, 69:17, 69:21, 70:2, 76:7, 76:8, 82:6, 84:4, 85:25, 86:7, 86:10, 86:13
**week** [4] - 71:7, 72:19, 105:12, 105:17
**weeks** [3] - 83:21, 93:18, 93:25
**west** [1] - 56:19
**whole** [10] - 32:13, 46:20, 46:23, 47:6, 52:1, 74:5, 76:15, 82:9, 85:14, 86:7
**Wilber** [35] - 3:4, 3:14, 5:24, 8:21, 42:24, 45:21, 46:3, 46:7, 50:25, 51:3, 51:4, 52:11, 52:16, 57:16, 58:4, 58:21, 58:24, 60:24, 61:6, 61:13, 61:19, 62:8, 62:12, 62:21, 63:8, 63:14, 67:4, 67:12, 70:14, 71:9, 71:13, 102:4, 102:6, 105:24
**WILBER** [1] - 1:7
**Wilber's** [1] - 46:15
**willful** [1] - 71:2
**willfully** [1] - 4:13
**willing** [1] - 44:21
**willingly** [1] - 37:23
**Wilson** [5] - 15:21, 15:22, 24:9, 43:8, 50:23
**wise** [1] - 68:11
**wish** [5] - 7:25, 78:21, 97:3, 104:16
**witness** [18] - 40:19, 47:4, 47:6, 47:9, 47:10, 47:11, 47:12, 47:14, 47:17, 49:17, 49:21, 49:24, 50:4, 50:5, 74:7, 75:15, 75:18
**witness's** [2] - 32:22, 47:18
**witnesses** [30] - 10:10, 10:17, 10:23, 11:12, 13:24, 16:19, 17:4, 17:9, 17:18, 18:22, 22:10, 24:11, 26:9, 43:7, 46:10, 47:7, 48:3, 49:23, 50:19, 54:6, 71:22, 71:25, 73:24, 74:5, 75:24, 79:6, 87:5, 95:12, 98:17
**witnesses'** [1] - 73:23
**woman** [1] - 53:14
**wonderful** [1] - 105:17
**wooded** [1] - 63:21
**woods** [2] - 68:2, 72:24
**Word** [9] - 43:9, 44:11, 50:24, 52:13, 56:10, 56:16, 56:23, 61:15, 61:18
**word** [2] - 63:3, 76:3
**Words** [2] - 10:12, 10:13
**words** [3] - 4:2, 33:11, 71:1
**wore** [1] - 28:20
**works** [1] - 57:11
**worry** [1] - 93:23
**worse** [1] - 66:15
**worst** [1] - 50:3
**worth** [2] - 84:9, 100:24
**wound** [4] - 23:5, 34:22, 55:11, 66:21
**wounds** [9] - 20:16, 20:17, 23:18, 24:5, 33:18, 34:22, 34:23, 58:25, 59:1
**wrote** [1] - 77:18

## Y

**yanked** [1] - 94:21
**yards** [1] - 55:25
**year** [1] - 77:2
**years** [18] - 19:24, 20:2, 22:6, 25:24, 28:10, 29:17, 29:21, 30:15, 49:1, 49:8, 50:16, 60:20, 76:16, 77:14, 80:23, 80:24, 104:14
**yells** [1] - 18:13
**yesterday** [4] - 3:18, 4:6, 5:6, 99:3
**York** [1] - 11:25
**you-all** [3] - 3:11, 6:22, 55:2
**young** [1] - 71:11
**yourself** [4] - 10:20, 11:8, 43:15, 47:10
**yourselves** [1] - 7:23