UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 22-CR-60078-RUIZ(s)(s)

UNITED STATES OF AMERICA
vs.

WILBER VIGIL-BENITEZ,

Defendant.

### Redacted Trial - Witness and Exhibit List

| Presiding Judge: Honorable Rodolfo A. Ruiz II | | | | | AUSA: Brian Dobbins Elena Smukler | Defendant's Attorney: Joseph S. Rosenbaum, Esq. Kimberly Acevedo, Esq. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Ilona Lupowitz | Courtroom Deputy: Graciela Gomez |
| 1. | | | | 1/22/2025 | Sgt. Michael Morris, Palm Beach Sheriff's Office | |
| 2. | | | | 1/22/2025 | CSI Julie Chehab, Palm Beach Sheriff's Office | |
| 3. | | | | | Deputy Christopher Grant, Palm Beach Sheriff's Office | |
| 4. | | | | | Clint Williams, Broward Sheriff's Office | |
| 5. | | | | 1/27/2025 | Dr. Marcela Chisté, Palm Beach County Medical Examiner's Office | |
| 6. | | | | 1/22/2025 | Joanna Jackson or other Custodian of Records, Allied Universal Electronic Monitoring | |
| 7. | | | | 1/21/2025 | Det. Casey Nelsen, Prince William County Police Department, Virginia | |
| 8. | | | | 1/22/2025 | Robert Drake | |
| 9. | | | | | Border Patrol Agent Juan Miranda, CBP | |
| 10. | | | | | Border Patrol Agent Davis Hernandez, CBP | |
| 11. | | | | 1/23/2025 | Det. Andrew Gianino, Broward Sheriff's Office | |
| 12. | | | | | Maria Portillo | |
| 13. | | | | 1/28/2025 | Jennifer Parker, Broward Sheriff's Office | |
| 14. | | | | 1/28/2025 | Special Agent Nathan Ferguson, FBI | |
| 15. | | | | 1/22/2025 | W.T.S. | |
| 16. | | | | 1/23/2025 | W.V.G. | |
| 17. | | | | 1/27/2025 | K.G.M. | |
| 18. | | | | 1/24/2025 | M.D.C.O. | |

| Presiding Judge: Honorable Rodolfo A. Ruiz II | | | | | AUSA: Brian Dobbins Elena Smukler | Defendant's Attorney: Joseph S. Rosenbaum, Esq. Kimberly Acevedo, Esq. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Ilona Lupowitz | Courtroom Deputy: Graciela Gomez |
| | | | | | | |
| **EXHIBITS** | | | | | | |
| | | | | | | |
| 1. | | 1/22/25 | 1/22/25 | | (A-I) Photographs of 19677 120th Avenue South, Boca Raton, Florida | |
| 2. | | 1/22/25 | 1/22/25 | | (A-J) Videos of 19677 120th Avenue South, Boca Raton, Florida | |
| 3. | | 1/22/25 | 1/22/25 | | (A-L) Photographs of G.V.P. at 19677 120th Avenue South, Boca Raton, Florida | |
| 4. | | 1/22/25 | 1/22/25 | | (A-E) Photographs of Drag Marks at19677 120th Avenue South, Boca Raton, Florida | |
| 5. | | 1/22/25 | 1/22/25 | | (A-E) Photographs of Casing | |
| 6. | | 1/22/25 | 1/22/25 | | Casing | |
| 7. | | 1/22/25 | 1/22/25 | | (A-C) Photographs of Projectile | |
| 8. | | 1/22/25 | 1/22/25 | | Projectile | |
| 9. | | 1/22/25 | 1/22/25 | | (A-B) Photographs of tooth near G.V.P. | |
| 10. | | 1/22/25 | 1/22/25 | | (A-S) Photographs of other items recovered near G.V.P. | |
| 11. | | 1/22/25 | 1/22/25 | | (A-D) Photographs of G.V.P.'s wallet | |
| 12. | | 1/22/25 | 1/22/25 | | (A-R) Photographs of G.V.P.'s clothing | |
| 13. | | 1/22/25 | 1/22/25 | | G.V.P.'s shirt | |
| 14. | | 1/22/25 | 1/22/25 | | G.V.P.'s pants | |
| 15. | | 1/22/25 | 1/22/25 | | G.V.P.'s boxers | |
| 16. | | 1/22/25 | 1/22/25 | | G.V.P.'s shoes | |
| 17. | | 1/22/25 | 1/22/25 | | W.T.S.'s Plea Agreement | |
| 18. | | 1/22/25 | 1/22/25 | | Phone belonging to W.T.S. | |
| 19. | | 1/22/25 | 1/22/25 | | (A-E) MS-13 Rules belonging to W.T.S. and Translation | |
| 20. | | 1/22/25 | 1/22/25 | | (A-I) Photos from phone belonging to W.T.S. | |
| 21. | | 1/22/25 | 1/22/25 | | Photo Line Up by W.T.S. | |
| 22. | | 1/22/25 | 1/22/25 | | Photo Line Up by W.T.S. | |
| 23. | | 1/22/25 | 1/22/25 | | Photo Line Up by W.T.S. | |
| 24. | | 1/22/25 | 1/22/25 | | Photo Line Up by W.T.S. | |
| 25. | | 1/22/25 | 1/22/25 | | Photo Line Up by W.T.S. | |
| 26. | | 1/22/25 | 1/22/25 | | Photo Line Up by W.T.S. | |
| 27. | | 1/22/25 | 1/22/25 | | Photo Line Up by W.T.S. | |
| 28. | | 1/22/25 | 1/22/25 | | Photo Line Up by W.T.S. – (Defendant) | |

