UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-60078-RUIZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL CABRERA-GRANADOS

    Defendant.

_____/

## MOTION REQUESTING TRIAL TRANSCRIPTS

**COMES NOW** the defendant, MIGUEL CABRERA-GRANADOS, by and through undersigned counsel, and respectfully STATES and PRAYS:

1. Mr. Granados Cabrera plead guilty to Count One of the Indictment on December 10, 2024. Sentencing is scheduled for March 12, 2025.

2. Trial was recently held in this case in relation to one of the codefendants. It is undersigned counsel's understanding that there was testimony about Mr. Cabrera Granados.

3. Counsel is preparing for the sentencing hearing. As part of this preparation, it is imperative that counsel review the trial transcripts. Counsel has reviewed the docket in an effort to ascertain which trial dates and testimony may be pertinent to Mr. Cabrera Granados' sentence. As such, we request receipt of the trial transcripts for January 22, 24 and 27, 2025.

**WHEREFORE**, Miguel Cabrera-Granados, by and through undersigned counsel, respectfully requests that THIS Honorable Court GRANT this motion.

**RESPRCFULLY SUBMITTED.**

On this 6th day of February, 2025.

*s/Maria T. Arsuaga Byrne*

Maria T. Arsuaga Byrne
Fla. Bar # 092246
Maria T. Arsuaga, P.A.
Miami, Florida 33114
(305) 281-7889
Maritere.arsuaga@yahoo.com

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Motion has been provided to all parties of record via the Court's CM/ECF system.

Respectfully submitted,

/s/ *Maria T. Arsuaga Byrne*