UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 22-CR-60078-6

UNITED STATES OF AMERICA, Miami, Florida

April 23, 2025

vs.

1:44 p.m. - 2:05 p.m.

WILBER VIGIL-BENITEZ,

Defendant. Pages 1 to 23

---

SENTENCING
BEFORE THE HONORABLE RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT: BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEYS
UNITED STATES ATTORNEY'S OFFICE
99 NE 4th Street
Miami, Florida 33132

FOR THE DEFENDANT: JOSEPH S. ROSENBAUM
KIMBERLY ACEVEDO
ROSENBAUM & ACEVEDO, LLP
100 S.E. 2nd Street
Suite 3400
Miami, Florida 33131

STENOGRAPHICALLY REPORTED BY:

ILONA LUPOWITZ, RMR, CRR
Official Court Reporter to:
The Honorable Rodolfo A. Ruiz, II
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

(Call to the Order of the Court.)

THE COURT: We are here this afternoon in Case No. 22-60078. This is the matter of United States of America versus Wilber Vigil-Benitez.

Let's go ahead and get appearances, please, on behalf of the government.

MR. DOBBINS: Good afternoon, Your Honor. Brian Dobbins on behalf of the United States.

THE COURT: Good afternoon, Mr. Dobbins.

On behalf of Mr. Vigil-Benitez?

MR. ROSENBAUM: Good afternoon, Your Honor. Joseph Rosenbaum and Kimberly Acevedo on behalf of Wilber Vigil-Benitez, who is aided by the court interpreter and present before the Court.

THE COURT: Good afternoon to you-all.

Mr. Vigil-Benitez, if at any point the equipment that's been provided to you for translation is not working properly, or the translation is not coming through clearly, will you please let me know?

THE DEFENDANT: Yes, sir.

THE COURT: Okay, great. Please be seated.

And on behalf of probation?

THE PROBATION OFFICER: Good afternoon Your Honor. Stephanie Galvez with U.S. Probation.

THE COURT: Good afternoon, Ms. Galvez.

So we're here for the sentencing of Mr. Vigil-Benitez. The total offense level is a 43. The criminal history category is a II. The advisory guidelines call for a sentence of life. There is a supervised release term of two to five years, a fine of 50,000 to $250,000, restitution to be determined, and a special assessment of $100.

I do not believe that there are any objections to the calculations reached in the presentence investigation report, which the Court has reviewed and confirmed, but let me go ahead and make sure that that is correct.

So from the government, Mr. Dobbins, any objections with the scoring and the penalties?

MR. DOBBINS: There's no objection, your Honor. I just would note that on paragraph 78, it says the maximum term of imprisonment is death or life imprisonment. I think that's also a mandatory minimum of life. Because the way the statute reads, it's death or life, so -- is imprisonment for murder.

THE COURT: Yes. So I think -- I don't know if there's anything we need to necessarily reword there, but I think just for clarity of the record, that is correct on how the statute reads.

MR. DOBBINS: But there's no objection to anything in the PSI.

THE COURT: No, I'm glad you mentioned that, just so that we're clear.

Let me confirm that also from the defense side:

Mr. Rosenbaum, Ms. Acevedo, any objections to the score?

MR. ROSENBAUM: I wish there were, but we don't have any.

THE COURT: Yeah. I think this is one of those sentencings where the statute and the guidelines have spoken pretty clearly.

All right. So obviously, even though we do have a fairly clear directive under the statutory scheme, there is an opportunity, certainly, for Mr. Vigil-Benitez, if he so chooses, to make a statement. You don't have to if you don't want to. But certainly, I will turn it over to you if you wish to say anything.

MR. ROSENBAUM: Your Honor, we discussed this. He doesn't wish to say anything to the Court. I have a few words, when the Court's ready.

THE COURT: Absolutely, Mr. Rosenbaum. Let me turn it to you, then. Understanding he doesn't want to proceed with allocution, anything you wish to share, please, go ahead.

MR. ROSENBAUM: What I want the Court to know is, despite the nature of this particular case, we spent a lot of time with Mr. Vigil-Benitez, and he was -- has been one of the nicest, most compliant, respectful clients that we've ever represented, purely, bar none. It's just -- this case is so

out of character for the person that we've been dealing with. I just want the Court to know that.

THE COURT: I appreciate that.

And I will say that in terms of his conduct during the trial and every other proceeding I've had, he's been also very respectful to the Court. I never had any issues at all.

But I appreciate you sharing that. I also appreciate the hard work that you and Ms. Acevedo did in trying this case, which was not easy. I know you guys put a lot of work into it, in mounting a vigorous defense for your client.

Mr. Dobbins, I do recognize also, for the record, that we have a number of next of kin and, I believe, family members or related family members in the courtroom; is that right?

MR. DOBBINS: Yes, Your Honor. Present in the courtroom today is the victim, Gerson Vasquez Portillo's mother, Maria Portillo. Her husband, the father, who spoke at co-defendant Andy Tovar's sentencing, was unable to be here today, Elio (phonetic) Vasquez. But obviously, I would point out that he made a lengthy presentation to Your Honor at Mr. Tovar's about how much this has impacted his family and how much this had impacted -- the loss of his son, and the fact that this was done by gang members who simply believed that his son was somehow associated with another gang, a rival gang, it was very painful for him.

I've spoken to Ms. Portillo. As Your Honor may have

been aware, she was here for every day of the trial. We told her that she did not have to come every day. She did not have to certainly be here for some of the more painful parts, such as the crime scene testimony, as well as the medical examiner, but she still chose to be here all the way through the verdict. She told me that she does not feel like she's in a good place to talk to Your Honor about this case, but she did provide me with some things that she would want me to say on her behalf.

THE COURT: Absolutely. The reason why I recognize them i, in large part to make sure that if they wanted to be heard today, that I gave them the forum to be heard. But certainly, if you have statements that she wishes to convey through you, I'm absolutely amenable to having you present them in that way. Go ahead.

MR. DOBBINS: So, you know, she wanted -- and I had discussed this with her, in that, you know, during the trial, and even in the PSI, right, we focused a lot about the defendant, and the defendant's characteristics, history, and his actions. What we don't focus on -- and, you know, there's good reason for it. During the trial, we don't focus on particularly the victim and who the victim was.

But I think it's important for Your Honor to know, from Ms. Portillo, and obviously you heard from his father during Andy Tovar's sentencing, who they believe their son was and what they -- what this has done to them and their family.