| Presiding Judge: Honorable Rodolfo A. Ruiz II | | | | | AUSA: Brian Dobbins Elena Smukler | Defendant's Attorney: Joseph S. Rosenbaum, Esq. Kimberly Acevedo, Esq. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Ilona Lupowitz | Courtroom Deputy: Graciela Gomez |
| 29. |  | 1/22/25 | 1/22/25 |  | Map of Chango's House – Marked by W.T.S. | |
| 30. |  | 1/22/25 | 1/22/25 |  | GPS records for W.T.S. (Allied Universal) | |
| 31. |  | 1/23/25 | 1/23/25 |  | (A-B) Defendant's Post-Miranda Statement and Translation – 1-18-2023 | |
| 32. |  | 1/23/25 | 1/23/25 |  | Defendant's Miranda Waiver Form – 1-18-2023 | |
| 33. |  | 1/23/25 | 1/23/25 |  | Photo Line Up by Defendant | |
| 34. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by Defendant | |
| 35. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by Defendant | |
| 36. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by Defendant | |
| 37. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by Defendant | |
| 38. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by Defendant | |
| 39. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by Defendant | |
| 40. |  |  |  |  | Photo Line Up by Defendant | |
| 41. |  | 1/23/25 1/24/25 | 1/23/25 1/24/25 | 41-A 41-B, 41-C | (A-C) Social Media Photos shown to the Defendant | |
| 42. |  |  |  |  | (A-B) Defendant's Post-Miranda Statement and Translation – 6-28-2023 | |
| 43. |  | 1/24/25 | 1/24/25 |  | Defendant's Miranda Waiver Form – 6-28-2023 | |
| 44. |  | 1/24/25 | 1/24/25 |  | (A-G) Photos of Co-Conspirators Previously Identified Shown to the Defendant | |
| 45. |  | 1/28/25 | 1/28/25 |  | Photo Shown to Defendant | |
| 46. |  | 1/24/25 | 1/24/25 |  | (A-G) Crime Scene Photos Shown to the Defendant | |
| 47. |  | 1/28/25 | 1/28/25 |  | Photo Line Up by Defendant (2) | |
| 48. |  | 1/24/25 | 1/24/25 |  | Defendant's Consent to Provide DNA | |
| 49. |  | 1/27/25 | 1/27/25 |  | M.C.O.'s Plea Agreement | |
| 50. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by M.C.O. | |
| 51. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by M.C.O. | |
| 52. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by M.C.O. | |
| 53. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by M.C.O. | |
| 54. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by M.C.O. | |
| 55. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by M.C.O. | |
| 56. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by M.C.O. | |
| 57. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by M.C.O. | |
| 58. |  | 1/24/25 | 1/24/25 |  | Photo Line Up by M.C.O. (Defendant) | |
| 59. |  | 1/24/25 | 1/24/25 |  | Photo of homicide victim shown to M.C.O. | |
| 60. |  | 1/24/25 | 1/24/25 |  | Photo of homicide victim shown to M.C.O. | |