You know, her son was a -- she said, was a 22-year-old son who had just been in the United States for approximately two years when he was killed. He was her third child. He had been living with her -- just prior to moving out, he had been gainfully employed as a drywall hanger. Obviously, that came out in the trial, that one of the unindicted but now indicted co-conspirators worked with him. He had been a hard worker all his life. He always helped his family. She described him as being a very good boy, and good son, someone who liked to play soccer, but was primarily about working hard and making money to help support his family.

She just wanted the Court to know that, you know, obviously she's devastated and hurt by the loss of her son, but -- in addition, obviously, having come to the trial, she's just very devastated at the cruelty that was involved in the murder. She said that the way her son was treated by these individuals, including this defendant, was so cruel, that it really has just stuck with her. And it's a hard thing. You know, it would be hard for any parent to lose their child, but in addition, to see the way their child was murdered in this manner has been very difficult for her. So she just wanted the Court to know that.

I've explained to her that the sentence is basically already set at life imprisonment. She understands that. But she did want the Court to know a little bit of the pain that

she and her family members are going through over this. And it's our hope, obviously, that this will bring some closure to them. But she wanted Your Honor to know.

If you want me to get into my brief statement on the 3553(a) factors, I can move on to that.

THE COURT: Yeah, let's move on to that.

MR. DOBBINS: So again, I'm -- I don't feel like we need to belabor the point, but obviously this is a heinous crime committed by people who were either involved in MS-13, and wanted to be involved in MS-13, and were looking to move up in ranks through membership. You know this defendant was a full member of the Delicias clique. He came down from Maryland, associated with Andy Tovar, the one that they knew as "Fearless," and basically engaged in a murder of somebody he had no knowledge of, no grudge against, nothing that could possibly be anything that their son could have done to this defendant, Wilber Vigil-Benitez. But he still participated in the murder because that's the code of MS-13, and the code is to not only to attack, but to try to kill anybody that you deem is a rival or could potentially be a rival.

In addition to that, it's -- they tend to be very brutal murders. This certainly was one. As Your Honor remembers the crime scene photos, the victim was stabbed approximately 108 times. Not just stabbed, but slashed, gashed with long knives, machetes, a well as puncture wounds

throughout the torso, the neck, the face, the groin, and even had his tooth knocked out. And then, was shot in the head, through the eye, at close range by Andy Tovar. And this defendant participated in that.

You know, I think that based on all the 3553(a) factors, including his criminal history, that the only just punishment here would have been life -- without the death penalty on the table would have been life, even if it wasn't a mandatory minimum sentence. And I think that life imprisonment is appropriate.

I know that defense, you know, presents a picture that he's been a nice person to them. And people certainly can change. And that's -- I'm not one to sit here and talk about what's going to happen to somebody, you know, but you still are defined, to some extent, by the actions that you've taken, even if they were a while ago in this case, and the fact is that he participated in this brutal murder of a young man that -- he didn't even have any idea who that person was. And based on that, the government would be asking for a life sentence.

THE COURT: Thank you, Mr. Dobbins.

Let me first extend my condolences to the mother of the victim, who has been here since the beginning of this case and throughout the trial. As the government stated, ma'am, I do not imagine that today's sentencing will help you in your grief, but my only hope is that you walk out of court today, at

a minimum, understanding that justice has been done here. This case was tried. A jury returned their verdict, and the system worked as it should.

Again, I know that is little solace, having lost your son. The way in which he was taken from you -- which Mr. Dobbins has mentioned it, but I will echo it -- was heinous. It was cruel. It was really just brutal, a brutal killing.

You know, if you look at some of the more recent materials from the United States Sentencing Commission, there are numerous federal criminal statutes that authorize a sentence of life, and convictions under these statutes are somewhat common. Sentences of life imprisonment in the federal system are rare. Indeed, as of, I believe, 2022, it was less than 1 percent of the federal sentencing caseload.

But make no mistake, this is that 1 percent case. This is the 1 percent case that warrants a life sentence. I sat through the trial, as did you, ma'am. And again, no mother should have to see what happened to her son the way you did. And those images, which were very difficult to look at, I think showed a level of depravity and ruthlessness that warrants absolutely a life sentence in this case. It was just an unbelievably brutal, brutal crime.

So I would agree with the government's assessment. I think at the end of the day, this is absolutely a case where

even if it wasn't mandatory, a life sentence would be absolutely on the table and should be considered due to the depravity of what happened here. I think, as the government noted correctly, making it all the more callous and cold was the fact that there was not even relationship with this victim. I mean, it is truly an indiscriminate murder of a young man for really little to know reason other than purportedly a mistaken gang affiliation. I think it speaks volumes of what kind of level of heartlessness and cruelness MS-13 has depicted in the way in which they do business, the way in which they've infiltrated communities in this country, and the way in which I think the United States government is dedicating increased resources to eliminate their presence in the United States. Because there's no question that this kind of act is absolutely something that has to be eliminated, and there must be a penalty to pay, a serious one, for individuals who will engage in this type of horrible, horrible conduct.

So the Court is absolutely persuaded, given everything I have looked at in this case, having presided over the trial and being intimately familiar with the record, and having considered all 3553(a) factors, regardless of its mandatory nature, a life sentence is appropriate.

So again, thank you to the next of kin, the victim's family, for being here. I can only hope that today closes, in some way, a chapter for you-all, and some justice is being done

in the name your son. But thank you for being here today. I do appreciate that.

So with that, the Court has considered all the statements of all parties, the presentence report, which contains the advisory guidelines and the statutory factors as set forth in 18 U.S.C. 3553(a). It is the finding of the Court that the defendant is not able to pay a fine in addition to mandatory restitution.

One thing, Mr. Dobbins, that -- I know there had been some exchange of information, but there's been no determination of restitution. I imagine you may reach a determination on what you want to do in 90 days.

Would you like me to set a date, or do you have an announcement on that?

MR. DOBBINS: We actually have a stipulation that the restitution in this -- for this victim should be $7,000.

THE COURT: $7,000. Okay. Thank you for that. That will eliminate the need for a hearing on restitution.

So with that, it is the judgment of the Court that the defendant, Wilber Vigil-Benitez, is committed to the Bureau of Prisons, to be in prison for life as to Count 3. It is further ordered, pursuant to 18, U.S.C. 3664(d)(5), that the amount of restitution in this case, as stipulated by the parties, is $7,000.

And let me ask you, Mr. Dobbins: Are you intending on

filing a stipulation to that, or do we want to do it in open court, just so it's clear before I enter the judgment?