| Presiding Judge: Honorable Rodolfo A. Ruiz II | | | | | AUSA: Brian Dobbins Elena Smukler | Defendant's Attorney: Joseph S. Rosenbaum, Esq. Kimberly Acevedo, Esq. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Ilona Lupowitz | Courtroom Deputy: Graciela Gomez |
| 61. | | 1/24/25 | 1/24/25 | | Photo of car belonging to shown to M.C.O. | |
| 62. | | 1/24/25 | 1/24/25 | | (A-D) Crime Scene Photos shown to M.C.O. | |
| 63. | | 1/27/25 | 1/27/25 | | K.G.M.'s Plea Agreement | |
| 64. | | 1/27/25 | 1/27/25 | | Photo Line Up by K.G.M | |
| 65. | | 1/27/25 | 1/27/25 | | Photo Line Up by K.G.M. | |
| 66. | | 1/27/25 | 1/27/25 | | Photo Line Up by K.G.M. | |
| 67. | | 1/27/25 | 1/27/25 | | Photo Line Up by K.G.M. | |
| 68. | | 1/27/25 | 1/27/25 | | Photo Line Up by K.G.M. | |
| 69. | | 1/27/25 | 1/27/25 | | Photo Line Up by K.G.M. | |
| 70. | | 1/27/25 | 1/27/25 | | Photo Line Up by K.G.M. | |
| 71. | | 1/27/25 | 1/27/25 | | Photo Line Up by K.G.M. (Defendant) | |
| 72. | | | | | Photos of MS-13 members identified by K.G.M. | |
| 73. | | 1/23/25 | 1/23/25 | | (A-B) Photographs of the Defendant | |
| 74. | | 1/28/25 | 1/28/25 | | Certified Vehicle Registration – Mitsubishi | |
| 75. | | 1/28/25 | 1/28/25 | | Certified Vehicle Registration – Toyota | |
| 76. | | 1/27/25 | 1/27/25 | | (A-C) Autopsy Photos | |
| 77. | | 1/27/25 | 1/27/25 | | (A-H) Medical Examiner's Diagrams | |
| 78. | | 1/23/25 | 1/23/25 | | Photo Line Up by W.V.G. | |
| 79. | | 1/27/25 | 1/27/25 | B, C | Photo of Toyota from Facebook account belonging to " " | |
| | | 1/28/25 | 1/28/25 | A | | |
| 80. | | 1/21/25 | 1/21/25 | D through K | (A-T) Photos from Defendant's Facebook account | |
| | | 1/28/25 | 1/28/25 | L through R | | |
| 81. | | 1/27/25 | 1/27/25 | | (A-B) Controlled Call to K.G.M. | |
| 82. | | 1/21/25 | 1/21/25 | | (A-B) MS-13 Organizational Chart | |
| 83. | | 1/22/25 | 1/22/25 | | Chart of MS-13 Members | |
| 84. | | 1/23/25 | 1/23/25 | | W.V.G.'s Plea Agreement | |
| 85. | | 1/28/25 | 1/28/25 | | (A-F) Maps | |
| 86. | | 1/27/25 | 1/27/25 | | Stipulation | |
| 87. | | 1/27/25 | 1/27/25 | | Statement (M.C.O.) | |
| 88. | | 1/27/25 | 1/27/25 | | Translation from Statement | |
| | D-1 | 1/22/25 | 1/22/25 | | W.T.S.'s Factual Proffer | |