MR. DOBBINS: I think we just do it in open court.

THE COURT: Let me confirm, Mr. Rosenbaum. Are you on board, officially, that it's going to be a $7,000 stipulated restitution?

MR. ROSENBAUM: Yes, Your Honor.

THE COURT: Thank you for that. So that way, we don't have to file anything.

All right. Now, obviously, we have determined restitution. We need to address its payment.

Defendant shall pay restitution at a rate of 10 percent of monthly gross earnings until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Bureau of Prisons, U.S. Probation Office, and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay. These payments do not preclude the government and, subsequently, the U.S. Probation Office from using any other unanticipated financial gains, assets, or income of the defendant to satisfy the restitution obligations. The restitution shall be made payable to the Clerk of the United States Court, and it will be forwarded to the victims from there.

Now, upon release from imprisonment, the defendant

shall be placed on supervised release for a term of five years as to Count 3. Within 72 hours of release, the defendant shall report in person to the probation office in the district where released. While on supervised release, the defendant shall comply with the mandatory and standard conditions of supervision, as referenced in part F of the presentence report.

Defendant shall also comply with the following special conditions: Cooperating with immigration during removal proceedings; permissible search; financial disclosure requirement; association restriction; and unpaid restitution, fines, or special assessments, as noted in the presentence investigation report.

It is further ordered the defendant shall immediately pay to the United States a special assessment of $100 as to Count 3.

That brings the total sentence to life imprisonment, restitution in the amount of $7,000, as stipulated by the parties; five years' supervised release, and a $100 special assessment.

Now that sentence has been imposed, does the defendant or his counsel object to the Court's finding of fact or to the manner in which the sentence was pronounced?

MR. ROSENBAUM: No, Your Honor.

THE COURT: Thank you, Mr. Rosenbaum.

Any notice of appeal must be filed within 14 days after

the entry of the judgment. If you're unable to pay the cost of an appeal, you may apply for leave to appeal in forma pauperis.

With that, is there anything left to address for Mr. Vigil-Benitez, beginning with the government?

MR. DOBBINS: No, Your Honor. Thank you very much.

THE COURT: Anything else, Mr. Rosenbaum?

MR. ROSENBAUM: Yes, we'd like a recommendation. He was in the gang dropout program before.

THE COURT: Okay.

MR. ROSENBAUM: There's a facility -- I couldn't find the prison in Arizona, but there's one in Arizona that has a gang dropout program. It's near the Phoenix area, but I couldn't determine which one it is.

But if you can recommend that he be placed in the Arizona area, in a facility that has the gang dropout program.

THE COURT: Arizona. I'll put it as district of Arizona, in a facility that has a gang dropout program.

MR. ROSENBAUM: Correct.

THE COURT: Okay. I'll do that.

Anything else, Mr. Rosenbaum, that you wanted to ask for recommendation wise?

MR. ROSENBAUM: No, I think that's it.

The only thing is, we're going to file a notice of appeal once we get the judgment, but we'd ask that the Federal Defender's Office, or however the Court wants to do it, handle

the appeal in this matter.

THE COURT: Okay. You guys are not going to stick on with the appeal on this, I would imagine.

MR. ROSENBAUM: No. I'd like a fresh pair of eyes on this because of this sentence.

THE COURT: I think that's fair. I have no problem with that. I can discharge you guys and appoint the Federal Public Defender's Office for purposes of appeal. We'll take care of that when we issue it.

MR. ROSENBAUM: Okay. But I'll file a notice of appeal.

THE COURT: Yeah, you can do it just so we don't miss anything in the timeline. I really appreciate that. And then, right after that, if you want to call chambers, we can sort it out so that you guys withdraw on the appellate side, and then I can appoint the Federal PDs.

MR. ROSENBAUM: Thank you very much, Your Honor.

MR. DOBBINS: Judge, would there be any kind of conflict, though, because the Public Defender's Office did represent --

THE COURT: Fair point.

MR. DOBBINS: -- a co-defendant that testified in the trial?

THE COURT: You're right. I forgot. Because we have the co-defendant.

Well, let's do this: If it comes off CJA, which I could still do -- because you're right. I'm probably going to have a conflict that I'm going to have deal with on the PD side. But we have our wheel, our appellate CJA wheel.

So why don't we just go ahead, then, instead of formally appointing them -- thank you for catching that, Mr. Dobbins, because they've been conflicted off due to the other defendant.

So let's do this: Have the notice of appeal filed, Mr. Rosenbaum. Go ahead and file a motion to withdraw, and then I will appoint at that time someone to represent him off the CJA appellate wheel.

MR. ROSENBAUM: Thank you very much.

THE COURT: Very good. Thank you for that.

Anything else, Mr. Rosenbaum?

MR. ROSENBAUM: No, I think that's it, Judge. Thank you very much.

THE COURT: Thank you, guys, very much for your work on the case. Thank you, Mr. Dobbins. Thank you very much, family, for being here.

THE COURT SECURITY OFFICER: All rise.

(Court recessed at 2:05 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

DATE: June 3, 2025

/s/Ilona Lupowitz
ILONA LUPOWITZ, RMR, CRR
Official Court Reporter
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 11-2
Miami, Florida 33128
(305) 523-5737

## $

**$100** [3] - 3:6, 14:14, 14:18
**$250,000** [1] - 3:5
**$7,000** [5] - 12:16, 12:17, 12:24, 13:5, 14:17

## /

**/s/Ilona** [1] - 18:8

## 1

**1** [4] - 1:8, 10:15, 10:16, 10:17
**10** [1] - 13:12
**100** [1] - 1:17
**108** [1] - 8:24
**11-2** [2] - 1:23, 18:11
**14** [1] - 14:25
**18** [2] - 12:6, 12:22
**1:44** [1] - 1:6

## 2

**2022** [1] - 10:14
**2025** [2] - 1:5, 18:8
**22-60078** [1] - 2:3
**22-CR-60078-6** [1] - 1:2
**22-year-old** [1] - 7:1
**23** [1] - 1:5
**2:05** [2] - 1:6, 17:22
**2nd** [1] - 1:17

## 3

**3** [4] - 12:21, 14:2, 14:15, 18:8
**305** [2] - 1:24, 18:12
**33128** [2] - 1:24, 18:11
**33131** [1] - 1:18
**33132** [1] - 1:15
**3400** [1] - 1:18
**3553(a** [3] - 8:5, 9:5, 11:21
**3553(a)** [1] - 12:6
**3664(d)(5** [1] - 12:22

## 4

**400** [2] - 1:23, 18:10
**43** [1] - 3:2
**4th** [1] - 1:14

## 5

**50,000** [1] - 3:5
**523-5737** [2] - 1:24, 18:12

## 7

**72** [1] - 14:2
**78** [1] - 3:14

## 9

**90** [1] - 12:12
**99** [1] - 1:14

## A

**ability** [1] - 13:18
**able** [1] - 12:7
**above-entitled** [1] - 18:5
**absolutely** [8] - 4:18, 6:9, 6:13, 10:22, 10:25, 11:2, 11:14, 11:18
**accurate** [1] - 18:4
**Acevedo** [3] - 2:12, 4:2, 5:8
**ACEVEDO** [2] - 1:16, 1:17
**act** [1] - 11:14
**actions** [2] - 6:19, 9:15
**addition** [4] - 7:14, 7:19, 8:21, 12:7
**address** [2] - 13:11, 15:3
**advisory** [2] - 3:3, 12:5
**affiliation** [1] - 11:8
**afternoon** [7] - 2:2, 2:7, 2:9, 2:11, 2:15, 2:23, 2:25
**ago** [1] - 9:16
**agree** [1] - 10:24
**ahead** [6] - 2:5, 3:9, 4:20, 6:14, 17:5, 17:10
**aided** [1] - 2:13
**allocution** [1] - 4:20
**alter** [1] - 13:14
**amenable** [1] - 6:13
**America** [1] - 2:3
**AMERICA** [1] - 1:4
**amount** [2] - 12:22, 14:17
**Andy** [4] - 5:17, 6:24, 8:13, 9:3
**announcement** [1] - 12:14
**appeal** [9] - 14:25, 15:2, 15:24, 16:1, 16:3, 16:8, 16:11, 17:9
**APPEARANCES** [1] - 1:11
**appearances** [1] - 2:5
**appellate** [3] - 16:15, 17:4, 17:12
**apply** [1] - 15:2
**appoint** [3] - 16:7, 16:16, 17:11
**appointing** [1] - 17:6
**appreciate** [5] - 5:3, 5:7, 12:2, 16:13
**appropriate** [2] - 9:10, 11:22
**April** [1] - 1:5
**area** [2] - 15:12, 15:15
**Arizona** [5] - 15:11, 15:15, 15:16, 15:17
**assessment** [4] - 3:6, 10:24, 14:14, 14:19
**assessments** [1] - 14:11
**assets** [1] - 13:20
**ASSISTANT** [1] - 1:13
**associated** [2] - 5:23, 8:13
**association** [1] - 14:10
**attack** [1] - 8:19
**ATTORNEY'S** [1] - 1:14
**Attorney's** [1] - 13:16
**ATTORNEYS** [1] - 1:13
**authorize** [1] - 10:11
**Avenue** [2] - 1:23, 18:10
**aware** [1] - 6:1

## B

**bar** [1] - 4:25
**based** [2] - 9:5, 9:18
**BEFORE** [1] - 1:10
**beginning** [2] - 9:22, 15:4
**behalf** [6] - 2:5, 2:8, 2:10, 2:12, 2:22, 6:8
**belabor** [1] - 8:8
**BENITEZ** [1] - 1:7
**Benitez** [10] - 2:4, 2:10, 2:13, 2:16, 3:1, 4:11, 4:23, 8:17, 12:20, 15:4
**bit** [1] - 7:25
**board** [1] - 13:5
**boy** [1] - 7:9
**Brian** [1] - 2:7
**BRIAN** [1] - 1:13
**brief** [1] - 8:4
**bring** [1] - 8:2
**brings** [1] - 14:16
**brutal** [6] - 8:22, 9:17, 10:7, 10:23
**Bureau** [2] - 12:20, 13:15
**business** [1] - 11:10
**BY** [1] - 1:19

## C

**calculations** [1] - 3:8
**callous** [1] - 11:4
**care** [1] - 16:9
**case** [14] - 4:22, 4:25, 5:8, 6:7, 9:16, 9:22, 10:2, 10:16, 10:17, 10:22, 10:25, 11:19, 12:23, 17:19
**Case** [1] - 2:2
**CASE** [1] - 1:2
**caseload** [1] - 10:15
**catching** [1] - 17:6
**category** [1] - 3:2
**certainly** [6] - 4:11, 4:13, 6:3, 6:12, 8:22, 9:12
**certify** [1] - 18:3
**chambers** [1] - 16:14
**change** [2] - 9:13, 13:17
**chapter** [1] - 11:25
**character** [1] - 5:1
**characteristics** [1] - 6:18
**child** [3] - 7:3, 7:19, 7:20
**chooses** [1] - 4:12
**chose** [1] - 6:5
**CJA** [3] - 17:1, 17:4, 17:12
**clarity** [1] - 3:20
**clear** [3] - 3:25, 4:10, 13:2
**clearly** [2] - 2:18, 4:8
**Clerk** [1] - 13:22
**client** [1] - 5:10
**clients** [1] - 4:24
**clique** [1] - 8:12
**close** [1] - 9:3
**closes** [1] - 11:24
**closure** [1] - 8:2
**co** [4] - 5:17, 7:7, 16:22, 16:25
**co-conspirators** [1] - 7:7
**co-defendant** [3] - 5:17, 16:22, 16:25
**code** [2] - 8:18
**cold** [1] - 11:4
**coming** [1] - 2:18
**Commission** [1] - 10:10
**committed** [2] - 8:9, 12:20
**common** [1] - 10:13
**communities** [1] - 11:11
**compliant** [1] - 4:24
**comply** [2] - 14:5, 14:7
**conditions** [2] - 14:5, 14:8
**condolences** [1] - 9:21
**conduct** [2] - 5:4, 11:17
**confirm** [2] - 4:1, 13:4
**confirmed** [1] - 3:9
**conflict** [2] - 16:19, 17:3
**conflicted** [1] - 17:7
**considered** [3] - 11:2, 11:21, 12:3
**conspirators** [1] - 7:7
**contains** [1] - 12:5
**convey** [1] - 6:12
**convictions** [1] - 10:12
**cooperating** [1] - 14:8
**correct** [3] - 3:10, 3:20, 15:18
**correctly** [1] - 11:4
**cost** [1] - 15:1
**counsel** [1] - 14:21
**Count** [3] - 12:21, 14:2, 14:15
**country** [1] - 11:11
**COURT** [30] - 1:1, 2:2, 2:9, 2:15, 2:21, 2:25, 3:18, 3:24,

4:6, 4:18, 5:3, 6:9, 8:6, 9:20, 12:17, 13:4, 13:8, 14:24, 15:6, 15:9, 15:16, 15:19, 16:2, 16:6, 16:12, 16:21, 16:24, 17:14, 17:18, 17:21
**Court** [23] - 1:21, 1:22, 2:1, 2:14, 3:9, 4:16, 4:21, 5:2, 5:6, 7:12, 7:21, 7:25, 11:18, 12:3, 12:6, 12:19, 13:13, 13:17, 13:23, 15:25, 17:22, 18:9, 18:9
**court** [4] - 2:13, 9:25, 13:2, 13:3
**Court's** [2] - 4:17, 14:21
**courtroom** [2] - 5:13, 5:15
**crime** [4] - 6:4, 8:9, 8:23, 10:23
**criminal** [3] - 3:2, 9:6, 10:11
**CRR** [2] - 1:20, 18:8
**cruel** [2] - 7:17, 10:7
**cruelness** [1] - 11:9
**cruelty** [1] - 7:15

## D

**date** [1] - 12:13
**DATE** [1] - 18:8
**days** [2] - 12:12, 14:25
**deal** [1] - 17:3
**dealing** [1] - 5:1
**death** [3] - 3:15, 3:17, 9:7
**dedicating** [1] - 11:12
**deem** [1] - 8:19
**defendant** [19] - 5:17, 6:18, 7:17, 8:11, 8:17, 9:4, 12:7, 12:20, 13:12, 13:21, 13:25, 14:2, 14:4, 14:7, 14:13, 14:20, 16:22, 16:25, 17:8
**Defendant** [1] - 1:8
**DEFENDANT** [2] - 1:16, 2:20
**defendant's** [2] - 6:18, 13:17
**Defender's** [3] - 15:25, 16:8, 16:19
**defense** [3] - 4:1, 5:10, 9:11
**defined** [1] - 9:15
**Delicias** [1] - 8:12
**depicted** [1] - 11:9
**depravity** [2] - 10:21, 11:3
**described** [1] - 7:8
**despite** [1] - 4:22
**determination** [2] - 12:10, 12:11
**determine** [1] - 15:13
**determined** [2] - 3:5, 13:10
**devastated** [2] - 7:13, 7:15
**difficult** [2] - 7:21, 10:20
**directive** [1] - 4:10
**discharge** [1] - 16:7
**disclosure** [1] - 14:9
**discussed** [2] - 4:15, 6:16
**district** [2] - 14:3, 15:16
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [4] - 1:22, 1:22, 18:9, 18:10
**DIVISION** [1] - 1:2
**Dobbins** [10] - 2:8, 2:9, 3:11, 5:11, 9:20, 10:6, 12:9, 12:25, 17:7, 17:19
**DOBBINS** [12] - 1:13, 2:7, 3:13, 3:22, 5:14, 6:15, 8:7, 12:15, 13:3, 15:5, 16:18, 16:22
**done** [5] - 5:22, 6:25, 8:16, 10:1, 11:25
**down** [1] - 8:12
**dropout** [4] - 15:8, 15:12, 15:15, 15:17
**drywall** [1] - 7:5
**due** [2] - 11:2, 17:7
**during** [5] - 5:4, 6:16, 6:20, 6:23, 14:8

## E

**earnings** [1] - 13:13
**easy** [1] - 5:9
**echo** [1] - 10:6
**either** [1] - 8:9
**eliminate** [2] - 11:13, 12:18
**eliminated** [1] - 11:15
**Elio** [1] - 5:18
**employed** [1] - 7:5
**end** [1] - 10:25
**engage** [1] - 11:16
**engaged** [1] - 8:14
**enter** [1] - 13:2
**entitled** [1] - 18:5
**entry** [1] - 15:1
**equipment** [1] - 2:16
**examiner** [1] - 6:4
**exchange** [1] - 12:10
**explained** [1] - 7:23
**extend** [1] - 9:21
**extent** [1] - 9:15
**eye** [1] - 9:3
**eyes** [1] - 16:4

## F

**face** [1] - 9:1
**facility** [3] - 15:10, 15:15, 15:17
**fact** [4] - 5:21, 9:16, 11:5, 14:21
**factors** [4] - 8:5, 9:6, 11:21, 12:5
**fair** [2] - 16:6, 16:21
**fairly** [1] - 4:10
**familiar** [1] - 11:20
**family** [9] - 5:12, 5:13, 5:20, 6:25, 7:8, 7:11, 8:1, 11:24, 17:20
**father** [2] - 5:16, 6:23
**Fearless** [1] - 8:14
**Federal** [3] - 15:24, 16:7, 16:16
**federal** [3] - 10:11, 10:13, 10:15
**few** [1] - 4:16
**file** [4] - 13:9, 15:23, 16:10, 17:10
**filed** [2] - 14:25, 17:9
**filing** [1] - 13:1
**financial** [2] - 13:20, 14:9
**fine** [2] - 3:4, 12:7
**fines** [1] - 14:11
**first** [1] - 9:21
**five** [3] - 3:4, 14:1, 14:18
**FLORIDA** [1] - 1:1
**Florida** [7] - 1:4, 1:15, 1:18, 1:22, 1:24, 18:10, 18:11
**focus** [2] - 6:19, 6:20
**focused** [1] - 6:17
**following** [1] - 14:7
**FOR** [2] - 1:13, 1:16
**foregoing** [1] - 18:3
**forgot** [1] - 16:24
**forma** [1] - 15:2
**formally** [1] - 17:6
**FORT** [1] - 1:2
**forth** [1] - 12:6
**forum** [1] - 6:11
**forwarded** [1] - 13:23
**fresh** [1] - 16:4
**full** [1] - 8:12

## G

**gainfully** [1] - 7:5
**gains** [1] - 13:20
**Galvez** [2] - 2:24, 2:25
**gang** [8] - 5:22, 5:23, 11:8, 15:8, 15:12, 15:15, 15:17
**gashed** [1] - 8:24
**Gerson** [1] - 5:15
**given** [1] - 11:18
**glad** [1] - 3:24
**government** [8] - 2:6, 3:11, 9:19, 9:23, 11:3, 11:12, 13:18, 15:4
**GOVERNMENT** [1] - 1:13
**government's** [1] - 10:24
**great** [1] - 2:21
**grief** [1] - 9:25
**groin** [1] - 9:1
**gross** [1] - 13:13
**grudge** [1] - 8:15
**guidelines** [3] - 3:3, 4:7, 12:5
**guys** [5] - 5:9, 16:2, 16:7, 16:15, 17:18

## H

**handle** [1] - 15:25
**hanger** [1] - 7:5
**hard** [5] - 5:8, 7:7, 7:10, 7:18, 7:19
**head** [1] - 9:2
**heard** [3] - 6:11, 6:23
**hearing** [1] - 12:18
**heartlessness** [1] - 11:9
**heinous** [2] - 8:8, 10:7
**help** [2] - 7:11, 9:24
**helped** [1] - 7:8
**hereby** [1] - 18:3
**history** [3] - 3:2, 6:18, 9:6
**Honor** [16] - 2:7, 2:11, 2:23, 3:13, 4:15, 5:14, 5:19, 5:25, 6:7, 6:22, 8:3, 8:22, 13:7, 14:23, 15:5, 16:17
**HONORABLE** [1] - 1:10
**Honorable** [1] - 1:21
**hope** [3] - 8:2, 9:25, 11:24
**horrible** [2] - 11:17
**hours** [1] - 14:2
**hurt** [1] - 7:13
**husband** [1] - 5:16

## I

**idea** [1] - 9:18
**II** [3] - 1:10, 1:21, 3:3
**ILONA** [2] - 1:20, 18:8
**images** [1] - 10:20
**imagine** [3] - 9:24, 12:11, 16:3
**immediately** [1] - 14:13
**immigration** [1] - 14:8
**impacted** [2] - 5:20, 5:21
**important** [1] - 6:22
**imposed** [1] - 14:20
**imprisonment** [8] - 3:15, 3:17, 7:24, 9:9, 10:13, 13:25, 14:16
**including** [2] - 7:17, 9:6
**income** [1] - 13:20
**increased** [1] - 11:12
**indeed** [1] - 10:14
**indicted** [1] - 7:6
**indiscriminate** [1] - 11:6
**individuals** [2] - 7:16, 11:16
**infiltrated** [1] - 11:11
**information** [1] - 12:10
**instead** [1] - 17:5
**intending** [1] - 12:25

interest [1] - 13:14
interpreter [1] - 2:13
intimately [1] - 11:20
investigation [2] - 3:8, 14:12
involved [3] - 7:15, 8:9, 8:10
issue [1] - 16:9
issues [1] - 5:6

## J

Joseph [1] - 2:11
JOSEPH [1] - 1:16
judge [1] - 16:18
JUDGE [1] - 1:10
Judge [1] - 17:16
judgment [4] - 12:19, 13:2, 15:1, 15:24
June [1] - 18:8
jury [1] - 10:2
justice [3] - 10:1, 11:25, 13:14

## K

kill [1] - 8:19
killed [1] - 7:3
killing [1] - 10:8
KIMBERLY [1] - 1:16
Kimberly [1] - 2:12
kin [2] - 5:12, 11:23
kind [3] - 11:8, 11:14, 16:18
knives [1] - 8:25
knocked [1] - 9:2
knowledge [1] - 8:15

## L

large [1] - 6:10
LAUDERDALE [1] - 1:2
leave [1] - 15:2
left [1] - 15:3
lengthy [1] - 5:19
less [1] - 10:14
level [3] - 3:2, 10:21, 11:9
life [18] - 3:3, 3:15, 3:16, 3:17, 7:8, 7:24, 9:7, 9:8, 9:9, 9:19, 10:12, 10:13, 10:17, 10:22, 11:1, 11:22, 12:21, 14:16
living [1] - 7:4
LLP [1] - 1:17
look [2] - 10:9, 10:20
looked [1] - 11:19
looking [1] - 8:10
lose [1] - 7:19
loss [2] - 5:21, 7:13
lost [1] - 10:4
LUPOWITZ [2] - 1:20, 18:8
Lupowitz [1] - 18:8

## M

ma'am [2] - 9:23, 10:18
machetes [1] - 8:25
man [2] - 9:17, 11:6
mandatory [6] - 3:16, 9:9, 11:1, 11:21, 12:8, 14:5
manner [2] - 7:20, 14:22
Maria [1] - 5:16
Maryland [1] - 8:13
material [1] - 13:17
materials [1] - 10:10
matter [3] - 2:3, 16:1, 18:5
maximum [1] - 3:14
mean [1] - 11:6
medical [1] - 6:4
member [1] - 8:12
members [4] - 5:12, 5:13, 5:22, 8:1
membership [1] - 8:11
mentioned [2] - 3:24, 10:6
Miami [7] - 1:4, 1:15, 1:18, 1:23, 1:24, 18:10, 18:11
minimum [3] - 3:16, 9:9, 10:1
miss [1] - 16:12
mistake [1] - 10:16
mistaken [1] - 11:7
money [1] - 7:10
monitor [1] - 13:16
monthly [1] - 13:13
most [1] - 4:24
mother [3] - 5:16, 9:21, 10:18
motion [1] - 17:10
mounting [1] - 5:10
move [3] - 8:5, 8:6, 8:10
moving [1] - 7:4
MR [26] - 2:7, 2:11, 3:13, 3:22, 4:4, 4:15, 4:21, 5:14, 6:15, 8:7, 12:15, 13:3, 13:7, 14:23, 15:5, 15:7, 15:10, 15:18, 15:22, 16:4, 16:10, 16:17, 16:18, 16:22, 17:13, 17:16
MS-13 [4] - 8:9, 8:10, 8:18, 11:9
murder [6] - 3:17, 7:15, 8:14, 8:18, 9:17, 11:6
murdered [1] - 7:20
murders [1] - 8:22
must [2] - 11:15, 14:25

## N

name [1] - 12:1
nature [2] - 4:22, 11:22
NE [1] - 1:14
near [1] - 15:12
necessarily [1] - 3:19
neck [1] - 9:1
need [4] - 3:19, 8:8, 12:18, 13:11
never [1] - 5:6
next [2] - 5:12, 11:23
nice [1] - 9:12
nicest [1] - 4:24
NO [1] - 1:2
none [1] - 4:25
North [2] - 1:23, 18:10
note [1] - 3:14
noted [2] - 11:4, 14:11
nothing [1] - 8:15
notice [4] - 14:25, 15:23, 16:10, 17:9
number [1] - 5:12
numerous [1] - 10:11

## O

object [1] - 14:21
objection [2] - 3:13, 3:22
objections [3] - 3:7, 3:11, 4:2
obligations [1] - 13:21
obviously [9] - 4:9, 5:18, 6:23, 7:5, 7:13, 7:14, 8:2, 8:8, 13:10
OF [2] - 1:1, 1:4
offense [1] - 3:2
Office [6] - 13:15, 13:16, 13:19, 15:25, 16:8, 16:19
OFFICE [1] - 1:14
office [1] - 14:3
OFFICER [2] - 2:23, 17:21
Official [2] - 1:21, 18:9
officially [1] - 13:5
once [1] - 15:24
one [10] - 4:6, 4:23, 7:6, 8:13, 8:22, 9:13, 11:16, 12:9, 15:11, 15:13
open [2] - 13:1, 13:3
opportunity [1] - 4:11
Order [1] - 2:1
ordered [2] - 12:22, 14:13

## P

p.m [3] - 1:6, 17:22
Pages [1] - 1:8
pain [1] - 7:25
painful [2] - 5:24, 6:3
pair [1] - 16:4
paragraph [1] - 3:14
parent [1] - 7:19
part [2] - 6:10, 14:6
participated [3] - 8:17, 9:4, 9:17
particular [1] - 4:22
particularly [1] - 6:21
parties [3] - 12:4, 12:23, 14:18
parts [1] - 6:3
pauperis [1] - 15:2
pay [6] - 11:16, 12:7, 13:12, 13:18, 14:14, 15:1
payable [1] - 13:22
payment [3] - 13:11, 13:14, 13:16
payments [1] - 13:18
PD [1] - 17:3
PDs [1] - 16:16
penalties [1] - 3:12
penalty [2] - 9:8, 11:16
people [2] - 8:9, 9:12
percent [4] - 10:15, 10:16, 10:17, 13:12
permissible [1] - 14:9
person [4] - 5:1, 9:12, 9:18, 14:3
persuaded [1] - 11:18
Phoenix [1] - 15:12
phonetic [1] - 5:18
photos [1] - 8:23
picture [1] - 9:11
place [1] - 6:6
placed [2] - 14:1, 15:14
play [1] - 7:9
point [4] - 2:16, 5:18, 8:8, 16:21
Portillo [3] - 5:16, 5:25, 6:23
Portillo's [1] - 5:15
possibly [1] - 8:16
potentially [1] - 8:20
preclude [1] - 13:18
presence [1] - 11:13
present [3] - 2:14, 5:14, 6:13
presentation [1] - 5:19
presentence [4] - 3:8, 12:4, 14:6, 14:11
presents [1] - 9:11
presided [1] - 11:19
pretty [1] - 4:8
primarily [1] - 7:10
prison [2] - 12:21, 15:11
Prisons [2] - 12:21, 13:15
probation [2] - 2:22, 14:3
Probation [3] - 2:24, 13:15, 13:19
PROBATION [1] - 2:23
problem [1] - 16:6
proceed [1] - 4:19
proceeding [1] - 5:5
proceedings [2] - 14:9, 18:4

**program** [4] - 15:8, 15:12, 15:15, 15:17
**pronounced** [1] - 14:22
**properly** [1] - 2:17
**provide** [1] - 6:7
**provided** [1] - 2:17
**PSI** [2] - 3:23, 6:17
**Public** [2] - 16:8, 16:19
**puncture** [1] - 8:25
**punishment** [1] - 9:7
**purely** [1] - 4:25
**purportedly** [1] - 11:7
**purposes** [1] - 16:8
**pursuant** [1] - 12:22
**put** [2] - 5:9, 15:16

## R

**range** [1] - 9:3
**ranks** [1] - 8:11
**rare** [1] - 10:14
**rate** [1] - 13:12
**reach** [1] - 12:11
**reached** [1] - 3:8
**reads** [2] - 3:17, 3:21
**ready** [1] - 4:17
**really** [4] - 7:17, 10:7, 11:7, 16:13
**reason** [3] - 6:9, 6:20, 11:7
**recent** [1] - 10:9
**recessed** [1] - 17:22
**recognize** [2] - 5:11, 6:9
**recommend** [1] - 15:14
**recommendation** [2] - 15:7, 15:21
**record** [3] - 3:20, 5:11, 11:20
**referenced** [1] - 14:6
**regardless** [1] - 11:21
**related** [1] - 5:13
**relationship** [1] - 11:5
**release** [6] - 3:4, 13:25, 14:1, 14:2, 14:4, 14:18
**released** [1] - 14:4
**remembers** [1] - 8:23
**removal** [1] - 14:8
**report** [6] - 3:8, 12:4, 13:17, 14:3, 14:6, 14:12
**REPORTED** [1] - 1:19
**Reporter** [2] - 1:21, 18:9
**represent** [2] - 16:20, 17:11
**represented** [1] - 4:25
**requirement** [1] - 14:10
**resources** [1] - 11:13
**respectful** [2] - 4:24, 5:6
**restitution** [14] - 3:5, 12:8, 12:11, 12:16, 12:18, 12:23, 13:6, 13:11, 13:12, 13:16, 13:21, 13:22, 14:10, 14:17
**restriction** [1] - 14:10
**returned** [1] - 10:2
**reviewed** [1] - 3:9
**reword** [1] - 3:19
**rise** [1] - 17:21
**rival** [3] - 5:23, 8:20
**RMR** [2] - 1:20, 18:8
**RODOLFO** [1] - 1:10
**Rodolfo** [1] - 1:21
**Room** [2] - 1:23, 18:11
**ROSENBAUM** [17] - 1:16, 1:17, 2:11, 4:4, 4:15, 4:21, 13:7, 14:23, 15:7, 15:10, 15:18, 15:22, 16:4, 16:10, 16:17, 17:13, 17:16
**Rosenbaum** [9] - 2:12, 4:2, 4:18, 13:4, 14:24, 15:6, 15:20, 17:10, 17:15
**RUIZ** [1] - 1:10
**Ruiz** [1] - 1:21
**ruthlessness** [1] - 10:21

## S

**S.E** [1] - 1:17
**sat** [1] - 10:17
**satisfy** [1] - 13:21
**scene** [2] - 6:4, 8:23
**schedule** [1] - 13:14
**scheme** [1] - 4:10
**score** [1] - 4:3
**scoring** [1] - 3:12
**search** [1] - 14:9
**seated** [1] - 2:21
**SECURITY** [1] - 17:21
**see** [2] - 7:20, 10:19
**sentence** [13] - 3:3, 7:23, 9:9, 9:19, 10:12, 10:17, 10:22, 11:1, 11:22, 14:16, 14:20, 14:22, 16:5
**sentences** [1] - 10:13
**SENTENCING** [1] - 1:9
**sentencing** [5] - 3:1, 5:17, 6:24, 9:24, 10:15
**Sentencing** [1] - 10:10
**sentencings** [1] - 4:7
**serious** [1] - 11:16
**set** [3] - 7:24, 12:6, 12:13
**shall** [8] - 13:12, 13:16, 13:22, 14:1, 14:2, 14:4, 14:7, 14:13
**share** [1] - 4:20
**sharing** [1] - 5:7
**shot** [1] - 9:2
**showed** [1] - 10:21
**side** [3] - 4:1, 16:15, 17:4
**simply** [1] - 5:22
**sit** [1] - 9:13
**slashed** [1] - 8:24
**soccer** [1] - 7:10
**solace** [1] - 10:4
**someone** [2] - 7:9, 17:11
**somewhat** [1] - 10:13
**son** [12] - 5:21, 5:23, 6:24, 7:1, 7:2, 7:9, 7:13, 7:16, 8:16, 10:5, 10:19, 12:1
**sort** [1] - 16:14
**Southern** [2] - 1:22, 18:10
**SOUTHERN** [1] - 1:1
**speaks** [1] - 11:8
**special** [5] - 3:6, 14:7, 14:11, 14:14, 14:18
**spent** [1] - 4:22
**spoken** [2] - 4:7, 5:25
**stabbed** [2] - 8:23, 8:24
**standard** [1] - 14:5
**statement** [2] - 4:12, 8:4
**statements** [2] - 6:12, 12:4
**STATES** [5] - 1:1, 1:4, 1:10, 1:13, 1:14
**States** [10] - 1:22, 2:3, 2:8, 7:2, 10:10, 11:12, 11:13, 13:23, 14:14, 18:9
**statute** [3] - 3:16, 3:20, 4:7
**statutes** [2] - 10:11, 10:12
**statutory** [2] - 4:10, 12:5
**STENOGRAPHICALLY** [1] - 1:19
**Stephanie** [1] - 2:24
**stick** [1] - 16:2
**still** [4] - 6:5, 8:17, 9:14, 17:2
**stipulated** [3] - 12:23, 13:5, 14:17
**stipulation** [2] - 12:15, 13:1
**Street** [2] - 1:14, 1:17
**stuck** [1] - 7:18
**subsequently** [1] - 13:19
**Suite** [1] - 1:18
**supervised** [4] - 3:4, 14:1, 14:4, 14:18
**supervision** [1] - 14:6
**support** [1] - 7:11
**system** [2] - 10:2, 10:14

## T

**table** [2] - 9:8, 11:2
**tend** [1] - 8:21
**term** [3] - 3:4, 3:14, 14:1
**terms** [1] - 5:4
**testified** [1] - 16:22
**testimony** [1] - 6:4
**THE** [34] - 1:10, 1:13, 1:16, 2:2, 2:9, 2:15, 2:20, 2:21, 2:23, 2:25, 3:18, 3:24, 4:6, 4:18, 5:3, 6:9, 8:6, 9:20, 12:17, 13:4, 13:8, 14:24, 15:6, 15:9, 15:16, 15:19, 16:2, 16:6, 16:12, 16:21, 16:24, 17:14, 17:18, 17:21
**they've** [2] - 11:10, 17:7
**third** [1] - 7:3
**throughout** [2] - 9:1, 9:23
**timeline** [1] - 16:13
**today** [6] - 5:15, 5:18, 6:11, 9:25, 11:24, 12:1
**today's** [1] - 9:24
**tooth** [1] - 9:2
**torso** [1] - 9:1
**total** [2] - 3:2, 14:16
**Tovar** [2] - 8:13, 9:3
**Tovar's** [3] - 5:17, 5:20, 6:24
**transcription** [1] - 18:4
**translation** [2] - 2:17, 2:18
**treated** [1] - 7:16
**trial** [10] - 5:5, 6:1, 6:16, 6:20, 7:6, 7:14, 9:23, 10:18, 11:19, 16:23
**tried** [1] - 10:2
**truly** [1] - 11:6
**try** [1] - 8:19
**trying** [1] - 5:8
**turn** [2] - 4:13, 4:18
**two** [2] - 3:4, 7:3
**type** [1] - 11:17

## U

**U.S** [5] - 2:24, 13:15, 13:19
**U.S.C** [2] - 12:6, 12:22
**unable** [2] - 5:17, 15:1
**unanticipated** [1] - 13:20
**unbelievably** [1] - 10:23
**under** [2] - 4:10, 10:12
**unindicted** [1] - 7:6
**United** [10] - 1:22, 2:3, 2:8, 7:2, 10:10, 11:12, 11:13, 13:22, 14:14, 18:9
**UNITED** [5] - 1:1, 1:4, 1:10, 1:13, 1:14
**unpaid** [1] - 14:10
**up** [1] - 8:10

## V

**Vasquez** [2] - 5:15, 5:18
**verdict** [2] - 6:5, 10:2
**versus** [1] - 2:4
**victim** [7] - 5:15, 6:21, 8:23, 9:22, 11:5, 12:16
**victim's** [1] - 11:23
**victims** [1] - 13:23
**VIGIL** [1] - 1:7
**Vigil** [10] - 2:4, 2:10, 2:13, 2:16, 3:1, 4:11, 4:23, 8:17, 12:20, 15:4
**VIGIL-BENITEZ** [1] - 1:7

**Vigil-Benitez** [10] - 2:4, 2:10, 2:13, 2:16, 3:1, 4:11, 4:23, 8:17, 12:20, 15:4
**vigorous** [1] - 5:10
**volumes** [1] - 11:8
**vs** [1] - 1:5

## W

**walk** [1] - 9:25
**wants** [1] - 15:25
**warrants** [2] - 10:17, 10:21
**wheel** [3] - 17:4, 17:12
**Wilber** [4] - 2:4, 2:12, 8:17, 12:20
**WILBER** [1] - 1:7
**wise** [1] - 15:21
**wish** [4] - 4:4, 4:13, 4:16, 4:20
**wishes** [1] - 6:12
**withdraw** [2] - 16:15, 17:10
**words** [1] - 4:16
**worker** [1] - 7:7
**wounds** [1] - 8:25

## Y

**years** [3] - 3:4, 7:3, 14:1
**years'** [1] - 14:18
**you-all** [2] - 2:15, 11:25
**young** [2] - 9:17, 11:6